STEPHEN M. HARBER, STATE BAR #119830
AMY A. EVENSTAD, STATE BAR #305828
McCUNE & HARBER, LLP
515 South Figueroa Street, Suite 1100
Los Angeles, California 90071
Telephone: (213) 689-2500
Facsimile: (213) 689-2501
sharber@mccuneharber.com and aevenstad@mccuneharber.com

Attorneys for Defendant, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| JACKLINE MUTHOKA,<br><br>Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY<br>OF CALIFORNIA,<br><br>Defendant. | Case No: 8:23-CV-01333 FWS (JDEX)<br>Assigned to Hon. Judge Fred W. Slaughter<br>(Complaint filed on July 24, 2023)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 12(B)(6)**<br><br>DATE: November 9, 2023<br>TIME:  10:00 a.m.<br>DEPT.: 10D |

   This Court has considered the Motion filed by Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA ("The Regents") to Dismiss the causes of action asserted against it in the Complaint filed by Plaintiff JACKLINE MUTHOKA ("Plaintiff") pursuant to Federal Rule of Civil Procedure 12(b)(6).

///

///

///

The Court hereby grants the Motion without leave to amend and orders all of Plaintiff's causes of action dismissed. Plaintiff's claims fail to state claims upon which relief can be granted against The Regents due to a lack of sufficient factual support for such claims and/or Plaintiff's claims are barred by the applicable statute of limitations.

IT IS SO ORDERED.

DATED: _____

By: _____
HON. FRED W. SLAUGHTER

McCune & Harber, LLP
515 South Figueroa St.
Los Angeles, CA 90071
(213) 689-2500
Fax (213) 689-2501

-2-

Order Re Defendant The Regents Of The University Of California's Notice Of Motion And Motion To Dismiss Plaintiff's Complaint