**JUDGE FRED W. SLAUGHTER**
**SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET**

Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.
**The parties must make every effort to agree on dates or the court will set them.**

| Case No. | | Case Name: | | | |
|---|---|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | | | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy | Court Order mm/dd/yyyy |
| Check one: [x] Jury Trial or [ ] Bench Trial **[Tuesday at 8:30 a.m., within 18 months after Complaint filed]** Estimated Duration: ___4___ Days | | | | 1/14/25 | [ ] Jury Trial [ ] Bench Trial _____Days |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions *in Limine* **[Thursday at 8:30 a.m., at least 12 days before trial]** | | | | 12/17/24 | |
| **Event [1]** *Note*: Hearings shall be on Thursdays at 10:00 a.m. Other dates can be any day of the week. | | | **Weeks Before FPTC** | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy | Court Order mm/dd/yyyy |

| Event | Weeks Before FPTC | Pl(s)' Date | Def(s)' Date | Court Order |
|---|---|---|---|---|
| Last Date to **Hear** Motion to Amend Pleadings/Add Parties [Thursday] | | | 5/16/24 | |
| Non-Expert Discovery Cut-Off **(no later than deadline for filing dispositive motions)** | 26 | | 6/18/24 | |
| Expert Disclosure (Initial) | 24 | | 7/2/24 | |
| Expert Disclosure (Rebuttal) | 22 | | 7/16/24 | |
| Expert Discovery Cut-Off | 20[2] | | 7/30/24 | |
| Last Date to **Hear** Motions [Thursday] <br>• Motion for Summary Judgment due at least 6 weeks before hearing <br>• All other motions due at least 4 weeks before hearing <br>• Opposition due 2 weeks after Motion is filed <br>• Reply due 1 week after Opposition is filed | 12 | | 9/24/24 | |
| Deadline to Complete Settlement Conference [L.R. 16-15] *Select one*: [X] 1. Magistrate Judge (with Court approval) [x] 2. Court's Mediation Panel [ ] 3. Private Mediation | 10 | | 6/18/24 | [ ] 1. Mag. J. [ ] 2. Panel [ ] 3. Private |
| **Trial Filings (first round)** <br>• Motions *in Limine* with Proposed Orders <br>• Memoranda of Contentions of Fact and Law [L.R. 16-4] <br>• Witness Lists [L.R. 16-5] <br>• Joint Exhibit List [L.R. 16-6.1] <br>• Joint Status Report Regarding Settlement <br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only) <br>• Declarations containing Direct Testimony, if ordered (bench trial only) | 3 | | 11/26/24 | |
| **Trial Filings (second round)** <br>• Oppositions to Motions *in Limine* <br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7] <br>• Joint/Agreed Proposed Jury Instructions (jury trial only) <br>• Disputed Proposed Jury Instructions (jury trial only) <br>• Joint Proposed Verdict Forms (jury trial only) <br>• Joint Proposed Statement of the Case (jury trial only) <br>• Proposed Additional Voir Dire Questions, if any (jury trial only) <br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | 2 | | 12/3/24 | |

---

[1] The parties may seek dates for additional events by filing a separate Stipulation and Proposed Order. Class actions, patent, and ERISA cases may need to vary from the above.
[2] The parties may wish to consider cutting off expert discovery prior to the deadline for filing a motion for summary judgment.

9