Jerry Girley, Esquire
Florida Bar No. 35771
The Girley Law Firm, PA
117 E. Marks Street, Suite A
Orlando, FL 32803
Tel: (407) 540-9866
Fax: (407) 540-9867
phyllis@thegirleylawfirm.com
*Admitted Pro Hac Vice*

Jay T. Jambeck (SBN 226018)
Mandy G. Leigh (SBN 225748)
Damien Troutman (SBN 286616)
LEIGH LAW GROUP, P.C.
582 Market St. #905
San Francisco, CA 94104
Tel:   415-399-9155
Fax:   415-795-3733
jjambeck@leighlawgroup.com

Tania L. Whiteleather (SBN 141227)
Law Offices of Tania L. Whiteleather
5445 Del Amo Blvd. #207
Lakewood, CA 90712
Tel:   562-866-8755
Fax:   562-866-6875
tlwhiteleather@juno.com

*Attorneys for Plaintiff,*
JACKLINE MUTHOKA

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JACKLINE MUTHOKA,<br><br>    Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>    Defendant. | CASE NO.:  8:23-cv-01333-FWS-JDE<br>*Assigned to the Hon. Fred W. Slaughter*<br><br>**THIRD STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>Complaint Filed: July 23, 2023<br>SAC Filed: January 22, 2024<br><br>Trial Date: September 23, 2025 |

The parties, by and through their counsel of record, hereby stipulate as follows:

**RECITALS**

1. WHEREAS, Plaintiff filed a lawsuit against the Defendant The Regents of the University of California, on August 15, 2023, with the operative Second Amended Complaint filed January 22, 2024 (Dkt. 33).

2. WHEREAS, on February 2, 2024, the Court issued a Scheduling Order which set all future case deadlines (Dkt. 36).

3. WHEREAS, on June 7, 2024, the Court issued an Order on a stipulation to modify the Scheduling Order.

4. WHEREAS, on October 21, 2024, the Court issued an Order on a second stipulation to modify the Scheduling Order.

5. WHEREAS, the parties have worked diligently since that time to complete discovery. The Defendant completed its extensive review and production of ESI documents responsive to Plaintiff's discovery requested in mid-November, 2024. The parties noticed and took several depositions and otherwise completed written discovery during the time period from the October 21, 2024 Scheduling Order.

6. WHEREAS, two limited matters remain pending: (1) Plaintiff noticed the Federal Rule of Civil Procedure 30(b)(6) deposition of third-party witness National Board of Medical Examiners (NBME) on September 24, 2024. Subsequently, Plaintiff's counsel discussed the matter on several occasions (counsel for NBME went abroad twice during the period of discussions) with counsel for NBME and determined that a declaration would suffice pursuant to Federal Rule of Evidence 807(6) & (7). Plaintiff then informed counsel for Defendant, out of professional courtesy, that Plaintiff did not require a deposition of NBME as a result and the reason why. Defendant conferred internally and determined that it required the deposition of NBME. Due to the schedules of counsel and the NBME counsel and witnesses, a date for the third-party NBME deposition could not be scheduled until after the close of discovery. The parties are attempting to set a deposition date at the present time which is likely to occur in early January, 2025. (2) On November 7, 2024

Defendant propounded a Second Set of Interrogatories, a Second Set of Requests for Production and a First Set of Requests for Admissions on Plaintiff. Plaintiff has been diligently working to respond to the requests but due to her work as a medical resident and schedules of her counsel, a two-week extension is requested to complete and serve all responses thereto. Therefore, the parties seek to extend the discovery deadline for those responses to occur on or before December 20, 2024.

7. WHEREAS, the parties have also diligently sought mediation dates with retired Judge Steven J. Stone to comply with the mediation-completion deadline. However, due to the mediator's availability and counsel's trial schedule, the earliest dates available with Judge Stone are in mid-February 2025. However, the current deadline for expert disclosure is January 27, 2025. The date for rebuttal experts is set for March 3, 2025 and expert witness discovery closes March 28, 2025. The parties stipulate to extend the expert witness initial disclosure date to February 28, 2025, the rebuttal disclosure date to March 28, 2025, and expert witness discovery date to April 21, 2025.

8. WHEREAS, the parties requested two previous extensions or modifications of the scheduling order. This extension will not affect the trial date or date of dispositive motions.

9. WHEREAS, the current deadlines and proposed deadlines are as follows:

|  | **Current Deadline** | **Proposed Deadline** |
| --- | --- | --- |
| Non-Expert Discovery Cut-Off | December 11, 2024 | December 20, 2024 *excepting the NBME deposition which shall occur by 1/31/2025 |
| Expert Disclosure (Initial) | January 27, 2025 | February 28, 2025 |
| Expert Disclosure (Rebuttal) | March 3, 2025 | March 28, 2025 |
| Expert Discovery Cut-Off | March 28, 2025 | April 21, 2025 |

3
**SECOND STIPULATION TO MODIFY SCHEDULING ORDER**

| Last day to attend private mediation | December 20, 2024 | February 20, 2025 |

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between PLAINTIFF and DEFENDANT, through their respective counsel, that:

    The current Scheduling Order be modified in accordance with paragraph 9, *supra*.

Dated: December 11, 2024    Respectfully submitted,

NYE, STIRLING, HALE & MILLER, LLP

By: */s/ Alison M. Bernal*
Jonathan D. Miller, Esq.
Alison M. Bernal, Esq.
Attorneys for Defendants, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,

Dated: December 11, 2024    LEIGH LAW GROUP, P.C.

By: */s/ Jay T. Jambeck*[1]
Jay T. Jambeck, Esq.
Attorney for Plaintiff JACKLINE MUTHOKA

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that the of non-filing counsel whose electronic signatures are attached hereto have authorized this filing.