**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| JACKLINE MUTHOKA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>　　　　Defendant. | CASE NO.: 8:23-cv-01333-FWS-JDE<br>*Assigned to the Hon. Fred W. Slaughter*<br><br>**ORDER ON THIRD STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>Complaint Filed: July 23, 2023<br>SAC Filed: January 22, 2024<br><br>Trial Date: September 23, 2025 |

**ORDER**

Pursuant to the stipulation of the parties, and for good cause appearing, IT IS HEREBY ORDERED that:

| | **Current Deadline** | **New Deadline** |
|---|---|---|
| Non-Expert Discovery Cut-Off | December 11, 2024 | December 20, 2024<br><br>*excepting the NBME deposition which shall occur by 1/31/2025 |
| Expert Disclosure (Initial) | January 27, 2025 | February 28, 2025 |
| Expert Disclosure (Rebuttal) | March 3, 2025 | March 28, 2025 |
| Expert Discovery Cut-Off | March 28, 2025 | April 21, 2025 |
| • Last day to attend private mediation | December 20, 2024 | February 20, 2025 |

**IT IS SO ORDERED.**

DATED: December 12, 2024

_____
Hon. Fred W. Slaughter
United States District Judge