Jonathan D. Miller (SBN 220848)
jonathan@nshmlaw.com
Alison M. Bernal (SBN 264629)
alison@nshmlaw.com
NYE, STIRLING, HALE, MILLER & SWEET, LLP
33 West Mission Street, Suite 201
Santa Barbara, California 93101
Telephone: (805) 963-2345
Facsimile: (805) 284-9590

Attorney for Defendant, REGENTS OF THE UNIVERSITY OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| JACKLINE MUTHOKA,<br><br>         Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>         Defendant. | CASE NO.: 8:23-cv-01333-FWS-JDE<br>*Assigned to the Hon. Fred W. Slaughter*<br><br>**FOURTH STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>Complaint Filed: July 23, 2023<br>SAC Filed: January 22, 2024<br><br>Trial Date: September 23, 2025 |

The parties, by and through their counsel of record, hereby stipulate as follows:

## RECITALS

1. WHEREAS, Plaintiff filed a lawsuit against the Defendant The Regents of the University of California, on August 15, 2023, with the operative Second Amended Complaint filed January 22, 2024 (Dkt. 33).

2. WHEREAS, on February 2, 2024, the Court issued a Scheduling Order which set all future case deadlines (Dkt. 36).

3.   WHEREAS, on June 7, 2024, the Court issued an Order on a stipulation to modify the Scheduling Order (Dkt. 43).

4.   WHEREAS, on October 21, 2024, the Court issued an Order on a second stipulation to modify the Scheduling Order (Dkt. 45).

5.   WHEREAS, on December 12, 2024, the Court issued an Order on a third stipulation to modify the Scheduling Order (Dkt. 47).

6.   WHEREAS, the parties have a mediation scheduled for February 13, 2025 with retired Judge Steven J. Stone. The parties agree that additional time may be needed after the scheduled mediation to allow counsel the option to engage in post-mediation discussions or an additional mediation session and to obtain client authority to engage in any proposed resolution.

7.   WHEREAS, the parties agree that extending the current deadlines for expert disclosures and expert discovery will allow the parties to avoid incurring expert fees in the event this matter is resolved through mediation. The current deadline for expert disclosure is February 28, 2025. The date for rebuttal experts is set for March 28, 2025 and expert witness discovery closes April 21, 2025. The parties stipulate to extend the expert witness initial disclosure date to April 9, 2025, the rebuttal disclosure date to May 7, 2025, and expert witness discovery date to June 2, 2025.

8.   WHEREAS, the parties requested three previous extensions or modifications of the scheduling order. This extension will not affect the trial date or date of dispositive motions.

9.   WHEREAS, the current deadlines and proposed deadlines are as follows:

|  | **Current Deadline** | **Proposed Deadline** |
| --- | --- | --- |
| Expert Disclosure (Initial) | February 28, 2025 | April 9, 2025 |
| Expert Disclosure (Rebuttal) | March 28, 2025 | May 7, 2025 |
| Expert Discovery Cut-Off | April 21, 2025 | June 2, 2025 |

/ / /

2
**FOURTH STIPULATION TO MODIFY SCHEDULING ORDER**

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between PLAINTIFF and DEFENDANT, through their respective counsel, that:

The current Scheduling Order be modified in accordance with paragraph 9, *supra*.

Dated: February 7, 2025         Respectfully submitted,

NYE, STIRLING, HALE & MILLER, LLP

By:  */s/ Alison M. Bernal*
     Jonathan D. Miller, Esq.
     Alison M. Bernal, Esq.
     Attorneys for Defendants, THE REGENTS
     OF THE UNIVERSITY OF CALIFORNIA,

Dated: February 7, 2025         LEIGH LAW GROUP, P.C.

By:  */s/ Jay T. Jambeck*
     Jay T. Jambeck, Esq.
     Attorney for Plaintiff JACKLINE
     MUTHOKA

**FOURTH STIPULATION TO MODIFY SCHEDULING ORDER**

1  ***Local Rule 5-4.3.4 Certification***:  I hereby attest that all other signatories
2  listed, on whose behalf this filing is submitted, concur in the filing's contend and
3  have authorized this filing.

       /s/ *Alison M. Bernal*
       Alison Bernal

**FOURTH STIPULATION TO MODIFY SCHEDULING ORDER**