**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKLINE MUTHOKA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>　　　　Defendant. | Case No. 8:23-cv-01333-FWS-JDE<br><br>**ORDER RE STIPULATION REGARDING HEARING DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND FILING OF OPPOSITION AND REPLY THERETO [56]** |

///
///
///

1

Having reviewed and considered the Stipulation Regarding Hearing Date on Defendant's Motion for Summary Judgment and Filing of Opposition and Reply Thereto [56] ("Stipulation"), filed by Plaintiff Jackline Muthoka and Defendant Regents of the University of California ("Defendant"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **ORDERS** the following:

1. The hearing date for Defendant's Motion for Summary Judgment [50] is **CONTINUED** to **April 24, 2025**.
2. Plaintiff's Opposition to the Motion for Summary Judgment is **EXTENDED** to and including **March 27, 2025**.
3. Defendant's Reply in support of their Motion for Summary Judgment is **EXTENDED** to and including **April 3, 2025**.

**IT IS SO ORDERED**.

Dated: March 21, 2025

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE