Jerry Girley, Esquire
Florida Bar No. 35771
The Girley Law Firm, PA
117 E. Marks Street, Suite A
Orlando, FL 32803
Tel: (407) 540-9866
Fax: (407) 540-9867
phyllis@thegirleylawfirm.com
*Admitted Pro Hac Vice*

Jay T. Jambeck (SBN 226018)
Mandy G. Leigh (SBN 225748)
Damien Troutman (SBN 286616)
LEIGH LAW GROUP, P.C.
582 Market St. #905
San Francisco, CA 94104
Tel:   415-399-9155
Fax:   415-795-3733
jjambeck@leighlawgroup.com

Tania L. Whiteleather (SBN 141227)
Law Offices of Tania L. Whiteleather
5445 Del Amo Blvd. #207
Lakewood, CA 90712
Tel:   562-866-8755
Fax:   562-866-6875
tlwhiteleather@juno.com

*Attorneys for Plaintiff,*
JACKLINE MUTHOKA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACKLINE MUTHOKA,<br><br>Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Defendant. | Case No: 8:23-CV-01333 FWS (JDEX) Assigned to Hon. Judge Fred W. Slaughter<br>(Complaint filed on July 24, 2023)<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date:   April 24, 2025<br>Time:  10:00 AM<br>Place:  10D |

Pursuant to Federal Rule of Evidence 201, Plaintiff requests that the Court take judicial notice of the following:

1. A true and correct copy of Section 111 of the United States Department of Education, Office of Civil Rights (OCR) case processing manual attached hereto as Exhibit A and found at: https://www.ed.gov/sites/ed/files/about/offices/list/ocr/docs/ocrcpm.pdf

2. A true and correct copy of OCR's appeal process is attached hereto as Exhibit B and found at: https://ocrcas.ed.gov/

3. A true and correct copy of the United States Department of States Advisory for Kenya in 2019 is attached hereto as Exhibit C. The document was obtained from an internet archive of the Department of State's Website found here: https://web.archive.org/web/20191120122007/https://travel.state.gov/content/travel/en/traveladvisories/traveladvisories/kenya-travel-advisory.html

Date: March 27, 2025

/s/ Jay T. Jambeck
Jay T. Jambeck

# EXHIBIT A

# U.S. DEPARTMENT OF EDUCATION

# OFFICE FOR CIVIL RIGHTS



# CASE PROCESSING MANUAL (CPM)

**EFFECTIVE DATE: FEBRUARY 19, 2025**

(r) OCR determines that the complaint is moot or unripe.

## SECTION 109    FIRST AMENDMENT PRINCIPLES

Although OCR does not have jurisdiction to enforce the First Amendment to the U.S. Constitution, as a threshold issue and throughout the processing of the complaint, OCR interprets its statutes and regulations consistent with the requirements of the First Amendment, and all actions taken by OCR must comport with First Amendment principles. OCR will not interpret any statute or regulation to impinge upon rights protected under the First Amendment or to require recipients to encroach upon the exercise of such rights.

## SECTION 110    RAPID RESOLUTION PROCESS

The Rapid Resolution Process (RRP) is an expedited case processing approach that can be used to resolve cases in any of OCR's statutory areas either during the evaluation stage or after issuance of the letter of notification. The outcomes in all RRP cases must meet OCR's standards for legal sufficiency and be consistent with applicable statutory and regulatory authority. Any resolution agreement reached through RRP must be aligned with the allegations in the complaint deemed appropriate for resolution pursuant to RRP. See CPM Article III.

Once OCR has received any necessary signed Consent Form from the complainant (see CPM Section 105) and has determined that the complaint is appropriate for RRP, OCR will promptly attempt to resolve the complaint and obtain information necessary to make a compliance determination. OCR will contact the recipient to determine if the recipient is interested in immediately resolving or has taken action to resolve the complaint allegation(s). Where such interest is expressed, RRP may be used to resolve complaints under the following circumstances:

(a) Where a recipient has already taken action that will resolve the complaint, the complaint may be resolved without an agreement where compliance is verified and does not require monitoring by OCR. Under this circumstance, OCR will issue a dismissal letter pursuant to CPM Section 108(j).

(b) Where a recipient has indicated that it is willing to take action in the future to resolve the complaint, or the recipient has already taken action that requires monitoring, the complaint may be resolved by obtaining a resolution agreement, the implementation of which OCR will monitor. See CPM Section 304. Under this circumstance, OCR will issue a resolution letter pursuant to CPM Section 302(c).

(c) Where OCR obtains sufficient information from the recipient to make a compliance determination pursuant to CPM Section 303, OCR will issue a letter of finding pursuant to CPM subsection 303(a) or OCR will issue a letter of finding and obtain a resolution agreement pursuant to CPM subsection 303(b), the implementation of which OCR will monitor.

For cases in RRP, the Regional Office must ensure expeditious completion in accordance with statute, regulations, and case processing procedures.

## SECTION 111    OPENING THE COMPLAINT ALLEGATION(S) FOR INVESTIGATION

When OCR opens a complaint for investigation, it will issue letters of notification to the complainant and the recipient that contain the following information:

- OCR's jurisdiction with applicable statutory and regulatory citations.
- The allegations to be investigated.
- A statement that OCR is a neutral fact-finder and citing the CPM.
- Information about OCR's mediation process.
- A statement that the complainant may have a right to file a private suit in federal court whether or not OCR finds a violation.
- Contact information for the OCR staff person who will serve as the complainant's and the recipient's primary contact during the investigation and resolution of the complaint.

A copy of *OCR Case Processing Procedures* will be included with the letter to the recipient. A copy of the complaint will be provided to the recipient.

## ARTICLE II: MEDIATION

### SECTION 201    MEDIATION

OCR offers two mediation options that provide an opportunity for the parties involved to voluntarily resolve the allegation(s).  OCR will determine, on an individualized basis, whether the allegation(s) are appropriate for resolution pursuant to the mediation options:

(a) Complainants may request mediation at the time of filing of the complaint.  If the allegation(s) is within OCR's jurisdiction, is filed timely (or OCR granted a waiver), provides sufficient detail, states a violation of one of the laws or regulations OCR enforces, and the complainant has provided a signed Consent Form, OCR will contact the recipient and offer this resolution option.  If the recipient is interested in mediation, OCR will provide the recipient with a statement of the allegation(s) to be mediated. If the recipient is not interested in mediation, OCR will determine whether to open the complaint for investigation.  If the mediation is not successful, OCR will close the original complaint pursuant to this subsection, assign a new docket number to the complaint, and determine whether to open the complaint for investigation.

(b) If a complainant has not requested mediation but OCR determines during the course of the investigation that a complaint could be appropriate for mediation, OCR will contact the parties and offer this resolution option.

### SECTION 202    ROLES

(a) **OCR's Role**

- To serve as an impartial, confidential facilitator between the parties.
- To inform the parties of mediation procedures, establish a constructive tone, and encourage the parties to work expeditiously and in good faith toward a mutually acceptable resolution.
- To review the allegations with the parties and assist both parties in understanding the pertinent legal standards and possible remedies.
- To facilitate a discussion between the parties regarding possible actions that the parties may consider in working toward a resolution.
- To offer assistance, as appropriate, with regard to reducing any resolution to writing. When an agreement is reached, the parties are informed that OCR will issue a closure letter reflecting the resolution of the complaint by agreement of the parties.

(b) **Role of the Participants**

- To participate in the discussions in good faith.

# EXHIBIT B

3/26/25, 2:28 PM
ocrcas.ed.gov
Case 8:23-cv-01333-FWS-JDE    Document 59    Filed 03/27/25    Page 8 of 16    Page ID #:947
Home | OCR

Start Over (/welcome-to-the-ocr-complaint-assessment-system)  OCR Complaint Consent Form (/sites/default/files/ocr_complaint_consent_form.pdf) 

---

**Warning**

You are accessing a U.S. Federal Government computer system intended to be solely accessed by individual users expressly authorized to access the system by the U.S. Department of Education. Usage may be monitored, recorded, and/or subject to audit. For security purposes and in order to ensure that the system remains available to all expressly authorized users, the U.S. Department of Education monitors the system to identify unauthorized users. Anyone using this system expressly consents to such monitoring and recording. Unauthorized use of this information system is prohibited and subject to criminal and civil penalties. Except as expressly authorized by the U.S. Department of Education, unauthorized attempts to access, obtain, upload, modify, change, and/or delete information on this system are strictly prohibited and are subject to criminal prosecution under 18 U.S.C § 1030, and other applicable statutes, which may result in fines and imprisonment. For purposes of this system, unauthorized access includes, but is not limited to:

Any access by an employee or agent of a commercial entity, or other third party, who is not the individual user, for purposes of commercial advantage or private financial gain (regardless of whether the commercial entity or third party is providing a service to an authorized user of the system); and Any access in furtherance of any criminal or tortious act in violation of the Constitution or laws of the United States or any State.

If system monitoring reveals information indicating possible criminal activity, such evidence may be provided to law enforcement personnel.

---

Welcome to the OCR Complaint Assessment System

This section of the OCR website is designed to help you determine if the Office for Civil Rights may be able to assist you by investigating a complaint of discrimination against a school, school district, college, university, library, or other educational entity that is covered by a law OCR enforces. If an OCR complaint does not appear to be the appropriate route, the website will suggest links to other resources that may better assist you in addressing your concerns.

The assessment is currently only available in English. For information about how to file a complaint in a language other than English, please see the dropdown menu below. You may also, free of charge, request language assistance services for Department information by calling 1-800-USA-LEARN (1-800-872-5327) (tel:1-800-872-5327) (TTY: 1-800-877-8339) or email us at Ed.Language.Assistance@ed.gov (mailto:Ed.Language.Assistance@ed.gov). To request documents in alternate formats such as Braille or large print, contact the Department at 202-260-0852 (tel:202-260-0852) or om_eeos@ed.gov (mailto:om_eeos@ed.gov).

Please answer the following questions to the best of your ability to ensure the most accurate assessment.

Begin Assessment (English Only) (/content/ocr-complaint-assessment-system)

**See Resources Available in Other Languages**:

Amharic ▼    Submit

To see resources in a language other than English, select your language. You will be redirected to complaint forms and instructions on how to file a complaint in other languages. You may also call 1-800-USA-LEARN (1-800-872-5327) (tel:1-800-872-5327) (TTY: 1-800-877-8339) for live interpretation support in your language.

**Resources on Filing a Complaint**

 How to File a Complaint (https://www2.ed.gov/about/offices/list/ocr/docs/howto.html)

 Questions & Answers (https://www2.ed.gov/about/offices/list/ocr/qa-complaints.html)

 Language Assistance (https://www2.ed.gov/about/offices/list/ocr/docs/howto-index.html)

 How OCR Handles Complaints (https://www2.ed.gov/about/offices/list/ocr/complaints-how.html)

 Accessibility Assistance (https://www2.ed.gov/about/offices/list/ocr/iwcs.html)

Fillable PDF Complaint Form (https://www2.ed.gov/about/offices/list/ocr/complaintform.pdf)

**Resources Available in Other Languages**

- Amharic አማርኛ (https://www2.ed.gov/about/offices/list/ocr/docs/howto-index.html#amharic)
- Arabic العربية (https://www2.ed.gov/about/offices/list/ocr/docs/howto-index.html#arabic)
- Bengali বাংলা (https://www2.ed.gov/about/offices/list/ocr/docs/howto-index.html#bengali)
- Burmese ဗမာ (https://www2.ed.gov/about/offices/list/ocr/docs/howto-index.html#burmese)
- Cambodian ប្រទេសកម្ពុជា (https://www2.ed.gov/about/offices/list/ocr/docs/howto-index.html#cambodian)
- Chinese 中文: 繁體版 (https://www2.ed.gov/about/offices/list/ocr/docs/howto-index.html#chinese )
- Dari فارسی (https://www2.ed.gov/about/offices/list/ocr/docs/howto-index.html#dari)
- Farsi فارسی (https://www2.ed.gov/about/offices/list/ocr/docs/howto-index.html#farsi)
- French français (https://www2.ed.gov/about/offices/list/ocr/docs/howto-index.html#french)
- Haitian Creole kreyòl ayisyen (https://www2.ed.gov/about/offices/list/ocr/docs/howto-index.html#haitian)
- Hakha Chin Laiṭong (https://www2.ed.gov/about/offices/list/ocr/docs/howto-index.html#hakha-chin)
- Hindi हिंदी (https://www2.ed.gov/about/offices/list/ocr/docs/howto-index.html#hindi)
- Hmong Hmong (https://www2.ed.gov/about/offices/list/ocr/docs/howto-index.html#hmong)
- Japanese 日本語 (https://www2.ed.gov/about/offices/list/ocr/docs/howto-index.html#japanese)
- Karen ကညီကလုာ် (https://www2.ed.gov/about/offices/list/ocr/docs/howto-index.html#karen)
- Khmer ខ្មែរ (https://www2.ed.gov/about/offices/list/ocr/docs/howto-index.html#khmer)
- Korean 한국어 (https://www2.ed.gov/about/offices/list/ocr/docs/howto-index.html#korean)
- Laotian ລົງນາວ (https://www2.ed.gov/about/offices/list/ocr/docs/howto-index.html#laotian)
- Pashto پښتو (https://www2.ed.gov/about/offices/list/ocr/docs/howto-index.html#pashto)
- Punjabi ਪੰਜਾਬੀ (https://www2.ed.gov/about/offices/list/ocr/docs/howto-index.html#punjabi)
- Russian русский (https://www2.ed.gov/about/offices/list/ocr/docs/howto-index.html#russian)
- Serbo-Croatian hrvatskosrpski, srpskohrvatski, хрватскосрпски, српскохрватски (https://www2.ed.gov/about/offices/list/ocr/docs/howto-index.html#serbo)

- Somali **Af-Soomaali** (https://www2.ed.gov/about/offices/list/ocr/docs/howto-index.html#somali)
- Spanish **español** (https://www2.ed.gov/about/offices/list/ocr/docs/howto-index.html#spanish)
- Swahili **Kiswahili** (https://www2.ed.gov/about/offices/list/ocr/docs/howto-index.html#swahili)
- Tagalog **Tagalog** (https://www2.ed.gov/about/offices/list/ocr/docs/howto-index.html#tagalog)
- Thai **ภาษาไทย** (https://www2.ed.gov/about/offices/list/ocr/docs/howto-index.html#thai)
- Urdu **اردو** (https://www2.ed.gov/about/offices/list/ocr/docs/howto-index.html#urdu)
- Vietnamese **Việt-ngữ** (https://www2.ed.gov/about/offices/list/ocr/docs/howto-index.html#viet)

## OCR Appeals Form

OCR affords an opportunity to complainants to appeal certain determinations and dismissals if the complaint was filed with OCR prior to July 18, 2022:

    Investigatory determinations of insufficient evidence to support a violation;
    Dismissal of allegations pursuant to Sections 108(a), (b), (c), (d), (h), and (i) of OCR's Case Processing Manual

These are typically identified in the letter OCR sends to you at the conclusion of the case.

You have a right to appeal OCR's determination within 60 calendar days of the date indicated on the letter unless OCR grants you a waiver. An appeal can be filed electronically, by mail, or fax. The completed appeal form or written statement may not exceed 10 pages (double-spaced).

Appeal forms or written statements may be submitted electronically, by U.S. mail, or by fax:

    If submitted by e-mail, send to OCR@ed.gov (mailto:OCR@ed.gov)
    If submitted by U.S. mail, send to

Office for Civil Rights
U.S. Department of Education
400 Maryland Avenue SW
Washington, D.C. 20202


    If submitted by fax, send to 202-245-8392.

In the appeal, you must explain why you believe the factual information was incomplete, inaccurate, the legal analysis was incorrect or the appropriate legal standard was not applied, and how correction of any errors would change the outcome of the case; failure to do so may result in
dismissal of the appeal. OCR will issue a written decision on the appeal.



Electronic Appeals (/content/ocr-electronic-appeals-form)    Fillable PDF Appeals Form (https://www2.ed.gov/about/offices/list/ocr/docs/appeals-form.pdf)

Please read the Information About OCR's Complaint Processing Procedures (https://www.ed.gov/laws-and-policy/civil-rights-laws/file-complaint/how-the-office-for-civil-rights-handles-complaints), Office for Civil Rights Notice About Investigatory Uses of Personal Information (https://www.ed.gov/about/offices/list/ocr/notice), and OCR Complaint Consent Form (/sites/default/files/ocr_complaint_consent_form.pdf). All these documents are downloadable. Before we can complete initial processing of your complaint, we will need your signed consent authorizing us to proceed. Please sign and date A or B on the consent form and mail it to the OCR Enforcement Office responsible for your complaint.

U.S. Department of Education's Office for Civil Rights (https://www2.ed.gov/about/offices/list/ocr/index.html) home page

# EXHIBIT C

The Wayback Machine - https://web.archive.org/web/20191120122007/https://travel.state.gov/content/travel/en/tr…

# Kenya Travel Advisory

Travel Advisory
April 9, 2019

Kenya - Level 2: Exercise Increased Caution



Exercise increased caution in Kenya due to **crime, terrorism and kidnapping**. Some areas have increased risk. Read the entire Travel Advisory.

Do Not Travel to:

- Kenya-Somalia border and some coastal areas due to **terrorism**.
- Areas of Turkana County due to **crime**.

Reconsider Travel to:

- Nairobi neighborhoods of Eastleigh and Kibera at all times due to **crime and kidnapping**. Be especially careful when traveling after dark anywhere in Kenya due to crime.

Violent crime, such as armed carjacking, mugging, home invasion, and kidnapping, can occur at any time. Local police are willing but often lack the capability to respond effectively to serious criminal incidents and terrorist attacks. Emergency medical and fire service is also limited.

Terrorist attacks have occurred with little or no warning, targeting Kenyan and foreign government facilities, tourist locations, transportation hubs, hotels, resorts, markets/shopping malls, and places of worship. Terrorist acts have included armed assaults, suicide operations, bomb/grenade attacks, and kidnappings.

Due to risks to civil aviation operating in the vicinity of the Kenyan-Somali border, the Federal Aviation Administration (FAA) has issued a Notice to Airmen (NOTAM). For more information, U.S. citizens should consult [Federal Aviation Administration's Prohibitions, Restrictions and Notices](#).

Some schools and other facilities acting as cultural rehabilitation centers are operating in Kenya with inadequate or nonexistent licensing and oversight. Reports of minors and young adults being held in these facilities against their wills and physically abused are common.

Read the Safety and Security section on the [country information page](#).

If you decide to travel to Kenya:

- Stay alert in locations frequented by Westerners.
- Do not physically resist any robbery attempt.
- Monitor local media for breaking events and be prepared to adjust your plans.
- Make contingency plans to leave the country in the event of an emergency. Review the [Traveler's Checklist](#).
- Always carry a copy of your U.S. passport and visa (if applicable). Keep original documents in a secure location.
- Enroll in the [Smart Traveler Enrollment Program](#) ([STEP](#)) to receive security messages and make it easier to locate you in an emergency.
- Follow the Department of State on [Facebook](#) and [Twitter](#).
- Review the [Crime and Safety Report](#) for Kenya.

### Kenya-Somalia Border Counties and Coastal Areas – Level 4: Do Not Travel

Due to terrorism concerns, U.S. government personnel are prohibited from traveling to the Kenya-Somalia border counties and some coastal areas.

### Kenya-Somalia Border Counties – Level 4: Do Not Travel

- Mandera
- Wajir

- Garissa.

### Coastal Areas – Level 4: Do Not Travel

- Tana River county
- Lamu county
- Areas of Kilifi County north of Malindi.

### Turkana County – Level 4: Do Not Travel

- Road from Kainuk to Lodwar due to banditry.

Visit our website for [Travel to High-Risk Areas](#).

### Nairobi neighborhoods of Eastleigh and Kibera – Level 3: Reconsider Travel

Violent crime, such as armed carjacking, mugging, home invasion, and kidnapping, can occur at any time. Street crime can involve multiple armed assailants. Local police often lack the resources and training to respond effectively to serious criminal incidents.

Consider carefully whether to use the Likoni ferry in Mombasa due to safety concerns.

Visit our website for [Travel to High-Risk Areas](#).

*Last Update: Reissued with updates to the Risk Indicators.*