Jerry Girley, Esquire
Florida Bar No. 35771
The Girley Law Firm, PA
117 E. Marks Street, Suite A
Orlando, FL 32803
Tel: (407) 540-9866
Fax: (407) 540-9867
phyllis@thegirleylawfirm.com
*Admitted Pro Hac Vice*

Jay T. Jambeck (SBN 226018)
Mandy G. Leigh (SBN 225748)
Damien Troutman (SBN 286616)
LEIGH LAW GROUP, P.C.
582 Market St. #905
San Francisco, CA 94104
Tel:   415-399-9155
Fax:   415-795-3733
jjambeck@leighlawgroup.com

Tania L. Whiteleather (SBN 141227)
Law Offices of Tania L. Whiteleather
5445 Del Amo Blvd. #207
Lakewood, CA 90712
Tel:   562-866-8755
Fax:   562-866-6875
tlwhiteleather@juno.com

*Attorneys for Plaintiff,*
JACKLINE MUTHOKA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKLINE MUTHOKA,<br><br>Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Defendant. | Case No: 8:23-CV-01333 FWS (JDEX) Assigned to Hon. Judge Fred W. Slaughter<br>(Complaint filed on July 24, 2023)<br><br>**DECLARATION OF JAY T. JAMBECK**<br><br>Date:   April 24, 2025<br>Time:   10:00 AM<br>Place:  10D |

I, Jay T. Jambeck declare as follows:

1. I am counsel for the Plaintiff in the above referenced matter and have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify to these facts.
2. Attached hereto as Exhibit A are true and correct copies of excerpts of the Deposition of Jackline Muthoka, taken on May 2, 2024.
3. Attached hereto as Exhibit B are true and correct copies of the excerpts of the Deposition of Kelley Butler, taken on December 2, 2024.
4. Attached hereto as Exhibit C is a true and correct copy of an email produced by the Defendant from Dr. Osborn to Dr. Wiechmann dated March 29, 2023. No response from Dr. Weichmann appears to have been produced by the Defendant other than the April 3, 2023 letter.
5. Attached hereto as Exhibit D is a true and correct copy of UCI's International Electives and Activities Policy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: March 27, 2025

/s/ Jay T. Jambeck
Jay T. Jambeck