```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3                SOUTHERN DIVISION DIVISION
 4   JACKLINE MUTHOKA,
 5                     Plaintiff,
 6   vs.                    Case No.: 8:23-CV-01333 FWS (JDEX)
 7   THE REGENTS OF THE UNIVERSITY OF
     CALIFORNIA,
 8
                       Defendant.
 9   _____
10
11
12
13
14
15
16
17
18            Deposition of JACKLINE MUTHOKA
19                    May 2, 2024
20                Garden Grove, California
21
22
23
24
25   Reported by: Angie Schultz-Messenger, CSR No. 11742
```

Page 1

```
 1      A    Uh-huh.                                          12:23

 2      Q    Tell me specifically now, ma'am, what

 3  those facts are.

 4      A    Other students who traveled to other

 5  countries in 2017 received better treatment than me.      12:23

 6  And in 2018, a student that is not a black student,

 7  not a Kenyan was able to travel to Kenya in 2018.

 8  And in 2018, I received the same email from

 9  Dr. Toohey telling me that I cannot travel because

10  Kenya is on a travel advisory.                            12:24

11      Q    Okay.  So the other groups who got better

12  treatment than you in the year we're talking about,

13  summer 2017, did --

14      A    Yes.

15      Q    -- did any of those groups travel to a           12:24

16  location that had a travel advisory at the same

17  level as Kenya in the summer of 2017?

18      A    So in 2017, nobody went to Kenya.

19      Q    I know that.  The groups went to other

20  places, right?                                            12:24

21      A    Yes.

22      Q    And you're saying, They were treated

23  better than me, right?

24      A    Yes.

25      Q    Right.  So my question is:  Did any of          12:24
```

Page 98

```
 1    discriminated against you in this -- in your trip to        12:44
 2    Kenya?
 3         A    I believe it was Dr. Julianne Toohey.
 4         Q    Okay.  And what role -- what statements or
 5    what factual basis do you have to believe Dr. Toohey        12:45
 6    discriminated against you on this trip to Kenya?
 7         A    Specifically for the trip, because
 8    everybody was working under her, so -- and I said
 9    this because I interacted with her a couple times.
10              (Reporter clarification.)                         12:45
11         THE WITNESS:  I interacted with her a
12    couple times, yeah, during this process.  So
13    everybody was receiving instructions from her, so I
14    say that because she's the one who was driving this
15    whole program.                                              12:45
16              And I said this because during this whole
17    process, Dr. Fox -- Dr. Christian Fox was trying to
18    work with her to try and figure out what we can do
19    and she was resistant.
20    BY MR. HARBER:                                              12:46
21         Q    And she --
22         A    She was resistant.
23         Q    Okay.  So can you tell me what factual
24    basis do you have to believe that she racially
25    discriminated against you relative to Kenya?                12:46
```

Page 106

| | | |
|---|---|---|
| 1 | A    Yes. Because she -- she instructed me to | 12:46 |
| 2 | not -- she said -- she emailed me in 2017 telling me | |
| 3 | not to go, that we are not going -- I can go if I | |
| 4 | want to, but I'm not going to be sponsored by the | |
| 5 | university. | 12:46 |
| 6 | And then in 2018, I never attended any | |
| 7 | meetings for people who were planning the trips | |
| 8 | because she was in charge and she attended those | |
| 9 | meetings to plan the trips.  She knew that I wasn't | |
| 10 | attending those meetings and she knew I wasn't part | 12:46 |
| 11 | of the groups.  Then she emailed me telling me not | |
| 12 | to go in 2018 and I wasn't even part of the trip | |
| 13 | that was going in 2018.  So this was -- she had a | |
| 14 | problem with me that I don't know. | |
| 15 | Q    So hold on. Let me make sure. So in | 12:47 |
| 16 | 2018, she emailed you saying you're not allowed to | |
| 17 | go to -- on the trip? | |
| 18 | A    So let me just make sure that I'm -- this | |
| 19 | is clear.  So the trip -- the trips start in the | |
| 20 | fall of the previous year.  So the trip for 2016 | 12:47 |
| 21 | that happened in 2017, she emailed me telling me | |
| 22 | that I will not get sponsorship in March -- on | |
| 23 | March 17, 2017 when I had been requesting her of | |
| 24 | this information from August. | |
| 25 | So then anyway, she emailed me in March | 12:47 |

Page 107

| | | |
|---|---|---|
| 1 | Q     So can you tell me -- give me the fact, | 12:50 |
| 2 | ma'am, that you believe indicates or demonstrates | |
| 3 | racial animus.  Give me that fact here. | |
| 4 | A     Yes.  I am a black woman in medicine.  I'm | |
| 5 | a Kenyan.  I requested for -- to -- for funding, and | 12:50 |
| 6 | I had approval for my trips in 2017.  I was denied | |
| 7 | sponsorship from the university in 2017.  In 2018, I | |
| 8 | was not part of any program that was planning any | |
| 9 | trip. | |
| 10 | But Dr. Toohey emailed me and the other | 12:51 |
| 11 | black student, the only two black students in the | |
| 12 | class, advising us not to plan or not to go in 2018. | |
| 13 | I was not part of that trip.  I was not planning | |
| 14 | anything for 2018.  She came after me. | |
| 15 | And in 2018, a non-Kenyan, | 12:51 |
| 16 | non-African-American male medical student, Michael | |
| 17 | LoBasso, was allowed to go to Kenya with full | |
| 18 | support from the university.  He got everything he | |
| 19 | wanted.  He was the same position as I was. | |
| 20 | Q     Okay.  So your factual basis is you're | 12:51 |
| 21 | black, you weren't allowed in 2017, but somebody who | |
| 22 | was not black was allowed in 2018?  Is that what | |
| 23 | you're saying? | |
| 24 | A     I was not allowed in 2017, and I was | |
| 25 | prevented, presumably, even when I was not part of | 12:51 |

Page 110

| | | |
|---|---|---|
| 1 | Q   No, I know. But you went there because | 01:02 |
| 2 | you were having anxieties during testing? | |
| 3 | A   I was having problems completing the exam. | |
| 4 | I believe that's what I told the school. | |
| 5 | Q   Okay. And so what did they do for you, if | 01:02 |
| 6 | anything, that year regarding your problems | |
| 7 | involving completing tests? | |
| 8 | A   So I went to DSC in 20 -- early 2017 and | |
| 9 | DSC -- I don't quite remember how the whole process | |
| 10 | worked, but I do remember that I was, at some point, | 01:03 |
| 11 | examined by a UCI psychiatrist. So the medical | |
| 12 | school -- medical students have a psychiatrist who | |
| 13 | helps students. | |
| 14 | So the UCI medical school psychiatrist | |
| 15 | examined me and diagnosed me with a test anxiety, | 01:03 |
| 16 | testing anxiety. And then that paperwork was sent | |
| 17 | to DSC and that's how I received my accommodation | |
| 18 | from UCI. | |
| 19 | Q   And so you went -- you went there because | |
| 20 | you had problems completing tests, then you got an | 01:03 |
| 21 | evaluation? | |
| 22 | A   No. | |
| 23 | Q   They determined that you had testing | |
| 24 | anxiety and they gave you an accommodation -- | |
| 25 | A   No. | 01:04 |

Page 120

```
 1      Q    -- is that correct?                              01:04
 2      A    UCI school psychiatrist examined me and
 3   then that paperwork was submitted to DSC and that's
 4   how I received my accommodations.
 5      Q    I think that's what I just said.  What           01:04
 6   accommodations did you get?
 7      A    Time and a half.
 8      Q    Oh, you got more time than your fellow
 9   students to complete your tests?
10      A    That's right, sir.                               01:04
11      Q    And so if it's a three-hour test, how long
12   would you get?
13      A    So if it's three hours, I would get time
14   and a half, so it will be -- time and a half will be
15   four and a half hours.                                   01:04
16      Q    Oh, wow.  Okay.  Any other -- is that what
17   you requested?
18      A    I requested that.  And then I also
19   received a testing -- separate room for testing.
20      Q    Did you request that as well?                    01:04
21      A    I believe so.
22      Q    And this was in the 2016/'17 school year?
23      A    Yes, sir.
24      Q    Okay.  So you -- in the -- in that year,
25   you received all accommodations that you asked for       01:05
```

Page 121

|   |   |   |
|---|---|---|
| 1 | out of proportion and started telling people I have | 01:06 |
| 2 | a language issue.  And she emailed the DSC couple | |
| 3 | times when I was going through that process, and I | |
| 4 | met -- I went to DSC and I met with her.  I told her | |
| 5 | that it's not proper for her to say that I have a | 01:06 |
| 6 | language issue because I don't have a language | |
| 7 | issue.  I'm looking for accommodations because I | |
| 8 | have a problem with anxiety. | |
| 9 |     And I -- as soon as I got the diagnosis, I | |
| 10 | made sure she knew that I have a diagnosis in 2017. | 01:07 |
| 11 | After the meeting with her, I went to DSC and I | |
| 12 | talked to the DSC director -- | |
| 13 |     (Reporter clarification.) | |
| 14 |     THE WITNESS:  Dr. Jan Serrantino. | |
| 15 | Dr. Serrantino.  And I requested Dr. Serrantino | 01:07 |
| 16 | submit a letter to Toohey, a letter of verification | |
| 17 | that I do have a language -- I do have a learning | |
| 18 | disability -- I do have a documented learning | |
| 19 | disability. | |
| 20 |     So between January of 2017 and March of | 01:07 |
| 21 | 2017, I kept telling Dr. Toohey, Can you please stop | |
| 22 | using language issue as a problem, so -- and I made | |
| 23 | sure that she received a verification letter from | |
| 24 | the DSC in March of 2017, because throughout her | |
| 25 | email she would say, Oh, she has language | 01:07 |

Page 123

| | | |
|---|---|---|
| 1 | comprehension issue.  She has this. | 01:08 |
| 2 | So after I got diagnosis, I submitted a -- | |
| 3 | I requested a letter to be sent to her in March of | |
| 4 | 2017. | |
| 5 | BY MR. HARBER: | 01:08 |
| 6 | Q   Okay.  So you said it was Jan and the last | |
| 7 | name is? | |
| 8 | A   Serrantino.  I think it's S-e-r-r-n-t-i-o, | |
| 9 | Serrantino.  Sorry.  S-e-r -- oh, my God.  Sorry. | |
| 10 | S-e-r-r-a-n-t-i-n-o, Serrantino. | 01:08 |
| 11 | Q   All right.  So you're saying that | |
| 12 | Dr. Toohey told -- is it Dr. Serrantino? | |
| 13 | A   No.  She was writing emails saying that I | |
| 14 | have a language comprehension issue when I was going | |
| 15 | through the process, and so I met with her and I | 01:08 |
| 16 | told her -- | |
| 17 | Q   I know, I know.  I'm just trying to get | |
| 18 | clarity, ma'am. | |
| 19 | So Dr. Toohey mentioned this to Jan | |
| 20 | Serrantino and you didn't want that and you didn't | 01:09 |
| 21 | appreciate that; is that right? | |
| 22 | A   Yes. | |
| 23 | Q   Okay.  And you didn't -- you told her | |
| 24 | don't do that, right? | |
| 25 | A   Yes, I did. | 01:09 |

Page 124

| | | |
|---|---|---|
| 1 | Q     Okay.  And when did Dr. Toohey say that to | 01:09 |
| 2 | Jan Serrantino? | |
| 3 | A     So the discussions -- these discussions | |
| 4 | were early in 2017.  I think it was January or | |
| 5 | February.  She was not just telling her.  She was | 01:09 |
| 6 | also writing emails to me, and I met with her -- in | |
| 7 | January and February is when I was processing that | |
| 8 | paperwork. | |
| 9 | And then in March is when I asked | |
| 10 | Dr. Serrantino to submit a letter to Dr. Toohey | 01:09 |
| 11 | telling her that I have a documented disability so | |
| 12 | that she can stop labeling me as having language | |
| 13 | issues. | |
| 14 | Q     Okay.  So I think I have that email.  Let | |
| 15 | me bring it up for you. | 01:10 |
| 16 | A     Okay. | |
| 17 | Q     Can you see this here, ma'am, on the -- | |
| 18 | A     Uh-huh. | |
| 19 | Q     Okay.  So it looks like it's January -- | |
| 20 | A     January, yeah.  That's right, yes. | 01:10 |
| 21 | Q     It sounds right, okay.  January 23, 2017 | |
| 22 | Dr. Toohey writes to Jan Serrantino -- | |
| 23 | A     Yes. | |
| 24 | Q     -- and she says that I have copied you on | |
| 25 | this email.  This is a copy -- this is the email | 01:10 |

Page 125

```
 1        A    Yes.                                          02:45
 2        Q    And when was that?
 3        A    I believe it was October or November.
 4   Most likely October of 2018.
 5        Q    And you mentioned you didn't pass that        02:45
 6   Step 1 exam -- Step 1 exam in October or so of 2018?
 7        A    That's correct.
 8        Q    Do you blame UCI for your failure to pass
 9   the Step 1 exam?
10        A    Yes.                                          02:46
11        Q    Okay.  And who specifically at UCI do you
12   blame for you failing to pass the first Step 1 exam?
13        A    Dr. Toohey and DSC.
14        Q    Okay.  And for the Step 1 exam, what did
15   Dr. Toohey do that caused you to fail that exam?       02:46
16        A    She interfered with my accommodation
17   process.
18        Q    Okay.  And this is Dr. Julianne Toohey?
19        A    Yes, sir.
20        Q    Okay.  And what did she specifically do to    02:46
21   interfere with your accommodation process?
22        A    She informed the DSC at the very beginning
23   when I was doing my accommodation request that I had
24   a language issue, so I never received a
25   psychological evaluation at that time.                  02:46
```

Page 149

```
 1      Q    When did you receive the evaluation?           02:47
 2      A    I believe it was 2019.
 3      Q    Did you -- you believed you had a
 4  disability?
 5      A    Yes, I did, and I did.                          02:47
 6      Q    And that's why you went to the disability
 7  center in the first instance, right?
 8      A    Yes, sir.
 9      Q    Why didn't you obtain a evaluation?
10      A    Because Dr. Toohey was misleading the DSC       02:47
11  officials that I have a language issue, so the
12  officials didn't complete their work as they were
13  supposed to.
14      Q    I'm asking something a little bit
15  different.  You knew you didn't have a language          02:47
16  issue, right?  You've told us that many times.
17      A    Yes, I did.  Yeah.
18      Q    You thought you had a different
19  disability, true?
20      A    Yes.                                            02:48
21      Q    Right.  So why didn't you obtain your own
22  evaluation?  Why wait for Dr. Toohey at all?
23      A    I did not wait for Dr. Toohey.
24      Q    Why -- okay.  So when did you get your own
25  evaluation?                                              02:48
```

Page 150

| | | |
|---|---|---|
| 1 | A    I did not get my own evaluation. | 02:48 |
| 2 | Q    Why not?  That's my question. | |
| 3 | A    So in 2017, I went to DSC because I | |
| 4 | believed I had -- I have a learning disability.  At | |
| 5 | that point, as I explained to you earlier, | 02:48 |
| 6 | Dr. Toohey was telling people I can't speak English. | |
| 7 | And so I went through that process of | |
| 8 | requesting evaluations and everything, and I | |
| 9 | submitted a documentation to her saying I don't have | |
| 10 | a language issue.  But DSC, officially Dr. Jan | 02:48 |
| 11 | Serrantino who was in charge, did not conduct a | |
| 12 | complete evaluation of me.  So they relied on the | |
| 13 | documentation that was submitted by Dr. Toohey -- | |
| 14 | Dr. Hurria. | |
| 15 | Q    Right.  My question is:  Why are you | 02:49 |
| 16 | waiting for them at all?  You waited years.  Why | |
| 17 | don't you get your own evaluation?  Why have them do | |
| 18 | it at all? | |
| 19 | A    I didn't wait for anybody.  I had | |
| 20 | already -- at the time I was applying for | 02:49 |
| 21 | accommodation, I believed that I had received all | |
| 22 | the paperwork that was needed. | |
| 23 | Q    Okay.  Did you need the evaluation to | |
| 24 | provide your diagnosis of a disability? | |
| 25 | A    Yes. | 02:49 |

Page 151

| | | |
|---|---|---|
| 1 | A     Well, the academic years -- this is why | 04:35 |
| 2 | this is confusing.  The academic years, yes, I | |
| 3 | graduated within six years.  But if you calculate | |
| 4 | the time, you know, COVID happened, those period, | |
| 5 | it's not six years. | 04:36 |
| 6 | Q     Was the school shut down for some period | |
| 7 | of time? | |
| 8 | A     It was.  It wasn't shut down, but | |
| 9 | exceptions were granted for students who continue | |
| 10 | with education so they don't miss classes.  However, | 04:36 |
| 11 | I was told to stay at home. | |
| 12 | Q     Sorry.  However? | |
| 13 | A     So when COVID-19 happened, the school | |
| 14 | refreshed the school policy so that students don't | |
| 15 | have to retake Step 1 and they can progress with | 04:36 |
| 16 | their education, because the test centers were | |
| 17 | closed countrywide.  There was no classes.  There | |
| 18 | was no Step exams that were being administered. | |
| 19 | But UCI promotions and honors committee | |
| 20 | told me to stay at home and only come back to school | 04:36 |
| 21 | after I take my exam.  So the rest of the student | |
| 22 | body continued with their education.  They received | |
| 23 | very little interruptions.  But I was told to stay | |
| 24 | home, so I couldn't go to school and I couldn't | |
| 25 | continue with my education. | 04:37 |

Page 218

| | | |
|---|---|---|
| 1 | don't have a language issue and I actually have a | 03:08 |
| 2 | documented disability, and she said she doesn't | |
| 3 | remember about that conversation. | |
| 4 |     So I went through that again, and then she | |
| 5 | told me, Just go finish your rotation and figure out | 03:08 |
| 6 | what you're going to do. You know, you need to look | |
| 7 | for a program, but the National Board said they | |
| 8 | would not give you accommodations. So I left. I | |
| 9 | left the meeting. And then I went on to look for a | |
| 10 | program that will help me prepare, not to solve my | 03:08 |
| 11 | language issue because I had already told her that | |
| 12 | multiple times. | |
| 13 |     And then, you know, later on when I was | |
| 14 | looking at the emails, that's when I found out that | |
| 15 | she had sent -- like she stated that she called the | 03:09 |
| 16 | National Board because of a language issue, but I | |
| 17 | had already -- she was in possession of my documents | |
| 18 | at that time. So she went against what my diagnosis | |
| 19 | were and called the National -- claimed to call the | |
| 20 | National Board for the wrong thing. | 03:09 |
| 21 |     And because I was in a busy rotation, so I | |
| 22 | didn't see all of this until the school put me on | |
| 23 | academic -- put me on investigation. | |
| 24 |     Q   Right. I'm sorry, put you on an | |
| 25 | investigation? | 03:09 |

Page 165

| | | |
|---|---|---|
| 1 | records that she called. | 03:10 |
| 2 | And then she told me that the National | |
| 3 | Board had made a decision that I will not get | |
| 4 | accommodation in 2018, and that was not true. | |
| 5 | Q    It's -- | 03:11 |
| 6 | A    So I took my test -- it was not true that | |
| 7 | the National Board had made a decision in 2018.  The | |
| 8 | National Board did not make any decision in 2018. | |
| 9 | Dr. Toohey did.  And then I took the exam without | |
| 10 | accommodation and I failed in 2018, October. | 03:11 |
| 11 | Q    So you failed it -- so you took six months | |
| 12 | off to prepare for the exam, took it in October 2018 | |
| 13 | and didn't pass that one? | |
| 14 | A    That's not the case, sir.  I completed the | |
| 15 | surgery rotation in July or August.  I don't | 03:11 |
| 16 | remember the timeline.  And then I had to travel to | |
| 17 | the program that I was in, so that took time.  And | |
| 18 | then I didn't start preparing for the exam probably | |
| 19 | until September, because I had to move from | |
| 20 | California. | 03:11 |
| 21 | Q    Had to move -- you moved from California | |
| 22 | to where? | |
| 23 | A    The program was in the East Coast.  So I | |
| 24 | had to look for a place, I had to book flight | |
| 25 | tickets and all that stuff, so that took time. | 03:12 |

Page 167