

| From: | Osborn, Megan </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1B3148E22D4F4D47829A4F9B8BF31908-OSBORN, MEG> |
|---|---|
| To: | Wiechmann, Warren <wiechmaw@hs.uci.edu> |
| CC: | Wray, Alisa <awray@hs.uci.edu>; Hansen, Jill <hansenjs@hs.uci.edu>; Hambrick, Christina <hambricc@hs.uci.edu>; Dean, Terri <tdean@hs.uci.edu>; Guirguis, Nancy <ngirguis@hs.uci.edu> |
| Subject: | Re: Double checking enrollment and graduation status |
| Sent: | 2023/03/29 21:25:42 (UTC -08:00) |

Updates:

REDACTED

REDACTED

REDACTED

REDACTED
REDACTED
RED_R   REDACTED
REDACTED

Jackline Muthoka - Has Step 2 scheduled for 4/3/23 - not sure if she will walk this year?