Jerry Girley, Esquire
Florida Bar No. 35771
The Girley Law Firm, PA
117 E. Marks Street, Suite A
Orlando, FL 32803
Tel: (407) 540-9866
Fax: (407) 540-9867
phyllis@thegirleylawfirm.com
*Admitted Pro Hac Vice*

Jay T. Jambeck (SBN 226018)
Mandy G. Leigh (SBN 225748)
Damien Troutman (SBN 286616)
LEIGH LAW GROUP, P.C.
582 Market St. #905
San Francisco, CA 94104
Tel:    415-399-9155
Fax:    415-795-3733
jjambeck@leighlawgroup.com

Tania L. Whiteleather (SBN 141227)
Law Offices of Tania L. Whiteleather
5445 Del Amo Blvd. #207
Lakewood, CA 90712
Tel:    562-866-8755
Fax:    562-866-6875
tlwhiteleather@juno.com

*Attorneys for Plaintiff,*
JACKLINE MUTHOKA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKLINE MUTHOKA,<br><br>Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Defendant. | Case No: 8:23-CV-01333 FWS (JDEX)<br>Assigned to Hon. Judge Fred W. Slaughter<br>(Complaint filed on July 24, 2023)<br><br>**DECLARATION OF ERIN CONVERY** |

1

DECLARATION
Case No: 8:23-CV-01333 FWS (JDEX)

I, Erin Convery, declare as follows:

1. I am over eighteen (18) years of age and, unless indicated otherwise, I have personal knowledge of the facts stated below based on my employment at the National Board of Medical Examiners ("NBME") and/or my review of NBME records maintained in the ordinary course of business.

2. NBME is a not-for-profit organization that develops examinations that test the knowledge and skills of health professionals. One of those examinations is the United States Medical Licensing Examination, which consists of three "Step" examinations, commonly referred to as Step 1, Step 2 CK and Step 3.

3. I am the Director of NBME's Disability Services Group. I have worked for NBME since 2012.

4. From at least 2017 to the present, NBME's general policy and general practice has been to make a record of any telephonic communications that NBME has with or regarding a USMLE candidate, and to maintain a reliable record of such telephonic communications. It has also been NBME's general policy and general practice to maintain a reliable record of written communications that it has with or regarding USMLE candidates. The records of such communications maintained by NBME are typically made at or near the time of the communications by — or from information transmitted by — someone with knowledge of the communications. The records are kept in the course of a regularly conducted activity of NBME's business, organization, occupation, or calling. The making of these records is and was a regular practice of that activity.

5. NBME maintains the communications referenced above in paragraph 4 in one or more forms of paper or electronic storage that are accessible to review during the period(s) of their retention, which would encompass 2017 to the present with regard to records relating to Ms. Muthoka.

6. After diligent search and review by NBME staff, no record of communications, whether telephonic or otherwise, were located in NBME's records regarding or referring to

2

DECLARATION
Case No: 8:23-CV-01333 FWS (JDEX)

Jackline Muthoka and any of the USMLE Step exams that she has taken or was registered to take or any request she made for testing accommodations on the USMLE, other than (a) communications with Jackline Muthoka herself, (b) communications between NBME and one or more external consultants to NBME who were asked to review Ms. Muthoka's request for accommodations on the USMLE, or (c) communications consisting of a request that a copy of Ms. Muthoka's USMLE transcript be provided to a third-party or the sending of her USMLE transcript in response to such a request. NBME has located no records memorializing any telephonic communication between NBME and anyone working at Ms. Muthoka's medical school relating to any request by Ms. Muthoka for accommodations on any USMLE exam.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 21, 2025

*Erin Convery*
_____

DECLARATION
Case No: 8:23-CV-01333 FWS (JDEX)