On Wed, Feb 1, 2017 at 6:57 PM -0800, "Toohey, Julianne" <jtoohey@uci.edu> wrote:

Hi Jan,
Were you able see Jackie Muthoka?? I am worried about her-she is so wonderful and I don't want her language comprehension to set her back...

Thanks so much,
Julianne

Sent from my iPhone

REGENTS_009534

11/10/2019        Mail - Muthoka, Jackline - Outlook

**Re: RE:**

Muthoka, Jackline
Tue 1/24/2017 3:39 PM
To: Toohey, Julianne <jtoohey@hs.uci.edu>

I will. Thank you,
Jackie

Best,
Jackline Muthoka MS1
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

On Jan 24, 2017, at 2:21 PM, Toohey, Julianne <jtoohey@uci.edu> wrote:

> You are so welcome-keep me posted!!
>
> **From:** Muthoka, Jackline
> **Sent:** Tuesday, January 24, 2017 1:56 PM
> **To:** Toohey, Julianne
> **Subject:** Re:
>
> Thank you so much Dr. Toohey!
> Jackie
>
> Best,
> Jackline Muthoka MS1
> UC Irvine School of Medicine
> jmuthoka@uci.edu
> 7143980106 / 7145986400



> On Jan 23, 2017, at 8:02 PM, Toohey, Julianne <jtoohey@uci.edu> wrote:
>
>> Hello Jan,
>>
>> I hope that you are well! I have a wonderful student, Jackie Muthoka, who is actually brilliant and speaks several languages. I have copied her on this email. However, since English is not her first or second language, doing well on exams has been a challenge. I realize that this is a language comprehension issue.
>>
>> Can you assist us with this? I believe that increased time for exams would make sense for her.
>>
>> Thank you so much for you time! I know that you will love her...
>>
>> Julianne Toohey

https://outlook.office.com/mail/search/id/AAQkADk1NWIxYmYzLTJkZDEtNDYzOC04ZGNmLTk1NGE1MmIyNjNhZQAQAIGZGd6cBkaCq6WGTWTcc...    1/2

REGENTS_007223