Re: Meeting regarding USMLE Step 1 accommodation

Hurria, Anju
Mon 2/12/2018 1:37 PM
To: Muthoka, Jackline <jmuthoka@uci.edu>

Hi! I think step one accommodation would be so helpful! The best way to get it is to have the disability center test you and then submit paperwork on your behalf. It is much stronger coming from the disability center. My next availability is feb 23 at 230, 3, 330 and 4 if you would like to meet! I am also done at 630 today. Feel free to call me on my cell if you would like to discuss this then. 714-809-2863.

On Feb 12, 2018, at 12:20 PM, Muthoka, Jackline <jmuthoka@uci.edu> wrote:

> Good afternoon Dr. Hurricane,
> I hope you are well. I was wondering if I can schedule a meeting with you sometime this week when you have some time. I submitted my request for step 1 accommodation and I was denied and so I was wondering if there is a way you can help or advise me on what I can do to appeal because I know with the extended time, which I've received for all of my tests since first year, I will be able to to do well.
> Please let me know,
> Thank you!
> Jackie
>
> Best,
> Jackline Muthoka MS2
> UC Irvine School of Medicine
> jmuthoka@uci.edu
> 7143980106 / 7145986400