# University of California, Irvine

**Disability Services Center**
*Phone: 949-824-7494 or TTY 949-824-6272*
*Fax: 949-824-3083*
*jserrant@uci.edu*

## CONFIDENTIAL

| | |
|---|---|
| To: | **Dr. Julianne Toohey** |
| | Associate Dean, School of Medicine |
| From: | **Jan Serrantino, Ed. D.** |
| | Director, Disability Services Center |
| Date: | **March 1, 2017** |
| RE: | **Jackline Muthoka**    UCI ID 86882088 |

Per the student's request, I am providing this letter of verification for the purpose of validating the student's disability related need for accommodations. The student has a professionally documented disability and is currently registered with the Disability Services Center at UC Irvine. **The student named above will forward this letter to the appropriate professors, at the start of each new course, in order to provide notification of approved accommodations.**

This office has determined that the student is eligible for the following academic accommodations and services. However, it is possible for different or additional accommodations to become necessary depending on changing requirements and demands of the course.

**ACCOMMODATIONS: Effective March 1, 2017- 2016-May 31, 2018**
**Extended Time on Exams: Time and one half**
**Separate Location (DSC)**
**Assistive Technology: Kurzweil**

Please remember that this information is <u>confidential</u>. *It is important to refrain from making reference to this memorandum or to your knowledge of the student's disability in class, as the student may be uncomfortable with others learning of the disability.* Many disability accommodations require no special assistance or minimal facilitation from instructors. In most cases, the Disability Services Center (DSC) works directly with the student to arrange or provide accommodations. However, we strongly urge the student to communicate his/her disability and disability related needs directly with faculty during the first weeks of instruction, in addition to meeting with DSC.

Should you have any questions or concerns regarding this situation, please do not hesitate to contact me at 4-5900. Your consideration and assistance is greatly appreciated.

C: Jackline Muthoka, via email
   Nick Cheung, Registrar, via email