Gmail - Automatic reply: Step 1 Status Update rcf:_00D46pfBg._5004... https://mail.google.com/mail/u/0?ik=3e3cf740d3&view=pt&search=a...

Hi Jackie,

I do apologize for my delay in my response, I have been in and out of the office.

I have attached the process for appeals to the USMLE. We can do this and I will be there to support you. Rereading their denial, I would say that we would need come current documentation that will provide functional limitations. What I am getting from the letter is that the diagnosis itself, does not qualify you. I am more than happy to discuss in more detail with in person or over the phone. Let me know some days/times that works for you this week and next week.

Best,

Rosezetta

[Quoted text hidden]

📎 Student Checklist and Timeline for USMLE Accommodations.pdf
   77K

---

Jackline Muthoka <jackiemuthoka87@gmail.com>   Thu, Feb 8, 2018 at 8:37 AM
To: Rosezetta Henderson <r.henderson@uci.edu>

Hi Rrosezetta,
Thank you for the email I am available today pretty much the whole day, tomorrow after 2:00 pm, Monday morning hours, Tuesday all of morning hours, Wednesday all afternoon. Does any of these days work for you?
Thank you,
Jackie
[Quoted text hidden]

---

Rosezetta Henderson <r.henderson@uci.edu>   Thu, Feb 8, 2018 at 4:47 PM
To: Jackline Muthoka <jackiemuthoka87@gmail.com>

Jackie,

We can try 10am on Monday (2/12) or 9am or 10am on Tuesday (2/13). Let me know what works best for you.

Rosezetta

[Quoted text hidden]

---

jackline muthoka <jackiemuthoka87@gmail.com>   Mon, Feb 12, 2018 at 9:37 AM
To: Rosezetta Henderson <r.henderson@uci.edu>

Thank you so much,
I'll be there Tuesday 2/13 at 10:00 am.
Thanks so much,
Jackie

Best,
Jackline Muthoka MS2
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

[Quoted text hidden]

REGENTS_007255