Gmail - USMLE Accommodation

https://mail.google.com/mail/u/0?ik=3e3cf740d3&view=pt&search=a...

 Gmail

Jackline Muthoka <jackiemuthoka87@gmail.com>

## USMLE Accommodation
9 messages

**Jackline Muthoka** <jackiemuthoka87@gmail.com>
To: r.henderson@uci.edu

Mon, Apr 16, 2018 at 9:22 AM

Hi Rosezetta,
I hope you are well. I am just checking to see if you heard back from USMLE regarding step 1 accommodation.
 Please let me know,
Thanks,
Jackie

Best,
Jackline Muthoka MS2
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

---

**Rosezetta Henderson** <r.henderson@uci.edu>
To: Jackline Muthoka <jackiemuthoka87@gmail.com>

Thu, Apr 19, 2018 at 11:50 AM

Hi Jackie,

I hope all is well with you also.

==I have not heard back. I can try calling again.== When are you taking it?

Best,

Rosezetta

Rosezetta N. Henderson, M.S.
Senior Disability Specialist
University of California, Irvine
100 Disability Services, Bldg 313
Irvine, CA 92697-5130
Voice (949) 824-7494 | Fax (949) 824-3083

http://www.disability.uci.edu

Strengths: Learner | Restorative | Arranger | Responsibility | Input

CONFIDENTIALITY NOTICE
This email communication and any attachments may contain confidential and privileged information for the sole use of the designated recipient named above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is prohibited. If you are not the intended recipient, please contact the sender and delete all copies.
[Quoted text hidden]

---

**jackline muthoka** <jackiemuthoka87@gmail.com>
To: Rosezetta Henderson <r.henderson@uci.edu>

Thu, Apr 19, 2018 at 12:24 PM

I'm taking it on May 3. Please let me know what they say. Thank you
Jackie

Best,
Jackline Muthoka MS2
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

[Quoted text hidden]

PL-01846
10/3/2019 9:03 PM