**Jackline Muthoka** <jackiemuthoka87@gmail.com>　　　　　　　　　　　　　　　Mon, Apr 30, 2018 at 12:03 PM
To: r.henderson@uci.edu

Hi Rosezetta,
I hope you are well and had a great weekend. Have you heard anything from NBME? Should I call them to follow up or what's your advice? Also, I just wanted to let you know that I changed my test date to Monday May 7th just so I can review one last time. Please let me know if there is anything I need to do.
Have a great week!
Thanks,
Jackie

Best,
Jackline Muthoka MS2
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

Begin forwarded message:

[Quoted text hidden]

---

**Rosezetta Henderson** <r.henderson@uci.edu>　　　　　　　　　　　　　　　　　Mon, May 7, 2018 at 11:12 AM
To: Jackline Muthoka <jackiemuthoka87@gmail.com>

Hi Jackie,

I was out of the office last week. I was informed that you called me this morning. I left you a voicemail a few minutes ago.

I am glad to hear that you were able to push it back for another week to give you extra time to prepare. I believe you may be taking your exam now. I wish you the best. The NBME decision is that your request did not qualify as a disability.



Feel free to call or email me.

Rosezetta

[Quoted text hidden]

---

**Rosezetta Henderson** <r.henderson@uci.edu>　　　　　　　　　　　　　　　　　Fri, Jun 1, 2018 at 4:54 PM
To: Jackline Muthoka <jackiemuthoka87@gmail.com>

Hi Jackie,

I am still working on providing a definite answer. Wanted to keep you updated.

Rosezetta

From: Rosezetta Henderson
Sent: Monday, May 07, 2018 11:12 AM
To: 'Jackline Muthoka' <jackiemuthoka87@gmail.com>
Subject: RE: USMLE Accommodation

Hi Jackie,