Nancy Guirguis, EdD, MSW
Director, Student Affairs
University of California, Irvine | School of Medicine
836 Health Sciences Road Room 1029
Irvine, CA 92697-4089
p: (949) 824-4617
m: (562) 644-8321

Follow us on Twitter: @UCIMedEd_SA
Bookmark our Student Affairs blog: http://sites.uci.edu/ucischoolofmedicinestudentaffairs/


-----Original Message-----
From: Toohey, Julianne <jtoohey@uci.edu>
Sent: Thursday, June 21, 2018 1:27 PM
To: Muthoka, Jackline <jmuthoka@uci.edu>
Cc: Guirguis, Nancy <ngirguis@uci.edu>
Subject:

Hello Jackie,

I have spoken extensively to the NBME regarding any possible recourse for additional time due to a language issue.

I have received their final word that because this is not a defined ADA disability, they are unable to provide any assistance.

I am sorry that this is not possible for you. Please let me know how you are doing with exam preparation.

Dr. Toohey

Sent from my iPhone