# POLICY FOR STEP 1 AND STEP 2 OF THE UNITED STATES MEDICAL LICENSING EXAMINATION (USMLE)

Students are required to take the Step 1 exam of the USMLE before beginning the third year curriculum, and to pass the Step 2 CS and CK exams of the USMLE prior to graduation. Students are not allowed to sit for either component of Step 2 until they have completed and successfully passed all components of the third year curriculum.

## 1. Timing Requirements

Students are required to take the Step 1 examination after passing all second year modules/courses and prior to the start of third year.

Students are required to take both parts (Clinical Skills and Clinical Knowledge) of the Step 2 examination during the fourth year. Students are not permitted to sit for either Step 2 CS or CK until they have successfully completed all of their third year rotations. Any exceptions to this must be approved by the Associate Dean for Students. All students who wish to graduate should sit for both parts of the Step 2 exam by December 31 of their fourth year and record a passing score prior to the day of the graduation.

## 2. Failing Score on Step 1

Students who receive a failing grade on Step 1 will be removed from their scheduled clerkship at its conclusion in order to begin a remediation period. The student will meet with the Associate Dean for Students to devise an appropriate plan for success. Students failing Step 1 for the first time may be permitted to complete the rotation or portion of the rotation in which they are enrolled at the time scores become available.

The Step 1 retake exam will be scheduled in accordance with USMLE rules, taking into account the student's level of preparedness for the retake.

While awaiting the results of the retake exam, students who failed their first Step 1 may be allowed to resume third year rotations while awaiting test results, at the discretion of the Associate Dean for Students.

Any student who fails the Step 1 examination a second time will be immediately removed from the third year curriculum and placed in a specially tailored board preparation program. No student who fails Step 1 more than one time will be allowed to resume the third year curriculum until a passing score is recorded. A student who successfully passes the Step 1 examination on the third try will be allowed to resume the third year curriculum, provided that s/he has fulfilled all other curricular requirements.

A student who has failed Step 1 twice must retake the exam for the third time and final time within 24 months of the end of that student's second year coursework. A student who fails to post a passing grade on the Step 1 examination after three attempts will be subject to dismissal from school.

All students who are returned to the third year curriculum after a Step 1 retake will do so based on the availability of clerkship positions. This may result in a student having a different third year clerkship sequence and/or schedule than originally planned.

**3, Failing Score on Step 2 Clinical Skill and/or Clinical Knowledge**_:_ A student failing the first attempt of Step 2 CS or CK will meet with the Associate Dean for Students, in order to devise an appropriate remediation plan. To the extent that this additional review time makes it impossible to complete other curricular requirements, the student's eligibility for graduation with his/her class may be affected.