

Jackline Muthoka <jackiemuthoka87@gmail.com>

## Fw: Thank You & Next Steps
1 message

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                    Wed, Oct 2, 2019 at 10:10 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

From: Selva-Rodriguez, Ashley M. <aselvaro@uci.edu>
Sent: Thursday, December 13, 2018 12:41 PM
To: Muthoka, Jackline
Subject: RE: Thank You & Next Steps

Hi Jackie,

I hope you're feeling better! I reached out to my colleagues and they suggested the following:

1) Additional Assessments: Along with the standard evaluation tools used, you may consider a neuropsychological assessment to help uncover other opportunity gaps.

2) Deliberate Practice & Volume: Let's try the test-taking strategies reflection process to fine-tune your strategy. If you haven't already done so, also consider practicing at a Prometric Center.

3) Mentoring: You mentioned that you also like to work with other students. Do you happen to know any other 4th year students you might be comfortable working with as you study?

4) Programs: Recommendations for programs specifically focused on speed were rather scant. If this changes, we'll let you know.

Please keep me posted and let us know if we can do anything else to support you!

All the best,

Ashley

-----Original Message-----
From: Selva-Rodriguez, Ashley M.
Sent: Wednesday, December 12, 2018 3:58 PM
To: Muthoka, Jackline <jmuthoka@uci.edu>
Subject: Thank You & Next Steps

Hi Jackie,

Thank you for stopping by my office today! I've emailed my colleagues for their recommendations regarding testing accommodations and programs specifically focused on testing speed.

PL-01857

1 of 4                                                                          10/3/2019 7:20 PM