

Jackline Muthoka <jackiemuthoka87@gmail.com>

## Doctors examination
2 messages

**Jackline Muthoka** <jackiemuthoka87@gmail.com>   Mon, Dec 10, 2018 at 12:13 PM
To: r.henderson@uci.edu

Hi Rosezetta,
I hope you are doing well and feeling better today. I was wondering what the process is to get examined regarding my exam issues is. Do you know how long the process will take? How much it costs etc? When I can get it done? I have so many questions and I really wanted to speak with you because it's much easier. I can stop by your office too if that's easier for you. Please let me know what works for you via email or on my phone 714-598-6400. I look forward to hearing from you!
Thank you,
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

**Rosezetta Henderson** <r.henderson@uci.edu>   Mon, Dec 10, 2018 at 2:24 PM
To: Jackline Muthoka <jackiemuthoka87@gmail.com>

Hi Jackie,

Thank you. I will give you a call this around 3pm today. A phone conversation will be best so that I know exactly which assessment you are referring to. I believe I believe you are referring to a comprehensive psychoeducational evaluation but I want to be clear.

Best,

Rosezetta

[Quoted text hidden]



# Gmail

Jackline Muthoka <jackiemuthoka87@gmail.com>

## Educational Assessment Inquiry
1 message

**Rosezetta Henderson** <r.henderson@uci.edu>     Mon, Dec 10, 2018 at 4:47 PM
To: "jackiemuthoka87@gmail.com" <jackiemuthoka87@gmail.com>
Cc: "Julianne S. Toohey (UCI)" <jtoohey@uci.edu>



Hi Jackie,

It was great speaking with you over the phone this afternoon. You inquired about an comprehensive psychoeducational evaluation. I have included Dr. Toohey on this email per your request.

As mentioned to you over the phone, DSC does not conduct assessments. There are two local offices that many students go to and we have had solid reports from. Also, they work on a sliding scale. Many assessments can cost between $1000-$3000 and more.

1. The Chicago School of Professional Psychology: Irvine Counseling Center

4199 Campus Drive, University Tower, Suite 433, Irvine, CA 92612

949-769-7747

Fees are set according to a sliding scale, based on ability to pay

https://counseling.tcscenters.org/psychological-assessment/

2. Argosy University Therapeutic Assessment & Psychological Service (AUTAPS)

601 South Lewis Street, Orange, CA 92868

    714-620-3810, AUTAPS@gmail.com

    $10-$50 per session for therapy, and from $150-$500 for an assessment battery

    https://www.argosy.edu/clinical-psychology/locations/los-angeles-orange-county/programs/doctor-of-psychology/autaps

Please let me know if these two offices are not able to accommodate your schedule or if you would like to also contact additional offices. This process can take some time (can be 10-20 hours, could be spread over weeks/months). There will be an initial consultation which the clinician will determine next steps (move forward, recommend a different assessment, recommend therapy, etc.).

*Rosezetta N. Henderson, M.S.*
**Senior Disability Specialist**
University of California, Irvine