Students are responsible for directly contacting their instructors during the first week of each quarter to identify themselves, the nature of their disability, and accommodation needs. Students are not expected or required to provide faculty with detailed documentation about their disabilities; in fact, from a legal standpoint, it is strongly advisable that faculty not expect or request such detailed documentation from the student. It is, however, appropriate for faculty to request the student to provide verification from DSC as to the fact that he/she is registered with ODS and the required accommodations for the course.

The large majority of UCI students with disabilities have non-visible disabilities - learning disabilities, Attention Deficit Disorder, low vision, partial hearing loss, psychiatric disabilities such as major depression, and permanent medical conditions such as diabetes, multiple chemical sensitivities, Crohn's Disease, lupus, chronic fatigue syndrome, or carpal tunnel syndrome. When students self-identify to faculty, suggest meeting with him/her during office hours so you can talk privately. During the meeting, invite the student to discuss his/her disability-related needs for appropriate accommodations in the class.

Some disabilities or the side effects of medication may result in marked fluctuations of behavior, performance, or stamina. It is not uncommon that a student with a disability such as this will need an accommodation on one occasion but will not need it at another time.

One of the most effective ways that a faculty member can indicate his/her availability and willingness to accommodate students with disabilities is to make a statement like the following on the written course syllabus or reading list:

"Students with disabilities who may need reasonable accommodations for any sort of visible or non-visible disability are invited to make an appointment to see me."

Auxiliary Aids and Accommodations

University policy, State and Federal law require that students with disabilities be provided with effective and timely auxiliary aids and accommodations. For faculty, this means that when students with verified disabilities self-identify to you or request appropriate accommodations, you should immediately begin to work with them and the Disability Services Center (DSC), if necessary, to implement the aids or accommodations that will allow students to participate in all programs and activities on the same basis as students without disabilities.

DSC offers initial disability screenings to students who suspect their difficulty in the academic setting may be related to a disabling diagnosis. Referrals for assessment of Learning Disabilities, Attention-Deficit/Hyperactivity Disorder (AD/HD), Psychological Disabilities, and Acquired Brain Injuries are provided to students who need a comprehensive evaluation by a qualified licensed professional. The student is responsible for the expense of disability documentation and for providing documentation, which is appropriate and commensurate with the university's guidelines.

Following is a partial listing of services, auxiliary aids, and reasonable accommodations offered by UCI and DSC. All of the services are provided by DSC at no charge to the students. There must be a documented, disability-related need for provision of a service or accommodation. There are written procedures for the services and accommodations and it is the student's responsibility to contact DSC to discuss and review the procedures. UCI and DSC reserve the right to determine the most appropriate and effective disability accommodations after consultation with the student. The provision of any disability service or accommodation does not ensure or guarantee a certain level of success or achievement for the student on any test or in any course.

1. Early syllabus (to arrange readers or taped textbooks)
2. Disability management counseling
3. Advocacy for appropriate and reasonable accommodations
4. Note taking assistance
5. Readers, textbooks on tape, reading course handout material,
6. Enlarged print material
7. Part-time enrollment or reduced course load, extended time for completion of degree requirements if necessary
8. Document conversion (print material to large print, Braille, cassette tape, computer disk, scanning)