**RE: Disability decision letter**

Rosezetta Henderson <r.henderson@uci.edu>
*[redacted]*
To: Muthoka, Jackline <jmuthoka@hs.uci.edu>
Cc: jackiemuthoka87@gmail.com <jackiemuthoka87@gmail.com>

Hi Jackie,

I do hope you are well. Seeing you in the lobby today, reminded me that I needed to double to check to see if I responded to you. I realized that I did not, my apologies. I was not contacted by the NBME directly. That was from our conversation about the denial letter you received.



Let me know if you have any questions.

Best,

Rosezetta

From: Muthoka, Jackline <jmuthoka@hs.uci.edu>
Sent: Monday, November 04, 2019 2:16 PM
To: Rosezetta Henderson <r.henderson@uci.edu>
Cc: jackline muthoka <jackiemuthoka87@gmail.com>
Subject: Disability decision letter

Good afternoon Rrosezetta,

I hope you are doing well. I was wondering if you can email me the decision email/letter that you received from NBME stating that my request did not qualify as a disability from the email you sent me on May 07, 2018 attached below.

Thank you,

Jackie

---

Jackline Muthoka <jackiemutho
To: r.henderson@uci.edu

Hi Rosezetta,
I hope you are well and had a [...]
Also, I just wanted to let you k[now if]
there is anything I need to do.
Have a great week!
Thanks,
Jackie

Best,
Jackline Muthoka MS2
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

Begin forwarded message: