

# FORMAL INVESTIGATION
# PROCEDURES PACKET AND COMPLAINT FORM

### UNIVERSITY OF CALIFORNIA, IRVINE
*Revised 4/2020*

103 Multipurpose Science and Technology Building
Irvine, CA 92697-1130
Tel: 949-824-5594 - Fax: 949-824-2112
www.oeod.uci.edu
oeod@uci.edu

***Committed to Inclusive Excellence***

PL-02430

## FORMAL INVESTIGATION PROCEDURES PACKET

The Office of Equal Opportunity and Diversity (OEOD) is a neutral office charged with coordinating the University's compliance with federal and state laws and University policies and procedures related to discrimination, harassment, and sexual offenses.  Part of that responsibility includes responding to both formal and informal complaints of discrimination based on **race, color, national origin, religion, sex, gender, gender expression, gender identity, gender transition status, pregnancy, physical or mental disability, medical condition (cancer-related or genetic characteristics), genetic information (including family medical history), ancestry, marital status, age, sexual orientation, citizenship, or service in the uniformed services,** including sexual harassment, sexual violence (relationship violence, stalking, sexual assault, and other sexual misconduct), and retaliation related to complaints of discrimination, harassment, and sexual violence.

This packet contains information and a complaint form for use in the formal complaint process.  Formal complaints are investigated by OEOD in order to gather facts and determine if university policies have been violated.  If there is a finding that a violation has occurred, a report is forwarded to the appropriate authority for resolution. OEOD is a neutral office which does not represent either the complainant or the respondent. Investigators are not advocates and do not provide support or counseling. Investigators write objective reports of findings which are based on evidence provided by complainants, respondents, and witnesses.

While we make every effort to protect the complainant's and respondent's confidentiality, we cannot guarantee absolute confidentiality.  The right to due process and fair treatment for all parties involved in a dispute or conflict requires the OEOD investigators to interview many individuals who may have information regarding formal complaints.  This means that investigators may gather extremely sensitive information about individuals.  Confidentiality will be protected and honored to the greatest degree possible.  Efforts are made to protect the privacy of all individuals throughout all phases of the formal complaint process, but anonymity and complete confidentiality cannot be guaranteed once a formal complaint is filed or unlawful behavior comes to OEOD's attention. If there are any concerns of retaliation, please report them immediately to OEOD.

If you have any questions, please feel free to contact the Office of Equal Opportunity & Diversity at (949) 824-5594 or OEOD@uci.edu. For additional information about reporting and resources access our website at oeod.uci.edu.


Sincerely,


Kirsten K. Quanbeck
Associate Chancellor – Equal Opportunity and Compliance
Office of Equal Opportunity & Diversity

| COMPLAINT FORM |
|---|

**UNIVERSITY OF CALIFORNIA, IRVINE**
**OFFICE OF EQUAL OPPORTUNITY AND DIVERSITY**
**103 MULTIPURPOSE SCIENCE AND TECHNOLOGY BUILDING**
**IRVINE, CA 92697-1130**
**TEL: 949-824-5594   TDD: 949-824-7593   FAX: 949-824-2112**

Name: Jackline Muthoka

Contact Information:

Home: _____ Cell: 714-598-6400 Work: _____

Email address: jmuthoka@hs.uci.edu/jackiemuthoka87@gmail.com

I prefer to be contacted at:

☐ Home  ☐ Work  ☑ Cell Phone  ☑ Email

My status is:

☐ Faculty  ☑ Student  ☐ Staff  ☐ Resident
☑ Other (please explain): I am a medical student on Leave of Absence

Title: _____

Department Name: UCI School of Medicine

Department Address: 1001 Health Sciences Road, Irvine, Ca, 92617

Prior to filing this OEOD complaint form, have you tried to resolve this matter informally such as mediation, discussing it with supervisor,  Human Resources, Ombudsman Office, etc.? If so, who was contacted and what were the  results?  Please provide as much information as possible; give dates of contact, names, titles, and  locations of those involved.  Use the back of this sheet or additional paper if necessary.

I contacted ombudsman,Jennifer Moumneh, for help with some of the issues revolving MBA Program,

financial aid, and my P&H hearing. She was helpful in advising me what I needed to do but my requests were not honored

by the school of medicine administration as well the P&H Committee. She advised me to reach out to OEOD for discrimination and all other issues.

Would you like to try mediation or other forms of informal complaint resolution? ☐ Yes ☑ No

We encourage you to use the informal resolution procedures to resolve disputes and conflicts. However, they are not a prerequisite to filing a formal complaint.

Is your classification represented by a collective bargaining unit (union)?  ☐ Yes  ☑ No

Name of Bargaining Unit _____

**BASIS OF COMPLAINT:**

**Discrimination and Harassment**

☐ Age *(over 40)*
☐ Ancestry
☐ Citizenship
☑ Color
☑ Disability *(physical or mental)*
☐ Gender
☐ Gender Expression
☐ Gender Identity
☐ Gender Transition Status

☐ Genetic Information *(including family medical history)*
☐ Marital Status
☐ Medical Condition *(cancer related or genetic characteristics)*
☑ National Origin
☐ Pregnancy
☐ Race
☐ Religion

☑ Retaliation *(for alleging complaints of discrimination, sexual harassment, or sex offense)*
☐ Service in the Uniformed Services *(as defined by the Uniformed Services Employment and Reemployment Rights Act of 1994 as well as military and naval service)*
☐ Sex
☐ Sex Harassment
☐ Sexual Orientation

**Sexual Violence**

☐ Dating Violence
☐ Relationship Violence

☐ Other Prohibited Behavior (as defined by UC SVSH policy)

☐ Sexual Assault
☐ Stalking

Name(s) of the person(s) who you believe engaged in discriminatory/sexually harassing behavior:

Julianne S. Toohey, MD

Peter Schneider and School of Medicine P&H Committee

_____

_____

Describe your allegation(s) in detail, including: date(s), place(s), person(s) involved, witness(es), words used, what happened, etc. Be sure to include details to support each category you checked as a basis for the complaint. Use the back of this sheet or additional paper if necessary. Please attach any documentary evidence including email printouts, memorandums, job descriptions, notes, etc.

## See explanations on page 2

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**What is your desired outcome?**

To resolve all the stated issues. See additional details on page 2

_____

_____

I hereby certify that the information I have provided in this complaint form is true to the best of my knowledge. I authorize the release of copies of any documents or other pertinent documentation, to the OEOD.

I acknowledge that once this complaint is submitted, OEOD will evaluate whether the complaint is appropriate for formal investigation and will notify me if the complaint is accepted. If accepted, I authorize OEOD to contact the person(s) named in this complaint.

I understand that the Respondent in this allegation will be provided with a copy of this complaint.

_____         _____
Signature                                                              Date

The State of California Information Practices Act of 1977 requires the University to provide the following information to individuals who are asked to supply personal information:

1. Information is requested on this form by the OEOD in compliance with Federal Revised Order 4, Affirmative Action Guidelines issued pursuant to Executive Order 11246, and will be used in the investigation of complaints.
2. The official responsible for maintaining the information supplied on this form is the Director of OEOD.
3. Information supplied on this form will be given to government agencies responsible for enforcement of civil rights laws if these agencies request such information.
4. Information may be released without prior authorization in order to comply with university policy and state or federal statutes.

*Return the complaint form with attachments to OEOD.  Keep the cover pages for future reference.*

PL-02435

**<u>Jackline Muthoka</u>**
**<u>Formal Investigation Request</u>**
**<u>May 26th, 2020</u>**

<u>Describe your allegation(s) in detail, including: date(s), place(s), person(s) involved, witness (es), words used, what happened, etc. Be sure to include details to support each category you checked as a basis for the complaint. Use the back of this sheet or additional paper if necessary. Please attach any documentary evidence including email printouts, memorandums, job descriptions, notes, etc.</u>

1. **<u>Discrimination on the basis of color, race, and sex:</u>**

   **<u>Subsequent to establishing an international ultrasound trip to Kenya * the following</u>** **<u>occurred:</u>** *please see additional information on the documents I sent to the P&H Committee about this issue on 03/02/2020.*
   **<u>School policy revised on 7/27/2017:</u>**
   *https://ucisom.instructure.com/courses/106/files/41889/download?verifier=bAu80F7a8le570fUtBzbNO3l9sPfqsgp2ZTxN7Bo&wrap=1*
   *https://ucisom.instructure.com/courses/106/pages/international-electives-and-activities-policy*
   *https://ucisom.instructure.com/courses/106/pages/diversity-statement*


   I am a female, Kenyan American UC Irvine medical student who speaks multiple languages including Swahili. By establishing and leading a UC Irvine Kenya Ultrasound trip in the fall of 2016, my intention was to use my unique connections to Kenya to help other UCI medical students conduct research as well as to help me complete a school-related service-learning project. However, UC Irvine medical school discriminated against me by preventing me from establishing this Kenyan Ultrasound project. This was done by the school through different ways:

   1.) By denying my group access to available student funding resources at UC Irvine while allowing other student leaders' access to funding for Ultrasound trip projects.
   2.) By blocking my efforts to get my group's Institutional Review Board (IRB) approval for collecting research data.


   During the same year, another female black medical student named Faith Njoku was also planning an ultrasound trip to Nigeria and she was also denied school support for her project as well. I do not know the specifics about her Nigerian ultrasound group trip, however, in a medical school with a handful of black students (only two in my class, Faith and myself) I do not believe that it was coincidental that we were both denied the same kind of student support from UC Irvine medical school that was provided to other medical student leaders with ultrasound projects.

When planning the trip I made the medical school aware that there was a travel advisory to Kenya but the travel advisory did not affect the specific region of Kenya that my group trip was planned for. Additionally, I cross-checked with the Kenyan Consulate and Kenyan municipality on the safety of the region as well as provided letters to the school. Despite providing additional documentation showing the safety of the region, Dr. Toohey refused to support my ultrasound trip. On March 21st, 2017, I received an email from Dr. Toohey stating: **"As promised, I reviewed the travel warning for Kenya with Dr. Le-Bucklin. Due to this warning, UCI will not be able to officially sponsor the trip. This means that the school cannot provide financial or administrative support. In addition, the principal investigator on the IRB must be aware of the travel ban and not be a Medical Education Dean."** Dr. Toohey's notice was emailed to me very late (my group was leaving in May) as my group had already booked flights, and rooms (we were planning that the school would help support us with our expenses). Dr. Toohey discriminated against me because she did not apply this same rule she used against me towards another student-led trip to Kenya in the 2018-2019 school year (as I will explain further below).

Even after our trip, Dr. Toohey continued to target me after some of the members from the Kenyan Ultrasound trip decided to attend meetings and plan for a 2017-2018 ultrasound trip to Kenya. I was reluctant to attend these meetings because I was being targeted by Dr. Toohey. On October 25th, 2017, I received an email from Dr. Toohey stating: **"We are beginning our planning for the ultrasound trips and of course, I have been concerned about the travel warnings for both Nigeria and Kenya. Unfortunately, I have confirmed that there have been no changes in the U.S. State Department of Travel Advisories for both of these countries, so UCI will not be able to sponsor these trips. We will be meeting with the ultrasound trip leaders soon and I want to make sure that you understand there is no disrespect if we continue without you."** Dr. Toohey attached me and Faith to the above email even though we were not actively involved in leadership and planning for an Ultrasound trip to neither Kenya nor Nigeria in 2017-2018. Furthermore, there was no group planning a Nigeria Ultrasound trip in 2017-2018, and the Nigerian trip never took place in the 2016-2017 school year. Even though some of the students from my group were involved in trying to establish a Kenyan Ultrasound trip for 2017-2018 school year, I never attended those meetings. This email further illustrates that Faith and I were singled out and continued to be targeted because of discrimination.

In the 2018-2019 school year, Michael LoBasso, a white male medical student led a team to Kenya with full support from the university. Even though there was still a travel advisory to Kenya, Michael LoBasso was able to get the school approval and support for his trip. I was denied this same opportunity earlier by Dr. Toohey. Dr. Toohey was still in charge as the medical school Dean of student affairs in 2018-2019.The school supported Michael's team through fundraising efforts and also gave each student going on the trip $1,000. In addition, their IRB was approved without any issues. Furthermore, they received school approval without providing any documentation to verify the safety of the region they traveled to. In contrast, my ultrasound trip was denied funding and IRB approval even after I secured letters and clarified that there was no travel advisory to the region of Kenya where my group traveled to. In addition, my group was not able to use the collected data to write a research paper. Because of my color, sex, and race, I was never accorded an equal opportunity to participate and, therefore, benefit from a University activity.

**Harm caused:**

1.) Denied access to available student funding resources at UC Irvine while other student leaders had access to funding for Ultrasound projects.
2.) Denied Institutional Review Board (IRB) approval for collecting research data. I was not given an opportunity to use the collected data to write a research paper. I was denied IRB approval.
3.) 11 months of wasted time, money, and resources working and planning for a research project that was not approved.
4.) Unable to fully complete the service-learning class project for Dr. Vega. As a result I might not get full credit.
5.) I was made to feel unwanted and unvalued by Dr. Toohey, the dean of the medical school.

**Desired Outcome:**

1. IRB approval to publish our work.
2. Recover all our expenses in planning the trip.
3. Be granted the same amount of funding provided to the rest of the ultrasound groups.
4. Be given credit and recognized for our work.
5. Be embraced as a diverse and equal member of the UCI School of Medicine per school policy: https://ucisom.instructure.com/courses/106/pages/diversity-statement

## 2.) Discrimination on the basis of Citizenship and national origin:

**Subsequent to requesting help with keeping my on-campus housing while on leave of absence *the following occurred:** *Please see additional information on the documents I sent to the P&H Committee about this issue on 03/02/2020.*

Dr. Toohey discriminated against me based on my citizenship and national origin. For instance, on January 18th, 2019, I met with Dr. Toohey to discuss re-taking Step 1 after I failed the exam and to discuss the process of obtaining Step 1 accommodation for my learning disability. Instead of discussing how to best help me as a medical student with a learning disability, Dr. Toohey focused on telling me that I should consider going back to my country since she felt it would be impossible for me to get into a US medical residency program. Not only were her statements discriminatory but she was also trying very hard to discourage me to quit my education at UC Irvine. At the disciplinary hearing on 3/9/2020 I brought up Dr. Toohey's racist statement to show her consistent lack of effort to help me as dean of the medical school and hurt my efforts to thrive in my education. Dr. Toohey did not deny her discriminatory statement at my hearing instead, she tried to make matters worse and justify her statement by saying that she did not know that I was a United States citizen. It was discriminatory for Dr. Toohey to treat me differently from other medical students because of a preconceived notion of my citizenship status. Furthermore, my citizenship status is not relevant to Dr. Toohey's duty as

PL-02438

an educator to help me succeed at UC Irvine and to offer me the same sort of support as other students regardless of my race, origin of birth, or citizenship status.

I also brought up the issue of losing my on-campus housing to the P&H committee in order to show Dr. Toohey's discriminatory actions. Dr. Toohey knew that I would become homeless if I lost my on-campus housing (I explained this to her already, that I could not afford other housing options in Orange County). Still she decided not to help me keep my on-campus housing and that affected not only my mental and physical well-being, but also my studies for Step 1. For example, on April 2nd, Verano housing requested the school of medicine administration about my status so they could renew my housing contract that was expiring on 6/30/2019. The required documents (renewed Leave of absence form, etc. -see additional housing information in the addendum) were not submitted instead, Dr. Toohey wrote a generic letter. In the generic letter she failed to explain any of my extenuating circumstances and reasons why I failed Step 1 (I did not receive accommodations for my learning disability. The plan was for me to re-enroll after successfully re-taking Step1 and obtaining accommodation for my learning disability through the national examination organization (NBME). I met with housing leadership on 4/18/2019 and Elizabeth Franklin told me that she had called Dr. Toohey four times but Dr. Toohey was not helpful. She felt that Dr. Toohey was not going to help me and advised that I start looking for a place as soon as possible.

On April 1st, 2019, I had a phone conversation about housing with the medical school Registrar Joy Kim. During the conversation I expressed to her that the medical school was not supporting me as a student to keep my on-campus housing. Per school public records, Joy Kim emailed Dr. Toohey about me saying: **"Jackline sounded very distraught, upset, and stressed out with this housing, and stated that SOM was not doing enough or anything to help her. She doesn't have anywhere to go, and is working hard to make money to pay off her debt. I informed her that she should try to do an appeal with the Housing Office and we can try to advocate for her, but the ultimate decision lies with them since it is based off of their policies. I know that there isn't much we can do on our end, but I was hoping that someone could reach out to her and do a wellness check. She has a lot on her plate, and sounded defeated over the phone."** Dr. Toohey replied to her email saying **"Thanks so much-I have talked to Luis about this and we have been trying to help…"** Even though I was in a very bad state of mind after losing my on-campus housing, Dr. Toohey did not help me as necessary and she never reached out to me. Furthermore, I did not receive any wellness check as Joy Kim recommended to Dr. Toohey. In addition, when I lost my enrollment status, I also lost my health insurance that was tied to my academic standing. I went to the student counseling center, as advised by Elizabeth Franklin at our meeting on 4/18/2019, but I could not get any more services from them since I was not enrolled.

On April 25th, 2019, I met with Dr. Toohey distraught because Verano was telling me to vacate; they had denied my request to remain at Verano because Dr. Toohey's letter inherently failed to mention any of my extenuating circumstances. Dr. Toohey said that I was being stubborn and that I should consider going back to my country if it was difficult. On the same day, Dr. Toohey wrote a discriminatory email to Verano housing and included a statement that stated I was a foreign student. Dr. Toohey said that I was not able to get accommodation for my national examination because of a "language issue" instead of the true reason being that I have a learning disability based on a professional assessment. Her words to me and the email to housing

were discriminatory as I am a U.S. Citizen and not a foreign student studying in America on a student visa. As a direct result of Dr. Toohey's failure to perform her duty to support me as a medical student, I became homeless. My mental and physical well-being was affected. My anxiety disorder worsened because I lost sleep, gained weight, lost concentration, and couldn't retain information. Even though I am a strong individual who has overcome many hardships in life including losing both my parents during adolescence, I was not immune to the mistreatment and hardship I faced by Dr. Toohey. This was still one of the lowest and isolating periods in my life where Dr. Toohey's discrimination almost made me want to quit my education at UC Irvine and give up hope.

Moreover the Promotion and Honors Committee has failed to act to correct any of Dr. Toohey's discriminatory actions that thwart my education. I asked Dr. Forthal, at my hearing, if Dr. Toohey telling me to go back to my country was an appropriate statement but he stated that he could also understand why Dr. Toohey would say that. The P&H committee is deaf to the preponderance of the evidence (original document, addendum, emails, testimony) showing that Dr. Toohey interfered with my education and in bad faith did not help me to succeed at UC Irvine. The P&H committee additionally showed bias and prejudice by ignoring all the facts. Some important discussions/ testimony were redacted from the audio copy of the P&H committee hearing that the school public record office gave to me. In addition, the P&H committee's decision letter was retaliatory as I will further explain below. I am concerned that the P&H committee is trying to cover up for Dr. Toohey's discrimination and misconduct in an effort to protect the school from any accusations.

**Harm caused:**

1. Lost on-campus housing without a just cause. I was homeless, living with an old roommate for one month before finding a room in someone's trailer house in Westminster.
2. Mental & physical well-being was affected. Emotionally distressing being subjected to the risk of having to live out of my car, alone, as a female, and in a city where doing so is against the law.
3. Interrupted my education. Forced to forego time dedicated to studying for my exam as I desperately looked for a place to live.
4. Dr. Toohey's actions also caused me to be denied accommodations from the NBME (see additional information on disability section).

**Desired Outcome:**

1.) To regain my on-campus housing.
2.) Expungement of any negative comments or records in my housing file related to that time period.

## 3.) Discrimination on the basis of Disability/race/national origin:

### Incidence #1

https://aisc.uci.edu/policies/pacaos/nondiscrimination.php

**A.)  Deny a qualified individual with a disability the opportunity to participate in, or benefit from, any aid, benefit, or service which it provides;**

**C.) Provide a qualified individual with a disability with any aid, benefits, or services that are not as effective as those provided to individuals who do not have disabilities. To be "equally effective," an aid, benefit, or service need not produce an identical result or level of achievement for individuals with disabilities and individuals without disabilities. However, the University must afford individuals with disabilities an equal opportunity to obtain the same result or level of achievement in the most integrated setting appropriate to the individual's needs and to encourage, as appropriate, interaction among all users, including individuals with disabilities;**

**G.) Otherwise limit a qualified individual with a disability in the enjoyment of any University right, privilege, advantage, or opportunity enjoyed by individuals who are not disabled.**

**Subsequent to having requested accommodations\* on the basis of disability the following occurred:**  *please see additional information on the documents I sent to the P&H Committee about this issue on 03/02/2020.*

Around January 2017, I was sent to register my disability and request reasonable accommodations to DSC by Dr. Toohey. During my registration process and subsequent to it, Dr. Toohey (then, Associate Dean of Student Affairs) repeatedly interfered with the process by misleading the DSC. She emailed Dr. Jan Serrantino (previous Director of Disability Service Center (DSC) on January 23rd, 2017 saying **"... I realize that this is a language comprehension issue."** On another occasion, (February 1, 2017), Dr. Toohey said, **"I don't want her language comprehension to set her back."** After the second incident, I met with Dr. Toohey and told her that it was incorrect to say this because I do not have a language issue and I am uncomfortable with the mischaracterization of the situation and the reasons for my needs for accommodations.

Since February 2017, I have been registered with the UCI Disability Services Center as a disabled student. I have since been receiving formal disability-related reasonable accommodations for written exams at the UC Irvine School of Medicine. The reasonable accommodations included 50% extended testing time and a separate testing room at the DSC for written exams. Dr. Toohey's continued refusal to acknowledge my disability was one of the reasons that led me to request proof of my disability by asking Dr. Jan Serrantino to email Dr. Toohey my disability verification form. Dr. Serrantino, on March 1st, 2017 wrote an email to Dr. Toohey stating **"Per the student's request, I am providing this letter of verification for the purpose of**

**validating the student's disability-related need for accommodations. The student has a professionally documented disability and is currently registered with the Disability Services Center at UC Irvine."** (see Manual Letter from Dr. Jan Serrantino)

However, Dr. Toohey continued to label me as having "language issues" and associated my "language issues" to my country of origin. For example, she wrote an email to Elizabeth Franklin on 04/25/2019 saying that **"She has not been able to take the National Board Examination because she has applied for accommodations due to her language issues as a foriegn student. The Disabilities Service Center is helping with Jackie's application for testing accommodations, but this process is very slow and the reason she is currently not enrolled for Spring."**

Dr. Toohey refused to acknowledge my documented disability and instead improperly labeled my disability as a non-disability issue - based upon my national origin - and I was subsequently denied, as a qualified individual with a disability, the opportunity to benefit from the services provided by the university through the DSC. Dr. Toohey's label later confused Rosezetta (Senior Disability Specialist) regarding the reasons why I needed accommodations for the USMLE Step 1 exam. Because of this, I was not provided the aid from Rosezetta that would have otherwise been provided to me had Dr. Toohey not interfered with the DSC's understanding of my application for *disability-related* reasonable accommodation for the USMLE Step 1 examination. I was not evaluated or referred for psychoeducational evaluation until two years later (2019) because of Dr. Toohey's discriminatory label and the misdirection she caused within the DSC. As a result of this, I was forced to take the exam without reasonable accommodations and subsequently failed.

In the middle of Surgery Clerkship (May/June 2018), I found out that I had failed the USMLE step 1 exam for the first time (this was because I was not provided reasonable accommodation). Because of the USMLE failure, Dr. Toohey sent me an email advising me to finish the rest of the rotation and then take leave of absence to study for the exam. Dr. Toohey refused to acknowledge my documented disability. Because of this Dr. Toohey critically interfered with my surgery rotation (a rotation that is notoriously difficult). Dr. Toohey repeatedly emailed me to meet with her, requiring multiple meetings that significantly detracted from my surgery rotation studies. Dr. Toohey instructed me that I needed to start searching for a program that would "help fix my language issue." She continued to assert language to be my problem based on no formal assessment and in disregard to the DSC's verification letter specifically sent to her to prevent this continued denial of my protected status. In addition, I was instructed to take out additional loans, in the amount of $5,225, to pay for an unwarranted program, again, to "help fix my language issue." This, even after I explained to Dr. Toohey that I was in need of disability accommodations for the USMLE Step 1 exam. I did not need a test preparation course for the purpose of "[fixing] my language issue." Prior to this significant and repeated interference of my studies by Dr. Toohey, I had never failed a UCI school of medicine shelf examination.

On June 5th, 2018, Dr. Toohey asked me to email her my NBME accommodations documents so she could follow-up with NBME on my behalf as I finished my Surgery rotation. Dr. Toohey knew that I have an anxiety disorder per Dr. Hurria's diagnosis (I also sent her emails with my supporting documents on June 5th, 2018). Despite her awareness of my anxiety diagnosis and ignoring my requests, she continued to say I had "language issues" in multiple emails without my consent and without any professional assessments to back those claims. She informed me of this via email saying **"I have spoken extensively to the NBME regarding any possible recourse for additional time due to a language issue. I have received their final word that because this is not a defined ADA disability, they are unable to provide any assistance."**

**Harm caused:**

1. Two years of lost wages.
2. Two years of severe emotional and psychological distress, such that it negatively impacted my health, including gaining 60 pounds from stress.
3. Two years of humiliation at the misrepresentation of my disability.
4. Failed Surgery Clerkship, resulting in a delay in my expected graduation.
5. I Wasted $5,225 in the USMLE Step 1 preparatory course that Dr. Toohey instructed me to take.
6. Time and money spent on flights and hotel room costs.

**Desired Outcome:**

1. At this time, I want a fair and uninterrupted chance to study for my test without stress like the rest of the student body.
2. Access to the medical education building study area so that I have an appropriate area to study for my exam like other medical students.
3. Be treated with dignity and respect like the rest of the student body.
4. Provision of a Learning Environment which embodies the following:
   - Provide a learning environment that is free from mistreatment, including, but not limited to: abusing the supervisor-learner relationship; intimidation; harassment (physical, emotional, sexual); embarrassment; and humiliation.
   - Set a model example of professionalism and collegiality, and demonstrate the attributes of becoming a UC Irvine medical professional: Be knowledgeable, skillful, altruistic and dutiful. In addition, abide by the elements of the UC Irvine School of Medicine Honor code: respect, compassion, honesty, patient privacy, and compliance with the law.

https://ucisom.instructure.com/courses/106/pages/medical-student-supervision-and-learning-environment-policy


## 4.) Discrimination on the basis of Disability:

**Incidence #2:**

Dr. Toohey misinformed me about my NBME accommodation status. On June 21, 2018, she emailed me saying: **"I have spoken extensively to the NBME regarding any possible recourse for additional time due to a language issue. I have received their final word that because this is not a defined ADA disability, they are unable to provide any assistance."** Also on July 5, 2018, Dr. Toohey emailed me saying **"We have received the final word from NBME - they will not be extending accommodations for you."**

On October 23, 2019, I met with Dr. Osborn (New Dean of Student Support) to discuss the issues that I had experienced with UCI medical school administration. Following our meeting, I emailed Dr. Osborn on 10/27/2019 requesting her to provide me with the NBME denial letter that Dr. Toohey was referring to in her email on July 5th, 2018. Dr. Osborn replied to my request in an email on November 10, 2019, saying **"I was not able to locate any written communication between the NBME and the school with respect to your question, but I can continue to search."** According to emails from Public Records, Dr. Osborn requested the School of Medicine Registrar, Joy Kim, to contact NBME and ask about my denial letter. On November 1st, 2019,

Joy Kim wrote to Dr. Osborn saying **"I just called NBME and they informed me that the denial letters are sent directly to the student. They do not send out any items to 3rd parties or institutions unless they have written consent from the student."** Dr. Toohey was untruthful about her communication with NBME and she interfered with my NBME accommodation process. There was no evidence that she contacted the NBME and no paper trail to support her claims neither on UC Irvine nor NBME records.

On March 9th, 2020 at my hearing, Dr. Toohey stated that she emailed NBME; I requested her to forward me a copy of the email but she changed her statement to say that she called them. I requested that she provide me with the information about the person she contacted but she said she couldn't remember since it was a while back. She continued to claim to talk to NBME about my accommodations; however, per NBME policy they do not make accommodations decisions over the phone.

**Harm Caused:**
1. Misled by Dr. Toohey about my NBME accommodations status.
2. I took the test believing Dr. Toohey's words that I would not qualify for any USMLE Step 1 accommodations.
3. The increased gap in my education.
4. Dr. Toohey's decisions adversely affected my academic record.

## 5.) Retaliation: UCI School of medicine, Peter Schneider and, the P&H Committee:

Retaliation includes threats, intimidation, reprisals, and/or adverse employment or educational actions against a person based on their report of Prohibited Conduct or participation in the investigation, report, remedial, or disciplinary processes provided for in these guidelines.

**http://www.policies.uci.edu/policies/procs/700-18.php#sectionc**
https://ucisom.instructure.com/courses/106/pages/school-of-medicine-due-process-policy
https://ucisom.instructure.com/courses/106/pages/administrative-structure-of-the-school-of-medicine

## The investigative report, P&H hearing, and P&H Decision:

The medical school violated the course of conducting the disciplinary proceedings even before it began by denying me the right to access the school investigative report (the school's allegations on which the charges are based on). On July 22, 2019, I had a meeting with Dr. Wiechmann and Terri Dean to discuss Step 1 failure and Surgery clerkship failure. I complained about the issues I had with housing and the challenges I experienced as a result of Dr.Toohey's actions. I also discussed the issues I had with accommodations and about the reasons for the prolonged leave of absence. On August 31, 2019, Dr. Wiechmann emailed me stating that the school's investigative report was completed the week before; however, he did not provide me a copy of the investigative report within one business day of emailing the committee, as required of him, per school due process policy. On September 3rd, I emailed Dr. Wiechmann requesting that he provide me with the investigative report but he never responded to my email.

On September 30th, approximately four weeks after contacting Dr. Wiechmann, I met and complained to the Ombudsman (Jennifer Moumneh) because I was never provided with the investigative report. Additionally, at the meeting with the Ombudsman, I raised several of my concerns about the medical school including Dr. Toohey, and the DSC. The medical school released the investigative report only after the Ombudsman intervened on my behalf, and I was immediately provided with the investigative report.

On October 11th, 2019, I wrote an email to Dr. Forthal, the Chair of the P&H Committee saying **"Thank you for sending me the investigative report. I am emailing to respectfully contest the school's decision to bring me in front of the Promotions and Honors Committee."** I wrote a letter complaining about the various instances of misconduct, discrimination, and school policy violation by various members of the UCI School of medicine. On October 15th, Dr. Forthal replied to my email stating: **"Regarding your request to not have a P & H committee hearing, please note that the Student Academic and Professional Standing Policy states that students who are referred to the Committee on Promotions and Honors for review and possible formal action (warning, probation, suspension, or involuntary administrative leave) in the event of a failure to pass USMLE step 1 within one year of the student's last day of the second-year curriculum. Thus, according to policy, we will need to conduct the hearing. However, it is important for you to realize that, in part, the purpose of the hearing is to allow you to voice the issues that you raise in your letter (attached to your email of 10/11/2019). <mark>The Committee will not come to a decision about an action without carefully considering your point-of-view and any circumstances that might have contributed to your course and USMLE exam failures."</mark>** However, Dr. Forthal's email in October and what ended up happening at my hearing was contrary to his email. I was not accorded a proper due process, and the overwhelming evidence I provided was not considered by the committee when they made the decision to place me on academic probation.

On March 2nd, 2020 I again provided Dr. Forthal with extensive documents including original document, addendum, email communications, and various exhibits complaining about the misconduct, discrimination, and violations in school policy at the medical school. Even though my hearing was not about dealing with discrimination, I included everything in the documents for completeness' sake and to make sure the committee was well aware of everything I have gone through during my time at UCI. I provided documentation complaining about Dr. Toohey's discrimination and misconduct and showing how she interfered with my academics. I also wanted the school to understand the unjust reasons that led to my Step1 and Surgery clerkship failure. The Promotion and Honors Committee failed in their purpose to monitor my Step1 progress and identify my individual situation not until a year later. On March 9th, 2020 I had a hearing that occurred approximately one year from the date I went out of compliance with the school of medicine policy (March 15th, 2019).

What followed after submitting my complaints, during and after the hearing were retaliatory actions from the Promotion and Honors Committee. The school brought a lawyer to scare and intimidate me during my hearing. Per school policy, a school lawyer is not involved in academic hearings unless a student expresses the desire to bring a lawyer. For instance, on Dec 4, 2019, Dr. Osborn emailed me, before my hearing that was previously scheduled for January 6th, 2020 stating the following: "**I know that we will meet soon, but I did want to give you an update from the school regarding the P&H hearing. You indicated previously that you would have two family representatives present at the hearing. The school will have counsel present. Just a reminder about the items and deadlines in Dr. Forthal's letter (I have attached it; time correction 8:45a, not 8:00a)."** It is not a fair, or an equitable standard for the school to have a lawyer present at my school hearing while I had not expressed the need to have a lawyer present- I was going to have my family present. Due to the inequality in power, I felt I needed to have my own counsel present. Mr. Schneider's sole

purpose throughout the hearing was to intimidate me by asking me questions, misrepresenting me, and disrupting the natural process for a fair hearing.

Mr. Peter Schneider demonstrated prejudice against me as he represented the interest of the school and he has no part in academics to play such a role on the P&H Committee (a committee that is supposed to be impartial). Per the school, due process policy states **"All decisions regarding the conduct of the hearing shall be left to the discretion of the Committee Chair. While formal Rules of Evidence should not govern the proceedings, the Chair should assure that both the administration and the student have the full opportunity to present their respective positions. The standard to be employed by the Committee in evaluating conflicting contentions or evidence is "preponderance of the evidence." The student may elect to be represented by a non-UCI employee at the hearing. If so, the student must advise the Chair of the Committee no later than 10 business days before the hearing of this election. If the student elects to be represented, the Administration reserves the right to also be represented"**.

I believe Mr. Schneider and the P&H Committee had already planned to place me on academic probation and were not planning on a fair hearing. For example, Dr. Forthal, the Chair of the P&H committee, was asking Dr. Osborn leading questions during my hearing (questions that prompt or encourage the desired answer). These questions and the statements that Dr. Osborn made at the hearing were all directly used against me in the decision letter. Another example is when, Mr. Schneider asked if I was claiming discrimination and also said that he did not want to set up the committee for retaliation. I found his comments strange since the hearing was meant to discuss USMLE Step 1 and Surgery Clerkship failure. After receiving the decision letter and listening to the recording, I now understand the P&H committee, with the help of Mr. Schneider, was trying to place me on academic probation because of my complaints of discrimination and misconduct against Dr. Toohey.

On March 16th, I was retaliated against by the P&H Committee when I was placed on academic probation per decision letter. The lawyer wrote this in the first paragraph of the decision letter: "**During the hearing your counsel confirmed that you were NOT claiming that UCI had failed to provide you reasonable accommodations during your education; you were NOT claiming that you were an alleged victim of racial or any other form of discrimination, and that, for purposes of the hearing, you were not contending that any faculty member or administrator was intentionally engaged in misconduct in an effort to see you dismissed by the School of Medicine.**" Mr. Peter Schneider had a large part in writing the decision letter and putting his own biased inputs in it. The decision letter sounds more like an aggressive and defensive lawyer trying very hard to limit the scope of my grievances within and without the hearing in an attempt to cover up the misconduct, and discrimination of Dr. Toohey. The decision letter is retaliatory and denies my allegations without any evidence. The school is not taking any responsibility and not addressing any of my serious concerns.

My counsel responded to Mr. Schneider's decision letter by emailing Peter Schneider on March 24th saying "**I want to make crystal clear that I stated Ms. Muthoka was not relying on intentional conduct at the time nor was she raising issues of UCI's accommodations** *solely for purposes of that hearing.* **I categorically did not state that she had no claims in that regard or that she was waiving any such claims or ability to raise those claims in any other context. These statements were impelled in part by your statements that raising such issues at the hearing would necessitate a lengthy unstated administrative process. The decision misrepresents my statements in that regard and therefore is concerning on a number of levels.**" Mr. Peter Schneider replied to my counsel's email on March 24th saying "**any further statements made during the hearing regarding additional investigations are irrelevant. Nobody compelled either your client or you to make the statements that were made...Nobody required you to waive anything. In whole or in part; qualified or unqualified.**"

After the hearing, I requested an audio copy of the hearing and the school provided me with a redacted version of the hearing. After listening to the recording, I noticed significant

portions of my hearing were missing. On May 18th, I emailed Thea, Director of Public Records saying **" I received and listened to my hearing recording and there is a lot of important information that was redacted from my hearing. Could you please explain to me the basis for which redactions were made in my recording PRA#4206?"** Thea replied to my email stating: **"the hearing had very few redactions. People in the room were talking about unrelated topics during breaks.  Those were redacted. A single segment of the hearing was redacted because it contained information about another student."** However, I am able to pinpoint that the recording has a significant portion of the hearing removed. The removed portions had important information/evidence that further supports my claims. For example, my previous roommate's testimony that was read by my family representative at the meeting was removed from the recording. More importantly, the school removed the portion where my counsel responded to Mr. Schneider's question (about discrimination and misconduct) by saying I wasn't raising the stated claims solely for the purpose of that hearing alone.

 Later on, however, Mr. Schneider also misrepresented my statements and my counsel's statements in the decision letter provided by the P&H chair which is in bad faith ( the school also removed my lawyer's statement in the recording in order to continue to misrepresent me).The decision letter defends Dr. Toohey's discriminatory statements while minimizing my statements. For example the decision letter states: **"The Committee acknowledges that this matter is stressful for you and innocent mis-recollection frequently occurs."** The committee is claiming that my remembrance/ recall of what happened is off while I have provided evidence to support my claims (Ii included nearly 300 pages of documentation, emails, and support letter, also my complaints to faculty, and Ombudsman, etc...).They are doing this, however, without evidence to back their claims in the decision letter. This is not only prejudicial but also a violation of the student due process.

The school ignored to follow the set of rules and procedures to ensure that the hearing was fair and just. The medical school did not follow-up on my complaints of the serious allegations of Dr. Toohey's discrimination, misconduct, and school policy violations that were demonstrated on my documents. On the contrary, UCI medical school was focused on retaliating against me through violating university due process, placing me on academic probation, and trying to silence me through the decision letter.

Below, I will address additional errors/misrepresentations in the P&H decision letter.

## Errors/Misrepresentations in the decision letter:

**A.)** The decision letter further states: **"you stated that Dr.Toohey fabricated a "language issue" diagnosis. The disability services center office provided the School of Medicine with documentation of your initial intake request, where you indicated: "I speak multiple languages and that interferes with my information processing time. I would really appreciate it if I can get additional time while taking exams."**

The above statement is a weak argument and not based on the facts of the situation. On Feb 16, 2017, I self-identified as having a disability on an intake form for DSC. I stated that I had a learning disability that was permanent. Around the same time, Feb 16, 2017, I was diagnosed with an anxiety disorder by the school psychiatrist (DSC and Dr. Toohey knew about this as well). I also speak multiple languages but in the above statement, this was taken entirely out of context. I was receiving accommodations at UCI since 2017 for a learning disability and not for "language issues." In addition, the DSC does not give accommodation for "speaking multiple languages" and/ or for having "language issues." However, Dr. Toohey not only continued to say that  I had "language issues" when I told her to stop, but she also denied that I had a learning disability. On March 1st, 2017 Dr. Serrantino (previous DSC Director) wrote the

following email to Dr. Toohey stating **"Per the student's request, I am providing this letter of verification for the purpose of validating the student's disability-related need for accommodations. The student has a professionally documented disability and is currently registered with the Disability Services Center at UC Irvine."** Dr. Toohey continued to say I had language issues even after my multiple requests and even after receiving the above disability verification form from DSC. It was discriminatory and caused me a lot of harm.

**B.)** The decision letter says that I stated: **"the Office of Student Support provided you with no contact over the past year, when Dr. Osborn has met with you twice and you have exchanged multiple emails."** I never stated whether I was or was not in contact with the school of medicine- what I stated was that I never received any substantial support from the school. This is very clear in the hearing recording. In addition, any contact that I had with the school was as a result of my effort to reach out to the school for help. All the meetings that I had with the dean of student support came from my efforts to try and seek help from her.

**C.) ) "You also stated that you assumed that Dr. Toohey would file your appeal for your initial denial from the USMLE, but you were advised by Dr. Hurria that the DSC would help you with this."**
         I never made such a statement and neither did I make any assumptions. Dr. Toohey asked me to provide her with my documents so she can follow-up with NBME on my behalf. I emailed her my documents in June 2018 and in her response she said, **"Let's see what I can do…"** However, I am not sure how this is an assumption when there was an extensive conversation and follow-up communications with her. I have explained above that at my hearing, Dr. Toohey stated that she emailed NBME; I requested her to forward me a copy of the email but she changed her statement to say that she called them. She said she would follow up with NBME and I never said she was submitting an appeal in any of my written documents. I requested that she provide me with the information about the person she contacted but she said she couldn't remember since it was a while back. She continued to claim to talk to NBME about my accommodations; however, per NBME policy they do not make accommodations decisions over the phone.

# Additional retaliatory actions:

## A.) Denied Access to the Medical Education building:

         In January 2020, I requested to have a tutor to help me with my studies as I regain the momentum to study again after the distraction I experienced in my studies. I reached out to Nancy Guirguis, Director of student affairs, for help. With the help of human resources, I was able to get a tutor. However, I had no access to medical education study rooms. I requested access to the medical education building through Adrian to have a place to study for my test. On January 9th, Shaun Langer, Chief Administrative Officer, emailed me saying: **"Adrian from our Student Services Division let me know that you inquired about access to the basement via your security badge. Some time ago, Medical Education transitioned to a fully badge accessed building. Unfortunately, since you have not paid fees and are not currently enrolled in medical school coursework, you are not eligible for certain student privileges such as financial aid, housing, and the use of campus resources and facilities. However, if you need to speak with a specific personnel such as financial aid, registrar, etc. to discuss your individual leave or academic situation, please let me know and I can help facilitate an appointment with the appropriate individuals."** I replied to Shaun's email after reviewing university policy and said: **"I wanted to let you know that I received your email and I am confused about what policy Meded is following**

here. I was placed on leave to study for step 1 and all I need is space and a room to study. I went ahead and looked into the policy you were referring to on the email and according to the university policy: "Loss of Student Status" (3rd bullet point) states:

- **Loss of all student privileges such as financial aid, housing, and the use of libraries**

https://www.reg.uci.edu/enrollment/studentstatus.html

**BUT...**
**14.40 - Student**
**The term "student" means an individual for whom the University maintains student records and who: (a) is enrolled in or registered with an academic program of the University; (b) has completed the immediately preceding term, is not presently enrolled, and is eligible for re-enrollment; or (c) is on an approved educational leave or other approved leave status, or is on filing-fee status.**
**https://aisc.uci.edu/policies/pacaos/about.php . Can you please clarify where the discrepancy is here?"**
However, Shaun never replied to my email.

On February 5th, I reached out to Nancy Guirguis again for the same issue of accessing the Medical Education Building. Nancy replied to my email on Feb 5, 2020, saying **"Are you able to meet at the science library?"** I replied to her email saying **"I could except that according to that email, it seems like I can't either. The problem is that I need a room and board and the library rooms are first come first serve and I would need my ID working in order to reserve a room plus I can only have the room for an hour and it's not a guarantee. I went ahead and looked into the school policy regarding this and this is what the policy says."** I forwarded Nancy the same policies I sent Shaun above. Nancy replied to my request saying **"The science library is open to the public so you should be able to find a space there and it shouldn't be a problem. With regards to which policy, you may want to circle back with Shaun if you have questions. Sorry I'm not able to further assist!."** Again, my department failed to grant me access to study rooms when they placed me on a leave of absence to study and pass the USMLE Step 1 exam. I was not provided a quiet and conducive learning environment as required per school policy.


## B.) Denied Medical school financial aid:

I was in a difficult place trying to balance full-time work with studying for Step 1 and so, I asked the school for some financial aid assistance. On October 18th, I emailed Dr. Forthal stating: **"...On a different issue, my private loans are in repayment currently and I am not receiving financial aid. Is there any way the school could help me with enrollment in an independent study or elective? This will make my life much easier so I can devote my full attention to studying for Step 1 and I don't have to work to make payments on my loan.  I appreciate your time and assistance"** However, Dr. Forthal replied saying **"I would not be the one to help you regarding your financial situation."**

On Oct 23, 2019, I met with Dr. Osborn (new Dean of student support) to discuss several issues including the loss of my financial aid. I told her that I was working to make ends meet and it would be helpful with my Step 1 studies if I could get some assistance. After our meeting, Dr. Osborn emailed me saying:
**"I inquired about whether you would be able to re-enroll in order to receive financial aid. These would be the steps to re-enroll:**
**a. Apparently you have an outstanding debt with the university and I am told that this would need to be cleared; but I asking for further clarification on whether exceptions can be granted to this.**
**b. An exception to the Exam Administration and Procedures policy would then need to be granted -- that would be requested through P&H. Perhaps you can discuss #1 with Luis and then update me? Then, I can help in drafting a request to P&H."**

Per Dr. Osborn's request I contacted the director of financial aid (Luis Medina) to help fix the incorrect school billing on my account. On 12/03/2019 I wrote the following email to Luis **"It's still not clear to me why the school is charging me for the fall quarter. I followed your advice and met with Sarah Slavin, Senior Collections Representative, Campus Billing Services today and this is what she had to say. It is the responsibility of the medical school financial aid office and medical school registrar to fix this issue and not an issue that needs to be dealt with by the campus billing office. Sarah also informed you, in my presence, that there are procedures and policies set in place for students who are asked to leave during Clerkship, like I was, and that the amounts that the students didn't utilize need to be credited back to their account and refunded to the government. The campus Billing office is responsible for assisting students who are making payments or payment arrangements and do not deal with issues that involve medical school financial aid and medical school debt. She also added that there is paperwork that I should have been asked to fill out by the office of the Registrar that would have shown when I was asked to leave rotations by the Dean of Curricular Affairs. That would have been used to calculate the amount of money that the school should refund to the government since the services that my financial aid paid for were not utilized and I should not be expected to pay for services that I never received."**

Luis responded to my email on 12/05/2019 saying  **"The issues you mentioned involve different areas, curricular affairs, student affairs, registrar, etc., which are outside my area. I will talk to Dr. Osborn."** Despite Campus Billing Services saying that it was his responsibility to help me fix the issue, Luis has not been helpful. Luis stated that it is **"outside"** his area and that he **"will talk with Dr. Osborn"** about the financial aid error.

However, it has been 5-6 months since I last heard from Luis or Dr. Osborn in regards to fixing this issue. There has not been any clarification of the billing error made by the medical school financial aid office after multiple sit down meetings, emails, and sending the addendum. There has not been any response to the documents I sent and neither has there been any follow-up response from Luis, Dr. Osborn, or the Registrar on this matter. Dr. Osborn has not drafted the letter to the P&H Committee and the Committee decision letter states that financial aid matters are beyond its purview (see additional financial aid matters on the addendum).

## C.)MBA Acceptance Rescinded:

I was prevented from an educational opportunity (MBA acceptance rescinded after I was already accepted). On September 20th, I emailed Dr. Osborn to update her on what was going on with my leave of absence and the USMLE Step 1 exam. I informed her that **"After submitting all the paperwork that NBME had requested, they granted me a partial accommodation. I am still in the process of pursuing this further to understand why they didn't offer me a full accommodation as recommended by my evaluation. I am not sure how long this will take and so, I was wondering if I could discuss a couple of options with you. I was accepted into the MBA program last year and I was wondering if it's possible for me to pursue my MBA as I wait for the NBME to get back to me on this matter and as I prepare for my hearing with the with Promotions and Honors Committee. I've also been dealing with my student loans which I have been able to defer but I have to keep on paying every 3 months for my private loans to remain in forbearance and it's getting too expensive for me especially because I lost my on campus housing and had to move out. Going back to school as I wait for this process to be resolved will relieve me of the financial burden that I have right now and will allow me to  work towards meeting my graduation requirements. I am studying and will still be studying for my exam- I just feel like I am losing a lot of school time and there is nothing I can do on my end to speed up this process and take my exam. Please let me know what your thoughts are on this and if it's even possible, thank you!"** Dr. Osborn replied to me saying **"I think this sounds like a very reasonable plan. Have you been in touch with the MBA program? Are they will to accept you now - I think courses have already started? I am cc'ing Dr. Paredes since he is in charge of the MD/MBA program. The P&H committee will have to review and approve this plan (since technically you are not in good standing due to your USMLE failure), but I think it sounds like a good idea personally, assuming that all the details can be worked out."** Dr. Paredes replied to me on 9/21/2019, saying: **"As far as the MBA is concerned,**

**unfortunately, they already began classes for this Fall semester and you would not be able to start again until Fall 2020."** I was asked by Taylor Martini, Senior Associate Director of Recruitment and Admissions, Full-Time MBA Program, to submit another application for the MBA program for the class of 2020, which I did, however, I have not heard back from the MBA program. I requested the Ombudsman to help me with the MBA program and she was given the same information. I was required to make a new submission, which I did, but I have not heard back from the school.

**Harm Caused:**

1. Potential harm to future career and prospects for obtaining residency due to negative records (academic probation retaliation) from the hearing. Dr. Toohey's actions have long-term irreparable damage to my career.
2. Additional unnecessary stress having now to deal with injustice in the middle of studying for the USMLE Step 1 exam.
3. Committee ignoring my requests despite Dr. Osborn stating that the Committee is able to assist with financial aid- the committee decision letter stated that financial aid matters are outside their purview.
4. Further discriminated by the committee's effort to further downplay and to deny the discrimination of my protected status which they heard during the hearing. To then extend these misrepresentations into an official decision document is a continuation of the said discrimination and propagates the harm caused.
5. MBA- I lost an academic year and will suffer from the consequences of an increased gap in my education. In addition, loss of financial aid has caused me a lot of financial difficulties.

**Desired Outcome:**

1. Take me off of probation.
2. Provide me with someone who will fix this situation such that I am provided with financial aid during the time I am studying for Step one.
3. Remove charges from my account ($27,947) - Dr. Wiechmann withdrew me from the class and he failed to submit a withdrawal form within 45 days as required by university policy.

## 2.) <u>What is your desired outcome?</u>

To resolve all the stated issues.
 Due to the complex nature of my case, I don't have all the details of how exactly I would like to deal with this and the details of the expected outcome due to the need to study and take the USMLE Step 1 exam soon. I would like to have more time to decide these things while at the same time have the formal investigation take effect. As soon as I take the test, I will have a clear mind to iron out all the details.  In addition, there may be other issues that I have forgotten or will need more time to address/ put together and I would like more time for that as well.

## Witnesses:

Mariella Zavala- previous roommate.

Linda-James Kazibwe- Family representative.

Mukurima Muriuki- friend/ Representative for Kenyans in the diaspora.

Christian Mungai- Pastor, Mariners church Global health program-Irvine campus.

Ursula Worsham- Executive Director of student support.

Ellena Peterson- previous Dean of Admissions- UCI School of Medicine.

# EXHIBIT 2

PL-02453



# UNIVERSITY OF CALIFORNIA, IRVINE

**BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO**          **SANTA BARBARA • SANTA CRUZ**

COMMITTEE ON PROMOTIONS AND HONORS          IRVINE, CALIFORNIA 92697-4089
UCI School of Medicine                                       (949) 824-5932
                                                              FAX (949) 824-2083

September 30, 2019          VIA EMAIL/CERTIFIED MAIL

To: Jackline Muthoka
Re: Notice of Hearing

Dear Jackline:

Dr. Wiechmann, Associate Dean for Clinical Science Education, has notified the Committee on Promotions and Honors (Committee) that you are in violation of the *Grading Policy*, since you have failed to resolve an incomplete grade for the Surgery Clerkship. In addition, you are in violation of the *Student Academic and Professional Standing Policy*, for failure to pass the USMLE Step 1 exam within one year of the last day of your second-year curriculum. According to the *Student Academic and Professional Standing Policy*, you are eligible for Academic Warning, Probation, Suspension, or Dismissal from the School of Medicine.

The Committee will review this matter on Monday, January 6th, 2019 at 8:00 AM. Please advise me no later than 2 weeks from today's date if the hearing date is not convenient for you. You are invited to submit any written documents you wish the Committee to consider in this matter. You may also elect to provide a list of witnesses from whom you would like the Committee to hear. Any written documentation and/or witness list is due to me by 5 business days before the hearing date.

You may elect to be represented by a non-UCI employee at the hearing. You must advise me of your choice to have representation by 10 business days before the hearing date.

Please review the attached investigation report, which includes the *Due Process Policy* and other relevant material.

If we do not hear from you by the hearing date, the Committee will render a decision based solely on the testimony provided by Dr. Wiechmann.

Sincerely,

Donald Forthal, MD
Chair
Promotions and Honors Committee

Please refer to the following policies:
Due Process Policy: *https://ucisom.instructure.com/courses/106/pages/school-of-medicine-due-process-policy*
Student Academic and Professional Standing Policy:
*https://ucisom.instructure.com/courses/106/pages/student-academic-and-professional-standing-policy*
Grading Policy:
*https://ucisom.instructure.com/courses/106/pages/grading-policy/revisions*

PL-02454

**UCI** School of Medicine

Office of Curricular Affairs

August 23, 2019

*Re: Jackline Muthoka*

Dear Promotions and Honors Committee:

Per the Due Process policy, I have been tasked with investigating Ms. Jackline Muthoka who is in violation of the *Grading Policy* since she has failed to resolve an Incomplete grade for the Surgery Clerkship shelf failure within one year of the clerkship end date.  She is also in violation of the *Student Academic and Professional Standing Policy* since she has not passed the USMLE Step 1 within one year of the last day of her second-year curriculum

The investigation for these policy violations are included below.

Sincerely,

Warren Wiechmann, MD, MBA

# UCI School of Medicine
## Office of Curricular Affairs

# Investigation Overview:

**Alleged Violations:**
1. Failure to resolve an Incomplete grade for the Surgery Clerkship shelf failure within one year of the clerkship end date. This constitutes a violation of the *Grading Policy* in the Student Handbook.
2. Failure to pass USMLE Step 1 within one year of the student's last day of the second-year curriculum. This constitutes a violation of the Student Handbook policy on *Student Academic and Professional Standing.*

**Investigation Summary:**
Ms. Muthoka has two academic policy issues that need to be addressed. First, she has an NBME Surgery Shelf failure during her Surgery Clerkship that was not remediated within one year from the end date of her surgery clerkship. While she did have discussions with the Surgery Clerkship leadership about next steps, it does not appear that an extension was formalized. The grade for this clerkship has been converted to a Fail. The second issue involves the USMLE Step 1. Ms. Muthoka has taken the exam twice; however, has not passed the exam within 1 year of the end of her second year curriculum. This makes her eligible for academic probation. Ms. Muthoka also must pass the USMLE Step 1 on her third attempt before March 13, 2020 or she will be eligible for dismissal.

**Exhibits:**
1. Relevant Academic Timeline
2. *Grading Policy* from the 2019 – 2020 handbook
3. *Grading Policy (Students)* from the UCI University Registrar Website
4. Email discussion between Dr. Dawn Elfenbein and Ms. Muthoka
5. *Grading Policy* from the 2016 - 2017 handbook
6. Attestations for the Pharmacology course and the Clinical Foundations III course
7. *Student Academic and Professional Standing Policy* from the 2019 – 2020 handbook
8. Notice of Meeting Setting Audio Recording
9. *Requirements for the MD Degree Policy* from the 2019 - 2020 handbook
10. *Exam Administration and Procedures Policy* from the 2019 – 2020 handbook
11. *Due Process Policy* from the 2019 – 2020 handbook
12. Notice of Meeting Setting Email

**UCI** School of Medicine

Office of Curricular Affairs

## Alleged Violation #1:
## Failure to resolve an Incomplete grade for the Surgery Clerkship shelf failure within one year of the clerkship end date

**Findings:**
May 21, 2018 — Surgery clerkship began
July 12, 2018 — NBME Surgery Shelf Exam Failure
July 15, 2018 — Surgery clerkship end date, Incomplete grade issued
July 15, 2019 — Failed NBME Surgery Shelf Exam not remediated

Ms. Muthoka began her Surgery clerkship on May 21, 2018.  She took the NBME Surgery Shelf Exam on July 12, 2018 and received a failing score for this exam.  The clerkship officially ended on July 15, 2018 and a grade of "Incomplete" was issued.  As of July 15, 2019 — one year after the end of the clerkship — the NBME Surgery Shelf exam had not been remediated. These dates are listed in her academic timeline (Exhibit 1).

**Relevant Policies:**
The *Grading Policy* from the 2019 – 2020 handbook (Exhibit 2) states:
   "Notwithstanding any other published guideline, in the School of Medicine, the grade Incomplete may only be replaced by another grade or notation subject to the following:
   (a) Active Students
   1) The action must be taken within one year of the course/clerkship end date as determined by the academic calendar for which the grade Incomplete was originally awarded (Course directors, however, are not obligated to allow the maximum time period).
   2) All Incompletes must be resolved by February 1 of the student's fourth year in order to be certified for graduation."

Per the main campus *Grading Policy (Students)* on the UCI University Registrar website (Exhibit 3):
   "Incomplete (I) grades will convert to a failing grade (F), not pass (NP), or unsatisfactory (U), whichever is appropriate, after remaining on the student's record for 12 months, as governed by Irvine Academic Senate Regulation IR A345."

On July 15, 2019, Ms. Muthoka's incomplete grade was converted to a failing grade by the School of Medicine registrar.

The *Grading Policy* (Exhibit 2) does create an alternate pathway for students on leave, stating:
   "Students not currently enrolled may replace the grade Incomplete by another grade or notation subject to the following: 1) they have a maximum of one calendar year in which to replace the grade Incomplete; however, 2) in exceptional individual cases involving the student's prolonged inability to pursue a course of studies, extensions of up to two additional years may be granted by the course director with the approval of the Dean of the unit offering the course; further, 3) students must petition in writing for such an extension within one calendar year following award of the grade Incomplete."

**UCI** School of Medicine

Office of Curricular Affairs

Ms. Muthoka was placed on an Administrative Leave on December 3, 2018, so she may qualify for this alternate pathway.  This section provides a "maximum of one calendar year"; however, the failed shelf examination has not yet been remediated (currently more than one calendar year).  An "extension of up to two additional years may be granted by the course director"; however, Ms. Muthoka was required to petition "in writing" for such an extension.  We have no record of such a petition.

Ms. Muthoka did share an email from Dr. Dawn Elfenbein, Surgery Clerkship Co-Director, dated August 6, 2019 which summarized a previous meeting on July 20, 2018 about her shelf failure (Exhibit 4).  This email recommends that she:
> "work with Student Affairs to determine a good time to retake it, and my advice was to wait until AFTER your internal medicine rotation as much of the material you missed would be covered again during that rotation."

While this alludes to extension, there was no specific mention of dates.  At the time of the meeting, the course directors would have assumed that Ms. Muthoka was to take her Internal Medicine clerkship within that academic year (by May 2019).  They could not have predicted an additional Administrative Leave that would delay the Internal Medicine clerkship to a subsequent academic year.  Dr. Elfenbein even stated that she was "not privy to all that has happened between that meeting over a year ago and now", which supports this assumption.  Therefore, it would be incorrect to state that an ""extension of up to two additional years" was granted by clerkship co-directors.

Of note, the *Grading Policy* from the 2016 - 2017 student handbook (Exhibit 5), includes similar language about the time needed to address an incomplete:
> "action must be taken prior to the end of the third quarter following the quarter in which the grade Incomplete was originally awarded, or prior to the end of the quarter immediately preceding award of the M.D. degree, whichever comes first"

The policy does grant an exception that "Only quarters in which a student is enrolled will be counted."  In Ms. Muthoka's case this policy would grant her additional time; however, she is being held to the standards of the 2019 - 2020 student handbook.  Starting in the 2017 - 2018 academic year, it became standard practice for students to attest to the course objectives, grading policy, attendance requirements as well as any handbook updates at the start of each course.  We have included a record of her attestation during the Pharmacology course in 2017 and the Clinical Foundations III course in 2018 (Exhibit 6).

**UCI** School of Medicine
Office of Curricular Affairs

## Alleged Violation:
## Failure to pass USMLE Step 1 within one year of the student's last day of the second-year curriculum

**Findings:**
March 13, 2018 — Last day of the second year curriculum
May 7, 2018 — USMLE Step 1, Score: 180 — Fail
October 30, 2018 — USMLE Step 1 retake, Score: 182 — Fail
March 13, 2019 — student has not passed USMLE Step 1

Ms. Muthoka matriculated in August 2016 and successfully completed her first year curriculum in June 2017. Her second year began in August 2017 and was completed on March 13, 2018. She took the USMLE Step 1 on May 7, 2018 and received a score of 180, which is not a passing score. She began her third year curriculum in May 2018 and finished her Surgery clerkship on July 12, 2018 with an Incomplete due to an NBME shelf failure. Ms. Muthoka was on an administrative leave from June 16, 2018 until she retook the exam on October 30, 2018. This was her second attempt, and she scored a 182, which is not a passing score. She was on her Pediatrics clerkship when she received her score and was pulled from the clerkship and placed on a new Administrative Leave on December 3, 2018. These dates are summarized in Exhibit 1.

As of March 13, 2019, Ms. Muthoka has not successfully passed the USMLE Step 1 examination.

**Relevant Policies:**
The *Student Academic and Professional Standing Policy* from the 2019 – 2020 handbook (Exhibit 7) states:
　　"Students will be referred to the Committee on Promotions and Honors for disciplinary review and possible formal disciplinary action (warning, probation, suspension, or involuntary administrative leave) if any of the following occurs:
　　…
　　3. Failure to pass USMLE Step 1 within one year of the student's last day of his/her second-year curriculum."

While this specific wording is not present in the Student Academic and Professional Standing Policy from the 2016 - 2017 handbook when she matriculated, it is present in the subsequent 2017 and 2018 handbooks. Again, Ms. Muthoka is held to the standards of 2019 - 2020 student handbook from her attestations (Exhibit 6).

**Additional Information:**
The Notice of Meeting setting was held on July 22, 2019 (Exhibit 8). During this time, Ms. Muthoka shared her struggles with getting testing accommodations for the USMLE Step 1. She most recently submitted a report in May to request accommodations and is awaiting that decision. Ms. Muthoka also highlighted some challenges in regards to her leave of absence and her housing situation, which she feels exacerbated her academic issues.

**UCI** School of Medicine
Office of Curricular Affairs

**Additional Policy Considerations:**

Per the *Requirements for the MD Degree* Policy from the 2019 - 2020 handbook (Exhibit 9)
   "maximum time for enrollment is six years or 21 quarters, excluding time spent on an approved Academic leave of absence."

Ms. Muthoka matriculated in the 2016-2017 academic year, so in order to graduate before the six year enrollment limit (June 2022), she would need to restart her third year curriculum no later than May 25, 2020.

Also, per the *Exam Administration and Procedures Policy* from the 2019 – 2020 handbook (Exhibit 10):
   "A student who has failed Step 1 twice must re-take the exam for the third and final time within 24 months of the end of that student's second-year coursework
   …
   Students are eligible for dismissal from the School of Medicine if they do not pass the USMLE Step 1 exam after three attempts"

To stay in compliance with this policy, Ms. Muthoka would need to retake and pass the USMLE Step 1 exam **prior to March 13, 2020**.

# Summary:

Ms. Muthoka has two academic policy issues that need to be addressed.  First, she has an NBME Surgery Shelf failure during her Surgery Clerkship that was not remediated within one year from the end date of her surgery clerkship.  While she did have discussions with the Surgery Clerkship leadership about next steps, it does not appear that an extension was formalized.  The grade for this clerkship has been converted to a Fail.  The second issue involves the USMLE Step 1.  Ms. Muthoka has taken the exam twice; however, has not passed the exam within 1 year of the end of her second year curriculum.  This makes her eligible for academic probation. Ms. Muthoka also must pass the USMLE Step 1 on her third attempt before March 13, 2020 or she will be eligible for dismissal.

**UCI** School of Medicine

Office of Curricular Affairs

# EXHIBIT 1

PL-02461

# UCI School of Medicine

## Office of Curricular Affairs

Timeline for Ms. Jackline Muthoka:

| Start Date | End Date | Academic Description | Timeline Description |
|---|---|---|---|
| August 2016 | June 2017 | Year 1 | Year 1 of enrollment |
| August 2017 | March 13, 2018 | Year 2 | Year 2 of enrollment |
| **May 7, 2018** | | **USMLE Step 1 – Score: 180 (Fail)** **Score reported on May 30, 2018** | |
| May 7, 2018 | May 20, 2018 | Year 3 — Clinical Foundations III | Year 3 of enrollment |
| May 14, 2018 | May 20, 2018 | Radiology Clerkship | |
| May 21, 2018 | July 15, 2018 | Surgery Clerkship | |
| July 12, 2018 | | NBME Surgery Shelf Exam (Fail) – **Incomplete Grade on Transcript** | |
| July 16, 2018 | November 4, 2018 | **Administrative Leave** For Step 1 Retake | |
| **October 30, 2018** | | **USMLE Step 1 Retake – Score: 182 (Fail)** **Score reported on November 21, 2018** | |
| November 5, 2018 | November 11, 2018 | Clinical Foundations III Intersession | |
| November 12, 2018 | November 30, 2018 | Pediatric Clerkship (3 out of 6 weeks) – Incomplete Grade | |
| December 3, 2018 | Present | **Administrative Leave** For Step 1 Retake | |
| May 2019 | | | Year 4 of enrollment |
| July 15, 2019 | | **Surgery Clerkship — Incomplete grade changed to a Fail by Registrar** | |
| May 2020 | | Must complete MS3 coursework this academic year in order to remain on track to graduate within six year time limit | Year 5 of enrollment |
| May 2021 | | Must being MS4 coursework in order to graduate within six year time limit | Year 6 of enrollment |

**UCI** School of Medicine

Office of Curricular Affairs

# EXHIBIT 2

PL-02463

# GRADING POLICY

The faculty, through the Academic Senate, has the responsibility for determining course standards and requirements, and for the evaluation and grading of students. Each student has the responsibility for becoming familiar with the requirements, standards, evaluation, and grading policies for each individual course in the curriculum. This information can be found in the course syllabi.

Administrative responsibility for specific courses is, in most cases, delegated to the various academic departments and divisions. A specific faculty member is designated as the course or clerkship director by the sponsoring academic unit. This individual is responsible for the organization and day to day conduct of the course. This includes: the development of course goals and objectives; the assignment of instructional responsibilities to various faculty members; the creation and distribution of course related learning resources; the evaluation of student performance; and, the final assignment of grades. The course or clerkship director (course director) is the first place that students should go when they have questions about the management of a specific course or clerkship.

Your academic record and transcript are available in the Registrar's Office and may be reviewed by you, as outlined in the **Confidentiality Of Student Educational Records and Access Policies and Procedures (https://ucisom.instructure.com/courses/106/pages/confidentiality-of-student-educational-records-and-access-policies-and-procedures)** section of the Student Handbook.

## Grading

The course director responsible for instruction (or their delegates) award grades of Honors (H) if applicable for the course/clerkship, Pass (P), Fail (F) or Incomplete (I). These grades are derived from objective and subjective assessments.

## Correction of Course Data

Preclinical Courses: Except for questions on NBME shelf exams, individual exam questions and scores may be challenged immediately following the exam/release of scores by contacting the course director. Such changes, if they occur, are applied on a class-wide basis. Mathematical errors in calculating exam scores are corrected on a case-by-case basis.

Clinical Courses:  Except for questions on NBME shelf exams, individual exam questions and scores may be challenged immediately following the exam/release of scores by contacting the course director. Such changes, if they occur, are applied on a class-wide basis. Mathematical errors in calculating exam scores are corrected on a case-by-case basis. Narrative comments may be challenged by students within 30 days of receiving their final clinical course evaluation.

## Correction of Grades

All grades, except Incomplete, are final when filed by the course director at the end of a course. However, the correction of a clerical or procedural error may be authorized as the Department directs. No

PL-02464

term grade, except Incomplete, may be revised by reexamination. Students have 30 days from the date a grade is released to request a revision to the course director in writing. Correction of a grade is at the course director discretion.

<u>Preclinical Courses:</u> Preclinical course grades are typically determined by cumulative exam scores. The relative weights of the various examination elements and the scores required to achieve a passing grade or an honors designation are published in the course syllabus. Only mathematical errors in calculating final grade scores may be challenged.

<u>Clinical Courses:</u> Clinical course grades may be determined upon the basis of multiple elements, including written exams, oral exams, OSCEs or clinical CEX or simulation performance, faculty/resident evaluations of performance, and performance on other required assignments. Students may review and challenge in writing to the course director the overall clerkship grade within 30 days after receiving their final evaluation.

## Course Repetition

Repetition of a course following a fail, requires approval in all instances by the course director and Associate Dean for Basic Science or Clinical Science Education.

## Degree Credit

Degree credit for a course will be given only once; but the grade assigned at each enrollment of the course shall be permanently recorded.

## The Grade "INCOMPLETE" (I) on Transcript

Conditions: The grade Incomplete may be assigned when a student is in good standing, but takes a leave of absence.  The leave of absence must be approved in accordance with the Leaves of Absence Policy and a plan for making up the missed time must be defined prior to the leave and assignment of an Incomplete.

The "I" grade may be replaced by a passing grade. To receive unit credit, the student must arrange to complete the work of the course within time limits in a way authorized by the course director.  The grade Incomplete cannot be given to students who have failed the course and who will be required to repeat the course.

The requirements for removing an "I" should be submitted by the course director to the student and to the Office of Student Affairs in writing along with the grade report.  Course make-up work and/or re-examination shall not be scheduled during other courses.

## Time Limits to Replace the Grade "INCOMPLETE" on Transcript

Notwithstanding any other published guideline, in the School of Medicine, the grade *Incomplete* may only be replaced by another grade or notation subject to the following:

### (a) Active Students

PL-02465

1) The action must be taken within one year of the course/clerkship end date as determined by the academic calendar for which the grade *Incomplete* was originally awarded (Course directors, however, are not obligated to allow the maximum time period).

2) All Incompletes must be resolved by February 1 of the student's fourth year in order to be certified for graduation.

**(b) Students on Leave**

Students not currently enrolled may replace the grade *Incomplete* by another grade or notation subject to the following:  1) they have a maximum of one calendar year in which to replace the grade *Incomplete*; however, 2) in exceptional individual cases involving the student's prolonged inability to pursue a course of studies, extensions of up to two additional years may be granted by the course director with the approval of the Dean of the unit offering the course; further, 3) students must petition in writing for such an extension within one calendar year following award of the grade *Incomplete*.

The requirements for removing an "I" should be submitted by the Department following the end of a course/rotation to the student and to the Office of Student Affairs.

Course make-up work and/or re-examination shall not be scheduled during other courses.

## The Notation "IN PROGRESS" (IP) on Transcript

For a course extending over more than one quarter where the evaluation of a student's performance is deferred until the end of the final quarter, provisional grades of In Progress (IP) shall be assigned in the intervening quarters.  The IP shall be replaced by a final grade if the student completes the full sequence.  If a student who was assigned the provisional notation IP for one or several quarters of a course sequence fails to complete the sequence, the instructor may assign a final grade and request to replace the IP with that final grade on their permanent record.  In the event that no action is taken to replace the IP with a final grade, the IP will be changed to an "I" (Incomplete) at the end of the third quarter following the quarter in which it was originally assigned or at the end of the quarter immediately preceding award of the M.D. degree, whichever comes first.  Incomplete grades, which arise in this manner, may not be replaced by another grade or notation.  Only quarters in which a student is enrolled will be counted in determining the time at which an IP is changed to an "I."

## The Notation "NO REPORT" (NR)

The notation NR shall be made on a student's permanent record when the student's name was on the official class roster but the course director turned in no grade for the student.  The notation NR may be removed from the student's record by the action of the course director of the course, providing that a clerical or procedural error has occurred.  Depending on the circumstances, the course director may request to change the NR to a grade, including Incomplete, or the course director may request that the NR be changed to W.  If no action is taken to remove the NR from the permanent record, the NR will be changed to an F at the end of the first quarter following the quarter in which it was originally assigned or at the end of the quarter immediately preceding award of the degree, whichever comes first.  Only

PL-02466

quarters in which a student is enrolled will be counted in determining the time at which an NR becomes an F.

## The Grade "FAIL" (F) on Transcript

Failure of a course, whether in the preclinical or clinical years, constitutes a serious academic problem. The failed grade will remain on the student's transcript. In most cases, entry into an extended curriculum will be indicated. A student will be placed on academic probation after two course/clerkship failures and their case presented to the Committee on Promotions and Honors. If a student accumulates three course/clerkship failures, he/she is eligible for academic dismissal by the Committee Promotions and Honors. Failure of a course while on an extended curriculum is also potential grounds for dismissal.

If a student fails an elective, the student is not required to repeat that particular elective. However, a sufficient number of weeks of elective credit must be successfully completed to meet graduation requirements.

## Remediation for Failed Courses

All course failures in the core curriculum require remediation as determined by the course director. For clinical courses, the length of the repeat course will not be less than four weeks nor longer than the original course.

Following a remediation clerkship, the student will have one additional opportunity to pass the shelf examination. Failure on the repeat attempt will result in the student being eligible for dismissal from the School of Medicine.

The grade of Fail will remain permanently on the student's transcript and the remediation will be considered a new course for the student. This additional time will not count toward graduation requirements.

Rev. 5/18/18

PL-02467

**UCI** School of Medicine

Office of Curricular Affairs

# EXHIBIT 3

UCI University Registrar - Grading Policy (Students)                                     6/28/19, 11:39 PM

✉ : CONTACT US : FAQ

Search Registrar site:          GO»

UCI Home  :  Schedule of Classes  :  General Catalogue  :  WebReg  :  StudentAccess  :  WebAdmin  :  FAQ  :  Help Desk



Faculty/Staff

Calendars

Enrollment

Tuition and Fees

Grades & Final Exams

Graduation

Services

Request a Change

Residency

Policies & Procedures

Privacy

Additional Information



### GRADING POLICY (STUDENTS)

Academic Senate regulations related to grades and credit can be found under Part II of the Irvine Division in the Academic Senate manual.

Selected information, with references to Academic Senate regulations, is noted below.

**Incomplete (I)**
The grade Incomplete (I) may be assigned when a student's work is of passing quality but is incomplete for good cause. The student must make arrangements with their instructor to complete the coursework within a period of no more than 12 months following the term in which the grade Incomplete was originally awarded, or prior to the end of the quarter immediately preceding award of the degree, whichever comes first. The instructor is not obligated to allow the maximum time period. The student should not reenroll in the course to make up the Incomplete.

Incomplete (I) grades will convert to a failing grade (F), not pass (NP), or unsatisfactory (U), whichever is appropriate, after remaining on the student's record for 12 months, as governed by Irvine Academic Senate Regulation IR A345.

**Prior to Fall 2010**
Incomplete grades on a student's record prior to Fall 2010 are not subject to the conversion to an F, NP, or U grade as governed by IR A345, section F. Incomplete grades on a student's record prior to Fall 2010 have no grade points but are treated as an F, NP, or U grade when calculating a student's grade point average for degree certification. If you are unsure of your grade point average, contact your academic counselor.

**In Progress (IP)**
The IP grade may be assigned for the intervening quarters of an approved sequential course where the evaluation of the student's performance is deferred to the end of the final quarter. (IR A345)

**No Report (NR)**
The Registrar will assign an NR when a final grade is not submitted by the instructor. NRs may be removed within one quarter or changed to a grade by the instructor provided a clerical or procedural error has occurred. The student's NR becomes a final grade of F, NP, or U (depending on which grade option the student enrolled under) after one quarter of subsequent attendance. (IR A345)

**Pass/Not Pass (P/NP)**
May be assigned *only* when a student is officially enrolled with the pass/not pass (P/NP) option, which will be noted on class rosters and the final grade course report. (IR A350)

**Satisfactory/Unsatisfactory (S/U)**

PL-02469

UCI University Registrar : Grading Policy (Student)

S or U may be assigned for certain graduate work of graduate students, with the approval of the Graduate Council. (IR 355)

NOTE: Students who enroll in a class and then cease to attend without actually dropping the class may be assigned a No Report (NR) or Failure (F). Academic Schools or Programs may have a policy for this situation; please check with the applicable Academic Advising Office.

**UCI** Office of the Provost
Enrollment Management
© UC Regents

UNIVERSITY REGISTRAR
registrar@uci.edu  •  tel: (949) 824-6124  •  fax: (949) 824-7896
215 Aldrich Hall  •  Irvine, CA 92697-4975
hours: Monday–Friday, 8:00 a.m.–5:00 p.m.

PL-02470

**UCI** School of Medicine
Office of Curricular Affairs

# EXHIBIT 4

PL-02471

```
Subject: Fwd: Surgery Shelf Exam
Date:     Thu, Aug 8, 2019 at 1:26 PM
From:     "Muthoka, Jackline" <jmuthoka@hs.uci.edu>
To:       "Wiechmann, Warren" <wiechmaw@hs.uci.edu>
Cc:       "Elfenbein, Dawn" <delfenbe@uci.edu>
```

Hi Dr. Wiechmann,
I hope you are having a great week! I reached out to Dr. Elfenbein and she wrote a summery of our meeting and discussion we had about the surgery shelf last year found in this email. I was wondering if this is sufficient. Please advice,
Thank you,
Jackie


Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400


Begin forwarded message:

> **From:** "Elfenbein, Dawn" <delfenbe@uci.edu>
> **Date:** August 6, 2019 at 10:39:21 AM PDT
> **To:** "Muthoka, Jackline" <jmuthoka@hs.uci.edu>
> **Subject: Surgery Shelf Exam**
>
> Dear Jackie-
>
> According to my records, we met on Friday, July 20, 2018 at 3pm down at MedEd for approximately 45 minutes. This was very shortly after you learned of your performance on the shelf exam. We discussed that the next steps for you was to work with Student Affairs to determine a good time to retake it, and my advice was to wait until AFTER your internal medicine rotation as much of the material you missed would be covered again during that rotation.
>
> We talked about meeting once you had decided on a date and that we (Dr. Mills and me) would help you with a plan for studying for the re-take.
>
> I'm not privy to all that has happened between that meeting over a year ago and now, but we (Dr. Mills and I, and now Dr. Jutric as I transition from UCI) remain here and available to help you with a study plan for surgery once you have chosen a date. But I can confirm that you did reach out to me and we did meet back in July of 2018 right after the conclusion of your surgery rotation.

If you require anything further, please let me know!

Dawn Elfenbein, MD, MPH, FACS
Surgery clerkship co-director, UCI SOM

PL-02473

**UCI** School of Medicine
Office of Curricular Affairs

# EXHIBIT 5

PL-02474

# GRADING POLICY

The faculty, through the Academic Senate, has the responsibility for determining course standards and requirements, and for the evaluation and grading of students. Each student has the responsibility for becoming familiar with the requirements, standards, evaluation, and grading policies for each individual course in the curriculum. This information can be found in the course syllabi posted on Canvas.

Your academic record and transcript are available in the Registrar's Office and may be reviewed by you, as outlined in the Confidentiality Of Student Educational Records and Access Policies and Procedures section of the Student Handbook.

GRADING

The faculty responsible for instruction (or their delegates) award grades of Honors (H) if applicable for the course/clerkship, Pass (P), Fail (F) or Incomplete (I). These grades are derived from objective and subjective assessments.

CORRECTION OF COURSE/CLERKSHIP DATA

Preclinical Courses: Except for questions on NBME shelf exams, individual exam questions and scores may be challenged immediately following the exam/release of scores by contacting the course director. Such changes, if they occur, are applied on a class-wide basis. Mathematical errors in calculating exam scores are corrected on a case-by-case basis.

Clinical Clerkships:  Except for questions on NBME shelf exams, individual exam questions and scores may be challenged immediately following the exam/release of scores by contacting the course director. Such changes, if they occur, are applied on a class-wide basis. Mathematical errors in calculating exam scores are corrected on a case-by-case basis. Narrative comments may be challenged by students within 30 days of receiving their final clerkship evaluation.

CORRECTION OF GRADES

All grades, except Incomplete, are final when filed by an instructor in end-of-quarter course reports.  However, the correction of a clerical or procedural error may be authorized as the Department directs. No term grade, except Incomplete, may be revised by reexamination. Students have 30 days from the date a grade is released to request a revision.

Preclinical courses: Preclinical course grades are typically determined by cumulative exam scores. The relative weights of the various examination elements and the scores required to achieve a passing grade or an honors designation are published in the course syllabus. Only mathematical errors in calculating final grade scores may be challenged.

Clinical Clerkships: Clerkship grades may be determined upon the basis of multiple elements, including written exams, oral exams, OSCEs or clinical CEX or simulation performance, faculty/resident evaluations of performance, and performance on other required assignments. Students may review and challenge the overall clerkship grade within 30 days after receiving their final evaluation.

COURSE REPETITION

PL-02475

Repetition of a course following a fail, requires approval in all instances by the Course Director and Associate Dean for Student Affairs.


DEGREE CREDIT

Degree credit for a course will be given only once; but the grade assigned at each enrollment shall be permanently recorded.


THE GRADE *"INCOMPLETE" (I)*

Conditions--The grade *Incomplete* may be assigned when a student is in good standing, but is incomplete for unique, individual reasons that have been discussed with the Associate Dean of Student Affairs. Such examples include, but are not limited to, health or family emergencies, where a student misses a significant amount of course `time.

The "I" grade may be replaced by a passing grade. To receive unit credit, the student must arrange to complete the work of the course in a way authorized by the instructor.  The grade Incomplete cannot be given to students who have failed the course and who will be required to repeat the course.

The requirements for removing an "I" should be submitted by the Course Director to the student and to the Office Student Affairs in writing along with the grade report.  Course make-up work and/or re-examination shall not be scheduled during other courses.


TIME LIMITS TO REPLACE THE GRADE *INCOMPLETE*

Notwithstanding any other published guideline, in the School of Medicine, the grade *Incomplete* may only be replaced by another grade or notation subject to the following:

**(a) Registered Students**

1) The action must be taken prior to the end of the third quarter following the quarter in which the grade Incomplete was originally awarded, or prior to the end of the quarter immediately preceding award of the M.D. degree, whichever comes first (instructors, however, are not obligated to allow the maximum time period).

2) Only quarters in which a student is enrolled will be counted in determining the time after which the grade Incomplete can no longer be replaced.

**(b) Previously Registered Students**

Students not currently enrolled may replace the grade *Incomplete* by another grade or notation subject to the following:  1) they have a maximum of one calendar year in which to replace the grade Incomplete; however, 2) in exceptional individual cases involving the student's prolonged inability to pursue a course of studies, extensions of up to two additional years may be granted by the instructor with the approval of the Dean of the unit offering the course; further, 3) students must petition for such an extension within one calendar year following award of the grade Incomplete.

The requirements for removing an "I" should be submitted by the Department following the end of a quarter/rotation to the student and to the Office of Student Affairs.

Course make-up work and/or re-examination shall not be scheduled during other courses.

PL-02476

THE NOTATION "IN PROGRESS" (IP) ON TRANSCRIPT

For a course extending over more than one quarter where the evaluation of a student's performance is deferred until the end of the final quarter, provisional grades of In Progress (IP) shall be assigned in the intervening quarters. The IP shall be replaced by a final grade if the student completes the full sequence. If a student who was assigned the provisional notation IP for one or several quarters of a course sequence fails to complete the sequence, the instructor may assign a final grade and request to replace the IP with that final grade on their permanent record. In the event that no action is taken to replace the IP with a final grade, the IP will be changed to an "I" (Incomplete) at the end of the third quarter following the quarter in which it was originally assigned or at the end of the quarter immediately preceding award of the M.D. degree, whichever comes first. Incomplete grades, which arise in this manner, may not be replaced by another grade or notation. Only quarters in which a student is enrolled will be counted in determining the time at which an IP is changed to an "I."

THE NOTATION "NO REPORT" (NR)

The notation NR shall be made on a student's permanent record when the student's name was on the official class roster but the instructor turned in no grade for the student. The notation NR may be removed from the student's record by the action of the instructor of the course, providing that a clerical or procedural error has occurred. Depending on the circumstances, the instructor may request to change the NR to a grade, including incomplete, or the instructor may request that the NR be changed to W. If no action is taken to remove the NR from the permanent record, the NR will be changed to an F at the end of the first quarter following the quarter in which it was originally assigned or at the end of the quarter immediately preceding award of the degree, whichever comes first. Only quarters in which a student is enrolled will be counted in determining the time at which an NR becomes an F.

COURSE/CLERKSHIP FAILURE

Failure of a course, whether in the pre-clinical or clinical years, constitutes a serious academic problem. In most cases, entry into an extended curriculum will be indicated. A student will be placed on academic probation after two course/clerkship failures and their case presented to the Committee on Promotions and Honors. If a student accumulates three course/clerkship failures, he/she is eligible for academic dismissal by the Committee Promotions and Honors. Failure of a course while on an extended curriculum is also potential grounds for dismissal.

PL-02477

**UCI** School of Medicine
Office of Curricular Affairs

# EXHIBIT 6

PL-02478



PHARM-1718 › Quizzes › Attestation of Course Requirements

2017-2018

- Home
- Announcements
- Assignments
- Quizzes
- Discussions
- Grades
- People
- Modules
- Files
- Pages
- Syllabus
- Collaborations
- Outcomes
- Conferences
- Settings

# Attestation of Course Requirements

ⓘ This is a preview of the published version of the quiz

Started: Aug 23 at 10:55pm

## Quiz Instructions

Review and attest to course requirements.

### Question 1 — 1 pts

Please review and attest to the following statements at the start of the course by checking the boxes below:

- ☐ I have reviewed the course objectives, grading policy and attendance requirements for this course.
- ☐ I understand that I can find additional information, resources and UCISOM policies in the Student Handbook on Canvas.

Quiz saved at 10:55pm   Submit Quiz



## PHARM-1718 › Grades



| Student Name | Secondary ID | ⓘ Attestation of Course Require... Out of 0 |
|---|---|---|
| Jackline Muthoka | jmuthoka | 0 |

muthoka

PL-02480



CFIII-1819 › Quizzes › Attestation of Clerkship Requirements

2018-2019

Home

Grades

Announcements

Modules

Assignments

Quizzes

Files

People

Pages

Syllabus

Collaborations

Outcomes

Discussions

Conferences

Settings

## Attestation of Clerkship Requirements

ⓘ This is a preview of the published version of the quiz

Started: Aug 23 at 10:56pm

## Quiz Instructions

Review and attest to clerkship requirements.

---

Question 1                                                            1 pts

Please review and attest to the following statements at the start of your rotation:

☐ I have reviewed the clerkship objectives.

☐ I have reviewed the case logs and all requirements for this clerkship.

☐ After reviewing the UCISOM policies I understand the following:

- the mistreatment policy and the steps to report student mistreatment,
- the duty hours policy,
- how to address work-related injuries and occupational exposures,
- the personal day vouchers policy,
- the medical student supervision policy,
- how to address planned health appointments, illness and find counseling and disability services if needed.

☐ I understand that I can find additional information, resources and UCISOM policies in the Student Handbook on Canvas.

---

Not saved     Submit Quiz



**UCI** School of Medicine

Office of Curricular Affairs

# EXHIBIT 7

PL-02483

Case 8:23-cv-01383-FWS-JDE    Document 64-1    Filed 03/27/25    Page 55 of 417    Page ID #:1090

# STUDENT ACADEMIC AND PROFESSIONAL STANDING POLICY

## ACADEMIC STANDING

Categories of academic standing in the School of Medicine are defined as follows:

### Good Academic Standing

1. no course or clerkship failures
2. no notices of poor course or clerkship-related performance
3. no episodes of unprofessional conduct

### Experiencing Academic Difficulty

1. one course or clerkship unremediated failure or incomplete due to academic reasons
2. one adverse professional conduct incident report that does not rise to the level of probation or dismissal

The experiencing academic difficulty designation is informal and is removed once the failed course or clerkship has been remediated, the poor course/clerkship-related performance or the unprofessional conduct has been addressed.

### Academic Probation

1. a total of two course failures, which can be basic science or clerkship failures
2. failure of a course while on extended curriculum
3. failure to successfully repeat a course or clerkship after a previous failure of that course
4. failure to pass USMLE Step 1 within one year of completing the second-year curriculum
5. professional incompetence based upon a serious episode of unprofessional conduct or violation of the school of medicine honor code as deemed by the Associate Dean of Clinical Science Education or the Committee on Promotions and Honors
6. two or more professionalism warnings

Academic probation is a formal designation and may affect your ability to take rotations at affiliate sites and/or engage in certain extramural programs. The student so designated remains on probation for the duration of her/his studies. It is recorded on the academic transcript, noted in the medical student performance evaluation and reported to specialty boards and medical licensing authorities.

### Dismissal

Students may be issued a letter of warning, placed on probation, suspended, placed on involuntary administrative leave, or dismissed from the School of Medicine if any of the following occur:

- Three individual course or clerkship failures

PL-02484

- Failure to successfully repeat a course or clerkship after a previous failure
- Failure of any course or clerkship while on an Extended Curriculum Program
- Failure to successfully complete the School of Medicine Clinical Performance Examination
- Failure to meet the School of Medicine requirements for passing Step 1, Step 2CK, and Step 2CS of the United States Medical Licensing Exam (USMLE) (refer to the **Exam Administration and Procedures policy (https://ucisom.instructure.com/courses/106/pages/exam-administration-and-procedures)** ).
- Professional incompetence based upon episodes of unprofessional conduct as noted in but not limited to course or clerkship evaluations
- Violations of policies including, but not limited to: violation of School of Medicine Honor Code, School of Medicine alcohol and substance abuse policy, or violations of University or School of Medicine student conduct policy
- Violations of any state or federal law, including, but not limited to convictions of violating such laws, _or_ the filing of criminal charges against the student by any state or federal agency.

Refer to the **due process policy (https://ucisom.instructure.com/courses/106/pages/school-of-medicine-due-process-policy)** for details on the investigation, hearing and appeals procedures.

Rev. 9/11/2017 by P&H

PL-02485

**UCI** School of Medicine

Office of Curricular Affairs

# EXHIBIT 8

PL-02486

**UCI** School of Medicine

Office of Curricular Affairs

**Recording available at:**

https://www.dropbox.com/s/hrkkmerjp2g5opv/NoMS_Recording.MP3?dl=0

PL-02487

**UCI** School of Medicine
Office of Curricular Affairs

# EXHIBIT 9

PL-02488

# REQUIREMENTS FOR THE MD DEGREE

To become eligible for the M.D. degree, each student must demonstrate mastery of the material presented in the courses and programs of the curriculum. This demonstration is made through examinations and/or faculty judgments in each course or program.

Although UCISOM has an effective monitoring and intervention system, ultimately it is the student's responsibility to be aware of his/her academic performance and possible failure to complete course requirements (as established by each unit of the curriculum).

Requirements for graduation are listed below.  All requirements must be completed in order to be recommended for graduation and to participate in the SOM Hooding Ceremony.

- Achievement with a passing grade for all courses in the M.D. curriculum.
- Successful passage of the United States Medical Licensing Exam (USMLE) Steps 1, 2CK and 2CS administered by the National Board of Medical Examiners. Failure to pass Step 1, 2CK or 2CS precludes graduation. No exceptions will be made.
- Passage of the Clinical Performance Examination (CPX).

The Office of Student Affairs and the Committee on Promotions and Honors review, at the conclusion of each academic year, the quantitative progress of each student in course completion. Students who have completed the academic year in good standing are recommended by the Committee on Promotions and Honors to the School of Medicine Faculty Executive Committee for promotion to the next course year.

The Committee on Promotions and Honors may give approval for an individual student to repeat a portion or all of a school year (subsequent to incomplete or unsatisfactory course work or an approved leave of absence). The maximum time for enrollment is six years or 21 quarters, excluding time spent on **an approved Academic leave of absence (https://ucisom.instructure.com/courses/106/pages/leaves-of-absence-policy)** . The required number of unit hours to be completed at the end of each enrollment period will vary in these cases, according to what portion of the curriculum must be repeated. Students approved to repeat course work are meeting the school's standards for satisfactory academic progress for purposes of financial aid eligibility.

It should also be noted that the specific curriculum requirements listed above are subject to periodic review and adjustments by the faculty of the School of Medicine.

## Advancement and Graduation Requirements

The table below displays the advancement and graduation requirements for the MD degree:

PL-02489

Case 8:23-cv-01333-FWS-JDE   Document 64-1   Filed 03/27/25   Page 61 of 417   Page ID #:1096

| MS1 | MS2 | MS3 | MS4 |
|---|---|---|---|
| To advance to the MS2 year, students must successfully complete the first year of the preclerkship curriculum, which consists of CFI/PACE and three curricular blocks — Normal Human Structure and Function; Mind and Brain; and the Molecular Basis of Medicine. | To advance to the MS3 year, students must successfully complete the second year of the preclerkship curriculum, which consists of CFII/PACE and three curricular blocks — Infection and Host Response, Blood and Inflammation and Disease & Therapeutics. | To start the MS3 year, students must successfully complete CFIII/Radiology.<br><br>To advance to the MS4 year, students must successfully complete CFIII/Radiology, the core clinical clerkships and electives (2 weeks minimum; 4 weeks maximum).<br><br>Core clerkships include the following: | To graduate, students must successfully complete Emergency Medicine, two selectives, Clinical Foundations IV, and the required number of weeks of electives.<br><br>Students are required to take: |
| <u>Normal Human Structure and Function</u><br><br>This block covers:<br><br><ul><li>Gross Anatomy</li><li>Embryology</li><li>Histology</li><li>Physiology</li></ul><u>Mind and Brain</u><br><br>This block covers:<br><br><ul><li>Neuroscience</li><li>Neuroanatomy</li><li>Behavioral Science</li><li>Medical Ethics</li><li>Head and Neck Anatomy</li></ul><u>Molecular Basis of Medicine</u><br><br>This block includes:<br><br><ul><li>Biochemistry</li></ul> | <u>Infection and Host Response/Blood and Inflammation</u><br><br>These blocks cover:<br><br><ul><li>Immunology</li><li>Medical Microbiology</li><li>Antibiotics</li><li>Immunopathology</li><li>Immuno-pharmacology</li></ul><u>Disease and Therapeutics</u><br><br>This block includes:<br><br><ul><li>Systematic Pathology</li><li>Clinical Pathology</li><li>Pharmacology</li><li>Clinical Approach</li><li>Behavioral Science</li></ul> | <ul><li>Family Medicine</li><li>Internal Medicine</li><li>Neurology</li><li>Obstetrics and Gynecology</li><li>Pediatrics</li><li>Psychiatry</li><li>Surgery</li></ul>Students must pass USMLE Step 1 by their second attempt in order to continue the MS3 year without disruption. They must pass USMLE Step 1 within 24 months of having completed their MS2 coursework to advance to the MS4 year. | <ul><li>2 weeks of Emergency Medicine</li><li>4 weeks of an ICU selective (Surgery, Medicine, Pediatrics, Neurology)</li><li>4 weeks of a sub-internship selective (Family Medicine, Internal Medicine, Surgery, Pediatrics)</li><li>28 weeks of electives (during the MS3 and MS4 years)</li></ul>Students must pass USMLE Step 2 CK and CS in order to graduate.<br><br>Students must pass the Clinical Performance Exam |

PL-02490

REQUIREMENTS FOR THE MD DEGREE: UCI SOM Office of Medical Education    7/3/19, 11:56 AM

| | | | |
|---|---|---|---|
| • Biochemistry<br>• Medical Genetics<br>• Immunology | • Ethics<br><br>Students are required to take USMLE Step 1 prior to advancement to the MS3 year. | | (CPX) in order to graduate. |

Rev. 3/14/19

PL-02491

**UCI** School of Medicine

Office of Curricular Affairs

# EXHIBIT 10

PL-02492

# EXAM ADMINISTRATION AND PROCEDURES

## EXAM REQUIREMENTS

### School of Medicine (SOM) Policies Pertaining to Scheduling, Taking, and Passing USMLE Steps 1, 2CK, and 2CS

Passage of USMLE Step 1, Step 2 CS, and Step 2CK constitute required pre-requisites in order to receive the M.D. degree at the University of California Irvine, School of Medicine (SOM). The following schedule applies to satisfying this requirement.

## POLICIES FOR STEP 1 UNITED STATES MEDICAL LICENSING EXAMINATION (USMLE)

1. *Timing Requirements*

| USMLE | Standard Deadline | MSTP | Masters or Post Year Three Leave Programs |
|---|---|---|---|
| Step 1 Initial Attempt | Prior to starting CF III | Prior to starting Ph.D | Prior to starting CF III |

Students are required to take the Step 1 examination after passing all second-year modules/courses and prior to the start of Clinical Foundations III and third-year clerkships. If a student is not able to meet any of these specified deadlines, they will be placed on administrative leave until the deadline(s) is met or for a maximum of one year (refer to the **Leaves of Absence policy (https://ucisom.instructure.com/courses/106/pages/leaves-of-absence-policy)** ). If the student has not met the requirements within one year, he/she will be subject to dismissal.

Any special accommodations need to be requested directly from the NBME. Examination results will be mailed directly to students from the NBME. The Office of Student Affairs does not receive a printed copy of any examination scores and therefore, cannot provide copies to students. All address and name changes and requests for scores must be made directly to the NBME.

2. *Failing Score on Step 1*

Students failing Step 1 for the first time may be permitted to complete the rotation or portion of the rotation in which they are enrolled at the time scores become available. The student will then be placed on Administrative Leave (refer to the **Leaves of Absence policy (https://ucisom.instructure.com/courses/106/pages/leaves-of-absence-policy)** ) and removed from

PL-02493

subsequent clerkships in order to begin a remediation period. The student will meet with the Associate Dean for Student Affairs to devise an appropriate plan for success.

The Step 1 re-take exam will be scheduled in accordance with USMLE rules, taking into account the student's level of preparedness for the re-take. While awaiting the results of the re-take exam, students who failed their first Step 1 may be allowed to resume third-year rotations while awaiting test results, at the discretion of the Associate Dean for Student Affairs. Any student who fails the Step 1 examination a second time will be immediately removed from the third-year curriculum and placed in a specially tailored board preparation plan as determined by the Office of Student Affairs. No student who fails Step 1 more than one time will be allowed to resume the third-year curriculum until a passing score is recorded. A student who has failed Step 1 twice must re-take the exam for the third and final time within 24 months of the end of that student's second-year coursework. A student who successfully passes the Step 1 examination on the third try will be allowed to resume the third-year curriculum, provided that s/he has fulfilled all other curricular requirements. All students who are returned to the third-year curriculum after a Step 1 re-take will do so based on the availability of clerkship positions. This may result in a student having a different third-year clerkship sequence and/or schedule than originally planned.

Students are eligible for dismissal from the School of Medicine if they do not pass the USMLE Step 1 exam after three attempts. Refer to the **Student Academic and Professional Standing policy (https://ucisom.instructure.com/courses/106/pages/student-academic-and-professional-standing-policy)** for policies on Academic Probation.

**POLICIES FOR STEP 2 OF THE UNITED STATES MEDICAL LICENSING EXAMINATION (USMLE)**

1. *Timing Requirements*

Students are required to pass the Step 2 CS and CK exams of the USMLE prior to graduation. Students are not allowed to sit for either component of Step 2 until they have completed and successfully passed all components of the third-year curriculum, unless otherwise approved by the Offices of Student and Curricular Affairs.

| USMLE | Standard & MSTP Deadline | Masters or Post Year Three Leave Programs |
|---|---|---|
| Step 2CS Scheduling | July 1 of Year 4 SOM Coursework; it is recommended that the **CPX (https://ucisom.instructure.com/courses/106/pages/clinical-performance-exam-cpx)** exam be completed prior to taking Step 2 CS | July 1 of Year 4 SOM Coursework; it is recommended that the CPX exam be completed |

PL-02494

| | | prior to taking the Academic Leave |
| --- | --- | --- |
| Step 2CS Initial Attempt | December 1 of Year 4 SOM Coursework | Prior to beginning leave from medical school |
| Step 2CK Scheduling | October 31 of Year 4 SOM Coursework | July 1 of Year 4 SOM Coursework |
| Step 2CK Initial Attempt | December 31 of Year 4 SOM Coursework | Prior to beginning leave from medical school |
| Step 2CK Completion* | February 1 of year 4 SOM Coursework | February 1 of year 4 SOM Coursework |

*Step 2CK and CS Score reporting may take up to six weeks and there is a lag in examination scheduling should a repeat examination be required. Therefore, students are highly encouraged to schedule their Step 2CK initial attempt well before the December 31 deadline.

Students should schedule exams during times when they have no clinical duties. If an exam must be taken during a clerkship, the Course Director must be informed of a student's test date a minimum of 30 days prior to the beginning of the rotation so that schedules can be developed accordingly. Students will only be allowed to miss the day of the examination from their rotation.

If a student is not able to meet any of these specified deadlines, they will be placed on Administrative Leave until the deadline(s) is met or for a maximum of one year (refer to the **Leaves of Absence policy (https://ucisom.instructure.com/courses/106/pages/leaves-of-absence-policy)** ). If the student has not met the requirements within one year, he/she will be subject to dismissal.

In addition, the SOM will not certify for graduation any student who has not successfully completed Step 1 and Step 2 CS and CK, with the National Resident Matching Program at the time of their Rank Order List Deadline (approximately February 15 of the fourth year). This will result in the student's exclusion from participation in the match.

PL-02495

Case 8:23-cv-01339-FWS-JDE    Document 64-3    Filed 03/27/25    Page 67 of 417    Page ID #:1102

Any special accommodations need to be requested directly from the NBME. Examination results will be mailed directly to students from the NBME. The Office of Student Affairs does not receive a printed copy of any examination scores and therefore, cannot provide copies to students. All address and name changes and requests for scores must be made directly to the NBME.

All students who wish to graduate should sit for both parts of the Step 2 exam by December 31 of their fourth year and record a passing score prior to the day of the graduation.

2. **Failing Score on Step 2 Clinical Skill and/or Clinical Knowledge***:*

A student failing the first attempt of Step 2 CS or CK will meet with the Associate Dean for Student Affairs in order to devise an appropriate remediation plan. To the extent that this additional remediation time makes it impossible to complete other curricular requirements, the student's eligibility for graduation with his/her class may be affected.

Students are eligible for dismissal from the School of Medicine if they do not pass the USMLE Step 2 CS or CK exams after three attempts.

## NBME SUBJECT EXAMS IN 3RD YEAR

All students are required to pass the National Board of Medical Examiners (NBME) Subject Examination (Shelf Exam) for each core third-year clerkship. Refer to the **Policy on the Requirement to Pass the Specialty-Specific NBME Shelf Exam (https://ucisom.instructure.com/courses/106/pages/policy-on-the-requirement-to-pass-the-specialty-specific-nbme-shelf-exam)** .

## CLINICAL PERFORMANCE EXAMINATION (CPX)

Refer to the **Clinical Performance Examination (CPX) (https://ucisom.instructure.com/courses/106/pages/clinical-performance-exam-cpx)** policy.

## EXAMINATION "NO-SHOW" POLICY

A no-show for a scheduled examination constitutes a failure unless written clearance by the course director is obtained prior to the time of administration. A student will have one additional opportunity to take the examination following a no-show.

The student may be responsible for costs associated with the re-administration of an examination if he/she fails to show for an administration without prior approval or changes the testing date less than 30 days prior to the examination.

If a student misses a final examination, he/she is required to re-take the exam at the first available make-up examination time. Exceptions to this policy may be granted by the clerkship director or by the Associate Dean for Student Affairs.

## POLICY ON PROCTORING AND EXPECTED TESTING BEHAVIOR FOR EXAMINATIONS

Medical professionals are expected to arrive to scheduled events in a timely fashion. Such reliability is a virtue that demonstrates respect for patients, colleagues and other members of the healthcare team, and

PL-02496

Case 8:23-cv-01333-FWS-JDE    Document 64-5    Filed 03/27/25    Page 68 of 417    Page
ID #:1103

is to be promoted within medical education in both the clinical and pre-clerkship settings. In particular, timeliness of arrival to examinations is expected.

Examinations are expected to begin as close to their scheduled time as feasible. Students are also expected to arrive a few minutes early, to allow the examinations to begin as scheduled. Online exam administration platforms provide time-stamps of examinees' progress, such that identifying students who begin exams late due to tardiness becomes trackable data.

Students beginning their examinations more than 5 minutes after that exam's starting time (i.e., when all the students present in the room were able to begin) will be considered to have arrived late for that exam. Instances of such tardiness will be considered as potential breaches of medical professionalism and will be reported to the Office of Student Affairs. Although timeliness to exams is expected for all students, all incidents of tardiness to exams that have been individualized for students (e.g., on alternate dates, with extended allotment of time, and/or other accommodations) will be reported as potential breaches of medical professionalism to the Office of Student Affairs. Should a student arrive and begin their examination late, the ending time for their exam will not be extended, and they will finish their exam at the originally scheduled time. If a student's examination begins late due to technical problems (e.g., as with software or computer issues), this will be accommodated, as feasible, to provide the full examination time to the student.

For class-wide examinations, the student can expect to be in a proctored setting and should be prepared to adhere to the expectations set forth below. A proctor is always present in each testing room throughout the examination. During the administration of the examination, proctors will observe the examinees to ensure that:

- Students have nothing on their desks or laps but an iPad, scratch paper, and a writing utensil.
- No one is using written materials or recording/filming devices during the examination.
- Students do not communicate with one another in any way.
- Before the exam begins, the proctor will remind students that they have signed the honor code from the Student Handbook.
- The proctor may announce, "No exam content-related questions are permitted during the exam."

The proctor has the authority and responsibility to ensure that the examination is conducted under standardized conditions for all examinees. The proctor is expected to document in a written report all incidents that disturb or deviate from these conditions and report to the Associate Dean for Student Affairs for review.

## EXAM PROCEDURES

Students should plan to arrive at the exam location at least five minutes prior to the start time of the exam to allow time to find a seat, put all personal items away, and identify any technical issues relating to accessing the exam.

- Personal items, including bags and cell phones, should never be taken to the student's seat, but instead be secured in a backpack or tote, and left at the back of the room. Cell phones must be completely turned off and NOT in vibration mode.

PL-02497

- One piece of scratch paper or board/marker (if available) should be taken, which will be provided at the back of the room, as well as a writing utensil. If additional scratch paper is needed during the exam, the student may take another sheet.
- The only items at the student's desk can be the iPad that the exam will be taken on, scratch paper, a writing utensil, and a beverage that can be consumed quietly, if desired. Students are not to eat snacks/meals during the exam, to avoid making distracting noise from wrappers, etc.
- Once the proctor gets ready to announce the start-up code for the exam, students must remain quiet during the remainder of the exams.
- If a student is experiencing technical issues, he/she should exit the lecture hall and go to the back of the room where a proctor will provide assistance.
- Upon completing an ExamSoft exam, the "green screen" should be shown to the proctor to ensure the exam has been uploaded. Any scratch paper, board or markers used should be turned in and the student is to quietly exit the room once his/her name has been checked off by a proctor.

**If Cheating is Suspected**

A staff administrator must be present in the examination room at all times, and a faculty proctor must be on-call and on location during the examination. If during the examination, the staff administrator suspects a student of cheating, he/she should confiscate any materials, which are suspicious and immediately contact the faculty proctor. The faculty proctor is to immediately return to the examination room and discuss the incident with the staff administrator. It is the responsibility of the faculty proctor to determine if cheating is suspected. Additionally, it is the decision of the faculty proctor to determine if the student will be removed from the examination room at that time or allowed to finish the examination and the incident is dealt with at a later time. The faculty proctor is responsible for meeting with the student to discuss the incident and filing a formal written report to the Associate Dean of Student Affairs. Cheating on an examination is a serious honor code violation that will subject a student to dismissal from the School of Medicine if upheld.

**Seating arrangements**

If the room is large enough, students are to be placed every other seat and every other row. This arrangement enables proctors to walk through vacant rows and distribute the examinations directly into the hands of the examinee.

## DISABILITIES AND SEEKING ACCOMODATIONS

Students should refer to the **Policy Applying to Students with Disabilities and Seeking Accomodations (https://ucisom.instructure.com/courses/106/pages/policy-applying-to-students-with-disabilities-and-seeking-accomodations)** and the Disability Services Center.

## POLICY FOR EXAMINATION ACCOMMODATION

Written examinations conducted in the MS1 and MS2 years are primarily combined exams, covering the content from multiple courses simultaneously. The exams are delivered through an online exam administration platform and are taken on the student's iPad device. These exams are administered by the Office of Curricular Affairs.

PL-02498

If a student has petitioned the Disability Services Center for accommodations, provided the necessary documentation and received approval for testing accommodations (refer to the **Policy Applying to Students with Disabilities and Seeking Accomodations (https://ucisom.instructure.com/courses/106/pages/policy-applying-to-students-with-disabilities-and-seeking-accomodations)** ), then the Office of Student Affairs will communicate this information to the Office of Curricular Affairs.  The Office of Curricular Affairs Office will arrange for the required accommodations if applicable.

The SOM exam schedule is available at the beginning at the academic year so students can submit request(s) well before DSC deadlines. It is required that students schedule an exam when that same exam is being administered to the rest of the students. It is imperative to arrive at the DSC testing center promptly at the scheduled testing time.

The typical kinds of Examination Accommodations are:

4. **Student Disability**: At the start of the academic year, a student who has a documented need for testing accommodations will work through the Disability Services Center (DSC; **http://disability.uci.edu (http://disability.uci.edu)** ) to seek accommodations. The DSC will notify in writing the Office of Student Affairs that approval of an accommodation is granted, and outline the specifics of the accommodation plan. The Office of Student Affairs will notify the appropriate examination-related parties in the Office of Curricular Affairs (course directors and educational coordinators) prior to upcoming exams, and make arrangements to provide the accommodated students with appropriate support. If approval of accommodations occurs as the academic year progresses, at least 48 business hours advance notice is required to make the appropriate accommodations.

5. **Religious Observance**: As per UC Irvine policy and California State Education Code 92640, reasonable attempts will be made to provide alternative examination dates for students with conflicts due to religious observances: **https://www.reg.uci.edu/grades/accommodation.html (https://www.reg.uci.edu/grades/accommodation.html)** . Students should make such requests directly to the Office of Student Affairs during the first two weeks of the academic year, or as soon as possible after a particular exam date is announced. Student Affairs will review and approve requests for alternate exam scheduling due to religious observances, and communicate this directly to the Office of Curricular Affairs for both nationally standardized exams offered by the National Board of Medical Examiners (NBME), ExamSoft delivered internal exams, or to the relevant course/clerkship director for specific exams that do not employ ExamSoft (e.g., Anatomy practicals, OSCEs).

6. **Acute Illness/Injury/Medical Leave-of-Absence**: Students will contact the Office of Student Affairs as soon as feasible after an unplanned absence due to illness or injury that will prevent or has prevented them from taking an examination or participating in other mandatory educational offerings. Provided that adequate documentation justifying the absence is provided and is excused, the Office of Student Affairs will inform the course/clerkship directors; fulfillment of course requirements will be at the course/clerkship director discretion.

Other family and personal needs will be considered on an individual basis.  Students are directed to contact the Office of Student Affairs for determination as to whether their situation will result in an

PL-02499

Case 8:23-cv-01333-FWS-JDE Document 64-1 Filed 03/27/25 Page 71 of 417 Page ID #:1106

excused absence from an exam or other mandatory educational offering at UCI.

The date for rescheduled exams due to religious observances or other approved excused absences will be determined by the Office of Curricular Affairs and will typically occur prior to the date of the scheduled exam for the remainder of the students. The student may make suggestions of dates/times that they have availability for such accommodated testing, but the final decision rests with the Office of Curricular Affairs based upon resources and limitations. Student taking an exam early are not to discuss the content of the exam with anyone prior to their classmates completing the same exam.

Rev. 5/18/18

PL-02500

UCI School of Medicine
Office of Curricular Affairs

# EXHIBIT 11

PL-02501

# SCHOOL OF MEDICINE DUE PROCESS POLICY

The **Student Academic and Professional Standing Policy (https://ucisom.instructure.com/courses/106/pages/student-academic-and-professional-standing-policy)** describes the categories of academic standing at the School of Medicine. Students who are issued a letter of warning, placed on probation, suspended, placed on involuntary administrative leave, or dismissed will be subject to the investigation, hearing and appeals procedures outlined below.

**INVESTIGATION, HEARING, AND APPEALS PROCEDURES**

1. Alleged violation is to be reported to the Associate Dean for Clinical Science Education or his/her designee for investigation

2. If the alleged violation is a pending criminal charge in state or federal court for child abuse, sexual assault or violence, or physical assault or injury to another person, and the School of Medicine, in its sole discretion, believes the continued presence of the student may place other students, residents, faculty, or patients at risk, the student may be placed on involuntary administrative leave by the Associate Dean CSE for a period not to exceed 90 days. During that 90 day period, the Associate Dean CSE shall advise the Committee on Promotions and Honors of the alleged violation and the placing of the student on involuntary leave. The student shall be invited to appear before Promotions and Honors, in a manner similar to the process set forth in paragraphs 9-16 of this section, and explain why the involuntary administrative leave should be lifted. The Associate Dean CSE shall explain to the Committee on Promotions and Honors why the involuntary administrative leave should last greater than 90 days. The Committee on Promotions and Honors shall decide whether to lift the involuntary administrative leave or continue the leave, and under what terms or conditions. If the involuntary administrative leave is not lifted, the student may appeal the decision pursuant to the process set forth in paragraphs 12-18 of this section.

3. In all other matters, the Associate Dean CSE sends a written notification to the student of the alleged misconduct to serve as the Notice of Meeting Setting. The Notice of Meeting Setting will inform the student that the Associate Dean CSE has set a meeting to occur within 10 business days of the Notice of Meeting Setting to review the allegations. The Notice of Meeting Setting will also inform the student that if the student does not contact the Associate Dean CSE to confirm the meeting date, or request and confirm a different date, a hold will be placed on the student's records, which will prevent the processing of transcripts, grade posting, registration, registration for the residency match, and registration for the United States Medical Licensing Exam (USMLE). The hold will remain on the student's records until he/she responds to the request of the Associate Dean CSE.

PL-02502

4. The meeting ordinarily will occur within the time frame noted above, though may, for good cause, be delayed for not more than one additional 10 business day period.

5. The Notice of Meeting Setting shall advise the student of the following in addition to the date and time of the meeting:

- Inform the student of the specific allegations made against him/her.
- That the meeting is fact finding. As such, anything the student says will be used to determine culpability.
- Indicate which university policies, campus regulations, School of Medicine policies, or Honor Code provisions are alleged to have been violated.
- Include a copy of the policies or applicable section(s) of the policies and explain the nature of the student conduct procedures.
- Inform the student of his/her right to seek advice and assistance of his/her choice prior to the meeting, though the student may not have counsel or any other representative at the meeting. The Associate Dean for Student Affairs is available to provide policy information and moral support to the student in this process, unless otherwise preferred by the student.
- Inform the student that the information collected in the meeting will be referred directly to the Committee on Promotions and Honors for further investigation and review.

6. The Associate Dean CSE will investigate the incident. As part of the investigation, the Associate Dean CSE shall do the following:

- The Associate Dean CSE will hear the student's response to the allegations;
- Facilitate, to the extent allowed by law and University Policy, any request for documents or information related to the allegations the student may make;
- For the protection of both parties, the meeting will be digitally recorded. Any information collected in the review may be used for sanction determination and submission to the Committee on Promotions and Honors for consideration.
- Interview any witnesses to the incident (where applicable), or individuals who have knowledge of the circumstances giving rise to the potential dismissal;
- Collect and review any and all documentary evidence that may be relevant to the matter;
- If student is unwilling to speak to the Associate Dean CSE, or otherwise cooperate with the investigation, the Associate Dean CSE may infer that the student has elected to not contest the veracity or accuracy of the allegations and the procedure outlined in this section will continue.

7. When the Associate Dean CSE has completed his/her investigation, all information will be passed to the Committee on Promotions and Honors ("Committee") for consideration. On the same business day that the Committee has received this information, the Associate Dean CSE shall send written notification to the student of the submission of the information to the Committee.

8. The Committee will then set a hearing for the student. The hearing date and time will be one that is mutually convenient to both the Committee and the student and shall be no sooner than 30 business days from the date of receipt of the information from the Associate Dean CSE. At the time the hearing date is set, the Committee shall offer the student the opportunity to submit any documentary or other

PL-02503

Case 8:23-cv-01333-FWS-JDE Document 64-1 Filed 03/27/25 Page 75 of 417 Page ID #:1110

written evidence the student wishes for the Committee to consider as well as a list of any witnesses the student may wish for the Committee to hear from. All written and documentary evidence shall be due to the Committee 5 business days prior to the scheduled hearing. The Associate Dean CSE shall be present at the hearing to present and discuss evidence found in the investigation. For the protection of both parties, the hearing will be digitally recorded. All decisions regarding the conduct of the hearing shall be left to the discretion of the Committee Chair. While formal Rules of Evidence should not govern the proceedings, the Chair should assure that both the administration and the student have the full opportunity to present their respective positions.

- The student may elect to be represented by a non-UCI employee at the hearing. If so, the student must advise the Chair of the Committee no later than 10 business days before the hearing of this election. If the student elects to be represented, the Administration reserves the right to also be represented. The Associate Dean for Student Affairs is available to provide policy information and moral support to the student in this process, unless otherwise preferred by the student.

9. Based on the evidence submitted and information provided in the hearing, the Committee will have 10 business days to make a decision regarding no action, a letter of warning, probation, suspension, or dismissal, or such lesser sanction as the Committee, in the exercise of its discretion, shall see fit to decide. The decision shall be in writing and will specify, in detail, all findings of fact and conclusions the Committee found to support its decision. Any communications by the Committee via email or in person to reach the decision are considered private and confidential and will not be provided to the student, his/her representative, or anyone outside of the Committee.

10. The Committee will notify the student of its decision, in writing, within 10 business days of the hearing.

11. The student shall have 30 business days to appeal the Committee's decision, in writing, to the Vice Dean for Medical Education (Vice Dean). The Vice Dean may designate an associate or assistant dean to render a decision on the student's appeal.

12. After reviewing all evidence, recordings, and documentation, the Vice Dean or his/her designee shall either accept the decision of the Committee, or impose a lesser sanction or non-sanction as the evidence shall warrant. In no circumstances shall the Vice Dean or his/her designee impose a more severe action than that imposed by the Committee. In evaluating the decision of the Committee, the Vice Dean or his/her designee shall give great weight to the findings and conclusions reached by the Committee. The Vice Dean or his/her designee shall issue a written statement of decision within 30 business days of receipt of any appeal or as soon as reasonable thereafter.

13. If the sanction is a formal letter of warning, probation, suspension, involuntary administrative leave, or a lesser sanction, the decision of the Vice Dean or his/her designee shall be considered final and not subject to further appeal or challenge.

14. If the sanction is dismissal, the statement of decision to dismiss shall advise the student that the student will have 30 business days to appeal the decision of dismissal to the Dean for the School of Medicine (Dean).

PL-02504

15. The student shall have 30 business days to appeal a dismissal, in writing, to the Dean for the School of Medicine. Any appeal to the Dean is limited to the following questions:

- Whether the record presented to the Vice Dean contained sufficient evidence to support the decision of the Vice Dean; or
- Whether there is new evidence that could not reasonably have been produced to either the Committee or Vice Dean and would be likely to change the result.

16. After receipt of any appeal, the Dean, within 30 business days or as soon as reasonable thereafter, will render a decision on the student's appeal.

17. The Dean's decision shall be final and not subject to further appeal or challenge. It shall be reported to the student and Vice Dean in writing.

18. If a student is reinstated following a dismissal, the remedy for the student is limited to restoration of the student's ability to matriculate through the School of Medicine. The student shall have no rights to any monetary or other remedy.

Rev. 1/8/2018 by P&H

PL-02505

**UCI** School of Medicine

Office of Curricular Affairs

# EXHIBIT 12

PL-02506

**UCI** School of Medicine

Office of Curricular Affairs

July 12, 2019

Dear Ms. Muthoka:

I was notified that as of today, you have not resolved the Incomplete grade for your Surgery Clerkship shelf failure from July 12, 2018. According to the *Grading Policy* in the Student Handbook (attached), this violates the requirement that "action must be taken within one year of the course/clerkship end date."

Additionally, in reviewing your academic record, I noted that you have two failed USMLE Step 1 attempts (May 7, 2018 and October 30, 2018). According to the *Student Academic and Professional Standing Policy* in the Student Handbook, this violates the requirement to "pass USMLE Step 1 within one year of the student's last day of his/her second-year curriculum"

According to the *Due Process Policy* (attached), we ask that you meet with the Associate Dean for Clinical Science Education (myself) within 10 days of this notification, by **Friday, July 26th**. After I have completed my review of your academic file, I will pass my findings on to the Committee on Promotions and Honors, who will set a hearing with you. Please see the *Due Process Policy* for further details.

Please email me with any questions and your availabilities to meet. We will be meeting at the Medical Education Building in Irvine.

Sincerely,

Warren Wiechmann, MD, MBA
Associate Dean of Clinical Science Education and Educational Technology
Associate Professor of Clinical Emergency Medicine
UC Irvine Health School of Medicine

**Applicable Policies:**
*Grading Policy:*
https://ucisom.instructure.com/courses/106/pages/grading-policy

*Student Academic and Professional Standing Policy:*
https://ucisom.instructure.com/courses/106/pages/student-academic-and-professional-standing-policy

*Due Process Policy:*
https://ucisom.instructure.com/courses/106/pages/school-of-medicine-due-process-policy

What follows is a summary of several of the ways I have been misadvised and misinformed by the members of the UCI administration in the last two years.

The investigative report conducted by Dr. Wiechmann fails to mention any of the major barriers I faced by the school. Thus it appears to be very biased and unfair. In addition, the investigative report was completed on August 23rd however; it was not made available to me until 9/30/2019. Below I will address the investigative report and the policies that were violated by the school.

1.**"First, she has an NBME Surgery Shelf failure during her Surgery Clerkship that was not remediated within one year from the end date of her surgery clerkship. While she did have discussions with the Surgery Clerkship leadership about the next steps, it does not appear that an extension was formalized. The grade for this Clerkship has been converted to a Fail**. " (investigative report).

After I didn't pass the surgery shelf in July of 2018, (the reasons for which I will explain later in this document), I met with the surgery Co-director (Dr. Elfenbein) to come up with a plan on when to retake the exam. Even though I was ready to take the exam at that time, Dr. Elfenbein advised against taking the surgery shelf exam until I had taken Internal Medicine clerkship. While at the meeting with Dr. Elfenbein, not once was it mentioned to me that I could request an extension over a one-year time limit to finish my incomplete grade assigned.

Next, I discussed it with the Dean of Student Affairs (Dr. Toohey) as per Staci Reichenecker's (Surgery Clerkship coordinator) email. Dr. Toohey advised me not to worry about the surgery shelf retake until I had passed my Step 1. Again, not once was it mentioned to me that I had to request an extension over a one-year time limit to make up my incomplete grade. That was the last discussion I had with Dr. Toohey in regards to the surgery shelf retake.

I came to both the surgery Co-director and Dean of Student Affairs for guidance about my surgery shelf retake. No one informed me about a formalized extension. None informed me of a one-year time limit. Three days before the one-year deadline, I received an email on July 12th, 2019 from Dr. Wiechmann saying that **" I was notified that as of today, you have not resolved the incomplete grade for your Surgery Clerkship shelf failure from July 12, 2018. According to the Grading policy in the student handbook (attached), this violates the requirements that "action must be taken within one year of the course/clerkship end date"** ." I was never told about the July 15th deadline until 3 days prior to the deadline! This is not an appropriate course of action to inform students three days before the deadline. In three days, how would I be able to study and retake the surgery shelf?

As per school policy, " **The requirements for removing an "I" should be submitted by the Course Director to the student and to the Office of Student Affairs in writing along with the grade report. Course make-up work and/or re-examination shall not be scheduled during another course**. **The requirements for removing an "I" should be submitted by the Department  following the end of a quarter/ rotation to the student and to the office of Student Affairs."** I never received these requirements from the director of Surgery. Lack of proper school guidance led my Surgery clerkship grade to be converted to an "F" from an incomplete.

2.) "**The second issue involves the USMLE Step 1. Ms. Muthoka has taken the exam twice; however, has not passed the exam within 1 year of the end of her second year curriculum. This makes her eligible for academic probation. Ms. Muthoka also must pass USMLE Step 1 on her third attempt before March 13, 2020 or she will be eligible for dismissal.**" (investigative report).

In August 2017 which was 10 months prior to the Step 1 examination time period, I reached out to the school administration for help with applying for accommodations with NBME for Step 1 examination. I was planning to take the exam in May 2018. I spoke with the following individuals and departments about the Step 1 exam accommodation: Dean of Student Affairs (Dr. Toohey), School of Medicine Psychiatrist (Dr. Huria), and Disability Services (Rosezetta Henderson). However, none of the individuals or departments informed me of the proper documentation I needed to submit to the NBME to get accommodation and instead they created barriers for me. There were no proper procedures followed by the Disability Service Center, the Dean of Student Affairs, and the school psychiatrist.

According to the School of Medicine policy accommodations: "**University policy, State and Federal law require that students with disabilities be provided with effective and timely auxiliary aids and accommodations. For faculty, this means that when students with verified disabilities self-identify to you or request appropriate accommodations, you should immediately begin to work with them and the Disability Services Center (DSC), if necessary, to implement the aids or accommodations that will allow students to participate in all programs and activities on the same basis as students without disabilities. DSC offers initial disability screenings to students who suspect their difficulty in the academic setting may be related to a disabling diagnosis. Assessment of Learning Disabilities, Attention-Deficit/Hyperactivity Disorder (AD/HD), Psychological Disabilities, and Acquired Brain Injuries are provided to students who need a comprehensive evaluation by a qualified licensed professional. The student is responsible for the expense of disability documentation and for providing documentation, which is appropriate and commensurate with the university's guidelines**."

The school administration didn't make sure that I had the necessary documentation to receive my Step 1 exam accommodations even after numerous meetings and making multiple requests. DSC did not formally assess me in order to provide proper documentation as required when making requests for accommodations. The school psychiatrist Dr. Huria did not provide a comprehensive psychiatric evaluation to submit to the NBME for accommodation. She filled out a UCI form and did not use the standard NBME format. The NBME was confused by the form because it was not a proper and comprehensive psychiatric evaluation. For example, in an email dated Dec 1st, 2017, the NBME agent Elisea Hewitson wrote: "**Before we can begin to process your request, you must do the following: Please provide us the documentation from your mental health provider that Rosezetta N. Henderson said she reviewed in her November 20, 2017 letter**." Furthermore, after my very first denial of accommodation by NBME, I spoke and met with Rosezetta (UCI senior disability specialist) in order to submit an appeal for my accommodation and submit additional documentation. The appeal was not submitted to the NBME by Rosezetta. I was forced to take the Step 1 without accommodation.

Furthermore, Dr. Toohey took it upon herself to diagnose me with a "language issue" based on no formal assessment and with that diagnosis, she called NBME to enquire about Step 1 accommodations in June 2018. She broke my student privacy by not only sharing my information but sharing inaccurate information with an external organization without my approval. She informed me of this via email saying "**I have spoken extensively to the NBME regarding any possible recourse for additional time due to a language issue. I have received their final word that because this is not a defined ADA disability, they are unable to provide any assistance.**" On another email dated July 5th, 2018, she wrote: "**We have received the final word from NBME – they will not be extending accommodations for you**." I had expressed several times to Dr. Toohey that I don't have a language issue and that my English has not been a problem and no one has ever complained of my language. She misdiagnosed me with something that I didn't have. She did not follow the NBME protocols for requesting accommodations and neither was there a written documentation to support her conclusions. Dr. Toohey's poor decision delayed the process for accommodation for Step 1 and resulted in my two Step 1 failures. I was forced to research and seek help from outside sources regarding how to receive an accommodation from NBME. This has further lengthened my LOA and delayed my timeline for retaking my Step 1 examination.

Instead of helping me with accommodation, Dr. Toohey caused me unnecessary stress when she forced me to look for Step 1 preparatory courses in the middle of a very demanding surgery rotation. For example, Dr. Toohey sent me multiple emails asking me to research for a Step 1 prep course. In the email dated July 6, 2018,  I wrote to her "I am sorry for taking such a long time to reply to your email. I was a bit shocked and stressed out and I still don't know what I need to do yet. Can I get back to you on this after my shelf please?"  Instead of respecting my request to delay research on the Step 1 preparatory course until after my surgery shelf was concluded, Dr. Toohey continued to email me about looking for a program. On top of working 80 hours a week in Surgery and studying for the surgery shelf exam, I was being asked to find a preparatory program. Consequently, I could not devote my full attention to studying for my Surgery shelf exam and this is the reason why I missed passing the surgery shelf by only a few points.

According to the school policy, "**any student who fails Step 1 examination a <u>second time</u> will be immediately removed from the third-year curriculum and placed on a specially tailored board preparation plan as determined by the Office of Student Affairs**." It was my first fail at the Step 1 exam, and therefore, I should have not been forced to take a prep course. More importantly, I was not placed on a specially tailored board preparation plan as required per school policy. Instead, I was asked by Dr. Toohey to search for a program that will "help fix my language issue", which is what the Dean believed to be my problem based on no formal assessment. In addition, I was forced to take out loans in the amount of $5,225 to pay for the program even after I explained to Dr. Toohey that I required accommodations, not a preparation course.

Finally, I was not informed about the requirements to pass the Step 1 exam within one year of the last day of the second year curriculum until the month of the deadline. I received a notification from the previous Chair of the P&H committee on January 29th, 2019. At that time, I was doing my psychoeducational assessments at the Chicago School of Professional Psychology as part of preparing to request NBME accommodation once again and therefore had

no time to deal with this. This follows the pattern of the school delaying everything up until the last minute and creating barriers for my success.

3.) "**The Notice of Meeting setting was held on July 22, 2019. During this time, Ms. Muthoka shared her struggles with getting testing accommodations for USMLE Step 1. She most recently submitted a report in May to request accommodations and is awaiting that decision. Ms. Muthoka also highlighted some challenges in regards to her leave of absence and her housing situation, which she feels exacerbated her academic issues** " (investigative report)

The report fails to investigate the school's violation with my accommodation (as stated above), the school violation of the LOA policy (outlined below), and the related housing policy (also outlined below). It is a one-sided "investigative report" that does not expand on the issues that I reported. By bringing me in front of the P & H committee the school is planning to punish me for something that is not my fault. Below I will explain the additional school policies that were violated including LOA, and student housing.

**A.) <u>Leave of Absence policies</u>:**

When I was leaving to study for Step 1 and getting ready to submit a Leave of Absence form, I met with the following individuals: Associate Dean of Student Affairs (Dr. Toohey), Associate Dean for Clinical Science Education (Dr. Wiechmann), Director of Financial Aid (Luis Medina), and the School of Medicine Registrar (Joy Kim). The relevant parties signed off my leave of absence form without going over policies and timelines with me as required.

Like I stated previously, I met with Dr. Elfenbein on 7/20/2018 she strongly recommended that I take the surgery shelf after the Internal Medicine Clerkship. She advised me to speak to the Dean of Student Affairs. Thus, I met with  Dr. Toohey and discussed the Surgery shelf retake. Dr. Toohey informed me not to worry about it and that we can discuss that at a later date. This discussion never happened.

However, according to the school policy, "**the leave of absence must be approved in accordance with the LOA policy and a plan for making up the missed time must be defined prior to the leave and assignment of an incomplete**." After meeting with Dr. Toohey and after everyone had signed my LOA form, I stopped by the Registrar's office to submit the form and asked her if there was anything else I needed to know before I left. She said I was good to go and that there was nothing else I needed to do. At no point did anyone working with me discuss a plan or deadlines for making up my incomplete and finishing the Step 1 exam within one year.

**B.) <u>Graduate student housing policy</u>:**

I had lived in Verano graduate housing for over three years without any issues. When I went on a Leave of Absence beginning in December 2018, I had several tasks to accomplish in a short time frame. I was expected to get psychoeducational assessments with the Chicago School of Professional Psychology, submit accommodation documents to the NBME (personal statement and a supporting letter from the DSC), and take Step 1. However, I

PL-02511

started the psychoeducational assessments in January and did not receive the completed report until April 30th, 2019.  The assessments and all the completed letters delayed the process and I was not able to submit the accommodation documentation to the NBME until May 15th, 2019.

 At this point,  I had received an eviction notice from Verano housing stating that I was not eligible to live in on-campus housing since I was not enrolled. Verano housing requested that the School of Medicine provide additional documentation explaining my excruciating circumstances and the need to be allowed to continue to stay in on-campus housing as I wait to hear from NBME regarding test accommodations and schedule an exam date. The Director of housing reached out to Dr. Toohey multiple times and called DSC requesting supporting documents. However, Dr. Toohey wrote a generic letter without the required details as requested by the housing staff and DSC never wrote a letter.

I met with Dr. Toohey to discuss the need to continue to stay in student housing but she denied my request despite knowing that I am in this country alone, I was working many hours a day to pay for my bills, exams, testing question banks, and I had planned my housing budget based on the Verano housing rent. I requested to take an elective or be on an independent study at least so that I don't lose financial aid and be forced to start paying off my private loans but she refused to help me. She asked that I take the exam as soon as possible as this is the only way I could make sure that these issues are resolved. I had just quit my job so I was helpless. I pleaded with her as this was going to push me to a bad place financially and delay my ability to take the exam but she said I was being stubborn and that I should consider "going back to my country". This comment was inappropriate and arguably discriminatory and inappropriate as I am a U.S. Citizen. I was eventually kicked out of student housing. I was devastated and overwhelmed by the lack of support but I didn't have any energy to voice my concerns for Dr. Toohey's behavior at this time. It was unacceptable. I had to deal with the issues of making sure I had a roof over my head and I was shocked that someone I considered a mentor and looked up to could treat me in this manner.

 I started looking for off-campus housing. I found a place and made the down payment and left some of my stuff there. When I was getting ready to move on May 29th, the renter's daughter called me saying that she doesn't approve of me staying with her mother and she believed that I would be problematic to her mom. At this time, I had canceled all other tentative places I could move into and didn't have anywhere to go plus I had one day to vacate Verano housing. I put my stuff in storage and was homeless staying with my previous roommate for 1 month. I finally found a room in someone's trailer house in Westminster and moved into this new place on July 4th where I am currently living.

The behavior and the issues surrounding how my housing situation was handled was very unprofessional and demeaning. It also violated student housing policy. According to an email sent to Joy (Registrar on December 13th 2018), by Lora Romo from Verano housing, it reads "**With a university-approved leave of absence, you can continue living in your apartment. Our office would need the same approvals as you received before. Your intent must be to return and enroll again after the absence. If it's more than a full academic year, additional supporting documents will be required for your exception to live in student housing while not enrolled.**" In an email conversation on March 21, 2019,

between Lora Romo (Assignments Lead, Verano place) and Joy Kim (UCI SOM Registrar) it reads "**After speaking with Joy Kim, Registrar-Medical Education, and getting update regarding your status, she agrees that it would be best for you to vacate and request housing at a later date**" Again my school failed to assist me when I deeply needed their assistance and placed obstacles to my success. I was studying for the Step 1 exam while homeless and in financial difficulty.

I am requesting that I be allowed to retroactively request an extension to retake my surgery shelf exam and return my current surgery grade to Incomplete. The second thing I am requesting is to be granted an extension to the guidelines that a student must pass their Step 1 exam within one year of their second-year curriculum because of the information I have provided in this document outlining my attempt to request guidance on obtaining NBME accommodation and the ways in which the UCI administration mishandled this situation. Consequently, I am requesting that my appearance before the P &H Committee be canceled.  I am happy to provide documentation supporting the claims I outlined in this document.

## Addendum to October 11th, 2019 -Letter to the P&H Chair:

## Surgery Clerkship:

The school's investigative report stated that I am being held to the policy for the 2019-2020 school year. The report states **"only quarters in which a student is enrolled will be counted. In Ms. Muthoka's case, this policy would grant her additional time; however, she is being held to the standards of the 2019-2020."** When I started UCI medical school in the fall of 2016, I entered into a contractual agreement with the school of medicine based on the 2016-2017 handbook policy, not 2019-2020. So, why is the school changing policies in the middle of my contract?

The school's investigative report claims that I agreed to a change in policy. However, I never signed agreeing to an updated policy for 2019-2020. The report stated as follows **"starting in the 2017-2018 academic year it became standard practice for students to attest to the course objectives, grading policy, attendance requirements, any handbook updates at the start of each course. We have included a record of her attestation during the pharmacology course in 2017 and clinical foundation III course in 2018"** The school report includes the attestation which reads as follows **"I have reviewed the course objectives, grading policy for this course. I understand that I can find additional information, resources and UCISOM policies in the student handbook on canvas."**

Nowhere in the attestation did it state that I am agreeing to an updated, or new grading policy for 2019-2020. More importantly, I took the pharmacology and clinical foundation III courses in the 2017-2018 school year which is well before the creation of the 2019-2020 policy. It is practically impossible for me to be attesting two years in advance to the 2019-2020 policy as the school's investigative report is claiming.

Furthermore, the school's investigative report states that I took the NBME Surgery shelf on July 12, 2018. The 2019-2020 policy never came out at the time I was taking the Surgery shelf exam or Surgery rotation. Thus, I should not be held accountable to this"updated" or changed policy. Instead, I should have additional time to request an extension and my grade should not have been changed by the School of Medicine Registrar from an incomplete grade to an F.

For reference, I have included the 2016-2017 school policy that allows me an extension to replacing my incomplete grades.

**"only quarters in which a student is enrolled will be counted in determining the time after which the grade incomplete can no longer be replaced.**

**(b) Previously Registered Students**

**Students not currently enrolled may replace the grade Incomplete by another grade or notation subject to the following: 1) they have a maximum of one calendar year in which to replace the grade Incomplete; however, 2) in exceptional individual cases involving the student's prolonged inability to pursue a course of studies, extensions of up to two additional years may be granted by the instructor with the approval of the Dean of the**

unit offering the course; further, 3) students must petition for such an extension within one calendar year following award of the grade Incomplete. The requirements for removing an "I" should be submitted by the Department following the end of a quarter/rotation to the student and to the Office of Student Affairs."

## USMLE Step 1 Exam Accommodations:

Since February 2017, I have been receiving formal accommodations for exams at the UC Irvine School of Medicine. I received 50% extended testing time and a separate testing room at the Student Disability Services Center. My accommodations were initiated after Dr. Hurria, the school psychiatrist, performed a mental health evaluation on Feb 16, 2017, and diagnosed me with an anxiety disorder. She recommended meditation, yoga and an app that I could use to calm me down during examination times. Before the examination and a formal process was streamlined, Dr. Toohey (Former Dean of Student Affairs) emailed Dr. Jan Serrantino (previous Director of Disability Service Center (DSC) on January 23rd, 2017 saying **"... I realize that this is a language comprehension issue."** On another occasion, (February 1, 2017), Dr. Toohey said, **"I don't want her language comprehension to set her back."** After the second incident,  I met with Dr. Toohey and told her that it was incorrect to say this because I do not have a language issue and I am uncomfortable with the mischaracterization of the situation and the reasons for my needs for accommodations.

Even after our conversation, Dr. Toohey continued to label me as having **"language issues."** On June 5th, 2018, Dr. Toohey asked me to email her my NBME accommodations documents so she could follow-up with NBME on my behalf as I finished my Surgery rotation. Dr. Toohey knew that I have an anxiety disorder per Dr. Hurria's diagnosis (I also sent her emails with my supporting documents on June 5th, 2018). Despite her awareness of my anxiety diagnosis and ignoring my requests, she continued to say I had **"language issues"** in multiple emails without my consent and without any professional assessments to back those claims. Even after telling Dr. Toohey that I didn't have a **"language issue"** and that I was not comfortable with her using this label she continued to do so. I found out through Public Record emails that Dr. Toohey emailed various individuals stating I had **"language issues."** For example, in an email to housing dated 4/25/2019, Dr. Toohey writes **"She has not been able to take the National Board Examination because she has applied for accommodations due to her language issues as a foriegn student. The Disabilities Service Center is helping with Jackie's application for testing accommodations, but this process is very slow and the reason she is currently not enrolled for Spring."** I do not have a **"language issue"** and I am an American citizen, not a foreign student. The above statement from Dr. Toohey seems to have no purpose other than to be discriminatory.

Dr. Toohey's label likely confused the DSC regarding the reasons why I needed accommodations. It also made it difficult for me to get the necessary help from DSC when I applied for my NBME accommodation. The DSC regularly assists students with the NBME accommodation application process. I later learned that Dr. Jan Serrantino (previous Director of DSC) was well knowledgeable about the NBME accommodation process and she had even co-authored a guidebook called "UCSF School of Medicine USMLE Step Exam Guide." The book guides UCSF medical students on the step by step process of creating a successful NBME accommodation application. In August 2017, I met with Rosezetta Henderson, Senior Disability Specialist, to discuss the Step 1 accommodation process. She advised me that DSC is responsible

for helping students put together a packet to send to the NBME. She also advised me to gather all my documents, and write a personal statement. The plan was to reconvene in October to send the documents. Rosezetta Henderson cross-checked all my documents per our email correspondence on November 27th, 2017 and I submitted my NBME accommodation application on Nov 28th, 2017. On December 1st, I received an email from Elisea Hewitson, NBME Disability specialist saying **"Please provide to us the documentation from your mental health provider that Rosezetta N. Henderson said she reviewed in her November 20, 2017 letter."** I included the UCI mental health evaluation form provided by Dr. Hurria on 2/16/2017. However, Dr. Hurria's evaluation was written on an obscure UCI form and did not have my complete history. I emailed Rosezetta to crosscheck with her about Dr. Hurria's document. Rosezetta replied to my email saying **"I believe you submitted the attached documentation. That is the documentation that was referred to my letter and the only documentation in your file."**

I received an NBME denial letter dated January 2, 2018**.** I asked Rosezetta if she could help me work on submitting an appeal on January 5, 2018. She emailed me stating **"come current on your documentation,"** but she did not provide any additional details. I emailed Dr. Hurria asking for help and advice on what I needed to do to make sure I submit an appeal for the Step 1 exam. Dr. Hurria emailed me back on 2/12/2018 saying **" ...The best way to get it is to have the disability center test you and then submit paperwork on your behalf. It is much stronger coming from the disability center...feel free to call me on my cell if you would like to discuss this."** I called Dr. Hurria and she said that it was impossible to get accomodations from NBME, she never advised me on what I needed to do and she requested that I follow-up with DSC. I went back to Rosezetta on February 13th, 2018 to further discuss what documents she was referring to. During the discussion, Rosezetta never mentioned to me about requiring a psychoeducational evaluation and she never advised me on the specific documentation that I needed.

I reached out again to Rosezetta on April 19th, 2018 to see if she had heard back from NBME about my USMLE accommodations. She emailed me saying **"I have not heard back. I can try calling again. When are you taking it?"** I emailed her again on April 30th, asking if she had heard back from NBME. On May 7th, 2018, she replied to my email saying **"...The NBME decision is that your request did not qualify as a disability."** I later discovered in Oct 2019, that the NBME does not make accommodation decisions over the phone. I emailed Rosezetta after finding out this on 11/4/2019 saying **"I was wondering if you can email me the decision email/letter that you received from NBME stating that my request did not qualify as a disability from the email you sent me on May 07, 2018, attached below."** However, Rosezetta replied to my email on 11/7/2019 saying **" ... I was not contacted by the NBME directly. That was from our conversation about the denial letter you received."** Rosezetta misinformed me about my NBME accommodations status in her prior email by implying she had spoken with NBME about my application.

In addition, Dr. Toohey misinformed me about my NBME accommodation status. On June 21, 2018, she emailed me saying: **"I have spoken extensively to the NBME regarding any possible recourse for additional time due to a language issue. I have received their final word that because this is not a defined ADA disability, they are unable to provide any assistance."** Also on July 5, 2018, Dr. Toohey emailed me saying **"We have received the final word from NBME - they will not be extending accomodations for you."** On October 23,

2019, I met with Dr. Osborn (New Dean of Student Support) to discuss the issues that I had experienced with UCI medical school administration. Following our meeting, I emailed Dr. Osborn on 10/27/2019 requesting her to provide me with the NBME denial letter that Dr. Toohey was referring to in her email on July 5th, 2018. Dr. Osborn replied to my request in an email on November 10, 2019, saying **" I was not able to locate any written communication between the NBME and the school with respect to your question, but I can continue to search."** According to emails from Public Records, Dr. Osborn requested the School of Medicine Registrar, Joy Kim, to contact NBME and ask about my denial letter. On November 1st, 2019, Joy Kim wrote to Dr. Osborn saying **"I just called NBME and they informed me that the denial letters are sent directly to the student. They do not send out any items to 3rd parties or institutions unless they have written consent from the student."** Dr. Toohey was untruthful about her communication with NBME and she interfered with my NBME accommodation process. There was no evidence that she contacted the NBME and no paper trail to support her claims neither on UC Irvine nor NBME records.

More importantly, the DSC never informed me about psychoeducational testing for NBME accommodation. In December 2018, Dr. Ashley Selva-Rodriguez, SOM learning specialist, was surprised that I didn't get a psychoeducational evaluation for NBME accommodations. She asked me how the DSC and the school determined how much extra time I needed to take my exams and what protocols they were following. I had no answers for her. In her email on December 13, 2018, she wrote to me **" ...I reached out to my colleagues and they suggested the following: 1) Additional Assessments: Along with the standard evaluation tools used, you may consider a neuropsychological assessment to help uncover other opportunity gaps."** That is when I was first made aware that I needed a psychoeducational evaluation in order to receive accommodation from NBME. Previously, I was told my application was complete per email correspondence with Rosezetta, Senior Disability Specialist. By this time, I had two Step 1 failures and it had been over one year since I first submitted my NBME accommodation application. I had cross-checked with Rosezetta every time I had submitted my application to the NBME.

I emailed Rosezetta on 12/10/2018 asking **"I was wondering what the process is to get examined regarding my exam issues. Do you know how long the process takes? How much does it cost? When I can get it done...?"** She replied to my email saying **"...I believe you are referring to a comprehensive psychoeducational evaluation but I want to be clear"** on another email later that day, she emailed me saying **"... You inquired about a comprehensive psychoeducational evaluation. I have included Dr. Toohey on this email per your request. As mentioned to you over the phone, DSC does not conduct assessments. There are two local offices that many students go to and we have had solid reports from."** This really upset me. I was frustrated that she knew I needed a psychoeducational evaluation, knew where she could send me to get assessed and had never brought this up for more than a year. According to the School of Medicine policy that applies to students with disabilities and seeking accommodations, it states **"...DSC offers initial disability screenings to students who suspect their difficulty in the academic setting may be related to a disabling diagnosis..."** However, Rosezetta's email is contradictory to school policy which says that DSC does offer initial disability screenings to students. In fact, the DSC never offered me such screening as a student at UC Irvine that would have shown that I had a learning disability.

On October 2nd, 2019, I went to the ombudsman (Jennifer Moumneh) to discuss my grievances against Dr. Toohey and DSC. The ombudsman set a meeting on 11/7/2019 with Karen Andrews, the new Director of Disability Student Center (DSC) to discuss my NBME accommodation. I was present for the meeting along with the ombudsman, and Karen Andrews. During the meeting, Karen Andrews mentioned that if Dr. Toohey had mentioned language being an issue, this would be a basis to disqualify my NBME accommodation application. On 11/08/2019 my email to the ombudsman summarized the meeting conversation with Karen Andrews. The ombudsman replied to my email on 11/12/2019 writing **"This email all looks correct, based on my recollection of the meeting last week with Karen Andrews."**

This shows a pattern of misinformation I received from the school while applying for NBME accommodations. It created confusion, barriers, and more importantly, it delayed the process for my NBME accommodation. I qualified for accommodation based on the results from my psychoeducational testing that confirmed that I had a learning disability. The NBME ended up approving me for partial accommodation on 7/24/2019. Currently, I am working on reapplying to get full accommodation from the NBME to which I am entitled to under the law.

## Housing:

A student is allowed to live in on-campus housing if one of the following requirements are met per Lora Romo's email dated 09/21/2018 and 12/13/2018.

### 1.) **"Enrolled in a full-time course at UCI"**

Dr. Toohey did not inform the housing of my intent to enroll back to the School of Medicine after my LOA which was pertinent information to housing. In fact, she did not have any enrolment plan as requested by Verano housing staff and as confirmed by Dr. Osborn's email to me dated November 10th, 2019.

In an email to housing on 4/25/2019, Dr. Toohey stated: **"I met with Jackie Muthoka today and she remains upset about needing to vacate her apartment by 5/31 if she is not enrolled in the Spring, which she is not."** I requested to be enrolled in an elective or independent study so I did not lose housing but Dr. Toohey refused to help me.

### 2.) **"Are on a university-approved LOA"**

The Leave of absence (LOA) expired on 5/1/2019.  It was signed for renewal by the P & H Chair, not until 5/20/2019 which makes it impossible for housing to be aware of the renewal. Lora Romo  (Assignments Lead, Verano Place) had requested to be informed about my LOA status on 4/2/2019. She wanted to know if I was going to be enrolled back to school after my leave of absence so that they can renew my housing contract that was expiring 6/30/2019. Lora Romo and Elizabeth Franklin (Acting Associate Director of Apartment Life/Student Housing, Verano place) reached out to the School of Medicine Registrar, Joy Kim, and School of Medicine Dean of student affairs, Dr. Toohey to get information about my LOA status and intent to enroll back to school after the absence. This information was not provided to the housing office and the reason I was given until May 31st, 2019, to vacate my apartment.

**3.) "If the LOA is more than one academic year, additional supporting documents will be required for your exception to live in student housing while not enrolled."**

A letter about my extenuating circumstances would have sufficed the lack of other documents (LOA, plan for enrollment).

Dr. Toohey emailed housing on 4/2/2019

**"I am writing in support of a housing exemption for Ms. Jackie Muthoka. She is a student in the School of Medicine, who is currently not enrolled due to her need to study for a USMLE board examination. She is unable to proceed with her curriculum unless she passes this exam. This USMLE Step one examination is also a requirement for graduation. Jackie has been most compliant in her pursuit of achieving this goal. She has taken a remediation course in order to prepare, as well as continued consultations with our Learning Skills Specialist. Jackie expects to take and pass this examination in July. It would be most helpful for her to continue to live on campus while she prepares. She expects to re-enroll as soon as she takes the exam. I very much appreciate your consideration of this housing exemption. I believe that this support will be important for her success."**

The above letter from Dr. Toohey did not have any pertinent information which would have helped me to keep my on-campus housing. It did not include any information about the extenuating circumstances that I told her to include in her letter. For example, I told her I was in this country by myself and would end up homeless since off-campus housing was too expensive. It was also going to be difficult to pay for off-campus housing since I had planned my budget based on Verano housing rent. In addition, I told her that moving, and trying to find a place to stay would disrupt my study for Step 1. However, she did not include any of this information in the above letter to housing.

On April 4th, I received a denial letter from housing stating **"...when reviewing exceptions petitions and considering those that warrant an exception to Graduate & Family Housing Policies, the committee looks for those requests which are based on extreme and unusual circumstances. Based on the information you provided the committee, your request does not meet these qualifications."**

Once my application was rejected, I was distraught. I met again with Dr. Toohey on 4/25/2019 to discuss the denial letter. After the meeting on 4/25/19, Dr. Toohey emailed housing this time she included some of the information that I had originally asked her to include. However, the letter below was written by Dr. Toohey after housing had already denied my request and the decision made final.

**"I met with Jackie Muthoka today and she remains upset about needing to vacate her apartment by 5/31 if she is not enrolled in the Spring, which she is not. She informed me today that she had previously been told that she would be able to stay in her housing situation until August. Therefore, she worked as a caregiver to be able to save money for her housing without her financial aid until August. She feels that she followed the directions given and is now in a very difficult situation. Jackie is in this country entirely alone and she has no one to assist her financially or with housing. Community apartments or rooms are all several hundred dollars more expensive than her current on-campus housing and she was not expecting to vacate the premises due to what she thinks she was told previously. She has not been able to take her National Board Examination because she has applied for accommodations due to her language issues as a foreign student and this process takes many months. The Disabilities Service Center is helping with Jackie's application for testing accommodations, but this process is very slow and is the reason she is currently not enrolled for Spring. I realize and greatly appreciate that housing is very tight, however, I am also very concerned that Jackie is in a**

difficult situation that will make it almost impossible for her to succeed. Had she been told earlier in the year that she could stay until August or did she misunderstand this? I appreciate any help you can provide."

Moreover, Dr. Toohey's email contained several errors and lacked pertinent information. She said I was a **"foreign student"** and had **"language issues."** Dr. Toohey did not include that she delayed the process for my Step 1 exam accommodation. She did not include the fact that she pressured me into taking Step 1 without NBME accommodation approval. Without accommodation, I ended up with two Step 1 failures. As a result, I was placed on Administrative Leave of Absence and I was not allowed to enroll back in classes. The Student Disability Service Center wasn't helpful with the process initially. The DSC did not tell me I needed psychoeducational testing for NBME until a year later. If the housing policies were followed and I received proper documentation from Dr. Toohey, I would not have been asked to leave my on-campus housing. I would not have ended up homeless and faced many difficulties.

## Financial Aid:

On Oct 23, 2019,  I met with Dr. Osborn (new Dean of student support) to discuss several issues including the loss of my financial aid. I told her that I was working to make ends meet and it would be helpful with my Step 1 studies if I could get some assistance. After our meeting, Dr. Osborn emailed me saying:

 **"I inquired about whether you would be able to re-enroll in order to receive financial aid. These would be the steps to re-enroll:**
**a. Apparently you have an outstanding debt with the university and I am told that this would need to be cleared; but I asking for further clarification on whether exceptions can be granted to this.**
**b. An exception to the Exam Administration and Procedures policy would then need to be granted - - that would be requested through P&H. Perhaps you can discuss #1 with Luis and then update me? Then, I can help in drafting a request to P&H."**

On 12/03/2019 I wrote in an email to Luis **"It's still not clear to me why the school is charging me for the fall quarter. I followed your advice and met with Sarah Slavin, Senior Collections Representative, Campus Billing Services today and this is what she had to say. It is the responsibility of the medical school financial aid office and medical school registrar to fix this issue and not an issue that needs to be dealt with by the campus billing office. Sarah also informed you, in my presence,  that there are procedures and policies set in place for students who are asked to leave during Clerkship, like I was, and that the amounts that the students didn't utilize need to be credited back to their account and refunded to the government. The campus Billing office is responsible for assisting students who are making payments or payment arrangements and do not deal with issues that involve medical school financial aid and medical school debt. She also added that there is paperwork that I should have been asked to fill out by the office of the Registrar that would have shown when I was asked to leave rotations by the Dean of Curricular Affairs. That would have been used to calculate the amount of money that the school should refund to the government since the services that my financial aid paid for were not utilized and I should not be expected to pay for services that I never received."**

Luis's last email on 12/05/2019 stated **"The issues you mentioned involve different areas, curricular affairs, student affairs, registrar, etc., which are outside my area. I will talk to Dr. Osborn."** Despite Campus Billing Services saying that it was his responsibility to help me fix the issue, Luis has not been helpful. Luis stated that it is **"outside"** his area and that he **"will talk with Dr. Osborn"** about the financial aid error. It has been 2-3 months since his last email and he has still not followed up with me or fixed the issue.

Contrary to Luis's statements, Public Records shows that he was well aware of the financial aid and that he was already communicating with the registrar about me. A prior email between Luis and the registrar explains about computing a percentage of the financial aid that I utilized. On February 6, 2019, Luis emailed the school registrar, Joy Kim saying **"...the main campus will need a date when Jackie last attended so they can compute a percentage of money that she needs to return. She would probably be considered a walk-away and not have to return the full amount of aid she received."** In another email from Sonia Manzo, Fiscal Manager, dated February 13th, 2019, she wrote an email to the School of Medicine Registrar, Luis Medina, etc providing them with a summary of what transpired and the mistakes that were made by the school of medicine. In her email she wrote:

**" Student is considered a Fall 2018 wallaway due to NP for the term. An incomplete is reflecting on her transcripts and per registrar this NP grade will remain on record until course is made up, which per R2T4 rules would fall outside of the applicable timeframe of 45 days. While reviewing the file here are the following findings:**

**-Period of Enrollment is incorrect and should reflect the following dates for MS-III [ 08-13-2018 to 11-04-2018 ]**
**-Period of Enrollment is incorrect and should reflect the following dates for MS-III [ 08-13-2018 to 11-04-2018 ].**
**- Academic Year Date is incorrect and should reflect the following dates for MS-III [ 08-13-2018 to 08-09-2019 ]**
**- Loan Period is incorrect and should reflect the following dates for MS-III [ 08-13-2018 to 11-04-2018 ]**
**- Grad Plus & Unsub were originated as of 11/13/2018 which is outside of the single term Loan Period that should have ended as of [ 11-04-2018 ]**
**o No future enrollment is on file therefore the student cannot keep any type of Fall aid even if the origination happened within the Academic Year**
**- No R2T4 can be performed due to ineligible aid**
**With the above findings the student is ineligible for all Fall Aid and % Earned cannot not be determined, therefore in this case the student would be treated like a cancellation with terminating all aid:**
**- Grad Plus $6,489**
**- Unsub $14,730**
_____
**Total: $21,664 ( Has been billed as of 2/13/2019 )**

**Return of Title IV Funds (R2T4) calculation is performed to determine the percentage of aid that was actually earned based on the amount of time the student was enrolled. Students are entitled to aid that was earned**

According to the above information provided by Sonnia, it suggests that the error was made by the school of medicine. I was not officially withdrawn from the class within the required time as stated by the university policy. I was withdrawn from the class by Dr. Wiechmann. In the process, the administration failed to submit a withdrawal form within the stipulated time frame and therefore, the debt was placed on my account. Finding out this information was upsetting because Luis knew all along about this discussion and did not share that information with me.

Furthermore, when the bill was posted on my account, I never received any notification or an email informing me that I owed the university such a huge amount of money ($27,947). I only found out after Dr. Osborn brought it to my attention through her email. It is, therefore, necessary that the school of medicine administration correct this error and remove these charges from my account.

## Re-enrollment:

I requested Dr. Toohey if she could enroll me in an elective or independent study so I can keep housing and financial aid but she refused to help me. On another occasion, I asked the UC

Irvine ombudsman (Jennifer Moumneh) for her help to re-enroll in an elective, or research course. I also requested Jennifer to reach out to Dr. Paredes, MBA/MDA Program Director, to enquire if I could start my MBA program which I was already accepted to the class of 2019 as part of my MD/MBA degree. I addressed my concerns about the gap in my education and the consequences of my loss of financial aid. I also expressed that the reasons why I was on LOA were due to errors made by Dr. Toohey.

From an email from Dr. Paredes dated 9/21/2019, he reported: **"As far as the MBA is concerned, unfortunately, they already began classes for this Fall semester and you would not be able to start again until Fall 2020."** I was asked by Taylor Martini, Senior Associate Director of Recruitment and Admissions, Full-Time MBA Program, to submit another application for the MBA program for the class of 2020, which I did, and I have not heard back from the MBA program.

In addition, Dr. Osborn in her meeting with me on Oct 23, 2019, stated **"As stated earlier, the exam administration and procedures policy prevents you from re-enrolling until you have successfully passed the USMLE Step 1. To enroll prior to this, P&H would have to consider an exception to this policy, which would be up to the committee. The committee meets monthly (next meeting is at the beginning of December); the committee is usually aligned with policy, so I would not count on this too much."**

However, there has not been any solution to the issues stated above. I am still not enrolled in school because of the mistakes of Dr. Toohey. This will adversely affect my future application for residency. A gap in my education would be a red flag for residency programs. Also, losing my financial aid has caused significant hardships for me.

## Ultrasound trip to Kenya:

During my first year of medical school, I established a UC Irvine ultrasound trip to Kenya as part of my service-learning class project. The project included providing safe clean drinking water to Kavumbu village in Kenya and carrying out a research project. After I reported concerns about the way the school handled ultrasound trips, I faced several obstacles from the school administration. In the fall of 2016, I expressed to the school administration on two separate occasions (Nancy Girguis, and Dr. Carol Major) that the school needed to take a more active role in planning ultrasound trips. Based on my experience as a member of the global health program at my church, I had seen how extensively abroad trips were planned. The school was not making sure that medical students participating in ultrasound trips had the proper visas, vaccinations, and travel documents, etc.. I expressed my concerns to the school because it was hard finding the right person to help handle such issues while I was planning my Kenyan ultrasound trip. I also felt it was necessary since some of the medical students going on these trips were traveling out of the US for the first time in their lives and the risk of a mistake made by students in the planning process could be as high as costing someone's life.

In the planning process for my trip, I came across a US travel advisory to some parts of Kenya but not including the region of Kenya that I was planning the group trip for. My trip was specific to Maasai Mara-Narok and Machakos counties which are among the safest areas in the country. I wanted to be transparent so I shared the information with the students going on the trip and the school administration. Also, I had the Kenya Consulate General in Los Angeles provide

a letter explaining about the safety of the region for the ultrasound trip. I provided additional letters from various regional Kenyan government officials.

On March 21, 2017, which was more than 6 months after sharing this information with the school, Dr. Toohey emailed me saying **"As promised, I reviewed the travel warning for Kenya with Dr. Le-Bucklin. Due to this warning, UCI will not be able to officially sponsor the trip. This means that the school cannot provide financial or administrative support. In addition, the principal investigator on the IRB must be aware of the travel ban and not be a Medical Education Dean."** At this time, I had already created the group, paid for flights and accommodation, and spent over $30,000 in costs for my project. I met and shared this information with the group and requested they advise me about their plan. Everyone in the group decided to travel to Kenya despite UC Irvine's decision to not help fund the trip. The group members were aware of the conversations I had with the Kenyan government officials and they understood that the region for the ultrasound trip was safe for them to travel.

Despite Dr. Toohey's email, IRB continued to send us documents to edit which led us to believe that we were indeed going to get our IRB approved. What followed was a series of mistreatments and devastation in our group. Even though our  IRB's were ready for approval in February, editing was delayed multiple times, and the ultrasound coordinators kept sending us the same edits over and over again. This behavior continued up until our team came back to the US when we received the last email from Victoria Valdes, ultrasound coordinator, on August 9th, 2017  saying "...**I know you have been inquiring about continuing with edits to the IRB, but since everyone has returned from Kenya no data can be collected even if studies were approved...after speaking with Dr. Lahham and Rick Jones, we have determined not to go forward with edits.**"

Two years later, the medical school approved a UC Irvine medical student trip to Kenya while there was still a similar travel advisory. At the time, Dr. Toohey was also in charge as the medical school Dean of student affairs. The school gave each student going on the trip  $1,000. In addition, their IRB was approved without issues. Furthermore, they received school approval without providing any documents to verify the safety of the region they traveled to. On the other hand, my ultrasound trip was denied funding and IRB approval even after I secured letters and clarified that there was no travel advisory to the location where my group traveled to. My group was not able to use the collected data to write a research paper.

Despite the obstacles we faced from the administration, my Kenyan trip was a success and it was later published by the UC Irvine website. Though the school did not support my work, the school benefitted from my project's publicity. From the above information, it seems like the travel advisory was not an issue but rather, Dr. Toohey either had an issue with me creating a trip to Kenya or she is telling me these students are different from me.

 This shows a pattern of bias that Dr. Toohey had against me by excluding my ultrasound group from research funding and IRB approval. I believe she retaliated against me for complaining to the school about how the ultrasound trips were handled. Despite my best efforts to protect students and the school by bringing this issue to the attention of the administration, nothing was done. In the summer of 2017, a medical student almost died in Indonesia and students who traveled to Tanzania were detained. Furthermore, Dr. Toohey's behavior towards me continued to be unfair and unprofessional. She was not helpful and interfered with my Step 1 accommodation process, housing, and financial aid which I have stated in detail in the documents provided.

**Conclusion:**

      When I was accepted into UC Irvine medical school I believed that the administration would be supporting my education and promoting student wellness. However, the UC Irvine administration has failed to support me as a student and caused me psychological stress. My career advisor has not helped advise me and Dr. Toohey has not been forthcoming with me. Based on Public Record emails the P&H hearing was planned for me earlier but for unclear reasons was delayed. The plan by the school administration was to place me on academic probation. After seeing the emails I now understand that the P&H hearing was not going to be fair. The decision to put me on probation had already been made on March 20, 2019, by the school administration without an actual hearing (refer to exhibit 8). As a student, I am entitled to a fair trial and proper due process. I am asking the committee to please correct the wrongs that were made by Dr. Toohey:

1. Replace my surgery grade from an F to an Incomplete grade. Provide me an extension to take the surgery shelf until after the internal medicine rotation as originally planned by the surgery shelf clerkship co-director Dr. Dawn Elfenbein. Additionally, remove anything else that was placed on my records that could negatively impact my future application to residency.

2. Grant me an extension to the guidelines that a student must pass their Step 1 exam within two years. Dr. Toohey has interfered with my NBME accommodation process and delayed the process for psychoeducational evaluation. I currently qualify for partial accommodation but I recently appealed for full accommodation. I am waiting to hear back on the decision from the NBME. After getting the results I need a reasonable and uninterrupted time to focus on studying for the USMLE Step 1 exam.

3. Remove the charges from my student account ($27,947). I was not properly withdrawn by the school and financial aid did not refund unutilized funds to the government.

4. Re-enroll me into an elective or independent study. My private loans are in repayment and incurring interest. This will allow me to stop working and fully focus on studying for Step 1. I am also concerned that an increasing gap in my education would negatively affect me in the future when I apply for residency.

**UNIVERSITY OF CALIFORNIA, IRVINE**

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO      SANTA BARBARA • SANTA CRUZ



COMMITTEE ON PROMOTIONS AND HONORS                    IRVINE, CALIFORNIA 92697-4089
UCI School of Medicine                                                (949) 824-5932
                                                                     FAX (949) 824-2083

March 16, 2020          VIA EMAIL/CERTIFIED MAIL

To: Jackline Muthoka

Re: Promotions and Honors Hearing Decision

Dear Ms. Muthoka:

The Committee on Promotions and Honors ("Committee") was notified by Dr. Wiechmann, Associate Dean for Clinical Science Curriculum, that you violated the Grading Policy and the Student Academic and Professional Standing Policy.

The Committee reviewed this matter during a hearing on Monday, March 9. 2020, at which you and your counsel, Mr. Jambeck were present. At the hearing, we received testimony from the following individuals, either in person, or via conference line:  Dr. Wiechmann; Dr. Toohey, Dr. Ellena Peterson; Dr Megan Osborn; Ms Karen Andrews and Ms Rosezetta Henderson from UCI Disability Services; Ursula Worsham from the School of Medicine; yourself; and Mr. Mungai and Mr. Muriuki, who testified by phone. The Committee also thoroughly reviewed the packet of material submitted by Dr. Wiechmann on or about August 23, 2019 and by you and your attorney, which included statements from both you and counsel, as well as exhibits on March 2, 2020.  You were allowed to ask questions of any and all witnesses who presented testimony to the Committee. You also responded to questions from various Committee members. The hearing was digitally recorded. During the hearing your counsel confirmed that you were NOT claiming that UCI had failed to provide you reasonable accommodations during your education; you were NOT claiming that you were an alleged victim of racial or any other form of discrimination, and that, for purposes of the hearing, you were not contending that any faculty member or administrator was intentionally engaged in misconduct in an effort to see you dismissed from the School of Medicine. At the conclusion of the hearing, the Committee met to weigh the evidence and review the applicable UCI School of Medicine Policies. The following decision is made with the above in mind.

Although witness credibility was not central to the Committee's decision, The Committee wishes to express its concern about discrepancies between some of the statements you made to the Committee versus emails the Committee was asked to review or that were read to it.  For instance, you stated that Dr. Toohey fabricated a "language issue" diagnosis. The disability services center office provided the School of Medicine with documentation of your initial intake request, where you indicated: "I speak multiple languages and that interferes with my information processing time. I would really appreciate if I can get additional time while taking exams." You also stated that the Office of Student Support provided you with no contact over the past year, when Dr. Osborn has met with you twice and you have exchanged multiple emails. You also stated that you assumed that Dr. Toohey would file your appeal for your initial denial from the USMLE, but you were advised by Dr. Hurria that the DSC would help you with this. The Committee acknowledges that this matter is stressful for you and innocent mis-recollection frequently occurs. However, it had no choice but to take note of the above contradictions.

The Committee finds the following:
As of March 9, 2020, you have not passed the United States Licensing Examination Step 1. You have taken the exam twice, first, in May, 2018 and for a second time in October, 2018. You did not achieve a passing score either time. On January 25, 2019, you received a reminder that failure to pass the USMLE Step 1 by March 15, 2019 would put you at risk for Academic Probation and that failure to pass Step 1 by March 15, 2020 would make you eligible for dismissal. On December 16, 2019, your attorney was advised by email that the Committee had extended the March 15 date, at your request, to April 13, 2020.

The Committee finds you in violation of the Student Academic and Professional Standing Policy. The Committee has voted to place you on *Academic Probation*, which is a consequence of failure to pass the USMLE Step 1 within one year of the last day of your second-year curriculum. While under *Academic Probation,* you are considered "not in good standing," which may affect your ability to rotate at clinical sites or matriculate into graduate programs. The period of your *Academic Probation* will start at the date of this letter and will continue until you have successfully remediated your USMLE Step 1. After which, you will be placed on Academic Monitoring until you have successfully completed your surgery shelf examination.

Upon learning that you apparently still have not made arrangements to take the Step 1 exam, the Committee agrees to grant you one last extension, up to and including May 3, 2020 to take the Step 1 exam. The Committee will not grant any additional extensions. If you do not pass or do not take the exam by this date, you are eligible for dismissal from the School of Medicine. You are not eligible to reenroll in coursework until you receive a passing score on the USMLE Step 1. Upon reenrollment, you will be required to attest to being familiar with the 2020 Student Handbook and will be subject to the policies within that handbook. Please make note of the School of Medicine Policies that stipulate you may not have more than one outstanding shelf examination failure, otherwise you will be placed on administrative leave. You are required to complete medical school within six years of matriculation. You matriculated in August 2016 and are required to finish medical school by May 2022.

The Committee has voted to consider additional time to complete your surgery shelf examination. If you pass the surgery shelf examination on your next attempt, before March 9, 2021, the Committee will recommend to the course director that your grade be changed to a pass; however, the changing of grades is subject to the regulations of the Academic Senate and may not be possible. If you do not pass the surgery shelf on your next attempt, your grade of F will remain unchanged. As a reminder, you are also required to complete your pediatrics clerkship before November 20, 2020.

Should you successfully complete these remediation requirements, your academic standing will return to good academic standing. However, the designation of *Academic Probation* is permanently recorded on your academic transcript, noted in the Medical Student Performance Evaluation (Dean's Letter), reported to medical staff committees, specialty boards, medical licensing authorities, and regulatory agencies upon their request or as required by law.

The Committee did not discuss and makes no recommendation regarding your financial aid matters, as such matters are beyond its purview.

We encourage you to seek the guidance of Dr. Osborn the Associate Dean for Students or another faculty mentor. We would like you to seek the assistance of Dr. Allee (drallee@tmshealthandwellness.com). You should also contact Ashley Selva-Rodriguez, Learning Skills Specialist (aselvaro@hs.uci.edu) for any academic difficulties and the disability services center (www.dsc.uci.edu) for any questions regarding accommodations. We wish you the best of luck.

Sincerely,

Donald Forthal, MD
Chair
Promotions and Honors Committee

Please refer to the following policies:
Due Process Policy: *https://ucisom.instructure.com/courses/106/pages/school-of-medicine-due-process-policy*
Student Academic and Professional Standing Policy:
*https://ucisom.instructure.com/courses/106/pages/student-academic-and-professional-standing-policy*
Exam Administration and Procedures Policy: *https://ucisom.instructure.com/courses/106/pages/exam-administration-and-procedures*

PL-02526

Honor Code and Professionalism: *https://ucisom.instructure.com/courses/106/pages/student-conduct-discipline-professionalism-policy*

# EXHIBIT 3

PL-02528



## CONSULATE GENERAL OF THE REPUBLIC OF KENYA

KCLA/ADM/21/(5)

14th February 2017

The Administration
School of Medicine
University of California, Irvine
1001 Health Sciences Rd
Irvine, CA 92617

Re: TRAVEL TO KENYA

The Consulate General of the Republic of Kenya is in receipt of a request for a letter of assurance for travel to Kenya by a group of students from your esteemed institution, against a backdrop of travel advisories.

The students have informed the Consulate of their plan to visit Kavumbu in Machakos County and Maasai Mara in Narok County.

The Consulate would like to assure the students, all Kenyans and indeed all friends of Kenya of their safety and security while in Kenya.

Any assistance accorded to the students to facilitate their intent to visit Kenya will be appreciated.

S.M. Nakitare
**CONSUL GENERAL**

Kotra Building, Mezzanine Floor • 4801 Wilshire Boulevard • Los Angeles, CA 90010
Telephone: (323) 939-2408 • Fax: 323-939-2412 • Email: cg@kenyaconsulatela.com • www.kenyaconsulatela.com

PL-02529

**OFFICE OF THE PRESIDENT**

**MINISTRY OF INTERIOR AND CO- ORDINATION OF NATIONAL GOVERNMENT**

**MWALA SUB COUNTY**

Telegrams "DISTRICTER", ...........
Telephone : .................................
When replying please quote
Ref. No. .........................................
and date



**OFFICE OF ASSISTANT CHIEF**

**KAVUMBU SUB-LOCATION**

**P. O BOX 1**

**MASII.**

**21/2/2017**

### RE: JACKLINE MUTHOKA

The above hails from Kavumbu Sub-Location, Masii Location, Masii Division, Mwala Sub-County in Machakos County. She is a student in the school of medicine, University of California Irvine.

I write this letter to acknowledge the receipt of the request to visit Kavumbu Sub-Location for volunteer work and research. Security is guaranteed.

This office has no objection.

Thank you.

Yours faithfully,

**Eunice Kitavi**
**Ass. Chief Kavumbu**

## KOYIAKI COMMUNITY CLINIC MAASAI MARA

P.O BOX 984-20500 Narok Kenya

Tel: +254 721 922 700    Email: jacksonnjapit60@gmail,com

Dear sir / madam

**Re: UCI Medical Student Visit to Koyiaki Community Clinic Maasai Mara**

This letter is to inform you that we have received and accepted that the request of

Jackline Muthoka and her team to visit Koyiaki Community Clinic Maasai Mara

Kenya. We are excited to partner up with students of California in Irvine for

volunteer work as well as research.

Please let us know if there are any additions required to ensure success in the

upcoming trip. We look forward to see you.

Mr. Jackson Njapit,

Director of Koyiaki Community Clinic Maasai Mara



PL-02531

# KAVUMBU A.B.C PRIMARY SCHOOL
## P.O BOX 13-90101
## MASII-MACHAKOS

21st February, 2017

**THE ADMINISTRATION**

**SCHOOL OF MEDICINE**

**UNIVERSITY OF CALIFORNIA, IRVINE**

**1001 HEALTH SCIENCE ROAD**

**IRVINE, CA, 92617**

Dear Sir/Madam,

**RE: UCI MEDICAL STUDENTS VISIT TO KAVUMBU A.B.C PRIMARY SCHOOL**

We acknowledge the request from Jackline Muthoka and her team to visit Kavumbu A.B.C

Primary School in Kenya to do volunteer work and carry out research.

We have no objection. We highly appreciate and welcome the idea.

Yours faithfully,

**Martina S. Mweu**

**H/T KAVUMBU ABC PRIMARY SCHOOL**

TEL: +254 726515039                                    PL-02532

Email: syombuamweu@gmail.com



# KAVUMBU A.B.C SECONDARY SCHOOL
## P.O BOX 213-90101
## MASII-MACHAKOS

21st February, 2017

**THE ADMINISTRATION**
**SCHOOL OF MEDICINE**
**UNIVERSITY OF CALIFORNIA, IRVINE**
**1001 HEALTH SCIENCE ROAD**
**IRVINE, CA, 92617**

Dear Sir/Madam,

## RE: UCI MEDICAL STUDENTS VISIT TO KAVUMBU A.B.C SECONDARY SCHOOL

Kindly note that we received a request from Jackline Muthoka and the associates to visit Kavumbu Secondary School and partner up with the students from the University of California in Irvine School of Medicine and carry volunteer work and at the same time carry out some research.

As a school we highly acknowledge and accept.

Thanking you in advance,

**Manduu D.M**
**PRINCIPAL**

**Tel: +254 722811840**
**Email:** dominicmanduu@gmail.com

PL-02533

# EXHIBIT 4

PL-02534

 Gmail

**Jackline Muthoka <jackiemuthoka87@gmail.com>**

## Fw: P and H committee hearing
8 messages

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                    Wed, Oct 16, 2019 at 12:47 AM
To: Jennifer Laura Moumneh <jmoumneh@uci.edu>
Cc: jackline muthoka <jackiemuthoka87@gmail.com>

Hi Jennifer,


I hope you are doing well. I am forwarding you the email I received from Dr. Forthal after sending
him the letter contesting the decision to go before the P &H Committee meeting. I am really
disappointed with the outcome. Please call me when you get a chance.

Thank you,

Jackie


---

**From:** Forthal, Donald <dnfortha@hs.uci.edu>
**Sent:** Tuesday, October 15, 2019 5:17 PM
**To:** jmuthoka@uci.edu <jmuthoka@uci.edu>
**Subject:** P and H committee hearing

Dear Jackie,
Regarding your request to not have a P & H committee hearing, please note that the Student Academic and
Professional Standing Policy states that students will be referred to the Committee on Promotions and
Honors for  review and possible formal  action (warning, probation, suspension, or involuntary
administrative leave)  in the event of a failure to pass USMLE step 1 within one year of the student's last day
of the second-year curriculum. Thus, according to policy, we will need to conduct the hearing. However, it is
important for you to realize that, in part, the purpose of the hearing is to allow you to voice the issues that
you raise in your letter (attached to your email of 10/11/2019). The Committee will not come to a decision
about an action without carefully considering your point-of-view and any circumstances that might have
contributed to your course and USMLE exam failures.

We may be able to work with you on the date of the hearing, but you should consider whether or not is in
your best interest to delay it.  In that regard, there are policies related to timeliness in completing
coursework and exams.

Finally, whether or not the outcome of the hearing will be documented in your Dean's letter will depend on
what the outcome is. For example, an academic warning would not be documented, whereas academic
probation would be.

PL-02535

Sincerely,
DF


Donald Forthal
Professor of Medicine and Molecular Biology & Biochemistry
Chief, Infectious Diseases
University of California, Irvine
3044 Hewitt Hall
Irvine, CA 92617


949-824-3366

---

This message may contain confidential information and is for the sole use of the intended recipient(s)  If you are not the intended recipient, do not use, distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-7006 immediately if you have received this e mail in error  E mail transmission cannot be guaranteed to be secure or error free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e mail transmission

---

**Jackline Muthoka** <jackiemuthoka87@gmail.com>        Wed, Oct 16, 2019 at 9:50 PM
To: nkiilu18@gmail.com


Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

Begin forwarded message:

[Quoted te  t hidden]

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>        Fri, Oct 18, 2019 at 4:33 PM
To: "Forthal, Donald" <dnfortha@hs.uci.edu>
Cc: jackline muthoka <jackiemuthoka87@gmail.com>

Hi Dr. Forthal,

   Thank you for the email. I am doing my best to have my family or someone close to me be present for the committee meeting. I do not want it to be delayed either. In the meantime, if there are any policy deadlines that I need to be aware of please let me know.

   On a different issue, my private loans are in repayment currently and I am not receiving financial aid. Is there any way the school could help me with enrollment in an independent study or elective? This will make my life much easier so I can devote my full attention to studying for Step 1 and I don't have to work to make payments on my loan.  I appreciate your time and assistance.

Thank you,
Jackie

PL-02536

[Quoted text hidden]

---

**Forthal, Donald** <dnfortha@hs.uci.edu>                                      Fri, Oct 18, 2019 at 4:38 PM
To: "Muthoka, Jackline" <jmuthoka@hs.uci.edu>
Cc: jackline muthoka <jackiemuthoka87@gmail.com>

I would not be the one to help you regarding your financial situation. Perhaps Dr. Osborn. The policies should all be available to you on line; again, if you are having trouble finding them, Dr. Osborn's office should be able to help.

Best,

DF

---

**From:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Sent:** Friday, October 18, 2019 4:33 PM
**To:** Forthal, Donald <dnfortha@hs.uci.edu>
**Cc:** jackline muthoka <jackiemuthoka87@gmail.com>

[Quoted text hidden]

[Quoted text hidden]
[Quoted te t hidden]

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                                      Fri, Oct 18, 2019 at 5:03 PM
To: Jennifer Laura Moumneh <jmoumneh@uci.edu>
Cc: jackline muthoka <jackiemuthoka87@gmail.com>

Hi Jennifer,

Per our conversation yesterday, I sent this email to Dr. Forthall and this was his reply (below).
I also spoke to Dr. Murata who was fine with giving me an extension for the pediatrics Clerkship but also advised me to forward her recommendation to the P & H Chair once she emails me back. I have also forwarded the letter to the P & H Chair to Dr. Osborn as you advised.

Thank you,
Jackie

---

**From:** Forthal, Donald <dnfortha@hs.uci.edu>
**Sent:** Friday, October 18, 2019 4:38 PM
**To:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Cc:** jackline muthoka <jackiemuthoka87@gmail.com>
**Subject:** RE: P and H committee hearing

[Quoted te t hidden]

PL-02537

decision about an action without carefully considering your point-of-view and any circumstances that might have contributed to your course and USMLE exam failures.

We may be able to work with you on the date of the hearing, but you should consider whether or not is in your best interest to delay it.  In that regard, there are policies related to timeliness in completing coursework and exams.

Finally, whether or not the outcome of the hearing will be documented in your Dean's letter will depend on what the outcome is. For example, an academic warning would not be documented, whereas academic probation would be.

Sincerely,

DF

Donald Forthal

Professor of Medicine and Molecular Biology & Biochemistry

Chief, Infectious Diseases

University of California, Irvine

3044 Hewitt Hall

Irvine, CA 92617

949-824-3366

---

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not use, distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-7006 immediately if you have received this e-mail in error. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

[Quoted text hidden]

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                    Tue, May 26, 2020 at 2:08 AM
To: jackline muthoka <jackiemuthoka87@gmail.com>

PL-02538



**Notice of Hearing JM.pdf**
89K

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                                        Tue, May 26, 2020 at 2:14 AM
To: jackline muthoka <jackiemuthoka87@gmail.com>

---

**From:** Osborn, Megan <mbo@hs.uci.edu>
**Sent:** Wednesday, December 4, 2019 10:37 AM
**To:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Cc:** Forthal, Donald <dnfortha@hs.uci.edu>
**Subject:** January hearing

Dear Jackie,

I know that we will meet soon, but I did want to give you an update from the school regarding the P&H hearing. You indicated previously that you would have two family representatives present at the hearing. The school will have counsel present. Just a reminder about the items and deadlines in Dr. Forthal's letter (I have attached it; time correction 8:45a, not 8:00a).

Given some of your concerns with Dr. Toohey, we have asked her to be available if necessary. We are not sure whether she will be available or not.

Please let me know some good times to meet to discuss the logistics of the hearing so that you can be best prepared.

Warmly,
MBO

Megan Boysen Osborn, MD, MHPE
Associate Dean for Students
Vice Chair for Education
UC Irvine Department of Emergency Medicine
Office: (949) 824-4285
mbo@hs.uci.edu

Need to schedule a meeting with me?
https://outlook.office365.com/owa/calendar/OfficeofStudentSupport@healthuci.onmicrosoft.com/bookings/

If this communication involves discussion of patient care issues in the performance improvement process, it is protected from discovery by California Evidence Code 1157 as a confidential medical staff communication.

---

This message may contain confidential information and is for the sole use of the intended recipient(s)  If you are not the intended recipient, do not use, distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-7006 immediately if you have received this e mail in error  E mail transmission cannot be guaranteed to be secure or error free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e mail transmission



**Notice of Hearing JM.pdf**
89K

PL-02539

 **Gmail**

**Jackline Muthoka <jackiemuthoka87@gmail.com>**

## Fwd: Building Access
2 messages

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                    Thu, Jan 9, 2020 at 1:38 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

Begin forwarded message:

> **From:** "Langer, Shaun" <sllanger@hs.uci.edu>
> **Date:** January 9, 2020 at 12:43:19 PM PST
> **To:** "Muthoka, Jackline" <jmuthoka@hs.uci.edu>
> **Cc:** Medical Education Registrar <mededreg@hs.uci.edu>
> **Subject: Building Access**

Good afternoon,

Adrian from our Student Services Division let me know that you inquired about access to the basement via your security badge. Some time ago, Medical Education transitioned to a fully badge accessed building. Unfortunately, since you have not paid fees and are not currently enrolled in medical school coursework, you are not eligible for certain student privileges such as financial aid, housing, and the use of campus resources and facilities.

However, if you need to speak with a specific personnel such as financial aid, registrar etc. to discuss your individual leave or academic situation, please let me know and I can help facilitate an appointment with the appropriate individuals.

Regards,

Shaun Langer

Chief Administrative Officer

Medical Education, School of Medicine

sllanger@uci.edu

PL-02540

This message may contain confidential information and is for the sole use of the intended recipient(s)  If you are not the intended recipient, do not use, distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-7006 immediately if you have received this e mail in error  E mail transmission cannot be guaranteed to be secure or error free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e mail transmission

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>          Tue, May 26, 2020 at 2:12 AM
To: jackline muthoka <jackiemuthoka87@gmail.com>

---

**From:** Muthoka, Jackline
**Sent:** Wednesday, February 5, 2020 3:56 PM
**To:** Langer, Shaun <sllanger@hs.uci.edu>
**Subject:** Re: Building Access

Hi Shaun,

I wanted to let you know that I received your email and I am confused about what policy Meded is following here. I was placed on leave to study for step 1 and all I need is space and a room to study. I went ahead and looked into the policy you were referring to on the email and according to the university policy :

"Loss of Student Status" (3rd bullet point) states:

- Loss of all student privileges <u>such as financial aid, housing, and the use of libraries</u>

https://www.reg.uci.edu/enrollment/studentstatus.html

**<span style="color:red">BUT...</span>**

14.40 - Student

The term "student" means an individual for whom the University maintains student records and who: (a) is enrolled in or registered with an academic program of the University; (b) has completed the immediately preceding term, is not presently enrolled, and is eligible for re-enrollment; **or (c) is on an approved educational leave or other <u>approved leave status</u>,** or is on filing-fee status.
https://aisc.uci.edu/policies/pacaos/about.php

Can you please clarify where the discrepancy is here?

Thank you,
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

On Jan 9, 2020, at 12:43 PM, Langer, Shaun <sllanger@hs.uci.edu> wrote:

Good afternoon,

Adrian from our Student Services Division let me know that you inquired about access to the basement via your security badge. Some time ago, Medical Education transitioned to a fully badge accessed building. Unfortunately, since you have not paid fees and are not currently enrolled in medical school coursework, you are not eligible for certain student privileges such as financial aid, housing, and the use of campus resources and facilities.

However, if you need to speak with a specific personnel such as financial aid, registrar etc. to discuss your individual leave or academic situation, please let me know and I can help facilitate an appointment with the appropriate individuals.

Regards,

Shaun Langer
Chief Administrative Officer
Medical Education, School of Medicine
sllanger@uci.edu

[Quoted te t hidden]

PL-02542



Jackline Muthoka <jackiemuthoka87@gmail.com>

---

## Fw: Step 1 Tutoring
1 message

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                                                    Tue, May 26, 2020 at 2:11 AM
To: jackline muthoka <jackiemuthoka87@gmail.com>

---

**From:** Muthoka, Jackline
**Sent:** Wednesday, February 5, 2020 3:57 PM
**To:** Guirguis, Nancy <ngirguis@hs.uci.edu>
**Subject:** Re: Step 1 Tutoring

Sounds good. I will reach out to him. Thank you Nancy!

Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

> On Feb 5, 2020, at 3:46 PM, Guirguis, Nancy <ngirguis@hs.uci.edu> wrote:

> Hi Jackie,

> The science library is open to the public so you should be able to find a space there and it shouldn't be a
> problem. With regards to which policy, you may want to circle back with Shaun if you have questions. Sorry
> I'm not able to further assist!

> Nancy Guirguis, EdD, MSW
> Director, Student Affairs
> University of California, Irvine | School of Medicine
> 836 Health Sciences Road Room 1029
> Irvine, CA 92697-4089
> p: (949) 824-4617
> m: (562) 644-8321

>> On Feb 5, 2020, at 3:40 PM, Muthoka, Jackline <jmuthoka@hs.uci.edu> wrote:

>> Hi Nancy,

>> I could except that according to that email, it seems like I can't either. The problem is that I
>> need a room and board and the library rooms are reserved on first come first serve basis and
>> I would need my ID working in order to reserve a room plus I can only have the room for an
>> hour and it's not a guarantee. I went ahead and looked into the school policy regarding this
>> issue and this is what the policy says:

>> "Loss of Student Status" (3rd bullet point) states:

PL-02543

- Loss of all student privileges such as financial aid, housing, and the use of libraries

https://www.reg.uci.edu/enrollment/studentstatus.html

**BUT...**

14.40 - Student

The term "student" means an individual for whom the University maintains student records and who: (a) is enrolled in or registered with an academic program of the University; (b) has completed the immediately preceding term, is not presently enrolled, and is eligible for re-enrollment; **or (c) is on an approved educational leave or other** <u>approved leave status,</u> or is on filing-fee status.

https://aisc.uci.edu/policies/pacaos/about.php

I'm not sure what policy is being followed here. Please advise. Thank you

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

> On Feb 5, 2020, at 3:08 PM, Guirguis, Nancy <ngirguis@hs.uci.edu> wrote:
>
>
> Hi Jackie,
>
> Are you able to meet at the science library?
>
> Nancy Guirguis, EdD, MSW
> Director, Student Affairs
> University of California, Irvine | School of Medicine
> 836 Health Sciences Road Room 1029
> Irvine, CA 92697 4089
> p: (949) 824 4617
>
> Follow us on Twitter: @UCIMedEd SA
> Bookmark our Student Affairs blog: http://sites.uci.edu/ucischoolofmedicinestudentaffairs/
>
> ---
>
> **From:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
> **Sent:** Wednesday, February 5, 2020 2:58 PM
> **To:** Guirguis, Nancy <ngirguis@hs.uci.edu>
> **Subject:** Re: Step 1 Tutoring
>
> Hi Nancy,
> Thank you for your help! We start this Friday at Meded BUT there is a huge problem. See the email below. What should I do?
> Thank you
>
> <image001.jpg>

PL-02544

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106


On Feb 4, 2020, at 2:41 PM, Guirguis, Nancy
ngirguis@hs.uci.edu   wrote:

Hi Jackie,

Yes, I saw that he had his HR appointment--I am glad that
worked out! Nothing more that he needs to do at this time,
he should have access to timesheet.uci.edu and should
report his hours regularly in order to ensure that there is no
delay in payment--otherwise we are good!

Thanks Jackie!

Nancy Guirguis, EdD, MSW
Director, Student Affairs
University of California, Irvine | School of Medicine
836 Health Sciences Road Room 1029
Irvine, CA 92697-4089
p: (949) 824-4617
m: (562) 644-8321

Follow us on Twitter: @UCIMedEd  SA
Bookmark our Student Affairs blog: http://sites.uci.edu/
ucischoolofmedicinestudentaffairs/


-----Original Message-----
From: Muthoka, Jackline  jmuthoka@hs.uci.edu
Sent: Tuesday, February 4, 2020 2:40 PM
To: Guirguis, Nancy  ngirguis@hs.uci.edu ; Selva-
Rodriguez, Ashley M.  aselvaro@hs.uci.edu
Subject: Step 1 Tutoring

Hi Nancy and Ashely,

I hope you are doing well. I just wanted to let you know
that Nathan had his meeting with the school HR and he's
ready to start working with me. Do you know if there is
anything else he needs to do and if there is anything I need
to do on my end?
Have a great rest of your week!

PL-02545

Thank you,
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not use, distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-7006 immediately if you have received this e-mail in error. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

PL-02546

 Gmail

**Jackline Muthoka <jackiemuthoka87@gmail.com>**

---

## P &H Committee Meeting
5 messages

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                                    Fri, Oct 11, 2019 at 1:51 PM
To: "Forthal, Donald" <dnfortha@hs.uci.edu>
Cc: jackline muthoka <jackiemuthoka87@gmail.com>

Good Afternoon Dr. Forthal,

       Thank you for sending me the investigative report. I am emailing to respectfully contest the school's decision to bring me in front of the Promotions and Honors Committee.

       I am requesting to meet with the Associate Dean of Student Support, Dr. Osborn, later this month to discuss this situation with her as well as provide supporting documentation. I believe that it is not appropriate to bring me before the P & H Committee because I was misadvised and misinformed multiple times over the past two years by various members of the UCI administration and therefore, my rights as a student were clearly violated and directly led to the current problems. Bringing me in front of the committee will further add to the hardships I have already faced at the hands of the administration and create more obstacles to my success. I do not believe that putting me in front of a trial of my peers and school administrators will help my situation. In contrast, what I need is financial aid, housing, and counseling. Another concern is that the committee meeting will be documented in my Dean's letter, and as a result, this will negatively affect my application to residency. I have outlined in the attached document policies that were violated and additionally I can provide supporting documentation.

       If the school decides to proceed with the committee meeting, I would like a reasonable time to arrange for my family to be present from Kenya. I won't be able to find out if January 6th works for me or not within the time frame you have given me (two weeks). My family will be flying from Kenya, and they need time to prepare for this. They would have to go through the visa process with the U.S. Embassy in Kenya and we don't know how long that process will take. I will keep you updated as soon as I find out their visa status and their traveling information.

Thank you,
Jackie

---

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not use, distribute, or copy this e mail  Please notify the UC Irvine Health  Compliance and Privacy Office via email at hacompliance@uci edu or by phone 888 456 7006 immediately if you have received this e-mail in error. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses  The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

 **Final Letter to P & H Chair .pdf**
411K

---

**Jackline Muthoka** <jackiemuthoka87@gmail.com>                              Fri, Oct 11, 2019 at 10:40 PM

PL-02547

To: nkiilu18@gmail.com

There you go!

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

Begin forwarded message:

[Quoted te t hidden]

---

 **Final Letter to P & H Chair .pdf**
411K

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>      Fri, Oct 18, 2019 at 4:30 PM
To: "Osborn, Megan" <mbo@hs.uci.edu>
Cc: jackline muthoka <jackiemuthoka87@gmail.com>

Hi Dr. Osborn,

I hope you are well. I wanted to CC you on the email I sent to Dr. Forthal last Friday. I am forwarding you the email so you are aware of the issues I have faced. I look forward to meeting with you next week. Have a great weekend!

Jackie

---

**From:** Muthoka, Jackline
**Sent:** Friday, October 11, 2019 1:51 PM
**To:** Forthal, Donald <dnfortha@hs.uci.edu>
**Cc:** jackline muthoka <jackiemuthoka87@gmail.com>
**Subject:** P &H Committee Meeting

Good Afternoon Dr. Forthal,

[Quoted te t hidden]

[Quoted text hidden]

---

 **Final Letter to P & H Chair .pdf**
411K

**Jackline Muthoka** <jackiemuthoka87@gmail.com>           Tue, Oct 22, 2019 at 5:40 PM
To: Jackline Muthoka <jackiemuthoka87@gmail.com>

---------- Forwarded message ---------
From: **Muthoka, Jackline** <jmuthoka@hs.uci.edu>
[Quoted text hidden]
[Quoted te t hidden]

---

📄 **Final Letter to P & H Chair .pdf**
411K

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>           Tue, May 26, 2020 at 1:58 AM
To: jackline muthoka <jackiemuthoka87@gmail.com>

---

**From:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Sent:** Friday, October 18, 2019 4:30 PM
**To:** Osborn, Megan <mbo@hs.uci.edu>
**Cc:** jackline muthoka <jackiemuthoka87@gmail.com>
**Subject:** Fw: P &H Committee Meeting

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

---

📄 **Final Letter to P & H Chair .pdf**
411K

PL-02549

5/26/2020     Case 8:23-cv-01333-FWS-JDE     Document 64-1     Filed 03/27/25     Page 121 of 417
      Gmail - Basis of hearing redaction
Page ID #:1156



**Jackline Muthoka <jackiemuthoka87@gmail.com>**

___

## Basis of hearing redaction
2 messages

___

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>            Mon, May 18, 2020 at 2:00 AM
To: Thea Bullock <bullockt@uci.edu>
Cc: jackline muthoka <jackiemuthoka87@gmail.com>

Dear Thea,

I hope you are well. I received and listened to my hearing recording and there is a lot of important information that was redacted from my hearing. Could you please explain to me the basis for which redactions were made in my recording PRA#4206?

In addition, in my previous email, I had requested for a written transcript of my hearing. You emailed me requesting that I reach out to the school of medicine for issues revolving around my hearing. Do you know who exactly I should contact at the school of medicine? I asked about getting the recording at my hearing and I was advised to contact the public records and so, this is now confusing.

Thank you,

Jacki

___

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not use, distribute, or copy this e mail  Please notify the UC Irvine Health  Compliance and Privacy Office via email at hacompliance@uci edu or by phone 888 456 7006 immediately if you have received this e-mail in error. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses  The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

___

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>            Mon, May 25, 2020 at 3:12 AM
To: jackline muthoka <jackiemuthoka87@gmail.com>

___

**From:** Thea Bullock <bullockt@uci.edu>
**Sent:** Monday, May 18, 2020 8:18 AM
**To:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Subject:** RE: Basis of hearing redaction

Jackie:

The hearing had very few redactions.  People in the room were talking about unrelated topics during breaks.  Those were redacted.

PL-02550

A single segment of the hearing was redacted because it contained information about another student.

School of medicine was correct in sending you to public records to get the recording.  It has been provided.

Public Records does not create records and will not be creating a written transcript.  I am not in the position to advise on who to contact at the school of medicine in order to ask for a transcript.

I do not know if school of medicine will create a written transcript of the hearing.


Thea Bullock, CCEP
Director UC Irvine Public Records Office
Campus Privacy Official


(949) 824-2312


*Pronouns: she/her/hers*
[Quoted text hidden]
[Quoted te  t hidden]



Jackline Muthoka <jackiemuthoka87@gmail.com>

---

## Fwd: Status update
9 messages

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                    Thu, Sep 26, 2019 at 12:27 AM
To: jackline muthoka <jackiemuthoka87@gmail.com>


Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400


Begin forwarded message:

> **From:** "Paredes, Kyle" <paredesk@hs.uci.edu>
> **Date:** September 21, 2019 at 10:41:28 AM PDT
> **To:** "Osborn, Megan" <mbo@hs.uci.edu>, "Muthoka, Jackline" <jmuthoka@hs.uci.edu>
> **Subject: Re: Status update**
>
> Jackie-
>
> It was good to hear from you, thank you for keeping us updated. As far as the MBA in concerned, unfortunately they already began classes for this Fall semester and you would not be able to start again until Fall 2020. The last time I spoke with Taylor Martini from the Paul Merage School of Business they had not heard back from you as to whether or not you would want to be considered for the class that will begin Fall 2020, and they may have already completed admissions for that cohort of MD/MBA's. If you are still interested you will need to reach out to them ASAP. Please let me know if you have any other questions.
>
> Take care,
> -KP
>
> **Kyle Paredes, MD, MBA**
> *Assistant Dean for Student Affair*
> *MD/MBA Program Director*
>
> *Assistant Clinical Professor*
> *Department of Anesthesiology and Perioperative Care*
> *UC Irvine Health*
> *C:714-715-1288*

---

> **From:** Osborn, Megan <mbo@hs.uci.edu>
> **Sent:** Friday, September 20, 2019 6:36 PM
> **To:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
> **Cc:** Paredes, Kyle <paredesk@hs.uci.edu>
> **Subject: Re: Status update**
>
> Hi Jackie -

PL-02552

I hope you are doing well!

I think this sounds like a very reasonable plan. Have you been in touch with the MBA program? Are they will to accept you now - I think courses have already started? I am cc'ing Dr. Paredes since he is in charge of the MD/MBA program.

The P&H committee will have to review and approve this plan (since technically you are not in good standing due to your USMLE failure), but I think it sounds like a good idea personally, assuming that all the details can be worked out.

Hang in there,
MBO

Megan Boysen Osborn, MD, MHPE
Associate Dean for Students
Vice Chair for Education
UC Irvine Department of Emergency Medicine
Office: (949) 824-4285
mbo@hs.uci.edu

Need to schedule a meeting with me?
https://outlook.office365.com/owa/calendar/OfficeofStudentSupport@healthuci.onmicrosoft.com/bookings/

If this communication involves discussion of patient care issues in the performance improvement process, it is protected from discovery by California Evidence Code 1157 as a confidential medical staff communication.

On Sep 20, 2019, at 8:31 PM, Muthoka, Jackline <jmuthoka@hs.uci.edu> wrote:

Good evening Dr. Osborn,

I hope you are doing well.  I just wanted to update you on what's been going on. After submitting all the paperwork that NBME had requested, they granted me a partial accommodation. I am still in the process of pursuing this further to understand why they didn't offer me a full accommodation as recommended by my evaluation. I am not sure how long this will take and so, I was wondering if I could discuss a couple of options with you. I was accepted into the MBA program last year and I was wondering if it's possible for me to pursue my MBA as I wait for the NBME to get back to me on this matter and as I prepare for my hearing with the with Promotions and Honors Committee.  I've also been dealing with my student loans which I have been able to defer but I have to keep on paying every 3 months for my private loans to remain in forbearance and it's getting too expensive for me especially because I lost my on campus housing and had to move out. Going back to school as I wait for this process to be resolved will relieve me of the financial burden that I have right now and will allow me to  work towards meeting my graduation requirements. I am studying and will still be studying for my exam- I just feel like I am losing a lot of school time and there is nothing I can do on my end to speed up this process and take my exam. Please let me know what your thoughts are on this and if it's even possible, thank you!

Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

PL-02553

This message may contain confidential information and is for the sole use of the intended recipient(s) If you are not the intended recipient, do not use, distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-7006 immediately if you have received this e mail in error E mail transmission cannot be guaranteed to be secure or error free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e mail transmission

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>           Thu, Sep 26, 2019 at 12:28 AM
To: jackline muthoka <jackiemuthoka87@gmail.com>

[Quoted te t hidden]

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>           Thu, Sep 26, 2019 at 12:28 AM
To: jackline muthoka <jackiemuthoka87@gmail.com>

[Quoted te t hidden]

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>           Mon, Nov 11, 2019 at 4:21 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

---

**From:** Muthoka, Jackline
**Sent:** Saturday, September 28, 2019 1:48 AM
**To:** Osborn, Megan <mbo@hs.uci.edu>
**Subject:** Re: Status update

Hi Dr. Osborn,
Thank you for the email. I sent an email to Taylor Martini on Wednesday as advised by Dr. Paredes and I haven't heard from them. Today is only early Saturday morning and so I hope they'll get back to me by the end of the weekend or early next week. I'll let you know once I hear from them. Thank you and have a great weekend.
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

On Sep 27, 2019, at 1:16 AM, Osborn, Megan <mbo@hs.uci.edu> wrote:

> Dear Jackie -
>
> Did you come up with any solutions?
>
> Best,
> MBO
>
> Megan Boysen Osborn, MD, MHPE
> Associate Dean for Students
> Vice Chair for Education
> UC Irvine Department of Emergency Medicine
> Office: (949) 824-4285
> mbo@hs.uci.edu
>
> Need to schedule a meeting with me?

PL-02554

# EXHIBIT 5

PL-02555

# Table of Contents:

Individuals accompanying me to the hearing: Jay Jambeck and Linda Kazibwe-James

Jay Jambeck, Leigh Law Group letter

# Exhibits:

1.) Document #1- Letter to the P&H Chair

2.) Document #2-Addendum to the Letter to the P&H Chair

3.) Emails cited in document #1
    3a.) Surgery Shelf
    3b.) Step 1 Accommodation emails
    3c.) Housing emails
    3d.) Letter of support from my previous roommate

4.) Emails cited in document #2
    4a.) USMLE Step 1 Accommodation emails
    4b.) Housing emails
    4c.) Financial Aid emails
    4d.) Re-enrollment emails
    4e.) Ultrasound trip emails

5.) Additional USMLE Step 1 accommodation documentation
    5a.) Additional accommodation emails

    5b.) UCSF School of Medicine Guidebook- Co-Authored by Dr. Jan Serrantino- Previous DSC Director at UCI

6.) Additional housing emails

7.) Emails seeking support from various individuals

8.) Additional Med-Ed emails

9.) Witnesses and various individuals I am requesting their presence at my hearing



**Mandy Leigh**
**Jay T. Jambeck**
**Damien Troutman**

**Northern California:**
**870 Market Street, Suite 1157**
**San Francisco, CA 94102**
**Tel.: 415-399-9155**
**Fax: 415-795-3733**

**Southern California:**
**840 Apollo Street, Suite 311**
**El Segundo, CA 90245**

**Reply to: Northern California**

March 2, 2020

Promotions and Honors Committee
University of California, Irvine
Medical School
1001 Health Sciences Rd
Irvine, CA 92617

      Re:    Jackline Muthoka

To whom it may concern:

      This firm represents Jackline Muthoka regarding her Promotions and Honors Committee hearing scheduled for March 9, 2020 at the University of California Irvine (UCI) School of Medicine. I have reviewed the investigative report issued by the UCI Office of Curricular Affairs along with Ms. Muthoka's response thereto with exhibits.

      From the information reviewed, it appears that Ms. Muthoka was not afforded reasonable accommodations in order to take the USMLE Step 1 test, and for the purposes of this letter, I will not go into the background of that in relation to UCI and its employees as it is addressed in Ms. Muthoka's submission. However, at present, Ms. Muthoka has made a request for reasonable accommodation from the NBME which we believe sufficiently addresses past concerns raised by NBME which were in part a result of actions by UCI employees. Ms. Muthoka therefore is requesting a reasonable modification of the policy related to placing her on probation for a failing grade in her Surgery clerkship and for failing to pass the USMLE within a year of the last day of the second-year curriculum.

      The Americans with Disabilities Act (ADA) and Section 504 of the Rehablitation Act prohibit discrimination by public entities based upon disability. Discrimination includes failing to make "reasonable modifications in policies, practices, or procedures" to accommodate disabled individuals, unless the modifications would "fundamentally alter the nature" of the services. 42 U.S.C. § 12182(b)(2)(A)(ii); 28 C.F.R. § 35.130(b)(7). Here, Ms. Muthoka requires a reasonable accommodation on the USMLE due to a disabling condition. UCI both has a practice of assisting students, and in this case did in fact assist Ms. Muthoka, in seeking and obtaining reasonable accommodations on the USMLE.

<div align="center">1</div>

Discrimination includes failing to make "reasonable modifications in policies, practices, or procedures" to accommodate disabled individuals, unless the modifications would "fundamentally alter the nature" of the services. 42 U.S.C. § 12182(b)(2)(A)(ii);  28 C.F.R. § 35.130(b)(7).   Modifications to academic requirements must be made as necessary to ensure equal educational opportunity.

The reasonable accommodation requirement also includes the requirement to engage in an "interactive process."  Both parties have a duty to engage in an interactive process to consider any requested accommodations, and this duty arises upon notification of the disability and the desire for accommodation under Section 504.  *Vinson v. Thomas,* 288 F.3d 1145, 1154 (9th Cir. 2002).

Here, in order for Ms. Muthoka to have an equal opportunity on the USMLE, she must receive the reasonable accommodation from the NBME recommended by her medical provider. As set forth in Ms. Muthoka's submitted documentation, she was not provided a reasonable accommodation for the USMLE in part due to the actions of UCI representatives.

Ms. Muthoka consequently requests reasonable modification of UCI's policy under the circumstances and we request that she not be placed on probation.

Very truly yours,

Jay T. Jambeck

2

# Exhibit 1

PL-02559

What follows is a summary of several of the ways I have been misadvised and misinformed by the members of the UCI administration in the last two years.

The investigative report conducted by Dr. Wiechmann fails to mention any of the major barriers I faced by the school. Thus it appears to be very biased and unfair. In addition, the investigative report was completed on August 23rd however; it was not made available to me until 9/30/2019. Below I will address the investigative report and the policies that were violated by the school.

1.**"First, she has an NBME Surgery Shelf failure during her Surgery Clerkship that was not remediated within one year from the end date of her surgery clerkship. While she did have discussions with the Surgery Clerkship leadership about the next steps, it does not appear that an extension was formalized. The grade for this Clerkship has been converted to a Fail**. " (investigative report).

After I didn't pass the surgery shelf in July of 2018, (the reasons for which I will explain later in this document), I met with the surgery Co-director (Dr. Elfenbein) to come up with a plan on when to retake the exam. Even though I was ready to take the exam at that time, Dr. Elfenbein advised against taking the surgery shelf exam until I had taken Internal Medicine clerkship. While at the meeting with Dr. Elfenbein, not once was it mentioned to me that I could request an extension over a one-year time limit to finish my incomplete grade assigned.

Next, I discussed it with the Dean of Student Affairs (Dr. Toohey) as per Staci Reichenecker's (Surgery Clerkship coordinator) email. Dr. Toohey advised me not to worry about the surgery shelf retake until I had passed my Step 1. Again, not once was it mentioned to me that I had to request an extension over a one-year time limit to make up my incomplete grade. That was the last discussion I had with Dr. Toohey in regards to the surgery shelf retake.

I came to both the surgery Co-director and Dean of Student Affairs for guidance about my surgery shelf retake. No one informed me about a formalized extension. None informed me of a one-year time limit. Three days before the one-year deadline, I received an email on July 12th, 2019 from Dr. Wiechmann saying that **" I was notified that as of today, you have not resolved the incomplete grade for your Surgery Clerkship shelf failure from July 12, 2018. According to the Grading policy in the student handbook (attached), this violates the requirements that "action must be taken within one year of the course/clerkship end date"** ." I was never told about the July 15th deadline until 3 days prior to the deadline! This is not an appropriate course of action to inform students three days before the deadline. In three days, how would I be able to study and retake the surgery shelf?

As per school policy, " **The requirements for removing an "I" should be submitted by the Course Director to the student and to the Office of Student Affairs in writing along with the grade report. Course make-up work and/or re-examination shall not be scheduled during another course**. **The requirements for removing an "I" should be submitted by the Department  following the end of a quarter/ rotation to the student and to the office of Student Affairs."** I never received these requirements from the director of Surgery. Lack of proper school guidance led my Surgery clerkship grade to be converted to an "F" from an incomplete.

2.) "**The second issue involves the USMLE Step 1. Ms. Muthoka has taken the exam twice; however, has not passed the exam within 1 year of the end of her second year curriculum. This makes her eligible for academic probation. Ms. Muthoka also must pass USMLE Step 1 on her third attempt before March 13, 2020 or she will be eligible for dismissal.**" (investigative report).

In August 2017 which was 10 months prior to the Step 1 examination time period, I reached out to the school administration for help with applying for accommodations with NBME for Step 1 examination. I was planning to take the exam in May 2018. I spoke with the following individuals and departments about the Step 1 exam accommodation: Dean of Student Affairs (Dr. Toohey), School of Medicine Psychiatrist (Dr. Huria), and Disability Services (Rosezetta Henderson). However, none of the individuals or departments informed me of the proper documentation I needed to submit to the NBME to get accommodation and instead they created barriers for me. There were no proper procedures followed by the Disability Service Center, the Dean of Student Affairs, and the school psychiatrist.

According to the School of  Medicine policy accommodations: "**University policy, State and Federal law require that students with disabilities be provided with effective and timely auxiliary aids and accommodations.  For faculty, this means that when students with verified disabilities self-identify to you or request appropriate accommodations, you should immediately begin to work with them and the Disability Services Center (DSC), if necessary, to implement the aids or accommodations that will allow students to participate in all programs and activities on the same basis as students without disabilities. DSC offers initial disability screenings to students who suspect their difficulty in the academic setting may be related to a disabling diagnosis. Assessment of Learning Disabilities, Attention-Deficit/Hyperactivity Disorder (AD/HD), Psychological Disabilities, and Acquired Brain Injuries are provided to students who need a comprehensive evaluation by a qualified licensed professional. The student is responsible for the expense of disability documentation and for providing documentation, which is appropriate and commensurate with the university's guidelines**."

The school administration didn't make sure that I had the necessary documentation to receive my Step 1 exam accommodations even after numerous meetings and making multiple requests. DSC did not formally assess me in order to provide proper documentation as required when making requests for accommodations. The school psychiatrist Dr. Huria did not provide a comprehensive psychiatric evaluation to submit to the NBME for accommodation.  She filled out a UCI form and did not use the standard NBME format. The NBME was confused by the form because it was not a proper and comprehensive psychiatric evaluation. For example, in an email dated Dec 1st, 2017, the NBME agent Elisea Hewitson wrote: "**Before we can begin to process your request, you must do the following: Please provide us the documentation from your mental health provider that Rosezetta N. Henderson  said she reviewed in her November 20, 2017 letter**." Furthermore, after my very first denial of accommodation by NBME, I spoke and met with Rosezetta (UCI senior disability specialist) in order to submit an appeal for my accommodation and submit additional documentation. The appeal was not submitted to the NBME by Rosezetta. I was forced to take the Step 1 without accommodation.

Furthermore, Dr. Toohey took it upon herself to diagnose me with a "language issue" based on no formal assessment and with that diagnosis, she called NBME to enquire about Step 1 accommodations in June 2018. She broke my student privacy by not only sharing my information but sharing inaccurate information with an external organization without my approval. She informed me of this via email saying "**I have spoken extensively to the NBME regarding any possible recourse for additional time due to a language issue. I have received their final word that because this is not a defined ADA disability, they are unable to provide any assistance**." On another email dated July 5th, 2018, she wrote: "**We have received the final word from NBME – they will not be extending accommodations for you**." I had expressed several times to Dr. Toohey that I don't have a language issue and that my English has not been a problem and no one has ever complained of my language. She misdiagnosed me with something that I didn't have. She did not follow the NBME protocols for requesting accommodations and neither was there a written documentation to support her conclusions. Dr. Toohey's poor decision delayed the process for accommodation for Step 1 and resulted in my two Step 1 failures. I was forced to research and seek help from outside sources regarding how to receive an accommodation from NBME. This has further lengthened my LOA and delayed my timeline for retaking my Step 1 examination.

Instead of helping me with accommodation, Dr. Toohey caused me unnecessary stress when she forced me to look for Step 1 preparatory courses in the middle of a very demanding surgery rotation. For example, Dr. Toohey sent me multiple emails asking me to research for a Step 1 prep course. In the email dated July 6, 2018, I wrote to her "I am sorry for taking such a long time to reply to your email. I was a bit shocked and stressed out and I still don't know what I need to do yet. Can I get back to you on this after my shelf please?" Instead of respecting my request to delay research on the Step 1 preparatory course until after my surgery shelf was concluded, Dr. Toohey continued to email me about looking for a program. On top of working 80 hours a week in Surgery and studying for the surgery shelf exam, I was being asked to find a preparatory program. Consequently, I could not devote my full attention to studying for my Surgery shelf exam and this is the reason why I missed passing the surgery shelf by only a few points.

According to the school policy, "**any student who fails Step 1 examination a <u>second time</u> will be immediately removed from the third-year curriculum and placed on a specially tailored board preparation plan as determined by the Office of Student Affairs**." It was my first fail at the Step 1 exam, and therefore, I should have not been forced to take a prep course. More importantly, I was not placed on a specially tailored board preparation plan as required per school policy. Instead, I was asked by Dr. Toohey to search for a program that will "help fix my language issue", which is what the Dean believed to be my problem based on no formal assessment. In addition, I was forced to take out loans in the amount of $5,225 to pay for the program even after I explained to Dr. Toohey that I required accommodations, not a preparation course.

Finally, I was not informed about the requirements to pass the Step 1 exam within one year of the last day of the second year curriculum until the month of the deadline. I received a notification from the previous Chair of the P&H committee on January 29th, 2019. At that time, I was doing my psychoeducational assessments at the Chicago School of Professional Psychology as part of preparing to request NBME accommodation once again and therefore had

no time to deal with this. This follows the pattern of the school delaying everything up until the last minute and creating barriers for my success.

     3.) "**The Notice of Meeting setting was held on July 22, 2019. During this time, Ms. Muthoka shared her struggles with getting testing accommodations for USMLE Step 1. She most recently submitted a report in May to request accommodations and is awaiting that decision. Ms. Muthoka also highlighted some challenges in regards to her leave of absence and her housing situation, which she feels exacerbated her academic issues** " (investigative report)

    The report fails to investigate the school's violation with my accommodation (as stated above), the school violation of the LOA policy (outlined below), and the related housing policy (also outlined below). It is a one-sided "investigative report" that does not expand on the issues that I reported. By bringing me in front of the P & H committee the school is planning to punish me for something that is not my fault. Below I will explain the additional school policies that were violated including LOA, and student housing.

    **A.) <u>Leave of Absence policies</u>**:

    When I was leaving to study for Step 1 and getting ready to submit a Leave of Absence form, I met with the following individuals: Associate Dean of Student Affairs (Dr. Toohey), Associate Dean for Clinical Science Education (Dr. Wiechmann), Director of Financial Aid (Luis Medina), and the School of Medicine Registrar (Joy Kim). The relevant parties signed off my leave of absence form without going over policies and timelines with me as required.

    Like I stated previously, I met with Dr. Elfenbein on 7/20/2018 she strongly recommended that I take the surgery shelf after the Internal Medicine Clerkship. She advised me to speak to the Dean of Student Affairs. Thus, I met with Dr. Toohey and discussed the Surgery shelf retake. Dr. Toohey informed me not to worry about it and that we can discuss that at a later date. This discussion never happened.

    However, according to the school policy, "**the leave of absence must be approved in accordance with the LOA policy and a plan for making up the missed time must be defined prior to the leave and assignment of an incomplete**." After meeting with Dr. Toohey and after everyone had signed my LOA form, I stopped by the Registrar's office to submit the form and asked her if there was anything else I needed to know before I left. She said I was good to go and that there was nothing else I needed to do. At no point did anyone working with me discuss a plan or deadlines for making up my incomplete and finishing the Step 1 exam within one year.

**B.) <u>Graduate student housing policy:</u>**

    I had lived in Verano graduate housing for over three years without any issues. When I went on a Leave of Absence beginning in December 2018, I had several tasks to accomplish in a short time frame. I was expected to get psychoeducational assessments with the Chicago School of Professional Psychology, submit accommodation documents to the NBME (personal statement and a supporting letter from the DSC), and take Step 1. However, I

started the psychoeducational assessments in January and did not receive the completed report until April 30th, 2019. The assessments and all the completed letters delayed the process and I was not able to submit the accommodation documentation to the NBME until May 15th, 2019.

At this point, I had received an eviction notice from Verano housing stating that I was not eligible to live in on-campus housing since I was not enrolled. Verano housing requested that the School of Medicine provide additional documentation explaining my excruciating circumstances and the need to be allowed to continue to stay in on-campus housing as I wait to hear from NBME regarding test accommodations and schedule an exam date. The Director of housing reached out to Dr. Toohey multiple times and called DSC requesting supporting documents. However, Dr. Toohey wrote a generic letter without the required details as requested by the housing staff and DSC never wrote a letter.

I met with Dr. Toohey to discuss the need to continue to stay in student housing but she denied my request despite knowing that I am in this country alone, I was working many hours a day to pay for my bills, exams, testing question banks, and I had planned my housing budget based on the Verano housing rent. I requested to take an elective or be on an independent study at least so that I don't lose financial aid and be forced to start paying off my private loans but she refused to help me. She asked that I take the exam as soon as possible as this is the only way I could make sure that these issues are resolved. I had just quit my job so I was helpless. I pleaded with her as this was going to push me to a bad place financially and delay my ability to take the exam but she said I was being stubborn and that I should consider "going back to my country". This comment was inappropriate and arguably discriminatory and inappropriate as I am a U.S. Citizen. I was eventually kicked out of student housing. I was devastated and overwhelmed by the lack of support but I didn't have any energy to voice my concerns for Dr. Toohey's behavior at this time. It was unacceptable. I had to deal with the issues of making sure I had a roof over my head and I was shocked that someone I considered a mentor and looked up to could treat me in this manner.

I started looking for off-campus housing. I found a place and made the down payment and left some of my stuff there. When I was getting ready to move on May 29th, the renter's daughter called me saying that she doesn't approve of me staying with her mother and she believed that I would be problematic to her mom. At this time, I had canceled all other tentative places I could move into and didn't have anywhere to go plus I had one day to vacate Verano housing. I put my stuff in storage and was homeless staying with my previous roommate for 1 month. I finally found a room in someone's trailer house in Westminster and moved into this new place on July 4th where I am currently living.

The behavior and the issues surrounding how my housing situation was handled was very unprofessional and demeaning. It also violated student housing policy. According to an email sent to Joy (Registrar on December 13th 2018), by Lora Romo from Verano housing, it reads "**With a university-approved leave of absence, you can continue living in your apartment. Our office would need the same approvals as you received before. Your intent must be to return and enroll again after the absence. If it's more than a full academic year, additional supporting documents will be required for your exception to live in student housing while not enrolled.**" In an email conversation on March 21, 2019,

between Lora Romo (Assignments Lead, Verano place) and Joy Kim (UCI SOM Registrar) it reads "**After speaking with Joy Kim, Registrar-Medical Education, and getting update regarding your status, she agrees that it would be best for you to vacate and request housing at a later date**" Again my school failed to assist me when I deeply needed their assistance and placed obstacles to my success. I was studying for the Step 1 exam while homeless and in financial difficulty.

I am requesting that I be allowed to retroactively request an extension to retake my surgery shelf exam and return my current surgery grade to Incomplete. The second thing I am requesting is to be granted an extension to the guidelines that a student must pass their Step 1 exam within one year of their second-year curriculum because of the information I have provided in this document outlining my attempt to request guidance on obtaining NBME accommodation and the ways in which the UCI administration mishandled this situation. Consequently, I am requesting that my appearance before the P &H Committee be canceled.  I am happy to provide documentation supporting the claims I outlined in this document.

# Exhibit 2

PL-02566

## Addendum to October 11th, 2019 -Letter to the P&H Chair:

## Surgery Clerkship:

The school's investigative report stated that I am being held to the policy for the 2019-2020 school year. The report states **"only quarters in which a student is enrolled will be counted. In Ms. Muthoka's case, this policy would grant her additional time; however, she is being held to the standards of the 2019-2020."** When I started UCI medical school in the fall of 2016, I entered into a contractual agreement with the school of medicine based on the 2016-2017 handbook policy, not 2019-2020. So, why is the school changing policies in the middle of my contract?

The school's investigative report claims that I agreed to a change in policy. However, I never signed agreeing to an updated policy for 2019-2020. The report stated as follows **"starting in the 2017-2018 academic year it became standard practice for students to attest to the course objectives, grading policy, attendance requirements, any handbook updates at the start of each course. We have included a record of her attestation during the pharmacology course in 2017 and clinical foundation III course in 2018"** The school report includes the attestation which reads as follows **"I have reviewed the course objectives, grading policy for this course. I understand that I can find additional information, resources and UCISOM policies in the student handbook on canvas."**

Nowhere in the attestation did it state that I am agreeing to an updated, or new grading policy for 2019-2020. More importantly, I took the pharmacology and clinical foundation III courses in the 2017-2018 school year which is well before the creation of the 2019-2020 policy. It is practically impossible for me to be attesting two years in advance to the 2019-2020 policy as the school's investigative report is claiming.

Furthermore, the school's investigative report states that I took the NBME Surgery shelf on July 12, 2018. The 2019-2020 policy never came out at the time I was taking the Surgery shelf exam or Surgery rotation. Thus, I should not be held accountable to this"updated" or changed policy. Instead, I should have additional time to request an extension and my grade should not have been changed by the School of Medicine Registrar from an incomplete grade to an F.

For reference, I have included the 2016-2017 school policy that allows me an extension to replacing my incomplete grades.

**"only quarters in which a student is enrolled will be counted in determining the time after which the grade incomplete can no longer be replaced.**

**(b) Previously Registered Students**

**Students not currently enrolled may replace the grade Incomplete by another grade or notation subject to the following: 1) they have a maximum of one calendar year in which to replace the grade Incomplete; however, 2) in exceptional individual cases involving the student's prolonged inability to pursue a course of studies, extensions of up to two additional years may be granted by the instructor with the approval of the Dean of the**

unit offering the course; further, 3) students must petition for such an extension within one calendar year following award of the grade Incomplete. The requirements for removing an "I" should be submitted by the Department following the end of a quarter/rotation to the student and to the Office of Student Affairs."

## USMLE Step 1 Exam Accommodations:

Since February 2017, I have been receiving formal accommodations for exams at the UC Irvine School of Medicine. I received 50% extended testing time and a separate testing room at the Student Disability Services Center. My accommodations were initiated after Dr. Hurria, the school psychiatrist, performed a mental health evaluation on Feb 16, 2017, and diagnosed me with an anxiety disorder. She recommended meditation, yoga and an app that I could use to calm me down during examination times. Before the examination and a formal process was streamlined, Dr. Toohey (Former Dean of Student Affairs) emailed Dr. Jan Serrantino (previous Director of Disability Service Center (DSC) on January 23rd, 2017 saying **"... I realize that this is a language comprehension issue."** On another occasion, (February 1, 2017), Dr. Toohey said, **"I don't want her language comprehension to set her back."** After the second incident, I met with Dr. Toohey and told her that it was incorrect to say this because I do not have a language issue and I am uncomfortable with the mischaracterization of the situation and the reasons for my needs for accommodations.

Even after our conversation, Dr. Toohey continued to label me as having **"language issues."** On June 5th, 2018, Dr. Toohey asked me to email her my NBME accommodations documents so she could follow-up with NBME on my behalf as I finished my Surgery rotation. Dr. Toohey knew that I have an anxiety disorder per Dr. Hurria's diagnosis (I also sent her emails with my supporting documents on June 5th, 2018). Despite her awareness of my anxiety diagnosis and ignoring my requests, she continued to say I had **"language issues"** in multiple emails without my consent and without any professional assessments to back those claims. Even after telling Dr. Toohey that I didn't have a **"language issue"** and that I was not comfortable with her using this label she continued to do so. I found out through Public Record emails that Dr. Toohey emailed various individuals stating I had **"language issues."** For example, in an email to housing dated 4/25/2019, Dr. Toohey writes **"She has not been able to take the National Board Examination because she has applied for accommodations due to her language issues as a foriegn student. The Disabilities Service Center is helping with Jackie's application for testing accommodations, but this process is very slow and the reason she is currently not enrolled for Spring."** I do not have a **"language issue"** and I am an American citizen, not a foreign student. The above statement from Dr. Toohey seems to have no purpose other than to be discriminatory.

Dr. Toohey's label likely confused the DSC regarding the reasons why I needed accommodations. It also made it difficult for me to get the necessary help from DSC when I applied for my NBME accommodation. The DSC regularly assists students with the NBME accommodation application process. I later learned that Dr. Jan Serrantino (previous Director of DSC) was well knowledgeable about the NBME accommodation process and she had even co-authored a guidebook called "UCSF School of Medicine USMLE Step Exam Guide." The book guides UCSF medical students on the step by step process of creating a successful NBME accommodation application. In August 2017, I met with Rosezetta Henderson, Senior Disability Specialist, to discuss the Step 1 accommodation process. She advised me that DSC is responsible

for helping students put together a packet to send to the NBME. She also advised me to gather all my documents, and write a personal statement. The plan was to reconvene in October to send the documents. Rosezetta Henderson cross-checked all my documents per our email correspondence on November 27th, 2017 and I submitted my NBME accommodation application on Nov 28th, 2017. On December 1st, I received an email from Elisea Hewitson, NBME Disability specialist saying **"Please provide to us the documentation from your mental health provider that Rosezetta N. Henderson said she reviewed in her November 20, 2017 letter."** I included the UCI mental health evaluation form provided by Dr. Hurria on 2/16/2017. However, Dr. Hurria's evaluation was written on an obscure UCI form and did not have my complete history. I emailed Rosezetta to crosscheck with her about Dr. Hurria's document. Rosezetta replied to my email saying **"I believe you submitted the attached documentation. That is the documentation that was referred to my letter and the only documentation in your file."**

I received an NBME denial letter dated January 2, 2018**.** I asked Rosezetta if she could help me work on submitting an appeal on January 5, 2018. She emailed me stating **"come current on your documentation,"** but she did not provide any additional details. I emailed Dr. Hurria asking for help and advice on what I needed to do to make sure I submit an appeal for the Step 1 exam. Dr. Hurria emailed me back on 2/12/2018 saying **" ...The best way to get it is to have the disability center test you and then submit paperwork on your behalf. It is much stronger coming from the disability center...feel free to call me on my cell if you would like to discuss this."** I called Dr. Hurria and she said that it was impossible to get accomodations from NBME, she never advised me on what I needed to do and she requested that I follow-up with DSC. I went back to Rosezetta on February 13th, 2018 to further discuss what documents she was referring to. During the discussion, Rosezetta never mentioned to me about requiring a psychoeducational evaluation and she never advised me on the specific documentation that I needed.

I reached out again to Rosezetta on April 19th, 2018 to see if she had heard back from NBME about my USMLE accommodations. She emailed me saying **"I have not heard back. I can try calling again. When are you taking it?"** I emailed her again on April 30th, asking if she had heard back from NBME. On May 7th, 2018, she replied to my email saying **"...The NBME decision is that your request did not qualify as a disability."** I later discovered in Oct 2019, that the NBME does not make accommodation decisions over the phone. I emailed Rosezetta after finding out this on 11/4/2019 saying **"I was wondering if you can email me the decision email/letter that you received from NBME stating that my request did not qualify as a disability from the email you sent me on May 07, 2018, attached below."** However, Rosezetta replied to my email on 11/7/2019 saying **" … I was not contacted by the NBME directly. That was from our conversation about the denial letter you received."** Rosezetta misinformed me about my NBME accommodations status in her prior email by implying she had spoken with NBME about my application.

In addition, Dr. Toohey misinformed me about my NBME accommodation status. On June 21, 2018, she emailed me saying: **"I have spoken extensively to the NBME regarding any possible recourse for additional time due to a language issue. I have received their final word that because this is not a defined ADA disability, they are unable to provide any assistance."** Also on July 5, 2018, Dr. Toohey emailed me saying **"We have received the final word from NBME - they will not be extending accomodations for you."** On October 23,

2019, I met with Dr. Osborn (New Dean of Student Support) to discuss the issues that I had experienced with UCI medical school administration. Following our meeting, I emailed Dr. Osborn on 10/27/2019 requesting her to provide me with the NBME denial letter that Dr. Toohey was referring to in her email on July 5th, 2018. Dr. Osborn replied to my request in an email on November 10, 2019, saying **" I was not able to locate any written communication between the NBME and the school with respect to your question, but I can continue to search."** According to emails from Public Records, Dr. Osborn requested the School of Medicine Registrar, Joy Kim, to contact NBME and ask about my denial letter. On November 1st, 2019, Joy Kim wrote to Dr. Osborn saying **"I just called NBME and they informed me that the denial letters are sent directly to the student. They do not send out any items to 3rd parties or institutions unless they have written consent from the student."** Dr. Toohey was untruthful about her communication with NBME and she interfered with my NBME accommodation process. There was no evidence that she contacted the NBME and no paper trail to support her claims neither on UC Irvine nor NBME records.

More importantly, the DSC never informed me about psychoeducational testing for NBME accommodation. In December 2018, Dr. Ashley Selva-Rodriguez, SOM learning specialist, was surprised that I didn't get a psychoeducational evaluation for NBME accommodations. She asked me how the DSC and the school determined how much extra time I needed to take my exams and what protocols they were following. I had no answers for her. In her email on December 13, 2018, she wrote to me **" ...I reached out to my colleagues and they suggested the following: 1) Additional Assessments: Along with the standard evaluation tools used, you may consider a neuropsychological assessment to help uncover other opportunity gaps."** That is when I was first made aware that I needed a psychoeducational evaluation in order to receive accommodation from NBME. Previously, I was told my application was complete per email correspondence with Rosezetta, Senior Disability Specialist. By this time, I had two Step 1 failures and it had been over one year since I first submitted my NBME accommodation application. I had cross-checked with Rosezetta every time I had submitted my application to the NBME.

I emailed Rosezetta on 12/10/2018 asking **"I was wondering what the process is to get examined regarding my exam issues. Do you know how long the process takes? How much does it cost? When I can get it done...?"** She replied to my email saying **"...I believe you are referring to a comprehensive psychoeducational evaluation but I want to be clear"** on another email later that day, she emailed me saying **"... You inquired about a comprehensive psychoeducational evaluation. I have included Dr. Toohey on this email per your request. As mentioned to you over the phone, DSC does not conduct assessments. There are two local offices that many students go to and we have had solid reports from."** This really upset me. I was frustrated that she knew I needed a psychoeducational evaluation, knew where she could send me to get assessed and had never brought this up for more than a year. According to the School of Medicine policy that applies to students with disabilities and seeking accommodations, it states **"...DSC offers initial disability screenings to students who suspect their difficulty in the academic setting may be related to a disabling diagnosis..."** However, Rosezetta's email is contradictory to school policy which says that DSC does offer initial disability screenings to students. In fact, the DSC never offered me such screening as a student at UC Irvine that would have shown that I had a learning disability.

On October 2nd, 2019, I went to the ombudsman (Jennifer Moumneh) to discuss my grievances against Dr. Toohey and DSC. The ombudsman set a meeting on 11/7/2019 with Karen Andrews, the new Director of Disability Student Center (DSC) to discuss my NBME accommodation. I was present for the meeting along with the ombudsman, and Karen Andrews. During the meeting, Karen Andrews mentioned that if Dr. Toohey had mentioned language being an issue, this would be a basis to disqualify my NBME accommodation application. On 11/08/2019 my email to the ombudsman summarized the meeting conversation with Karen Andrews. The ombudsman replied to my email on 11/12/2019 writing **"This email all looks correct, based on my recollection of the meeting last week with Karen Andrews."**

This shows a pattern of misinformation I received from the school while applying for NBME accommodations. It created confusion, barriers, and more importantly, it delayed the process for my NBME accommodation. I qualified for accommodation based on the results from my psychoeducational testing that confirmed that I had a learning disability. The NBME ended up approving me for partial accommodation on 7/24/2019. Currently, I am working on reapplying to get full accommodation from the NBME to which I am entitled to under the law.

## Housing:

A student is allowed to live in on-campus housing if one of the following requirements are met per Lora Romo's email dated 09/21/2018 and 12/13/2018.

### 1.) **"Enrolled in a full-time course at UCI"**

Dr. Toohey did not inform the housing of my intent to enroll back to the School of Medicine after my LOA which was pertinent information to housing. In fact, she did not have any enrolment plan as requested by Verano housing staff and as confirmed by Dr. Osborn's email to me dated November 10th, 2019.

In an email to housing on 4/25/2019, Dr. Toohey stated: **"I met with Jackie Muthoka today and she remains upset about needing to vacate her apartment by 5/31 if she is not enrolled in the Spring, which she is not."** I requested to be enrolled in an elective or independent study so I did not lose housing but Dr. Toohey refused to help me.

### 2.) **"Are on a university-approved LOA"**

The Leave of absence (LOA) expired on 5/1/2019. It was signed for renewal by the P & H Chair, not until 5/20/2019 which makes it impossible for housing to be aware of the renewal. Lora Romo (Assignments Lead, Verano Place) had requested to be informed about my LOA status on 4/2/2019. She wanted to know if I was going to be enrolled back to school after my leave of absence so that they can renew my housing contract that was expiring 6/30/2019. Lora Romo and Elizabeth Franklin (Acting Associate Director of Apartment Life/Student Housing, Verano place) reached out to the School of Medicine Registrar, Joy Kim, and School of Medicine Dean of student affairs, Dr. Toohey to get information about my LOA status and intent to enroll back to school after the absence. This information was not provided to the housing office and the reason I was given until May 31st, 2019, to vacate my apartment.

**3.) "If the LOA is more than one academic year, additional supporting documents will be required for your exception to live in student housing while not enrolled."**

A letter about my extenuating circumstances would have sufficed the lack of other documents (LOA, plan for enrollment).

Dr. Toohey emailed housing on 4/2/2019

**"I am writing in support of a housing exemption for Ms. Jackie Muthoka. She is a student in the School of Medicine, who is currently not enrolled due to her need to study for a USMLE board examination. She is unable to proceed with her curriculum unless she passes this exam. This USMLE Step one examination is also a requirement for graduation. Jackie has been most compliant in her pursuit of achieving this goal. She has taken a remediation course in order to prepare, as well as continued consultations with our Learning Skills Specialist. Jackie expects to take and pass this examination in July. It would be most helpful for her to continue to live on campus while she prepares. She expects to re-enroll as soon as she takes the exam. I very much appreciate your consideration of this housing exemption. I believe that this support will be important for her success."**

The above letter from Dr. Toohey did not have any pertinent information which would have helped me to keep my on-campus housing. It did not include any information about the extenuating circumstances that I told her to include in her letter. For example, I told her I was in this country by myself and would end up homeless since off-campus housing was too expensive. It was also going to be difficult to pay for off-campus housing since I had planned my budget based on Verano housing rent. In addition, I told her that moving, and trying to find a place to stay would disrupt my study for Step 1. However, she did not include any of this information in the above letter to housing.

On April 4th, I received a denial letter from housing stating **"...when reviewing exceptions petitions and considering those that warrant an exception to Graduate & Family Housing Policies, the committee looks for those requests which are based on extreme and unusual circumstances. Based on the information you provided the committee, your request does not meet these qualifications."**

Once my application was rejected, I was distraught. I met again with Dr. Toohey on 4/25/2019 to discuss the denial letter. After the meeting on 4/25/19, Dr. Toohey emailed housing this time she included some of the information that I had originally asked her to include. However, the letter below was written by Dr. Toohey after housing had already denied my request and the decision made final.

**"I met with Jackie Muthoka today and she remains upset about needing to vacate her apartment by 5/31 if she is not enrolled in the Spring, which she is not. She informed me today that she had previously been told that she would be able to stay in her housing situation until August. Therefore, she worked as a caregiver to be able to save money for her housing without her financial aid until August. She feels that she followed the directions given and is now in a very difficult situation. Jackie is in this country entirely alone and she has no one to assist her financially or with housing. Community apartments or rooms are all several hundred dollars more expensive than her current on-campus housing and she was not expecting to vacate the premises due to what she thinks she was told previously. She has not been able to take her National Board Examination because she has applied for accommodations due to her language issues as a foreign student and this process takes many months. The Disabilities Service Center is helping with Jackie's application for testing accommodations, but this process is very slow and is the reason she is currently not enrolled for Spring. I realize and greatly appreciate that housing is very tight, however, I am also very concerned that Jackie is in a**

difficult situation that will make it almost impossible for her to succeed. Had she been told earlier in the year that she could stay until August or did she misunderstand this? I appreciate any help you can provide."

Moreover, Dr. Toohey's email contained several errors and lacked pertinent information. She said I was a **"foreign student"** and had **"language issues."** Dr. Toohey did not include that she delayed the process for my Step 1 exam accommodation. She did not include the fact that she pressured me into taking Step 1 without NBME accommodation approval. Without accommodation, I ended up with two Step 1 failures. As a result, I was placed on Administrative Leave of Absence and I was not allowed to enroll back in classes. The Student Disability Service Center wasn't helpful with the process initially. The DSC did not tell me I needed psychoeducational testing for NBME until a year later. If the housing policies were followed and I received proper documentation from Dr. Toohey, I would not have been asked to leave my on-campus housing. I would not have ended up homeless and faced many difficulties.

## Financial Aid:

On Oct 23, 2019, I met with Dr. Osborn (new Dean of student support) to discuss several issues including the loss of my financial aid. I told her that I was working to make ends meet and it would be helpful with my Step 1 studies if I could get some assistance. After our meeting, Dr. Osborn emailed me saying:

 **"I inquired about whether you would be able to re-enroll in order to receive financial aid. These would be the steps to re-enroll:**
**a. Apparently you have an outstanding debt with the university and I am told that this would need to be cleared; but I asking for further clarification on whether exceptions can be granted to this.**
**b. An exception to the Exam Administration and Procedures policy would then need to be granted - - that would be requested through P&H. Perhaps you can discuss #1 with Luis and then update me? Then, I can help in drafting a request to P&H."**

On 12/03/2019 I wrote in an email to Luis **"It's still not clear to me why the school is charging me for the fall quarter. I followed your advice and met with Sarah Slavin, Senior Collections Representative, Campus Billing Services today and this is what she had to say. It is the responsibility of the medical school financial aid office and medical school registrar to fix this issue and not an issue that needs to be dealt with by the campus billing office. Sarah also informed you, in my presence, that there are procedures and policies set in place for students who are asked to leave during Clerkship, like I was, and that the amounts that the students didn't utilize need to be credited back to their account and refunded to the government. The campus Billing office is responsible for assisting students who are making payments or payment arrangements and do not deal with issues that involve medical school financial aid and medical school debt. She also added that there is paperwork that I should have been asked to fill out by the office of the Registrar that would have shown when I was asked to leave rotations by the Dean of Curricular Affairs. That would have been used to calculate the amount of money that the school should refund to the government since the services that my financial aid paid for were not utilized and I should not be expected to pay for services that I never received."**

Luis's last email on 12/05/2019 stated **"The issues you mentioned involve different areas, curricular affairs, student affairs, registrar, etc., which are outside my area. I will talk to Dr. Osborn."** Despite Campus Billing Services saying that it was his responsibility to help me fix the issue, Luis has not been helpful. Luis stated that it is **"outside"** his area and that he **"will talk with Dr. Osborn"** about the financial aid error. It has been 2-3 months since his last email and he has still not followed up with me or fixed the issue.

PL-02573

Contrary to Luis's statements, Public Records shows that he was well aware of the financial aid and that he was already communicating with the registrar about me. A prior email between Luis and the registrar explains about computing a percentage of the financial aid that I utilized. On February 6, 2019, Luis emailed the school registrar, Joy Kim saying **"...the main campus will need a date when Jackie last attended so they can compute a percentage of money that she needs to return. She would probably be considered a walk-away and not have to return the full amount of aid she received."** In another email from Sonia Manzo, Fiscal Manager, dated February 13th, 2019, she wrote an email to the School of Medicine Registrar, Luis Medina, etc providing them with a summary of what transpired and the mistakes that were made by the school of medicine. In her email she wrote:

**" Student is considered a Fall 2018 wallaway due to NP for the term. An incomplete is reflecting on her transcripts and per registrar this NP grade will remain on record until course is made up, which per R2T4 rules would fall outside of the applicable timeframe of 45 days. While reviewing the file here are the following findings:**

**-Period of Enrollment is incorrect and should reflect the following dates for MS-III [ 08-13-2018 to 11-04-2018 ]**
**-Period of Enrollment is incorrect and should reflect the following dates for MS-III [ 08-13-2018 to 11-04-2018 ].**
**- Academic Year Date is incorrect and should reflect the following dates for MS-III [ 08-13-2018 to 08-09-2019 ]**
**- Loan Period is incorrect and should reflect the following dates for MS-III [ 08-13-2018 to 11-04-2018 ]**
**- Grad Plus & Unsub were originated as of 11/13/2018 which is outside of the single term Loan Period that should have ended as of [ 11-04-2018 ]**
**o No future enrollment is on file therefore the student cannot keep any type of Fall aid even if the origination happened within the Academic Year**
**- No R2T4 can be performed due to ineligible aid**
**With the above findings the student is ineligible for all Fall Aid and % Earned cannot not be determined, therefore in this case the student would be treated like a cancellation with terminating all aid:**
**- Grad Plus $6,489**
**- Unsub $14,730**
**_____**
**Total: $21,664 ( Has been billed as of 2/13/2019 )**

**Return of Title IV Funds (R2T4) calculation is performed to determine the percentage of aid that was actually earned based on the amount of time the student was enrolled. Students are entitled to aid that was earned**

According to the above information provided by Sonnia, it suggests that the error was made by the school of medicine. I was not officially withdrawn from the class within the required time as stated by the university policy. I was withdrawn from the class by Dr. Wiechmann. In the process, the administration failed to submit a withdrawal form within the stipulated time frame and therefore, the debt was placed on my account. Finding out this information was upsetting because Luis knew all along about this discussion and did not share that information with me.

Furthermore, when the bill was posted on my account, I never received any notification or an email informing me that I owed the university such a huge amount of money ($27,947). I only found out after Dr. Osborn brought it to my attention through her email. It is, therefore, necessary that the school of medicine administration correct this error and remove these charges from my account.

## Re-enrollment:

I requested Dr. Toohey if she could enroll me in an elective or independent study so I can keep housing and financial aid but she refused to help me. On another occasion, I asked the UC

Irvine ombudsman (Jennifer Moumneh) for her help to re-enroll in an elective, or research course. I also requested Jennifer to reach out to Dr. Paredes, MBA/MDA Program Director, to enquire if I could start my MBA program which I was already accepted to the class of 2019 as part of my MD/MBA degree. I addressed my concerns about the gap in my education and the consequences of my loss of financial aid. I also expressed that the reasons why I was on LOA were due to errors made by Dr. Toohey.

From an email from Dr. Paredes dated 9/21/2019, he reported: **"As far as the MBA is concerned, unfortunately, they already began classes for this Fall semester and you would not be able to start again until Fall 2020."** I was asked by Taylor Martini, Senior Associate Director of Recruitment and Admissions, Full-Time MBA Program, to submit another application for the MBA program for the class of 2020, which I did, and I have not heard back from the MBA program.

In addition, Dr. Osborn in her meeting with me on Oct 23, 2019, stated **"As stated earlier, the exam administration and procedures policy prevents you from re-enrolling until you have successfully passed the USMLE Step 1. To enroll prior to this, P&H would have to consider an exception to this policy, which would be up to the committee. The committee meets monthly (next meeting is at the beginning of December); the committee is usually aligned with policy, so I would not count on this too much."**

However, there has not been any solution to the issues stated above. I am still not enrolled in school because of the mistakes of Dr. Toohey. This will adversely affect my future application for residency. A gap in my education would be a red flag for residency programs. Also, losing my financial aid has caused significant hardships for me.

## Ultrasound trip to Kenya:

During my first year of medical school, I established a UC Irvine ultrasound trip to Kenya as part of my service-learning class project. The project included providing safe clean drinking water to Kavumbu village in Kenya and carrying out a research project. After I reported concerns about the way the school handled ultrasound trips, I faced several obstacles from the school administration. In the fall of 2016, I expressed to the school administration on two separate occasions (Nancy Girguis, and Dr. Carol Major) that the school needed to take a more active role in planning ultrasound trips. Based on my experience as a member of the global health program at my church, I had seen how extensively abroad trips were planned. The school was not making sure that medical students participating in ultrasound trips had the proper visas, vaccinations, and travel documents, etc.. I expressed my concerns to the school because it was hard finding the right person to help handle such issues while I was planning my Kenyan ultrasound trip. I also felt it was necessary since some of the medical students going on these trips were traveling out of the US for the first time in their lives and the risk of a mistake made by students in the planning process could be as high as costing someone's life.

In the planning process for my trip, I came across a US travel advisory to some parts of Kenya but not including the region of Kenya that I was planning the group trip for. My trip was specific to Maasai Mara-Narok and Machakos counties which are among the safest areas in the country. I wanted to be transparent so I shared the information with the students going on the trip and the school administration. Also, I had the Kenya Consulate General in Los Angeles provide

a letter explaining about the safety of the region for the ultrasound trip. I provided additional letters from various regional Kenyan government officials.

On March 21, 2017, which was more than 6 months after sharing this information with the school, Dr. Toohey emailed me saying **"As promised, I reviewed the travel warning for Kenya with Dr. Le-Bucklin. Due to this warning, UCI will not be able to officially sponsor the trip. This means that the school cannot provide financial or administrative support. In addition, the principal investigator on the IRB must be aware of the travel ban and not be a Medical Education Dean."** At this time, I had already created the group, paid for flights and accommodation, and spent over $30,000 in costs for my project. I met and shared this information with the group and requested they advise me about their plan. Everyone in the group decided to travel to Kenya despite UC Irvine's decision to not help fund the trip. The group members were aware of the conversations I had with the Kenyan government officials and they understood that the region for the ultrasound trip was safe for them to travel.

Despite Dr. Toohey's email, IRB continued to send us documents to edit which led us to believe that we were indeed going to get our IRB approved. What followed was a series of mistreatments and devastation in our group. Even though our  IRB's were ready for approval in February, editing was delayed multiple times, and the ultrasound coordinators kept sending us the same edits over and over again. This behavior continued up until our team came back to the US when we received the last email from Victoria Valdes, ultrasound coordinator, on August 9th, 2017  saying "...**I know you have been inquiring about continuing with edits to the IRB, but since everyone has returned from Kenya no data can be collected even if studies were approved...after speaking with Dr. Lahham and Rick Jones, we have determined not to go forward with edits.**"

Two years later, the medical school approved a UC Irvine medical student trip to Kenya while there was still a similar travel advisory. At the time, Dr. Toohey was also in charge as the medical school Dean of student affairs. The school gave each student going on the trip  $1,000. In addition, their IRB was approved without issues. Furthermore, they received school approval without providing any documents to verify the safety of the region they traveled to. On the other hand, my ultrasound trip was denied funding and IRB approval even after I secured letters and clarified that there was no travel advisory to the location where my group traveled to. My group was not able to use the collected data to write a research paper.

Despite the obstacles we faced from the administration, my Kenyan trip was a success and it was later published by the UC Irvine website. Though the school did not support my work, the school benefitted from my project's publicity. From the above information, it seems like the travel advisory was not an issue but rather, Dr. Toohey either had an issue with me creating a trip to Kenya or she is telling these students are different from me.

 This shows a pattern of bias that Dr. Toohey had against me by excluding my ultrasound group from research funding and IRB approval. I believe she retaliated against me for complaining to the school about how the ultrasound trips were handled. Despite my best efforts to protect students and the school by bringing this issue to the attention of the administration, nothing was done. In the summer of 2017, a medical student almost died in Indonesia and students who traveled to Tanzania were detained. Furthermore, Dr. Toohey's behavior towards me continued to be unfair and unprofessional. She was not helpful and interfered with my Step 1 accommodation process, housing, and financial aid which I have stated in detail in the documents provided.

**Conclusion:**

When I was accepted into UC Irvine medical school I believed that the administration would be supporting my education and promoting student wellness. However, the UC Irvine administration has failed to support me as a student and caused me psychological stress. My career advisor has not helped advise me and Dr. Toohey has not been forthcoming with me. Based on Public Record emails the P&H hearing was planned for me earlier but for unclear reasons was delayed. The plan by the school administration was to place me on academic probation. After seeing the emails I now understand that the P&H hearing was not going to be fair. The decision to put me on probation had already been made on March 20, 2019, by the school administration without an actual hearing (refer to exhibit 8). As a student, I am entitled to a fair trial and proper due process. I am asking the committee to please correct the wrongs that were made by Dr. Toohey:

1. Replace my surgery grade from an F to an Incomplete grade. Provide me an extension to take the surgery shelf until after the internal medicine rotation as originally planned by the surgery shelf clerkship co-director Dr. Dawn Elfenbein. Additionally, remove anything else that was placed on my records that could negatively impact my future application to residency.
2. Grant me an extension to the guidelines that a student must pass their Step 1 exam within two years. Dr. Toohey has interfered with my NBME accommodation process and delayed the process for psychoeducational evaluation. I currently qualify for partial accommodation but I recently appealed for full accommodation. I am waiting to hear back on the decision from the NBME. After getting the results I need a reasonable and uninterrupted time to focus on studying for the USMLE Step 1 exam.
3. Remove the charges from my student account ($27,947). I was not properly withdrawn by the school and financial aid did not refund unutilized funds to the government.

4. Re-enroll me into an elective or independent study. My private loans are in repayment and incurring interest. This will allow me to stop working and fully focus on studying for Step 1. I am also concerned that an increasing gap in my education would negatively affect me in the future when I apply for residency.

# Exhibit 3a

PL-02578

UC Irvine School of Medicine

jmuthoka@uci.edu

7143980106 / 7145986400

Begin forwarded message:

**From:** "Reichenecker, Staci" <reichens@uci.edu>
**Date:** July 18, 2018 at 11:31:28 AM PDT
**To:** "Muthoka, Jackline" <jmuthoka@uci.edu>
**Cc:** "Mills, Steven (Surgery)" <sdmills@uci.edu>, "Elfenbein, Dawn" <delfenbe@uci.edu>, "Saba, Tania" <tsaba@uci.edu>
**Subject: NBME Surgery Shelf Exam - Retake**

Hi Jackline,

I regret to inform you that your Surgery NBME Shelf Exam score did not meet the required passing score.

All students are required to meet the standard passage score that has been set at the 6th percentile for all clerkships, compared to the national percentile. Students who fail an exam will no longer be eligible to receive an honors grade for the clerkship.

Below is further information about the process for retaking the exam:

- Arrange to meet with the clerkship director, Dr. Mills or Dr. Elfenbein, regarding studying
- Arrange to meet with the Associate Dean for Student Affairs, Dr. Julianne Toohey, regarding scheduling and exam failure
- Re-takes will be scheduled during break periods in the student's schedule so as not to disrupt their participation in other clerkships
- Students who are pending a shelf exam re-take will receive a grade of incomplete for that clerkship.   https://ucisom.instructure.com/courses/106/pages/grading-policy
- Contact the clerkship coordinator, Staci Reichenecker, to schedule the re-take

The Canvas course can be accessed for additional information regarding exam failures.

Please do not hesitate in contacting me with any questions.

PL-02579

On Jul 19, 2018, at 12:55 PM, Elfenbein, Dawn <delfenbe@uci.edu> wrote:

HI Jackie-

Thanks for contacting me! Failing a shelf exam is a big deal, and scheduling it a few days from now is not a good idea at all — you need to meet with me, come up with a study plan, meet with Dr. Toohey to discuss the implications of this, and then reschedule at a time when you are on an elective or some other time when you have time to dedicate to studying. If you fail a second time, you have to retake the entire clerkship, and that will set you back an entire year, essentially. So trying to rush to get it done next week is not advised.

I can meet tomorrow afternoon around 3pm in Irvine, if you are able. Please organize your own thoughts as to what went wrong with your studying prior to meeting me. I need to know what resources you used, how often you were reading at home, and what questions you were using to practice. Please read through Staci's entire email and complete all the steps (meeting with me is just step 1) and then you may reschedule your exam.

Please let me know if tomorrow at 3pm works.

Thanks,

Dr. Elfenbein

**From:** Muthoka, Jackline
**Sent:** Thursday, July 19, 2018 12:38 PM
**To:** Elfenbein, Dawn
**Subject:** Fwd: NBME Surgery Shelf Exam - Retake

Good afternoon Dr. Elfenbein, I hope you are having a good day so far. I received an email from Staci yesterday regarding retaking the surgery shelf and scheduling a meeting with to discuss about the test and studying. I was wondering when is a good time to meet. I am available tomorrow, Monday or Tuesday in the afternoon. I have a bit of time right now and if possible I can actually retake the exam on Tuesday or Wednesday. Please let me know, thank you!

Jackie

Best,

Jackline Muthoka MS3

 **Gmail**

Jackline Muthoka <jackiemuthoka87@gmail.com>

---

## Fwd: Surgery Shelf Exam
4 messages

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                                      Tue, Oct 1, 2019 at 9:33 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>


> Best,
> Jackline Muthoka MS3
> UC Irvine School of Medicine
> jmuthoka@uci.edu
> 7143980106 / 7145986400


> Begin forwarded message:


>> **From:** "Wiechmann, Warren" <wiechmaw@hs.uci.edu>
>> **Date:** August 12, 2019 at 11:24:49 AM PDT
>> **To:** "Muthoka, Jackline" <jmuthoka@hs.uci.edu>
>> **Cc:** "Elfenbein, Dawn" <delfenbe@uci.edu>
>> **Subject: Re:  Surgery Shelf Exam**


>> Jackie,

>> Thank you for sending this to me.
>> I think that this would be important to also include in your statement that you submit to the Committee on
>> Promotions and Honors.



>> - ww

>> **Warren Wiechmann, MD, MBA**
>> Associate Dean of Clinical Science Education and Educational Technology
>> Associate Professor of Clinical Emergency Medicine
>> UC Irvine Health School of Medicine
>> : : wiechmaw@uci.edu
>> : : @warrenwiechmann
>> : : 949-824-3837


>> On Thu, Aug 8, 2019 at 1:26 PM, Muthoka, Jackline <jmuthoka@hs.uci.edu> wrote:
>>> Hi Dr. Wiechmann,
>>> I hope you are having a great week! I reached out to Dr. Elfenbein and she wrote a summery of our
>>> meeting and discussion we had about the surgery shelf last year found in this email. I was wondering if
>>> this is sufficient. Please advice,
>>> Thank you,
>>> Jackie


>>> Best,
>>> Jackline Muthoka MS3
>>> UC Irvine School of Medicine
>>> jmuthoka@uci.edu
>>> 7143980106 / 7145986400

PL-02581

Begin forwarded message:

**From:** "Elfenbein, Dawn" <delfenbe@uci.edu>
**Date:** August 6, 2019 at 10:39:21 AM PDT
**To:** "Muthoka, Jackline" <jmuthoka@hs.uci.edu>
**Subject: Surgery Shelf Exam**

Dear Jackie-

According to my records, we met on Friday, July 20, 2018 at 3pm down at MedEd for approximately 45 minutes. This was very shortly after you learned of your performance on the shelf exam. We discussed that the next steps for you was to work with Student Affairs to determine a good time to retake it, and my advice was to wait until AFTER your internal medicine rotation as much of the material you missed would be covered again during that rotation.

We talked about meeting once you had decided on a date and that we (Dr. Mills and me) would help you with a plan for studying for the re-take.

I'm not privy to all that has happened between that meeting over a year ago and now, but we (Dr. Mills and I, and now Dr. Jutric as I transition from UCI) remain here and available to help you with a study plan for surgery once you have chosen a date. But I can confirm that you did reach out to me and we did meet back in July of 2018 right after the conclusion of your surgery rotation.

If you require anything further, please let me know!

Dawn Elfenbein, MD, MPH, FACS

Surgery clerkship co-director, UCI SOM

---

This message may contain confidential information and is for the sole use of the intended recipient(s)  If you are not the intended recipient, do not use, distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-7006 immediately if you have received this e mail in error  E mail transmission cannot be guaranteed to be secure or error free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e mail transmission

---

**jackline muthoka** <jackiemuthoka87@gmail.com>                                    Tue, Oct 1, 2019 at 9:38 PM
To: fpkuh3@gmail.com

Best,

PL-02582

Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

Begin forwarded message:

[Quoted text hidden]

---

**jackline muthoka** <jackiemuthoka87@gmail.com>                    Tue, Oct 1, 2019 at 10:43 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

Begin forwarded message:

> **From:** "Muthoka, Jackline" <jmuthoka@hs.uci.edu>
> **Date:** October 1, 2019 at 9:33:29 PM PDT
> **To:** jackline muthoka <jackiemuthoka87@gmail.com>
> **Subject: Fwd: Surgery Shelf Exam**

[Quoted text hidden]

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                    Wed, Oct 2, 2019 at 7:59 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

**From:** Elfenbein, Dawn <delfenbe@uci.edu>
**Sent:** Tuesday, August 6, 2019 10:39 AM
**To:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Subject:** Surgery Shelf Exam

Dear Jackie-

According to my records, we met on Friday, July 20, 2018 at 3pm down at MedEd for approximately 45 minutes. This was very shortly after you learned of your performance on the shelf exam. We discussed that the next steps for you was to work with Student Affairs to determine a good time to retake it, and my advice was to wait until AFTER your internal medicine rotation as much of the material you missed would be covered again during that rotation.

We talked about meeting once you had decided on a date and that we (Dr. Mills and me) would help you with a plan for studying for the re-take.

I'm not privy to all that has happened between that meeting over a year ago and now, but we (Dr. Mills and I, and now Dr. Jutric as I transition from UCI) remain here and available to help you with a study plan for surgery once you have chosen a date. But I can confirm that you did reach out to me and we did meet back in July of 2018 right after the conclusion of your surgery rotation.

PL-02583

If you require anything further, please let me know!

Dawn Elfenbein, MD, MPH, FACS
Surgery clerkship co-director, UCI SOM

[Quoted text hidden]

Thank you,

Staci Reichenecker

Medical Education Coordinator | Department of Surgery

University of California, Irvine Medical Center

333 City Blvd West, Suite 1600 | Orange, CA 92868

Tel: (714) 456-5532

Fax: 714-456-6188

reichens@uci.edu

ucirvinehealth.org

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not use, distribute, or copy this e-mail. Please notify the UC Irvine Health -- Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-7006 immediately if you have received this e-mail in error. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

**jackline muthoka** <jackiemuthoka87@gmail.com>                    Tue, Oct 1, 2019 at 11:09 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>, fpkuh3@gmail.com

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

Begin forwarded message:

[Quoted text hidden]

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                    Wed, Oct 2, 2019 at 11:27 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

**From:** Reichenecker, Staci <reichens@uci.edu>

PL-02585

   **Jackline Muthoka <jackiemuthoka87@gmail.com>**

## Fwd: NBME Surgery Shelf Exam - Retake

6 messages

**Muthoka, Jacklin** <jmuthoka@hs.uci.edu>                                    Tue, Oct 1, 2019 at 11:08 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

Begin forwarded message:

> **From:** "Elfenbein, Dawn" <delfenbe@uci.edu>
> **Date:** July 19, 2018 at 5:00:07 PM PDT
> **To:** "Muthoka, Jackline" <jmuthoka@uci.edu>
> **Subject: RE: NBME Surgery Shelf Exam - Retake**
>
> On the terrace at MedEd outside the coffee shop.
>
>
> **From:** Muthoka, Jackline
> **Sent:** Thursday, July 19, 2018 1:03 PM
> **To:** Elfenbein, Dawn
> **Subject:** Re: NBME Surgery Shelf Exam - Retake
>
> Thank you Dr. Elfenbein! I can meet tomorrow at 3:00 pm. Please let me know where in Irvine.
>
> Thank you,
>
> Jackie
>
>
> Best,
>
> Jackline Muthoka MS3
>
> UC Irvine School of Medicine
>
> jmuthoka@uci.edu
>
> 7143980106 / 7145986400

PL-02586

 Gmail

**Jackline Muthoka <jackiemuthoka87@gmail.com>**

## Step 1 update and Pediatrics rotation
4 messages

**Muthoka, Jackline** <jmuthoka@uci.edu>                                   Tue, Dec 4, 2018 at 9:30 PM
To: "Wiechmann, Warren" <wiechmaw@uci.edu>
Cc: "jackiemuthoka87@gmail.com" <jackiemuthoka87@gmail.com>

Good evening Dr. Wiechmann,

I just wanted to let you know that I received the sad news that I didn't pass step 1 and so I'll need to take
some time off to study for it again. My question is, I have two and a half weeks left to finish pediatrics and I
was wondering if it will be possible for me to finish the rotation before I leave.  I have submitted all the
assignments up to date and I just need to finish outpatient service, OSCE and the Shelf to be done with the
rotation. Please let me know what the policies are or how to go about this, thank you!

Jackie

This message may contain confidential information and is for the sole use of the intended recipient(s)  If you are not the intended recipient, do not use,
distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-
7006 immediately if you have received this e mail in error  E mail transmission cannot be guaranteed to be secure or error free as information could be
intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions
in the contents of this message, which arise as a result of e mail transmission

**Wiechmann, Warren** <wiechmaw@uci.edu>                                   Tue, Dec 4, 2018 at 10:04 PM
To: "Muthoka, Jackline" <jmuthoka@uci.edu>
Cc: "jackiemuthoka87@gmail.com" <jackiemuthoka87@gmail.com>

Jackie,

Unfortunately, the policy states the following:

**"Any student who fails the Step 1 examination a second time will be immediately removed
from the third-year curriculum and placed in a specially tailored board preparation plan as
determined by the Office of Student Affairs**. No student who fails Step 1 more than one time will
be allowed to resume the third-year curriculum until a passing score is recorded. A student who
has failed Step 1 twice must re-take the exam for the third and final time within 24 months of the
end of that student's second-year coursework. A student who successfully passes the Step 1
examination on the third try will be allowed to resume the third-year curriculum, provided that s/he
has fulfilled all other curricular requirements. All students who are returned to the third-year
curriculum after a Step 1 re-take will do so based on the availability of clerkship positions. This
may result in a student having a different third-year clerkship sequence and/or schedule than
originally planned."

3/2/2020    Case 8:23-cv-01333-FWS-JDE    Document 64-1    Filed 03/27/25    Page 159 of 417
Step 1 update and Pediatrics rotation
Page ID #:1194

This policy can be found at:

https://ucisom.instructure.com/courses/106/pages/exam-administration-and-procedures


The best move may be to take the time to prep for Step 1, retake the Surgery shelf, then finish the second half of Pediatrics when those issues have been resolved.




-ww

**Warren Wiechmann, MD, MBA**
Associate Dean of Clinical Science Education and Educational Technology
Associate Professor of Clinical Emergency Medicine
UC Irvine Health School of Medicine
: :  wiechmaw@uci.edu
: :  @warrenwiechmann
: :  949-824-3837

Want to schedule a meeting?  https://doodle.com/meetwarren

---

**From:** Muthoka, Jackline
**Sent:** Tuesday, December 04, 2018 9:30 PM
**To:** Wiechmann, Warren
**Cc:** jackiemuthoka87@gmail.com
**Subject:** Step 1 update and Pediatrics rotation

[Quoted text hidden]
[Quoted text hidden]

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                                    Wed, Oct 2, 2019 at 10:19 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

---

**From:** Muthoka, Jackline <jmuthoka@uci.edu>
**Sent:** Wednesday, December 5, 2018 4:16 PM
**To:** Major, Carol <camajor@uci.edu>
**Subject:** Fwd: Step 1 update and Pediatrics rotation

Hi Dr. Major,
Here is the email from Dr. Wiechmann

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

PL-02588

Begin forwarded message:

[Quoted text hidden]
[Quoted te t hidden]

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                                      Mon, Mar 2, 2020 at 2:45 AM
To: jackline muthoka <jackiemuthoka87@gmail.com>

---

**From:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Sent:** Wednesday, October 2, 2019 10:19 PM
**To:** jackline muthoka <jackiemuthoka87@gmail.com>
**Subject:** Fw: Step 1 update and Pediatrics rotation

[Quoted text hidden]
[Quoted text hidden]

PL-02589

 Gmail

**Jackline Muthoka <jackiemuthoka87@gmail.com>**

## Fw: Schedule options
1 message

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                    Mon, Mar 2, 2020 at 2:45 AM
To: jackline muthoka <jackiemuthoka87@gmail.com>

**From:** Muthoka, Jackline <jmuthoka@uci.edu>
**Sent:** Friday, November 9, 2018 8:05 AM
**To:** Wiechmann, Warren <wiechmaw@uci.edu>
**Cc:** Dean, Terri <tdean@uci.edu>
**Subject:** Re: Schedule options

Hi  Dr. Wiechmann,
Sure that sounds good. I have a question though, is it possible to give Luis and Joy an okay so they can process my
Financial Aid? I have no money  to pay for all the things I need for the peds rotations. Please let me know, thanks!
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

On Nov 9, 2018, at 12:57 AM, Wiechmann, Warren <wiechmaw@uci.edu> wrote:

> Jackie,
>
> Terri and I were spending time on this today; however, we could not complete a full schedule for
> you.  So for now, you should start PEDIATRICS on Monday and we'll work on filling in the schedule.
>
> We are still not sure if we can fit all of your requirements plus the MBA in within 5 total years.
> The other consideration as well is that you need to complete all of 3rd year and take Step 2 prior to
> starting the MBA — we're running through options to try and make that happen as well.
>
> More to come; however, you will start PEDIATRICS on Monday.
>
>
>
> - ww
>
> **Warren Wiechmann, MD, MBA**
> Associate Dean of Clinical Science Education and Educational Technology
> Associate Professor of Clinical Emergency Medicine
> UC Irvine Health School of Medicine
> : : wiechmaw@uci.edu
> : : @warrenwiechmann
> : : 949-824-3837
>
> Want to schedule a meeting? **http://bit.ly/meetwarren**

PL-02590

This message may contain confidential information and is for the sole use of the intended recipient(s)  If you are not the intended recipient, do not use, distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-7006 immediately if you have received this e mail in error  E mail transmission cannot be guaranteed to be secure or error free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e mail transmission

PL-02591

| | |
|---|---|
| **From:** | Dean, Terri |
| **Sent:** | Wednesday, July 10, 2019 12:16 PM |
| **To:** | Wiechmann, Warren; Osborn, Megan |
| **Subject:** | FW: Post-Step 1 Third Year Scheduling |

Found an email in which Jackie was told about the 1 year deadline

**From:** Wiechmann, Warren <wiechmaw@uci.edu>
**Sent:** Monday, September 17, 2018 12:28 PM
**To:** Muthoka, Jackline <jmuthoka@uci.edu>
**Cc:** Dean, Terri <tdean@uci.edu>; Toohey, Julianne <jtoohey@uci.edu>
**Subject:** Post-Step 1 Third Year Scheduling

Dear Jackie,

I wanted to touch base with you regarding the remaining part of your third year.  I do not see that you have scheduled a date for your Step 1 exam, but because of the necessary time needed to retake Step 1, you will be placed on an extended curriculum.  This is because there will not be enough weeks in the calendar to finish all of your third year requirements AND apply for residencies in the May-October window of what would have been your fourth year.

Based on that, the remainder of your time in medical school will look something like this:
    Fall 2018-May 2019 — First part of your 3rd year
    May 2019-Winter 2019 — Complete remainder of third year
    Winter 2019-June 2021 — Complete 4th year requirements
    May 2020 — begin Sub-I's, specialty specific electives
    September 2020 — apply for the Match
    October 2020 — Residency Interviews
    February 2021 — Rank Lists Due
    March 2021 — Match Day
    March 2021 — Clinical Foundations IV
    June 2021 — Graduation

I also see that you have to retake the Surgery shelf examination — while you have a year to do this from the time of that exam, I would recommend completing this before you restart your clerkships in earnest.

I wanted to make sure this was clearly communicated for a few reasons:
1.  As we extend your curriculum, you will have extra time where you may not need to take electives.  This time could be used for research and projects to help improve your competitiveness for residency.  It will be important to work closely with a specialty or career advisor near the end of your third year to map out more detail.  You will also work closely with Luis Medina as taking time off will have some financial aid implications.

2. You may want to familiarize yourself with the Extended Curriculum policies in the Student Handbook.  https://ucisom.instructure.com/courses/106/pages/policy-on-extended-curriculum-program

3. This new timeline will put you at a planned six years for completion of your MD degree.  The student handbook has a requirement of completing all degree requirements within six years from your original start date, so in short, we can not extend your curriculum an additional year.  For more

information, you can review that part of the handbook
here: https://ucisom.instructure.com/courses/106/pages/leaves-of-absence-policy

We'll also be sending a Curriculum Re-Entry plan for you to sign-off on when we finalize your
schedule.   As always, if you have any questions, don't hesitate to reach out.

Thanks!


- ww

**Warren Wiechmann, MD, MBA**
Associate Dean of Clinical Science Education and Educational Technology
Associate Professor of Clinical Emergency Medicine
UC Irvine Health School of Medicine
: : wiechmaw@uci.edu
: : @warrenwiechmann
: : 949-824-3837

Want to schedule a meeting? **http://bit.ly/meetwarren**

PL-02593

**From:**            Wiechmann, Warren
**Sent:**            Wednesday, July 10, 2019 12:30 PM
**To:**              Dean, Terri; Osborn, Megan
**Subject:**         Re: Post-Step 1 Third Year Scheduling

Thanks for this.
For the records, Jackie was reminded about  step 1 and surgery test dates in September.

-ww


**Warren Wiechmann, MD, MBA**
Associate Dean of Clinical Science Education and Educational Technology
Associate Professor of Clinical Emergency Medicine
UC Irvine Health School of Medicine
: : wiechmaw@uci.edu
: : @warrenwiechmann
: : 949.824.3837 (office)


Want to schedule a meeting? **http://bit.ly/meetwarren**


On Jul 10, 2019, at 12:15 PM, Dean, Terri <tdean@hs.uci.edu> wrote:

> Found an email in which Jackie was told about the 1 year deadline

> **From:** Wiechmann, Warren <wiechmaw@uci.edu>
> **Sent:** Monday, September 17, 2018 12:28 PM
> **To:** Muthoka, Jackline <jmuthoka@uci.edu>
> **Cc:** Dean, Terri <tdean@uci.edu>; Toohey, Julianne <jtoohey@uci.edu>
> **Subject:** Post-Step 1 Third Year Scheduling
>
> Dear Jackie,
>
> I wanted to touch base with you regarding the remaining part of your third year.  I do
> not see that you have scheduled a date for your Step 1 exam, but because of the
> necessary time needed to retake Step 1, you will be placed on an extended
> curriculum.  This is because there will not be enough weeks in the calendar to finish
> all of your third year requirements AND apply for residencies in the May-October
> window of what would have been your fourth year.
>
> Based on that, the remainder of your time in medical school will look something like
> this:
>     Fall 2018-May 2019 — First part of your 3rd year
>     May 2019-Winter 2019 — Complete remainder of third year
>     Winter 2019-June 2021 — Complete 4th year requirements
>     May 2020 — begin Sub-I's, specialty specific electives

September 2020 — apply for the Match
October 2020 — Residency Interviews
February 2021 — Rank Lists Due
March 2021 — Match Day
March 2021 — Clinical Foundations IV
June 2021 — Graduation

I also see that you have to retake the Surgery shelf examination — while you have a year to do this from the time of that exam, I would recommend completing this before you restart your clerkships in earnest.

I wanted to make sure this was clearly communicated for a few reasons:
1.  As we extend your curriculum, you will have extra time where you may not need to take electives.  This time could be used for research and projects to help improve your competitiveness for residency.  It will be important to work closely with a specialty or career advisor near the end of your third year to map out more detail.  You will also work closely with Luis Medina as taking time off will have some financial aid implications.

2. You may want to familiarize yourself with the Extended Curriculum policies in the Student Handbook.  https://ucisom.instructure.com/courses/106/pages/policy-on-extended-curriculum-program

3. This new timeline will put you at a planned six years for completion of your MD degree.  The student handbook has a requirement of completing all degree requirements within six years from your original start date, so in short, we can not extend your curriculum an additional year.  For more information, you can review that part of the handbook here: https://ucisom.instructure.com/courses/106/pages/leaves-of-absence-policy

We'll also be sending a Curriculum Re-Entry plan for you to sign-off on when we finalize your schedule.   As always, if you have any questions, don't hesitate to reach out.

Thanks!


- ww

**Warren Wiechmann, MD, MBA**
Associate Dean of Clinical Science Education and Educational Technology
Associate Professor of Clinical Emergency Medicine
UC Irvine Health School of Medicine
: : wiechmaw@uci.edu
: : @warrenwiechmann
: : 949-824-3837

Want to schedule a meeting? **http://bit.ly/meetwarren**

| | |
|---|---|
| **From:** | Martinez, Andrea A.- Clerkship Coordinator |
| **Sent:** | Thursday, July 11, 2019 1:57 PM |
| **To:** | Wiechmann, Warren; Dean, Terri |
| **Subject:** | Due Process - Muthoka, Jackline |
| **Attachments:** | Muthoka, Jackline.zip |

Attached are the violation notices for Jackline Muthoka along with other documents that can be pulled together for the full report to the Promotions and Honors Committee. Let me know what you think and if you want me to start compiling everything together into a report.

Thank you,
Andrea Martinez
Curricular Affairs Coordinator
University of California, Irvine
School of Medicine | Office of Medical Education
P: 949-824-9162| F: 714-456-5880
andreaam@uci.edu

# Exhibit 3b

PL-02597

 Gmail

Jackline Muthoka <jackiemuthoka87@gmail.com>

### RE: USMLE Step 1 ref:_00D46pfBg._5004659HWs:ref
4 messages

**disabilityservices@nbme.org** <disabilityservices@nbme.org>
To: jackiemuthoka87@gmail.com

Fri, Dec 1, 2017 at 1:25 PM

RE: Step 1                 USMLE ID#: 5-402-796-6

Dear Ms. Jackline Muthoka:

The National Board of Medical Examiners (NBME) processes requests for test accommodations on behalf of the United States Medical Licensing Examination (USMLE) program. We have received your request for test accommodations for the USMLE Step 1.

Before we can begin to process your request, you must do the following:

Please provide to us the documentation from your mental health provider that Rosezetta N. Henderson said she reviewed in her November 20, 2017 letter.

Once we have received this additional documentation, we will process your request and submitted documentation. If necessary, we may contact you to request additional information.

All written correspondence regarding your request, including the decision letter, will be sent to you electronically via email. When our review is complete, you will receive an email from us with the decision letter attached as a pdf document. You must let us know if you would also like a hard-copy of the decision letter sent via U.S. mail, or if you prefer that we use an email address other than the one on file.

If you have any questions about the review process, please feel free to contact me at (215) 590-9700 or reply to this e-mail.

Sincerely,

Elisea Hewitson
Disability Services Specialist
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102
215-590-9700
disabilityservices@nbme.org

This email message and any attachments may contain privileged and/or confidential business information and are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender immediately by reply email and destroy all copies of the original message and any attachments.

**jackline muthoka** <jackiemuthoka87@gmail.com>
To: r.henderson@uci.edu

Fri, Dec 1, 2017 at 1:49 PM

Hi Rosezetta,
The NBME received my documents and this is the email I received from them. Do you have this document they are asking for?
Please let me know.
Thanks!
Jackie

Best,
Jackline Muthoka MS2
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

Begin forwarded message:

[Quoted text hidden]

**jackline muthoka** <jackiemuthoka87@gmail.com>
To: "disabilityservices@nbme.org" <disabilityservices@nbme.org>

Fri, Dec 1, 2017 at 2:00 PM

PL-02598

Good afternoon Elisea,

I hope this email finds you well. I believe Rosezetta was referring to this document from my psychiatrist. I don't see any other psychiatrist and I had asked for the document when I met with her. I forwarded her this email and if there are additional documentation, I will let you know. Here is the photo of the document. It is also included in the packet that I send you. Please let me know if you need any additional documentation and if there is anything else that I need to provide you with.



Thanks!
Jackie

Best,
Jackline Muthoka MS2
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

[Quoted text hidden]

**Rosezetta Henderson** <r.henderson@uci.edu>
To: jackline muthoka <jackliemuthoka87@gmail.com>

Fri, Dec 1, 2017 at 5:00 PM

Hi Jackie,

I believe you submitted the attached documentation. That is the documentation that was referred to my letter and the only

PL-02599

10/3/2019 8:59 PM

# UCIRVINE | DISABILITY SERVICES CENTER STUDENT AFFAIRS

100 Disability Services, Irvine, ~~CA, 92697-52~~
949.824.7494    949.824.3083 fa

## Verification of Mental Health Evaluation

Student Name (Please PRINT clearly)  Jackline Mulmoka                    Birthdate 09|06| 1987

*I am requesting academic support services through the Disability Services Center at UCI. They require current and comprehensive documentation of my mental health condition. Please respond to the following questions as soon as possible and return to me or send by mail or fax. I authorize the Disability Services Center at UCI to contact you if clarification is needed.*

Student Signature _____ Date 2/16/17   UCI ID # 86882088

Physician/Provider Name (print): Anju Hurria

Phone: (714) 456-9473                                    Title: m.D.

                                         Fax: 714-456-5117

Organization & Address: UCI = 101 City Drive Orange CA

1. The Health Care Professional listed above must complete this form in its entirety.
2. Please describe the resulting limitations, symptoms, and/or side effects of medications experienced by the student in the educational environment.

| DSM Code | Disorder or Condition | Limitations/Symptoms/Side Effects |
|---|---|---|
| F 40.2 | Specific phobia - test anxiety | anxiety around exams - would benefit from extended time. |

### Additional Questions

9|1|14  Date of Diagnosis        9|1|16 Date of Initial Meeting        2|1|17 Date of Last Professional Contact        as needed Frequency of Visits (i.e. weekly, monthly, etc.)

1. Is the individual currently in treatment with you? (Please circle one)   Yes   No

2. In addition to the DSM criteria, how did you arrive at your diagnosis?

☑ Structured/unstructured interviews with the student   ☐ Interviews with other persons   ☑ Behavioral observations

☑ Developmental History   ☑ Educational History   ☐ Medical History

☐ Neuro-psychological/Psycho-educational testing   ☐ Standardized or non-standardized rating scales   ☐ Other: _____

Date(s) of Testing: _____

3. Is there anything else you would like us to know about the student? (Optional)

_____

Prognosis: Good                         Expected Duration: 1 - 2 years

*This information is correct and accurate to the best of my knowledge on my recent evaluation of this patient and/or my review of records.*

Physician Signature: _____

License #: Q107533   Date: 3/1/17

*...al information on this form will remain confidential.*

PL-02600

# UCIRVINE | DISABILITY SERVICES CENTER STUDENT AFFAIRS

100 Disability Services, Irvine, CA, 92697-52
949.824.7494 · 949.824.

## Verification of Mental Health Evaluation

Student Name (Please PRINT clearly) _Jaxxire  Mutnoka_    Birthdate _09/06/1987_

*I am requesting academic support services through the Disability Services Center at UCI. They require current and comprehensive documentation of my mental health condition. Please respond to the following questions as soon as possible and return to me or send by mail or fax. I authorize the Disability Services Center at UCI to contact you if clarification is needed*

Student Signature _[signature]_    Date _2/16/17_    UCI ID # _86882088_

Physician/Provider Name (print): _Anju Hurria_

Phone: _(714) 456-7473_    Title: _____

Fax: _____

Organization & Address: _____

1. The Health Care Professional listed above must complete this form in its entirety.
2. Please describe the resulting limitations, symptoms, and/or side effects of medications experienced by the student in the educational environment.

| DSM Code | Disorder or Condition | Limitations/Symptoms/Side Effects |
|---|---|---|
| | | |
| | | |
| | | |

## Additional Questions

_____ Date of Diagnosis    _____ Date of Initial Meeting    _____ Date of Last Professional Contact    _____ Frequency of Visits (i.e. weekly, monthly, etc.)

1. Is the individual currently in treatment with you? (Please circle one)    Yes    No

2. In addition to the DSM criteria, how did you arrive at your diagnosis?

☐ Structured/unstructured interviews with the student    ☐ Interviews with other persons    ☐ Behavioral observations

☐ Developmental History    ☐ Educational History    ☐ Medical History

☐ Neuro-psychological/Psycho-educational testing    ☐ Standardized or non-standardized rating scales    ☐ Other: _____
Date(s) of Testing: _____

3. Is there anything else you would like us to know about the student? *(Optional)*

_____

Prognosis: _____    Expected Duration: _____

This information is correct and accurate to the best of my knowledge on my recent evaluation of this patient and/or my review of records.

Physician Signature: _____    License #: _____    Date _____

*All information on this form will remain confidential*

PL-02601

 Gmail

**Jackline Muthoka <jackiemuthoka87@gmail.com>**

**Fw:**
2 messages

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                           Wed, Oct 2, 2019 at 11:56 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

From: Toohey, Julianne <jtoohey@uci.edu>
Sent: Thursday, June 21, 2018 1:27 PM
To: Muthoka, Jackline
Cc: Guirguis, Nancy
Subject:

Hello Jackie,

I have spoken extensively to the NBME regarding any possible recourse for additional time due to a language issue.

I have received their final word that because this is not a defined ADA disability, they are unable to provide any assistance.

I am sorry that this is not possible for you. Please let me know how you are doing with exam preparation.

Dr. Toohey

Sent from my iPhone

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not use, distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-7006 immediately if you have received this e-mail in error. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                           Wed, Oct 2, 2019 at 11:57 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

From: Muthoka, Jackline <jmuthoka@hs.uci.edu>
Sent: Wednesday, October 2, 2019 11:56 PM

PL-02602
10/3/2019 7:05 PM

 **Gmail**

**Jackline Muthoka <jackiemuthoka87@gmail.com>**

## Fw:
6 messages

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>
To: jackline muthoka <jackiemuthoka87@gmail.com>

Wed, Oct 2, 2019 at 11:44 PM

**From:** Toohey, Julianne <jtoohey@uci.edu>
**Sent:** Wednesday, May 30, 2018 12:36 PM
**To:** Muthoka, Jackline <jmuthoka@uci.edu>
**Subject:**

Hello Jackie,

I was informed today that unfortunately you did not pass Step 1. I am very sorry to hear this and know that you worked very hard to prepare for the exam. Please do not panic-we will figure out what is your next best course!

We really need to reflect on why you think you did not perform to your capability-anxiety that is not controlled, reading issues, prep materials or test taking strategy. Think about this a bit and we should meet soon to discuss. I usually strongly recommend a formal prep course in this situation-I know that they are expensive, but they have good results.

For now, you will complete your current clerkship, then take an academic leave of absence in order to prepare for and pass Step 1.

Please let me know when it would be convenient to meet. I am in MedEd in Irvine on Thursday, Friday, Monday and will be at the Medical Center on Tuesday.

Take care! You will do ok!

Dr. Toohey

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not use, distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-7006 immediately if you have received this e-mail in error. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>
To: jackline muthoka <jackiemuthoka87@gmail.com>

Wed, Oct 2, 2019 at 11:45 PM

**From:** Toohey, Julianne <jtoohey@uci.edu>
**Sent:** Thursday, July 5, 2018 12:48 PM
**To:** Muthoka, Jackline <jmuthoka@uci.edu>
**Subject:** RE:

Hello Jackie,



We have received the final work from NBME-they will not be extending accommodations for you. I am sorry about this and want to ensure that you are doing all you need to do your best on the exam. Have you decided to take a formal course or do you think continuing to work on questions will serve you best?

When are you planning on retaking the exam?

Dr. Toohey

---

**From:** Muthoka, Jackline
**Sent:** Monday, June 18, 2018 4:51 AM
**To:** Toohey, Julianne
**Subject:** Re: RE:

Good morning Dr. Toohey,
I hope you had a wonderful weekend. I was wondering if you've heard back from NBME regarding step 1 accommodation. Please let me know, thank you.
Have a great week!
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400


On Jun 5, 2018, at 3:45 PM, Toohey, Julianne <jtoohey@uci.edu> wrote:

> No worries at all-drive safely!!
>
> Sent from my iPhone
>
> On Jun 5, 2018, at 3:39 PM, Muthoka, Jackline <jmuthoka@uci.edu> wrote:
>
>> Hi Dr. Toohey,
>> I'm on my way but will will be late. The traffic is really bad on 55 and 5 freeways. I apologize about that!
>> See you soon, Jackie
>>
>> Best,
>> Jackline Muthoka MS3

PL-02604

UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

On Jun 4, 2018, at 4:11 PM, Toohey, Julianne <jtoohey@uci.edu> wrote:

Great! Just come on over tomorrow when you are done. I will be in Bldg 200 on the 6th floor seeing patients.

See you then!

Dr. T

Sent from my iPhone

On Jun 3, 2018, at 9:56 PM, Muthoka, Jackline <jmuthoka@uci.edu> wrote:

Hi Dr. Toohey,
I hope you had a great weekend! I am available to meet on Tuesday afternoon anytime after 3:45 pm- I have anatomy lab until 3:00pm on campus and can head to medical center afterwards. Does this time work with your schedule? Please let me know if this doesn't work and I can work with my resident to find a time that I can leave earlier to make to the meeting . Thank you

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

On May 31, 2018, at 8:17 PM, Toohey, Julianne <jtoohey@uci.edu> wrote:

Of course! Anytime!

Sent from my iPhone

On May 31, 2018, at 7:49 PM, Muthoka, Jackline <jmuthoka@uci.edu> wrote:

Hi Dr. Toohey,
Thank you for the email. Can I please get back to you on this over the weekend?
Thank you,
Jackie

**From:** Toohey, Julianne

**Sent:** Wednesday, May 30, 2018 12:36 PM
**To:** Muthoka, Jackline
**Subject:**

Hello Jackie,

I was informed today that unfortunately you did not pass Step 1. I am very sorry to hear this and know that you worked very hard to prepare for the exam. Please do not panic-we will figure out what is your next best course!

We really need to reflect on why you think you did not perform to your capability-anxiety that is not controlled, reading issues, prep materials or test taking strategy. Think about this a bit and we should meet soon to discuss. I usually strongly recommend a formal prep course in this situation-I know that they are expensive, but they have good results.

For now, you will complete your current clerkship, then take an academic leave of absence in order to prepare for and pass Step 1.

Please let me know when it would be convenient to meet. I am in MedEd in Irvine on Thursday, Friday, Monday and will be at the Medical Center on Tuesday.

Take care! You will do ok!

Dr. Toohey

[Quoted text hidden]

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                    Wed, Oct 2, 2019 at 11:46 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

**From:** Toohey, Julianne <jtoohey@uci.edu>
**Sent:** Monday, June 18, 2018 8:02 AM
**To:** Muthoka, Jackline <jmuthoka@uci.edu>
**Subject:** Re: RE:

Hello Jackie,

Yes, I've talked to them several times and I am speaking with a director tomorrow-she has been out of town.

I will get back to you right after lur phone meeting!

Dr. T

Sent from my iPhone
[Quoted text hidden]
[Quoted text hidden]

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                    Wed, Oct 2, 2019 at 11:46 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

PL-02606

**From:** Muthoka, Jackline <jmuthoka@uci.edu>
**Sent:** Friday, July 6, 2018 5:32 AM
**To:** Toohey, Julianne <jtoohey@uci.edu>
**Subject:** Re: RE:

Good morning Dr. Toohey,
I'm sorry for taking such a long time to reply to your email. I was a bit shocked and stressed out and I still don't know what I need to do yet. Can I get back to you on this after my shelf please?
Thanks
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

On Jul 5, 2018, at 12:48 PM, Toohey, Julianne <jtoohey@uci.edu> wrote:

Hello Jackie,

We have received the final work from NBME-they will not be extending accommodations for you. I am sorry about this and want to ensure that you are doing all you need to do your best on the exam. Have you decided to take a formal course or do you think continuing to work on questions will serve you best?

When are you planning on retaking the exam?

Dr. Toohey

**From:** Muthoka, Jackline
**Sent:** Monday, June 18, 2018 4:51 AM
**To:** Toohey, Julianne
**Subject:** Re: RE:

[Quoted text hidden]

[Quoted text hidden]

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                                    Wed, Oct 2, 2019 at 11:49 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

**From:** Muthoka, Jackline <jmuthoka@uci.edu>
**Sent:** Monday, June 18, 2018 4:51 AM
**To:** Toohey, Julianne <jtoohey@uci.edu>
**Subject:** Re: RE:

 Gmail                                    Jackline Muthoka <jackiemuthoka87@gmail.com>

## Fw: Budget Add-On - Funds for Prep-Course
1 message

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                          Thu, Oct 3, 2019 at 12:35 AM
To: jackline muthoka <jackiemuthoka87@gmail.com>

**From:** Luis J Medina <lmedina@uci.edu>
**Sent:** Friday, July 20, 2018 2:11 PM
**To:** Muthoka, Jackline <jmuthoka@uci.edu>
**Cc:** Toohey, Julianne <jtoohey@uci.edu>; Medina, Luis J. <lmedina@uci.edu>
**Subject:** Budget Add-On - Funds for Prep-Course

Hi Jackie,

I met with Dr. Toohey. As per her email, she is approving the Kaplan prep course. We will offer you a GraduatePLUS loan in the amount of $5,225 to cover the prep course, step1 fees, and study material subscriptions. Please note that we will need you to submit receipts for all these expenses.

Instructions to accept the loan:

1. Go to our website at http://www.ofas.uci.edu/som
2. Log on to My Aid
3. Select "Fall 2017 through Summer 2018" from the drop-down box
4. Click on My Aid Award
5. Go through the different screens to accept the loan

Please let me know if you have questions.

Thank you,

Luis J. Medina, MS, MBA
Director
Financial Aid Office
School of Medicine
University of California, Irvine
836 Medical Education Building, Room 1012
Irvine, CA 92697-4089
(949) 824-4605
(949) 824-1014 fax
www.ofas.uci.edu/som

State of California Disclosure:
Federal student loans are available to most students regardless of income and provide a range of repayment options including income-based repayment plans and loan forgiveness benefits, which other education loans are not required to provide.

Confidentiality Statement:

PL-02608

This email message, including any attachments, is for sole use of the intended recipient(s), and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email, and delete the original and all copies of this email.

**From:** Muthoka, Jackline [mailto:jmuthoka@uci.edu]
**Sent:** Thursday, July 19, 2018 12:57 PM
**To:** Luis J Medina <lmedina@uci.edu>
**Subject:** Fwd: J. Muthoka - Budget Add-On - Funds for Prep-Course

Hi Luis,
I hope you are having a great day. I came across this email from Dr. Toohey that she actually approved me taking the prep course. I am not sure if you saw it.
Thanks!
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400


Begin forwarded message:

> **From:** "Toohey, Julianne" <jtoohey@uci.edu>
> **Date:** June 21, 2018 at 9:57:44 AM PDT
> **To:** "Medina, Luis J." <lmedina@uci.edu>
> **Cc:** "Muthoka, Jackline" <jmuthoka@uci.edu>
> **Subject: Re: J. Muthoka - Budget Add-On - Funds for Prep-Course**
>
> Dear Mr. Medina,
>
> It is important for Jackline Muthoka to take a formal preparation course for USMLE Step 1 examination. I believe that this is necessary in order for her to successfully complete this graduation requirement.
>
> I appreciate you assistance in helping g her find this course.
>
> Regards,
>
> Julianne Toohey
> Associate Dean for Academic and Student Affairs
>
> Sent from my iPhone
>
> On Jun 21, 2018, at 9:33 AM, Luis J Medina <lmedina@uci.edu> wrote:
>
>> Hi Jackline,
>>
>> Yes, I met with Dr. Toohey. Here is what we need you to do:

PL-02609

1. Ask Dr. Toohey to send me an email explaining the need for you to take a prep-course.
2. You need to send me an email requesting additional funding with estimates for what you need.
3. We will review your request and determine how much we can approve and award you funds. You will then need to immediately accept the funds so that they disburse quickly
4. You will then provide documentation of what the funds were used for. We will need copies of receipts, checks cancelled, etc. Please note that the funds will need to returned if receipts and documentation are not provided.

Please let me know if you have questions.

Thank you,
Luis J. Medina, MS, MBA
Director
Financial Aid Office
School of Medicine-course
University of California, Irvine
836 Medical Education Building, Room 1012
Irvine, CA 92697-4089
(949) 824-4605
(949) 824-1014 fax
www.ofas.uci.edu/som

State of California Disclosure:
Federal student loans are available to most students regardless of income and provide a range of repayment options including income-based repayment plans and loan forgiveness benefits, which other education loans are not required to provide.

Confidentiality Statement:
This email message, including any attachments, is for sole use of the intended recipient(s), and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email, and delete the original and all copies of this email.

**From:** Muthoka, Jackline [mailto:jmuthoka@uci.edu]
**Sent:** Thursday, June 21, 2018 8:27 AM
**To:** Luis J Medina <lmedina@uci.edu>
**Subject:** Re: Financial Aid status

Hi Luis,
I hope you are well. Did you get any answers? Please let me know, thanks!
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

On Jun 18, 2018, at 7:53 AM, Luis J Medina <lmedina@uci.edu> wrote:

HI Jackie,

PL-02610

I have a meeting later this morning. I'll let you know of any updates afterward.

Thank you,

Luis J. Medina, MS, MBA
Director
Financial Aid Office
School of Medicine
University of California, Irvine
836 Medical Education Building, Room 1012
Irvine, CA 92697-4089
(949) 824-4605
(949) 824-1014 fax
www.ofas.uci.edu/som

State of California Disclosure:
Federal student loans are available to most students regardless of income and provide a range of repayment options including income-based repayment plans and loan forgiveness benefits, which other education loans are not required to provide.

Confidentiality Statement:
This email message, including any attachments, is for sole use of the intended recipient(s), and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email, and delete the original and all copies of this email.

**From:** Muthoka, Jackline [mailto:jmuthoka@uci.edu]
**Sent:** Monday, June 18, 2018 4:49 AM
**To:** Luis J Medina <lmedina@uci.edu>
**Subject:** Financial Aid status

Good morning Luis,.
I hope you had a great weekend. I am wondering if you were able to get any update from Dr. Toohey. Please let me know,
Thank you,
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not use,

PL-02611

# Exhibit 3c

PL-02612

**From:** Muthoka, Jackline <jmuthoka@uci.edu>
**Sent:** Friday, July 6, 2018 5:32 AM
**To:** Toohey, Julianne <jtoohey@uci.edu>
**Subject:** Re: RE:

Good morning Dr. Toohey,
I'm sorry for taking such a long time to reply to your email. I was a bit shocked and stressed out and I still don't know what I need to do yet. Can I get back to you on this after my shelf please?
Thanks
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

On Jul 5, 2018, at 12:48 PM, Toohey, Julianne <jtoohey@uci.edu> wrote:

Hello Jackie,

We have received the final work from NBME-they will not be extending accommodations for you. I am sorry about this and want to ensure that you are doing all you need to do your best on the exam. Have you decided to take a formal course or do you think continuing to work on questions will serve you best?

When are you planning on retaking the exam?

Dr. Toohey

**From:** Muthoka, Jackline
**Sent:** Monday, June 18, 2018 4:51 AM
**To:** Toohey, Julianne
**Subject:** Re: RE:

[Quoted text hidden]

[Quoted text hidden]

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                    Wed, Oct 2, 2019 at 11:49 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

---

**From:** Muthoka, Jackline <jmuthoka@uci.edu>
**Sent:** Monday, June 18, 2018 4:51 AM
**To:** Toohey, Julianne <jtoohey@uci.edu>
**Subject:** Re: RE:

PL-02613
10/3/2019 7:04 PM

 Gmail                                    **Jackline Muthoka <jackiemuthoka87@gmail.com>**

## Fw: Additional Leave of Absence
1 message

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                    Wed, Oct 2, 2019 at 9:37 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

**From:** Muthoka, Jackline <jmuthoka@uci.edu>
**Sent:** Monday, April 29, 2019 1:25 PM
**To:** Toohey, Julianne <jtoohey@uci.edu>
**Subject:** Fwd: Additional Leave of Absence

Good afternoon Dr. Toohey,
This is the email that I was referring to:

Joy,

Housing reviews requests for LoAs every quarter. May 2 will mean she's out for spring 2019 also. If this student does not plan on returning for the fall 2019 quarter, we will have to discuss how to process her request. Students cannot take a LoA and renew their lease for the following year if they are not going to be enrolled as a full time student for the fall quarter. For the winter 2019 quarter, Jackline has housing with her approved LoA

Jackline,

I received your voicemail regarding taking another leave of absence. With a university approved leave of absence, you can continue living in your apartment. Our office would need the same approvals as you received before. Your intent must be to return and enroll again after the absence. If it's more than a full academic year, additional supporting documents will be required for your exception to live in student housing while not enrolled. Please let me know if you have any other questions.

I apologize for the late reply,
Thanks!
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

PL-02614

Begin forwarded message:

**From:** VPAssign <vpassign@housing.hsg.uci.edu>
**Date:** January 2, 2019 at 1:51:43 PM PST
**To:** "Kim, Christina Joy" <ckim29@uci.edu>, "Muthoka, Jackline" <jmuthoka@uci.edu>
**Cc:** Elizabeth Franklin <enfrankl@uci.edu>
**Subject: RE: Additional Leave of Absence**

Joy,

Housing reviews requests for LoAs every quarter. May 2 will mean she's out for spring 2019 also. If this student does not plan on returning for the fall 2019 quarter, we will have to discuss how to process her request. Students cannot take a LoA and renew their lease for the following year if they are not going to be enrolled as a full time student for the fall quarter. For the winter 2019 quarter, Jackline has housing with her approved LoA.

Thank you,

Lora Romo
Assignments Lead, Verano Place
University of California, Irvine
6529 Adobe Circle Road, South
Irvine, CA 92617
http://www.housing.uci.edu/docs/maps/Map_VP.pdf
949.824.7118 (direct line)
949.824.5964 (front desk)
949.824.2617 (fax)

**From:** Kim, Christina Joy <ckim29@uci.edu>
**Sent:** Wednesday, January 2, 2019 9:53 AM
**To:** VPAssign <vpassign@housing.hsg.uci.edu>; Muthoka, Jackline <jmuthoka@uci.edu>
**Subject:** RE: Additional Leave of Absence

Hi Lora,

I have attached a copy of Jackline's approved leave of absence form. Please note that Jackline anticipates to return on May 2, 2019, but this date may change.

Best,

Joy Kim
Registrar – Medical Education
949-824-5283

**From:** VPAssign [mailto:vpassign@housing.hsg.uci.edu]

PL-02615

**Sent:** Wednesday, January 02, 2019 9:38 AM
**To:** Kim, Christina Joy; Muthoka, Jackline
**Subject:** RE: Additional Leave of Absence
**Importance:** High


Hope you had a wonderful holiday break.

Can you please provide an update on the leave of absence for Jackline?

Thank you,

Lora Romo
Assignments Lead, Verano Place
University of California, Irvine
6529 Adobe Circle Road, South
Irvine, CA 92617
http://www.housing.uci.edu/docs/maps/Map_VP.pdf
949.824.7118 (direct line)
949.824.5964 (front desk)
949.824.2617 (fax)


**From:** Kim, Christina Joy <ckim29@uci.edu>
**Sent:** Friday, December 14, 2018 3:56 PM
**To:** VPAssign <vpassign@housing.hsg.uci.edu>; Muthoka, Jackline <jmuthoka@uci.edu>
**Subject:** RE: Additional Leave of Absence


Hi Lora,

I can provide you with the approved leave of absence form once it has been fully completed. Hopefully it
gets approved within the next week.

Best,

Joy Kim
Registrar – Medical Education
949-824-5283


**From:** VPAssign [mailto:vpassign@housing.hsg.uci.edu]
**Sent:** Thursday, December 13, 2018 11:42 AM
**To:** Muthoka, Jackline
**Cc:** Kim, Christina Joy
**Subject:** Additional Leave of Absence
**Importance:** High


Jackline,



I received your voicemail regarding taking another leave of absence. With a university approved leave of
absence, you can continue living in your apartment. Our office would need the same approvals as you

PL-02616

received before. Your intent must be to return and enroll again after the absence. If it's more than a full academic year, additional supporting documents will be required for your exception to live in student housing while not enrolled. Please let me know if you have any other questions.

Thank you,

Lora Romo
Assignments Lead, Verano Place
University of California, Irvine
6529 Adobe Circle Road, South
Irvine, CA 92617
http://www.housing.uci.edu/docs/maps/Map_VP.pdf
949.824.7118 (direct line)
949-824.5964 (front desk)
949.824.2617 (fax)

**From:** Kim, Christina Joy <ckim29@uci.edu>
**Sent:** Wednesday, September 26, 2018 3:07 PM
**To:** VPAssign <vpassign@housing.hsg.uci.edu>
**Cc:** Muthoka, Jackline <jmuthoka@uci.edu>
**Subject:** RE: Action Required: Not Eligible for Housing – Enrollment Status

Hi Lora,

Jackline was approved to go on a leave of absence beginning July 16, 2018. She is currently set to return to the medical school on November 12, 2018. However, she has informed me that she is working with her advisor to return in mid-October instead. That request has not yet been approved.

Her enrollment in October/ November would count towards the Winter 2019 quarter. She will be billed for tuition and fees at that time.

Please let me know if I can provide you with any additional information.

Best,

Joy Kim
Registrar
University of California, Irvine
School of Medicine | Medical Education
836 Health Sciences Road, Room 1016
Irvine, CA 92617-4089
P: 949-824-5283
F: 949-824-2083

**From:** VPAssign [mailto:vpassign@housing.hsg.uci.edu]
**Sent:** Wednesday, September 26, 2018 1:30 PM
**To:** Kim, Christina Joy
**Cc:** Muthoka, Jackline

PL-02617

**Subject:** RE: Action Required: Not Eligible for Housing – Enrollment Status

Of course. Since we are working together on updating the status, we can give it until Monday if necessary.

Thank you,

Lora Romo
Assignments Lead, Verano Place
University of California, Irvine
6529 Adobe Circle Road, South
Irvine, CA 92617
http://www.housing.uci.edu/docs/maps/Map_VP.pdf
949.824.7118 (direct line)
949-824.5964 (front desk)
949.824.2617 (fax)

**From:** Kim, Christina Joy [mailto:ckim29@uci.edu]
**Sent:** Wednesday, September 26, 2018 1:20 PM
**To:** VPAssign <vpassign@housing.hsg.uci.edu>
**Cc:** Muthoka, Jackline <jmuthoka@uci.edu>
**Subject:** RE: Action Required: Not Eligible for Housing – Enrollment Status

Hello Lora,

We spoke yesterday over the phone about Jackline Muthoka's housing situation. I reached out to Jackline yesterday afternoon and I am waiting to hear back from her before sending you an official email with dates/information.

Is it possible for Jackline to receive an extension on today's deadline?

Best,

Joy Kim
Registrar – Medical Education
949-824-5283

**From:** Muthoka, Jackline
**Sent:** Friday, September 21, 2018 12:15 PM
**To:** Guirguis, Nancy
**Subject:** Fwd: Action Required: Not Eligible for Housing – Enrollment Status

Good afternoon Nancy,

I hope you are well. I received the email below from housing requesting me to provide them with documentation for my leave of absence and I was wondering if you know how I can go about it.

PL-02618

Please let me know,

Thanks!

Jackie

Best,
Jackline Muthoka MS3

UC Irvine School of Medicine

jmuthoka@uci.edu

7145986400/7143980106


Begin forwarded message:

> **From:** VPAssign <vpassign@housing.hsg.uci.edu>
> **Date:** September 21, 2018 at 1:14:51 PM CDT
> **To:** "Muthoka, Jackline" <jmuthoka@uci.edu>
> **Subject: RE: Action Required: Not Eligible for Housing – Enrollment Status**
>
> Jackie,
>
> Thank you for your prompt response. In order to live in on-campus housing, you must be
> enrolled full-time or have an approved leave. If you have an approved leave of absence,
> you can provide a copy of the approved request from the registrar and we'll update your
> status. With an approved leave of absence, there is not issue with your housing status.
> Please let me know when you plan on submitting your exceptions request along with the
> supporting documentation. We will need the documents no later than Wednesday,
> September 26, 2018 by noon.
>
> Thank you,
>
> Lora Romo
> Assignments Lead, Verano Place
> University of California, Irvine
> 6529 Adobe Circle Road, South
> Irvine, CA 92617
> http://www.housing.uci.edu/docs/maps/Map_VP.pdf
> 949.824.7118 (direct line)
> 949-824.5964 (front desk)
> 949.824.2617 (fax)
>
>
> **From:** Muthoka, Jackline [mailto:jmuthoka@uci.edu]
> **Sent:** Friday, September 21, 2018 10:56 AM
> **To:** VPAssign <vpassign@housing.hsg.uci.edu>
> **Subject:** RE: Action Required: Not Eligible for Housing – Enrollment Status
>
> Hi Romo,
>
> I hope you are well. Thank you for the email regarding my registration status. I just wanted

PL-02619

to let you know that I am on academic leave to study for my board exams and will resume classes in mid October. I am out of state right now taking a prep course for the exam and I am not in a position to provide you with the paper work you requested. I am in process of discussing with the school of medicine to figure out what I need to do because I was not aware that I need to give you any documentation. In the mean time, Please let me know what else you would need from me.

Thank you,

Jackie

**From:** VPAssign [vpassign@housing.hsg.uci.edu]
**Sent:** Friday, September 21, 2018 7:54 AM
**To:** Muthoka, Jackline
**Subject:** Action Required: Not Eligible for Housing – Enrollment Status

September 21, 2018

MUTHOKA, JACKLINE
Apartment # VP3131S
Student ID: 86882088
JMUTHOKA@UCI.EDU

Dear JACKLINE,

In order to maintain eligibility to reside in Verano, you must be a full-time, regularly enrolled, UCI student (12 units, fees paid).

If you have added units and are enrolled in 12 or more now, please respond to this message with that status.

The eligibility report has been generated. Our records indicate that you are not enrolled in 12 or more units and you have not been in contact with our office to make arrangements to vacate or to request an exception. As a result, at this time you are ineligible to continue living in Verano Place.

By 10 am, September 24, 2018 please do one of the following:

· Provide our office with updated records (i.e. your student id has changed).
· Become a full-time, regularly enrolled student by adding units and provide our office with updated enrollment status.
· Submit a request for an exception to eligibility for one of the following reasons and submit paperwork. You can request the exception petition form from the Verano Place Housing office.
ü Filing fee - Submit receipt and request either a 45-day notice to vacate or vacate on June 30, 2018

PL-02620

    ü Leave of Absence or Reduced Load - include a letter explaining why
    an exception is needed, paperwork from the registrar and any
    documents supporting your request.
   · Submit proof of graduation.

If your status is none of the above, you do not have an approved exception and you
are not going to be a full-time student, you will need to submit an Early Lease
Termination Form. Once approved and the paperwork is processed, changes cannot
be made. You are financially responsible for the charges through the approved lease
termination date noted on the lease termination form (if approved).

**Please make these corrections to your student status and notify our office of the**
**changes made. Please be sure to respond to this email and advise our office of**
**your current status to avoid being served a 3-Day Notice to Vacate.**

If you have any questions or would like to speak to the Verano Place staff regarding
your status, please respond to this email. You can also send an email to Verano Place
at vpassign@housing.hsg.uci.edu.

Thank you,

Lora Romo

Assignments Lead, Verano Place

---

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended
recipient, do not use, distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email
at hacompliance@uci.edu or by phone 888-456-7006 immediately if you have received this e-mail in error. E-mail transmission
cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or
incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this
message, which arise as a result of e-mail transmission.

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not
use, distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by
phone 888-456-7006 immediately if you have received this e-mail in error. E-mail transmission cannot be guaranteed to be secure or error-free as
information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept
liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not
use, distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by
phone 888-456-7006 immediately if you have received this e-mail in error. E-mail transmission cannot be guaranteed to be secure or error-free as
information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept
liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

PL-02621

 Gmail

Jackline Muthoka <jackiemuthoka87@gmail.com>

## ..UTHOKA, JACKLINE 86882088 - Notice to Vacate Due to Non-Enrollment Status

4 messages

**VPAssign** <vpassign@housing.hsg.uci.edu>                                                      Thu, Mar 14, 2019 at 3:19 PM
To: "Muthoka, Jackline" <jmuthoka@uci.edu>
Cc: "JACKIEMUTHOKA87@GMAIL.COM" <JACKIEMUTHOKA87@gmail.com>, Elizabeth Franklin <enfrankl@uci.edu>

MUTHOKA, JACKLINE   86882088

This letter is an update to your request to stay in on-campus housing while you were on a Leave of Absence. You have
not been enrolled as a full-time student since fall 2018 and were granted a Leave of Absence. The expectation was that
you would enroll as a full-time UCI student no later than the spring 2019 quarter and correct your academic status for
your program. After speaking with Joy Kim, Registrar – Medical Education, and getting an update regarding your status,
she agrees that it would be best for you to vacate and request housing at a later date. It is not possible for you to enroll in
the spring 2019 quarter based on your current academic status. We agree that although this may be stressful for you, you
will have to vacate and return to housing once you have been readmitted to the medical program.

We will honor your housing guarantee through your length of stay in your program based on the requirements to be
eligible for all graduate guarantee students https://www.housing.uci.edu/apply/Guarantees.html. We cannot guarantee
that we can meet the exact date or floor plan you request, however, we will do our best to accommodate your requests.

This is your 45-day notice to vacate. Here are the details regarding your Lease Termination:

**Lease Termination Date:** 4/30/2019

**Prorated Rent:** $557.00

**Key Return Deadline:** 4/30/19 by midnight

The next required step is to return the attached form to the Verano Office **no later than 3/21/2019 by 8 am.** The form is
attached for your convenience. You can fill out the paperwork and drop it off at the Verano Place Housing Office. Please
keep in mind that you will need to provide a forwarding address on this paperwork.

*If you do not complete the Lease Close-Out Paperwork by the deadline, your Lease Termination Date will require re-
calculation.*

After you complete the final Lease Close-Out paperwork, you will receive additional information on how to return keys and
what our expectations are for preparing your apartment for your departure. If you have any questions or concerns, please
feel free to contact the Verano Place Housing Office.

Thank you,

Lora Romo

Assignments Lead, Verano Place

University of California, Irvine

6529 Adobe Circle Road, South

Irvine, CA 92617

http://www.housing.uci.edu/docs/maps/Map_VP.pdf

949.824.7118 (direct line)

949-824.5964 (front desk)

949.824.2617 (fax)

PL-02622


📄 **Lease Termination Close Out_MUTHOKA.pdf**
   147K

**Jackline Muthoka** <jackiemuthoka87@gmail.com>             Thu, Mar 21, 2019 at 12:55 AM
To: VPAssign <vpassign@housing.hsg.uci.edu>

Hi Lora,

Thank you for the email and update. I am sorry to let you know that I won't be able to operate on such a short notice. I am
in this country by myself and so I won't be able to find a place, look for a roommate, and move within 45 days! I
submitted my leave of absence in November/ December It would have been nice if this was brought to my attention then.
I am studying for my exams right now and will be traveling to join a program and so I won't be around to move. Please let
me know if there is someone else I need to discuss this matter with so that we can come to an agreement.
Thank you,
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106
[Quoted text hidden]

            <Lease Termination Close Out_MUTHOKA.pdf>

**ᴾAssign** <vpassign@housing.hsg.uci.edu>             Thu, Mar 21, 2019 at 8:37 AM
.ₒ: Jackline Muthoka <jackiemuthoka87@gmail.com>, "Muthoka, Jackline" <jmuthoka@uci.edu>
Cc: Elizabeth Franklin <enfrankl@uci.edu>, Laura Dorfman <ldorfman@uci.edu>

Jackline,

As a non-UCI full-time student, you are not eligible for on-campus housing. You have not been enrolled as a full-time
student since fall 2018. The expectation was that you would enroll as a full-time UCI student no later than the spring
2019 quarter and correct your academic status for your program. After speaking with Joy Kim, Registrar – Medical
Education, and getting an update regarding your status, she agrees that it would be best for you to vacate and request
housing at a later date. It is not possible for you to enroll in the spring 2019 quarter based on your current academic
status. We agree that although this may be stressful for you, you will have to vacate and return to housing once you have
been readmitted to the medical program.

Your exception for a leave of absence was approved for winter 2019 only and started on December 3, 2018. We
understand that it may pose some challenges for you to move by April 30, 2019, but this is a required vacate date. You
can ask friends to help you move, put your belongings in storage until you find another housing situation, etc.

After speaking with the Verano Place Housing Director and Associate director, it was decided that there will not be
another exception approved for spring 2019 quarter. If you do not vacate by the required date of April 30, 2019, the
university will be forced to proceed with an eviction. Please let us know if you have any questions or concerns or if you
would like to schedule a meeting with housing.

Thank you,

Lora Romo

PL-02623

Assignments Lead, Verano Place

University of California, Irvine

6529 Adobe Circle Road, South

Irvine, CA 92617

http://www.housing.uci.edu/docs/maps/Map_VP.pdf

949.824.7118 (direct line)

949-824.5964 (front desk)

949.824.2617 (fax)

[Quoted text hidden]

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>        Wed, Oct 2, 2019 at 8:32 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

**From:** VPAssign <vpassign@housing.hsg.uci.edu>
**Sent:** Thursday, March 21, 2019 8:37 AM
**To:** Jackline Muthoka <jackiemuthoka87@gmail.com>; Muthoka, Jackline <jmuthoka@uci.edu>
**Cc:** Elizabeth Franklin <enfrankl@uci.edu>; Laura Dorfman <ldorfman@uci.edu>
**Subject:** RE: MUTHOKA, JACKLINE 86882088 - Notice to Vacate Due to Non-Enrollment Status

[Quoted text hidden]

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not use, distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-7006 immediately if you have received this e-mail in error. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

# Exhibit 3d

PL-02625

# UNIVERSITY OF CALIFORNIA, IRVINE

BERKELEY • DAVIS • IRVINE • LOS ANGELES • RIVERSIDE • SAN DIEGO • SAN FRANCISCO



SANTA BARBARA • SANTA CRUZ

**MARIELLA C. ZAVALA**
PH.D. CANDIDATE, MARKETING
PAUL MERAGE SCHOOL OF BUSINESS
IRVINE, CALIFORNIA 92697-3125

EMAIL: MZAVALAT@UCI.EDU
PHONE: (956) 562-5058

February 25, 2020

My name is Mariella Zavala and I am a PhD student in marketing at the Paul Merage School of Business at the University of California, Irvine. I am writing in support of Jackline Muthoka who was my roommate at Verano Place Housing from February 2017 to May 2019 (officially).

I was paired with Jackie in February 2017 as my new roommate at Verano Place Housing at UC Irvine and we immediately became close friends. It was not difficult to connect with Jackie because we both worked hard and motivated each other.

Jackie and I grew a close friendship as we opened up to each other about our work, family, and overall health. For example, it was always important to us to keep in good physical health because the stress of our work in our programs could easily get overwhelming. We encouraged each other to stay physically active and eat healthy. She often had food recommendations for me to keep good, high energy as she would say that we could use any extra bit to invest more hours into our work. We often encouraged each other in terms of how many hours we could afford to work each day without doing anything else. At times, we would even pack our lunch, dinner, and snacks and go to a public library where we would work together for hours and hours on end. I would usually be doing research on my laptop and she would be studying for her medical school exams and her classes. Jackie became one of the most important parts of my support network in my PhD program.

As time went by, I noticed Jackie's emotional energy was strained and different than before. She was visibly more frustrated as she shared with me that she did not understand why her efforts did not seem to lead anywhere. I also could not understand this because I was witness to her incredible work ethic and dedication. With comparable efforts, I was progressing in my own program as planned. She began to doubt herself more and more as time went by and put even more hours a day of work than before. She often declined invitations to social outings and get-togethers and became more particular about how she spent each hour. She would even stay up late working and wake up early the following day just to make three or four additional hours of work and studying for that day.

As her friend, the psychological stress that I witnessed Jackie endure was so incredible that I started to become more and more worried. When she explained that she found out that her success in her program may have been deliberately sabotaged, I was in utter disbelief. I could only imagine how betrayed she must have felt by a program that she was so proud to be a part of and contribute to in many ways. She was a role model for others, her work was proudly

advertised by her program, and those whose roles were to support her not only let her down, but may have actually interfered with her success. Hours and hours—that turned into days, months, and years—financial investment, sacrificed friendships and relationships, all that she had put into her program seemed to be for nothing.

In addition to all of this emotional distress, I learned that Jackie's housing support was going to be terminated in May 2020. She was expecting that the medical school would send a clarifying letter describing her intention to enroll in the program again to the Verano Housing Office. This would allow her to stay in our apartment, but this was not done in time. As a result, Jackie came to me one day, surprised and in shock, telling me that she was going to be left homeless out of the blue. She did not have time to prepare and research places to live nearby that fit her budget. In fact, the rental market in Irvine is so high, it was not realistic for her to find anything near UC Irvine in her price range and at such short notice. Through informal networks, she was able to find a room in someone's home, but these individuals ended up costing Jackie even more money when they suddenly went back on their offer. Devastated, once again Jackie shared with me that she had nowhere to go. From this point on, I offered Jackie my own room. Jackie stayed in my room as my guest during the summer of 2019. I thought I would treat her as a visitor if anyone had a problem with her staying there since I still had plenty of visitor parking hours left. If I got assigned a new roommate, my plan was to deal with that if the situation arose and share Jackie's predicament with my new roommate. I was not assigned any new roommates that entire summer, so Jackie and I lived there until my contract ran out with Verano Place at the end of August 2019.

Jackie's work ethic is unquestionable and her track record—both academic and extracurricular—attests clearly to it. I am still in disbelief at how her program could not act in time in order to prevent Jackie from losing her housing. I wish Jackie did not have to go through all of this additional psychological, emotional, and financial stress that this predicament caused.

If you require any additional information, please feel free to reach out to me.


Sincerely,

Mariella C. Zavala, Doctoral Candidate

# Exhibit 4a

PL-02628

11/10/2019

Case 8:23-cv-01333-FWS-JDE     Document 64-1     Filed 03/27/25     Page 200 of 417
Page ID #:1235
Mail - Muthoka, Jackline - Outlook

## Re: RE:

**Muthoka, Jackline**
Tue 1/24/2017 3:39 PM

To: Toohey, Julianne <jtoohey@hs.uci.edu>

I will. Thank you,
Jackie

Best,
Jackline Muthoka MS1
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

On Jan 24, 2017, at 2:21 PM, Toohey, Julianne <jtoohey@uci.edu> wrote:

> You are so welcome-keep me posted!!
>
> **From:** Muthoka, Jackline
> **Sent:** Tuesday, January 24, 2017 1:56 PM
> **To:** Toohey, Julianne
> **Subject:** Re:
>
> Thank you so much Dr. Toohey!
> Jackie
>
> Best,
> Jackline Muthoka MS1
> UC Irvine School of Medicine
> jmuthoka@uci.edu
> 7143980106 / 7145986400
>
> On Jan 23, 2017, at 8:02 PM, Toohey, Julianne <jtoohey@uci.edu> wrote:
>
>> Hello Jan,
>>
>> I hope that you are well! I have a wonderful student, Jackie Muthoka, who is actually
>> brilliant and speaks several languages. I have copied her on this email. However, since
>> English is not her first or second language, doing well on exams has been a challenge.
>> I realize that this is a language comprehension issue.
>>
>> Can you assist us with this? I believe that increased time for exams would make sense
>> for her.
>>
>> Thank you so much for you time! I know that you will love her...
>>
>> Julianne Toohey

On Wed, Feb 1, 2017 at 6:57 PM -0800, "Toohey, Julianne" <jtoohey@uci.edu> wrote:

Hi Jan,
Were you able see Jackie Muthoka?? I am worried about her-she is so
wonderful and I don't want her language comprehension to set her back...

Thanks so much,
Julianne

Sent from my iPhone

PL-02630

**From:** Toohey, Julianne <jtoohey@uci.edu>
**Sent:** Thursday, April 25, 2019 1:46 PM
**To:** Elizabeth Franklin <enfrankl@uci.edu>
**Subject:**

Hello Ms Franklin,

I met with Jackie Muthoka today and she remains upset about needing to vacate her apartment by 5/31 if she is not enrolled in the Spring, which she is not.

She informed me today that she had previously been told that she would be able to stay in her housing situation until August. Therefore, she worked as a caregiver to be able to save money for her housing without her financial aid until August. She feels that she followed the directions given and is now in a very difficult situation.

Jackie is in this country entirely alone and she has no one to assist her financially or with housing. Community apartments or rooms are all several hundred dollars more expensive than her current on campus housing and she was not expecting to vacate the premises due to what she thinks she was told previously. She has not been able to take her National Board Examination because she has applied for accommodations due to her language issues as a foreign student and this process takes many months. The Disabilities Service Center is helping with Jackie's application for testing accommodations, but this process is very slow and is the reason she is currently not enrolled for Spring.

I realize and greatly appreciate that housing is very tight, however, I am also very concerned that Jackie is in a difficult situation that will make it almost impossible for her to succeed. Had she been told earlier in the year that she could stay until August or did she misunderstand this?

I appreciate any help you can provide,

Julianne Toohey, MD
Associate Dean for Student Affairs

PL-02631

Re: Meeting regarding USMLE Step 1 accommodation

## Hurria, Anju

Mon 2/12/2018 1:37 PM

To: Muthoka, Jackline <jmuthoka@uci.edu>

Hi!  I think step one accommodation would be so helpful!  The best way to get it is to have the disability center test you and then submit paperwork on your behalf.  It is much stronger coming from the disability center.  My next availability is feb 23 at 230, 3, 330 and 4 if you would like to meet!  I am also done at 630 today.  Feel free to call me on my cell if you would like to discuss this then. 714-809-2863.

On Feb 12, 2018, at 12:20 PM, Muthoka, Jackline <jmuthoka@uci.edu> wrote:

> Good afternoon Dr. Hurricane,
> I hope you are well. I was wondering if I can schedule a meeting with you sometime this week when you have some time. I submitted my request for step 1 accommodation and I was denied and so I was wondering if there is a way you can help or advise me on what I can do to appeal because I know with the extended time, which I've received for all of my tests since first year, I will be able to to do well.
> Please let me know,
> Thank you!
> Jackie
>
> Best,
> Jackline Muthoka MS2
> UC Irvine School of Medicine
> jmuthoka@uci.edu
> 7143980106 / 7145986400

PL-02632

Fwd: Meeting regarding USMLE Step 1 accommodation

## Hurria, Anju
Mon 2/12/2018 1:35 PM
To: Toohey, Julianne <jtoohey@hs.uci.edu>

What do you advise for this?  Do they get testing from the disability center to help get accommodations?


Begin forwarded message:


**From:** "Muthoka, Jackline" <jmuthoka@uci.edu>
**Date:** February 12, 2018 at 12:20:18 PM PST
**To:** "Hurria, Anju" <ahurria@uci.edu>
**Subject: Meeting regarding USMLE Step 1 accommodation**


Good afternoon Dr. Hurricane,
I hope you are well. I was wondering if I can schedule a meeting with you sometime this week when you have some time. I submitted my request for step 1 accommodation and I was denied and so I was wondering if there is a way you can help or advise me on what I can do to appeal because I know with the extended time, which I've received for all of my tests since first year, I will be able to to do well.
Please let me know,
Thank you!
Jackie

Best,
Jackline Muthoka MS2
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

PL-02633

 **Gmail**

Jackline Muthoka <jackiemuthoka87@gmail.com>

## USMLE Accommodation
9 messages

**Jackline Muthoka** <jackiemuthoka87@gmail.com>
To: r.henderson@uci.edu

Mon, Apr 16, 2018 at 9:22 AM

Hi Rosezetta,
I hope you are well. I am just checking to see if you heard back from USMLE regarding step 1 accommodation.
Please let me know,
Thanks,
Jackie

Best,
Jackline Muthoka MS2
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

**Rosezetta Henderson** <r.henderson@uci.edu>
To: Jackline Muthoka <jackiemuthoka87@gmail.com>

Thu, Apr 19, 2018 at 11:50 AM

Hi Jackie,

I hope all is well with you also.

I have not heard back. I can try calling again. When are you taking it?

Best,

Rosezetta

Rosezetta N. Henderson, M.S.
Senior Disability Specialist
University of California, Irvine
100 Disability Services, Bldg 313
Irvine, CA 92697-5130
Voice (949) 824-7494 | Fax (949) 824-3083

http://www.disability.uci.edu

Strengths: Learner | Restorative | Arranger | Responsibility | Input

CONFIDENTIALITY NOTICE
This email communication and any attachments may contain confidential and privileged information for the sole use of the designated
recipient named above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is
prohibited. If you are not the intended recipient, please contact the sender and delete all copies.
[Quoted text hidden]

**jackline muthoka** <jackiemuthoka87@gmail.com>
To: Rosezetta Henderson <r.henderson@uci.edu>

Thu, Apr 19, 2018 at 12:24 PM

I'm taking it on May 3. Please let me know what they say. Thank you
Jackie

Best,
Jackline Muthoka MS2
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

[Quoted text hidden]

PL-02634

10/3/2019 9:03 PM

**Jackline Muthoka** <jackiemuthoka87@gmail.com>                                Mon, Apr 30, 2018 at 12:03 PM
To: r.henderson@uci.edu

Hi Rosezetta,
I hope you are well and had a great weekend. Have you heard anything from NBME? Should I call them to follow up or what's your advice?
Also, I just wanted to let you know that I changed my test date to Monday May 7th just so I can review one last time. Please let me know if
there is anything I need to do.
Have a great week!
Thanks,
Jackie

Best,
Jackline Muthoka MS2
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

Begin forwarded message:

[Quoted text hidden]

---

**Rosezetta Henderson** <r.henderson@uci.edu>                                  Mon, May 7, 2018 at 11:12 AM
To: Jackline Muthoka <jackiemuthoka87@gmail.com>

Hi Jackie,

I was out of the office last week. I was informed that you called me this morning. I left you a voicemail a few minutes ago.

I am glad to hear that you were able to push it back for another week to give you extra time to prepare. I believe you may be taking
your exam now. I wish you the best. The NBME decision is that your request did not qualify as a disability.



Feel free to call or email me.

Rosezetta

[Quoted text hidden]

---

**Rosezetta Henderson** <r.henderson@uci.edu>                                  Fri, Jun 1, 2018 at 4:54 PM
To: Jackline Muthoka <jackiemuthoka87@gmail.com>

Hi Jackie,

I am still working on providing a definite answer. Wanted to keep you updated.



Rosezetta

**From:** Rosezetta Henderson
**Sent:** Monday, May 07, 2018 11:12 AM
**To:** 'Jackline Muthoka' <jackiemuthoka87@gmail.com>
**Subject:** RE: USMLE Accommodation

Hi Jackie,

I was out of the office last week. I was informed that you called me this morning. I left you a voicemail a few minutes ago.

I am glad to hear that you were able to push it back for another week to give you extra time to prepare. I believe you may be taking your exam now. I wish you the best. The NBME decision is that your request did not qualify as a disability.

Feel free to call or email me.

Rosezetta

**From:** Jackline Muthoka [mailto:jackiemuthoka87@gmail.com]
**Sent:** Monday, April 30, 2018 12:03 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Jackline Muthoka** <jackiemuthoka87@gmail.com>                        Sun, Jun 3, 2018 at 1:34 AM
To: Rosezetta Henderson <r.henderson@uci.edu>

Sounds good, thank you!

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106
[Quoted text hidden]

---

**Jackline Muthoka** <jackiemuthoka87@gmail.com>                        Tue, Jun 5, 2018 at 10:01 PM
Draft To: thoohey

[Quoted text hidden]

---

**Jackline Muthoka** <jackiemuthoka87@gmail.com>                        Tue, Jun 5, 2018 at 10:05 PM
To: jtoohey@uci.edu, Jackline Muthoka <jackiemuthoka87@gmail.com>

Hi Dr. Toohey,

Here are the latest conversations, thank you!

Jackie

--------- Forwarded message ---------
From: **Jackline Muthoka** <jackiemuthoka87@gmail.com>
[Quoted text hidden]

**RE: Disability decision letter**

Rosezetta Henderson <r.henderson@uci.edu>

To: Muthoka, Jackline <jmuthoka@hs.uci.edu>
Cc: jackiemuthoka87@gmail.com <jackiemuthoka87@gmail.com>

Hi Jackie,

I do hope you are well. Seeing you in the lobby today, reminded me that I needed to double to check to see if I responded to you. I realized that I did not, my apologies. I was not contacted by the NBME directly. That was from our conversation about the denial letter you received.



Let me know if you have any questions.

Best,

Rosezetta

**From:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Sent:** Monday, November 04, 2019 2:16 PM
**To:** Rosezetta Henderson <r.henderson@uci.edu>
**Cc:** jackline muthoka <jackiemuthoka87@gmail.com>
**Subject:** Disability decision letter

Good afternoon Rrosezetta,

I hope you are doing well. I was wondering if you can email me the decision email/letter that you received from NBME stating that my request did not qualify as a disability from the email you sent me on May 07, 2018 attached below.

Thank you,

Jackie

Jackline Muthoka <jackiemutho
To: r.henderson@uci.edu

Hi Rosezetta,
I hope you are well and had a
Also, I just wanted to let you k
there is anything I need to do.
Have a great week!
Thanks,
Jackie

Best,
Jackline Muthoka MS2
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

Begin forwarded message:

[Quoted text hidden]

**Rosezetta Henderson <r.hende**
To: Jackline Muthoka <jackiemut

Hi Jackie,

I was out of the office last we

I am glad to hear that you we
your exam now. I wish you th

Feel free to call or email me.

Rosezetta

[Quoted text hidden]

---

**Rosezetta Henderson <r.hend**
To: Jackline Muthoka <jackiemu

Hi Jackie,

I am still working on providir

11/10/2019                                    Mail - Muthoka, Jackline - Outlook



Rosezetta

**From:** Rosezetta Henderson
**Sent:** Monday, May 07, 2018
**To:** 'Jackline Muthoka' <jack
**Subject:** RE: USMLE Accomm

Hi Jackie,

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

**Kim, Christina Joy**

| | |
|---|---|
| **From:** | Osborn, Megan |
| **Sent:** | Friday, November 1, 2019 11:52 AM |
| **To:** | Kim, Christina Joy; Guirguis, Nancy |
| **Subject:** | Re: NBME denial? |

Thank you so much everyone!!!

Megan Boysen Osborn, MD, MHPE
Associate Dean for Students
Vice Chair for Education
UC Irvine Department of Emergency Medicine
Office: (949) 824-4285
Cell: 714-851-7654
mbo@hs.uci.edu

Need to schedule a meeting with me?
https://outlook.office365.com/owa/calendar/OfficeofStudentSupport@healthuci.onmicrosoft.com/bookings/

If this communication involves discussion of patient care issues in the performance improvement process, it is protected from discovery by California Evidence Code 1157 as a confidential medical staff communication.

---

**From:** Kim, Christina Joy <ckim29@hs.uci.edu>
**Sent:** Friday, November 1, 2019 10:39:40 AM
**To:** Guirguis, Nancy <ngirguis@hs.uci.edu>; Osborn, Megan <mbo@hs.uci.edu>
**Subject:** RE: NBME denial?

Hi Nancy and Dr. Osborn,

I just called NBME and they informed me that the denial letters are sent directly to the student. They do not send out any items to 3rd parties or institutions unless they have a written consent from the student.

Best,

Joy Kim
Registrar – Medical Education
949-824-5283

-----Original Message-----
From: Guirguis, Nancy <ngirguis@hs.uci.edu>
Sent: Friday, November 1, 2019 7:25 AM
To: Osborn, Megan <mbo@hs.uci.edu>; Kim, Christina Joy <ckim29@hs.uci.edu>
Subject: NBME denial?

Found this in her file--I do not see a denial letter from the NBME. Not sure who it would have been sent to, but it's likely it was never forwarded for her file.

PL-02640

Nancy Guirguis, EdD, MSW
Director, Student Affairs
University of California, Irvine | School of Medicine
836 Health Sciences Road Room 1029
Irvine, CA 92697-4089
p: (949) 824-4617
m: (562) 644-8321

Follow us on Twitter: @UCIMedEd_SA
Bookmark our Student Affairs blog: http://sites.uci.edu/ucischoolofmedicinestudentaffairs/


-----Original Message-----
From: Toohey, Julianne <jtoohey@uci.edu>
Sent: Thursday, June 21, 2018 1:27 PM
To: Muthoka, Jackline <jmuthoka@uci.edu>
Cc: Guirguis, Nancy <ngirguis@uci.edu>
Subject:

Hello Jackie,

I have spoken extensively to the NBME regarding any possible recourse for additional time due to a language issue.

I have received their final word that because this is not a defined ADA disability, they are unable to provide any assistance.

I am sorry that this is not possible for you. Please let me know how you are doing with exam preparation.

Dr. Toohey

Sent from my iPhone

PL-02641

 Gmail                                                                        Jackline Muthoka <jackiemuthoka87@gmail.com>

### !: Follow-up on Wednesday meeting
ssages

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                                          Tue, Nov 12, 2019 at 7:21 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>


Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

Begin forwarded message:

> **From:** "Muthoka, Jackline" <jmuthoka@hs.uci.edu>
> **Date:** November 10, 2019 at 5:16:14 PM PST
> **To:**
> **Subject: Fwd: Follow-up on Wednesday meeting**
>
>
> Best,
> Jackline Muthoka MS3
> UC Irvine School of Medicine
> jmuthoka@uci.edu
> 7145986400/7143980106
>
> Begin forwarded message:
>
>> **From:** "Osborn, Megan" <mbo@hs.uci.edu>
>> **Date:** November 10, 2019 at 4:52:53 PM PST
>> **To:** "Muthoka, Jackline" <jmuthoka@hs.uci.edu>
>> **Subject: Re: Follow-up on Wednesday meeting**
>>
>>
>> Hi Jackie,
>>
>> Thank you for your email.
>>
>> I wanted to give you the latest status of your inquiries:
>>
>> 1. Financial Aid: Luis states that he helped you clarify what the issues are with your account. We will also look into this issue further with main campus.
>> 2. Enrolling: As stated earlier, the exam administration and procedures policy prevents you from reenrolling until you have successfully passed the USMLE Step 1. To enroll prior to this, P&H would have to consider an exception to this policy, which would be up to the committee. The committee meets monthly (next meeting is in the beginning of December); committee is usually aligned with policy, so I would not count on this too much.
>> 3. Housing: I discussed your case with the housing office and they provided me with a summary of the course of action with housing. It sounds like the issue was that there was not a plan for reenrollment - which they require to renew a contract. This issue seems different than the one you brought up. Please let me know if your communications with housing disagree with this. They have stated that you will be eligible to reapply for housing when you reenroll.
>> 4. NBME: I was not able to locate any written communication between the NBME and the school with respect to your question, but I can continue to search.
>>
>> I hope you are well.
>>
>> Best,MBO
>>
>> Megan Boysen Osborn, MD, MHPE
>> Associate Dean for Students
>> Vice Chair for Education
>> UC Irvine Department of Emergency Medicine
>> Office: (949) 824-4285
>> mbo@hs.uci.edu
>>
>> Need to schedule a meeting with me?
>> https://outlook.office365.com/owa/calendar/OfficeofStudentSupport@healthuci.onmicrosoft.com/bookings/
>>
>> If this communication involves discussion of patient care issues in the performance improvement process, it is protected from discovery by California Evidence Code 1157 as a confidential medical staff communication.

PL-02642

On Nov 7, 2019, at 12:30 AM, Muthoka, Jackline <jmuthoka@hs.uci.edu> wrote:

Hi Dr. Osborn,

Thank you for replying to my email. I talked to financial aid on Friday. The debt in my zot account is not mine and just found out about it through your email. I was charged school fees when I was not enrolled. Financial aid said they are working to fix it. I last talked to them yesterday and they still have not fixed it. I don't know if there is anything else I could do on my end.

Thank you for trying to find out about the housing issue and NBME. I look forward to finding the answers and getting clarification. Also, thank you for letting me know about my Pediatric Clerkship extension.

Thank you,
Jackie

**From:** Osborn, Megan <mbo@hs.uci.edu>
**Sent:** Thursday, October 31, 2019 9:20 PM
**To:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Cc:** jackline muthoka <jackiemuthoka87@gmail.com>
**Subject:** Re: Follow-up on Wednesday meeting

Dear Jackie -

I hope you are doing well. Thank you for meeting with me last week. When we spoke we said that I would follow up with three issues. I wanted to update you on those issues as well as your questions from your email:

1. Housing: I have an inquiry into housing right now to help elucidate the issue a little better. I asked Joy to forward me the communication she has had with housing, which per my reading of it, she advocated for you to be able to continue to be allowed to continue your lease. It looks like the final issue had something to do with whether you would be enrolled in Spring 2019. I have emailed the housing office to ask for clarification.

2. Financial Aid/Enrolling: I inquired about whether you would be able to re-enroll in order to receive financial aid. These would be the steps to reenroll:
a. Apparently you have an outstanding debt with the university and I am told that this would need to be cleared; but I asking for further clarification on whether exceptions can be granted to this.
b. An exception to the Exam Administration and Procedures policy would then need to be granted – that would be requested through P&H.
Perhaps you can discuss #1 with Luis and then update me? Then, I can help in drafting a request to P&H.

3. NBME: I have an inquiry to Nancy Guirguis and Julianne Toohey to try to locate communication to/from the NBME regarding accommodations.

4. Regarding your request below, re: Hearing. Attending the hearing is not an admission of anything. The hearing is an opportunity for you to explain your side of the story, since the school believes that you are in violation of some policies.

Please let me know if I can help with anything else!!
Best,
MBO

Megan Boysen Osborn, MD, MHPE
Associate Dean for Students
Vice Chair for Education
UC Irvine Department of Emergency Medicine
mbo@hs.uci.edu

Need to schedule a meeting with me?
https://outlook.office365.com/owa/calendar/OfficeofStudentSupport@healthuci.onmicrosoft.com/bookings/

If this communication involves discussion of patient care issues in the performance improvement process, it is protected from discovery by California Evidence Code 1157 as a confidential medical staff communication.

On Oct 27, 2019, at 7:23 PM, Muthoka, Jackline <jmuthoka@hs.uci.edu> wrote:

Hi Dr. Osborn,

I hope you are well. Thank you for taking time out of your busy schedule to meet with me last Wednesday. As per our discussion, please let me know when you find answers to questions surrounding the housing situation, financial aid, and if you are able to find the

denial letter from NBME to Dr. Torrey (according to the email I shared with you on Wednesday).

In addition, my family wanted to know if we can get a letter/document stating that my appearance to the P & H Committee meeting is not an acceptance of fault. Is this something that can be done?
Finally, are there any policies or deadlines that I currently need to be aware of? It would be helpful to know.

Thank you,
Jackie

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not use, distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-7006 immediately if you have received this e-mail in error. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                                                      Tue, Nov 12, 2019 at 7:21 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

[Quoted text hidden]

PL-02644

 **Gmail**

Jackline Muthoka <jackiemuthoka87@gmail.com>

## Fw: Thank You & Next Steps
1 message

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                                    Wed, Oct 2, 2019 at 10:10 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

From: Selva-Rodriguez, Ashley M. <aselvaro@uci.edu>
Sent: Thursday, December 13, 2018 12:41 PM
To: Muthoka, Jackline
Subject: RE: Thank You & Next Steps

Hi Jackie,

I hope you're feeling better! I reached out to my colleagues and they suggested the following:

1) Additional Assessments: Along with the standard evaluation tools used, you may consider a neuropsychological assessment to help uncover other opportunity gaps.

2) Deliberate Practice & Volume: Let's try the test-taking strategies reflection process to fine-tune your strategy. If you haven't already done so, also consider practicing at a Prometric Center.

3) Mentoring: You mentioned that you also like to work with other students. Do you happen to know any other 4th year students you might be comfortable working with as you study?

4) Programs: Recommendations for programs specifically focused on speed were rather scant. If this changes, we'll let you know.

Please keep me posted and let us know if we can do anything else to support you!

All the best,

Ashley

-----Original Message-----
From: Selva-Rodriguez, Ashley M.
Sent: Wednesday, December 12, 2018 3:58 PM
To: Muthoka, Jackline <jmuthoka@uci.edu>
Subject: Thank You & Next Steps

Hi Jackie,

Thank you for stopping by my office today! I've emailed my colleagues for their recommendations regarding testing accommodations and programs specifically focused on testing speed.

PL-02645

While we're waiting for their response, let's also experiment with the test-taking strategies reflection process. I'll follow-up with you again after January 17th. I hope you have a wonderful trip!

All the best,

Ashley

-----Original Message-----
From: Muthoka, Jackline <jmuthoka@uci.edu>
Sent: Wednesday, December 12, 2018 1:56 PM
To: Selva-Rodriguez, Ashley M. <aselvaro@uci.edu>
Subject: Re: Consultation Appointment Confirmation – Jackline Muthoka

Hi Ashley,
I'm here but running a little late. Should be there soon. I am sorry about that Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

> On Dec 7, 2018, at 12:31 PM, Selva-Rodriguez, Ashley M. <aselvaro@uci.edu> wrote:
>
> Hi Jackie,
>
> Great, I look forward to working together!
>
> Ashley
>
> -----Original Message-----
> From: Muthoka, Jackline <jmuthoka@uci.edu>
> Sent: Thursday, December 6, 2018 2:08 PM
> To: Selva-Rodriguez, Ashley M. <aselvaro@uci.edu>
> Subject: Re: Consultation Appointment Confirmation – Jackline Muthoka
>
> Hi Ashley,
> That time works for me. See you then!
> Jackie
>
> Best,
> Jackline Muthoka MS3
> UC Irvine School of Medicine
> jmuthoka@uci.edu
> 7145986400/7143980106
>
>> On Dec 6, 2018, at 1:29 PM, Selva-Rodriguez, Ashley M. <aselvaro@uci.edu> wrote:
>>
>> Hi Jackie,
>>
>> Please let me know if this time works for you! If not, feel free to send three other times that are

PL-02646

more convenient. In order to make the best use of our time, it's often helpful if students bring any resources they're currently using to study, manage their schedules, etc. I'm looking forward to working together to design some strategies that work well for you.
>>
>> Thank you!
>>
>> Ashley
>>
>> _____
>> From: Selva-Rodriguez, Ashley M.
>> Sent: Wednesday, December 5, 2018 4:35 PM
>> To: Muthoka, Jackline <jmuthoka@uci.edu>
>> Subject: RE: Meeting
>>
>>
>> Good afternoon Jackie,
>>
>> I'm glad you reached out! I'll get back to you tomorrow with some possible appointment times. I'm looking forward to working together.
>>
>> Thank you!
>>
>> Ashley
>>
>> -----Original Message-----
>> From: Muthoka, Jackline <jmuthoka@uci.edu>
>> Sent: Wednesday, December 5, 2018 2:09 PM
>> To: Selva-Rodriguez, Ashley M. <aselvaro@uci.edu>
>> Subject: Meeting
>>
>> Good afternoon Ashely,
>>
>> My name is Jackie and I was given your email by Dr. Toohey. I was wondering if I can schedule a meeting with you to discuss issues surrounding step 1. You can reach me via phone call at 714-598-6400 or via email.
>> Thank you!
>> Jackie
>>
>>
>>
>>
>>
>> Best,
>> Jackline Muthoka MS3
>> UC Irvine School of Medicine
>> jmuthoka@uci.edu
>> 7145986400/7143980106
>> <meeting.ics>

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not use,

 Gmail

Jackline Muthoka <jackiemuthoka87@gmail.com>

## Doctors examination
2 messages

**Jackline Muthoka** <jackiemuthoka87@gmail.com>
To: r.henderson@uci.edu

Mon, Dec 10, 2018 at 12:13 PM

Hi Rosezetta,

I hope you are doing well and feeling better today. I was wondering what the process is to get examined regarding my exam issues is. Do you know how long the process will take? How much it costs etc? When I can get it done? I have so many questions and I really wanted to speak with you because it's much easier. I can stop by your office too if that's easier for you. Please let me know what works for you via email or on my phone 714-598-6400. I look forward to hearing from you!
Thank you,
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

**Rosezetta Henderson** <r.henderson@uci.edu>
To: Jackline Muthoka <jackiemuthoka87@gmail.com>

Mon, Dec 10, 2018 at 2:24 PM

Hi Jackie,

Thank you. I will give you a call this around 3pm today. A phone conversation will be best so that I know exactly which assessment you are referring to. I believe I believe you are referring to a comprehensive psychoeducational evaluation but I want to be clear.

Best,

Rosezetta
[Quoted text hidden]

PL-02648
10/3/2019 9:01 PM

 **Gmail**

Jackline Muthoka <jackiemuthoka87@gmail.com>

### Educational Assessment Inquiry
1 message

**Rosezetta Henderson** <r.henderson@uci.edu>
To: "jackiemuthoka87@gmail.com" <jackiemuthoka87@gmail.com>
Cc: "Julianne S. Toohey (UCI)" <jtoohey@uci.edu>

 Mon, Dec 10, 2018 at 4:47 PM

Hi Jackie,

It was great speaking with you over the phone this afternoon. You inquired about an comprehensive psychoeducational evaluation. I have included Dr. Toohey on this email per your request.

As mentioned to you over the phone, DSC does not conduct assessments. There are two local offices that many students go to and we have had solid reports from. Also, they work on a sliding scale. Many assessments can cost between $1000-$3000 and more.

1.  The Chicago School of Professional Psychology: Irvine Counseling Center

4199 Campus Drive, University Tower, Suite 433, Irvine, CA 92612

949-769-7747

Fees are set according to a sliding scale, based on ability to pay

https://counseling.tcscenters.org/psychological-assessment/


2.  Argosy University Therapeutic Assessment & Psychological Service (AUTAPS)

601 South Lewis Street, Orange, CA 92868

714-620-3810, AUTAPS@gmail.com

$10-$50 per session for therapy, and from $150-$500 for an assessment battery

https://www.argosy.edu/clinical-psychology/locations/los-angeles-orange-county/programs/doctor-of-psychology/autaps


Please let me know if these two offices are not able to accommodate your schedule or if you would like to also contact additional offices. This process can take some time (can be 10-20 hours, could be spread over weeks/months). There will be an initial consultation which the clinician will determine next steps (move forward, recommend a different assessment, recommend therapy, etc.).


*Rosezetta N. Henderson, M.S.*
**Senior Disability Specialist**
University of California, Irvine

PL-02649

 **Gmail**

Jackline Muthoka <jackiemuthoka87@gmail.com>

---

## Summary of the Meeting with Disabilities Services Center
2 messages

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>             Fri, Nov 8, 2019 at 12:01 PM
To: Jennifer Laura Moumneh <jmoumneh@uci.edu>
Cc: jackline muthoka <jackiemuthoka87@gmail.com>

Hi Jennifer,

I hope you are well. Thank you for joining me at the meeting with Karen yesterday, I really appreciate it.
Here are the notes I took at the meeting and wanted to check in with you to make sure I had everything
correctly so that I am ready for the meeting on November 20th.
Here are the things we discussed:

1. I would meet with Karen on November 20th from 10:30-12:00 pm so she can help me in
   writing an appeal that I would submit to the NBME.
2. At the meeting, I would bring email conversations and the denial letter from the NBME,
   psychiatric evaluation, and any other documents I have.
3. I asked to get an email/letter that Rosezetta Henderson wrote to me explaining what
   information she found from the NBME, which you read to us, but Karen said that NBME
   does not communicate directly to Disability Services Center (I asked if the information about
   Rosezetta Henderson's communication with NBME then didn't happen and the answer from
   Karen was that NBME would not give information to someone else that's not the student).
4. Karen asked if I or anyone mentioned language being an issue in any of my
   applications/inquiries to get accommodation as this would trigger the NBME to deny me
   accommodation.
5. You asked me to bring the email from Dr. Toohey where she contacted the NBME telling
   them that I have a language issue to the meeting. Please let me know if there is anything I
   forgot that I need for my meeting on November 20th. Thank you, Jackie

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not use,
distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-
7006 immediately if you have received this e-mail in error. E-mail transmission cannot be guaranteed to be secure or error-free as information could be
intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions
in the contents of this message, which arise as a result of e-mail transmission.

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>             Tue, Nov 12, 2019 at 7:58 PM
jackline muthoka <jackiemuthoka87@gmail.com>

**From:** Jennifer Laura Moumneh <jmoumneh@uci.edu>
**Sent:** Tuesday, November 12, 2019 12:46 PM
**To:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Subject:** RE: Summary of the Meeting with Disabilities Services Center

Hi Jackie –
This email all looks correct, based on my recollection of the meeting last week with Karen Andrews.  Speak with you
soon –
Jennifer

**Jennifer L. Moumneh**
Senior Associate Ombudsman
UC Irvine, Office of the Ombudsman
949.824.7256
jmoumneh@uci.edu
www.ombuds.uci.edu

(Please note that email is not a secure method for transmitting or communicating personal, sensitive or confidential information to the Office of
the Ombudsman.  Due to the confidential, neutral, informal and independent function of the Office of the Ombudsman, communication with the
office does not constitute notice to the university or medical center.  If you are not the intended recipient of this email, please notifiy the office
immediately and delete this message.  Thank you.)
[Quoted text hidden]

PL-02651

 Gmail

Jackline Muthoka <jackiemuthoka87@gmail.com>

## USMLE Accommodation
9 messages

**Jackline Muthoka** <jackiemuthoka87@gmail.com>                    Mon, Apr 16, 2018 at 9:22 AM
To: r.henderson@uci.edu

Hi Rosezetta,
I hope you are well. I am just checking to see if you heard back from USMLE regarding step 1 accommodation.
Please let me know,
Thanks,
Jackie

Best,
Jackline Muthoka MS2
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

---

**Rosezetta Henderson** <r.henderson@uci.edu>                    Thu, Apr 19, 2018 at 11:50 AM
To: Jackline Muthoka <jackiemuthoka87@gmail.com>

Hi Jackie,

I hope all is well with you also.

I have not heard back. I can try calling again. When are you taking it?

Best,

Rosezetta

Rosezetta N. Henderson, M.S.
Senior Disability Specialist
University of California, Irvine
100 Disability Services, Bldg 313
Irvine, CA 92697-5130
Voice (949) 824-7494 | Fax (949) 824-3083

http://www.disability.uci.edu

Strengths: Learner | Restorative | Arranger | Responsibility | Input

CONFIDENTIALITY NOTICE
This email communication and any attachments may contain confidential and privileged information for the sole use of the designated
recipient named above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is
prohibited. If you are not the intended recipient, please contact the sender and delete all copies.
[Quoted text hidden]

---

**jackline muthoka** <jackiemuthoka87@gmail.com>                    Thu, Apr 19, 2018 at 12:24 PM
To: Rosezetta Henderson <r.henderson@uci.edu>

I'm taking it on May 3. Please let me know what they say. Thank you
Jackie

Best,
Jackline Muthoka MS2
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

[Quoted text hidden]

PL-02652

**Jackline Muthoka** <jackiemuthoka87@gmail.com>                                    Mon, Apr 30, 2018 at 12:03 PM
To: r.henderson@uci.edu

Hi Rosezetta,
I hope you are well and had a great weekend. Have you heard anything from NBME? Should I call them to follow up or what's your advice?
Also, I just wanted to let you know that I changed my test date to Monday May 7th just so I can review one last time. Please let me know if
there is anything I need to do.
Have a great week!
Thanks,
Jackie

Best,
Jackline Muthoka MS2
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

Begin forwarded message:

[Quoted text hidden]

---

**Rosezetta Henderson** <r.henderson@uci.edu>                                    Mon, May 7, 2018 at 11:12 AM
To: Jackline Muthoka <jackiemuthoka87@gmail.com>

Hi Jackie,


I was out of the office last week. I was informed that you called me this morning. I left you a voicemail a few minutes ago.

I am glad to hear that you were able to push it back for another week to give you extra time to prepare. I believe you may be taking
your exam now. I wish you the best. The NBME decision is that your request did not qualify as a disability.


Feel free to call or email me.


Rosezetta

[Quoted text hidden]

---

**Rosezetta Henderson** <r.henderson@uci.edu>                                    Fri, Jun 1, 2018 at 4:54 PM
To: Jackline Muthoka <jackiemuthoka87@gmail.com>

Hi Jackie,


I am still working on providing a definite answer.  Wanted to keep you updated.


Rosezetta


**From:** Rosezetta Henderson
**Sent:** Monday, May 07, 2018 11:12 AM
**To:** 'Jackline Muthoka' <jackiemuthoka87@gmail.com>
**Subject:** RE: USMLE Accommodation


Hi Jackie,

PL-02653

I was out of the office last week. I was informed that you called me this morning. I left you a voicemail a few minutes ago.

I am glad to hear that you were able to push it back for another week to give you extra time to prepare. I believe you may be taking your exam now. I wish you the best. The NBME decision is that your request did not qualify as a disability.

Feel free to call or email me.


Rosezetta


**From:** Jackline Muthoka [mailto:jackiemuthoka87@gmail.com]
**Sent:** Monday, April 30, 2018 12:03 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Jackline Muthoka** <jackiemuthoka87@gmail.com>                    Sun, Jun 3, 2018 at 1:34 AM
To: Rosezetta Henderson <r.henderson@uci.edu>

Sounds good, thank you!

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106
[Quoted text hidden]

---

**Jackline Muthoka** <jackiemuthoka87@gmail.com>                    Tue, Jun 5, 2018 at 10:01 PM
Draft To: thoohey

[Quoted text hidden]

---

**Jackline Muthoka** <jackiemuthoka87@gmail.com>                    Tue, Jun 5, 2018 at 10:05 PM
To: jtoohey@uci.edu, Jackline Muthoka <jackiemuthoka87@gmail.com>

Hi Dr. Toohey,

Here are the latest conversations, thank you!

Jackie


---------- Forwarded message ----------
From: **Jackline Muthoka** <jackiemuthoka87@gmail.com>
[Quoted text hidden]

PL-02654
10/3/2019 9:03 PM

transmission by any party other than the intended recipient is prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Muthoka, Jackline [mailto:jmuthoka@uci.edu]
**Sent:** Monday, November 27, 2017 1:02 PM
**To:** Rosezetta Henderson <r.henderson@uci.edu>
**Subject:** Re: USMLE

Hi Rosezetta, I hope you are well and had a great thanksgiving. I am done writing my personal statement and putting together all the documents. I was wondering if you could send me a copy of a previous statement to make sure what I wrote was correct/ sufficient. I think you gave me one last time and I couldn't find it. Also, will you be okay with crosschecking for me everything before I submit tomorrow morning? Just to make sure I am submitting everything. I wanted to give a friend to do that but I felt like this is too personal and confidential information. I will totally understand if you are too tied up. Please let me know, thank you
Jackie

Best,
Jackline Muthoka MS2
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

On Nov 20, 2017, at 5:28 PM, Rosezetta Henderson <r.henderson@uci.edu> wrote:

Hi Jankline,

I am finishing up everything that I need to do for the USMLE. What is your USMLE ID#?

Thank you,

Rosezetta

*Rosezetta N. Henderson, M.S.*
**Senior Disability Specialist**
University of California, Irvine
100 Disability Services, Bldg 313
Irvine, CA 92697-5130
Voice (949) 824-7494 | Fax (949) 824-3083

http://www.disability.uci.edu

*Strengths: Learner | Restorative | Arranger | Responsibility | Input*

CONFIDENTIALITY NOTICE
This email communication and any attachments may contain confidential and privileged information for the sole use of the designated recipient named above. Distribution, reproduction or any other use of this transmission by any party other than the intended

PL-02655

 **Gmail**

Jackline Muthoka <jackiemuthoka87@gmail.com>

## Fw: USMLE
1 message

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                    Thu, Oct 3, 2019 at 3:31 AM
To: jackline muthoka <jackiemuthoka87@gmail.com>

**From:** Muthoka, Jackline <jmuthoka@uci.edu>
**Sent:** Tuesday, November 28, 2017 12:08 PM
**To:** Rosezetta Henderson <r.henderson@uci.edu>
**Subject:** Re: USMLE

I am on my way, the class ended late

Best,
Jackline Muthoka MS2
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

On Nov 28, 2017, at 8:32 AM, Rosezetta Henderson <r.henderson@uci.edu> wrote:

> Jackline,
>
> I hope you enjoyed the holiday break also.
>
>  I have attached the Personal Statement Prompts and the timeline. Would you like for me to check the documents over today? I have some time this afternoon.
>
> Best,
>
> Rosezetta
>
> *Rosezetta N. Henderson, M.S.*
> **Senior Disability Specialist**
> University of California, Irvine
> 100 Disability Services, Bldg 313
> Irvine, CA 92697-5130
> Voice (949) 824-7494 | Fax (949) 824-3083
>
> http://www.disability.uci.edu
>
> *Strengths: Learner | Restorative | Arranger | Responsibility | Input*

PL-02656

CONFIDENTIALITY NOTICE
This email communication and any attachments may contain confidential and privileged information for the sole use of the designated recipient named above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is prohibited. If you are not the intended recipient, please contact the sender and delete all copies.



**From:** Muthoka, Jackline [mailto:jmuthoka@uci.edu]
**Sent:** Monday, November 27, 2017 1:02 PM
**To:** Rosezetta Henderson <r.henderson@uci.edu>
**Subject:** Re: USMLE

Hi Rosezetta, I hope you are well and had a great thanksgiving. I am done writing my personal statement and putting together all the documents. I was wondering if you could send me a copy of a previous statement to make sure what I wrote was correct/ sufficient. I think you gave me one last time and I couldn't find it. Also, will you be okay with crosschecking for me everything before I submit tomorrow morning? Just to make sure I am submitting everything. I wanted to give a friend to do that but I felt like this is too personal and confidential information. I will totally understand if you are too tied up. Please let me know, thank you
Jackie

Best,
Jackline Muthoka MS2
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

On Nov 20, 2017, at 5:28 PM, Rosezetta Henderson <r.henderson@uci.edu> wrote:

Hi Jankline,

I am finishing up everything that I need to do for the USMLE. What is your USMLE ID#?

Thank you,

Rosezetta

*Rosezetta N. Henderson, M.S.*
**Senior Disability Specialist**
University of California, Irvine
100 Disability Services, Bldg 313
Irvine, CA 92697-5130
Voice (949) 824-7494 | Fax (949) 824-3083

PL-02657

 **Gmail**

Jackline Muthoka <jackiemuthoka87@gmail.com>

## USMLE Step 1 Accomodation Documents

4 messages

---

**Jackline Muthoka** <jackiemuthoka87@gmail.com>                                    Tue, Nov 28, 2017 at 8:20 PM
To: disabilityservices <disabilityservices@nbme.org>, Jackline Muthoka <jackiemuthoka87@gmail.com>

Good evening,

I hope this email finds you well. Attached please find my supporting documents for the requested USMLE Step 1 Accommodation. Please let me know when you receive this email and if there is any additional documentation that you need from me. I look forward to hearing from you Thank you so much!
Jackie

 2 attachments

 📄 **USMLE Test Accomodation Document 1.pdf**
    824K

 📄 **USMLE Test Accomodation Document 2.pdf**
    977K

---

**Jackline Muthoka** <jackiemuthoka87@gmail.com>                                    Tue, Nov 28, 2017 at 8:23 PM
To: r.henderson@uci.edu

Hi Rosezetta,
Attached please find the documents I sent to the USMLE. Thanks for all your help. I'll keep you updated on what transpires.
Thanks so much,
Jackie
[Quoted text hidden]

 2 attachments

 📄 **USMLE Test Accomodation Document 1.pdf**
    824K

 📄 **USMLE Test Accomodation Document 2.pdf**
    977K

---

**Jackline Muthoka** <jackiemuthoka87@gmail.com>                                    Tue, Jun 5, 2018 at 9:54 PM
To: jtoohey@uci.edu

Good evening Dr. Toohey,
Thank you so much for taking time out of your busy schedule to meet with me today. Thank you for your advice and for helping me through this tough process to get the help that I really need. I sincerely  appreciate you and all that you do for us as students, thank you from the bottom of my heart! I have forwarded you the email with the documents that I submitted to NBME back in Nov- please let me know if I need to reattach them again . I will also forward you the emails conversations I have had with the UCI disability services department in a separate email.
Thank you and I look forward to getting this issue resolved!
Jackie

---------- Forwarded message ----------
From: **Jackline Muthoka** <jackiemuthoka87@gmail.com>
Date: Tue, Nov 28, 2017 at 8:20 PM
Subject: USMLE Step 1 Accomodation Documents
To: disabilityservices <disabilityservices@nbme.org>, Jackline Muthoka <jackiemuthoka87@gmail.com>

[Quoted text hidden]

PL-02658

**2 attachments**

📄 **USMLE Test Accomodation Document 1.pdf**
824K

📄 **USMLE Test Accomodation Document 2.pdf**
977K

---

**Toohey, Julianne** <jtoohey@uci.edu>                                   Tue, Jun 5, 2018 at 11:56 PM
To: Jackline Muthoka <jackiemuthoka87@gmail.com>

It was a pleasure to see you as always, Jackie! Let's see what I can do...

Take care and good luck on your rotation!

Sent from my iPhone
[Quoted text hidden]

| <USMLE Test Accomodation Document 1.pdf>

| <USMLE Test Accomodation Document 2.pdf>

---

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not use, distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-7008 immediately if you have received this e-mail in error. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

PL-02659

 **Gmail**

Jackline Muthoka <jackiemuthoka87@gmail.com>

## Automatic reply: Step 1 Status Update ref:_00D46pfBg._5004659HWs:ref
6 messages

**Rosezetta Henderson** <r.henderson@uci.edu>
To: Jackline Muthoka <jackiemuthoka87@gmail.com>

Thu, Feb 1, 2018 at 8:29 AM

Thank you for your email.

I will be out of the office from Wednesday, January 31 - Febraury 4, 2018. I will have limited access to my email. If you need immediate DSC assitance, please contact DSC's front desk at 949-824-7494.

Best,

*Rosezetta Henderson*

*Rosezetta N. Henderson, M.S.*
**Senior Disability Specialist**
University of California, Irvine
100 Disability Services, Bldg 313
Irvine, CA 92697-5130
Voice (949) 824-7494 | Fax (949) 824-3083

http://www.disability.uci.edu

*Strengths: Learner | Restorative | Arranger | Responsibility | Input*

**jackline muthoka** <jackiemuthoka87@gmail.com>
To: Rosezetta Henderson <r.henderson@uci.edu>

Mon, Feb 5, 2018 at 4:35 PM

Hi Rosezetta,
I hope you had a great weekend and are having a good day so far. I was wondering if you were received my email and what's the way forward
Thanks!
Jackie

Best,
Jackline Muthoka MS2
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

[Quoted text hidden]

**Rosezetta Henderson** <r.henderson@uci.edu>
To: jackline muthoka <jackiemuthoka87@gmail.com>

Tue, Feb 6, 2018 at 6:29 PM

PL-02660

Hi Jackie,

I do apologize for my delay in my response, I have been in and out of the office.

I have attached the process for appeals to the USMLE. We can do this and I will be there to support you. Rereading their denial, I would say that we would need come current documentation that will provide functional limitations. What I am getting from the letter is that the diagnosis itself, does not qualify you. I am more than happy to discuss in more detail with in person or over the phone. Let me know some days/times that works for you this week and next week.

Best,

Rosezetta

[Quoted text hidden]

📄 **Student Checklist and Timeline for USMLE Accommodations.pdf**
77K

---

**Jackline Muthoka** <jackiemuthoka87@gmail.com>                    Thu, Feb 8, 2018 at 8:37 AM
To: Rosezetta Henderson <r.henderson@uci.edu>

Hi Rrosezetta,
Thank you for the email I am available today pretty much the whole day, tomorrow after 2:00 pm, Monday morning hours, Tuesday all of morning hours,  Wednesday all afternoon. Does any of these days work for you?
Thank you,
Jackie
[Quoted text hidden]

---

**Rosezetta Henderson** <r.henderson@uci.edu>                    Thu, Feb 8, 2018 at 4:47 PM
To: Jackline Muthoka <jackiemuthoka87@gmail.com>

Jackie,

We can try 10am on Monday (2/12) or 9am or 10am on Tuesday (2/13). Let me know what works best for you.

Rosezetta

[Quoted text hidden]

---

**jackline muthoka** <jackiemuthoka87@gmail.com>                    Mon, Feb 12, 2018 at 9:37 AM
To: Rosezetta Henderson <r.henderson@uci.edu>

Thank you so much,
I'll be there Tuesday 2/13 at 10:00 am.
Thanks so much,
Jackie

Best,
Jackline Muthoka MS2
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

[Quoted text hidden]

PL-02661

 Gmail

Jackline Muthoka <jackiemuthoka87@gmail.com>

## Fw: Reminder: Send Accommodations Letters

1 message

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>
To: jackline muthoka <jackiemuthoka87@gmail.com>

Thu, Oct 3, 2019 at 2:56 AM

**From:** Muthoka, Jackline <jmuthoka@uci.edu>
**Sent:** Thursday, February 1, 2018 8:19 AM
**To:** Rosezetta Henderson <r.henderson@uci.edu>
**Subject:** RE: Reminder: Send Accommodations Letters

Hi Rosezetta,
Yes I already send it to you a few weeks ago. I can send it to you again. Yes I scheduled my test because I am scared
I won't get a test date. What's your advice? Is there anything you can do to help me? I'll re-forward you the email once
again.
Thanks you,
Jackie

**From:** Rosezetta Henderson [r.henderson@uci.edu]
**Sent:** Monday, January 29, 2018 4:37 PM
**To:** Muthoka, Jackline
**Subject:** RE: Reminder: Send Accommodations Letters

Hi Jackie,

I haven't received your denial yet. When were you going to send that to me? Did you already schedule your exam?

Best,

Rosezetta

**From:** Muthoka, Jackline [mailto:jmuthoka@uci.edu]
**Sent:** Thursday, January 18, 2018 7:21 PM
**To:** Rosezetta Henderson <r.henderson@uci.edu>
**Subject:** Re: Reminder: Send Accommodations Letters

Hi Rosezetta,
Thank you for the email. I sent you the reply I received from them but I never heard back from you. They
basically denied me the accommodation and I send you an email asking if it's possible to repeal or what I
need to do. I'll forward it to you in abit.
Thanks,
Jackie

Best,
Jackline Muthoka MS2
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

PL-02662

On Jan 18, 2018, at 4:56 PM, Rosezetta Henderson <r.henderson@uci.edu> wrote:

Hi JACKLINE,

I hope you all had a great winter break and that your Winter quarter has started off strong.

I wanted to remind you, if you have not already sent out your Accommodation Letters, please do so. The deadline to send those out are tomorrow, **Friday, January 19ᵗʰ by 5:00pm.**

If you have any questions or need support, feel free to contact me. 

Best,

Rosezetta

*Rosezetta N. Henderson, M.S.*
**Senior Disability Specialist**
University of California, Irvine
100 Disability Services, Bldg 313
Irvine, CA 92697-5130
Voice (949) 824-7494 | Fax (949) 824-3083

http://www.disability.uci.edu

*Strengths: Learner | Restorative | Arranger | Responsibility | Input*

CONFIDENTIALITY NOTICE
This email communication and any attachments may contain confidential and privileged information for the sole use of the designated recipient named above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not use, distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-7006 immediately if you have received this e-mail in error. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

PL-02663

# Exhibit 4b

PL-02664

 Gmail

Jackline Muthoka <jackiemuthoka87@gmail.com>

## �𝗂ᴏm Verano
2 messages

**Elizabeth Franklin** <enfrankl@uci.edu>
To: "jackiemuthoka87@gmail.com" <jackiemuthoka87@gmail.com>
Cc: Laura Dorfman <ldorfman@uci.edu>

Mon, Nov 4, 2019 at 4:29 PM

MUTHOKA, JACKLINE 86882088

This letter is to confirm that Jackline Muthoka was asked to vacate housing in April 2019 due to being ineligible to live in graduate housing. Our team worked with Ms. Muthoka for several months ultimately granting an extension so that she had an additional month to make arrangements.

The registrar from Medical Education, Joy Kim, informed us that Jackline would not be able to return as a student for Spring quarter. Jackline was informed that we would keep her standing as a grad guarantee once she returned to housing as an eligible resident.

Julianne Toohey provided an email in support of Jackline's exception to remain in housing but as Jackline was not eligible we were not able to grant the exception. Dr. Toohey's email did not provide any exceptional information that would have warranted an exception.



In a meeting on April 18, 2019, Jackline stated that she would in fact be enrolled in classes by 4/19. This did not happen. Therefore she was asked to leave housing, which she did on 5/31/19.

When Jackline becomes eligible for housing again, we will work to place her as soon as we can.

Betsy Franklin

**Elizabeth "Betsy" Franklin**

Acting Associate Director of Apartment Life | Student Housing, Verano Place

## UCI

University of California, Irvine | 🖅 6529 Adobe Circle Road South, Irvine, CA 92617-6375

☏ (949) 82**4-7976** | 🖶 (949) 824-2617 | ✉ enfrankl@uci.edu

May this day bring you peace

PL-02665

**From:** Toohey, Julianne <jtoohey@uci.edu>
**Sent:** Thursday, April 25, 2019 1:46 PM
**To:** Elizabeth Franklin <enfrankl@uci.edu>
**Subject:**

Hello Ms Franklin,

I met with Jackie Muthoka today and she remains upset about needing to vacate her apartment by 5/31 if she is not enrolled in the Spring, which she is not.

She informed me today that she had previously been told that she would be able to stay in her housing situation until August. Therefore, she worked as a caregiver to be able to save money for her housing without her financial aid until August. She feels that she followed the directions given and is now in a very difficult situation.

Jackie is in this country entirely alone and she has no one to assist her financially or with housing. Community apartments or rooms are all several hundred dollars more expensive than her current on campus housing and she was not expecting to vacate the premises due to what she thinks she was told previously. She has not been able to take her National Board Examination because she has applied for accommodations due to her language issues as a foreign student and this process takes many months. The Disabilities Service Center is helping with Jackie's application for testing accommodations, but this process is very slow and is the reason she is currently not enrolled for Spring.

I realize and greatly appreciate that housing is very tight, however, I am also very concerned that Jackie is in a difficult situation that will make it almost impossible for her to succeed. Had she been told earlier in the year that she could stay until August or did she misunderstand this?

I appreciate any help you can provide,

Julianne Toohey, MD
Associate Dean for Student Affairs

PL-02666

 Gmail

**Jackline Muthoka <jackiemuthoka87@gmail.com>**

## Éxception Request Denied
5 messages

**VPAssign** <vpassign@housing.hsg.uci.edu>      Thu, Apr 4, 2019 at 11:11 AM
To: "Muthoka, Jackline" <jmuthoka@uci.edu>
Cc: "JACKIEMUTHOKA87@GMAIL.COM" <JACKIEMUTHOKA87@gmail.com>, Laura Dorfman <ldorfman@uci.edu>,
Elizabeth Franklin <enfrankl@uci.edu>


MUTHOKA, JACKLINE    86882088

Dear Jackline,

This letter is in response to the Exceptions Petition you submitted to the Verano Place Housing Office on April 3, 2019.
The Exceptions Committee reviewed your request for an extension of stay/lease renewal for 2019-2020.

Your request to remain in housing until the date you requested has been denied, however, you have been given a vacate
date of May 31, 2019. The vacate date will not be extended beyond May 31, 2019 and a lease renewal is not an option.
Because you are not enrolled as a full-time UCI student, you are not eligible for on-campus housing.

When reviewing exceptions petitions and considering those that warrant an exception to Graduate & Family Housing
Policies, the committee looks for those requests which are based on extreme or unusual circumstances. Based on the
information you provided the committee, your request does not meet these qualifications.

Here are the details regarding your Lease Termination:

**Lease Termination Date:** 5/31/19

**Prorated Rent:** $557

**Key Return Deadline:** 5/31/19

The next required step is to return the attached form to the Verano Office **no later than 4 pm, April 5, 2019,** to complete
the final Lease Termination Close-Out form. The form is attached for your convenience. You can fill out the paperwork
and drop it off at the Verano Place Housing Office. Please keep in mind that you will need to provide a forwarding
address on this paperwork.

*In the event you do not complete the Lease Termination Close-Out form and/or if you do not comply with the vacate
notice,* the university will exercise its right to take further legal action.

After you complete the final Lease Termination Close-Out form, you will receive additional information on how to return
keys and what our expectations are for preparing your apartment for your departure. If you have any questions or
concerns, please feel free to contact the Verano Place Housing Office.

Thank you,

Lora Romo

Assignments Supervisor, Verano Place

University of California, Irvine

6529 Adobe Circle Road, South

Irvine, CA 92617

http://www.housing.uci.edu/docs/maps/Map_VP.pdf

949.824.7118 (direct line)

949-824.5964 (front desk)

PL-02667

**Elizabeth Franklin**

| | |
|---|---|
| **From:** | Toohey, Julianne <jtoohey@uci.edu> |
| **Sent:** | Tuesday, April 2, 2019 3:29 PM |
| **To:** | Elizabeth Franklin |
| **Cc:** | Luis J Medina |
| **Subject:** | re: Jackie Muthoka |

Dear Ms Franklin,

I am writing in support of a housing exemption for Ms Jackie Muthoka. She is a student in the School of Medicine, who is currently not enrolled due to her need to study for a USMLE board examination. She is unable to proceed with her curriculum unless she passes this exam. This USMLE Step one examination is also a requirement for graduation.

Jackie has been most compliant in her pursuit of achieving this goal. She has taken a remediation course in order to prepare, as well as continued consultations with our Learning Skills Specialist.

Jackie expects to take and pass this examination in July. It would be most helpful for her to continue to live on campus while she prepares. She expects to re-enroll as soon as she takes the exam.

I very much appreciate your consideration of this housing exemption. I believe that this support will be important for her success.

Sincerely,

Julianne Toohey, MD
Associate Dean for Academic and Student Affairs
HS Clinical Professor
Department of Obstetrics and Gynecology
University of California Irvine School of Medicine

PL-02668

**UCI School of Medicine**     Office of Medical Education

# Leave of Absence (LOA) Petition

Leave of Absence Petition for:

**Student Name** Jackline Muthoka       **UCInetID #** jmuthoka@uci.edu

| LEAVE OF ABSENCE PETITION APPROVAL |
|---|
| *I have discussed and reviewed with the student his/her plans for the above action.* |
| *I recommend this petition be:* |

| STUDENT AFFAIRS | CURRICULAR AFFAIRS | FINANCIAL AID |
|---|---|---|
| ☐ Approved | ☐ Approved | ☐ Approved |
| ☐ Denied | ☐ Denied | ☐ Denied |
| Julianne Toohey, MD | Warren Wiechmann, MD, MBA | Luis Medina |
| Associate Dean, Student Affairs | Associate Dean, Curricular Affairs | Financial Aid Director |
| Signature: *[signature]* 12/17/2018 | Signature: *[signature]* 12/20/2018 | Signature: Luis Medina 1/2/2019 |

**Curriculum Re-Entry Plan/Requirements**
*This portion is to be completed by the Associate Dean of Curricular Affairs only.*

Student will prepare for Step 1 and return when she has passed this third attempt. Her clinical schedule will be based upon her return date.

**FOR LEAVES GREATER THAN 90 DAYS AND/OR ACADEMIC LEAVE EXCEPTIONS**

The Committee on Promotions and Honors has reviewed the student's plans for going on a Leave of Absence with the Associate Deans of Student Affairs and Curricular Affairs and support that the request be:

☐ Approved    ☐ Denied    ☐ Not Applicable

_____ Date:_____
**Chair, Committee on Promotions and Honors**

| OFFICE USE ONLY | The student has received approvals from all required parties. The final approval for the student's Leave of Absence petition is:<br><br>☐ Approved   ☐ Denied |
|---|---|
| | Registrar Signature           Date |

| _____Dual Degree | _____SRS update | _____Fees | _____Enrollment | _____Schedule Grid | _____AAMC SRS | _____Student File |
|---|---|---|---|---|---|---|
| **Notification:** | ☐ *Student* | ☐ *SA* | ☐ *CA* | ☐ *Financial Aid* | | ☐ *Course/ Clerkship* |

PL-02669

**UCI** School of Medicine    Office of Medical Education

Please return all completed forms to:
Medical Education Registrar
836 Health Sciences Road, Rm 1029
Irvine, CA 92697-4089
mededreg@uci.edu

# Leave of Absence (LOA) Petition

| **Student Name:** Jackline Muthoka | **Student ID #** 86882088 |
|---|---|
| **Matriculation Year:** 2021 | **Expected Grad:** 2022 |
| **Address (on leave):** 3131 Verano Place, Iirvine, Ca, 92617 | |
| **Phone Number:** 7145986400 | **UCInetID:** jmuthoka@uci.edu |
| **Emergency Contact:** Mariella Zavala | **Relationship:** Roommate |
| **Emergency Phone:** 956-562-5058 | |

**I AM REQUESTING THE FOLLOWING LEAVE:**  ☐ ACADEMIC  ☐ MEDICAL  ☐ PERSONAL  ☒ ADMINISTRATIVE

**REQUESTED DATES OF LEAVE (Month, Day, Year):**

Beginning: 12/03/2018    End: 05/01/2019

☐ Summer  ☐ Fall  ☒ Winter  ☐ Spring    ☐ Summer  ☐ Fall  ☐ Winter  ☒ Spring

Is this leave greater than 90 days?    ☒ Yes  ☐ No
Is this an extension on a LOA?    ☐ Yes  ☒ No

*If a leave is greater than 90 days or a request for an extension of an existing LOA, it will require the approval of the Promotions and Honors Committee.*

**JUSTIFICATION FOR LEAVE:**
To study and retake step 1

**REQUIRED DOCUMENTATION OF LEAVE:**

Academic Leave:    ☐ Acceptance in a dual-degree, research, or other academic program
☒ USMLE Step 1 taken on: 10/31/2018 _____ (date of exam)

Medical Leave:    ☐ Written letter by licensed physician documenting date of onset of illness, dates of medical care, medical condition, how it prevents coursework, and anticipate leave and return dates.

*I have read and understand the policies which apply to leaves of absence as stated in the student handbook. I understand the academic and financial implications due to my leave.*

Student Signature: Jackline Muthoka    Date: 12/17/2018

PL-02670

# UCI School of Medicine     Office of Medical Education
# Leave of Absence (LOA) Petition

Medical Education Registrar
836 Health Sciences Road, Rm 1029
Irvine, CA 92697-4089
mededreg@uci.edu

?

| | |
|---|---|
| **Student Name:** Muthoka, Jackline | **Student ID #** 86882088 |

**Matriculation Year:** 1617     **Expected Grad:**

**Address (on leave):**

**Phone Number:**     **UCInetID:**

**Emergency Contact:**     **Relationship:**

**Emergency Phone:**

**I AM REQUESTING THE FOLLOWING LEAVE:**
☐ ACADEMIC     ☐ MEDICAL
☐ PERSONAL     ☒ ADMINISTRATIVE

*I was retained for LOA*

**REQUESTED DATES OF LEAVE (Month, Day, Year):**

Beginning: 05/02/2019     End: _____

☐ Summer   ☐ Fall   ☐ Winter   ☒ Spring     ☐ Summer   ☐ Fall   ☐ Winter   ☐ Spring

Is this leave greater than 90 days?   ☐ Yes   ☐ No
Is this an extension on a LOA?   ☒ Yes   ☐ No

*If a leave is greater than 90 days or a request for an extension of an existing LOA, it will require the approval of the Promotions and Honors Committee.*

**JUSTIFICATION FOR LEAVE:**

Student unable to proceed with MS3 Curriculum due to USMLE Step 1 failed attempts

**REQUIRED DOCUMENTATION OF LEAVE:**

Academic Leave:
☐ Acceptance in a dual-degree, research, or other academic program
☐ USMLE Step 1 taken on: _____ (date of exam)

Medical Leave:
☐ Written letter by licensed physician documenting date of onset of illness, dates of medical care, medical condition, how it prevents coursework, and anticipate leave and return dates.

*I have read and understand the policies which apply to leaves of absence as stated in the student handbook. I understand the academic and financial implications due to my leave.*

Student Signature: _____     Date: _____

Leave of Absence Petition Rev. 03/06/2018

**UCI** School of Medicine    Office of Medical Education

# Leave of Absence (LOA) Petition

Leave of Absence Petition for:

Student Name  Muthoka, Jackline                    UCInetID #

| LEAVE OF ABSENCE PETITION APPROVAL |
| --- |

*I have discussed and reviewed with the student his/her plans for the above action.*
*I recommend this petition be:*

| STUDENT AFFAIRS | CURRICULAR AFFAIRS | FINANCIAL AID |
| --- | --- | --- |
| ☒ Approved | ☒ Approved | ☒ Approved |
| ☐ Denied | ☐ Denied | ☐ Denied |
| Associate Dean, Student Affairs | Associate Dean, Curricular Affairs | Financial Aid Director |
| Signature: | Signature: | Signature: |

| Curriculum Re-Entry Plan/Requirements |
| --- |

*This portion is to be completed by the Associate Dean of Curricular Affairs only.*

Retake Step 1, then begin CF3 ⟶ MS3 curriculum

**FOR LEAVES GREATER THAN 90 DAYS AND/OR ACADEMIC LEAVE EXCEPTIONS**

The Committee on Promotions and Honors has reviewed the student's plans for going on a Leave of Absence with the Associate Deans of Student Affairs and Curricular Affairs and support that the request be:

☒ Approved   ☐ Denied   ☐ Not Applicable

Date: 5/20/19

Chair, Committee on Promotions and Honors

| OFFICE USE ONLY | The student has received approvals from all required parties. The final approval for the student's Leave of Absence petition is: |
| --- | --- |
| | ☐ Approved   ☐ Denied |
| | Registrar Signature                    Date |

| ___ Dual Degree | ___ SRS update | ___ Fees | ___ Enrollment | ___ Schedule Grid | ___ AAMC SRS | ___ Student File |
| --- | --- | --- | --- | --- | --- | --- |
| Notification: | ☐ Student | ☐ SA | ☐ CA | ☐ Financial Aid | | ☐ Course/ Clerkship |

Leave of Absence Petition Rev. 03/06/2018                                                    Page 2

PL-02672

disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.

*********************************************************

[Quoted text hidden]

**Jackline Muthoka** <jackiemuthoka87@gmail.com>                                    Tue, Apr 16, 2019 at 11:23 AM
To: VPAssign <vpassign@housing.hsg.uci.edu>

Hi Elizabeth,
Sure I can meet with you. Does Thursday work for you? I'm available anytime this Thursday. Please let me know, thank
you!
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

On Apr 15, 2019, at 4:29 PM, VPAssign <vpassign@housing.hsg.uci.edu> wrote:

> Dear Jackline,
>
> Registering for summer classes will not fix your housing situation. Again, your vacate date will be May 31,
> 2019.
>
>
> If you prefer to discuss this in person, please let me know and I will set up a time to meet.
>
>
>
> Betsy Franklin
>
> **Elizabeth "Betsy" Franklin**
>
> Acting Associate Director of Apartment Life | Student Housing, Verano Place
>
>
> <image001.jpg>
>
> [Quoted text hidden]

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                                    Wed, Oct 2, 2019 at 8:27 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

**From:** VPAssign <vpassign@housing.hsg.uci.edu>
**Sent:** Thursday, April 4, 2019 11:11 AM
**To:** Muthoka, Jackline <jmuthoka@uci.edu>
**Cc:** JACKIEMUTHOKA87@GMAIL.COM <JACKIEMUTHOKA87@GMAIL.COM>; Laura Dorfman
<ldorfman@uci.edu>; Elizabeth Franklin <enfrankl@uci.edu>
**Subject:** Exception Request Denied

[Quoted text hidden]                                                                         PL-02673

949.824.2617 (fax)

 **Lease Termination Close Out_MUTHOKA.pdf**
146K

**jackline muthoka** <jackiemuthoka87@gmail.com>      Fri, Apr 12, 2019 at 3:57 PM
To: VPAssign <vpassign@housing.hsg.uci.edu>

Hi Lora,
I have a quick question. If I register for summer classes will that fix my housing situation? Please let me know, thanks!
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

[Quoted text hidden]

<Lease Termination Close Out_MUTHOKA.pdf>

**VPAssign** <vpassign@housing.hsg.uci.edu>      Mon, Apr 15, 2019 at 4:29 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>
Cc: VPAssign <vpassign@housing.hsg.uci.edu>, Laura Dorfman <ldorfman@uci.edu>

Dear Jackline,

Registering for summer classes will not fix your housing situation. Again, your vacate date will be May 31, 2019.

If you prefer to discuss this in person, please let me know and I will set up a time to meet.

Betsy Franklin

**Elizabeth "Betsy" Franklin**

Acting Associate Director of Apartment Life | Student Housing, Verano Place



University of Calfornia, Irvine | 6529 Adobe Circle Road South, Irvine, CA 92617-6375

(949) 824-**7976** | (949) 824-2617 | enfrankl@uci.edu

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message (including any attachments) contains confidential information intended for a specific individual and
purpose, and is protected by law. If you are not the intended recipient, you should delete this message. Any

**VERANO PLACE HOUSING**                                                                 **UNIVERSITY OF CALIFORNIA, IRVINE**
**2018-2019 LEASE AGREEMENT - DECLARATIONS**

### Part I - Declarations

is Lease Agreement is between the REGENTS OF THE UNIVERSITY OF CALIFORNIA, hereinafter called "THE UNIVERSITY" and the individual TENANT
reinafter called "TENANT" named herein.

**TERM**

This Lease Agreement is executed this ___9th___ day of ___May___ , 20 18 by and between THE UNIVERSITY and ___JACKLINE MUTHOKA___ (TENANT). In consideration of the payment made upon execution of this Lease Agreement and of the payment and performance of the covenants and agreements as described below, TENANT agrees to occupy a __2__ bedroom apartment unit at __3131__ Verano Place /Adobe Circle Road South/Verano Road - Irvine, CA 92617 (PREMISES) for the period beginning July 1, 2018 and ending on June 30, 2019. If this agreement is executed after July 1, the commencement date will be __7/1/2018__ ==and the ending date will be June 30, 2019.==

**RENT & HOUSING PAYMENTS**

The rent to be paid for premises shall be the sum of $ __557.00__ per month, due and payable in advance on or before the first day of each month. TENANT hereby agrees to pay THE UNIVERSITY at the Central Cashier, 228 Aldrich Hall, Irvine, CA 92697-1975 in person or through electronic means via the UC Irvine campus Student Billing System ("ZOTAccount Online") on or before the FIRST of each month or next business day if the FIRST falls on a weekend or holiday. The payment for the initial period, __JULY 1__ , 20 18 to __July 31__ , 20 18 in the sum of $ __557.00__ , shall be made upon execution of this Lease Agreement or no later than one (1) business day prior to the commencement date of this Lease Agreement.

**SECURITY DEPOSIT**

TENANT will deposit with the UNIVERSITY the sum of one-hundred fifty dollars ($150.00) as a security deposit on or before execution of this Lease Agreement, to be retained by THE UNIVERSITY until TENANT'S occupancy terminates.

**LEASE AGREEMENT**

This Lease Agreement incorporates by reference the "2018-2019 Verano Place Housing Lease Agreement – Terms and Conditions" which is available online at the Student Housing web site at www.housing.uci.edu/apply/Contracts.html. The Lease Agreement makes reference to the amounts set forth above. These declarations pertain to this Lease Agreement in its entirety.

All checks or money orders must be made payable to UC REGENTS. The TENANT'S name, address, and student identification number must appear on the check or money order to ensure proper credit to the TENANT'S housing account.

### Part II – Acknowledgment/Acceptance of Terms and Conditions

By signing this Lease Agreement, TENANT certifies that he or she has read and understands that the Lease Agreement consists of Part I (Declarations) and Part II (Terms and Conditions) and that the Terms and Conditions are incorporated herein and constitute part of the Lease Agreement between THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and the TENANT. TENANT agrees to abide by all such regulations as they may from time to time be amended or established by THE UNIVERSITY, as noted in *The Verano Place* or similar publications for the community, or posted on community bulletin boards. TENANT also agrees to comply with all rules and regulations contained in the *Policy Guide for Palo Verde and Verano Place Housing* document, which is incorporated herein by reference. The *Policy Guide for Palo Verde and Verano Place Housing* document is available online at the UCI Student Housing Web site at http://www.housing.uci.edu/communityLife/Graduate_Policies.html. This Lease Agreement may be signed by scanning or facsimile with the same validity as an original signature.

**TENANT**

**MUTHOKA, JACKLINE**

PRINT NAME (Last, First Middle)

Signature _____    Today's Date (mm/dd/yy) __5/9/18__

**86882088**                             __09/06/87__

UC Irvine Student Identification Number    Date of Birth (mm/dd/yy)

OTHER OCCUPANTS (Spouse/Partner, Children, Dependents – See paragraph 6 of the Lease Agreement – Terms and Conditions)

| Print Name (Last, First MI) | Gender ID | Date of Birth | 18 years or older? Y/N | Relationship (Spouse/Partner,* Child, Dependent) | Signature (Required if 18 years or older) |
|---|---|---|---|---|---|
| N/A, No Spouse/Adult Partner | NA | NA | NA | NA | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Spouse/Partner must also sign Graduate & Family Housing Affidavit of Marriage or Domestic or Adult Partnership and Lease Addendum.

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

By:

*Timothy J. Trevan*

Timothy J. Trevan
Executive Director, Student Housing
G-458 Student Center
University of California
Irvine, CA 92697-3250

Revised 03/29/2018

PL-02675    Place

# Exhibit 4c

PL-02676

**ZotQuery**

Name: MUTHOKA,JACKLINE

Account: 86882088   Birth Date: XX/XX/XX   Gender: Female

Major: BUSINESS ADMIN   School: GRADUATE DIVISION

SBS Hold: Y   Fin Hold:    Ready Pay:    Suppressed:

Acad Hold: N    Fin Aid Hold:

LOCAL    Bad: ☐

Update: 5/16/16   Reason:    Release: NO

Address: 17724 CAMINO SAN SIMEON

City: MORENO VALLEY
State: CA    Zip: 92551-
Phone: (714) 398-0106

PERMANENT   Bad: ☐

Update: 5/16/16   Reason:    Release: NO

Address: 17724 CAMINO SAN SIMEON

City: MORENO VALLEY
State: CA    Zip: 92551-
Phone: (714) 398-0106

APPLICANT   Bad: ☐

Update: 12/12/18   Reason:    Release: NO

Address: 3131 VERANO PL

City: IRVINE
State: CA    Zip: 92617-3135
Phone:    (0; )

DISBURSE   Bad: ☐

Update: 8/15/16   Reason:    Release: NO

Address: 17724 CAMINO SAN SIMEON

City: MORENO VALLEY
State: CA    Zip: 92551-
Phone:

**Identification Numbers**

SSN:    XXX-XX-5454

E-mail: JMUTHOKA@UCI.EDU

Campus ID: 00000001426764

Summer ID: _

**Statement**

Account Balance:    $27,972.00

Amount Due:    $27,972.00

| Fee Term | Units | Final Units | Amount | Date Paid | |
|---|---|---|---|---|---|
| 193 | 0.0 | 0.0 | $13,275.88 | | DEASSESSED |
| 182 | 0.0 | 0.0 | $13,337.88 | 11/9/18 | |
| 181 | 0.0 | 0.0 | $4,180.50 | 5/9/18 | |
| 184 | 12.0 | 12.0 | $13,038.50 | 2/22/18 | |
| 183 | 22.0 | 22.0 | $13,039.50 | 11/16/17 | |
| 172 | 28.1 | 28.1 | $13,100.50 | 8/3/17 | |
| 174 | 23.7 | 23.7 | $12,713.50 | 2/23/17 | |
| 173 | 18.1 | 18.1 | $12,713.50 | 11/16/16 | |
| 162 | 23.2 | 23.2 | $13,279.50 | 7/27/16 | |

**Enrollment Status**

| Term: 192 | New | Graduate | Resident | |
|---|---|---|---|---|
| FALL 2019 QUARTER | VISA PR | MBA | | |
| Term: 193 | Returning | Graduate | Resident | Full Time |
| WINTER 2019 QUARTER | VISA PR | Med | | |
| Term: 182 | Continuing | Graduate | Resident | Full Time |
| FALL 2018 QUARTER | VISA PR | Med | | |
| Term: 181 | Continuing | Graduate | Resident | Full Time |
| SUMMER 2018, MEDS | VISA PR | Med | | |
| Term: 184 | Continuing | Graduate | Resident | Full Time |
| SPRING 2018 QUARTER | VISA PR | Med | | |
| Term: 183 | Continuing | Graduate | Resident | Full Time |
| WINTER 2018 QUARTER | VISA PR | Med | | |

ZotQuery #:1284

11/7/2019

Page 2 of 4

## Enrollment Status

| Term: | 172 | Continuing | Graduate | Resident | Full Time |
|---|---|---|---|---|---|
| FALL 2017 QUARTER | | VISA PR | Med | | |
| Term: | 174 | Continuing | Graduate | Resident | Full Time |
| SPRING 2017 QUARTER | | VISA PR | Med | | |
| Term: | 173 | Continuing | Graduate | Resident | Full Time |
| WINTER 2017 QUARTER | | VISA PR | Med | | |
| Term: | 162 | New | Graduate | Resident | Full Time |
| FALL 2016 QUARTER | | VISA PR | Med | | |

*Term 182 Fall 2018*

*Term 181 Summer 2018*

## Activity

| Term | Issue | Used | Due | Amounts Transaction | Remaining | Dept | Trans. ID | Type/No. | Description | Dispute |
|---|---|---|---|---|---|---|---|---|---|---|
| | 6/20/19 | 6/20/19 | | $150.00 | $0.00 | ACCOUNTN | 9890377 | CHECKS | CHECKS / DIRECT DEPOSIT | |
| | 6/19/19 | 6/20/19 | | ($150.00) | $0.00 | HOUSING | 0921590 | CREDIT | HOUSING REFUND | |
| 195 | 6/19/19 | 6/19/19 | 9/1/19 | $150.00 | $0.00 | HOUSING | 0873508 | CHARGE | HOUSING REFUND | |
| | 6/3/19 | 6/19/19 | | ($150.00) | $0.00 | HOUSING | 0917338 | CREDIT | (REV) VP SECURITY DEPOSIT | |
| | 6/3/19 | 6/3/19 | | ($557.00) | $0.00 | HOUSING | 0917253 | CREDIT | (REV) JUN 2019 VP RENT UNIT H SHARED | |
| | 5/4/19 | 5/5/19 | | ($557.00) | $0.00 | CASHIER | 654907 | PAYMNT | E-PAYMENT FOR HOUSING ONLY | |
| 182 | 4/15/19 | | 5/15/19 | $20.00 | $20.00 | FIN SVCS | 277922 | CHARGE | ZOTBILL LATE CHARGE APR 2019 | |
| 194 | 4/15/19 | 6/3/19 | 6/1/19 | $557.00 | $0.00 | HOUSING | 0833654 | CHARGE | JUN 2019 VP RENT UNIT H SHARED | |
| | 4/2/19 | 4/2/19 | | ($5.00) | $0.00 | CASHIER | 644687 | PAYMNT | E-PAYMENT FOR HOUSING ONLY | |
| | 4/2/19 | 4/2/19 | | ($557.00) | $0.00 | CASHIER | 644686 | PAYMNT | E-PAYMENT FOR HOUSING ONLY | |
| 193 | 3/20/19 | | 5/15/19 | $25.00 | $25.00 | SHS-00 | 2292980 | CHARGE | STUDENT HEALTH CENTER VISIT | |
| 182 | 3/15/19 | | 4/15/19 | $20.00 | $20.00 | FIN SVCS | 276258 | CHARGE | ZOTBILL LATE CHARGE MAR 2019 | |
| 194 | 3/15/19 | 5/5/19 | 5/1/19 | $557.00 | $0.00 | HOUSING | 0825956 | CHARGE | MAY 2019 VP RENT UNIT H SHARED | |
| 193 | 3/13/19 | 5/5/19 | 5/1/19 | $5.00 | $0.00 | HOUSING | 0820473 | CHARGE | VP KEY LOCKOUT (AFTERHR) | |
| | 3/7/19 | 3/8/19 | | ($557.00) | $0.00 | CASHIER | 629144 | PAYMNT | E-PAYMENT FOR HOUSING ONLY | |
| | 2/28/19 | 2/28/19 | | ($25.00) | $0.00 | SHS-00 | 0044697 | CBSO CAN | CANC INV#2289020 | |
| 193 | 2/27/19 | 2/28/19 | 4/15/19 | $25.00 | $0.00 | SHS-00 | 2289020 | CHARGE | STUDENT HEALTH CENTER VISIT | |
| 181 | 2/15/19 | | 3/15/19 | $20.00 | $20.00 | FIN SVCS | 273517 | CHARGE | ZOTBILL LATE CHARGE FEB 2019 | |
| 194 | 2/15/19 | 4/2/19 | 4/1/19 | $557.00 | $0.00 | HOUSING | 0817657 | CHARGE | APR 2019 VP RENT UNIT H SHARED | |
| | 2/15/19 | 2/15/19 | | ($567.00) | $0.00 | CASHIER | 618459 | PAYMNT | E-PAYMENT FOR HOUSING ONLY | |
| 182 | 2/13/19 | | 3/15/19 | $14,730.00 | $14,730.00 | FIN AID | 858673 | CHARGE | ADJ-Federal Direct Loan Unsub Fal | |
| 182 | 2/13/19 | | 3/15/19 | $6,489.00 | $6,489.00 | FIN AID | 858672 | CHARGE | ADJ-Federal Direct Grad Plus Fal | |
| 193 | 2/11/19 | 2/15/19 | 2/12/19 | $10.00 | $0.00 | HOUSING | 0811928 | CHARGE | FEB2019 VP LATE FEE | |
| 193 | 1/18/19 | 1/30/19 | | $0.00 | $0.00 | REGISTRAI | 040755 | DEASED | LEP SERVICE CHARGE DELETE | |
| 181 | 1/15/19 | | 2/15/19 | $20.00 | $20.00 | FIN SVCS | 271848 | CHARGE | ZOTBILL LATE CHARGE JAN 2019 | |
| 193 | 1/15/19 | 3/8/19 | 3/1/19 | $557.00 | $0.00 | HOUSING | 0808761 | CHARGE | MAR 2019 VP RENT UNIT H SHARED | |
| | 1/6/19 | 1/7/19 | | ($557.00) | $0.00 | CASHIER | 607114 | PAYMNT | E-PAYMENT FOR HOUSING ONLY | |
| 193 | 12/17/18 | 1/30/19 | | $0.00 | $0.00 | REGISTRAI | 217160 | DEASED | LATE FEE PAYMENT SERVICE CHARGE DELETE | |
| 193 | 12/17/18 | 2/15/19 | 2/1/19 | $557.00 | $0.00 | HOUSING | 0805300 | CHARGE | FEB 2019 VP RENT UNIT H SHARED | |
| 193 | 11/30/18 | 1/30/19 | 12/17/18 | $0.00 | $0.00 | REGISTRAI | 673590 | DEASES | WINTER 2019 QUARTER REGISTRATION FEES [ | |
| 182 | 11/21/18 | 11/21/18 | | $1,000.00 | $0.00 | FIN AID | 9775070 | CHECKS | CHECKS / DIRECT DEPOSIT | |
| 181 | 11/16/18 | | 1/15/19 | $1,645.00 | $1,645.00 | FIN AID | 822810 | CHARGE | ADJ-Federal Direct Loan Unsub Med | |
| 181 | 11/16/18 | | 1/15/19 | $5,003.00 | $5,003.00 | FIN AID | 822809 | CHARGE | ADJ-Federal Direct Grad Plus Med | |
| 193 | 11/15/18 | 1/7/19 | 1/1/19 | $557.00 | $0.00 | HOUSING | 0796462 | CHARGE | JAN 2019 VP RENT UNIT H SHARED | |
| 193 | 11/14/18 | | | $0.00 | $0.00 | FIN AID | | FINAID | WINTER 2019 QUARTER FINANCIAL AID | |
| 182 | 11/14/18 | 11/14/18 | | $5,489.00 | $0.00 | FIN AID | 9770910 | CHECKS | CHECKS / DIRECT DEPOSIT | |
| 182 | 11/9/18 | 11/9/18 | | $228.12 | $0.00 | FIN AID | 9769761 | CHECKS | CHECKS / DIRECT DEPOSIT | |
| 182 | 11/9/18 | 11/21/18 | | ($21,219.00) | $0.00 | FIN AID | | FINAID | FALL 2018 QUARTER FINANCIAL AID | |
| 182 | 11/9/18 | 11/9/18 | 12/17/18 | $50.00 | $0.00 | REGISTRAI | 217048 | CHARGE | LATE FEE PAYMENT SERVICE CHARGE | |
| 182 | 11/9/18 | 11/9/18 | 9/17/18 | $13,337.88 | $0.00 | REGISTRAI | 672239 | ASSESS | FALL 2018 QUARTER REGISTRATION FEES | |
| 182 | 10/15/18 | 11/9/18 | 12/1/18 | $557.00 | $0.00 | HOUSING | 0787813 | CHARGE | DEC 2018 VP RENT UNIT H | |

PHA-02678

| Activity Term | Issue | Used | Due | Amounts Transaction | Remaining | Dept | Trans. ID | Type/No. | Description | Dispute |
|---|---|---|---|---|---|---|---|---|---|---|
| | 10/5/18 | 10/6/18 | | ($557.00) | $0.00 | CASHIER | 567433 | PAYMNT | E-PAYMENT TO ZOTACCOUNT | |
| 182 | 9/17/18 | 11/9/18 | 11/1/18 | $557.00 | $0.00 | HOUSING | 0783440 | CHARGE | NOV 2018 VP RENT UNIT H SHARED | |
| | 9/8/18 | 9/8/18 | | ($567.00) | $0.00 | CASHIER | 548988 | PAYMNT | E-PAYMENT TO ZOTACCOUNT | |
| | 8/27/18 | 8/27/18 | | ($10.00) | $0.00 | CASHIER | 540862 | PAYMNT | E-PAYMENT FOR HOUSING ONLY | |
| | 8/16/18 | 8/17/18 | | ($557.00) | $0.00 | CASHIER | 537651 | PAYMNT | E-PAYMENT FOR HOUSING ONLY | |
| 182 | 8/15/18 | 10/6/18 | 10/1/18 | $557.00 | $0.00 | HOUSING | 0774304 | CHARGE | OCT 2018 VP RENT UNIT H SHARED | |
| 181 | 8/13/18 | 8/17/18 | 8/14/18 | $10.00 | $0.00 | HOUSING | 0769368 | CHARGE | AUG2018 VP LATE FEE | |
| 184 | 8/8/18 | 9/8/18 | 9/17/18 | $10.00 | $0.00 | SHS-00 | 2259122 | CHARGE | STUDENT HEALTH CENTER VISIT | |
| 181 | 7/26/18 | 7/26/18 | | $4,978.00 | $0.00 | FIN AID | 9711318 | CHECKS | CHECKS / DIRECT DEPOSIT | |
| 182 | 7/16/18 | 9/8/18 | 9/1/18 | $557.00 | $0.00 | HOUSING | 0766443 | CHARGE | SEP 2018 VP RENT UNIT H SHARED | |
| | 7/7/18 | 7/8/18 | | ($557.00) | $0.00 | CASHIER | 526050 | PAYMNT | E-PAYMENT TO ZOTACCOUNT | |
| 184 | 7/3/18 | 7/25/18 | 8/15/18 | $20.00 | $0.00 | SHS-00 | 2256308 | CHARGE | STUDENT HEALTH CENTER VISIT | |
| 182 | 6/15/18 | 8/27/18 | 8/1/18 | $557.00 | $0.00 | HOUSING | 0761047 | CHARGE | AUG 2018 VP RENT UNIT H SHARED | |
| 184 | 5/21/18 | 7/25/18 | 8/1/18 | $5.00 | $0.00 | HOUSING | 0746246 | CHARGE | VP KEY LOCKOUT (AFTERHR) | |
| 181 | 5/15/18 | 7/8/18 | 7/1/18 | $557.00 | $0.00 | HOUSING | 0744276 | CHARGE | JUL 2018 VP RENT UNIT H SHARED | |
| 181 | 5/15/18 | 5/17/18 | | $1,261.50 | $0.00 | FIN AID | 9678531 | CHECKS | CHECKS / DIRECT DEPOSIT | |
| 184 | 5/14/18 | 5/14/18 | | $700.00 | $0.00 | FIN AID | 9676449 | CHECKS | CHECKS / DIRECT DEPOSIT | |
| 181 | 5/9/18 | 7/26/18 | | ($10,991.00) | $0.00 | FIN AID | | FINAID | SUMMER 2018, MEDS FINANCIAL AID | |
| | 5/5/18 | 5/5/18 | | ($546.00) | $0.00 | CASHIER | 493678 | PAYMNT | E-PAYMENT FOR HOUSING ONLY | |
| 184 | 4/16/18 | 5/9/18 | 6/1/18 | $546.00 | $0.00 | HOUSING | 0734191 | CHARGE | JUN 2018 VP RENT UNIT H SHARED | |
| 181 | 4/3/18 | 5/9/18 | 5/15/18 | $4,180.50 | $0.00 | REGISTRAF | 587977 | ASSESS | SUMMER 2018, MEDS REGISTRATION FEES | |
| 184 | 3/15/18 | 5/5/18 | 5/1/18 | $546.00 | $0.00 | HOUSING | 0728810 | CHARGE | MAY 2018 VP RENT UNIT H SHARED | |
| 184 | 3/9/18 | 3/15/18 | | $5,231.50 | $0.00 | FIN AID | 9638564 | CHECKS | CHECKS / DIRECT DEPOSIT | |
| 183 | 3/6/18 | 3/6/18 | | $500.00 | $0.00 | FIN AID | 9634433 | CHECKS | CHECKS / DIRECT DEPOSIT | |
| 184 | 2/15/18 | 2/22/18 | 4/1/18 | $546.00 | $0.00 | HOUSING | 0720376 | CHARGE | APR 2018 VP RENT UNIT H SHARED | |
| 184 | 2/13/18 | 5/14/18 | | ($20,082.00) | $0.00 | FIN AID | | FINAID | SPRING 2018 QUARTER FINANCIAL AID | |
| 184 | 2/9/18 | 2/22/18 | 3/15/18 | $13,038.50 | $0.00 | REGISTRAF | 583247 | ASSESS | SPRING 2018 QUARTER REGISTRATION FEES | |
| 183 | 1/16/18 | 2/22/18 | 3/1/18 | $546.00 | $0.00 | HOUSING | 0711689 | CHARGE | MAR 2018 VP RENT UNIT H SHARED | |
| 183 | 12/18/17 | 1/3/18 | | $5,181.50 | $0.00 | FIN AID | 9608793 | CHECKS | CHECKS / DIRECT DEPOSIT | |
| 183 | 12/15/17 | 12/15/17 | 2/1/18 | $546.00 | $0.00 | HOUSING | 0708193 | CHARGE | FEB 2018 VP RENT UNIT H SHARED | |
| 183 | 11/15/17 | 11/16/17 | 1/1/18 | $546.00 | $0.00 | HOUSING | 0699327 | CHARGE | JAN 2018 VP RENT UNIT H SHARED | |
| 183 | 11/8/17 | 3/6/18 | | ($20,364.00) | $0.00 | FIN AID | | FINAID | WINTER 2018 QUARTER FINANCIAL AID | |
| | 11/4/17 | 11/5/17 | | ($576.10) | $0.00 | CASHIER | 411870 | PAYMNT | E-PAYMENT TO ZOTACCOUNT | |
| 183 | 11/3/17 | 11/16/17 | 12/15/17 | $13,039.50 | $0.00 | REGISTRAF | 548955 | ASSESS | WINTER 2018 QUARTER REGISTRATION FEES | |
| 172 | 10/18/17 | 11/16/17 | 1/1/18 | $5.00 | $0.00 | HOUSING | 0692043 | CHARGE | VP KEY LOCKOUT (AFTERHR) | |
| 172 | 10/16/17 | 11/16/17 | 12/1/17 | $546.00 | $0.00 | HOUSING | 0690498 | CHARGE | DEC 2017 VP RENT UNIT H SHARED | |
| | 10/4/17 | 10/5/17 | | ($577.25) | $0.00 | CASHIER | 401797 | PAYMNT | E-PAYMENT TO ZOTACCOUNT | |
| 171 | 9/22/17 | 9/22/17 | | $2,926.83 | $0.00 | FIN AID | 9554375 | CHECKS | CHECKS / DIRECT DEPOSIT | |
| 174 | 9/18/17 | 11/5/17 | 11/15/17 | $30.10 | $0.00 | SHS-00 | 2214988 | CHARGE | STUDENT HEALTH CENTER VISIT | |
| 172 | 9/15/17 | 11/5/17 | 11/1/17 | $546.00 | $0.00 | HOUSING | 0686532 | CHARGE | NOV 2017 VP RENT UNIT H SHARED | |
| 172 | 8/15/17 | 10/5/17 | 10/1/17 | $546.00 | $0.00 | HOUSING | 0677293 | CHARGE | OCT 2017 VP RENT UNIT H SHARED | |
| 171 | 8/10/17 | 10/5/17 | 10/1/17 | $31.25 | $0.00 | HOUSING | 0671777 | CHARGE | VP MISCELLANEOUS | |
| 172 | 8/3/17 | 8/3/17 | | $8,768.50 | $0.00 | FIN AID | 9523245 | CHECKS | CHECKS / DIRECT DEPOSIT | |
| 172 | 8/2/17 | 8/3/17 | | ($22,961.00) | $0.00 | FIN AID | | FINAID | FALL 2017 QUARTER FINANCIAL AID | |
| 172 | 7/17/17 | 8/3/17 | 9/1/17 | $546.00 | $0.00 | HOUSING | 0668907 | CHARGE | SEP 2017 VP RENT UNIT H SHARED | |
| 172 | 7/13/17 | 8/3/17 | 9/15/17 | $13,100.50 | $0.00 | REGISTRAF | 479894 | ASSESS | FALL 2017 QUARTER REGISTRATION FEES | |
| | 7/4/17 | 7/4/17 | | ($570.50) | $0.00 | CASHIER | 361150 | PAYMNT | E-PAYMENT TO ZOTACCOUNT | |
| 172 | 6/15/17 | 8/3/17 | 8/1/17 | $546.00 | $0.00 | HOUSING | 0663170 | CHARGE | AUG 2017 VP RENT UNIT H SHARED | |
| | 6/9/17 | 6/9/17 | | ($86.00) | $0.00 | CASHIER | 346664 | PAYMNT | E-PAYMENT TO ZOTACCOUNT | |
| 171 | 6/8/17 | 6/8/17 | | $268.03 | $0.00 | FIN AID | 9495484 | CHECKS | CHECKS / DIRECT DEPOSIT | |
| 171 | 6/2/17 | 6/2/17 | | $1,055.63 | $0.00 | FIN AID | 9493300 | CHECKS | CHECKS / DIRECT DEPOSIT | |
| 171 | 5/22/17 | 5/22/17 | | $993.07 | $0.00 | FIN AID | 9487077 | CHECKS | CHECKS / DIRECT DEPOSIT | |
| 171 | 5/22/17 | 9/22/17 | | ($5,243.56) | $0.00 | FIN AID | | FINAID | SUMMER 2017, MEDS FINANCIAL AID | |
| 174 | 5/22/17 | 7/4/17 | 7/17/17 | $24.50 | $0.00 | SHS-00 | 2201750 | CHARGE | STUDENT HEALTH CENTER VISIT | |
| 171 | 5/15/17 | 7/4/17 | 7/1/17 | $546.00 | $0.00 | HOUSING | 0645551 | CHARGE | JUL 2017 VP RENT UNIT H SHARED | |

Zot Account

| Activity Term | Issue | Used | Due | Transaction | Remaining | Dept | Trans. ID | Type/No. | Description | Dispute |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5/1/17 | 5/2/17 | | ($536.00) | $0.00 | CASHIER | 329506 | PAYMNT | E-PAYMENT TO ZOTACCOUNT | |
| 174 | 4/17/17 | 6/9/17 | 6/1/17 | $536.00 | $0.00 | HOUSING | 0634881 | CHARGE | JUN 2017 VP RENT UNIT H SHARED | |
| 174 | 3/15/17 | 5/2/17 | 5/1/17 | $536.00 | $0.00 | HOUSING | 0628485 | CHARGE | MAY 2017 VP RENT UNIT H SHARED | |
| 174 | 3/13/17 | 3/20/17 | | $5,083.50 | $0.00 | FIN AID | S447841 | CHECKS | CHECKS / DIRECT DEPOSIT | |
| 173 | 2/15/17 | 2/23/17 | 3/15/17 | $20.00 | $0.00 | FIN SVCS | 203815 | CHARGE | ZOTBILL LATE CHARGE FEB 2017 | |
| 174 | 2/15/17 | 2/23/17 | 4/1/17 | $536.00 | $0.00 | HOUSING | 0620277 | CHARGE | APR 2017 VP RENT UNIT H SHARED | |
| 174 | 2/10/17 | 2/23/17 | 3/15/17 | $12,713.50 | $0.00 | REGISTRAR | 467237 | ASSESS | SPRING 2017 QUARTER REGISTRATION FEES | |
| 174 | 2/9/17 | 5/15/17 | | ($19,362.00) | $0.00 | FIN AID | | FINAID | SPRING 2017 QUARTER FINANCIAL AID | |
| 173 | 1/17/17 | 2/23/17 | 3/1/17 | $536.00 | $0.00 | HOUSING | 0611413 | CHARGE | MAR 2017 VP RENT UNIT H SHARED | |
| 173 | 1/9/17 | 2/23/17 | 2/15/17 | $13.00 | $0.00 | SHS-00 | 2184328 | CHARGE | STUDENT HEALTH CENTER VISIT | |
| 162 | 1/3/17 | 2/23/17 | 2/15/17 | $10.00 | $0.00 | SHS-00 | 2182919 | CHARGE | STUDENT HEALTH CENTER VISIT | |
| 173 | 12/16/16 | 1/3/17 | | $5,128.50 | $0.00 | FIN AID | 9415294 | CHECKS | CHECKS / DIRECT DEPOSIT | |
| 173 | 12/15/16 | 12/15/16 | 2/1/17 | $536.00 | $0.00 | HOUSING | 0608044 | CHARGE | FEB 2017 VP RENT UNIT H SHARED | |
| 173 | 11/15/16 | 11/16/16 | 1/1/17 | $536.00 | $0.00 | HOUSING | 0599344 | CHARGE | JAN 2017 VP RENT UNIT H SHARED | |
| 173 | 11/9/16 | 12/16/16 | | ($18,914.00) | $0.00 | FIN AID | | FINAID | WINTER 2017 QUARTER FINANCIAL AID | |
| 162 | 11/4/16 | 11/4/16 | | $2,361.00 | $0.00 | FIN AID | 9381413 | CHECKS | CHECKS / DIRECT DEPOSIT | |
| 173 | 10/28/16 | 11/16/16 | 12/15/16 | $12,713.50 | $0.00 | REGISTRAR | 435466 | ASSESS | WINTER 2017 QUARTER REGISTRATION FEES | |
| 162 | 10/20/16 | 10/20/16 | | $228.00 | $0.00 | FIN AID | 9373815 | CHECKS | CHECKS / DIRECT DEPOSIT | |
| 162 | 10/17/16 | 10/19/16 | 12/1/16 | $536.00 | $0.00 | HOUSING | 0590384 | CHARGE | DEC 2016 VP RENT UNIT H SHARED | |
| 162 | 10/7/16 | 10/19/16 | 11/1/16 | $536.00 | $0.00 | HOUSING | 0588657 | CHARGE | NOV 2016 VP RENT UNIT H SHARED | |
| | 10/7/16 | 10/7/16 | | ($676.00) | $0.00 | HOUSING | 0637637 | CREDIT | (ADJ) TRANSFER HOUSING CREDIT FROM UG I | |
| | 10/7/16 | 10/7/16 | | ($59.30) | $0.00 | HOUSING | 0637633 | CREDIT | HOUSING REFUND | |
| 162 | 10/7/16 | 10/7/16 | 12/1/16 | $59.30 | $0.00 | HOUSING | 0588636 | CHARGE | HOUSING REFUND | |
| 162 | 9/30/16 | 10/7/16 | 10/1/16 | $536.00 | $0.00 | HOUSING | 0588130 | CHARGE | OCT 2016 VP RENT UNIT H SHARED | |
| | 9/30/16 | 10/7/16 | 10/1/16 | $150.00 | $0.00 | HOUSING | 0588129 | CHARGE | VP SECURITY DEPOSIT | |
| | 8/18/16 | 10/7/16 | | ($10.00) | $0.00 | HOUSING | 0599722 | CREDIT | (REV) AUG2016 VP LATE FEE | |
| | 8/18/16 | 8/18/16 | | ($44.80) | $0.00 | CASHIER | 204196 | PAYMNT | E-PAYMENT TO ZOTACCOUNT | |
| 164 | 8/15/16 | 8/18/16 | 9/15/16 | $20.00 | $0.00 | SHS-00 | 2163883 | CHARGE | STUDENT HEALTH CENTER VISIT | |
| 164 | 8/8/16 | 8/18/16 | 9/15/16 | $24.80 | $0.00 | SHS-00 | 2162620 | CHARGE | STUDENT HEALTH CENTER VISIT | |
| 162 | 7/27/16 | 8/1/16 | | $7,155.50 | $0.00 | FIN AID | 4177281 | CHECKS | CHECKS / DIRECT DEPOSIT | |
| 162 | 7/26/16 | 11/4/16 | | ($24,096.00) | $0.00 | FIN AID | | FINAID | FALL 2016 QUARTER FINANCIAL AID | |
| 162 | 7/18/16 | 7/27/16 | 9/15/16 | $13,279.50 | $0.00 | REGISTRAR | 370308 | ASSESS | FALL 2016 QUARTER REGISTRATION FEES | |

PL-02680

Meeting with Sarah — Campus Billing Office

⇒ An F or Incomplete is not a successful grade.

⇒ Fall quarter → No Unit Credits same concept as

⇒ 3 weeks of work g services

A Computation should have been done within the stipulated time

UCI has policies that address this

⇒ Campus billing Office would not handle this issue → the SOM is responsible for this. Financial aid office and the SOM Registrar's office should have handled this issue.

→ A withdrawal form should have been submitted and a % computation should have been done to determine how much money should be refunded to the government (school policies show how much time you have to get this done & the dean who withdrew should have done it within that time

→ Campus billing handles payment arrangements

⇒ Talk to SOM to see if they can do a **retroactive** **withdrawal**

⇒) I can't really fill out a withdrawal form because I was not withdrawing; (was withdrawn from Class by Dr. Wiechmann.

12|2|2019



Summer Fees $10,991
2018
→ fees - $4,180.50
What went to - $1,261.50
my bank account - $4,978
Housing for - $546
June
was not - $5
SHC - $20

July 1st
is the calculation
date for charges

government when those
→ $6,648
took effect → September 20
↑ main campus
notified that
I am not enrolled

Asked to pay
because I didn't
get any grade
from Surgery Clerkship

charges placed on
my 2nd account on
November 16th and they gave
me until January 15th

* Enrolled November 9th

Fall 2018 - $21,219.00
↳ Fees - $13,337.88
What went to my - $228.12 (unas)
bank account - $5489 (grad plus)
- $1,000 (Grad plus)
November $ - $1,114
Dec Rent

G-Ship ⇒ ask SHC for health insurance
issues

→ Fall money to return
↳ 21,219 + 6,648
Total - $27,867
⇒ Late fee charges → total - $80

total to pay ⇒ $27,947

⇒ According to Joy Kim
Beginning and Ending dates for Fall quarter
2018. 8/13/2018 - 11/4/2018

⇒ LOA from July 2018

→ Applied for Fall quarter only (the
period I was here
⇒ I received the funding after the fall
quarter end date
⇒ 3 weeks worth of services
⇒ Campus Billing (Talk to campus billing)
⇒ Ask to Speak with the Supervisor

PL-02682



**Jackline Muthoka <jackiemuthoka87@gmail.com>**

---

## Re: Zot Account charges
5 messages

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>       Tue, Dec 3, 2019 at 11:13 PM
To: "Medina, Luis J." <lmedina@uci.edu>, jackline muthoka <jackiemuthoka87@gmail.com>

Hi Luis,

Thank you for meeting with me yesterday and taking your time to explain the charges in my account. It's been over a month since I found out about the charges and since I have tried to address this issue. It is very frustrating because no one is helping me and giving me a clear answer as to why this happened.

It's still not clear to me why the school is charging me for the fall quarter. I followed your advice and met with Sarah Slavin, Senior Collections Representative, Campus Billing Services today and this is what she had to say. It is the responsibility of the medical school financial aid office and medical school registrar to fix this issue and not an issue that needs to be dealt with by the campus billing office. Sarah also informed you, in my presence, that there are procedures and policies set in place for students who are asked to leave during Clerkship, like I was, and that the amounts that the students didn't utilize need to be credited back to their account and refunded to the government. The campus Billing office is responsible for assisting students who are making payments or payment arrangements and do not deal with issues that involve medical school financial aid and medical school debt. She also added that there is paperwork that I should have been asked to fill out by the office of the Registrar that would have shown when I was asked to leave rotations by the Dean of Curricular Affairs. That would have been used to calculate the amount of money that the school should refund to the government since the services that my financial aid paid for were not utilized and I should not be expected to pay for services that I never received.

Thank you,
Jackie

---

**From:** Luis J Medina <lmedina@uci.edu>
**Sent:** Monday, December 2, 2019 2:41 PM
**To:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Cc:** Medina, Luis J. <lmedina@uci.edu>
**Subject:** RE: Zot Account charges

Hi Jackie,

It was nice meeting with you this morning to go over your ZOT account and the charges for summer 2018 and fall 2018. I am glad that I was able to explain the charges and the reasons why you would need to return a partial amount for summer and the full amount of aid for fall quarter.

Thank you,

Luis J. Medina, MS, MBA

Director

Financial Aid Office

School of Medicine

University of California, Irvine

836 Medical Education Building, Room 3038

Irvine, CA 92697-4089

(949) 824-4605

(949) 824-1014 fax

www.ofas.uci.edu/som

**Book a One-on-One Appointment with us at:**
https://outlook.office365.com/owa/calendar/SOMFinancialAid@healthuci.onmicrosoft.com/
bookings/.
*Please note: for your convenience, we have appointment slots available to meet with us on campus, at the Med Ed building, or at the UCI Medical Center.*

------------------------------------

State of California Disclosure:

Federal student loans are available to most students regardless of income and provide a range of repayment options including income-based repayment plans and loan forgiveness benefits, which other education loans are not required to provide.

Confidentiality Statement:

This email message, including any attachments, is for sole use of the intended recipient(s), and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply email, and delete the original and all copies of this email.

**From:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Sent:** Monday, December 2, 2019 11:01 AM
**To:** Luis J Medina <lmedina@uci.edu>
**Subject:** Re: Zot Account charges

Hi Luis,

Sounds good. I'll stop by at 11:15 am.

Thank you,

Jackie

Best,

Jackline Muthoka MS3

UC Irvine School of Medicine

jmuthoka@uci.edu

7145986400/7143980106

On Dec 2, 2019, at 9:38 AM, Luis J Medina <lmedina@uci.edu> wrote:

Hi Jackie,

I have a meeting at 10:00 am, but could meet with you after my meeting is over, around 11:15 am. I have other meetings and appointments in the afternoon, so meeting in the afternoon would be a little hard.

Thank you,

Luis J. Medina, MS, MBA

Director

Financial Aid Office

School of Medicine

University of California, Irvine

836 Medical Education Building, Room 3038

Irvine, CA 92697-4089

(949) 824-4605

(949) 824-1014 fax

www.ofas.uci.edu/som

**Book a One-on-One Appointment with us at:**
https://outlook.office365.com/owa/calendar/SOMFinancialAid@
healthuci.onmicrosoft.com/bookings/.
*Please note: for your convenience, we have appointment slots available to meet with us on campus, at the Med Ed
building, or at the UCI Medical Center.*

PL-02685

----------------------------------

State of California Disclosure:

Federal student loans are available to most students regardless of income and provide a range of repayment options including income-based repayment plans and loan forgiveness benefits, which other education loans are not required to provide.

Confidentiality Statement:

This email message, including any attachments, is for sole use of the intended recipient(s), and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email, and delete the original and all copies of this email.

---

**From:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Sent:** Monday, December 2, 2019 9:16 AM
**To:** Luis J Medina <lmedina@uci.edu>
**Subject:** Re: Zot Account charges

Hi Luis,

I hope you had a great weekend. I am so sorry I forgot to email you last Wednesday. My meeting got canceled last minute and I didn't get a chance to inform you. I have another meeting on campus today at 10:00 am and I can stop by after the meeting if you have time. please let me know, thank you!

Jackie

---

**From:** Luis J Medina <lmedina@uci.edu>
**Sent:** Monday, November 25, 2019 12:54 PM
**To:** Muthoka, Jackline <jmuthoka@hs.uci.edu>; jackline muthoka <jackiemuthoka87@gmail.com>
**Cc:** SOM Financial Aid <cmfao@uci.edu>
**Subject:** RE: Zot Account charges

Hi Jackie,

We can meet on Wednesday before your meeting and explain the charges posted to your account. As to a copy of the breakdown, what I have is a copy of the printout from your ZOT account, which is the same thing that you showed me last time I saw you, but I can certainly print another copy for you, if you like.

Thank you,

Luis J. Medina, MS, MBA

Director

Financial Aid Office

School of Medicine

University of California, Irvine

836 Medical Education Building, Room 3038

Irvine, CA 92697-4089

(949) 824-4605

(949) 824-1014 fax

www.ofas.uci.edu/som

**Book a One-on-One Appointment with us at:**
https://outlook.office365.com/owa/calendar/SOMFinancialAid@
healthuci.onmicrosoft.com/bookings/.
*Please note: for your convenience, we have appointment slots available to meet with us on campus, at the Med Ed
building, or at the UCI Medical Center.*

------------------------------------

State of California Disclosure:

Federal student loans are available to most students regardless of income and provide a range of
repayment options including income-based repayment plans and loan forgiveness benefits, which other
education loans are not required to provide.

Confidentiality Statement:

This email message, including any attachments, is for sole use of the intended recipient(s), and may
contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution
is prohibited. If you are not the intended recipient, please contact the sender by reply email, and delete
the original and all copies of this email.

---

**From:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Sent:** Monday, November 25, 2019 12:43 PM
**To:** Luis J Medina <lmedina@uci.edu>; jackline muthoka <jackiemuthoka87@gmail.com>
**Subject:** Re: Zot Account charges

Hi Luis,

PL-02687

I hope you had a good weekend. I am available this afternoon via phone but I am not in a position to drive to Irvine today. I was wondering if you can email me a copy of the breakdown so I can have a copy for my records as well as a copy that I can forward to my family. I will then go over the breakdown and we can talk about it and answer any questions that I have at a later time. I will be on campus this Wednesday from 11 am -1 pm and can meet with you before or after my meeting, if you are available. Please let me know, thank you!


Jackie


---

**From:** Luis J Medina <lmedina@uci.edu>
**Sent:** Friday, November 22, 2019 8:38 AM
**To:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Cc:** jackline muthoka <jackiemuthoka87@gmail.com>; SOM Financial Aid <cmfao@uci.edu>
**Subject:** RE: Zot Account charges


Hi Jackie,


I went over the charges for your account. I can go over them with you on Monday. Do you have time on Monday afternoon? Please let me know.


Thank you,


Luis J. Medina, MS, MBA

Director

Financial Aid Office

School of Medicine

University of California, Irvine

836 Medical Education Building, Room 3038

Irvine, CA 92697-4089

(949) 824-4605

(949) 824-1014 fax

www.ofas.uci.edu/som


**Book a One-on-One Appointment with us at:**
https://outlook.office365.com/owa/calendar/SOMFinancialAid@
healthuci.onmicrosoft.com/bookings/.

PL-02688

*Please note: for your convenience, we have appointment slots available to meet with us on campus, at the Med Ed building, or at the UCI Medical Center.*

-------------------------------------

State of California Disclosure:

Federal student loans are available to most students regardless of income and provide a range of repayment options including income-based repayment plans and loan forgiveness benefits, which other education loans are not required to provide.

Confidentiality Statement:

This email message, including any attachments, is for sole use of the intended recipient(s), and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply email, and delete the original and all copies of this email.

---

**From:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Sent:** Thursday, November 21, 2019 10:19 PM
**To:** Luis J Medina <lmedina@uci.edu>
**Cc:** jackline muthoka <jackiemuthoka87@gmail.com>
**Subject:** Zot Account charges

Hi Luis,

I hope you are well. It's been a couple weeks since we last met and I did not receive the breakdown and explanations of the charges in my Zot account. I still don't know why I am being charged **$27,947.00** by the university**.** Please let me know.

Thank you,

Jackie

---

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not use, distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-7006 immediately if you have received this e-mail in error. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

---

**Luis J Medina** <lmedina@uci.edu>        Thu, Dec 5, 2019 at 9:14 AM

PL-02689

To: "Muthoka, Jackline" <jmuthoka@hs.uci.edu>, jackline muthoka <jackiemuthoka87@gmail.com>
Cc: Luis J Medina <lmedina@uci.edu>


Hi Jackie,


I received your email. The issues you mentioned involve different areas, curricular affairs, student affairs, registrar, etc., which are outside my area. I will talk to Dr. Osborn.

[Quoted text hidden]

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                                    Sun, Dec 8, 2019 at 4:42 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>


Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

Begin forwarded message:

[Quoted text hidden]
[Quoted text hidden]

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                                    Mon, Dec 9, 2019 at 10:51 AM
To: "jmoumneh@uci.edu" <jmoumneh@uci.edu>
Cc: jackline muthoka <jackiemuthoka87@gmail.com>


Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

Begin forwarded message:

[Quoted text hidden]

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                                    Tue, Dec 10, 2019 at 9:40 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>


**From:** Muthoka, Jackline
**Sent:** Monday, December 9, 2019 10:51 AM
**To:** jmoumneh@uci.edu <jmoumneh@uci.edu>
**Cc:** jackline muthoka <jackiemuthoka87@gmail.com>
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

PL-02690

**Kim, Christina Joy**

---

**From:**          Kim, Christina Joy
**Sent:**          Friday, January 4, 2019 5:21 PM
**To:**            Medina, Luis J.
**Subject:**       RE: Fall 18 Withdrawals

Hi Luis,

The only one that we may have to process is Jackline Muthoka's. I received her LOA petition this week, but not sure what decision was made about her financial aid as it relates to that course/term.

Based on my notes, she had to stop the clerkship on 11/21/2018. It started on 11/12/2018. We could keep the course on her record for fall and issue her an incomplete once grades get posted. Would she still owe money for financial aid if that was done?

Best,

Joy

---

**From:** Luis J Medina [mailto:lmedina@uci.edu]
**Sent:** Friday, January 04, 2019 3:44 PM
**To:** Kim, Christina Joy
**Cc:** Medina, Luis J.
**Subject:** FW: Fall 18 Withdrawals

HI Joy,

Happy New Year! Do you have an update on this? The main campus Compliance unit is asking about any withdrawals for fall 2018.

Thank you,

Luis J. Medina, MS, MBA
Director
Financial Aid Office
School of Medicine
University of California, Irvine
836 Medical Education Building, Room 3038
Irvine, CA 92697-4089
(949) 824-4605
(949) 824-1014 fax
www.ofas.uci.edu/som

State of California Disclosure:
Federal student loans are available to most students regardless of income and provide a range of repayment options including income-based repayment plans and loan forgiveness benefits, which other education loans are not required to provide.

Confidentiality Statement:

1

This email message, including any attachments, is for sole use of the intended recipient(s), and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply email, and delete the original and all copies of this email.

---

**From:** Benjamin Jay Shaver
**Sent:** Friday, January 04, 2019 3:35 PM
**To:** Luis J Medina <lmedina@uci.edu>
**Subject:** RE: Fall 18 Withdrawals

Hi, Luis.

Any update on this? – Ben

---

**From:** Luis J Medina
**Sent:** Tuesday, December 18, 2018 3:04 PM
**To:** Sonnia Manzo <slmanzo@uci.edu>
**Cc:** Lindsay Crowell <lcrowell@uci.edu>; Benjamin Jay Shaver <bshaver@uci.edu>; Rebecca Sanchez <rebecls1@uci.edu>; Luis J Medina <lmedina@uci.edu>
**Subject:** RE: Fall 18 Withdrawals

Yes, I will let you know as soon as I find out.

Thank you,

Luis J. Medina, MS, MBA
Director
Financial Aid Office
School of Medicine
University of California, Irvine
836 Medical Education Building, Room 3038
Irvine, CA 92697-4089
(949) 824-4605
(949) 824-1014 fax
www.ofas.uci.edu/som

State of California Disclosure:
Federal student loans are available to most students regardless of income and provide a range of repayment options including income-based repayment plans and loan forgiveness benefits, which other education loans are not required to provide.

Confidentiality Statement:
This email message, including any attachments, is for sole use of the intended recipient(s), and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply email, and delete the original and all copies of this email.

---

**From:** Sonnia Manzo
**Sent:** Tuesday, December 18, 2018 2:57 PM
**To:** Luis J Medina <lmedina@uci.edu>
**Cc:** Lindsay Crowell <lcrowell@uci.edu>; Benjamin Jay Shaver <bshaver@uci.edu>; Rebecca Sanchez

PL-02692

<rebecls1@uci.edu>
**Subject:** RE: Fall 18 Withdrawals

Thank you Luis, please keep us updated!

Sonnia Manzo
**Fiscal Manager**
Office of Financial Aid and Scholarships
(949) 824-9842 Direct
(949) 824-2820  Fax
slmanzo@uci.edu



University of California, Irvine
102 Aldrich Hall
Irvine, CA  92697-2825

Confidentiality Statement:
This email message, including any attachments, is for sole use of the intended recipient(s), and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply email, and delete the original and all copies of this email.

---

**From:** Luis J Medina
**Sent:** Tuesday, December 18, 2018 2:10 PM
**To:** Sonnia Manzo <slmanzo@uci.edu>
**Cc:** Lindsay Crowell <lcrowell@uci.edu>; Benjamin Jay Shaver <bshaver@uci.edu>; Rebecca Sanchez <rebecls1@uci.edu>; Luis J Medina <lmedina@uci.edu>
**Subject:** RE: Fall 18 Withdrawals

HI Sonnia,

The SOM Registrar has not processed any withdrawals as of yet, but I understand that they are doing a review of fall quarter now and there is a chance that there might be one.

Thank you,

Luis J. Medina, MS, MBA
Director
Financial Aid Office
School of Medicine
University of California, Irvine
836 Medical Education Building, Room 3038
Irvine, CA 92697-4089
(949) 824-4605
(949) 824-1014 fax
www.ofas.uci.edu/som

State of California Disclosure:

PL-02693

**Kim, Christina Joy**

| | |
|---|---|
| **From:** | Kim, Christina Joy |
| **Sent:** | Wednesday, January 30, 2019 10:06 AM |
| **To:** | Muthoka, Jackline |
| **Subject:** | RE: Graduate Student Status Lapsed |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Jackline,

I received a similar email from another student. I reached out to Andrea and will email you back once I hear from her.

On our side you are good to go with the LOA for the winter term. We are still working on processing your leave for the fall term, but that should be done on my end by next week.

Best,

Joy Kim
Registrar - Medical Education

---

**From:** Muthoka, Jackline
**Sent:** Tuesday, January 29, 2019 11:05 AM
**To:** Kim, Christina Joy
**Subject:** Fwd: Graduate Student Status Lapsed

Hi Joy,
I hope you are doing well. I received this email from Andrea and I am not sure what else I need to do since I submitted the LOA back in December. What's your advice on this? Thank you!
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

Begin forwarded message:

> **From:** Andrea Bannigan <alanders@uci.edu>
> **Date:** January 29, 2019 at 10:45:58 AM PST
> **To:** "JMUTHOKA@UCI.EDU" <JMUTHOKA@UCI.EDU>
> **Subject: Graduate Student Status Lapsed**
>
>
> Dear JACKLINE MUTHOKA,
>
> We are concerned because university records indicate that you
> did not officially register for the Winter quarter 2019 regular

1

PL-02694

academic session, nor was the paperwork filed with the Graduate Division requesting an academic leave of absence. The deadline for registering is the end of the third week of classes. As a consequence, your status as a graduate student at the University of California, Irvine, has technically lapsed.

If our records do no accurately reflect your understanding of your status, please contact Andrea Bannigan at alanders@uci.edu immediately so we can correct any inaccuracies in your student file. Otherwise you may apply for readmission if you wish to resume graduate study at a later date. We hope all is well with you and that you plan to continue your education at UCI in the future.

Graduate Division

86882088

PL-02695

**Kim, Christina Joy**

| | |
|---|---|
| **From:** | Kim, Christina Joy |
| **Sent:** | Thursday, February 7, 2019 10:29 AM |
| **To:** | Luis J Medina |
| **Cc:** | Toohey, Julianne; Medina, Luis J. |
| **Subject:** | RE: De-assess |

HI Luis,

I checked with Nancy, and Jackline would make up the weeks missed during that clerkship. I believe her last date of attendance should be 11/21/2018, since that is the day we received her failed Step 1 score, but Dr. Toohey please correct me if I am wrong about this.

Best,

Joy Kim
Registrar – Medical Education
949-824-5283

---

**From:** Luis J Medina <lmedina@uci.edu>
**Sent:** Wednesday, February 6, 2019 7:21 PM
**To:** Kim, Christina Joy <ckim29@uci.edu>
**Cc:** Toohey, Julianne <jtoohey@uci.edu>; Medina, Luis J. <lmedina@uci.edu>
**Subject:** RE: De-assess

Hi Joy,

Will Jackie take the clerkship over again, or will she just complete a project or exam to get a grade? The main campus will need a date of when Jackie last attended so they can compute the percentage of money that she needs to return. She would probably be considered a walk-away and not have to return the full amount of aid she received.

Thank you,

Luis J. Medina, MS, MBA
Director
Financial Aid Office
School of Medicine
University of California, Irvine
836 Medical Education Building, Room 3038
Irvine, CA 92697-4089
(949) 824-4605
(949) 824-1014 fax
www.ofas.uci.edu/som

State of California Disclosure:

PL-02696

Federal student loans are available to most students regardless of income and provide a range of repayment options including income-based repayment plans and loan forgiveness benefits, which other education loans are not required to provide.

Confidentiality Statement:
This email message, including any attachments, is for sole use of the intended recipient(s), and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email, and delete the original and all copies of this email.

---

**From:** Kim, Christina Joy [mailto:ckim29@uci.edu]
**Sent:** Wednesday, February 06, 2019 2:44 PM
**To:** Luis J Medina <lmedina@uci.edu>
**Cc:** Luis J Medina <lmedina@uci.edu>; Julianne S. Toohey (UCI) <jtoohey@uci.edu>
**Subject:** RE: De-assess

Hi Luis,

The SRS shows that Jackline's last day was 11/21/18, which is when UCI received notice about her failed Step 1 exam.

The student received an Incomplete for Fall 2018 – Peds Clerkship. A withdrawal form cannot be processed for Fall 2018, since she is not withdrawing from the course. The Incomplete will be turned into a Pass/Fail/Honors once she is able to return and complete the course.

Best,

Joy Kim
Registrar – Medical Education
949-824-5283

---

**From:** Luis J Medina [mailto:lmedina@uci.edu]
**Sent:** Wednesday, January 23, 2019 12:30 PM
**To:** Kim, Christina Joy
**Cc:** Medina, Luis J.; Toohey, Julianne
**Subject:** RE: De-assess

Hi Joy,

Winter quarter fees should be de-assessed for Jackline. Regarding fall quarter, a withdrawal form should be processed. Do you know what was her last day? She will probably have to return some money.

Thank you,

Luis J. Medina, MS, MBA
Director
Financial Aid Office
School of Medicine
University of California, Irvine
836 Medical Education Building, Room 3038
Irvine, CA 92697-4089
(949) 824-4605

PL-02697

(949) 824-1014 fax
www.ofas.uci.edu/som

State of California Disclosure:
Federal student loans are available to most students regardless of income and provide a range of repayment options including income-based repayment plans and loan forgiveness benefits, which other education loans are not required to provide.

Confidentiality Statement:
This email message, including any attachments, is for sole use of the intended recipient(s), and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply email, and delete the original and all copies of this email.

**From:** Kim, Christina Joy [mailto:ckim29@uci.edu]
**Sent:** Wednesday, January 23, 2019 12:08 PM
**To:** Luis J Medina <lmedina@uci.edu>
**Subject:** FW: De-assess

Hi Luis,

Should Jackline Muthoka's tuition still be paid even though she is on leave?

Best,

Joy

**From:** Sissy Dillon [mailto:bjdillon@uci.edu]
**Sent:** Wednesday, January 23, 2019 12:02 PM
**To:** Kim, Christina Joy
**Subject:** RE: De-assess

Hi Joy,

86882088 Muthoka, Jackline their fees was paid so a de-assessment can't be done.

Thanks,
SIssy

**From:** Kim, Christina Joy [mailto:ckim29@uci.edu]
**Sent:** Wednesday, January 23, 2019 11:43 AM
**To:** Sissy Dillon <bjdillon@uci.edu>
**Subject:** De-assess

Hi Sissy,

Can you please de-assess the two students below for Winter 2019? Thank you!

Muthoka, Jackline (86882088)

3

PL-02698

Joy Kim
Registrar
University of California, Irvine
School of Medicine | Medical Education
836 Health Sciences Road, Room 1016
Irvine, CA 92617-4089
P: 949-824-5283
F: 949-824-2083

PL-02699

**Kim, Christina Joy**

| | |
|---|---|
| **From:** | Sonnia Manzo <slmanzo@uci.edu> |
| **Sent:** | Wednesday, February 13, 2019 11:47 AM |
| **To:** | Kim, Christina Joy; Medina, Luis J.; Lindsay Crowell; Rebecca Sanchez |
| **Cc:** | Benjamin Jay Shaver |
| **Subject:** | RE: SOM fall walkaways |
| | |
| **Importance:** | High |

Good Morning Everyone,

Wanted to give a brief Summary on the SOM fall walkaway discussion that Ben and I had this morning for: Student [ Jackline, Muthoka #866882088 ] :

Student is considered a Fall 2018 Walkaway due to a NP for the Term. An " incomplete" is reflecting on transcript and per Registrar this NP grade will remain on record until course is made up, which per R2T4 rules would fall outside of the applicable timeframe of 45 days.

While Reviewing this file here are the following findings:
- Period of Enrollment is incorrect and should reflect the following dates for MS-III [ 08-13-2018 to 11-04-2018 ]
- Academic Year Date is incorrect and should reflect the following dates for MS-III [ 08-13-2018 to 08-09-2019 ]
- Loan Period is incorrect and should reflect the following dates for MS-III [ 08-13-2018 to 11-04-2018 ]
- Grad Plus & Unsub were originated as of 11/13/2018 which is outside of the single term Loan Period that should have ended as of [ 11-04-2018 ]
  - No future enrollment is on file therefore the student cannot keep any type of Fall aid even if the origination happened within the Academic Year
- No R2T4 can be performed due to ineligible aid

With the above findings the student is ineligible for all Fall Aid and % Earned cannot not be determined, therefore in this case the student would be treated like a cancellation with terminating all aid:

- Grad Plus $6,489
- Unsub $14,730

_____
Total: $21,664 ( Has been billed as of 2/13/2019 )

If anyone has any questions in regards to this please don't hesitate to contact Ben and or Myself.

Thank you,

Sonnia Manzo
**Fiscal Manager**
Office of Financial Aid and Scholarships
(949) 824-9842  Direct
(949) 824-2820  Fax
slmanzo@uci.edu

1

PL-02700

## Kim, Christina Joy

| | |
|---|---|
| **From:** | Toohey,  Julianne |
| **Sent:** | Tuesday, April 2, 2019 2:50 PM |
| **To:** | Kim, Christina Joy |
| **Cc:** | Guirguis, Nancy |
| **Subject:** | Re: Jackline Muthoka - Phone Call |

Thanks so much-I have talked to Luis about this and we have been trying to help...

Sent from my iPhone

On Apr 2, 2019, at 2:47 PM, Kim, Christina Joy <ckim29@uci.edu> wrote:

> Hi Dr. Toohey,
>
> I just wanted to let you know that Jackline Muthoka called me yesterday to discuss a few items related to her Step 1 exam and her housing situation. She is being asked to move out of the campus housing, since she is not returning for the Spring term. I informed housing that she is still working on completing the Step 1 exam, but we cannot confidently state when she would be able to return to the program.
>
> Jackline sounded very distraught, upset, and stressed out with this housing situation, and stated that SOM was not doing enough or anything to help her. She doesn't have anywhere to go, and is working hard to make money to pay off her debt. I informed her that she should try to do an appeal with the Housing Office and we can try to advocate for her, but the ultimate decision lies with them since it is based off of their policies.
>
> I know that there isn't much we can do on our end, but I was hoping that someone could reach out to her and do a wellness check. She has a lot on her plate, and sounded defeated over the phone.
>
> Best,
>
> Joy Kim
> Registrar
> University of California, Irvine
> School of Medicine | Medical Education
> 836 Health Sciences Road, Room 1016
> Irvine, CA 92617-4089
> P: 949-824-5283
> F: 949-824-2083

PL-02701

# Exhibit 4d

PL-02702

 Gmail

Jackline Muthoka <jackiemuthoka87@gmail.com>

## .·w: Message from UC Irvine, The Paul Merage School of Business Admissions Office

1 message

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                                    Wed, Oct 2, 2019 at 10:38 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

**From:** mba@merage.uci.edu <mba@merage.uci.edu>
**Sent:** Tuesday, November 6, 2018 12:23 PM
**To:** Muthoka, Jackline <jmuthoka@uci.edu>
**Cc:** Paredes, Kyle <paredesk@uci.edu>
**Subject:** Message from UC Irvine, The Paul Merage School of Business Admissions Office

Dear Jackie:

Congratulations on your admission! I am delighted you will be joining us in the MD/MBA Program for Fall 2019 at The Paul Merage School of Business. We believe you will be an excellent addition to the Class of 2021.

It is a pleasure to inform you that you have been selected to receive a Faculty Scholarship award in the amount of $9,750 ($7,500 to be awarded in your first year of study, $2,250 to be awarded in your second year of study). Faculty Scholars are selected for their academic backgrounds, as well as their leadership potential. This scholarship award is contingent on your continued full-time enrollment in the MD/MBA program while maintaining a satisfactory academic record.

To guarantee your place in the MBA Class of 2021, **expect an email from UC Irvine's Graduate Division within the next 3-5 business days with instructions on how to complete your Statement of Intent to Register and deposit.** Return the Statement of Intent to Register (SIR) and your non-refundable deposit of $750 by **November 27, 2018.** The deposit will be credited to your first quarter tuition payment. Please log-in to our Incoming Student Website and review important deadline dates.

Welcome again! If you have any questions, please do not hesitate to contact me.

Sincerely,

Courtney Elmes
Director, Full-Time MBA Program
The Paul Merage School of Business
University of California, Irvine

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not use, distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-7006 immediately if you have received this e-mail in error. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

PL-02703

On Sep 20, 2019, at 8:31 PM, Muthoka, Jackline <jmuthoka@hs.uci.edu> wrote:

Good evening Dr. Osborn,

I hope you are doing well. I just wanted to update you on what's been going on. After submitting all the paperwork that NBME had requested, they granted me a partial accommodation. I am still in the process of pursuing this further to understand why they didn't offer me a full accommodation as recommended by my evaluation. I am not sure how long this will take and so, I was wondering if I could discuss a couple of options with you. I was accepted into the MBA program last year and I was wondering if it's possible for me to pursue my MBA as I wait for the NBME to get back to me on this matter and as I prepare for my hearing with the with Promotions and Honors Committee. I've also been dealing with my student loans which I have been able to defer but I have to keep on paying every 3 months for my private loans to remain in forbearance and it's getting too expensive for me especially because I lost my on campus housing and had to move out. Going back to school as I wait for this process to be resolved will relieve me of the financial burden that I have right now and will allow me to work towards meeting my graduation requirements. I am studying and will still be studying for my exam- I just feel like I am losing a lot of school time and there is nothing I can do on my end to speed up this process and take my exam. Please let me know what your thoughts are on this and if it's even possible, thank you!

Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

PL-02704

**From:** "Paredes, Kyle" <paredesk@hs.uci.edu>
**Date:** September 21, 2019 at 10:41:28 AM PDT
**To:** "Osborn, Megan" <mbo@hs.uci.edu>, "Muthoka, Jackline" <jmuthoka@hs.uci.edu>
**Subject:** Re: Status update

Jackie-

It was good to hear from you, thank you for keeping us updated. As far as the MBA in concerned, unfortunately they already began classes for this Fall semester and you would not be able to start again until Fall 2020. The last time I spoke with Taylor Martini from the Paul Merage School of Business they had not heard back from you as to whether or not you would want to be considered for the class that will begin Fall 2020, and they may have already completed admissions for that cohort of MD/MBA's. If you are still interested you will need to reach out to them ASAP. Please let me know if you have any other questions.

Take care,

-KP

**Kyle Paredes, MD, MBA**
*Assistant Dean for Student Affair*
*MD/MBA Program Director*

*Assistant Clinical Professor*
*Department of Anesthesiology and Perioperative Care*
*UC Irvine Health*
*C:714-715-1288*

PL-02705

**From:** Osborn, Megan <mbo@hs.uci.edu>
**Sent:** Friday, September 20, 2019 6:36 PM
**To:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Cc:** Paredes, Kyle <paredesk@hs.uci.edu>
**Subject:** Re: Status update

Hi Jackie -

I hope you are doing well!
I think this sounds like a very reasonable plan. Have you been in touch with the MBA program? Are they will to accept you now - I think courses have already started? I am cc'ing Dr. Paredes since he is in charge of the MD/MBA program.
The P&H committee will have to review and approve this plan (since technically you are not in good standing due to your USMLE failure), but I think it sounds like a good idea personally, assuming that all the details can be worked out.

Hang in there,
MBO

Megan Boysen Osborn, MD, MHPE
Associate Dean for Students
Vice Chair for Education
UC Irvine Department of Emergency Medicine
Office: (949) 824-4285
mbo@hs.uci.edu

PL-02706

 Gmail

Jackline Muthoka <jackiemuthoka87@gmail.com>

## . w: Message from UC Irvine, The Paul Merage School of Business Admissions Office

1 message

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                              Wed, Oct 2, 2019 at 11:23 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

**From:** mba@merage.uci.edu <mba@merage.uci.edu>
**Sent:** Wednesday, August 1, 2018 2:38 PM
**To:** Muthoka, Jackline <jmuthoka@uci.edu>
**Cc:** Paredes, Kyle <paredesk@uci.edu>
**Subject:** Message from UC Irvine, The Paul Merage School of Business Admissions Office

Dear Jackie:

On behalf of the University of California, Irvine's School of Medicine and the Paul Merage School of Business, we are delighted to offer you a place in the MD/MBA Program for Fall 2019. We believe you will make an excellent addition to the Class of 2021.

Please acknowledge your acceptance of this offer of admission to the MD/MBA program for Fall 2019 by replying to this email by August 24th.

In October you will receive information regarding a merit-based scholarship and as well as a deposit needed to secure your scholarship and spot in the program.

We look forward to welcoming you to UC Irvine as a member of the MD/MBA Class of 2021. If you have any questions, please do not hesitate to contact us.

Sincerely,

Dr. Kyle Paredes and Courtney Elmes

Dr. Kyle Paredes
MD/MBA Program Director
Associate Clinical Professor, Anesthesia

Courtney Elmes
Director, Full-Time MBA Program
The Paul Merage School of Business
University of California, Irvine

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not use, distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-7006 immediately if you have received this e-mail in error. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

PL-02707

**From:** Osborn, Megan <mbo@hs.uci.edu>
**Sent:** Friday, September 20, 2019 6:36 PM
**To:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Cc:** Paredes, Kyle <paredesk@hs.uci.edu>
**Subject:** Re: Status update

Hi Jackie -

I hope you are doing well!
I think this sounds like a very reasonable plan. Have you been in touch with the MBA program? Are they will to accept you now – I think courses have already started? I am cc'ing Dr. Paredes since he is in charge of the MD/MBA program.
The P&H committee will have to review and approve this plan (since technically you are not in good standing due to your USMLE failure), but I think it sounds like a good idea personally, assuming that all the details can be worked out.

Hang in there,
MBO

Megan Boysen Osborn, MD, MHPE
Associate Dean for Students
Vice Chair for Education
UC Irvine Department of Emergency Medicine
Office: (949) 824–4285
mbo@hs.uci.edu

PL-02708

**From:**          Paredes, Kyle
**Sent:**          Friday, September 27, 2019 8:46 AM
**To:**            Wiechmann, Warren; Dean, Terri; Guirguis, Nancy; Osborn, Megan
**Subject:**       Fwd: UCI Merage MD/MBA Application

Is she going to be eligible by Fall 2020? I don't want them to accept her just to find out later that she won't be able to start and then they have to scramble to fill her spot.
Thoughts?
-KP

Sent from my iPhone

Begin forwarded message:

> **From:** Taylor Martini <tmartini@uci.edu>
> **Date:** September 26, 2019 at 11:24:08 AM PDT
> **To:** "Paredes, Kyle" <paredesk@uci.edu>
> **Cc:** Eric Duarte <eric.duarte@uci.edu>, Lindsay Haberman
> <lhaberma@exchange.uci.edu>
> **Subject: FW: UCI Merage MD/MBA Application**
>
> Hi Kyle,
>
> I haven't heard from Jackie in a long time and she just reached out.  Would she be eligible for Fall 2020 admission?  I'm okay if she still wants to apply late, but I want to make sure she is eligible before I respond.
>
> Thanks,
> Taylor
>
> **Taylor Martini**
> *Executive Director, Full-Time MBA Program*
> UCI Paul Merage School of Business
> 4293 Pereira Drive, SB1 Suite 5400  |  Irvine, CA 92697-3125
> 949.824.1038  |  tmartini@uci.edu  |  mba.merage.uci.edu
>
> 
>
> *Leadership for a Digitally Driven World*

---

**From:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Sent:** Wednesday, September 25, 2019 5:00 PM
**To:** Taylor Martini <tmartini@uci.edu>
**Cc:** jackline muthoka <jackiemuthoka87@gmail.com>
**Subject:** Re: UCI Merage MD/MBA Application


Taylor Martini,

Good afternoon Taylor,

I hope you are doing well. I am reaching out to follow-up with the conversation we had back in November regarding the MBA program for Fall 2020. You requested that I submit some documents but there was no deadline for when I should submit these documents. I was dealing with a lot of things at the time and so I haven't had any chance to work on that. I can work on these now and submit it to you as soon as possible. Please let me know. Thank you very much for your help.

Sincerely,

Jackie


Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400



On Nov 29, 2018, at 11:28 AM, Taylor Martini <tmartini@uci.edu> wrote:

> Hi Jackie,
>
> We are going to waive the letter or recommendation requirement since we have the two from this year and there hasn't been a significant change in your application.  We really appreciate your continued interest in the Merage School.  Jamee, our admissions coordinator, will duplicate your application for Fall 2020.  I've attached the new essay questions and we'll need you to send us an updated resume.  Once we have the updated essays and resume we will push your application forward for the next admissions cycle.
>
> Please let us know if you have any other questions.
>
> Thanks,
> Taylor
>
> **Taylor Martini**
> *Sr. Associate Director of Recruitment and Admissions, Full-Time MBA Program*
> UCI Paul Merage School of Business
> 4293 Pereira Drive, SB1 Suite 5400  |  Irvine, CA 92697-3125
> 949.824.1038  |  tmartini@uci.edu  |  mba.merage.uci.edu

PL-02710

*Leadership for a Digitally Driven World*

---

**From:** Muthoka, Jackline <jmuthoka@uci.edu>
**Sent:** Wednesday, November 28, 2018 8:38 PM
**To:** Taylor Martini <tmartini@uci.edu>
**Subject:** Re: UCI Merage MD/MBA Application

Hi Taylor,
Thank you for the email. I would love to apply for the class of 2020 if that is possible. Also, would I need to get letters of recommendation? Please let me know,
Thank you!
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

On Nov 28, 2018, at 9:59 AM, Taylor Martini <tmartini@uci.edu> wrote:

> Hi Jackie,
>
> Unfortunately we aren't able to defer a decision, but if you decide to reapply it will be a much simpler process.  You won't have to submit an online application and we will waive the app fee.  You will just need to complete a new essay and send us an updated resume from the last time you applied.  Every applicant pool is different so there are no guarantees that because you were admitted for Fall 2019 that you will be admitted for Fall 2020.  This is why we aren't able to defer decisions on any candidates.  Please let me know if you'd like to reapply for Fall 2020 and we will send you the additional details you need.
>
> Thanks,
> Taylor
>
> **Taylor Martini**

PL-02711

*Sr. Associate Director of Recruitment and Admissions, Full-Time MBA Program*
UCI Paul Merage School of Business
4293 Pereira Drive, SB1 Suite 5400  |  Irvine, CA 92697-3125
949.824.1038  |  tmartini@uci.edu  |  mba.merage.uci.edu

<image001.png><image002.png><image003.png><image004.png><image005.png><image006.png><image007.png>

*Leadership for a Digitally Driven World*

---

**From:** Muthoka, Jackline <jmuthoka@uci.edu>
**Sent:** Tuesday, November 27, 2018 9:21 PM
**To:** Taylor Martini <tmartini@uci.edu>
**Subject:** Re: UCI Merage MD/MBA Application

Hi Taylor,
Thank you so much for your voice message and email. I was wondering if I'll be able to defer my acceptance until next year, 2020, when I have finished all the courses or would I need to re-apply again or how does that go? Please advise, thanks!
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

On Nov 27, 2018, at 10:52 AM, Taylor Martini <tmartini@uci.edu> wrote:

> Hi Jackie,
>
> I just left you a voicemail.  Based on a recent note I received from Kyle Paredes it looks like you will not be able to complete your 3rd year curriculum in time to start the MBA program.  I wish it was a better situation, but we will not be able to proceed forward with your application at this time based on the requirements for the dual degree program agreed to between the Business and Med School.
>
> Please let us know if you have any questions.

Thanks,
Taylor

**Taylor Martini**
*Sr. Associate Director of Recruitment and Admissions, Full-Time MBA Program*
UCI Paul Merage School of Business
4293 Pereira Drive, SB1 Suite 5400  |  Irvine, CA 92697-3125
949.824.1038  |  tmartini@uci.edu  |  mba.merage.uci.edu

<image001.png><image002.png><image003.png><image004.png><image005.png><image006.png><image007.png>

*Leadership for a Digitally Driven World*

<Fall 2019 Essay Questions.docx>

**From:**              Osborn, Megan

**Sent:**              Friday, September 27, 2019 9:30 AM

**To:**                Paredes, Kyle

**Cc:**                Wiechmann, Warren; Dean, Terri; Guirguis, Nancy

**Subject:**           Re: UCI Merage MD/MBA Application


Her P&H hearing in December or January - I can't remember.

Looks like the offramp masters won't be available until Fall 2020 at the earliest, if it gets approved.


When would she need to know by? We could get her a definitive answer by the P&H hearing, which I think *should* be yes. I'm not sure if they're open to a Winter start, in which case we could approve that in the October meeting.

We could actually probably talk about this too at the October meeting.


Wow - that was circular. Let's actually talk about this on Oct 7.


Megan Boysen Osborn, MD, MHPE
Associate Dean for Students

Vice Chair for Education
UC Irvine Department of Emergency Medicine
Office: (949) 824-4285
mbo@hs.uci.edu

Need to schedule a meeting with me?
https://outlook.office365.com/owa/calendar/OfficeofStudentSupport@healthuci.onmicrosoft.com/bookings/

If this communication involves discussion of patient care issues in the performance improvement process, it is protected from discovery by California Evidence Code 1157 as a confidential medical staff communication.

On Sep 27, 2019, at 8:45 AM, Paredes, Kyle <paredesk@hs.uci.edu> wrote:

Is she going to be eligible by Fall 2020? I don't want them to accept her just to find out later that she won't be able to start and then they have to scramble to fill her spot.

Thoughts?

-KP

Sent from my iPhone

Begin forwarded message:

> **From:** Taylor Martini <tmartini@uci.edu>
> **Date:** September 26, 2019 at 11:24:08 AM PDT
> **To:** "Paredes, Kyle" <paredesk@uci.edu>
> **Cc:** Eric Duarte <eric.duarte@uci.edu>, Lindsay Haberman <lhaberma@exchange.uci.edu>
> **Subject: FW: UCI Merage MD/MBA Application**
>
> Hi Kyle,
>
> I haven't heard from Jackie in a long time and she just reached out.  Would she be eligible for Fall 2020 admission?  I'm okay if she still wants to apply late, but I want to make sure she is eligible before I respond.
>
> Thanks,
> Taylor
>
> **Taylor Martini**

*Executive Director, Full-Time MBA Program*

UCI Paul Merage School of Business

4293 Pereira Drive, SB1 Suite 5400  |  Irvine, CA 92697-3125

949.824.1038  |  tmartini@uci.edu  |  mba.merage.uci.edu

<image001.png><image002.png><image003.png><image004.png><image005.png><image006.png><image007.png>

*Leadership for a Digitally Driven World*

---

**From:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Sent:** Wednesday, September 25, 2019 5:00 PM
**To:** Taylor Martini <tmartini@uci.edu>
**Cc:** jackline muthoka <jackiemuthoka87@gmail.com>
**Subject:** Re: UCI Merage MD/MBA Application

Taylor Martini,

Good afternoon Taylor,

I hope you are doing well. I am reaching out to follow-up with the conversation we had back in November regarding the MBA program for Fall 2020. You requested that I submit some documents but there was no deadline for when I should submit these documents. I was dealing with a lot of things at the time and so I haven't had any chance to work on that. I can work on these now and submit it to you as soon as possible. Please let me know. Thank you very much for your help.

Sincerely,

Jackie

Best,

Jackline Muthoka MS3

UC Irvine School of Medicine

jmuthoka@uci.edu

7143980106 / 7145986400

On Nov 29, 2018, at 11:28 AM, Taylor Martini <tmartini@uci.edu>
wrote:

Hi Jackie,

We are going to waive the letter or recommendation
requirement since we have the two from this year and
there hasn't been a significant change in your
application. We really appreciate your continued
interest in the Merage School. Jamee, our admissions
coordinator, will duplicate your application for Fall
2020. I've attached the new essay questions and we'll
need you to send us an updated resume. Once we have
the updated essays and resume we will push your
application forward for the next admissions cycle.

Please let us know if you have any other questions.

Thanks,
Taylor

**Taylor Martini**

*Sr. Associate Director of Recruitment and Admissions, Full-Time MBA Program*

UCI Paul Merage School of Business

PL-02717

4293 Pereira Drive, SB1 Suite 5400  |  Irvine, CA 92697-3125

949.824.1038  |  tmartini@uci.edu  |  mba.merage.uci.edu

<image001.png><image002.png><image003.png><image004.png><image005.png><image006.png><image007.png>

*Leadership for a Digitally Driven World*

---

**From:** Muthoka, Jackline <jmuthoka@uci.edu>
**Sent:** Wednesday, November 28, 2018 8:38 PM
**To:** Taylor Martini <tmartini@uci.edu>
**Subject:** Re: UCI Merage MD/MBA Application

Hi Taylor,

Thank you for the email. I would love to apply for the class of 2020 if that is possible. Also, would I need to get letters of recommendation? Please let me know,

Thank you!

Jackie

Best,

Jackline Muthoka MS3

UC Irvine School of Medicine

jmuthoka@uci.edu

7143980106 / 7145986400

PL-02718

On Nov 28, 2018, at 9:59 AM, Taylor Martini
<tmartini@uci.edu> wrote:

Hi Jackie,


Unfortunately we aren't able to defer a
decision, but if you decide to reapply it
will be a much simpler process.  You
won't have to submit an online
application and we will waive the app
fee.  You will just need to complete a
new essay and send us an updated
resume from the last time you
applied.  Every applicant pool is
different so there are no guarantees
that because you were admitted for Fall
2019 that you will be admitted for Fall
2020.  This is why we aren't able to
defer decisions on any
candidates.  Please let me know if you'd
like to reapply for Fall 2020 and we will
send you the additional details you
need.


Thanks,
Taylor


**Taylor Martini**

*Sr. Associate Director of Recruitment and
Admissions, Full-Time MBA Program*

UCI Paul Merage School of Business

4293 Pereira Drive, SB1 Suite 5400  |  Irvine,
CA 92697-3125

949.824.1038  |  tmartini@uci.edu  |  mba.me
rage.uci.edu

PL-02719

*Leadership for a Digitally Driven World*

---

**From:** Muthoka, Jackline <jmuthoka@uci.edu>
**Sent:** Tuesday, November 27, 2018 9:21 PM
**To:** Taylor Martini <tmartini@uci.edu>
**Subject:** Re: UCI Merage MD/MBA Application

Hi Taylor,

Thank you so much for your voice message and email. I was wondering if I'll be able to defer my acceptance until next year, 2020, when I have finished all the courses or would I need to re-apply again or how does that go? Please advise, thanks!

Jackie

Best,

Jackline Muthoka MS3

UC Irvine School of Medicine

jmuthoka@uci.edu

7145986400/7143980106

On Nov 27, 2018, at 10:52 AM, Taylor Martini <tmartini@uci.edu> wrote:

Hi Jackie,

I just left you a voicemail. Based on a recent note I received from Kyle Paredes it looks like you will not be able to complete your 3rd year curriculum in time to start the MBA program. I wish it was a better situation, but we will not be able to proceed forward with your application at this time based on the requirements for the dual degree program agreed to between the Business and Med School.

Please let us know if you have any questions.

Thanks,
Taylor

**Taylor Martini**

*Sr. Associate Director of Recruitment and Admissions, Full-Time MBA Program*

UCI Paul Merage School of Business

4293 Pereira Drive, SB1 Suite 5400 | Irvine, CA 92697-3125

PL-02721

*Leadership for a Digitally Driven World*

---

**From:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Sent:** Wednesday, September 25, 2019 5:00 PM
**To:** Taylor Martini <tmartini@uci.edu>
**Cc:** jackline muthoka <jackiemuthoka87@gmail.com>
**Subject:** Re: UCI Merage MD/MBA Application

Taylor Martini,

Good afternoon Taylor,

I hope you are doing well. I am reaching out to follow-up with the conversation we had back in November regarding the MBA program for Fall 2020. You requested that I submit some documents but there was no deadline for when I should submit these documents. I was dealing with a lot of things at the time and so I haven't had any chance to work on that. I can work on these now and submit it to you as soon as possible. Please let me know. Thank you very much for your help.

Sincerely,

Jackie

Best,

Jackline Muthoka MS3

UC Irvine School of Medicine

jmuthoka@uci.edu

7143980106 / 7145986400

On Nov 29, 2018, at 11:28 AM, Taylor Martini <tmartini@uci.edu>
wrote:

Hi Jackie,


We are going to waive the letter or recommendation
requirement since we have the two from this year and
there hasn't been a significant change in your
application.  We really appreciate your continued
interest in the Merage School.  Jamee, our admissions
coordinator, will duplicate your application for Fall
2020.  I've attached the new essay questions and we'll
need you to send us an updated resume.  Once we have
the updated essays and resume we will push your
application forward for the next admissions cycle.


Please let us know if you have any other questions.


Thanks,
Taylor


**Taylor Martini**

*Sr. Associate Director of Recruitment and Admissions, Full-
Time MBA Program*

UCI Paul Merage School of Business

4293 Pereira Drive, SB1 Suite 5400  |  Irvine, CA 92697-3125

949.824.1038  |  tmartini@uci.edu  |  mba.merage.uci.edu


<image001.png><image002.png><image003.png><imag
e004.png><image005.png><image006.png><image007.
png>

PL-02723

*Leadership for a Digitally Driven World*

**From:** Muthoka, Jackline <jmuthoka@uci.edu>
**Sent:** Wednesday, November 28, 2018 8:38 PM
**To:** Taylor Martini <tmartini@uci.edu>
**Subject:** Re: UCI Merage MD/MBA Application

Hi Taylor,

Thank you for the email. I would love to apply for the class of 2020 if that is possible. Also, would I need to get letters of recommendation? Please let me know,

Thank you!

Jackie

Best,

Jackline Muthoka MS3

UC Irvine School of Medicine

jmuthoka@uci.edu

7143980106 / 7145986400

On Nov 28, 2018, at 9:59 AM, Taylor Martini <tmartini@uci.edu> wrote:

> Hi Jackie,
>
> Unfortunately we aren't able to defer a decision, but if you decide to reapply it will be a much simpler process.  You

# Exhibit 4e

PL-02725

| From: | Toohey, Julianne |
|---|---|
| To: | Thea Bullock |
| Subject: | Fw: |
| Date: | Wednesday, November 13, 2019 11:55:54 AM |

_____

From: Toohey, Julianne <jtoohey@uci.edu>
Sent: Tuesday, March 21, 2017 5:49 PM
To: Muthoka, Jackline
Cc: Guirguis, Nancy; Fox, John
Subject:

Hello Jackie,

As promised, I reviewed the travel warning for Kenya with Dr. Le-Bucklin.

Due to this warning, UCI will not be able to officially sponsor the trip. This means that the school cannot provide financial or administrative support. In addition, the principal investigator on the IRB must be aware of the travel ban and not be a Medical Education Dean.

Of course, students may go to the Kenyan ultrasound trip without this being an official SOM event. I urge everyone participating to review the warning carefully and to seek advice regarding traveling in this area as well as obtaining travel insurance.

Please let me know if you have any remaining questions about the travel policy. I know how important this trip is to you and I wish you the very best!

Dr. Toohey

Sent from my iPhone

PL-02726

| | |
|---|---|
| **From:** | Toohey, Julianne |
| **To:** | Thea Bullock |
| **Subject:** | Fw: Kenya Ultrasound Trip Update |
| **Date:** | Wednesday, November 13, 2019 11:59:12 AM |

---

**From:** Le-Bucklin, Khanh-Van <klebuckl@uci.edu>
**Sent:** Sunday, March 19, 2017 4:18 PM
**To:** Fox, John <jfox@uci.edu>; Langer, Shaun <sllanger@uci.edu>; Wiechmann, Warren
<wiechmaw@uci.edu>; Toohey, Julianne <jtoohey@uci.edu>; Guirguis, Nancy <ngirguis@uci.edu>;
Major, Carol <camajor@uci.edu>; Ellena Peterson <epeterso@uci.edu>; Suchard, Jeffrey
<jsuchard@uci.edu>; Youm, Julie <jyoum@uci.edu>
**Cc:** Koehring, Nancy <nlkoehri@uci.edu>
**Subject:** RE: Kenya Ultrasound Trip Update

This is the CEP policy that is posted in the student
handbook: https://ucisom.instructure.com/courses/106/pages/international-electives-and-activities-
policy?module_item_id=4000

This does not prevent students and faculty from going anywhere they want on their own time.

KV

Khanh-Van Le-Bucklin, MD
UC Irvine School of Medicine
Senior Associate Dean, Medical Education
Executive Vice Chair/Interim Chair, Department of Pediatrics

Medical Education
836 Health Sciences Rd
Irvine, CA 92697
(949) 824-8405
klebuckl@uci.edu

Pediatrics
333 City Boulevard West, Suite 800
Orange, CA 92868
(714) 456-8470
klebuckl@uci.edu

---

**From:** Fox, John
**Sent:** Sunday, March 19, 2017 2:39 PM
**To:** Le-Bucklin, Khanh-Van; Langer, Shaun; Wiechmann, Warren; Toohey, Julianne; Guirguis, Nancy;
Major, Carol; Ellena Peterson; Suchard, Jeffrey
**Subject:** Fwd: Kenya Ultrasound Trip Update

So I was approached by Jackie Muthoka at Match and I explained (briefly) that as of January
2017 Kenya has a U.S. Dept of State Travel Warning and I showed her this website:
https://travel.state.gov/content/passports/en/alertswarnings/kenya-travel-warning.html

 **Gmail**

Jackline Muthoka <jackiemuthoka87@gmail.com>

## Fw: ultrasound trips
1 message

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>
To: jackline muthoka <jackiemuthoka87@gmail.com>

Fri, Oct 4, 2019 at 2:59 PM

**From:** Muthoka, Jackline <jmuthoka@uci.edu>
**Sent:** Wednesday, October 25, 2017 5:12 PM
**To:** Toohey, Julianne <jtoohey@uci.edu>
**Subject:** Re: ultrasound trips

Thank you Dr. Toohey! I forwarded your email to the rest of the group and we will get back to you. Thank you again for
your support :)
Jackie

Best,
Jackline Muthoka MS2
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

On Oct 25, 2017, at 3:18 PM, Toohey, Julianne <jtoohey@uci.edu> wrote:

Hello Jackie and Faith,



I hope both of you are outstanding...We are beginning our planning for the ultrasound trips and of course,
I have been concerned about the travel warnings for both Nigeria and Kenya. Unfortunately, I have
confirmed that there have been no changes in the US State Department Travel Advisories for both of
these countries, so UCI will not be able to sponsor these trips. We will be meeting with the ultrasound trip
leaders soon and I want to make sure that you understand there is no disrespect if we continue without
you. If there is any information you wish to obtain for now or future years, please feel free to join any
scheduled meetings.

I certainly hope that these issues change in the near future and wish you the very best in your
endeavors. Please feel free to contact the University office for International Travel for any information
they may be able to provide.

Warm Regards,

Dr. Toohey

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not use,
distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hscompliance@uci.edu or by phone 888-456-
7006 immediately if you have received this e-mail in error. E-mail transmission cannot be guaranteed to be secure or error-free as information could be
intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions
in the contents of this message, which arise as a result of e-mail transmission.

PL-02728

 Gmail                                          **Jackline Muthoka <jackiemuthoka87@gmail.com>**

---

### Fw: <mark>Team Kenya Chipotle Fundraiser 4/27!</mark>
1 message

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                                      Wed, Oct 2, 2019 at 8:21 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

---

**From:** Ley, Melanie <mley@uci.edu>
**Sent:** <mark>Monday, April 22, 2019 2:32 PM</mark>
**To:** Health Affairs – Med Students 1st yr <mdstu1st@Health.uci.edu>; Health Affairs – Med Students 2nd
yr <mdstu2nd@Health.uci.edu>; Health Affairs – Med Students 3rd yr <mdstu3rd@Health.uci.edu>;
Health Affairs – Med Students 4th yr <mdstu4th@Health.uci.edu>
**Cc:** Tilahun, Jerusalem <jerusalt@uci.edu>
**Subject:** FW: Team Kenya Chipotle Fundraiser 4/27!

Hi everyone!

Still craving Chipotle after Team Tanz's fundraiser last weekend? Join us for
another fundraiser this Saturday to support Team Kenya! Details below.

**When:** <mark>Saturday April 27th from 4-8pm</mark>
**Where: Chipotle at UTC** (4255 Campus Drive Suite A 116)

Make sure to **present the attached flyer (by phone or hard copy)** to the
cashier when buying your meal to ensure that a portion of your payment goes to
our cause. Proceeds will go towards funding malaria diagnostics and
epidemiology research. For more information about our project, click the link
below
https://zotfunder.give.uci.edu/project/14910

Tell your friends and family! Look forward to seeing you all there!

Jerusalem Tilahun, MS1
UC Irvine School of Medicine
jerusalt@uci.edu
Phone: 909-573-2274

 **Gmail**

Jackline Muthoka <jackiemuthoka87@gmail.com>

---

## Fw: Email to toohey- Draft

1 message

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>            Fri, Oct 4, 2019 at 3:00 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

---

**From:** Muthoka, Jackline <jmuthoka@uci.edu>
**Sent:** Wednesday, October 25, 2017 5:08 PM
**To:** Epstein, Inbal <IEPSTEIN@uci.edu>
**Subject:** Re: Email to toohey- Draft

I like it, thank you!
Jackie

Best,
Jackline Muthoka MS2
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

On Oct 25, 2017, at 4:45 PM, Epstein, Inbal <IEPSTEIN@uci.edu> wrote:

> Jackie- here's the draft. Let me know if there's anything you want to add and I'll send it.
>
> Dear Dr. Toohey,
> Thank you for reaching out to us regarding ultrasound trip planning. We understand where the university is coming from. We are interested in meeting with you to discuss the possible future directions of the trip and to get a clearer understanding of the university's policy. Please let me know when you are available.
> Best,
> Inbal

---

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not use, distribute, or copy this e-mail. Please notify the UC Irvine Health — Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-7006 immediately if you have received this e-mail in error. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

PL-02730

# Kenya Travel Advisory

 **Kenya - Level 2:
Exercise Increased
Caution** 

Exercise increased caution in Kenya due to **crime,
terrorism and kidnapping**. Some areas have increased
risk. Read the entire Travel Advisory.

Do Not Travel to:

- Kenya-Somalia border and some coastal areas
  due to **terrorism**.
- Areas of Turkana County due to **crime**.

Reconsider Travel to:

- Nairobi neighborhoods of Eastleigh and Kibera
  at all times due to **crime and kidnapping**. Be
  especially careful when traveling after dark
  anywhere in Kenya due to crime.

Violent crime, such as armed carjacking, mugging,
home invasion, and kidnapping, can occur at any time.
Local police are willing but often lack the capability to
respond effectively to serious criminal incidents and
terrorist attacks. Emergency medical and fire service is
also limited.

Terrorist attacks have occurred with little or no warning,
targeting Kenyan and foreign government facilities,
tourist locations, transportation hubs, hotels, resorts,
markets/shopping malls, and places of worship.
Terrorist acts have included armed assaults, suicide
operations, bomb/grenade attacks, and kidnappings.

Due to risks to civil aviation operating in the vicinity of
the Kenyan-Somali border, the Federal Aviation
Administration (FAA) has issued a Notice to Airmen
(NOTAM). For more information, U.S. citizens should
consult Federal Aviation Administration's Prohibitions,
Restrictions and Notices⊠.

PL-02731









**Jackline Muthoka, Founder, Medical Student**
**David Njuguna, Technical Director, Engineer**
**Caleb Shumway, Co-Founder, MD/MBA 2018**
**Ishita Gulati, Public Health Coordinator, MSBTM 2018**

PL-02733

# KAVUMBU WATER
## SAFE WATER FOR ALL



MISSION

PROBLEM

SOLUTION

MARKET

ADVANTAGES

BUSINESS
MODEL

TEAM

## MISSION

To provide clean and safe drinking water to Kavumbu, Kenya, and other locations throughout the country.

## OVERVIEW



My mother passed away when I was 10, my father when I was 15, and I left home to live with my aunt and uncle. I still have a ridge on my head that reminds me of those days, worn by daily chores. Each day I would wake up to the sound of roosters outside. It would still be dark as I woke up, dragged my heavy feet across the floor, grabbed a 20 liter bucket and walked for an hour to the river to fetch water for my family. I would wait in the queue for up to 4 hours on some days. During the dry season, we would fetch from the shallow pits dug in the sand. The water would be salty, smelling like the donkeys that drank nearby. I hated drinking water from the river. After filling the bucket and strapping it to my head, I would walk back home just in time to get to school.

Although I didn't understand it then, I now know that the stomachaches and diarrhea we suffered growing up were the result of cholera, typhoid, and dysentery. Learning about the challenges of my village inspired me to pursue a career in medicine here at UC Irvine.

When I returned to my village a month ago, I found the village still struggles with the same issues of water access, water safety, poverty, and education. We founded Kavumbu Water to partner with the community to address these concerns, first within the village, and then in other parts of Kenya.

## PROBLEM

Water scarcity and water sanitation are worldwide problems. In our travels to Kenya we have identified, along with the local community, a list of 4 main problems surrounding water. Water scarcity, water safety, low education levels, and poverty.

### Water Scarcity:



Sources:
(1) WHO website
(2) US Geological Survey website

### Water Safety:

Globally, over 1.8 billion people drink from a water source contaminated with feces, with contaminated drinking water causing an estimated 502,000 deaths per year (3). Multiple problems contribute to these statistics. Specifically, rural Kenyan children have been shown to decrease diarrhea when they have water treated with chlorine and use latrines, while those who drink from shallow wells have higher incidence of diarrhea (4). The Thwake river in Kavumbu water is the main source of water, and is not only used for drinking, but also for watering animals. The river lies downstream from the Machakos town hospital, and villagers have reported syringes and other debris in the river.



1- "Water Sanitation Hygiene." World Health Organization Website. http://www.who.int/water_sanitation_health/emergencies/qa/emergencies_qa5/en/
2- "How much water does the average person use per day?" USGS Water Science School. https://water.usgs.gov/edu/qa-home...
3- "Drinking Water". World Health Organization Website. http://www.who.int/mediacentre/factsheets/fs391/en/
4- "Diarrhea prevention in high-risk rural Kenyan Population". Cambridge University. Nov. 2018. https://www.cambridge.org/core/journals/epidemiology-and-in

PL-02734

Case 8:23-cv-01138-FWS-JDE   Document 64-1   Filed 03/27/25   Page 306 of 417   Page ID #:8411

**Other Considerations:** ...development for community handout dollars than can cause more harm than good. In the old models water systems were built based on need and did not have sufficient roles established for planning, operation and maintenance, and management. The new model endorsed by the World Bank, treats water as an economic good, and should be managed at the lowest appropriate level in the community (5).

To solve these problems will require a balanced solution that includes multiple arms, enlisting community members as partners to improve the health of the village.



MISSION
PROBLEM
SOLUTION
MARKET
ADVANTAGES
BUSINESS
MODEL
TEAM

## SOLUTION

We will partner with the community to drill a borehole to access deep groundwater aquifers. The borehole will be built with locally available technology and equipped with a solar-powered electric pump, allowing large amounts of the water to be stored in tanks above ground.

A proof of concept can be witnelssed in a nearby village where Paul Nzomo, geotechnical engineer and native Kenyan, established a similar model to address water scarcity in his village. This is also located in Machakos county (pictured in photo below left). His model has been replicated and used as a standard for Engineers Without Borders (EWB) Uganda.

Kavumbu Water has already begun initial planning stages with the EWB-UCI Chapter, and will continue to build partnerships with select Kenyan contractors and a local NGO.



**Collaboration Model**

KAVUMBU WATER

Administration, management & long-term community commitment

Long-term maintenance & public health

EWB-UCI Chapter

Kavumbu Village & Local NGO

Project planning, research & early sustainability plan

Labor & Technical oversight

Local Kenyan Contractors

**Innovation**

Our model will be innovative in the following aspects:
- Use only locally available materials and technology to allow easier improvement and repair.
- Use locally available solar-powered electric pumps to reduce ecological damage.
- Address the difficulty of some students in the secondary school in paying school fees, a portion of revenue will be used to improve community health via the following model:



1 — Beginning in June 2017, Medical students from UC Irvine will teach Kavumbu school children regarding safe water use

3 — Students receive a scholarship to continue secondary school studies based on involvement in public education efforts and need. Younger students will also be eligible for scholarships.

4 — Students from UC Irvine School of Medicine will continue to visit Kavumbu, participating in public health education and community research projects over the next several years.

2 — High school students teach local community members what they have learned regarding safe water

### RESULT:

By encouraging education for children, and especially young girls, teen birth rates decrease, infant mortality decreases, population growth slows (6), thus, resulting in an overall increase in the health of the population.

5- "Making Rural Water Supply Sustainable" UNDP World Bank Water Sanitation Program.
http://www.wsp.org/sites/wsp.org/files/publications/global_ruralreport.pdf
6- "Why Female Education Fights Poverty," http://borgenproject.org/why-female-education-fights-poverty/

PL-02735

# MARKET

Approximate number of households: 3000
Men- 1300
Women- 1700
Children- 2000



# ADVANTAGES AND DIFFERENTIATORS

Water sources by comparison

**MISSION**

**PROBLEM**

**SOLUTION**

| | KAVUMBU WATER | River Thwake | Current borehole (improperly drilled) | Rain water catch system |
|---|---|---|---|---|
| Public Health Initiatives | ●● | | | |
| Sustainability | ● | ● | | ● |
| Potable | ●● | | | ● |
| Low Cost to Residents | ● | ●● | ● | |
| Utility during Dry Season | ●● | ● | ● | |

**MARKET**

**ADVANTAGES**

# BUSINESS MODEL

In order to create a sustainable project, a fee for service model would be utilized. Investors will provide 90% of the startup capital with the local village providing the remaining 10% of startup costs (in cash or through labor contribution). The product will be sold for a small price to allow the recuperation of the initial investment.

**BUSINESS MODEL**

**TEAM**

**Approximate Startup Costs:**

| Capital Expenditures | $25,000 |
|---|---|
| Permit Expenditures | $300 |
| Labor | $2000 |
| Total | $27,300 |

**Revenue:**

20 Liter = 2 Cents (USD)

Estimate 10 buckets or 200 L per household per day = 20 Cents (USD) per household per day

Kavumbu is a village of about 1000 households, so by a conservative estimate, if only 350 households use the well, $70 in revenue would be generated per day, making the break-even point in a relatively short time from the well completion date. This pricepoint is on-par with current water prices and would not be financially prohibitive for villagers.

**Operations and Maintenance**

The day-to-day operations will be run at the lowest possible level by the residents of Kavumbu. An estimated 40% of the revenue will fund the operations and maintenance costs. The remaining 60% will fund public health projects, such as the scholarship outlined previously.

# TEAM

**Jackline Muthoka, Founder, Medical Student**
Jackie was born and raised in Kavumbu, Kenya, and lived there for 20 years before coming to study in the US. Since then, she has been serving the underserved communities of Kavumbu, Los Angeles, and Mexico before starting Medical School at UCI. Jackie is passionate abouting telling her story and serving the underprivledged.

**Caleb Shumway, Co-Founder, MD/MBA 2018**
Caleb has worked in various international projects. After completing a 2 year mission for his church in Peru, he has been involved in community health projects in Peru, taught ultrasound in rural Panama, and recently traveled with Jackie to her village in Kenya last month.

**David Njuguna, Technical Director, Engineer**
David was born and raised in Nairobi, Kenya before moving to the US. His background allows him great insight and useful contacts connected with Kenya and its people. He holds a B.S in Chemical Engineering. After graduating, David worked for a few years at Johnson and Johnson as a process engineer and is currently pursuing an M.S. in statistical computing at Chapman University.

**Ishita Gulati, Public Health Coordinator, MSBTM 2018** Ishita has years of experience working in public health, conducting time sensitive diagnostic procedure and risk based analysis of common epidemics in San Diego county. She is currently pursuing her MS Biotechnology Management. She hopes to use both science and business for furthering global public health.



# RESEARCH PROJECT

In June of 2017, a group of students from U.C. Irvine School of Medicine will be travelling to Kenya to conduct research and volunteer in clinics.







**MARKET**

**ADVANTAGES**







**Medical Students will carry out research in the following areas:**
- Assessment of dehydration risk factors among villagers through ultrasound technology.
- Studying the prevalence of waterborne diseases in the area.
- H.I.V. studies and the Kenya Health care System
- Dehydration screening of children and adults with ultrasound.
- Donating medical supplies to clinic.
- Teaching high school students about water safety.

### Estimated cost for both projects

| SUMMER ULTRSOUND TRIP AND KAVUMBU WATER PROJECT COSTS | | | |
|---|---|---|---|
| KAVUMBU WATER PROJECT COST | | SUMMER ULTRASOUND TRIP COST | |
| Operation | Cost | Equipment | Cost |
| Land, Survey, and Permit | $5,300 | Ultrasound machine | $6,000 |
| Drilling and Labor | $25,000 | Estimated team travel cost | $15,000 |
| Water Tower and equipment | $10,700 | Cost of Medical Supplies | $4,000 |
| Pump and Piping Equipment | $9,000 | Cost of Study Supplies | $3,000 |
| Total Cost | $50,000 | Total Cost | $28,000 |
| Checks and Generous donations dedicated to Kavumbu Water Project can be made payable to: UC Irvine Foundation Att: Carley Fox Director of Alumni Relations, UC Irvine Health, 333 City Blvd, West Suit 605, Orange, CA, 92868 In the memo please indicate: Kavumbu Water Project. | | Checks and Generous donations dedicated to Summer Ultrasound Trip to Kenya can be made payable to: UC Irvine Foundation Att: Carley Fox Director of Alumni Relations, UC Irvine Health, 333 City Blvd, West Suit 605, Orange, CA, 92868 In the memo please indicate: Summer Ultrasound Trip to Kenya | |

# Exhibit 5a

PL-02738

## University of California, Irvine

_____

**Disability Services Center**
*Phone:  949-824-7494  or TTY  949-824-6272*
*Fax:  949-824-3083*
*jserrant@uci.edu*

## CONFIDENTIAL

To:      **Dr. Julianne Toohey**
         **Associate Dean, School of Medicine**

From:    **Jan Serrantino, Ed. D.**
         **Director, Disability Services Center**

Date:    **March 1, 2017**
RE:      **Jackline Muthoka**          **UCI ID  86882088**

Per the student's request, I am providing this letter of verification for the purpose of validating the student's disability related need for accommodations.  The student has a professionally documented disability and is currently registered with the Disability Services Center at UC Irvine. **The student named above will forward this letter to the appropriate professors, at the start of each new course, in order to provide notification of approved accommodations.**

This office has determined that the student is eligible for the following academic accommodations and services. However, it is possible for different or additional accommodations to become necessary depending on changing requirements and demands of the course.

**ACCOMMODATIONS: Effective March 1, 2017- 2016-May 31, 2018**
**Extended Time on Exams: Time and one half**
**Separate Location (DSC)**
**Assistive Technology: Kurzweil**

Please remember that this information is <u>confidential</u>.  *It is important to refrain from making reference to this memorandum or to your knowledge of the student's disability in class, as the student may be uncomfortable with others learning of the disability*. Many disability accommodations require no special assistance or minimal facilitation from instructors.  In most cases, the Disability Services Center (DSC) works directly with the student to arrange or provide accommodations.  However, we strongly urge the student to communicate his/her disability and disability related needs directly with faculty during the first weeks of instruction, in addition to meeting with DSC.

Should you have any questions or concerns regarding this situation, please do not hesitate to contact me at 4-5900. Your consideration and assistance is greatly appreciated.

C: Jackline Muthoka, via email
   Nick Cheung, Registrar, via email



Jackline Muthoka <jackiemuthoka87@gmail.com>

---

## USMLE Step 1 Accomodation Documents
4 messages

---

**Jackline Muthoka** <jackiemuthoka87@gmail.com>      Tue, Nov 28, 2017 at 8:20 PM
To: disabilityservices <disabilityservices@nbme.org>, Jackline Muthoka <jackiemuthoka87@gmail.com>

Good evening,

I hope this email finds you well. Attached please find my supporting documents for the requested USMLE Step 1
Accommodation. Please let me know when you receive this email and if there is any additional documentation that you
need from me. I look forward to hearing from you
Thank you so much!
Jackie

---

**2 attachments**

 **USMLE Test Accomodation Document 1.pdf**
824K

 **USMLE Test Accomodation Document 2.pdf**
977K

---

**Jackline Muthoka** <jackiemuthoka87@gmail.com>      Tue, Nov 28, 2017 at 8:23 PM
To: r.henderson@uci.edu

Hi Rosezetta,
Attached please find the documents I sent to the USMLE.  Thanks for all your help. I'll keep you updated on what
transpires.
Thanks so much,
Jackie
[Quoted te  t hidden]

---

**2 attachments**

 **USMLE Test Accomodation Document 1.pdf**
824K

 **USMLE Test Accomodation Document 2.pdf**
977K

---

**Jackline Muthoka** <jackiemuthoka87@gmail.com>      Tue, Jun 5, 2018 at 9:54 PM
To: jtoohey@uci.edu

Good evening Dr. Toohey,
Thank you so much for taking time out of your busy schedule to meet with me today. Thank you for your advice and for
helping me through this tough process to get the help that I really need. I sincerely  appreciate you and all that you do for
us as students, thank you from the bottom of my heart! I have forwarded you the email with the documents that I
submitted to NBME back in Nov- please let me know if I need to reattach them again . I will also forward you the emails
conversations I have had with the UCI disability services department in a separate email.
Thank you and I look forward to getting this issue resolved!
Jackie

PL-02740

---------- Forwarded message ----------
From: **Jackline Muthoka** <jackiemuthoka87@gmail.com>
Date: Tue, Nov 28, 2017 at 8:20 PM
Subject: USMLE Step 1 Accomodation Documents
To: disabilityservices <disabilityservices@nbme.org>, Jackline Muthoka <jackiemuthoka87@gmail.com>


[Quoted te t hidden]

---

**2 attachments**

 **USMLE Test Accomodation Document 1.pdf**
824K

 **USMLE Test Accomodation Document 2.pdf**
977K

---

**Toohey, Julianne** <jtoohey@uci.edu>                                  Tue, Jun 5, 2018 at 11:56 PM
To: Jackline Muthoka <jackiemuthoka87@gmail.com>

It was a pleasure to see you as always, Jackie! Let's see what I can do...

Take care and good luck on your rotation!

Sent from my iPhone
[Quoted te t hidden]

        <USMLE Test Accomodation Document 1.pdf>

        <USMLE Test Accomodation Document 2.pdf>

---

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not use,
distribute, or copy this e mail  Please notify the UC Irvine Health   Compliance and Privacy Office via email at hacompliance@uci edu or by phone 888 456
7006 immediately if you have received this e-mail in error. E-mail transmission cannot be guaranteed to be secure or error-free as information could be
intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses  The sender therefore does not accept liability for any errors or omissions
in the contents of this message, which arise as a result of e-mail transmission.

PL-02741



## Gmail

Jackline Muthoka <jackiemuthoka87@gmail.com>

### Appeal process
5 messages

**Jackline Muthoka** <jackiemuthoka87@gmail.com>    Thu, Mar 14, 2019 at 11:08 PM
To: r.henderson@uci.edu

Good evening Rosezetta,
I hope you are doing well. Just to give you an update of what's been going on- I just finished all the assessments and will hopefully get results by the end of next month. That being said, I was wondering if we can start planning of what I need to do to make sure I submit the proper documentation and letters to appeal for accommodations as well as gathering all the information they might ask. I know its tough given that I don't know what the results would be like but, I would really want to be ready with everything so that once I have them I can just go ahead and submit everything. What do you think?
Please let me know,
Thank you,
Jackie


Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

**Rosezetta Henderson** <r.henderson@uci.edu>    Fri, Mar 15, 2019 at 5:40 AM
To: Jackline Muthoka <jackiemuthoka87@gmail.com>

Good morning Jackie,

Glad to hear that you are currently foing through the assessment and that it is almost complete

I am out of the office sick today but will be sure to provide you the complete list of what we need for the reconsideration when I am back in the office next week.

A few things that I can think of that you may want to consider as we are moving forward:
-review the denial letter and identity the reasons they said you were denied
-you will have to create a cover letter addressing their reasons (you may not know these answers until the report)
-start to think about any people who could speak to your limitations

Also, when do you anticipate taking the STEP Exam?

Enjoy your weekend,

Rosezetta


Rosezetta N. Henderson, MS
Senior Disability Specialist
University of California, Irvine
100 Disability Services, Bldg 313
Irvine, CA 92697-5130
Voice (949) 824-7494 | Fax (949) 824-3083
http://www.disability.uci.edu

Strengths: Learner | Restorative | Arranger | Responsibility | Input

**From:** Jackline Muthoka <jackiemuthoka87@gmail.com>
**Sent:** Thursday, March 14, 2019 11:08:21 PM
**To:** Rosezetta Henderson
**Subject:** Appeal process

[Quoted text hidden]

**Jackline Muthoka** <jackiemuthoka87@gmail.com>    Fri, Mar 15, 2019 at 9:08 AM
To: Rosezetta Henderson <r.henderson@uci.edu>

PL-02742

Case 8:23-cv-01333-FWS-JDE    Document 64-1    Filed 03/27/25    Page 314 of 417
Page ID #:1349

Thank you Rosezetta,
I appreciate your quick reply. I am done with the assessment and all I have to do is wait for results. I will go through my application and look for reasons I was denied and start working on that. Ideally, I would like to take the exam in June so that I can be back to finish third year in good time.  I have 3 months and I hope this will be sufficient for them to finish everything in time for me to take the test.
Thank you,
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106
[Quoted text hidden]

---

**Rosezetta Henderson** <r.henderson@uci.edu>                                    Thu, Mar 21, 2019 at 11:51 AM
To: Jackline Muthoka <jackiemuthoka87@gmail.com>

Hi Jackie,

Do you have your denial letter from USMLE? Can you forward that to me?

Do you know the time line of when you should receive your assessment results?

Thank you,

Rosezetta

[Quoted text hidden]

---

**Jackline Muthoka** <jackiemuthoka87@gmail.com>                                Thu, Mar 21, 2019 at 10:55 PM
To: Rosezetta Henderson <r.henderson@uci.edu>

Hi Rosezetta,
I will send it to you shortly. My results should be out by the end of April.
Thanks,
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106
[Quoted text hidden]

PL-02743

## Fw: Assessment report

Muthoka, Jackline
Wed 10/2/2019 8:17 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

---

**From:** Rosezetta Henderson <r.henderson@uci.edu>
**Sent:** Thursday, May 2, 2019 4:58 PM
**To:** Muthoka, Jackline <jmuthoka@uci.edu>
**Cc:** jackiemuthoka87@gmail.com <jackiemuthoka87@gmail.com>
**Subject:** RE: Assessment report

Hi Jackie,

Thank you for getting your assessment report to me. I will read it tomorrow.
If you get your letter to me on Monday, I will have to review that as well. So it may be best to speak about it on
Tuesday afternoon 2pm or 3pm. Let me know if one of those times work for you.

The DSC's Director name/email is Karen Andrews/klandrew@uci.edu

Let me know if you have any questions.

Best,

Rosezetta

*Rosezetta N. Henderson, M.S.*
**Senior Disability Specialist**
University of California, Irvine
100 Disability Services, Bldg 313
Irvine, CA 92697-5130
Voice (949) 824-7494 | Fax (949) 824-3083

http://www.disability.uci.edu

*Strengths. Learner | Restorative | Arranger | Responsibility | Input*

CONFIDENTIALITY NOTICE
This email communication and any attachments may contain confidential and privileged information for the sole
use of the designated recipient named above. Distribution, reproduction or any other use of this transmission by
any party other than the intended recipient is prohibited. If you are not the intended recipient, please contact the
sender and delete all copies.

**From:** Muthoka, Jackline <jmuthoka@uci.edu>
**Sent:** Thursday, May 02, 2019 1:23 PM

 Gmail

Jackline Muthoka <jackiemuthoka87@gmail.com>

## Fwd: Step 1

2 messages

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>
To: jackline muthoka <jackiemuthoka87@gmail.com>

Wed, Sep 18, 2019 at 6:55 PM

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

Begin forwarded message:

> **From:** "Toohey, Julianne" <jtoohey@uci.edu>
> **Date:** December 5, 2018 at 10:53:03 AM PST
> **To:** "Muthoka, Jackline" <jmuthoka@uci.edu>
> **Subject: RE: Step 1**
>
> Hello Jackie,
>
> Were you able to contact Dr. Weichmann? I truly believe that it is in your best interest to explore fully why
> you are struggling in spite of much work on your part.
>
> I think the next steps is to meet with the Learning Skills Specialist, Ashley Selva Rodriguez -
> aselvaro@uci.edu and decide what evaluations may be right for you. My primary concern is that there are
> issues we can work on that are not language related
>
> I have time to meet by phone today after 3:00 to discuss further. I can also meet in person tomorrow at
> 9:30 if you prefer.
>
> Thinking of you-we will figure this out, Jackie! Take care of yourself-I know how hard this is for you...
> Dr. T
>
> —
> _____
>
> From: Muthoka, Jackline
> Sent: Tuesday, December 04, 2018 4:58 PM
> To: Toohey, Julianne
> Subject: Step 1
>
> Hi Dr. Toohey,
>
> I hope you are doing well. I am so sorry for calling this late; my class ended later than I expected and it took
> me a while to find a noise free place to call you from. Please call me when you get a chance at 714-598-
> 6400, thanks!
> Jackie
>
> Best,
> Jackline Muthoka MS3
> UC Irvine School of Medicine
> jmuthoka@uci.edu
> 7145986400/7143980106

PL-02745

preparing me to be successful this time round. I will keep you updated on my
progress. Thank you so much for your continued support!

Jackie

**From:** Toohey, Julianne
**Sent:** Wednesday, April 03, 2019 1:07 PM
**To:** Muthoka, Jackline
**Subject:** Re:

How are you doing?

Sent from my iPhone

On Apr 3, 2019, at 12:01 PM, Muthoka, Jackline <jmuthoka@uci.edu>
wrote:

> Thank you Dr. Toohey,
> I really appreciate your help in this process. Thank you!
> Jackie
>
> Best,
> Jackline Muthoka MS3
> UC Irvine School of Medicine
> jmuthoka@uci.edu
> 7143980106 / 7145986400
>
>
> On Apr 2, 2019, at 3:34 PM, Toohey, Julianne
> <jtoohey@uci.edu> wrote:
>
>> Hello Jackie,
>>
>> I wanted to update you on our efforts to assist you with housing.
>> It has been difficult since you have not been enrolled for several
>> months.
>>
>> I wrote to Elizabeth Franklin, Associate Director of Apartment
>> Life regarding your situation, your compliance with what we
>> have recommended for you as well as your expectation to take
>> and pass the exam in a few months, hopefully by July. She will
>> present this to the appropriate committee and they will decide if
>> you will be granted this exemption.
>>
>> In addition, she needs you to turn in the form she gave you
>> yesterday-it is an exemption request form, I believe. Would you
>> please turn this in as soon as possible?
>>
>> I hope that you are progressing in your studying. I know how
>> stressful this time must be for you-try to stay focused on your

PL-02746



Jackline Muthoka <jackiemuthoka87@gmail.com>

# Fwd: Re: RE:
3 messages

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                                    Wed, Sep 18, 2019 at 6:58 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>


Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400


Begin forwarded message:

> **From:** "Toohey, Julianne" <jtoohey@uci.edu>
> **Date:** April 4, 2019 at 6:29:49 PM PDT
> **To:** "Muthoka, Jackline" <jmuthoka@uci.edu>
> **Subject:** Re: RE:
>
> Best of luck, Jackie-thank you for the update. I am disappointed that your housing exception was not
> approved. I hope you find something soon!
>
> Best of luck! Keep me posted...
> Dr. T
>
> Sent from my iPhone
>
> On Apr 4, 2019, at 4:22 PM, Muthoka, Jackline <jmuthoka@uci.edu> wrote:
>
>> Hi Dr. Toohey,
>>
>> I was doing well until I found out today that my housing petition was denied and
>> now I have to find a place to stay- I will be fine though, thank you for asking. I
>> started studying on Monday and so far so good!
>>
>> Just to give you an update of what happened: I finished the assessments with the
>> Chicago School of professional Psychology and they confirmed the diagnosis of
>> Specific phobia- test anxiety which is what Dr. Hurria had diagnosed me with in
>> first year of medical school and I was receiving accommodation for school exams
>> but the NBME didn't have evidence for the diagnosis and hence the reason they
>> denied me accommodation for step 1. Now that there is evidence, I hope to get the
>> accommodation so I can take the exam in June. I called NBME last week and they
>> advised me to sign up and pay for the exam and submit my supporting documents
>> as soon as my assessment report is out in 3 weeks. The NBME will need 2 months
>> to process the accommodation and hopefully I can take the exam end of June/early
>> July. I worked the last two months and gathered enough funds to pay for all these
>> expenses plus my upkeep and I should be fine until July. In addition, I will be
>> meeting with Ashley next week to make sure that my schedule and study skills are

PL-02747

11/10/2019                                    Mail - Muthoka, Jackline - Outlook

**To:** Rosezetta Henderson <r.henderson@uci.edu>
**Cc:** jackiemuthoka87@gmail.com
**Subject:** Assessment report

Good afternoon Rosezetta,
It was nice talking to you this morning and I really appreciate your time. Attached please find
the assessment report. I will do my best to email you my letter Monday and we can go through
it before mailing it out. Please let me know what day/time work best for you.
Thank you,
Jackie

# Exhibit 5b

PL-02749



# *UCSF School of Medicine*

## *USMLE Step Exam Guide*

**Lisa M. Meeks, PhD, Developer**

**Acknowledgements:**

*UCSF Medical Student Disability Services thanks Neera Jain (University of Auckland); Dr. Jan Serrantino (The University of California at Irvine); Jean Haverstick (The University of Vermont) and Do Quyen Tran-Taylor (UCSF School of Medicine) for their thoughtful feedback on this document.*

**References:**

Jain, N. & Bisagno, J. (April, 2016). Supporting Students Accommodation Requests on High Stakes Exams. *Third Annual Disability in Health Science and Medicine Symposium.* San Francisco, CA. Used with permission from Neera Jain to inform Appendix C.

Jain, N., Lewis, C., Meeks, L. M., Tucker, T. (2015). *The Process of Requesting Accommodations on Certification, Licensing, and Board Exams: Assisting Students Through the Application.* In N. Jain & L. Meeks (Eds.), The Guide to Assisting Students with Disabilities: Equal Access in Health Science and Professional Education New York, NY: Springer.

USMLE Test Accommodations Website: http://www.usmle.org/test-accommodations/

**Adaptation of Work:**
You are free to copy, distribute and transmit the work  and to adapt the work under the following conditions:

- **Attribution.** You must give the original authors credit and cite original authors for their contributions to the work (but not in any way that suggests that they endorse you or your use of the work).
- **Noncommercial.** You may not use this work for commercial purposes.
- **Share Alike.** If you alter, transform, or build upon this work, you may distribute the resulting work only under a license identical to this one. See http://creativecommons.org/licenses/by-nc-sa/3.0/ for full license.

PL-02750



**USMLE STEP EXAMS**
**Directions for Students Requesting Accommodations**

The National Board of Medical Examiners (NBME) USMLE examinations (Step 1, 2 CK/CS, and Step 3) will be a key part of your medical school experience. As a student with a disability seeking accommodations, you will need to prepare in advance and understand the NBME requirements.

Requests for accommodations on these exams are made <u>directly to the NBME</u>. The NBME sets their own requirements for requesting accommodations, including specifications for disability documentation, personal statements, and other required information for your application. The request process is outlined on the NBME's website [http://www.usmle.org/test-accommodations/].

The NBME suggests that students submit their request early and anticipate a response no earlier than 60 days after submission. In our experience, the timeline for responses is closer to **90 plus days,** especially during peak testing times. In addition to the 90 plus days wait-time, the process of preparing an application can take 3-6 months. Therefore we recommend you factor in time to develop a personal statement, collect documentation, and allow an additional 90 plus days to file appeals, should your initial request be rejected.

**Given the length of the total process, UCSF recommends students applying for accommodations on the USMLE Step 1 begin the process in August prior to their anticipated April exam window.**

**Suggested timeline: See detailed timeline in Appendix A**

| July-August | Meet with Dr. Lisa Meeks from Medical Student Disability Services (MSDS) to develop checklist for needed items, Craft Draft Personal Statement |
|---|---|
| August-September | Edit and Revise Personal Statement, Collect Necessary Documents. Apply for NBME ID. |
| October | Apply for Accommodations Directly to NBME Our office will put packet together to send. |
| October –January | Await response |
| January | Craft Appeal to Decision, if Needed |
| January-March | Await response |
| March | Reserve Testing Time/Location |
| April | Take Step 1 |

PL-02751

## Table of Contents

Documentation Needs for the NBME ................................................................................. 2
   UCSF Letter of Support .................................................................................................. 2
   Supporting Your History of Disability ........................................................................... 3
Types of Accommodations ............................................................................................... 4
   Additional or extended rest breaks: ............................................................................. 4
     From the NBME: *BREAK TIME* ................................................................................. 4
   Multi-day testing: .......................................................................................................... 5
   Testing in a Private Environment .................................................................................. 5
   Assistive software or technology: .................................................................................. 5
   For students who are deaf or hard of hearing (DHOH): ................................................ 6
     From the NBME: DHOH ............................................................................................. 6
   Personal item exemptions: ............................................................................................ 6
Newly Diagnosed or No History of Accommodations ....................................................... 7
Application ....................................................................................................................... 7
Scheduling the Exam ........................................................................................................ 7
Testing Centers and Accommodated Testing .................................................................... 7
The Personal Statement ................................................................................................... 7
     From the USMLE: The Personal Statement ................................................................. 7
   Points of consideration for personal statements ........................................................... 8
Appendix A: Detailed Timeline for UCSF Students: .......................................................... 9
Appendix B: General Checklist and Timeline for Accommodation Requests on the NBME Exams .. 10
Appendix C: Topic Prompts for Personal Statements ...................................................... 11
Acknolwedgements and References: ............................................................................... 12

**Documentation Needs for the NBME**

### UCSF Letter of Support

UCSF Medical Student Disability Services (MSDS) will support **all** students through the process of requesting accommodations on the NBME. We will provide you with a letter of support to include with your application, and complete the required form documenting use of accommodations while in medical school. We also offer guidance on the strength of your application based on your documentation, your history of using accommodations, and how recently you were diagnosed.

Crafting the disability services letter of support will take approximately 2-3 weeks. These letters are very detailed and include qualitative information about your disability and how it impacts you in the medical school setting. This letter includes a statement about your approved accommodations at UCSF and our rationale for approving the accommodations. It also includes information about any changes to your accommodations and any extenuating disability related issues that support your application for accommodations on the exam. Our goal for the letter is to capture information about your need for accommodations and how your disability impacts you in the academic setting.

PL-02752

2

**Supporting Your History of Disability**

To the extent information is available, you should provide additional information to strengthen your request for accommodations. Historical evidence of accommodation, and need for accommodation, can bolster your chance of receiving accommodations from NBME. If you have been diagnosed later in life, you should give examples of how your undiagnosed disability affected your early life and education.

Historical disability evaluations, letters from doctors, letters from previous institutions where you received accommodations, letters or proof of approval on previous graduate entrance exams (e.g. MCAT, GRE), IEPs, report cards with comments referring to behavioral patterns, inattentiveness, or need for extra supports, can help to substantiate a history of receiving formal or informal accommodations.

Likewise, a letter from a professor, advisor or an employer providing further evidence of the impact of your disability on learning or performance while in school or on the job (e.g. a letter from a former supervisor describing performance issues or additional support required on the job as a result of disability related difficulties) can help to substantiate the impact of a disability, even if you were diagnosed later in life. If accommodations or adjustments were needed in a workplace for a documented disability, this also helps to support your request, as it shows that your disability impacts you outside of a classroom or educational environment.

Transcripts from elementary school, high school, and/or college should be provided if they **clearly show** the impact of your disability on your grades. For example, if you have a history of dropping or withdrawing from coursework to maintain your GPA, this might serve as evidence that when given a reduced course load you excelled.

Letters from professors, teachers, guidance counselors or other people who can describe your previous academic performance may be helpful *if* they can show how your work was impacted by disability, or how the use of accommodations and strategies improved your performance. If you were diagnosed later in life, if there was a professor or support person who suggested that an initial evaluation might be necessary, or who first connected you with disability related supports, a letter from that person might be helpful to contextualize your circumstances.

You might mistakenly assume that because you received accommodations on previous exams, you are assured accommodations for the NBME. This is not a certainty. MSDS will work with you to identify particular gaps in your application and to ensure that you request only those accommodations that directly address the barriers that result from your disability (see: *Types of Accommodations*). Alternatively, you might assume that because you have never received accommodations before, you will not receive accommodations now, leading to a decision not to apply. We caution students against making this assumption and instead encourage you to reach out to MSDS so that we can discuss your case.

For those who have had accommodations in the past, while it is certainly possible that you will receive the same accommodations for the NBME exams, the NBME may decide that you are not eligible for adjustments based on their *specific criteria* (http://www.usmle.org/test-accommodations/guidelines.html) for eligibility. You may also find that the accommodations offered or approved are different from the ones you used in previous academic settings.

The key to receiving accommodations on the USMLE Step 1, 2 or 3 exam is to build an "air tight" argument reflecting that:

1) You are a student with a disability
2) Your disability acts as a barrier to the exam

PL-02753

3) Accommodations will level the playing field, making the exam accessible

You can find the guidelines for Documentation from the USMLE at:
http://www.usmle.org/test-accommodations/guidelines.html

**Types of Accommodations**

**Commonly requested accommodations and points of consideration for each:**

**Extended time** (standard time +25%, 50%, 75%, 100%):

Extended time accommodations are more likely to be approved if the request is based on concrete evidence from your documentation that support the disability-related need for the accommodation (e.g. very low academic fluency scores), and you have a history of receiving such accommodation. Your request should be based on the amount of time you have received historically, as this is what you know works for you. For example, you should not request 100% extended time if you have never been approved for 100% extended time before. You should provide a clear rationale for all requests in your application.

You should consider the specific structure of the exam and the impact of extended time on taking the exam. For example, approval for 100% extended time (double time) may necessitate that the exam be administered over two days given the length of the exam with standard time. Depending on your disability, taking the exam over two days may be a barrier to your performance; for example, this might increase anxiety in a student with obsessive-compulsive disorder.

**Additional or extended rest breaks:**
For the USMLE, all test takers are given 45 minutes of break time for authorized breaks during the exam; however, you may request to have additional rest breaks added to the exam day as an accommodation.

Instead of requesting an accommodation for multiple brief rest breaks, you would request to have additional time added onto a standard break provided to all students taking the exam.

**From the NBME: *BREAK TIME*[1]**
*Step 1, Step 2 CK, and Step 3 Your test session is scheduled for a fixed amount of time and the computer keeps track of the time allocated for each block and for breaks. At the start of the testing session, you have a total of 45 minutes of break time for authorized breaks and for computer transitions between blocks. Authorized breaks include any time you spend between test blocks, whether you remain at your seat or you leave the testing room. If you complete the tutorial or other testing blocks early, the remaining time will be added to your total break time. Once you begin a testing block, no authorized breaks are provided during the block. .....If you take too much break time and exceed the allocated or accumulated break time, the excess will be deducted from your total testing time. Use the time summary feature (explained in the tutorial on test day) to keep track of your time. Step 2 CS Your Step 2 CS administration will include 12 patient encounters. The examination session lasts approximately eight hours. Examinees get a minimum of 45 minutes in break time, which includes a 30-minute lunch period.*

If you have ADHD or another disability that benefits from the opportunity to take a brief break to clear your head, this accommodation may be worth considering. On the USMLE exams, it may be more appropriate than extended time as it gives you the opportunity to *refocus* your thoughts versus extended time, which can lead to exhausting testing conditions.

---

[1] Detailed instructions on breaks can be found at: http://www.usmle.org/pdfs/bulletin/2016bulletin.pdf

PL-02754

If you have health concerns that need monitoring, you may also wish to request additional breaks to check blood sugar levels, grab something to eat, or to take medications. (See also: personal item exemptions).

You should request the specific amount of time needed for each break (e.g. a 10-minute break at the end of the each exam section) as well as the frequency of breaks (e.g. after each section of exam or every hour of exam time).

If this accommodation is approved, the NBME will tell you how the approved breaks will be structured so you are prepared on the day of the exam for what will be provided.

## Multi-day testing:
This accommodation may be of significant benefit to someone whose cognition, physical ability and energy level, or eyesight fatigues over a period of intense focus. Supporting documentation should specify the amount of time a test taker can work on an exam per day.

## Testing in a Private Environment
If you experience high levels of anxiety, distractibility, inattention, panic attacks, or similar disability related concerns you may wish to request this accommodation. If you require a private space for talking out loud or briefly stepping away from the computer to assist with comprehension, focus, or managing anxiety you may find that a private environment is necessary to allow you to use these key techniques to maximize your performance and to manage your symptoms without disturbing others.

It is important to decide whether breaks might be helpful in order to use calming techniques in addition to, or in lieu of, this accommodation.

*If this accommodation is approved, it is important to remember that testing centers have limited individual rooms.* For that reason, you will need to secure a space well in advance, or may have to travel some distance to find a center with such provisions. You should investigate options for testing centers at the beginning of the scheduling process so you are fully aware of your options.

## Assistive software or technology:

You should consider requesting only the software or assistive technology that is absolutely necessary to facilitate access to the specific exam format. Not all the assistive technology you use in a normal course or in doing your course readings will prove useful on a specific exam.

Your request should document your history of using such software, and specify why that specific software is necessary for this exam, both due to the format of the exam (e.g. the format of the exam involves reading patient case examples, and thus includes a significant amounts of reading) and due to the nature of your disability (e.g., you experience a significant amount of eye fatigue, and thus need large print and reverse contrast screen colors; you are very familiar with ZoomText software after 5 years of daily use, and should have access to the same software during the exam due to familiarity with keyboard shortcuts, and settings).

Your medical provider or evaluator should be sure to note their recommendation for the specific device, software or technology needed to facilitate equal access to the exam materials in the documentation.

5

PL-02755

## For students who are deaf or hard of hearing (DHOH):

### From the NBME: DHOH

*The USMLE computer-based examinations (Step 1, Step 2 Clinical Knowledge, and Step 3) each contain a small number of multi-media items, which may have an audio component.*

*The Step 2 Clinical Skills (CS) examination involves the use of simulated patients to test medical students and graduates on their ability to gather information from patients, perform physical examinations, and communicate their findings to patients and colleagues. The Step 2 CS examination may involve one or more patient encounters where the examinee is asked to communicate with the patient by telephone.*

*If you have a hearing impairment/hearing loss that is covered under the ADA and that would impair your ability to access the examination content under standard conditions, please follow these Guidelines to request test accommodations. Comprehensive documentation of hearing impairments must include a report of a clinical evaluation by a qualified professional (otolaryngologist and/or audiologist) and a copy of your most recent audiogram or audiometric report.*

*The report of evaluation should include:*
- *Actual scores and results from all tests, procedures, measurements, and scales administered for the evaluation.*
- *Information about whether the hearing loss is static or changing. Hearing loss of a changing nature may need to be documented more frequently (e.g., within the past 6 months).*
- *Specific information concerning the current functional limitations imposed by the impairment (i.e., to what extent your day-to-day functioning is impaired by the hearing loss).*
- *Detailed information about what therapy and auditory aids are being used to treat the impairment, and the effectiveness of these interventions, including any relevant post-therapy data*
- *A specific recommendation for all accommodations requested, with an explanation of how the accommodations will reduce the impact of the identified functional limitations on the specific testing activity (this may be different for the CBT examinations vs. Step 2 CS).*

*Your request must specify whether you require use of hearing aids, cochlear implants, or other assistive listening devices for the day of your examination. Please provide specific information for any assistive listening device, including hearing aids, such as the make and model number, and a photo of the device for our review. Note that the photo should be of your own personal item that you are requesting to bring with you to the examination, not a generic photo of the make/model. At the conclusion of our review, you and your test center will be notified in writing of the item(s) approved for your use during the examination. This approval is necessary as unauthorized possession of personal items while in the secure area of the test center may lead to a finding of irregular behavior and permanent annotation of your USMLE transcript.*

## Personal item exemptions:

If you need to bring anything into the exam that is related to your disability and considered "non-standard" such as food, water or medication, a special cushion, hearing aids or cochlear implants and other medical devices, **you will need to have this approved in advance of the exam**. Some students are asked to send a photograph of their device as part of the approval process. These requests generally do not require the same "burden of

proof" that other accommodations require. Often the documentation requirement is a letter of support from a medical doctor stating the nature of the condition and the reason why the item is needed. We have reports of students needing to declare items like leg braces, crutches, etc. A good rule of thumb is to declare ANYTHING and allow the NBME to determine if such a declaration is not needed.

The NBME provides specific advice on this issue: http://www.usmle.org/test-accommodations/PIEs.html

**Newly Diagnosed or No History of Accommodations**

If you do not have a history of accommodation or have been recently diagnosed with a disability
You must answer the question "why now?" The NBME will want to know why you have successfully gained entry to medical school without accommodations, but now have difficulty accessing the education curriculum. The examiner who diagnosed you will also be required to speak to these issues.

**Application**
All individuals wishing to apply for accommodations on the USMLE exams will be required to fill out a detailed application and must include their USMLE number. A copy of the application is attached to this guide.

**Scheduling the Exam**
While under review you *will NOT* be able to schedule your exam. If you are approved for accommodations you will receive a registration ticket within 5 days of the approval and only then can you register for the exam.

**Testing Centers and Accommodated Testing**
Students should identify for themselves several testing centers for testing. Some will fill quicker than others and when accommodated with assistive technology, extra-time, or a private room, students may have limited choices.

**The Personal Statement**

From the USMLE: The Personal Statement

*D3. Personal Statement Attach a signed and dated personal statement describing your impairments(s) and their impact on daily life. Narratives should not be confined to standardized test performance. The personal statement is your opportunity to tell us how your physical or mental impairment(s) substantially limit your current functioning in a major life activity. In your own words, discuss how your impairment(s) would interfere with your access to the relevant USMLE Step and how the specific accommodation(s) you are requesting will alleviate this impact.*

The USMLE requires a personal statement as part of the accommodation request application. This is often the most time-consuming part of the application process, but can be one of the most important and compelling parts of the request. **This is your only opportunity to share your personal experience of living with a disability.**

This personal statement is unique and should focus on your *areas of difficulty* rather than your strengths. It is not the time to talk about how well you have been doing. Rather, you will need to highlight what is difficult, what you do to manage it, and what remains a challenge. We understand this may feel counterintuitive and can be emotionally difficult – we are here to support you. You can meet with MSDS to discuss your personal statement and ask for feedback. While we do not provide extensive editing, we will work with you to help you best articulate your needs.

7

PL-02757

**Points of consideration for personal statements**

1. **Explain** the nature of your disability and why you are requesting accommodations.

Include a description of the day-to-day impact of your disability - not just the impact on academic tasks, like taking exams (e.g., impact on interpersonal relationships, employment, course withdrawals, personal organization, driving record, financial management, etc).

2. **Focus** on your ***areas of difficulty*** rather than your strengths.

This can feel awkward, because oftentimes students with disabilities are taught to put their "best foot forward" and emphasize their strengths when speaking about themselves. However, the personal statement is not the time to talk about how well you have been doing. It is actually the place to emphasize and highlight what has been difficult. It is essential that you connect your accommodations to any successes.

The burden to prove that the requested accommodations are ***necessary*** is on the student. Be very clear about the barriers posed by the test, and the anticipated outcome if the accommodation you are requesting is not in place. The barrier must be grounded in the nature of your condition, and substantiated by the documentation you are providing.

3. **Pay close attention** to the ***language*** you use to describe your needs.

The cover letter should not refer to a ***preference*** for an accommodation, but rather should emphasize your ***need*** for the accommodation. Your job is to explain why the accommodations you are requesting are necessary to ensure your access to the exam.

For example, you should not say things like "I would do better with" or "to ensure my success," as accommodations are designed to ensure *access*, not success. You should also avoid using phrases such as "learning differences," as agencies are only interested in disabilities that require accommodations.

It can be difficult to start writing a personal statement. Appendix C is offered to help prompt your writing and provide an outline and topics that may/may not be relevant to your case. You can use these writing prompts as a guide to help you get started.

8

PL-02758

**Appendix A: Detailed Timeline for UCSF Students:**

**Students who wait to declare their intent to apply for accommodations risk not receiving a decision in time to take the April exam. This can result in a delay in the start of clerkship or even put their medical curriculum on hold for a year.**

**July**

☐ Speak with Dr. Lisa Meeks from Medical Student Disability Services (MSDS) to review documentation on file and make plans for applying for USMLE accommodations on the Step 1 exam.
☐ Draft personal statement
☐ Request MCAT official scores
☐ Collect additional documentation as necessary

**August**

☐ Submit draft of personal statement to MSDS
☐ Provide additional documentation to MSDS
☐ Apply for NBME ID https://apps.nbme.org/nlesweb/#/authenticate

**September-October**

☐ Complete application and personal statement "the packet" and submit to MSDS
☐ Mail, fax or e-mail (as a pdf) your completed request form and supporting documents to:
Disability Services National Board of Medical Examiners
3750 Market Street Philadelphia, PA 19104-3190
Facsimile: (215) 590-9422
E-mail: disabilityservices@nbme.org
☐ Receive confirmation of your submission

*October-January (waiting period for decision)*

**January**

☐ Craft an appeal (if necessary)

**February-March**

☐ Reserve Testing Location/Date

**April**

☐ Take Step 1

**May/June  (For those students in Option B)**

☐ Take Step 1

PL-02759

**Appendix B: General Checklist and Timeline for Accommodation Requests on the NBME Exams**

**Submit all materials:** _____**(date)**

At least 10 months before you plan to take the exam

☐ Find the information about the exam accommodation request process
☐ Find the deadline for making requests: _____
  o Identify the appeal procedure and any associated timelines
  o Aim to make your request at least 60 days **in advance** of their recommended deadline:
  o Currently the USMLE is taking up to 120 days to respond to initial inquiries
☐ Make a list of what historical documentation you need to gather:
  o All historical evaluations
  o Supplemental letters of support from previous instructors
  o Letters documenting historical accommodation approval
    ▪ K-12
    ▪ AP exams
    ▪ SAT/ACT exams
    ▪ Undergraduate
    ▪ Post-bacc program
    ▪ Graduate school
    ▪ Workplace
    ▪ Professional school
    ▪ MCAT accommodations
☐ Locate the documentation requirements for making your request
  o Print a copy of the requirements
  o Compare your most recent documentation to the requirements
  o If your documentation doesn't match, identify the specific reasons why and make a list
  o If you'll need a new evaluation, begin contacting potential evaluators immediately to determine the cost and how soon you can be evaluated
    ▪ Evaluators likely will want to see your historical evaluations
    ▪ Will benefit from knowing what the requirements are for documentation
    ▪ Share the list of things you feel are missing from your historical documentation
    ▪ A good evaluator will summarize your historical evaluations and explain any inconsistencies between them, and between any new results.
    ▪ Explain the deadline for submitting your application
☐ Schedule an appointment with your DS office to discuss your application
  o Disability Services office might have copies of your historical evaluations or other materials you can include
  o Make a request for a letter of support and for The Certification of Prior Test Accommodations form
  o Ask for tips and advice about your application, and inquire about other students' recent experiences.
  o Inquire about any financial support towards re-evaluation, and recommended referrals

At least 8 months before the exam

☐ Begin drafting your personal statement

10

**Appendix C: Topic Prompts for Personal Statements[2]**

***Note: Respond only to the prompts that are relevant to your circumstances.***

- ☐ Explain the nature of your disability and why you are requesting accommodations.
  - ☐ Describe how it affects you in medical school (reading, writing, studying, in classroom, lab, clinic)
  - ☐ Include a description of the day-to-day impact of your disability (outside med school):
    - ☐ interpersonal relationships
    - ☐ personal organization
    - ☐ driving record
    - ☐ financial management
    - ☐ prior employment
    - ☐ reading for pleasure

- ☐ Explain your history of using accommodations in all settings.
  - ☐ K-12
  - ☐ Undergraduate
  - ☐ Other graduate programs
  - ☐ Previous standardized testing (MCAT, SAT, AP exams, other)
  - ☐ Employment
  - ☐ Medical school
    - ☐ What accommodations did you use?
    - ☐ What worked, what didn't?
    - ☐ What additional challenges did you face in the environment?
    - ☐ Were any accommodations provided informally that aren't documented? What were they and why aren't they able to be formally documented?

- ☐ If you do not have a long history of accommodations or have never utilized accommodations in the past:
  - ☐ Explain what is new now. Why are accommodations necessary at this time for this exam?
    - ☐ Is this exam different from others you have taken before? How?
    - ☐ Is your diagnosis recent? If so, how did the diagnosis come about?
      - ☐ What were the circumstances of your upbringing and/or early education that may help the evaluators to understand your late diagnosis/lack of accommodations?
      - ☐ What challenges did you face in your life before you were diagnosed?
        - ☐ In education
        - ☐ In your personal life
    - ☐ What strategies did you use to succeed in school and your personal life in the absence of formal diagnosis, treatment, and accommodations?
    - ☐ Is medical school different from your previous academic settings? How?
    - ☐ How did you get by before you had accommodations?
      - ☐ What strategies, services, supports, did you use?
      - ☐ What were the challenges and successes associated?
      - ☐ How are they insufficient for the medical school setting, and the USMLE exam in

---

[2] Jain, N. & Bisagno, J. (April, 2016). Supporting Students Accommodation Requests on High Stakes Exams. *3rd Annual Disability in Health Science and Medicine Symposium.* San Francisco, CA.
Used with permission from Neera Jain

11

PL-02761

        particular?

- ☐ Did you request but were denied accommodations on previous standardized exams (e.g. MCAT)?
  - ☐ If so, how did you ultimately succeed sufficiently to gain admittance in medical school, despite not having accommodations for this exam?
  - ☐ What strategies and preparation were involved in your journey to medical school to bolster your application?
- ☐ Provide a rationale for each accommodation you are requesting
  - ☐ What barrier does the exam pose, and how is it tied to your disability?
  - ☐ If you have an example of a difference in performance with and without the accommodation, provide this.

**Acknowledgements:**

*UCSF Medical Student Disability Services thanks Neera Jain (University of Auckland); Dr. Jan Serrantino (The University of California at Irvine); Jean Haverstick (The University of Vermont) and Do Quyen Tran-Taylor (UCSF School of Medicine) for their thoughtful feedback on this document.*

**References:**

Jain, N. & Bisagno, J. (April, 2016). Supporting Students Accommodation Requests on High Stakes Exams. *3rd Annual Disability in Health Science and Medicine Symposium.* San Francisco, CA. Used with permission from Neera Jain to inform Appendix C.

Jain, N., Lewis, C., **Meeks, L.M.,** Tucker, T. (2015). *The Process of Requesting Accommodations on Certification, Licensing, and Board Exams: Assisting Students Through the Application.* In N. Jain & L. Meeks (Eds.), The Guide to Assisting Students with Disabilities: Equal Access in Health Science and Professional Education New York, NY: Springer.

USMLE Test Accommodations Website: http://www.usmle.org/test-accommodations/

PL-02762

# Exhibit 6

PL-02763

September 21, 2018     Page ID #:1370

MUTHOKA, JACKLINE
Apartment # VP3131S
Student ID: 86882088
JMUTHOKA@UCI.EDU

Dear JACKLINE,

In order to maintain eligibility to reside in Verano, you must be a full-time, regularly enrolled, UCI student (12 units, fees paid).

If you have added units and are enrolled in 12 or more now, please respond to this message with that status.

The eligibility report has been generated. Our records indicate that you are not enrolled in 12 or more units and you have not been in contact with our office to make arrangements to vacate or to request an exception. As a result, at this time you are ineligible to continue living in Verano Place.

By 10 am, September 24, 2018 please do one of the following:

- Provide our office with updated records (i.e. your student id has changed).
- Become a full-time, regularly enrolled student by adding units and provide our office with updated enrollment status.
- Submit a request for an exception to eligibility for one of the following reasons and submit paperwork. You can request the exception petition form from the Verano Place Housing office.

  ✓ Filing fee - Submit receipt and request either a 45-day notice to vacate or vacate on June 30, 2018
  ✓ Leave of Absence or Reduced Load - include a letter explaining why an exception is needed, paperwork from the registrar and any documents supporting your request.

- Submit proof of graduation.

If your status is none of the above, you do not have an approved exception and you are not going to be a full-time student, you will need to submit an Early Lease Termination Form. Once approved and the paperwork is processed, changes cannot be made. You are financially responsible for the charges through the approved lease termination date noted on the lease termination form (if approved).

**Please make these corrections to your student status and notify our office of the changes made. Please be sure to respond to this email and advise our office of your current status to avoid being served a 3-Day Notice to Vacate.**

If you have any questions or would like to speak to the Verano Place staff regarding your status, please respond to this email. You can also send an email to Verano Place at vpassign@housing.hsg.uci.edu.

Thank you,

Lora Romo

Assignments Lead, Verano Place

PL-02764

**To:** "Muthoka, Jackline" <jmuthoka@uci.edu>
**Subject: RE: Action Required: Not Eligible for Housing – Enrollment Status**

Jackie,

Thank you for your prompt response. In order to live in on-campus housing, you must be enrolled full-time or have an approved leave. If you have an approved leave of absence, you can provide a copy of the approved request from the registrar and we'll update your status. With an approved leave of absence, there is not issue with your housing status. Please let me know when you plan on submitting your exceptions request along with the supporting documentation. We will need the documents no later than Wednesday, September 26, 2018 by noon.

Thank you,

Lora Romo
Assignments Lead, Verano Place
University of California, Irvine
6529 Adobe Circle Road, South
Irvine, CA 92617
http://www.housing.uci.edu/docs/maps/Map_VP.pdf
949.824.7118 (direct line)
949-824.5964 (front desk)
949.824.2617 (fax)

**From:** Muthoka, Jackline [mailto:jmuthoka@uci.edu]
**Sent:** Friday, September 21, 2018 10:56 AM
**To:** VPAssign <vpassign@housing.hsg.uci.edu>
**Subject:** RE: Action Required: Not Eligible for Housing – Enrollment Status

Hi Romo,

I hope you are well. Thank you for the email regarding my registration status. I just wanted to let you know that I am on academic leave to study for my board exams and will resume classes in mid October. I am out of state right now taking a prep course for the exam and I am not in a position to provide you with the paper work you requested, I am in process of discussing with the school of medicine to figure out what I need to do because I was not aware that I need to give you any documentation. In the mean time, Please let me know what else you would need from me.

Thank you,

Jackie

**From:** VPAssign [vpassign@housing.hsg.uci.edu]
**Sent:** Friday, September 21, 2018 7:54 AM
**To:** Muthoka, Jackline
**Subject:** Action Required: Not Eligible for Housing – Enrollment Status

PL-02765

Best,

Jackline Muthoka MS3

UC Irvine School of Medicine

jmuthoka@uci.edu

7145986400/7143980106


On Sep 25, 2018, at 6:25 PM, Kim, Christina Joy <ckim29@uci.edu> wrote:

Hi Jackline,

Nancy Guirguis forwarded me your email, and I wanted to confirm one item with you
before contacting Verano Place about your leave. Do you still anticipate to return in
November 2018, or has the date changed?

Thank you,

Joy Kim
Registrar – Medical Education
949-824-5283


**From:** Muthoka, Jackline
**Sent:** Friday, September 21, 2018 12:15 PM
**To:** Guirguis, Nancy
**Subject:** Fwd: Action Required: Not Eligible for Housing – Enrollment Status


Good afternoon Nancy,

I hope you are well. I received the email below from housing requesting me to provide
them with documentation for my leave of absence and I was wondering if you know how I
can go about it.

Please let me know,

Thanks!

Jackie

Best,
Jackline Muthoka MS3

UC Irvine School of Medicine

jmuthoka@uci.edu

7145986400/7143980106


Begin forwarded message:

**From:** VPAssign <vpassign@housing.hsg.uci.edu>
**Date:** September 21, 2018 at 1:14:51 PM CDT

PL-02766

 Gmail

Jackline Muthoka <jackiemuthoka87@gmail.com>

## ollow up from meeting 4_18_19

12 messages

**Elizabeth Franklin** <enfrankl@uci.edu>           Thu, Apr 18, 2019 at 11:35 AM
To: "jmuthoka@uci.edu" <jmuthoka@uci.edu>, "JACKIEMUTHOKA87@GMAIL.COM" <JACKIEMUTHOKA87@gmail.com>
Cc: Ananda Van Boeyen <avanboey@uci.edu>, VPAssign <vpassign@housing.hsg.uci.edu>

Dear Jackline,

It was a pleasure to meet with you this morning. You are a remarkable woman!

To recap what we discussed:

- You will write a new letter detailing the reasons why you are in this situation including the wrong information provided to you by your dept, which led you to have a delay in your testing accommodation as well as their insistence that you take a course that you did not in fact need to take. Pointing out anything that makes your situation exceptional will help your case. Explaining your lack of financial support will also be helpful. You will submit this letter **before May 1st** to me directly at enfrankl@uci.edu or by bringing it to the Verano Housing office.

- You will ask Rosezetta to send her letter **before May 1st**. As soon as possible would be best.

- I will follow up with Rosezetta as well to request the letter.

- You will visit the Counseling Center and ask for additional support.

- You will meet with Ashley (from your department) today and figure out how to enroll right now for Spring quarter.

  o **Please be aware that the website states that 4/19 (tomorrow) is the last day to enroll for Spring Quarter!**

- Ananda Van Boeyen will reach out to you with resources for financial assistance as well as other support.

If you provide the necessary documents **AND you register for Spring Quarter,** I will bring your exception forward to the community Director on your behalf. If you are registered for Spring quarter you can stay in housing through the end of the quarter. Based on the number of grad guarantees, we'll be able to determine whether or not you would be able to renew by May 6th.

I will NOT process your lease termination paperwork until after May 1st if you fail to submit the requested letters or if you fail to register for Spring Quarter.

If you are not able to register for Spring Quarter, you will need to vacate your apartment by 5/31/19. In this case, you are encouraged to look for a Verano sublease and to get back on the waiting list for housing.

Do not lose faith Jackline. You are strong.

Betsy Franklin

PL-02767

**Ananda Van Boeyen**

Resident Relations Coordinator | Verano Place Student Housing



University of Calfornia, Irvine | ✉ 6529 Adobe Circle Road South, Irvine, CA 92617-6375

☎ (949) 824-**6096** | ✆ (949) 824-2617 | ✉ avanboey@uci.edu

**From:** Elizabeth Franklin <enfrankl@uci.edu>
**Sent:** Thursday, April 18, 2019 11:35 AM
**To:** jmuthoka@uci.edu; JACKIEMUTHOKA87@GMAIL.COM
**Cc:** Ananda Van Boeyen <avanboey@uci.edu>; VPAssign <vpassign@housing.hsg.uci.edu>
**Subject:** follow up from meeting 4_18_19

Dear Jackline,

[Quoted text hidden]

  **FRESH Grad Student Flyer.pdf**
2519K

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                                        Wed, Oct 2, 2019 at 8:19 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

**From:** Ananda Van Boeyen <avanboey@uci.edu>
**Sent:** Thursday, April 25, 2019 1:24 PM
**To:** Muthoka, Jackline <jmuthoka@uci.edu>; JACKIEMUTHOKA87@GMAIL.COM
<JACKIEMUTHOKA87@GMAIL.COM>
**Subject:** RE: follow up from meeting 4_18_19

[Quoted text hidden]

[Quoted text hidden]

  **FRESH Grad Student Flyer.pdf**
2519K

PL-02768

This message (including any attachments) contains confidential information intended for a
specific individual and purpose, and is protected by law. If you are not the intended
recipient, you should delete this message. Any disclosure, copying, or distribution of this
message, or the taking of any action based on it, is strictly prohibited.

*******************************************************

[Quoted text hidden]

**Toohey, Julianne** <jtoohey@uci.edu>                                Wed, Apr 24, 2019 at 4:33 PM
To: Jackline Muthoka <jackiemuthoka87@gmail.com>

Hi Jackie,
Let's meet at 1:00 in my office in Irvine-take care,

Dr. T

Sent from my iPhone
[Quoted text hidden]
[Quoted text hidden]

**Jackline Muthoka** <jackiemuthoka87@gmail.com>                       Thu, Apr 25, 2019 at 12:46 AM
To: "Toohey, Julianne" <jtoohey@uci.edu>

Sounds good! I'll be there at 1.
Thank you,
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106
[Quoted text hidden]

**Ananda Van Boeyen** <avanboey@uci.edu>                              Thu, Apr 25, 2019 at 1:24 PM
To: "jmuthoka@uci.edu" <jmuthoka@uci.edu>, "JACKIEMUTHOKA87@GMAIL.COM" <JACKIEMUTHOKA87@gmail.com>

Hi Jackline,

I hope this email finds you well. My name is Ananda. I am the Resident Relations Coordinator in Verano Place. Part of my
role is to provide on-campus and off-campus resources to residents.

I am not sure specifically what you financial needs are. I am happy to chat over the phone or email if you need. You may
be eligible for the Economic Crisis Response Grant, a grant that awards students up to $1,000 to address a financial
crisis that is affecting access to housing, food, medical and/or mental health care.

To start with, I have attached a list of on-campus basic needs resources, designed to reduce the cost of living.

Please do not hesitate to contact me.

I have spoken to Elizabeth in housing twice now as well as written to them regarding your situation. The reason your additional extension was not granted is because they will only approve one term extensions. Given that you are not enrolled for Spring, they were not able to extend further than they already have. It was not because I did not answer their questions-I confirmed this with them today. If there is further information that you feel I need to share with them, please let me know.

Is it possible to meet this week? I have some time on Thursday.


Dr. T

**From:** Luis J Medina [lmedina@uci.edu]
**Sent:** Monday, April 22, 2019 3:01 PM
**To:** jackline muthoka
**Cc:** Toohey, Julianne; Medina, Luis J.
**Subject:** RE: follow up from meeting 4_18_19

[Quoted text hidden]

[Quoted text hidden]

**Jackline Muthoka** <jackiemuthoka87@gmail.com>                                    Wed, Apr 24, 2019 at 3:32 PM
To: "Toohey, Julianne" <jtoohey@uci.edu>

Hi Dr. Toohey,
Sorry for the late reply. I can stop by tomorrow. What time works best for you? I can meet any time after 12. Please let me know, thank you!
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106
[Quoted text hidden]

>          [Quoted text hidden]
>          [Quoted text hidden]
>          [Quoted text hidden]
>          [Quoted text hidden]
>          [Quoted text hidden]

>                [Quoted text hidden]

>             <image001.jpg>

>             University of Calfornia, Irvine | ✉ 6529 Adobe Circle Road South, Irvine,
>             CA 92617-6375

>             ☎ (949) 82**4-7976** | 🖷 (949) 824-2617 | ✉ enfrankl@uci.edu


*********************************************************

[Quoted text hidden]

**Luis J Medina** <lmedina@uci.edu>          Mon, Apr 22, 2019 at 3:01 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>
᠄: "Julianne S. Toohey (UCI)" <jtoohey@uci.edu>, Luis J Medina <lmedina@uci.edu>

Dear Jackie,

The person who can better assist you with housing is Dr. Toohey, perhaps she can send Housing additional information in support of your petition. My office can assist in regards to financial aid, but as you know, in order to qualify for financial aid, a student must be enrolled, and the issue with Housing seems to be enrollment. I am copying Dr. Toohey on this email to see if she has any other ideas to help with your situation.

Thank you,

Luis J. Medina, MS, MBA

Director

Financial Aid Office

School of Medicine

University of California, Irvine

836 Medical Education Building, Room 3038

Irvine, CA 92697-4089

(949) 824-4605

(949) 824-1014 fax

www.ofas.uci.edu/som

State of California Disclosure:

Federal student loans are available to most students regardless of income and provide a range of repayment options including income-based repayment plans and loan forgiveness benefits, which other education loans are not required to provide.

Confidentiality Statement:

This email message, including any attachments, is for sole use of the intended recipient(s), and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email, and delete the original and all copies of this email.

[Quoted text hidden]

**Toohey, Julianne** <jtoohey@uci.edu>          Mon, Apr 22, 2019 at 3:54 PM
᠄: "Medina, Luis J." <lmedina@uci.edu>, jackline muthoka <jackiemuthoka87@gmail.com>
᠄c: "Medina, Luis J." <lmedina@uci.edu>

Hello Jackie,

PL-02771

**Selva-Rodriguez, Ashley M.** <aselvaro@uci.edu>                    Fri, Apr 19, 2019 at 4:32 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

Hi Jackie,

Thanks for this information! Although I'd like to help, it's my understanding that Luis would be the best person to be able
to assist you.

Thanks!

Ashley

[Quoted text hidden]

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not use,
distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-
7006 immediately if you have received this e-mail in error. E-mail transmission cannot be guaranteed to be secure or error-free as information could be
intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions
in the contents of this message, which arise as a result of e-mail transmission.

**jackline muthoka** <jackiemuthoka87@gmail.com>                    Mon, Apr 22, 2019 at 2:00 PM
To: lmedina@uci.edu

Good afternoon Luis,
I hope you are having a great day. I was wondering if it's possible to discuss the issue of housing with you when you get a
chance ( I spoke with Ashley last week and she mentioned you are in a better place to help me than she is ) . I had a
meeting with the associate director of housing at Verano and she expressed dissatisfaction in the information she had
requested from the medical school in order for her to allow me to stay in on-campus housing while I am not registered for
classes and as I await to sit for step 1 again. Elizabeth spoke with Dr. Toohey and gave her information she needed in
the letter and all she got was a generic letter that didn't address any of the issues she had requested-I'll forward the letter
to you shortly. I am really stranded now, Luis, because I am doing my very best to study and I've been actively looking for
places to live and all of the areas are out of my budget as I had planned my budget using my on-campus housing costs
and that's why I am in a stressful situation right now. I've attached the conversation we had with Elizabeth and what she
needs now so I can resolve the housing issue.
Please let me know if there is anyway you are able to assist me.
Thank you

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

Begin forwarded message:

> **From:** Elizabeth Franklin <enfrankl@uci.edu>
> **Date:** April 18, 2019 at 11:35:25 AM PDT
> **To:** "jmuthoka@uci.edu" <jmuthoka@uci.edu>, "JACKIEMUTHOKA87@GMAIL.COM"
> <JACKIEMUTHOKA87@GMAIL.COM>
> **Cc:** Ananda Van Boeyen <avanboey@uci.edu>, VPAssign <vpassign@housing.hsg.uci.edu>
> **Subject:** follow up from meeting 4_18_19

•   You will visit the Counseling Center and ask for additional support.

•   You will meet with Ashley (from your department) today and figure out how to enroll right now for Spring quarter.

> ○ **Please be aware that the website states that 4/19 (tomorrow) is the last day to enroll for Spring Quarter!**

•   Ananda Van Boeyen will reach out to you with resources for financial assistance as well as other support.

If you provide the necessary documents **AND you register for Spring Quarter,** I will bring your exception forward to the community Director on your behalf. If you are registered for Spring quarter you can stay in housing through the end of the quarter. Based on the number of grad guarantees, we'll be able to determine whether or not you would be able to renew by May 6th.

I will NOT process your lease termination paperwork until after May 1st if you fail to submit the requested letters or if you fail to register for Spring Quarter.

If you are not able to register for Spring Quarter, you will need to vacate your apartment by 5/31/19. In this case, you are encouraged to look for a Verano sublease and to get back on the waiting list for housing.

Do not lose faith Jackline. You are strong.

Betsy Franklin

**Elizabeth "Betsy" Franklin**

Acting Associate Director of Apartment Life | Student Housing, Verano Place

<image001.jpg>

[Quoted text hidden]

---

**jackline muthoka** <jackiemuthoka87@gmail.com>                                      Thu, Apr 18, 2019 at 6:25 PM
To: aselvaro@uci.edu

Hi Ashely,
Here is a list of what I discussed with Elizabeth today and what she needs in order for me to be on track with housing.
Thanks!
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

Begin forwarded message:

[Quoted text hidden]

PL-02773

**Elizabeth "Betsy" Franklin**

Acting Associate Director of Apartment Life | Student Housing, Verano Place



University of California, Irvine | ✉ 6529 Adobe Circle Road South, Irvine, CA 92617-6375

☎ (949) 824-7976 | 🖨 (949) 824-2617 | ✉ enfrankl@uci.edu

*********************************************************

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message. Any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.

*********************************************************

**jackline muthoka** <jackiemuthoka87@gmail.com>                    Thu, Apr 18, 2019 at 3:53 PM
To: Elizabeth Franklin <enfrankl@uci.edu>

Hi Elizabeth,
It was nice meeting you today! Thank you so much for the encouragement and even for listening to me, it meant the world to me. I really appreciate your time and the kindness you showed me. I will do my very best to get all the letters and documents submitted to you as soon as possible.
Thank you,
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

On Apr 18, 2019, at 11:35 AM, Elizabeth Franklin <enfrankl@uci.edu> wrote:

Dear Jackline,

It was a pleasure to meet with you this morning. You are a remarkable woman!

To recap what we discussed:

• You will write a new letter detailing the reasons why you are in this situation including the wrong information provided to you by your dept. which led you to have a delay in your testing accommodation as well as their insistence that you take a course that you did not in fact need to take. Pointing out anything that makes your situation exceptional will help your case. Explaining your lack of financial support will also be helpful. You will submit this letter **before May 1ˢᵗ** to me directly at enfrankl@uci.edu or by bringing it to the Verano Housing office.

• You will ask Rosezetta to send her letter **before May 1ˢᵗ**. As soon as possible would be best.

• I will follow up with Rosezetta as well to request the letter.

PL-02774

https://mail.google.com/mail/u/0?ik=3e3cf740d3&view=pt&search=all&permthid=thread-f%3A1631177961108143319&simpl=msg-f%3A163117796110...   2/8

 Gmail

Jackline Muthoka <jackiemuthoka87@gmail.com>

## . w: Action Required: Not Eligible for Housing – Enrollment Status

1 message

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>
To: jackline muthoka <jackiemuthoka87@gmail.com>

Wed, Oct 2, 2019 at 10:55 PM

**From:** Muthoka, Jackline <jmuthoka@uci.edu>
**Sent:** Wednesday, September 26, 2018 2:46 PM
**To:** Kim, Christina Joy <ckim29@uci.edu>
**Subject:** Re: Action Required: Not Eligible for Housing – Enrollment Status

Hi Joy,
I haven't been able to do anything yet since I am out of the state. I had spoken to Nancy to do an elective before
Pediatrics rotation but that's not been planned yet. Do I plan this with you or my advisor? Please let me know, thanks!
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

On Sep 26, 2018, at 4:23 PM, Kim, Christina Joy <ckim29@uci.edu> wrote:

> Hi Jackline,
>
> The current records show that you will be enrolling into Pediatric Clerkship on 11/12/18. Are you
> working with the Curricular Affairs team to change your Winter 2019 course?
>
> Best,
>
> Joy Kim
> Registrar – Medical Education
> 949-824-5283
>
>
>
>
> **From:** Muthoka, Jackline
> **Sent:** Wednesday, September 26, 2018 1:41 PM
> **To:** Kim, Christina Joy
> **Subject:** Re: Action Required: Not Eligible for Housing – Enrollment Status
>
> Hi Joy,
>
> Thank you for the email. I'll be back in October 22nd. Please let me know if there is anything else I need
> to provide you with. Thank you,
>
> Jackie

PL-02775

# Exhibit 7

PL-02776

## Re: Letter from P&H Committee

Muthoka, Jackline
Wed 2/6/2019 7:42 PM
To: Worsham, Ursula T. <uworsham@uci.edu>

Thank you! I can and will do 😊
Have a blessed week!!

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

On Feb 6, 2019, at 10:36 AM, Worsham, Ursula T. <uworsham@uci.edu> wrote:

> Anytime Miss Jackie- you can do this!
>
> -Ursula
>
> **From:** Muthoka, Jackline <jmuthoka@uci.edu>
> **Sent:** Tuesday, February 5, 2019 9:40 PM
> **To:** Worsham, Ursula T. <uworsham@uci.edu>
> **Subject:** Re: Letter from P&H Committee
>
> Hi Ursula,
> Thank you so much for your email and I apologize I didn't reply sooner. I was having car
> issues but that's all taken care of right now. I appreciate your thoughtful reply to my email
> and after thinking about it deeply, I'll worry about my exam right now and may be I can
> bring it up later ( I'll consult you before I do this) when I am not as stressed and after passing
> the exam. Thank you so much for your words of wisdom and prayers, I appreciate you :)
>
> Thank you,
> Jackie
>
>
>
> Best,
> Jackline Muthoka MS3
> UC Irvine School of Medicine
> jmuthoka@uci.edu
> 7145986400/7143980106
>
> On Jan 30, 2019, at 2:32 PM, Worsham, Ursula T. <uworsham@uci.edu> wrote:
>
>> Hi Jackie,
>>
>> It was great to see you the other day...really great. I am so proud of you for continuing
>> your efforts to become an MD! I appreciate your patience in my reply, I've had a few

Mail - Muthoka, Jackline - Outlook

Regards,
MBO

Megan Boysen Osborn, MD, MHPE
Chair
Promotions and Honors Committee
mbo@uci.edu

If this communication involves discussion of patient care issues in
the performance improvement process, it is protected
from discovery by California Evidence Code 1157 as a confidential
medical staff communication.

PL-02778

days of meetings and still catching up on email.

Per our conversation, I completely understand the frustration you feel regarding your experience at UCI. Although I will always advocate for your well-being and encourage you to advocate for yourself- I encourage you to be wise and to remain focused on the task at hand...and that is to get the support you need to be successful on USMLE Step 1. Policy is policy...regardless of what we may like, I know you respect police, however, do not get distracted by it. Utilize the support being given and ask for what you need!

Continued prayers to you....I KNOW you can do this.

Hugs,
Ursula

**From:** Muthoka, Jackline <jmuthoka@uci.edu>
**Sent:** Friday, January 25, 2019 3:33 AM
**To:** Worsham, Ursula T. <uworsham@uci.edu>
**Subject:** Fwd: Letter from P&H Committee

Good morning Ursula,
I hope this finds you well. I received this email from Dr. Osborn and I feel like it's a very unfair email considering everything that has been improperly done. I am considering fighting this but I am worried that my efforts to my not amount to anything. What's your suggestion?
Please continue to pray for me, thanks!
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

Begin forwarded message:

> **From:** "Osborn, Megan" <mbo@uci.edu>
> **Date:** January 24, 2019 at 8:46:01 PM PST
> **To:** "Muthoka, Jackline" <jmuthoka@uci.edu>
> **Cc:** "Forthal, Donald" <dnfortha@uci.edu>, "Toohey, Julianne" <jtoohey@uci.edu>, "Ley, Melanie" <mley@uci.edu>
> **Subject: Letter from P&H Committee**
>
> Dear Ms. Muthoka,
>
> Please find the attached letter from the Promotions and Honors Committee. Please refer to the following policies:
>
> https://ucisom.instructure.com/courses/106/pages/exam-administration-and-procedures
> https://ucisom.instructure.com/courses/106/pages/school-of-medicine-due-process-policy
> https://ucisom.instructure.com/courses/106/pages/student-academic-and-professional-standing-policy

[Quoted text hidden]

**Luis J Medina** <lmedina@uci.edu>        Mon, Apr 22, 2019 at 3:01 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>
⊃: "Julianne S. Toohey (UCI)" <jtoohey@uci.edu>, Luis J Medina <lmedina@uci.edu>

Dear Jackie,

The person who can better assist you with housing is Dr. Toohey; perhaps she can send Housing additional information in support of your petition. My office can assist in regards to financial aid, but as you know, in order to qualify for financial aid, a student must be enrolled, and the issue with Housing seems to be enrollment. I am copying Dr. Toohey on this email to see if she has any other ideas to help with your situation.

Thank you,

Luis J. Medina, MS, MBA

Director

Financial Aid Office

School of Medicine

University of California, Irvine

836 Medical Education Building, Room 3038

Irvine, CA 92697-4089

(949) 824-4605

(949) 824-1014 fax

www.ofas.uci.edu/som

State of California Disclosure:

Federal student loans are available to most students regardless of income and provide a range of repayment options including income-based repayment plans and loan forgiveness benefits, which other education loans are not required to provide.

Confidentiality Statement:

This email message, including any attachments, is for sole use of the intended recipient(s), and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email, and delete the original and all copies of this email.

[Quoted text hidden]

**Toohey, Julianne** <jtoohey@uci.edu>        Mon, Apr 22, 2019 at 3:54 PM
: "Medina, Luis J." <lmedina@uci.edu>, jackline muthoka <jackiemuthoka87@gmail.com>
cc: "Medina, Luis J." <lmedina@uci.edu>

Hello Jackie,

**Selva-Rodriguez, Ashley M.** <aselvaro@uci.edu>                                    Fri, Apr 19, 2019 at 4:32 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

Hi Jackie,

Thanks for this information! Although I'd like to help, it's my understanding that Luis would be the best person to be able
to assist you.

Thanks!

Ashley

[Quoted text hidden]

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not use,
distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompilance@uci.edu or by phone 888-456-
7006 immediately if you have received this e-mail in error. E-mail transmission cannot be guaranteed to be secure or error-free as information could be
intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions
in the contents of this message, which arise as a result of e-mail transmission.

**jackline muthoka** <jackiemuthoka87@gmail.com>                           Mon, Apr 22, 2019 at 2:00 PM
To: lmedina@uci.edu

Good afternoon Luis,
I hope you are having a great day. I was wondering if it's possible to discuss the issue of housing with you when you get a
chance ( I spoke with Ashley last week and she mentioned  you are in a better place to help me than she is ) . I had a
meeting with the associate director of housing at Verano and she expressed dissatisfaction in the information she had
requested from the medical school in order for her to allow me to stay in on-campus housing while I am not registered for
classes and as I await to sit for step 1 again. Elizabeth  spoke with Dr. Toohey and gave her information she needed in
the letter and all she got was a generic letter that didn't address any of the issues she had requested-I'll forward the letter
to you shortly. I am really stranded now, Luis, because I am doing my very best to study and I've been actively looking for
places to live and all of the areas are out of my budget as I  had planned my budget using my on-campus housing costs
and that's why I am in a stressful situation right now. I've attached the conversation we had with Elizabeth and what she
needs now so I can resolve the housing issue.
Please let me know if there is anyway you are able to assist me.
Thank you

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

Begin forwarded message:

> **From:** Elizabeth Franklin <enfrankl@uci.edu>
> **Date:** April 18, 2019 at 11:35:25 AM PDT
> **To:** "jmuthoka@uci.edu" <jmuthoka@uci.edu>, "JACKIEMUTHOKA87@GMAIL.COM"
> <JACKIEMUTHOKA87@GMAIL.COM>
> **Cc:** Ananda Van Boeyen <avanboey@uci.edu>, VPAssign <vpassign@housing.hsg.uci.edu>
> **Subject:** follow up from meeting 4_18_19



Jackline Muthoka <jackiemuthoka87@gmail.com>

---

## Fw: Letter from P&H Committee
5 messages

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                          Wed, Oct 2, 2019 at 8:57 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

---

**From:** Osborn, Megan <mbo@uci.edu>
**Sent:** Thursday, January 24, 2019 8:46 PM
**To:** Muthoka, Jackline <jmuthoka@uci.edu>
**Cc:** Forthal, Donald <dnfortha@uci.edu>; Toohey, Julianne <jtoohey@uci.edu>; Ley, Melanie <mley@uci.edu>
**Subject:** Letter from P&H Committee

Dear Ms. Muthoka,

Please find the attached letter from the Promotions and Honors Committee. Please refer to the following policies:

https://ucisom.instructure.com/courses/106/pages/exam-administration-and-procedures
https://ucisom.instructure.com/courses/106/pages/school-of-medicine-due-process-policy
https://ucisom.instructure.com/courses/106/pages/student-academic-and-professional-standing-policy

Regards,
MBO

Megan Boysen Osborn, MD, MHPE
Chair
Promotions and Honors Committee
mbo@uci.edu

If this communication involves discussion of patient care issues in the performance improvement process, it is protected from discovery by California Evidence Code 1157 as a confidential medical staff communication.

---

This message may contain confidential information and is for the sole use of the intended recipient(s)  If you are not the intended recipient, do not use, distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-7006 immediately if you have received this e mail in error  E mail transmission cannot be guaranteed to be secure or error free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e mail transmission

 **muthoka.pdf**
123K

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                          Tue, Nov 12, 2019 at 12:18 AM
To: jackline muthoka <jackiemuthoka87@gmail.com>

PL-02782

**From:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Sent:** Wednesday, October 2, 2019 8:57 PM
**To:** jackline muthoka <jackiemuthoka87@gmail.com>
**Subject:** Fw: Letter from P&H Committee

[Quoted te t hidden]
[Quoted text hidden]


**muthoka.pdf**
123K

---

Muthoka, Jackline <jmuthoka@hs.uci.edu>                 Tue, Nov 12, 2019 at 12:20 AM
To: jackline muthoka <jackiemuthoka87@gmail.com>

---

**From:** Worsham, Ursula T. <uworsham@uci.edu>
**Sent:** Wednesday, February 6, 2019 10:36 AM
**To:** Muthoka, Jackline <jmuthoka@uci.edu>
**Subject:** RE: Letter from P&H Committee

Anytime Miss Jackie- you can do this!

-Ursula

**From:** Muthoka, Jackline <jmuthoka@uci.edu>
**Sent:** Tuesday, February 5, 2019 9:40 PM
**To:** Worsham, Ursula T. <uworsham@uci.edu>
**Subject:** Re: Letter from P&H Committee

Hi Ursula,
Thank you so much for your email and I apologize I didn't reply sooner. I was having car issues but that's all taken care of right now. I appreciate your thoughtful reply to my email and after thinking about it deeply, I'll worry about my exam right now and may be I can bring it up later ( I'll consult you before I do this) when I am not as stressed and after passing the exam. Thank you so much for your words of wisdom and prayers, I appreciate you :)

Thank you,
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

On Jan 30, 2019, at 2:32 PM, Worsham, Ursula T. uworsham@uci.edu wrote:

Hi Jackie,

PL-02783

It was great to see you the other day…really great.  I am so proud of you for continuing your efforts to become an MD!  I appreciate your patience in my reply, I've had a few days of meetings and still catching up on email.

Per our conversation, I completely understand the frustration you feel regarding your experience at UCI.  Although I will always advocate for your well-being and encourage you to advocate for yourself- I encourage you to be wise and to remain focused on the task at hand…and that is to get the support you need to be successful on USMLE Step 1.  Policy is policy…regardless of what we may like, I know you respect police, however, do not get distracted by it.  Utilize the support being given and ask for what you need!

Continued prayers to you….I KNOW you can do this.

Hugs,
Ursula

---

**From:** Muthoka, Jackline <jmuthoka@uci.edu>
**Sent:** Friday, January 25, 2019 3:33 AM
**To:** Worsham, Ursula T. <uworsham@uci.edu>
**Subject:** Fwd: Letter from P&H Committee

Good morning Ursula,
I hope this finds you well. I received this email from Dr. Osborn and I feel like it's a very unfair email considering everything that has been improperly done. I am considering fighting this but I am worried that my efforts to my not amount to anything. What's your suggestion?
Please continue to pray for me, thanks!
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

Begin forwarded message:

> **From:** "Osborn, Megan"   mbo@uci.edu
> **Date:** January 24, 2019 at 8:46:01 PM PST
> **To:** "Muthoka, Jackline"   jmuthoka@uci.edu
> **Cc:** "Forthal, Donald"   dnfortha@uci.edu   , "Toohey,  Julianne"   jtoohey@uci.edu  , "Ley, Melanie"   mley@uci.edu
> **Subject: Letter from P&H Committee**
>
> Dear Ms. Muthoka,
>
> Please find the attached letter from the Promotions and Honors Committee. Please refer to the following policies:
>
> https://ucisom.instructure.com/courses/106/pages/exam-administration-and-procedures
> https://ucisom.instructure.com/courses/106/pages/school-of-medicine-due-process-policy

PL-02784

https://ucisom.instructure.com/courses/100/pages/student-academic-and-professional-standing-policy

Regards,
MBO

Megan Boysen Osborn, MD, MHPE
Chair
Promotions and Honors Committee
mbo@uci.edu

If this communication involves discussion of patient care issues in the
performance improvement process, it is protected from discovery by California
Evidence Code 1157 as a confidential medical staff communication.

[Quoted text hidden]

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                                                        Mon, Mar 2, 2020 at 2:25 AM
To: jackline muthoka <jackiemuthoka87@gmail.com>

---

**From:** Muthoka, Jackline <jmuthoka@uci.edu>
**Sent:** Wednesday, February 6, 2019 7:42 PM
**To:** Worsham, Ursula T. <uworsham@uci.edu>
**Subject:** Re: Letter from P&H Committee

Thank you! I can and will do 
Have a blessed week!!

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106
[Quoted text hidden]
[Quoted text hidden]

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                                                        Mon, Mar 2, 2020 at 2:28 AM
To: jackline muthoka <jackiemuthoka87@gmail.com>

---

**From:** Muthoka, Jackline <jmuthoka@uci.edu>
**Sent:** Tuesday, January 29, 2019 12:51 PM
**To:** Major, Carol <camajor@uci.edu>
**Subject:** Fwd: Letter from P&H Committee

Hi Dr. Major,

PL-02785

3/2/2020     Case 8:23-cv-01333-FWS-JDE     Document 64-1     Filed 03/27/25     Page 357 of 417
                       Letter from P & H Committee
Page ID #:1392

Here is the email I texted you about. Please let me know what your thoughts are. Thank you,
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

Begin forwarded message:

> **From:** "Osborn, Megan" <mbo@uci.edu>
> **Date:** January 24, 2019 at 8:46:01 PM PST
> **To:** "Muthoka, Jackline" <jmuthoka@uci.edu>
> **Cc:** "Forthal, Donald" <dnfortha@uci.edu>, "Toohey, Julianne" <jtoohey@uci.edu>, "Ley, Melanie" <mley@uci.edu>
> **Subject: Letter from P&H Committee**
>
>
> Dear Ms. Muthoka,
>
> Please find the attached letter from the Promotions and Honors Committee. Please refer to the following policies:
>
> https://ucisom.instructure.com/courses/106/pages/exam-administration-and-procedures
> https://ucisom.instructure.com/courses/106/pages/school-of-medicine-due-process-policy
> https://ucisom.instructure.com/courses/106/pages/student-academic-and-professional-standing-policy
>
> Regards,
> MBO
>
> Megan Boysen Osborn, MD, MHPE
> Chair
> Promotions and Honors Committee
> mbo@uci.edu
>
> If this communication involves discussion of patient care issues in the performance improvement process, it is protected from discovery by California Evidence Code 1157 as a confidential medical staff communication.

[Quoted text hidden]

---

**2 attachments**


**muthoka.pdf**
123K


**ATT00001.htm**
1K



         **Jackline Muthoka <jackiemuthoka87@gmail.com>**

---

## Fw: Letter from P&H Committee
4 messages

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>          Wed, Oct 2, 2019 at 8:57 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

---

**From:** Osborn, Megan <mbo@uci.edu>
**Sent:** Thursday, January 24, 2019 8:46 PM
**To:** Muthoka, Jackline <jmuthoka@uci.edu>
**Cc:** Forthal, Donald <dnfortha@uci.edu>; Toohey, Julianne <jtoohey@uci.edu>; Ley, Melanie <mley@uci.edu>
**Subject:** Letter from P&H Committee

Dear Ms. Muthoka,

Please find the attached letter from the Promotions and Honors Committee. Please refer to the following policies:

https://ucisom.instructure.com/courses/106/pages/exam-administration-and-procedures
https://ucisom.instructure.com/courses/106/pages/school-of-medicine-due-process-policy
https://ucisom.instructure.com/courses/106/pages/student-academic-and-professional-standing-policy

Regards,
MBO

Megan Boysen Osborn, MD, MHPE
Chair
Promotions and Honors Committee
mbo@uci.edu

If this communication involves discussion of patient care issues in the performance improvement process, it is protected from discovery by California Evidence Code 1157 as a confidential medical staff communication.

---

This message may contain confidential information and is for the sole use of the intended recipient(s)  If you are not the intended recipient, do not use, distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-7006 immediately if you have received this e mail in error  E mail transmission cannot be guaranteed to be secure or error free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e mail transmission

 **muthoka.pdf**
123K

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>          Tue, Nov 12, 2019 at 12:18 AM
To: jackline muthoka <jackiemuthoka87@gmail.com>

PL-02787

**From:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Sent:** Wednesday, October 2, 2019 8:57 PM
**To:** jackline muthoka <jackiemuthoka87@gmail.com>
**Subject:** Fw: Letter from P&H Committee

[Quoted te t hidden]

[Quoted text hidden]

 **muthoka.pdf**
123K

---

Muthoka, Jackline <jmuthoka@hs.uci.edu>          Tue, Nov 12, 2019 at 12:20 AM
To: jackline muthoka <jackiemuthoka87@gmail.com>

---

**From:** Worsham, Ursula T. <uworsham@uci.edu>
**Sent:** Wednesday, February 6, 2019 10:36 AM
**To:** Muthoka, Jackline <jmuthoka@uci.edu>
**Subject:** RE: Letter from P&H Committee

Anytime Miss Jackie- you can do this!

-Ursula

**From:** Muthoka, Jackline <jmuthoka@uci.edu>
**Sent:** Tuesday, February 5, 2019 9:40 PM
**To:** Worsham, Ursula T. <uworsham@uci.edu>
**Subject:** Re: Letter from P&H Committee

Hi Ursula,
Thank you so much for your email and I apologize I didn't reply sooner. I was having car issues but that's all taken care of right now. I appreciate your thoughtful reply to my email and after thinking about it deeply, I'll worry about my exam right now and may be I can bring it up later ( I'll consult you before I do this) when I am not as stressed and after passing the exam. Thank you so much for your words of wisdom and prayers, I appreciate you :)

Thank you,
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

On Jan 30, 2019, at 2:32 PM, Worsham, Ursula T.   uworsham@uci.edu   wrote:

Hi Jackie,

It was great to see you the other day...really great.  I am so proud of you for continuing your efforts to become an MD!  I appreciate your patience in my reply, I've had a few days of meetings and still catching up on email.

Per our conversation, I completely understand the frustration you feel regarding your experience at UCI.  Although I will always advocate for your well-being and encourage you to advocate for yourself- I encourage you to be wise and to remain focused on the task at hand...and that is to get the support you need to be successful on USMLE Step 1.  Policy is policy...regardless of what we may like, I know you respect police, however, do not get distracted by it.  Utilize the support being given and ask for what you need!

Continued prayers to you....I KNOW you can do this.

Hugs,
Ursula

---

**From:** Muthoka, Jackline <jmuthoka@uci.edu>
**Sent:** Friday, January 25, 2019 3:33 AM
**To:** Worsham, Ursula T. <uworsham@uci.edu>
**Subject:** Fwd: Letter from P&H Committee

Good morning Ursula,
I hope this finds you well. I received this email from Dr. Osborn and I feel like it's a very unfair email considering everything that has been improperly done. I am considering fighting this but I am worried that my efforts to my not amount to anything. What's your suggestion?
Please continue to pray for me, thanks!
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

Begin forwarded message:

> **From:** "Osborn, Megan"   mbo@uci.edu
> **Date:** January 24, 2019 at 8:46:01 PM PST
> **To:** "Muthoka, Jackline"   jmuthoka@uci.edu
> **Cc:** "Forthal, Donald"   dnfortha@uci.edu  , "Toohey,  Julianne"
>    jtoohey@uci.edu  , "Ley, Melanie"   mley@uci.edu
> **Subject: Letter from P&H Committee**
>
> Dear Ms. Muthoka,
>
> Please find the attached letter from the Promotions and Honors Committee. Please refer to the following policies:
>
> https://ucisom.instructure.com/courses/106/pages/exam-administration-and-procedures
> https://ucisom.instructure.com/courses/106/pages/school-of-medicine-due-process-policy

PL-02789

https://ucisom.instructure.com/courses/100/pages/student-academic-and-professional-standing-policy

Regards,
MBO

Megan Boysen Osborn, MD, MHPE
Chair
Promotions and Honors Committee
mbo@uci.edu

If this communication involves discussion of patient care issues in the performance improvement process, it is protected from discovery by California Evidence Code 1157 as a confidential medical staff communication.

[Quoted text hidden]

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>          Mon, Mar 2, 2020 at 2:25 AM
To: jackline muthoka <jackiemuthoka87@gmail.com>

---

**From:** Muthoka, Jackline <jmuthoka@uci.edu>
**Sent:** Wednesday, February 6, 2019 7:42 PM
**To:** Worsham, Ursula T. <uworsham@uci.edu>
**Subject:** Re: Letter from P&H Committee

Thank you! I can and will do 😊
Have a blessed week!!

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106
[Quoted text hidden]
[Quoted text hidden]

PL-02790

 Gmail

**Jackline Muthoka <jackiemuthoka87@gmail.com>**

---

## Fw: Next Steps
2 messages

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>         Wed, Oct 2, 2019 at 8:24 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

---

**From:** Selva-Rodriguez, Ashley M. <aselvaro@uci.edu>
**Sent:** Friday, April 19, 2019 4:27 PM
**To:** Muthoka, Jackline <jmuthoka@uci.edu>
**Subject:** RE: Next Steps

Thanks so much for your kind words! Hang in there!

-Ashley

---

**From:** Muthoka, Jackline <jmuthoka@uci.edu>
**Sent:** Thursday, April 18, 2019 3:59 PM
**To:** Selva-Rodriguez, Ashley M. <aselvaro@uci.edu>
**Subject:** Re: Next Steps

Thank you Ashley,
I will follow-up with Luis. Thank you so much for listening and for your guidance, I really appreciate you!
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

On Apr 18, 2019, at 3:22 PM, Selva-Rodriguez, Ashley M. <aselvaro@uci.edu> wrote:

> Hi Jackie,
>
> It was nice to touch base today! I tried to connect with Luis and it looks like he's out of the office. Please email him at lmedina@uci.edu for questions related to housing, elective courses, or finance. You may also find it beneficial to chat with Dr. Allie or Dr. Hurria to help you during this stressful time. I look forward to working together closer to your exam date. Until then, please feel free to reach out to the team if we can do anything to support you.
>
> All the best,
>
> Ashley

---

**From:** Selva-Rodriguez, Ashley M.
**Sent:** Monday, April 8, 2019 4:13 PM

PL-02791

**To:** Muthoka, Jackline <jmuthoka@uci.edu>
**Subject:** RE: Consultation Appointment Confirmation - Muthoka, Jackline

Hi Jackie,

Thanks for letting me know! I'll get back to you in the next few days or sooner!

Best,

Ashley

---

**From:** Muthoka, Jackline <jmuthoka@uci.edu>
**Sent:** Monday, April 8, 2019 12:07 PM
**To:** Selva-Rodriguez, Ashley M. <aselvaro@uci.edu>
**Subject:** Re: Consultation Appointment Confirmation - Muthoka, Jackline

Hi Ashley,
Thank you for your message. I was hoping we can talk sooner than that to make sure what I am
doing is right (I have lots of questions right now and it would be nice if I can have them
answered before I spend too much time ). You can call me anytime between 10 am and on and I
will be available to chat even if its for 10 minutes. My cell phone number is 714-598-6400.
Please let me know if that's possible, Thank you!
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400


On Apr 4, 2019, at 3:32 PM, Selva-Rodriguez, Ashley M.   aselvaro@uci.edu   wrote:

    Hi Jackie,

    I hope your day is going well! Although I'm booked at the times you requested,
    please let me know if you're free to chat at this time and day. If not, please send me
    three other days and times after 4/23 that are more convenient for you. If none of
    those time and day combinations work, let's chat on the phone to hash out a time
    that works better. As I mentioned, I'm hoping to offer an online booking system
    soon and until then, thank you for your patience!

    Thank you!

    Ashley

      meeting.ics

---

This message may contain confidential information and is for the sole use of the intended recipient(s)  If you are not the intended recipient, do not use,
distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-
7006 immediately if you have received this e mail in error  E mail transmission cannot be guaranteed to be secure or error free as information could be

PL-02792

intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e mail transmission

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>              Mon, Mar 2, 2020 at 2:17 AM
To: jackline muthoka <jackiemuthoka87@gmail.com>

---

[Quoted text hidden]
[Quoted text hidden]

# Exhibit 8

PL-02794

| | |
|---|---|
| **From:** | Wiechmann, Warren |
| **Sent:** | Monday, September 2, 2019 9:50 AM |
| **To:** | Forthal, Donald |
| **Cc:** | Osborn, Megan; Ley, Melanie; Megan Osborn; Schneider, Peter |
| **Subject:** | RE: Hearings |

██████████████████████ Muthoka has some things that she would like to address, which may take a little more time; however, both are just putting them on probation.

████████████████████████████████

- ww

**Warren Wiechmann, MD, MBA**
Associate Dean of Clinical Science Education and Educational Technology
Associate Professor of Clinical Emergency Medicine
UC Irvine Health School of Medicine
: : wiechmaw@uci.edu
: : @warrenwiechmann
: : 949-824-3837

On Mon, Sep 2, 2019 at 7:49 AM, Forthal, Donald <dnfortha@uci.edu> wrote:

If we did two on 12/2, could it be Muthoka ████████████ Or would they be too difficult in one meeting?
Don

**From:** Wiechmann, Warren <wiechmaw@hs.uci.edu>
**Sent:** Monday, September 02, 2019 12:26 AM
**To:** Forthal, Donald <dnfortha@uci.edu>
**Cc:** Osborn, Megan <mbo@hs.uci.edu>; Ley, Melanie <mley@hs.uci.edu>; Megan Osborn <mbo@uci.edu>; Schneider, Peter <pschneid@uci.edu>
**Subject:** RE: Hearings

Hi all,

Sorry for the delay:

█████████████████████████████████

November 18  — **available**
November 25  — **available**
December 2: Muthoka — **available**

████████████████████████



**Cc:** "Youm, Julie" <jyoum@uci.edu>
**Subject:** P&H Student Decisions

Hi there -

I just wanted to make sure that you have all of the following on your books:

Muthoka: Needs to pass Step 1 before March 15, 2019 —> if not, refer to Committee for Acad Probation

Thanks,
MBO

Megan Boysen Osborn, MD, MHPE
Vice Chair of Education and Residency Program Director
UC Irvine Health, Department of Emergency Medicine
mbo@uci.edu

 Gmail

Jackline Muthoka <jackiemuthoka87@gmail.com>

## ، imeline to retake Step 1
4 messages

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>
To: "Wiechmann, Warren" <wiechmaw@hs.uci.edu>
Cc: jackline muthoka <jackiemuthoka87@gmail.com>

Wed, Sep 25, 2019 at 1:07 PM

Hi Dr. Wiechmann,

I hope you are doing well. I am emailing because I have a couple of questions.

Do I have a specific time frame for when I need to take step 1 and be back to rotations? I read on the handbook that I have 24 months from the time I finished second year curriculum to take the exam a third time (i.e. March 2020). Is this correct?

I am asking this because I am still fighting to make sure I get full accommodation for my exam. So far, the NBME has offered me a partial accommodation but I need a full accommodation. I would like to know this information so I can plan accordingly.

Please let me know, thank you!

Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not use, distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-7006 immediately if you have received this e-mail in error. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

**Wiechmann, Warren** <wiechmaw@hs.uci.edu>
To: "Muthoka, Jackline" <jmuthoka@hs.uci.edu>
Cc: jackline muthoka <jackiemuthoka87@gmail.com>

Mon, Sep 30, 2019 at 1:47 PM

Jackie,

Yes, per the Exam Administration and Procedures Policy from the 2019 – 2020 handbook:
"A student who has failed Step 1 twice must re-take the exam for the third and final time within 24 months (March 13, 2020) of the end of that student's second-year coursework

...
Students are eligible for dismissal from the School of Medicine if they do not pass the USMLE Step 1 exam after three attempts"

Hope that helps.

- ww

PL-02797

October 2020 — Residency Interviews
February 2021 — Rank Lists Due
March 2021 — Match Day
March 2021 — Clinical Foundations IV
June 2021 — Graduation



I also see that you have to retake the Surgery shelf examination — while you have a year to do this from the time of that exam, I would recommend completing this before you restart your clerkships in earnest.

I wanted to make sure this was clearly communicated for a few reasons:

1. As we extend your curriculum, you will have extra time where you may not need to take electives. This time could be used for research and projects to help improve your competitiveness for residency. It will be important to work closely with a specialty or career advisor near the end of your third year to map out more detail. You will also work closely with Luis Medina as taking time off will have some financial aid implications.

2. You may want to familiarize yourself with the Extended Curriculum policies in the Student Handbook. https://ucisom.instructure.com/courses/106/pages/policy-on-extended-curriculum-program

3. This new timeline will put you at a planned six years for completion of your MD degree. The student handbook has a requirement of completing all degree requirements within six years from your original start date, so in short, we can not extend your curriculum an additional year. For more information, you can review that part of the handbook here: https://ucisom.instructure.com/courses/106/pages/leaves-of-absence-policy

We'll also be sending a Curriculum Re-Entry plan for you to sign-off on when we finalize your schedule. As always, if you have any questions, don't hesitate to reach out.

Thanks!

- ww

**Warren Wiechmann, MD, MBA**
Associate Dean of Clinical Science Education and Educational Technology
Associate Professor of Clinical Emergency Medicine
UC Irvine Health School of Medicine
: : wiechmaw@uci.edu
: : @warrenwiechmann
: : 949-824-3837

Want to schedule a meeting? **http://bit.ly/meetwarren**

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not use, distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-7006 immediately if you have received this e-mail in error. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

 Gmail                                          **Jackline Muthoka <jackiemuthoka87@gmail.com>**

---

## Fw: Post-Step 1 Third Year Scheduling
1 message

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                     Wed, Oct 2, 2019 at 10:40 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

---

**From:** Muthoka, Jackline <jmuthoka@uci.edu>
**Sent:** Monday, September 17, 2018 1:22 PM
**To:** Wiechmann, Warren <wiechmaw@uci.edu>
**Subject:** Re: Post-Step 1 Third Year Scheduling

Hi Dr. Wiechmann,
Thank you for the email. I am planning to take my exam next month-I have not scheduled the exam yet because I wanted to gauge how well I'll be scoring after the course I am taking is over. I'll email you as soon as I schedule and let you know when my exam date will be.
I am also doing the MBA program and so I was hoping it will be possible for me to complete the 3 rotations I will not have taken between May and September when the MBA program starts . Do you know if this changes my scheduling?
Lastly, I spoke with Nancy about taking an elective before my score is out and she said that will be possible and so I won't need to add any more time to my schedule if I am able to take an elective and cover the missed rotations next year.

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

On Sep 17, 2018, at 2:27 PM, Wiechmann, Warren <wiechmaw@uci.edu> wrote:

Dear Jackie,

I wanted to touch base with you regarding the remaining part of your third year. I do not see that you have scheduled a date for your Step 1 exam, but because of the necessary time needed to retake Step 1, you will be placed on an extended curriculum. This is because there will not be enough weeks in the calendar to finish all of your third year requirements AND apply for residencies in the May-October window of what would have been your fourth year.

Based on that, the remainder of your time in medical school will look something like this:
Fall 2018-May 2019 — First part of your 3rd year
May 2019-Winter 2019 — Complete remainder of third year
Winter 2019-June 2021 — Complete 4th year requirements
May 2020 — begin Sub-I's, specialty specific electives
September 2020 — apply for the Match



Jackline Muthoka <jackiemuthoka87@gmail.com>

## . wd: Completed Due Process Investigation

5 messages

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                                           Thu, Sep 26, 2019 at 12:22 AM
To: jackline muthoka <jackiemuthoka87@gmail.com>


Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400


Begin forwarded message:


> **From:** "Wiechmann, Warren" <wiechmaw@hs.uci.edu>
> **Date:** August 31, 2019 at 1:36:17 PM PDT
> **To:** "Muthoka, Jackline" <jmuthoka@hs.uci.edu>
> **Subject: Completed Due Process Investigation**
>
>
> Ms. Muthoka,
> My apologies for the delayed notification, but the completed investigation was submitted last week. The
> Committee on Promotions and Honors should be reaching out shortly to schedule a hearing date.
>
>
> - ww
>
> **Warren Wiechmann, MD, MBA**
> Associate Dean of Clinical Science Education and Educational Technology
> Associate Professor of Clinical Emergency Medicine
> UC Irvine Health School of Medicine
> : : wiechmaw@uci.edu
> : : @warrenwiechmann
> : : 949-824-3837

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not use, distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-7006 immediately if you have received this e-mail in error. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.


**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                                           Thu, Sep 26, 2019 at 12:24 AM
To: jackline muthoka <jackiemuthoka87@gmail.com>

[Quoted text hidden]


**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                                           Thu, Sep 26, 2019 at 12:25 AM

PL-02800

On Jul 9, 2019, at 2:21 PM, Wiechmann, Warren <wiechmaw@hs.uci.edu>
wrote:

Gotcha,

Well, I'll probably send her Notice of Meeting setting tomorrow that highlights
the USMLE date and the Shelf date deadlines and those implications.

- *ww*

## Warren Wiechmann, MD, MBA

Associate Dean of Clinical Science Education & Educational Technology

Associate Professor of Clinical Emergency Medicine

UC Irvine Health School of Medicine

: :  wiechmaw@uci.edu

: :  @warrenwiechmann

: :  949-824-3837

On Jul 9, 2019, at 4:43 PM, Osborn, Megan <mbo@hs.uci.edu>
wrote:

I'm not sure whether she knows about the surgery shelf, but she
does know that her USMLE deadline was a few months ago.

Megan Boysen Osborn, MD, MHPE
Associate Dean for Students

**From:**         Dean, Terri
**Sent:**         Wednesday, July 10, 2019 12:16 PM
**To:**           Wiechmann, Warren; Osborn, Megan
**Subject:**      FW: Post-Step 1 Third Year Scheduling

Found an email in which Jackie was told about the 1 year deadline

**From:** Wiechmann, Warren <wiechmaw@uci.edu>
**Sent:** Monday, September 17, 2018 12:28 PM
**To:** Muthoka, Jackline <jmuthoka@uci.edu>
**Cc:** Dean, Terri <tdean@uci.edu>; Toohey, Julianne <jtoohey@uci.edu>
**Subject:** Post-Step 1 Third Year Scheduling

Dear Jackie,

I wanted to touch base with you regarding the remaining part of your third year.  I do not see that you have scheduled a date for your Step 1 exam, but because of the necessary time needed to retake Step 1, you will be placed on an extended curriculum.  This is because there will not be enough weeks in the calendar to finish all of your third year requirements AND apply for residencies in the May-October window of what would have been your fourth year.

Based on that, the remainder of your time in medical school will look something like this:
   Fall 2018-May 2019 — First part of your 3rd year
   May 2019-Winter 2019 — Complete remainder of third year
   Winter 2019-June 2021 — Complete 4th year requirements
   May 2020 — begin Sub-I's, specialty specific electives
   September 2020 — apply for the Match
   October 2020 — Residency Interviews
   February 2021 — Rank Lists Due
   March 2021 — Match Day
   March 2021 — Clinical Foundations IV
   June 2021 — Graduation

I also see that you have to retake the Surgery shelf examination — while you have a year to do this from the time of that exam, I would recommend completing this before you restart your clerkships in earnest.

I wanted to make sure this was clearly communicated for a few reasons:
1.  As we extend your curriculum, you will have extra time where you may not need to take electives.  This time could be used for research and projects to help improve your competitiveness for residency.  It will be important to work closely with a specialty or career advisor near the end of your third year to map out more detail.  You will also work closely with Luis Medina as taking time off will have some financial aid implications.

2. You may want to familiarize yourself with the Extended Curriculum policies in the Student Handbook.  https://ucisom.instructure.com/courses/106/pages/policy-on-extended-curriculum-program

3. This new timeline will put you at a planned six years for completion of your MD degree.  The student handbook has a requirement of completing all degree requirements within six years from your original start date, so in short, we can not extend your curriculum an additional year.  For more

information, you can review that part of the handbook
here: https://ucisom.instructure.com/courses/106/pages/leaves-of-absence-policy

We'll also be sending a Curriculum Re-Entry plan for you to sign-off on when we finalize your
schedule.   As always, if you have any questions, don't hesitate to reach out.

Thanks!


- ww

**Warren Wiechmann, MD, MBA**
Associate Dean of Clinical Science Education and Educational Technology
Associate Professor of Clinical Emergency Medicine
UC Irvine Health School of Medicine
: : wiechmaw@uci.edu
: : @warrenwiechmann
: : 949-824-3837

Want to schedule a meeting? **http://bit.ly/meetwarren**

PL-02803

**From:**            Wiechmann, Warren

**Sent:**            Saturday, August 31, 2019 1:36 PM

**To:**              Muthoka, Jackline

**Subject:**         Completed Due Process Investigation


Ms. Muthoka,

My apologies for the delayed notification, but the completed investigation was submitted last week.  The Committee on Promotions and Honors should be reaching out shortly to schedule a hearing date.


- ww


**Warren Wiechmann, MD, MBA**

Associate Dean of Clinical Science Education and Educational Technology

Associate Professor of Clinical Emergency Medicine

UC Irvine Health School of Medicine

: : wiechmaw@uci.edu

: : @warrenwiechmann

: : 949-824-3837

**From:**          Forthal, Donald
**Sent:**          Monday, September 2, 2019 10:39 AM
**To:**            Wiechmann, Warren
**Cc:**            Osborn, Megan; Ley, Melanie; Megan Osborn; Schneider, Peter
**Subject:**       Re: Hearings

Ok. Melanie, let's schedule Muthoka ████████ for 12/2. ████████████████████
Don

Sent from my iPhone

On Sep 2, 2019, at 9:50 AM, Wiechmann, Warren <<u>wiechmaw@hs.uci.edu</u>> wrote:

████████████████████ Muthoka has some things that she would like to
address, which may take a little more time; however, both are just putting them on
probation.

████████████████████

- ww

**Warren Wiechmann, MD, MBA**
Associate Dean of Clinical Science Education and Educational Technology
Associate Professor of Clinical Emergency Medicine
UC Irvine Health School of Medicine
: : <u>wiechmaw@uci.edu</u>
: : @warrenwiechmann
: : 949-824-3837

On Mon, Sep 2, 2019 at 7:49 AM, Forthal, Donald <<u>dnfortha@uci.edu</u>> wrote:

If we did two on 12/2, could it be Muthoka ████████ Or would they be too
difficult in one meeting?
Don

**From:** Wiechmann, Warren <<u>wiechmaw@hs.uci.edu</u>>
**Sent:** Monday, September 02, 2019 12:26 AM
**To:** Forthal, Donald <<u>dnfortha@uci.edu</u>>
**Cc:** Osborn, Megan <<u>mbo@hs.uci.edu</u>>; Ley, Melanie <<u>mley@hs.uci.edu</u>>; Megan
Osborn <<u>mbo@uci.edu</u>>; Schneider, Peter <<u>pschneid@uci.edu</u>>
**Subject:** RE: Hearings

Hi all,

**From:**              Muthoka, Jackline

**Sent:**              Tuesday, September 3, 2019 12:29 PM

**To:**                Wiechmann, Warren

**Subject:**           Re: Completed Due Process Investigation


Good afternoon Dr. wiechmann,

Thank you for the update- I'll be waiting to hear from the committee. In the mean time, is it possible for me to get the results of the investigation and any other documentation that will be used at the hearing so I can prepare on my end? Please let me know, thank you!

Jackie



Best,

Jackline Muthoka MS3

UC Irvine School of Medicine

jmuthoka@uci.edu

7145986400/7143980106


On Aug 31, 2019, at 1:36 PM, Wiechmann, Warren <wiechmaw@hs.uci.edu> wrote:

> Ms. Muthoka,
>
> My apologies for the delayed notification, but the completed investigation was submitted last week. The Committee on Promotions and Honors should be reaching out shortly to schedule a hearing date.

PL-02806

**From:**           Muthoka, Jackline

**Sent:**           Wednesday, September 25, 2019 1:08 PM

**To:**             Wiechmann, Warren

**Cc:**             jackline muthoka

**Subject:**        Timeline to retake Step 1


Hi Dr. Wiechmann,

  I hope you are doing well. I am emailing because I have a couple of questions.

 Do I have a specific time frame for when I need to take step 1 and be back to rotations? I read on the handbook that I have 24 months from the time I finished second year curriculum to take the exam a third time (i.e. March 2020). Is this correct?

 I am asking this because I am still fighting to make sure I get full accommodation for my exam. So far, the NBME has offered me a partial accommodation but I need a full accommodation. I would like to know this information so I can plan accordingly.

Please let me know, thank you!

Jackie


Best,

Jackline Muthoka MS3

UC Irvine School of Medicine

jmuthoka@uci.edu

7143980106 / 7145986400

PL-02807

**From:**             Wiechmann, Warren
**Sent:**             Thursday, October 3, 2019 7:13 PM
**To:**               Paredes, Kyle
**Cc:**               Dean, Terri; Guirguis, Nancy; Osborn, Megan
**Subject:**          Re:  UCI Merage MD/MBA Application

From an enrollment standpoint, if she goes into the MBA, that stops her 6 year clock, so not an issue there.
Right now, she would have the following schedule:
Now - March 2020 — LOA for Step
May 2020 - May 2021 - Finish MS3 year, start some electives vs extra Step 2CK study time
May 2021 - June 2022 - MS4 year and graduation

To do the MBA should would need to finish her MS3 year in its entirety AND take Step 2CK.  I don't think that P&H should grant an exception there because a full year away from clinical will not help anyone's recall.  Look at what happened to Luke Yu.

The earliest she could do the MBA realistically would be Fall 2021 — that would involve stretching out her curriculum so she may have a quarter where she is not enrolled, which may create some financial aid problems.  There may be a workaround.

I don't see anyway to let her start the MBA by Fall 2020.


- ww

**Warren Wiechmann, MD, MBA**
Associate Dean of Clinical Science Education and Educational Technology
Associate Professor of Clinical Emergency Medicine
UC Irvine Health School of Medicine
: : wiechmaw@uci.edu
: : @warrenwiechmann
: : 949-824-3837


On Mon, Sep 30, 2019 at 9:20 PM, Paredes, Kyle <paredesk@hs.uci.edu> wrote:

We never got to discuss this today. I saw Jackie on campus and she was in good spirits. I also got a call from the ombudsman's office who had just met with Jackie and had this same question. So we might not be able to hold off and may need to figure this out before we meet next week.
Thoughts?
-KP

Sent from my iPhone

Begin forwarded message:

PL-02808

**From:** Eric Duarte <eric.duarte@uci.edu>
**Date:** September 30, 2019 at 5:43:48 PM PDT
**To:** "Paredes, Kyle" <paredesk@hs.uci.edu>
**Subject: RE:  UCI Merage MD/MBA Application**

Hi Kyle,

I hope all is well. I am working on the MD/MBA link for you and hope to have if for you tomorrow. Sorry about the delay with that, I was on the east coast all of last week for a recruiting trip and am now just getting back into the office.

I also wanted to follow up about Jackie, is she eligible to apply for the MBA program this year. I know last year she wasn't but just wanted to make sure before we move her along in the application process.

Have a great night.

Regards,

Eric Duarte
Associate Director of Recruitment & Admissions, Full-Time MBA Program
UC Irvine | The Paul Merage School of Business
4293 Pereira Drive, SB1 Suite 5400
Irvine, CA 92697-3125
merage.uci.edu

---

**From:** Taylor Martini <tmartini@uci.edu>
**Sent:** Thursday, September 26, 2019 11:24 AM
**To:** Paredes, Kyle <paredesk@uci.edu>
**Cc:** Eric Duarte <eric.duarte@uci.edu>; Lindsay Haberman <lhaberma@exchange.uci.edu>
**Subject:** FW: UCI Merage MD/MBA Application

Hi Kyle,

I haven't heard from Jackie in a long time and she just reached out.  Would she be eligible for Fall 2020 admission?  I'm okay if she still wants to apply late, but I want to make sure she is eligible before I respond.

Thanks,
Taylor

**Taylor Martini**
*Executive Director, Full-Time MBA Program*
UCI Paul Merage School of Business
4293 Pereira Drive, SB1 Suite 5400  |  Irvine, CA 92697-3125
949.824.1038  |  tmartini@uci.edu  |  mba.merage.uci.edu



*Leadership for a Digitally Driven World*

**From:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Sent:** Wednesday, September 25, 2019 5:00 PM
**To:** Taylor Martini <tmartini@uci.edu>
**Cc:** jackline muthoka <jackiemuthoka87@gmail.com>
**Subject:** Re: UCI Merage MD/MBA Application

Taylor Martini,

Good afternoon Taylor,

I hope you are doing well. I am reaching out to follow-up with the conversation
we had back in November regarding the MBA program for Fall 2020. You
requested that I submit some documents but there was no deadline for when I
should submit these documents. I was dealing with a lot of things at the time and
so I haven't had any chance to work on that. I can work on these now and submit
it to you as soon as possible. Please let me know. Thank you very much for your
help.

Sincerely,

Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

On Nov 29, 2018, at 11:28 AM, Taylor Martini <tmartini@uci.edu> wrote:

> Hi Jackie,
>
> We are going to waive the letter or recommendation requirement since
> we have the two from this year and there hasn't been a significant
> change in your application. We really appreciate your continued
> interest in the Merage School. Jamee, our admissions coordinator, will
> duplicate your application for Fall 2020. I've attached the new essay
> questions and we'll need you to send us an updated resume. Once we

PL-02810

resume from the last time you applied.  Every applicant
pool is different so there are no guarantees that
because you were admitted for Fall 2019 that you will
be admitted for Fall 2020.  This is why we aren't able to
defer decisions on any candidates.  Please let me know
if you'd like to reapply for Fall 2020 and we will send
you the additional details you need.

Thanks,
Taylor

**Taylor Martini**
*Sr. Associate Director of Recruitment and Admissions, Full-
Time MBA Program*
UCI Paul Merage School of Business
4293 Pereira Drive, SB1 Suite 5400  |  Irvine, CA 92697-3125
949.824.1038  |  tmartini@uci.edu  |  mba.merage.uci.edu

<image001.png><image002.png><image003.png><imag
e004.png><image005.png><image006.png><image007.
png>

*Leadership for a Digitally Driven World*

**From:** Muthoka, Jackline <jmuthoka@uci.edu>
**Sent:** Tuesday, November 27, 2018 9:21 PM
**To:** Taylor Martini <tmartini@uci.edu>
**Subject:** Re: UCI Merage MD/MBA Application

Hi Taylor,
Thank you so much for your voice message and email. I
was wondering if I'll be able to defer my acceptance
until next year, 2020, when I have finished all the
courses or would I need to re-apply again or how does
that go? Please advise, thanks!
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

On Nov 27, 2018, at 10:52 AM, Taylor Martini
<tmartini@uci.edu> wrote:

        Hi Jackie,

        I just left you a voicemail.  Based on a
        recent note I received from Kyle

I think that we would have to run through this at our next meeting. Lots of variables here.

- ww

**Warren Wiechmann, MD, MBA**

Associate Dean of Clinical Science Education and Educational Technology

Associate Professor of Clinical Emergency Medicine

UC Irvine Health School of Medicine

: : wiechmaw@uci.edu

: : @warrenwiechmann

: : 949-824-3837

On Fri, Sep 27, 2019 at 9:32 AM, Paredes, Kyle <paredesk@hs.uci.edu> wrote:

She wouldn't be able to start until Fall 2020, they do a week long intensive course at the start of the year, it's like our CF3, and is only offered once a year because it establishes your small groups for the rest of the MBA.

-KP

Kyle Paredes, MD, MBA

Assistant Dean for Student Affair

MD/MBA Program Director

Assistant Clinical Professor

Department of Anesthesiology and Perioperative Care

UC Irvine Health

C:714-715-1288

---

**From:** Osborn, Megan <mbo@hs.uci.edu>
**Sent:** Friday, September 27, 2019 9:30:02 AM
**To:** Paredes, Kyle <paredesk@hs.uci.edu>
**Cc:** Wiechmann, Warren <wiechmaw@hs.uci.edu>; Dean, Terri <tdean@hs.uci.edu>;
Guirguis, Nancy <ngirguis@hs.uci.edu>
**Subject:** Re: UCI Merage MD/MBA Application

Her P&H hearing in December or January - I can't remember.

Looks like the offramp masters won't be available until Fall 2020 at the earliest, if
it gets approved.

When would she need to know by? We could get her a definitive answer by the
P&H hearing, which I think *should* be yes. I'm not sure if they're open to a
Winter start, in which case we could approve that in the October meeting.

We could actually probably talk about this too at the October meeting.

Wow - that was circular. Let's actually talk about this on Oct 7.

Megan Boysen Osborn, MD, MHPE
Associate Dean for Students

PL-02813

Vice Chair for Education
UC Irvine Department of Emergency Medicine
Office: (949) 824-4285
mbo@hs.uci.edu

Need to schedule a meeting with me?
https://outlook.office365.com/owa/calendar/OfficeofStudentSupport@healthuci.onmicrosoft.com/bookings/

If this communication involves discussion of patient care issues in the
performance improvement process, it is protected from discovery by California
Evidence Code 1157 as a confidential medical staff communication.

On Sep 27, 2019, at 8:45 AM, Paredes, Kyle
<paredesk@hs.uci.edu> wrote:

Is she going to be eligible by Fall 2020? I don't want them to accept her just to
find out later that she won't be able to start and then they have to scramble to fill
her spot.

Thoughts?

-KP

Sent from my iPhone

Begin forwarded message:

> **From:** Taylor Martini <tmartini@uci.edu>
> **Date:** September 26, 2019 at 11:24:08 AM PDT
> **To:** "Paredes, Kyle" <paredesk@uci.edu>
> **Cc:** Eric Duarte <eric.duarte@uci.edu>, Lindsay Haberman
> <lhaberma@exchange.uci.edu>
> **Subject: FW: UCI Merage MD/MBA Application**

> Hi Kyle,

I haven't heard from Jackie in a long time and she just reached out.  Would she be eligible for Fall 2020 admission?  I'm okay if she still wants to apply late, but I want to make sure she is eligible before I respond.


Thanks,
Taylor


**Taylor Martini**

*Executive Director, Full-Time MBA Program*

UCI Paul Merage School of Business

4293 Pereira Drive, SB1 Suite 5400  |  Irvine, CA 92697-3125

949.824.1038  |  tmartini@uci.edu  |  mba.merage.uci.edu


<image001.png><image002.png><image003.png><image004.png><image005.png><image006.png><image007.png>


*Leadership for a Digitally Driven World*


**From:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Sent:** Wednesday, September 25, 2019 5:00 PM
**To:** Taylor Martini <tmartini@uci.edu>
**Cc:** jackline muthoka <jackiemuthoka87@gmail.com>
**Subject:** Re: UCI Merage MD/MBA Application


Taylor Martini,

Good afternoon Taylor,

I hope you are doing well. I am reaching out to follow-up with the conversation we had back in

November regarding the MBA program for Fall
2020. You requested that I submit some documents
but there was no deadline for when I should submit
these documents. I was dealing with a lot of things
at the time and so I haven't had any chance to work
on that. I can work on these now and submit it to
you as soon as possible. Please let me know. Thank
you very much for your help.

Sincerely,

Jackie


Best,

Jackline Muthoka MS3

UC Irvine School of Medicine

jmuthoka@uci.edu

7143980106 / 7145986400




On Nov 29, 2018, at 11:28 AM, Taylor Martini
<tmartini@uci.edu> wrote:

> Hi Jackie,
>
>
> We are going to waive the letter or
> recommendation requirement since we
> have the two from this year and there
> hasn't been a significant change in your
> application.  We really appreciate your
> continued interest in the Merage
> School.  Jamee, our admissions
> coordinator, will duplicate your
> application for Fall 2020.  I've attached
> the new essay questions and we'll need

you to send us an updated resume.  Once we have the updated essays and resume we will push your application forward for the next admissions cycle.

Please let us know if you have any other questions.

Thanks,
Taylor

**Taylor Martini**

*Sr. Associate Director of Recruitment and Admissions, Full-Time MBA Program*

UCI Paul Merage School of Business

4293 Pereira Drive, SB1 Suite 5400  |  Irvine, CA 92697-3125

949.824.1038  |  tmartini@uci.edu  |  mba.merage.uci.edu

<image001.png><image002.png><image003.png><image004.png><image005.png><image006.png><image007.png>

*Leadership for a Digitally Driven World*

**From:** Muthoka, Jackline <jmuthoka@uci.edu>
**Sent:** Wednesday, November 28, 2018 8:38 PM
**To:** Taylor Martini <tmartini@uci.edu>

PL-02817

**Kim, Christina Joy**

| | |
|---|---|
| **From:** | Kim, Christina Joy |
| **Sent:** | Friday, January 4, 2019 5:21 PM |
| **To:** | Medina, Luis J. |
| **Subject:** | RE: Fall 18 Withdrawals |

Hi Luis,

The only one that we may have to process is Jackline Muthoka's. I received her LOA petition this week, but not sure what decision was made about her financial aid as it relates to that course/term.

Based on my notes, she had to stop the clerkship on 11/21/2018. It started on 11/12/2018. We could keep the course on her record for fall and issue her an incomplete once grades get posted. Would she still owe money for financial aid if that was done?

Best,

Joy

---

**From:** Luis J Medina [mailto:lmedina@uci.edu]
**Sent:** Friday, January 04, 2019 3:44 PM
**To:** Kim, Christina Joy
**Cc:** Medina, Luis J.
**Subject:** FW: Fall 18 Withdrawals

HI Joy,

Happy New Year! Do you have an update on this? The main campus Compliance unit is asking about any withdrawals for fall 2018.

Thank you,

Luis J. Medina, MS, MBA
Director
Financial Aid Office
School of Medicine
University of California, Irvine
836 Medical Education Building, Room 3038
Irvine, CA 92697-4089
(949) 824-4605
(949) 824-1014 fax
www.ofas.uci.edu/som

State of California Disclosure:
Federal student loans are available to most students regardless of income and provide a range of repayment options including income-based repayment plans and loan forgiveness benefits, which other education loans are not required to provide.

Confidentiality Statement:

1

PL-02818

This email message, including any attachments, is for sole use of the intended recipient(s), and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply email, and delete the original and all copies of this email.

---

**From:** Benjamin Jay Shaver
**Sent:** Friday, January 04, 2019 3:35 PM
**To:** Luis J Medina <lmedina@uci.edu>
**Subject:** RE: Fall 18 Withdrawals

Hi, Luis.

Any update on this? – Ben

---

**From:** Luis J Medina
**Sent:** Tuesday, December 18, 2018 3:04 PM
**To:** Sonnia Manzo <slmanzo@uci.edu>
**Cc:** Lindsay Crowell <lcrowell@uci.edu>; Benjamin Jay Shaver <bshaver@uci.edu>; Rebecca Sanchez <rebecls1@uci.edu>; Luis J Medina <lmedina@uci.edu>
**Subject:** RE: Fall 18 Withdrawals

Yes, I will let you know as soon as I find out.

Thank you,

Luis J. Medina, MS, MBA
Director
Financial Aid Office
School of Medicine
University of California, Irvine
836 Medical Education Building, Room 3038
Irvine, CA 92697-4089
(949) 824-4605
(949) 824-1014 fax
www.ofas.uci.edu/som

State of California Disclosure:
Federal student loans are available to most students regardless of income and provide a range of repayment options including income-based repayment plans and loan forgiveness benefits, which other education loans are not required to provide.

Confidentiality Statement:
This email message, including any attachments, is for sole use of the intended recipient(s), and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply email, and delete the original and all copies of this email.

---

**From:** Sonnia Manzo
**Sent:** Tuesday, December 18, 2018 2:57 PM
**To:** Luis J Medina <lmedina@uci.edu>
**Cc:** Lindsay Crowell <lcrowell@uci.edu>; Benjamin Jay Shaver <bshaver@uci.edu>; Rebecca Sanchez

PL-02819

<rebecls1@uci.edu>
**Subject:** RE: Fall 18 Withdrawals

Thank you Luis, please keep us updated!

Sonnia Manzo
**Fiscal Manager**
Office of Financial Aid and Scholarships
(949) 824-9842 Direct
(949) 824-2820  Fax
slmanzo@uci.edu



University of California, Irvine
102 Aldrich Hall
Irvine, CA  92697-2825

Confidentiality Statement:
This email message, including any attachments, is for sole use of the intended recipient(s), and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply email, and delete the original and all copies of this email.

---

**From:** Luis J Medina
**Sent:** Tuesday, December 18, 2018 2:10 PM
**To:** Sonnia Manzo <slmanzo@uci.edu>
**Cc:** Lindsay Crowell <lcrowell@uci.edu>; Benjamin Jay Shaver <bshaver@uci.edu>; Rebecca Sanchez <rebecls1@uci.edu>; Luis J Medina <lmedina@uci.edu>
**Subject:** RE: Fall 18 Withdrawals

HI Sonnia,

The SOM Registrar has not processed any withdrawals as of yet, but I understand that they are doing a review of fall quarter now and there is a chance that there might be one.

Thank you,

Luis J. Medina, MS, MBA
Director
Financial Aid Office
School of Medicine
University of California, Irvine
836 Medical Education Building, Room 3038
Irvine, CA 92697-4089
(949) 824-4605
(949) 824-1014 fax
www.ofas.uci.edu/som

State of California Disclosure:

3

PL-02820

**Kim, Christina Joy**

---

| | |
|---|---|
| **From:** | Kim, Christina Joy |
| **Sent:** | Wednesday, January 30, 2019 10:06 AM |
| **To:** | Muthoka, Jackline |
| **Subject:** | RE: Graduate Student Status Lapsed |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Jackline,

I received a similar email from another student. I reached out to Andrea and will email you back once I hear from her.

On our side you are good to go with the LOA for the winter term. We are still working on processing your leave for the fall term, but that should be done on my end by next week.

Best,

Joy Kim
Registrar - Medical Education

---

**From:** Muthoka, Jackline
**Sent:** Tuesday, January 29, 2019 11:05 AM
**To:** Kim, Christina Joy
**Subject:** Fwd: Graduate Student Status Lapsed

Hi Joy,
I hope you are doing well. I received this email from Andrea and I am not sure what else I need to do since I submitted  the LOA back in December. What's your advice on this? Thank you!
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

Begin forwarded message:

> **From:** Andrea Bannigan <alanders@uci.edu>
> **Date:** January 29, 2019 at 10:45:58 AM PST
> **To:** "JMUTHOKA@UCI.EDU" <JMUTHOKA@UCI.EDU>
> **Subject: Graduate Student Status Lapsed**


Dear JACKLINE MUTHOKA,

We are concerned because university records indicate that you
did not officially register for the Winter quarter 2019 regular

1

PL-02821

academic session, nor was the paperwork filed with the Graduate Division requesting an academic leave of absence. The deadline for registering is the end of the third week of classes. As a consequence, your status as a graduate student at the University of California, Irvine, has technically lapsed.

If our records do no accurately reflect your understanding of your status, please contact Andrea Bannigan at alanders@uci.edu immediately so we can correct any inaccuracies in your student file. Otherwise you may apply for readmission if you wish to resume graduate study at a later date. We hope all is well with you and that you plan to continue your education at UCI in the future.

Graduate Division

86882088

PL-02822

**Kim, Christina Joy**

| | |
|---|---|
| **From:** | Kim, Christina Joy |
| **Sent:** | Thursday, February 7, 2019 10:29 AM |
| **To:** | Luis J Medina |
| **Cc:** | Toohey, Julianne; Medina, Luis J. |
| **Subject:** | RE: De-assess |

HI Luis,

I checked with Nancy, and Jackline would make up the weeks missed during that clerkship. I believe her last date of attendance should be 11/21/2018, since that is the day we received her failed Step 1 score, but Dr. Toohey please correct me if I am wrong about this.

Best,

Joy Kim
Registrar – Medical Education
949-824-5283

---

**From:** Luis J Medina <lmedina@uci.edu>
**Sent:** Wednesday, February 6, 2019 7:21 PM
**To:** Kim, Christina Joy <ckim29@uci.edu>
**Cc:** Toohey, Julianne <jtoohey@uci.edu>; Medina, Luis J. <lmedina@uci.edu>
**Subject:** RE: De-assess

Hi Joy,

Will Jackie take the clerkship over again, or will she just complete a project or exam to get a grade? The main campus will need a date of when Jackie last attended so they can compute the percentage of money that she needs to return. She would probably be considered a walk-away and not have to return the full amount of aid she received.

Thank you,

Luis J. Medina, MS, MBA
Director
Financial Aid Office
School of Medicine
University of California, Irvine
836 Medical Education Building, Room 3038
Irvine, CA 92697-4089
(949) 824-4605
(949) 824-1014 fax
www.ofas.uci.edu/som

State of California Disclosure:

PL-02823

Federal student loans are available to most students regardless of income and provide a range of repayment options including income-based repayment plans and loan forgiveness benefits, which other education loans are not required to provide.

Confidentiality Statement:
This email message, including any attachments, is for sole use of the intended recipient(s), and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply email, and delete the original and all copies of this email.

---

**From:** Kim, Christina Joy [mailto:ckim29@uci.edu]
**Sent:** Wednesday, February 06, 2019 2:44 PM
**To:** Luis J Medina <lmedina@uci.edu>
**Cc:** Luis J Medina <lmedina@uci.edu>; Julianne S. Toohey (UCI) <jtoohey@uci.edu>
**Subject:** RE: De-assess

Hi Luis,

The SRS shows that Jackline's last day was 11/21/18, which is when UCI received notice about her failed Step 1 exam.

The student received an Incomplete for Fall 2018 – Peds Clerkship. A withdrawal form cannot be processed for Fall 2018, since she is not withdrawing from the course. The Incomplete will be turned into a Pass/Fail/Honors once she is able to return and complete the course.

Best,

Joy Kim
Registrar – Medical Education
949-824-5283

---

**From:** Luis J Medina [mailto:lmedina@uci.edu]
**Sent:** Wednesday, January 23, 2019 12:30 PM
**To:** Kim, Christina Joy
**Cc:** Medina, Luis J.; Toohey, Julianne
**Subject:** RE: De-assess

Hi Joy,

Winter quarter fees should be de-assessed for Jackline. Regarding fall quarter, a withdrawal form should be processed. Do you know what was her last day? She will probably have to return some money.

Thank you,

Luis J. Medina, MS, MBA
Director
Financial Aid Office
School of Medicine
University of California, Irvine
836 Medical Education Building, Room 3038
Irvine, CA 92697-4089
(949) 824-4605

2

PL-02824

(949) 824-1014 fax
www.ofas.uci.edu/som

State of California Disclosure:
Federal student loans are available to most students regardless of income and provide a range of repayment options including income-based repayment plans and loan forgiveness benefits, which other education loans are not required to provide.

Confidentiality Statement:
This email message, including any attachments, is for sole use of the intended recipient(s), and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply email, and delete the original and all copies of this email.

**From:** Kim, Christina Joy [mailto:ckim29@uci.edu]
**Sent:** Wednesday, January 23, 2019 12:08 PM
**To:** Luis J Medina <lmedina@uci.edu>
**Subject:** FW: De-assess

Hi Luis,

Should Jackline Muthoka's tuition still be paid even though she is on leave?

Best,

Joy

**From:** Sissy Dillon [mailto:bjdillon@uci.edu]
**Sent:** Wednesday, January 23, 2019 12:02 PM
**To:** Kim, Christina Joy
**Subject:** RE: De-assess

Hi Joy,

86882088 Muthoka, Jackline their fees was paid so a de-assessment can't be done.

Thanks,
SIssy

**From:** Kim, Christina Joy [mailto:ckim29@uci.edu]
**Sent:** Wednesday, January 23, 2019 11:43 AM
**To:** Sissy Dillon <bjdillon@uci.edu>
**Subject:** De-assess

Hi Sissy,

Can you please de-assess the two students below for Winter 2019? Thank you!

Muthoka, Jackline (86882088)

3

PL-02825

Joy Kim
Registrar
University of California, Irvine
School of Medicine | Medical Education
836 Health Sciences Road, Room 1016
Irvine, CA 92617-4089
P: 949-824-5283
F: 949-824-2083

PL-02826

**Kim, Christina Joy**

| | |
|---|---|
| **From:** | Sonnia Manzo <slmanzo@uci.edu> |
| **Sent:** | Wednesday, February 13, 2019 11:47 AM |
| **To:** | Kim, Christina Joy; Medina, Luis J.; Lindsay Crowell; Rebecca Sanchez |
| **Cc:** | Benjamin Jay Shaver |
| **Subject:** | RE: SOM fall walkaways |
| | |
| **Importance:** | High |

Good Morning Everyone,

Wanted to give a brief Summary on the SOM fall walkaway discussion that Ben and I had this morning for: Student [ Jackline, Muthoka #866882088 ] :

Student is considered a Fall 2018 Walkaway due to a NP for the Term. An " incomplete" is reflecting on transcript and per Registrar this NP grade will remain on record until course is made up, which per R2T4 rules would fall outside of the applicable timeframe of 45 days.

While Reviewing this file here are the following findings:
- Period of Enrollment is incorrect and should reflect the following dates for MS-III [ 08-13-2018 to 11-04-2018 ]
- Academic Year Date is incorrect and should reflect the following dates for MS-III [ 08-13-2018 to 08-09-2019 ]
- Loan Period is incorrect and should reflect the following dates for MS-III [ 08-13-2018 to 11-04-2018 ]
- Grad Plus & Unsub were originated as of 11/13/2018 which is outside of the single term Loan Period that should have ended as of [ 11-04-2018 ]
    - No future enrollment is on file therefore the student cannot keep any type of Fall aid even if the origination happened within the Academic Year
- No R2T4 can be performed due to ineligible aid

With the above findings the student is ineligible for all Fall Aid and % Earned cannot not be determined, therefore in this case the student would be treated like a cancellation with terminating all aid:

- Grad Plus $6,489
- Unsub $14,730

_____
Total: $21,664 ( Has been billed as of 2/13/2019 )


If anyone has any questions in regards to this please don't hesitate to contact Ben and or Myself.

Thank you,

Sonnia Manzo
**Fiscal Manager**
Office of Financial Aid and Scholarships
(949) 824-9842  Direct
(949) 824-2820  Fax
slmanzo@uci.edu

1

PL-02827

**Kim, Christina Joy**

| | |
|---|---|
| **From:** | Toohey,  Julianne |
| **Sent:** | Tuesday, April 2, 2019 3:36 PM |
| **To:** | Kim, Christina Joy |
| **Subject:** | FW: |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

FYI

---

**From:** Toohey, Julianne
**Sent:** Tuesday, April 02, 2019 3:34 PM
**To:** Muthoka, Jackline
**Subject:**

Hello Jackie,

I wanted to update you on our efforts to assist you with housing.  It has been difficult since you have not been enrolled for several months.

I wrote to Elizabeth Franklin, Associate Director of Apartment Life regarding your situation, your compliance with what we have recommended for you as well as your expectation to take and pass the exam in a few months, hopefully by July. She will present this to the appropriate committee and they will decide if you will be granted this exemption.

In addition, she needs you to turn in the form she gave you yesterday-it is an exemption request form, I believe. Would you please turn this in as soon as possible?

I hope that you are progressing in your studying.  I know how stressful this time must be for you-try to stay focused on your study and your testing skills.  Please let me know if you need anything else!!!

Dr. T

PL-02828

**Kim, Christina Joy**

| | |
|---|---|
| **From:** | Toohey, Julianne |
| **Sent:** | Tuesday, April 2, 2019 2:50 PM |
| **To:** | Kim, Christina Joy |
| **Cc:** | Guirguis, Nancy |
| **Subject:** | Re: Jackline Muthoka - Phone Call |

Thanks so much-I have talked to Luis about this and we have been trying to help...

Sent from my iPhone

On Apr 2, 2019, at 2:47 PM, Kim, Christina Joy <ckim29@uci.edu> wrote:

> Hi Dr. Toohey,
>
> I just wanted to let you know that Jackline Muthoka called me yesterday to discuss a few items related to her Step 1 exam and her housing situation. She is being asked to move out of the campus housing, since she is not returning for the Spring term. I informed housing that she is still working on completing the Step 1 exam, but we cannot confidently state when she would be able to return to the program.
>
> Jackline sounded very distraught, upset, and stressed out with this housing situation, and stated that SOM was not doing enough or anything to help her. She doesn't have anywhere to go, and is working hard to make money to pay off her debt. I informed her that she should try to do an appeal with the Housing Office and we can try to advocate for her, but the ultimate decision lies with them since it is based off of their policies.
>
> I know that there isn't much we can do on our end, but I was hoping that someone could reach out to her and do a wellness check. She has a lot on her plate, and sounded defeated over the phone.
>
> Best,
>
> Joy Kim
> Registrar
> University of California, Irvine
> School of Medicine | Medical Education
> 836 Health Sciences Road, Room 1016
> Irvine, CA 92617-4089
> P: 949-824-5283
> F: 949-824-2083

1

PL-02829

**Kim, Christina Joy**

| | |
|---|---|
| **From:** | Kim, Christina Joy |
| **Sent:** | Tuesday, April 2, 2019 3:07 PM |
| **To:** | Ashley Selva-Rodriguez (aselvaro@uci.edu) |
| **Subject:** | FW: Jackline Muthoka - Phone Call |

Hi Ashley,

Sorry I forgot to copy you on the original email!

-Joy

---

**From:** Toohey, Julianne <jtoohey@uci.edu>
**Sent:** Tuesday, April 2, 2019 2:50 PM
**To:** Kim, Christina Joy <ckim29@uci.edu>
**Cc:** Guirguis, Nancy <ngirguis@uci.edu>
**Subject:** Re: Jackline Muthoka - Phone Call

Thanks so much-I have talked to Luis about this and we have been trying to help...

Sent from my iPhone

On Apr 2, 2019, at 2:47 PM, Kim, Christina Joy <ckim29@uci.edu> wrote:

> Hi Dr. Toohey,
>
> I just wanted to let you know that Jackline Muthoka called me yesterday to discuss a few items related to her Step 1 exam and her housing situation. She is being asked to move out of the campus housing, since she is not returning for the Spring term. I informed housing that she is still working on completing the Step 1 exam, but we cannot confidently state when she would be able to return to the program.
>
> Jackline sounded very distraught, upset, and stressed out with this housing situation, and stated that SOM was not doing enough or anything to help her. She doesn't have anywhere to go, and is working hard to make money to pay off her debt. I informed her that she should try to do an appeal with the Housing Office and we can try to advocate for her, but the ultimate decision lies with them since it is based off of their policies.
>
> I know that there isn't much we can do on our end, but I was hoping that someone could reach out to her and do a wellness check. She has a lot on her plate, and sounded defeated over the phone.
>
> Best,
>
> Joy Kim
> Registrar
> University of California, Irvine
> School of Medicine | Medical Education
> 836 Health Sciences Road, Room 1016
> Irvine, CA 92617-4089
> P: 949-824-5283

PL-02830

Our rosters are constantly changing since students go in and out of the program. I can provide you with either the roster for the current term (Summer 2019) or the roster for (Fall 2019). Please let me know which term you'd like me to pull.

My best guess is that the other two students will have their Master's added in late July.

Best,

Joy Kim
Registrar – Medical Education
949-824-5283

---

**From:** Ross, Sarah <sross@hs.uci.edu>
**Sent:** Wednesday, June 19, 2019 4:01 PM
**To:** ckim29@uci.edu
**Subject:** Current roster!

Hi Joy,

I have two favors to ask of you!

1. Can you provide me with a current roster of our MD students (including master's students and MD/PhD, etc.). I need to know what my postbacc alumni are currently doing at UCI!

2. Below is a list of postbaccaluareate program alumni who graduated this year with their MD. For the UCI grads below, can you please verify their Master's degree ( I had NO way of confirming this!)

Thank you!
Sarah

**Sarah Ross Scali, M.Ed.**
Director, Postbaccalaureate Program
Admissions Counselor
UC Irvine School of Medicine
Office of Admissions
836 Medical Education Bldg
949.824.9215 | sross@uci.edu

PL-02831

**Kim, Christina Joy**

---

| | |
|---|---|
| **From:** | Osborn, Megan |
| **Sent:** | Tuesday, July 9, 2019 2:49 PM |
| **To:** | Wiechmann, Warren |
| **Cc:** | Dean, Terri; Guirguis, Nancy; Kim, Christina Joy |
| **Subject:** | Re: Jackie Muthoka - Surgery Shelf |
| **Attachments:** | muthoka.pdf |

Great thanks Warren, here is my letter (PS all my letters are in the one drive)


Megan Boysen Osborn, MD, MHPE
Associate Dean for Students
Vice Chair for Education
UC Irvine Department of Emergency Medicine
Office: (949) 824-4285
mbo@hs.uci.edu

Need to schedule a meeting with me?
https://outlook.office365.com/owa/calendar/OfficeofStudentSupport@healthuci.onmicrosoft.com/bookings/

If this communication involves discussion of patient care issues in the performance improvement process, it is protected from discovery by California Evidence Code 1157 as a confidential medical staff communication.




On Jul 9, 2019, at 2:21 PM, Wiechmann, Warren <wiechmaw@hs.uci.edu> wrote:

Gotcha,
Well, I'll probably send her Notice of Meeting setting tomorrow that highlights the USMLE date and the Shelf date deadlines and those implications.


*- ww*

**Warren Wiechmann, MD, MBA**
Associate Dean of Clinical Science Education & Educational Technology
Associate Professor of Clinical Emergency Medicine
UC Irvine Health School of Medicine
: : wiechmaw@uci.edu
: : @warrenwiechmann
: : 949-824-3837

PL-02832

On Jul 9, 2019, at 4:43 PM, Osborn, Megan <mbo@hs.uci.edu> wrote:

I'm not sure whether she knows about the surgery shelf, but she does know that her USMLE deadline was a few months ago.

Megan Boysen Osborn, MD, MHPE
Associate Dean for Students
Vice Chair for Education
UC Irvine Department of Emergency Medicine
Office: (949) 824-4285
mbo@hs.uci.edu

Need to schedule a meeting with me?
https://outlook.office365.com/owa/calendar/OfficeofStudentSupport@healthuci.onmicrosoft.com/bookings/

If this communication involves discussion of patient care issues in the performance improvement process, it is protected from discovery by California Evidence Code 1157 as a confidential medical staff communication.

On Jul 9, 2019, at 12:59 PM, Wiechmann, Warren <wiechmaw@hs.uci.edu> wrote:

Was reviewing the Excel sheet — is her 1 year mark really in 1 week?
Even if I get her notice of meeting setting this week, I don't think she can re-take the shelf by next week.
Does she know about this date?

As we try and get due process, I know that the 1 year mark for campus is pretty firm for swapping that incomplete to a fail.

- *ww*

**Warren Wiechmann, MD, MBA**
Associate Dean of Clinical Science Education & Educational Technology
Associate Professor of Clinical Emergency Medicine
UC Irvine Health School of Medicine
: :  wiechmaw@uci.edu
: :  @warrenwiechmann
: :  949-824-3837

PL-02833

 Gmail

Jackline Muthoka <jackiemuthoka87@gmail.com>

## . w: Meet
1 message

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>                                    Sun, Oct 6, 2019 at 4:28 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

**From:** Muthoka, Jackline
**Sent:** Tuesday, October 1, 2019 9:41 PM
**To:** fpkuh3@gmail.com <fpkuh3@gmail.com>
**Subject:** Fwd: Meet

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

Begin forwarded message:

> **From:** "Osborn, Megan" <mbo@hs.uci.edu>
> **Date:** September 5, 2019 at 1:22:55 PM PDT
> **To:** "Muthoka, Jackline" <jmuthoka@hs.uci.edu>
> **Subject:** Meet
>
> Hi Jackline,
>
> I hope you are doing well. I wanted to see if we could schedule a meeting sometime in the next month or
> so. I don't believe you have received your letter from the P&H Chair, but I believe the tentative date for your
> hearing will be held December 2, 2019. I wanted to meet with you sometime in October or November to
> discuss what to expect, etc. Would you schedule a meeting with me?
> https://outlook.office365.com/owa/calendar/OfficeofStudentSupport@healthuci.onmicrosoft.com/bookings/
>
> See you soon!
> MBO
>
>
> Megan Boysen Osborn, MD, MHPE
> Associate Dean for Students
> Vice Chair for Education
> UC Irvine Department of Emergency Medicine
> Office: (949) 824-4285
> mbo@hs.uci.edu
>
> Need to schedule a meeting with me?
> https://outlook.office365.com/owa/calendar/OfficeofStudentSupport@healthuci.onmicrosoft.com/bookings/
>
> If this communication involves discussion of patient care issues in the performance improvement process, it
> is protected from discovery by California Evidence Code 1157 as a confidential medical

PL-02834

 **Gmail**

Jackline Muthoka <jackiemuthoka87@gmail.com>

## Timeline to retake Step 1

4 messages

---

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>
To: "Wiechmann, Warren" <wiechmaw@hs.uci.edu>
Cc: jackline muthoka <jackiemuthoka87@gmail.com>

Wed, Sep 25, 2019 at 1:07 PM

Hi Dr. Wiechmann,

I hope you are doing well. I am emailing because I have a couple of questions.

Do I have a specific time frame for when I need to take step 1 and be back to rotations? I read on the handbook that I have 24 months from the time I finished second year curriculum to take the exam a third time (i.e. March 2020). Is this correct?

I am asking this because I am still fighting to make sure I get full accommodation for my exam. So far, the NBME has offered me a partial accommodation but I need a full accommodation. I would like to know this information so I can plan accordingly.

Please let me know, thank you!

Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not use, distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-7006 immediately if you have received this e-mail in error. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

---

**Wiechmann, Warren** <wiechmaw@hs.uci.edu>
To: "Muthoka, Jackline" <jmuthoka@hs.uci.edu>
Cc: jackline muthoka <jackiemuthoka87@gmail.com>

Mon, Sep 30, 2019 at 1:47 PM

Jackie,

Yes, per the Exam Administration and Procedures Policy from the 2019 – 2020 handbook:
"A student who has failed Step 1 twice must re-take the exam for the third and final time within 24 months (March 13, 2020) of the end of that student's second-year coursework
...
Students are eligible for dismissal from the School of Medicine if they do not pass the USMLE Step 1 exam after three attempts"

Hope that helps.

- ww

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

Begin forwarded message:

> **From:** "Muthoka, Jackline" <jmuthoka@hs.uci.edu>
> **Date:** September 3, 2019 at 12:29:12 PM PDT
> **To:** "Wiechmann, Warren" <wiechmaw@hs.uci.edu>
> **Subject: Re: Completed Due Process Investigation**
>
> Good afternoon Dr. wiechmann,
> Thank you for the update- I'll be waiting to hear from the committee. In the mean time, is it possible for me to get the results of the investigation and any other documentation that will be used at the hearing so I can prepare on my end? Please let me know, thank you!
> Jackie
>
> Best,
> Jackline Muthoka MS3
> UC Irvine School of Medicine
> jmuthoka@uci.edu
> 7145986400/7143980106
>
> On Aug 31, 2019, at 1:36 PM, Wiechmann, Warren <wiechmaw@hs.uci.edu> wrote:
>
> > Ms. Muthoka,
> > My apologies for the delayed notification, but the completed investigation was submitted last week. The Committee on Promotions and Honors should be reaching out shortly to schedule a hearing date.
> >
> >
> > - ww
> >
> > **Warren Wiechmann, MD, MBA**
> > Associate Dean of Clinical Science Education and Educational Technology
> > Associate Professor of Clinical Emergency Medicine
> > UC Irvine Health School of Medicine
> > : : wiechmaw@uci.edu
> > : : @warrenwiechmann
> > : : 949-824-3837

[Quoted text hidden]

**Muthoka, Jackline** <jmuthoka@hs.uci.edu>    Wed, Oct 2, 2019 at 7:54 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

PL-02836

| From: | Osborn, Megan <mbo@uci.edu> |
| Sent: | Wednesday, March 20, 2019 11:20 AM |
| To: | Ley, Melanie; Youm, Julie |
| Cc: | Wiechmann, Warren; Toohey,  Julianne; Suchard, Jeffrey |
| Subject: | ██████████ Muthoka |

Hi there -

██████████████████ nd Muthoka. We will have to follow due process to put them on Academic Probation.

Hopefully we can vote on the new Due Process Guidelines at the April or May P&H.

Their due process is fairly straightforward, collecting dates and exam scores. I would like to combine this with other hearings in the May P&H hearing. (We would have three students appear that day).

Let me know who we should have do the "investigation."

Thanks!

MBO

Megan Boysen Osborn, MD, MHPE

Vice Chair of Education and Residency Program Director

UC Irvine Health, Department of Emergency Medicine

mbo@uci.edu

PL-02837

| | |
|---|---|
| **From:** | Kim, Christina Joy |
| **Sent:** | Thursday, May 9, 2019 3:06 PM |
| **To:** | Osborn, Megan |
| **Cc:** | Guirguis, Nancy; Wiechmann, Warren |
| **Subject:** | P&H - Review of Admin Leave |
| **Attachments:** | LOA- Admin.pdf |

Hi Dr. Osborn,

I have attached a PDF file that has ▮▮▮▮▮ LOA forms for the following students: Jackline
Muthoka, ▮▮▮▮▮▮▮▮▮▮

The ▮▮▮ students are on an Administrative Leave, and initially filled out their LOA form with an earlier
return date. Unfortunately, their leaves have gone on a bit longer, and new LOA forms were not filled
out. I would like to update their files with these retroactive forms, so that we have clear documentation
of their extended leaves.

Would it be possible to do a P&H e-vote for these LOA's?

Best,

Joy Kim
Registrar
University of California, Irvine
School of Medicine | Medical Education
836 Health Sciences Road, Room 1016
Irvine, CA 92617-4089
P: 949-824-5283
F: 949-824-2083

| | |
|---|---|
| **From:** | Osborn, Megan <mbo@hs.uci.edu> |
| **Sent:** | Thursday, October 31, 2019 3:22 PM |
| **To:** | Warren Wiechmann; Kim, Christina Joy; Dean, Terri |
| **Cc:** | Medina, Luis J. |
| **Subject:** | Muthoka |

Hi there -

Jackie is asking whether she can be enrolled in an elective in order to receive financial aid. I told her that I would look into it for her.

I'm assuming to do this, that P&H would have to approve it, but I don't know if there are any other associated issues.

Thanks!

MBO



Megan Boysen Osborn, MD, MHPE
Associate Dean for Students

Vice Chair for Education
UC Irvine Department of Emergency Medicine
Office: (949) 824-4285
mbo@hs.uci.edu

Need to schedule a meeting with me?
https://outlook.office365.com/owa/calendar/OfficeofStudentSupport@healthuci.onmicrosoft.com/bookings/

PL-02839

If this communication involves discussion of patient care issues in the performance improvement process, it is protected from discovery by California Evidence Code 1157 as a confidential medical staff communication.

| | |
|---|---|
| **From:** | Kim, Christina Joy <ckim29@hs.uci.edu> |
| **Sent:** | Thursday, October 31, 2019 3:35 PM |
| **To:** | Osborn, Megan; Warren Wiechmann; Dean, Terri |
| **Cc:** | Medina, Luis J. |
| **Subject:** | Re: Muthoka |

Hi Dr. Osborn,

Jackie wouldn't be able to enroll into any units until she cleared her debt with the university.

I'm not sure if Fin Aid and P&H would be able to make an exception for this student, since they owe such a large amount of money. Any thoughts Luis?

Best,

Joy Kim

Get Outlook for iOS

---

**From:** Osborn, Megan <mbo@hs.uci.edu>
**Sent:** Thursday, October 31, 2019 3:22:07 PM
**To:** Warren Wiechmann <wiechmaw@uci.edu>; Kim, Christina Joy <ckim29@hs.uci.edu>; Dean, Terri <tdean@hs.uci.edu>
**Cc:** Medina, Luis J. <lmedina@uci.edu>
**Subject:** Muthoka

PL-02841

Hi there -


Jackie is asking whether she can be enrolled in an elective in order to receive financial aid. I told her that I would look into it for her.


I'm assuming to do this, that P&H would have to approve it, but I don't know if there are any other associated issues.


Thanks!

MBO



Megan Boysen Osborn, MD, MHPE
Associate Dean for Students

Vice Chair for Education
UC Irvine Department of Emergency Medicine
Office: (949) 824-4285
mbo@hs.uci.edu

Need to schedule a meeting with me?
https://outlook.office365.com/owa/calendar/OfficeofStudentSupport@healthuci.onmicrosoft.com/bookings/

If this communication involves discussion of patient care issues in the performance improvement process, it is protected from discovery by California Evidence Code 1157 as a confidential medical staff communication.

PL-02842

| From: | Youm, Julie <jyoum@hs.uci.edu> |
|---|---|
| **Sent:** | Wednesday, March 20, 2019 11:43 PM |
| **To:** | Osborn, Megan; Ley, Melanie; Youm, Julie |
| **Cc:** | Wiechmann, Warren; Toohey, Julianne; Suchard, Jeffrey |
| **Subject:** | Re: ▆▆▆▆ Muthoka |

Is it cleaner to have Jeff do MS3/MS4 students and Warren do MS1/MS2?

Just a thought,

Julie

Julie H. Youm, Ph.D.

Assistant Dean, Education Compliance and Quality

Director, Educational Technology

Office of Medical Education • School of Medicine

Adjunct Assistant Professor, UNIVERSITY of CALIFORNIA • Irvine

e: jyoum@uci.edu

p: 949.436.8017

w: http://www.imeded.uci.edu

---

**From:** Osborn, Megan <mbo@uci.edu>
**Sent:** Wednesday, March 20, 2019 11:20 AM
**To:** Ley, Melanie; Youm, Julie
**Cc:** Wiechmann, Warren; Toohey, Julianne; Suchard, Jeffrey
**Subject** ▆▆▆▆ Muthoka

PL-02843

Julie

Julie H. Youm, Ph.D.
Assistant Dean, Education Compliance and Quality
Director, Educational Technology
Office of Medical Education • School of Medicine
Adjunct Assistant Professor, UNIVERSITY of CALIFORNIA • Irvine
e: jyoum@uci.edu
p: 949.436.8017
w: http://www.imeded.uci.edu

---

**From:** Osborn, Megan <mbo@uci.edu>
**Sent:** Wednesday, March 20, 2019 11:20 AM
**To:** Ley, Melanie; Youm, Julie
**Cc:** Wiechmann, Warren; Toohey, Julianne; Suchard, Jeffrey
**Subject:** ████████ Muthoka

Hi there -

████████████ Muthoka. We will have to follow due process to put them on
Academic Probation.
Hopefully we can vote on the new Due Process Guidelines at the April or May P&H.
Their due process is fairly straightforward, collecting dates and exam scores. I would like to combine this
with other hearings in the May P&H hearing. (We would have three students appear that day).

Let me know who we should have do the "investigation."

Thanks!
MBO

Megan Boysen Osborn, MD, MHPE
Vice Chair of Education and Residency Program Director
UC Irvine Health, Department of Emergency Medicine
mbo@uci.edu

PL-02844

# Exhibit 9

PL-02845

**People I am requesting to be present at the hearing:**

- Dr. Julianne Toohey- Previous dean of student affairs
- Dr.  Carol Major- Career advisor
- Dr.  Ellena Peterson- Previous associate dean of admissions
- Ursula Worsham- Executive Director of student support
- Nancy Guirguis -Director, Student Affairs
- Jennifer Moumneh – UCI Senior associate Ombudsman
- **Witnesses from whom the P & H Committee can hear from:**

- Dr. Ashley Rodriguez- SOM Learning Specialist- I reported Dr. Toohey's mistreatment to.
- Rosezetta Henderson- Senior Disability Specialist
- Karen Andrews- Director, DSC
- Elizabeth Franklin- Verano housing
- Lora Romo- Verano housing
- Mariella Zavala- previous roommate Verano housing place
- Dr. John Fox – Director of Ultrasound in Medical Education-Ultrasound issues
- Karen Andrews- Director, UCI DSC
- Luis Medina – Financial Aid