Thank you for providing me with the final report. I would like to request my rights to:

1. Appeal process- I am appealing the investigation decision and I would like to be provided with this information.
2. A third party non-UCI affiliated body to review this investigation.

 I went through the information you provided me back on July 2nd, 2020 when the investigation was initiated, and I could not find information regarding these two issues. Please provide me with this information so that I can reach out to the relevant parties as soon as possible.

Thank you,
Jackie

[Quoted text hidden]
[Quoted text hidden]

---

**Cris Buckley** <cris.buckley@uci.edu>  Wed, Feb 3, 2021 at 1:04 PM
To: Jackline Muthoka <jackiemuthoka87@gmail.com>, Brianna Nelloms Meussner <bnelloms@uci.edu>
Cc: Raid A Faraj <rfaraj@uci.edu>, Jay Jambeck <jjambeck@leighlawgroup.com>

Dear Jackie,

Thank you for your e-mail. The OEOD investigation regarding your complaint against the former Associate Dean for Student Affairs has concluded. To answer your specific question below, the University does not offer an administrative appeal in these matters. Additionally, this does not preclude any right you may have to submit this matter for review by an an external agency. Of note, the Notice of Findings letter that you received on January 27, 2021 contained the following information about your opportunity to respond to the findings:

> The Chancellor's designee, Vice Provost for Academic Personnel Diane K. O'Dowd, will offer the Complainant and the Respondent(s) an opportunity to respond to the notice of investigation outcome and accompanying investigation report, either through an in-person meeting, a written statement, or both. The purpose of this response is not to challenge the factual findings in the investigation report or present new evidence, but to provide the parties with an opportunity to express their perspectives and address what outcome they wish to see. Due to the current COVID-19 restrictions, in-person meetings may need to be performed by phone or video conference. Parties are also encouraged to submit their feedback in writing.

Kind Regards,

**Cris Buckley**

Interim Director of Investigations

Office of Equal Opportunity and Diversity

University of California, Irvine

Cris.Buckley@uci.edu │ (949) 824-5594

PL-03062