

# United States Department of Education
# Office for Civil Rights

## DISCRIMINATION COMPLAINT FORM

You do not have to use this form to file a complaint with the U.S. Department of Education's Office for Civil Rights (OCR). You may send OCR a letter or e-mail instead of this form, but the letter or e-mail must include the information in items one through nine and item twelve of this form. If you decide to use this form, please type or print all information and use additional pages if more space is needed. An on-line version of this form, which can be submitted electronically, can be found at: http://www.ed.gov/about/offices/list/ocr/complaintintro.html.

Before completing this form please read all information contained in the enclosed packet including: Information About OCR's Complaint Resolution Procedures, Notice of Uses of Personal Information and the Consent Form.

1. Name of person filing this complaint:

   Last Name: Girley   First Name: Jerry   Middle Name: _____
   Address: 117 E. Marks Street, Suite A
   City: Orlando   State: FL   Zip Code: 32803
   Home Telephone: 407-540-9866   Work Telephone: 407-540-9867
   E-mail Address: phyllis@thegirleylawfirm.com

2. Name of person discriminated against (if **other** than person filing). If the person discriminated against is age 18 or older, we will need that person's signature on this complaint form and the consent/release form before we can proceed with this complaint. If the person is a minor, and you do not have the legal authority to file a complaint on the student's behalf, the signature of the child's parent or legal guardian is required.

   Last Name: Muthoka   First Name: Jackline   Middle Name: _____
   Address: c/o The Girley Law Firm
   City: Orlando   State: FL   Zip Code: 32803
   Home Telephone: 407-540-9866   Work Telephone: _____
   E-mail Address: Phyllis@thegirleylawfirm.com

*Our Mission is to ensure equal access to education and to promote educational excellence throughout the Nation.*

PL-03093

Page 2 of 12 – U.S. Department of Education, Office for Civil Rights Discrimination Complaint Form, Consent Form, and Complaint Processing Procedures

3. OCR investigates discrimination complaints against institutions and agencies which receive funds from the U.S. Department of Education and against public educational entities and libraries that are subject to the provisions of Title II of the Americans with Disabilities Act. Please identify the institution or agency that engaged in the alleged discrimination. If we cannot accept your complaint, we will attempt to refer it to the appropriate agency and will notify you of that fact.

**Name of Institution:** University of California Irvine

**Address:** 120 Their Ste. 100

**City:** Irvine   **State:** CA   **Zip Code:** 92617

**Department/School:** _____

4. The regulations OCR enforces prohibit discrimination on the basis of race, color, national origin, sex, disability, age or retaliation. Please indicate the basis of your complaint:

[✓] Discrimination **based on race (specify)**
See attached narrative.

[✓] Discrimination **based on color (specify)**
See attached narrative.

[✓] Discrimination **based on national origin (specify)**
See attached narrative. I was told to go bak to my country. I am Kenyan by birth, but an American citizen.

[✓] Discrimination **based on sex (specify)**
See attached narrative.

PL-03094

Page 3 of 12 – U.S. Department of Education, Office for Civil Rights Discrimination Complaint Form, Consent Form, and Complaint Processing Procedures

[✓] **Discrimination based on disability (specify)**
I have been denied or unreasonably delayed multiple request for reasonable accommodation.

[ ] **Discrimination based on age (specify)**
N/A

[✓] **Retaliation because you filed a complaint or asserted your rights (specify)**
After I filed a complaint with the OEOD, I was denied accommodations and subjected to other acts of retaliation.

[ ] **Violation of the Boy Scouts of America Equal Access Act (specify)**
N/A

5. Please describe each alleged discriminatory act. For each action, please include the date(s) the discriminatory act occurred, the name(s) of each person(s) involved and, why you believe the discrimination was because of race, disability, age, sex, etc. Also please provide the names of any person(s) who was present and witnessed the act(s) of discrimination.

See attached narrative.

Page 4 of 12 – U.S. Department of Education, Office for Civil Rights  Discrimination Complaint Form, Consent Form, and Complaint Processing Procedures

6. What is the most **recent date** you were discriminated against?

   Date: March 12, 2021/Ongoing

7. If this date is **more than 180 days ago,** you may request a waiver of the filing requirement.

   ☐ I am requesting a waiver of the 180-day time frame for filing this complaint. Please explain why you waited until now to file your complaint.

   N/A

8. Have you attempted to resolve these allegations with the institution through an internal grievance procedure, appeal or due process hearing?

   ⦿ YES   ◯ NO

   If you answered **yes**, please describe the allegations in your grievance or hearing, identify the date you filed it, and tell us the status. If possible, please provide us with a copy of your grievance or appeal or due process request and, if completed, the decision in the matter.

   See attached findings from investigation conducted related to my May 2020 complaints.

9. If the allegations contained in this complaint have been filed with any other Federal, state or local civil rights agency, or any Federal or state court, please give details and dates. We will determine whether it is appropriate to investigate your complaint based upon the specific allegations of your complaint and the actions taken by the other agency or court.

   **Agency or Court:** N/A

   **Date Filed:** N/A

   **Case Number or Reference:** N/A

   **Results of Investigation/Findings by Agency or Court:**
   N/A

Page 5 of 12 – U.S. Department of Education, Office for Civil Rights Discrimination Complaint Form, Consent Form, and Complaint Processing Procedures

10. If we cannot reach you at your home or work, we would like to have the name and telephone number of another person (relative or friend) who knows where and when we can reach you. This information **is not required**, but it will be helpful to us.

Last Name: N/A       First Name: N/A       Middle Name: _____

**Home Telephone** _____   **Work Telephone:** _____

11. What would you like the institution to do as a result of your complaint — what remedy are you seeking?

N/A

12. We cannot accept your complaint if it has not been signed. Please sign and date your complaint below.

7/21/2021
(Date)

_____
(Signature)

_____
(Date)

_____
(Signature of person in Item 2)

Please mail the completed and signed Discrimination Complaint Form, your signed consent form and copies of any written material or other documents you believe will help OCR understand your complaint to the OCR Enforcement Office responsible for the state where the institution or entity about which you are complaining is located. You can locate the mailing information for the correct enforcement office on OCR's website at http://wdcrobcolp01.ed.gov/CFAPPS/OCR/contactus.cfm.

PL-03097

**CONSENT FORM - FOR REVEALING NAME AND PERSONAL INFORMATION TO OTHERS**
(Please print or type except for signature line)

Your Name: Jackline Muthoka

Name of School or Other Institution That You Have Filed This Complaint Against: The University of California, Irvine, Office of Equal Opportunity and Diversity (OEOD).

- This form asks whether the Office for Civil Rights (OCR) may share your name and other personal information when OCR decides that doing so will assist in investigating and resolving your complaint.
- For example, to decide whether a school discriminated against a person, OCR often needs to reveal that person's name and other personal information to employees at that school to verify facts or get additional information. When OCR does that, OCR informs the employees that all forms of retaliation against that person and other individuals associated with the person are prohibited. OCR may also reveal the person's name and personal information during interviews with witnesses and consultations with experts.
- If OCR is not allowed to reveal your name or personal information as described above, OCR may decide to close your complaint if OCR determines it is necessary to disclose your name or personal information in order to resolve whether the school discriminated against you.

  NOTE: If you file a complaint with OCR, OCR can release certain information about your complaint to the press or general public, including the name of the school or institution; the date your complaint was filed; the type of discrimination included in your complaint; the date your complaint was resolved, dismissed or closed; the basic reasons for OCR's decision; or other related information. Any information OCR releases to the press or general public will not include your name or the name of the person on whose behalf you filed the complaint.

  NOTE: OCR requires you to respond to its requests for information. Failure to cooperate with OCR's investigation and resolution activities could result in the closure of your complaint.

**Please sign section A or section B (but not both) and return to OCR:**
- If you filed the complaint on behalf of yourself, you should sign this form.
- If you filed the complaint on behalf of another specific person, that other person should sign this form.

  EXCEPTION: If the complaint was filed on behalf of a specific person who is younger than 18 years old or a legally incompetent adult, this form must be signed by the parent or legal guardian of that person.

- If you filed the complaint on behalf of a class of people, rather than any specific person, you should sign the form.

A. **I give OCR my consent to reveal my identity (and that of my minor child/ward on whose behalf the complaint is filed) to others to further OCR's investigation and enforcement activities.**

_____         07/21/2021
Signature                          Date

**OR**

B. **I do not give OCR my consent to reveal my identity (and that of my minor child/ward on whose behalf the complaint is filed) to others. I understand that OCR may have to close my complaint.**

_____         _____
Signature                          Date

I declare under penalty of perjury that it is true and correct that I am the person named above; and, if the complaint is filed on behalf of a minor child/ward, that I am that person's parent or legal guardian. This declaration only applies to the identity of the persons and does not extend to any of the claims filed in the complaint.

Updated April 2014

PL-03098

Muthoka, Jackline

## Summary of Complaint

The issues that give rise to this complaint are varied and they are occurring on an ongoing basis. The Complainant is currently enrolled in the University of California Irvine, School of Medicine. The discriminatory treatment began in 2016/2017 school year when the school refused to sponsor the Complainant's ultrasound project in Kenya. The school gave various baseless and untrue reasons for its decision. However, in the 2018/2019 School Year the school sponsored a comparable project that was proposed by a white male student. The project was located in Kenya, which was the proposed project that the school previously denied citing among other things, various contrived safety concerns. The discrimination also consisted of the Associate Dean of the medical school telling the Complainant to go back to Africa, withstanding the fact that, the Complainant is an American Citizen.

The Complainant was further discriminated against and continues to be discriminated against with respect to test taking. The Complainant has a registered disability on file with the University's Disability Service Center (DSC). However, the Associate Dean refused to recognize the Complainant's disability. The Associate Dean also failed to facilitate and coordinate with the NBME, the Complainant receiving time and a half to take the National Step 1 Exam. Thereafter, the Associate Dean falsely claimed that she did communicate with the NBME. The Associate Dean's failure to timely facilitate the reasonable accommodation for the Complainant resulted in her failing the test on two separate occasions. In turn, the complaint's failure to pass the Step 1 Exam, resulted in her being placed on academic probation.

Pursuant to her concerns, the Complainant filed a complaint of discrimination with the Office of Equal Opportunity and Diversity (OEOD). In May of 2020, the investigation period was extended twice and the final report was not issued until January 27, 2021. The investigators' report concluded that there was insufficient evidence to support the Complainants claims that she was subjected to unlawful discrimination because of her race, her color, her national origin and her gender and that she was retaliated against when she participated in protected activity.

Moving forward, the Complainant requested a reasonable accommodation regarding test taking and school work in the future, the request was submitted on February 1, 2021 to Dr. Julianne Toohey. Roughly a month later, Dr. Toohey responded that the R & H committee would

Muthoka, Jackline

not make a decision and that the request should be directed to the DSC. On March 8, 2021, the Complainant requested another reasonable accommodation with respect to the school postponing the time that she was required to take an upcoming exam. In advance of submitting that particular request the Complainant was seen by her health care provider. The provider noted that the Complainant was in emotional distress. Resultantly, the provider completed the appropriate documents requesting that the Complainant receive the requested accommodation. On March 8, 2021, the accommodation was emailed to Dr. Toohey and to Ms. Henderson. On March 10, 2021, Ms. Henderson advised that more documentation was needed.

Next, the Complainant spoke directly with Ms. Henderson via telephone. She advised the Complainant that a new letter was required from her health care provider. The Complainant complied with this request. On March 11, 2021, after she was evaluated a second time by her health care provider, she submitted a second accommodation request. The exam was scheduled for March 12, 2021. However, Ms. Henderson responded to the second request for accommodation after the deadline to take the test had elapsed. Ms. Henderson's explanation for denying the requested accommodation was meritless. She wrongly stated that the requested accommodation would fundamentally alter the school's curriculum, however she did not explain how.

After, subjecting the Complainant to extreme and completely unnecessary stress, the University reversed its decision not to provide an accommodation for the Complainant. By this point, however, Complainant was experiencing high levels of stress. The Complainant was directed to take the exam on March 16, 2021. She failed the exam by 6%. It is likely she would have been successful if she had been provided the extension when she first requested it. The University has an ongoing pattern of denying or unreasonably delaying the Complainant's request for reasonable accommodations. The University has also treated the Complainant differently than her similarly situated cohorts because of her race, her sex and her national origin. The University's internal investigatory process was not thorough nor was it neutral. The entire alleged investigation skewed heavily toward protecting the University as opposed to correcting the issues raised in her complaint.