10/13/24, 6:44 PM
Case 8:23-cv-01333-FWS-JDE    Document 65-6    Filed 03/27/25    Page 1 of 2    Page ID #:1528
Gmail - Fwd: Notice of Investigation and Meeting

 Gmail

Jackline Muthoka <jackiemuthoka87@gmail.com>

## Fwd: Notice of Investigation and Meeting
9 messages

**Muthoka, Jackline (Medical Student)** <jmuthoka@hs.uci.edu>  Wed, Apr 12, 2023 at 8:22 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

Warm regards,
Jackline Muthoka MS4
UC Irvine School of Medicine
jmuthoka@hs.uci.edu
7145986400/7143980106

Begin forwarded message:

> **From:** "Wiechmann, Warren" <wiechmaw@hs.uci.edu>
> **Date:** April 9, 2023 at 8:32:42 AM PDT
> **To:** "Muthoka, Jackline (Medical Student)" <jmuthoka@hs.uci.edu>
> **Cc:** "Wiechmann, Warren" <wiechmaw@hs.uci.edu>
> **Subject: Fwd: Notice of Investigation and Meeting**
>
> Dear Ms. Muthoka,
>
> I am following up on the email that I sent to you last Monday, April 3, 2023 regarding this investigation. I had allocated time for us to meet tomorrow, Monday, April 10th at 2p over Zoom; however, I have not yet heard confirmation from you.  If you did confirm and I missed it, please let me know as soon as possible so that I can send you the zoom meeting information.
>
> Otherwise, I will move this meeting to Monday April 17th or Tuesday April 18th.  Please let me know which date you prefer as the Due Process policy requires that we meet within 10 days, or as soon as reasonable thereafter.  The policy also stated that if I do not hear from you, a hold will be placed on your records.
>
> I look forward to hearing from you to set a meeting time.
>
>
> - *ww*
>
>
> **Warren Wiechmann, MD, MBA**
> Associate Dean of Clinical Science Education & Educational Technology
> Associate Professor of Clinical Emergency Medicine
> UC Irvine Health School of Medicine
>    : :   wiechmaw@uci.edu
>    : :   @warrenwiechmann
>    : :   949-824-3837
>    : :   Pronouns: He/Him/His
>
> For MedEd Hospital Educational and Emergency Resources, specifically COVID student workflows, visit:
> https://sites.uci.edu/mededheer/covid-workflow/
> ---------- Forwarded message ----------
> **From:** Wiechmann, Warren <wiechmaw@hs.uci.edu>
> **Date:** Apr 3, 2023 at 2:00 PM -0400
> **To:** Muthoka, Jackline (Medical Student) <jmuthoka@hs.uci.edu>
> **Cc:** Wiechmann, Warren <wiechmaw@hs.uci.edu>

PL3981

**Subject:** Notice of Investigation and Meeting

Dear Ms. Muthoka:

This email is to advise you that I am undertaking an investigation of whether you violated the *Exam Administration and Procedures Policy* and the *Requirements for the MD Degree Policy* by not successfully completing your USMLE Step 2CK examination and therefore, not successfully completing all of your School of Medicine graduation requirements by the January 18, 2023 deadline that was set by the Committee on Promotions and Honors. In response to your email of January 5, 2023, we referred you to Ms. Rosezetta Henderson at the Disability Services Center, but you declined their support or additional accommodations.

I have set the date and time for our meeting to be on **Monday, April 10th at 2pm via Zoom**.

Please note that pursuant to Policy, if you do not contact me to confirm the meeting date, or request and confirm a different date, a hold will be placed on your records, which may prevent the processing of transcripts, grade posting, registration, registration for the residency match, and registration for the United States Medical Licensing Exam (USMLE). The hold will remain on your records until you respond to the meeting request.

The applicable policies are linked here for your review and are also attached as a PDF to this email:

- Requirements for the MD Degree Policy - https://ucisom.instructure.com/courses/106/pages/requirements-for-the-md-degree
- Due Process Policy - https://ucisom.instructure.com/courses/106/pages/school-of-medicine-due-process-policy

This meeting will be in the nature of fact finding. Thus, anything you say may be used to help determine culpability, if any. In reviewing the Student Conduct Policy, please note that the list of potential violations is expressly noted not to be exhaustive.

You may seek the advice and assistance of a person(s) of your choosing. However, you do not have the right to legal counsel or other representation at this meeting. Dr. Osborn, the Associate Dean of Students (School of Medicine), is available to consult with you, provide information and moral support during the investigation. However, the Associate Dean of Students may not represent you before the Committee on Promotions and Honors.

Our meeting will be recorded. At the conclusion of my investigation, my report will be forwarded to both you and the Committee on Promotions and Honors (P & H). At that time, P & H will schedule a hearing on your matter.

We acknowledge that, according to the NBME website, you are retaking the examination today, April 3, 2023. We ask that you notify me and the Committee on Promotions and Honors if you pass the Step 2CK in the meantime.

Should you have any questions, please do not hesitate to contact me.


*- ww*


**Warren Wiechmann, MD, MBA**
Associate Dean of Clinical Science Education & Educational Technology
Associate Professor of Clinical Emergency Medicine
UC Irvine Health School of Medicine
: :   wiechmaw@uci.edu
: :   @warrenwiechmann
: :   949-824-3837
: :   Pronouns: He/Him/His

For MedEd Hospital Educational and Emergency Resources, specifically COVID student workflows, visit:
https://sites.uci.edu/mededheer/covid-workflow/