Case 8:23-cv-01333-FWS-JDE   Document 65-7   Filed 03/27/25   Page 1 of 2   Page ID #:1530



# SCHOOL OF MEDICINE
## UNIVERSITY of CALIFORNIA · IRVINE
*Discover · Teach · Heal*

# Student Handbook
# 2016-2017

Compiled January 27, 2017

PL_00120

# REQUIREMENTS FOR THE MD DEGREE

To become eligible for the M.D. degree, each student must demonstrate mastery of the material presented in the courses and programs of the curriculum. This demonstration is made through examinations and/or faculty judgments in each course or program.

Although UCI-SOM has an effective monitoring and intervention system, ultimately it is the student's responsibility to be aware of his/her academic performance and possible failure to complete course requirements (as established by each unit of the curriculum).

Requirements for graduation are listed below. All requirements must be completed in order to be recommended for graduation and to participate in the SOM Hooding Ceremony.

- Achievement with a passing grade for all courses in the M.D. curriculum.
- Successful passage of the United States Medical Licensing Exam (USMLE) Steps 1, 2CK and 2CS administered by the National Board of Medical Examiners. Failure to pass Step 1, 2CK or 2CS precludes graduation. No exceptions will be made.
- Passage of the Clinical Practice Examination (CPX).

The Office of Student Affairs and the Committee on Promotions and Honors review, at the conclusion of each academic year, the quantitative progress of each student in course completion. Students who have completed the academic year in good standing are recommended by the Committee on Promotions and Honors to the School of Medicine Faculty Executive Committee for promotion to the next course year.

The Committee on Promotions and Honors may give approval for an individual student to repeat a portion or all of a school year (subsequent to incomplete or unsatisfactory course work or an approved leave of absence). The maximum time for enrollment is six years or 21 quarters, excluding time spent on an approved leave of absence. The required number of unit hours to be completed at the end of each enrollment period will vary in these cases, according to what portion of the curriculum must be repeated. Students approved to repeat course work are meeting the school's standards for satisfactory academic progress for purposes of financial aid eligibility.

It should also be noted that the specific curriculum requirements listed above are subject to periodic review and adjustments by the faculty of the School of Medicine.

**Advancement and Graduation Requirements**

The table below displays the advancement and graduation requirements for the MD degree:

| MS1 | MS2 | MS3 | MS4 |
|---|---|---|---|
| To advance to the MS2 year, students must successfully complete the first year of the preclerkship curriculum, which | To advance to the MS3 year, students must successfully complete the second year of the preclerkship curriculum, which | To advance to the MS4 year, students must successfully complete CFIII/Radiology and | To graduate, students must successfully complete Emergency Medicine, two electives, Clinical Foundations |