

# FORMAL INVESTIGATION
# PROCEDURES PACKET AND COMPLAINT FORM

### UNIVERSITY OF CALIFORNIA, IRVINE
*Revised 4/2020*

103 Multipurpose Science and Technology Building
Irvine, CA 92697-1130
Tel: 949-824-5594 - Fax: 949-824-2112
www.oeod.uci.edu
oeod@uci.edu

***Committed to Inclusive Excellence***

PL-03112

# FORMAL INVESTIGATION PROCEDURES PACKET

The Office of Equal Opportunity and Diversity (OEOD) is a neutral office charged with coordinating the University's compliance with federal and state laws and University policies and procedures related to discrimination, harassment, and sexual offenses. Part of that responsibility includes responding to both formal and informal complaints of discrimination based on **race, color, national origin, religion, sex, gender, gender expression, gender identity, gender transition status, pregnancy, physical or mental disability, medical condition (cancer-related or genetic characteristics), genetic information (including family medical history), ancestry, marital status, age, sexual orientation, citizenship, or service in the uniformed services,** including sexual harassment, sexual violence (relationship violence, stalking, sexual assault, and other sexual misconduct), and retaliation related to complaints of discrimination, harassment, and sexual violence.

This packet contains information and a complaint form for use in the formal complaint process. Formal complaints are investigated by OEOD in order to gather facts and determine if university policies have been violated. If there is a finding that a violation has occurred, a report is forwarded to the appropriate authority for resolution. OEOD is a neutral office which does not represent either the complainant or the respondent. Investigators are not advocates and do not provide support or counseling. Investigators write objective reports of findings which are based on evidence provided by complainants, respondents, and witnesses.

While we make every effort to protect the complainant's and respondent's confidentiality, we cannot guarantee absolute confidentiality. The right to due process and fair treatment for all parties involved in a dispute or conflict requires the OEOD investigators to interview many individuals who may have information regarding formal complaints. This means that investigators may gather extremely sensitive information about individuals. Confidentiality will be protected and honored to the greatest degree possible. Efforts are made to protect the privacy of all individuals throughout all phases of the formal complaint process, but anonymity and complete confidentiality cannot be guaranteed once a formal complaint is filed or unlawful behavior comes to OEOD's attention. If there are any concerns of retaliation, please report them immediately to OEOD.

If you have any questions, please feel free to contact the Office of Equal Opportunity & Diversity at (949) 824-5594 or OEOD@uci.edu. For additional information about reporting and resources access our website at oeod.uci.edu.


Sincerely,


Kirsten K. Quanbeck
Associate Chancellor – Equal Opportunity and Compliance
Office of Equal Opportunity & Diversity

## COMPLAINT FORM

**UNIVERSITY OF CALIFORNIA, IRVINE**
**OFFICE OF EQUAL OPPORTUNITY AND DIVERSITY**
**103 MULTIPURPOSE SCIENCE AND TECHNOLOGY BUILDING**
**IRVINE, CA 92697-1130**
**TEL: 949-824-5594    TDD: 949-824-7593    FAX: 949-824-2112**

Name: Jackline Muthoka

Contact Information:

Home: _____ Cell: 714-598-6400 Work: _____

Email address: jmuthoka@hs.uci.edu/jackiemuthoka87@gmail.com

I prefer to be contacted at:

☐ Home     ☐ Work     ☑ Cell Phone     ☑ Email

My status is:

☐ Faculty     ☑ Student     ☐ Staff     ☐ Resident

☑ Other (please explain): I am a medical student on Leave of Absence

Title: _____

Department Name: UCI School of Medicine

Department Address: 1001 Health Sciences Road, Irvine, Ca, 92617

Prior to filing this OEOD complaint form, have you tried to resolve this matter informally such as mediation, discussing it with supervisor, Human Resources, Ombudsman Office, etc.? If so, who was contacted and what were the results? Please provide as much information as possible; give dates of contact, names, titles, and locations of those involved. Use the back of this sheet or additional paper if necessary.

I contacted ombudsman,Jennifer Moumneh, for help with some of the issues revolving MBA Program,

financial aid, and my P&H hearing. She was helpful in advising me what I needed to do but my requests were not honored

by the school of medicine administration as well the P&H Committee. She advised me to reach out to OEOD for discrimination and all other issues.

Would you like to try mediation or other forms of informal complaint resolution? ☐ Yes ☑ No

We encourage you to use the informal resolution procedures to resolve disputes and conflicts. However, they are not a prerequisite to filing a formal complaint.

PL-03114

Is your classification represented by a collective bargaining unit (union)?  ☐ Yes  ☑ No

Name of Bargaining Unit _____

## BASIS OF COMPLAINT:

### Discrimination and Harassment

☐ Age *(over 40)*

☐ Ancestry

☐ Citizenship

☑ Color

☑ Disability
*(physical or mental)*

☐ Gender

☐ Gender Expression

☐ Gender Identity

☐ Gender Transition
Status

☐ Genetic Information
*(including family
medical history)*

☐ Marital Status

☐ Medical Condition
*(cancer related or
genetic
characteristics)*

☑ National Origin

☐ Pregnancy

☐ Race

☐ Religion

☑ Retaliation
*(for alleging complaints of
discrimination, sexual
harassment, or sex offense)*

☐ Service in the
Uniformed Services
*(as defined by the Uniformed
Services Employment and
Reemployment Rights Act of
1994 as well as military and
naval service)*

☐ Sex

☐ Sex Harassment

☐ Sexual Orientation

### Sexual Violence

☐ Dating Violence

☐ Relationship
Violence

☐ Other Prohibited
Behavior (as defined
by UC SVSH policy)

☐ Sexual Assault

☐ Stalking

Name(s) of the person(s) who you believe engaged in discriminatory/sexually harassing behavior:

Julianne S. Toohey, MD

Peter Schneider and School of Medicine P&H Committee

_____

_____

PL-03115

Describe your allegation(s) in detail, including: date(s), place(s), person(s) involved, witness(es), words used, what happened, etc. Be sure to include details to support each category you checked as a basis for the complaint. Use the back of this sheet or additional paper if necessary.  Please attach any documentary evidence including email printouts, memorandums, job descriptions, notes, etc.

See explanations on page 2

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**What is your desired outcome?**

To resolve all the stated issues. See additional details on page 2

_____

_____

_____

I hereby certify that the information I have provided in this complaint form is true to the best of my knowledge.  I authorize the release of copies of any documents or other pertinent documentation, to the OEOD.

I acknowledge that once this complaint is submitted, OEOD will evaluate whether the complaint is appropriate for formal investigation and will notify me if the complaint is accepted. If accepted, I authorize OEOD to contact the person(s)  named in this complaint.

I understand that the Respondent in this allegation will be provided with a copy of this complaint.

_____          _____
Signature                                                                              Date

PL-03116

The State of California Information Practices Act of 1977 requires the University to provide the following information to individuals who are asked to supply personal information:

1. Information is requested on this form by the OEOD in compliance with Federal Revised Order 4, Affirmative Action Guidelines issued pursuant to Executive Order 11246, and will be used in the investigation of complaints.
2. The official responsible for maintaining the information supplied on this form is the Director of OEOD.
3. Information supplied on this form will be given to government agencies responsible for enforcement of civil rights laws if these agencies request such information.
4. Information may be released without prior authorization in order to comply with university policy and state or federal statutes.

***Return the complaint form with attachments to OEOD.  Keep the cover pages for future reference.***

Jackline Muthoka
**Formal Investigative Request**
**August 16th, 2022**

<u>Describe your allegation(s) in detail, including: date(s), place(s), person(s) involved, witness(es), words used, what happened, etc. Be sure to include details to support each category you checked as a basis for the complaint. Use the back of this sheet or additional paper if necessary. Please attach any documentary evidence including email printouts, memorandums, job descriptions, notes, etc.</u>

1. **Retaliation from UCI School of Medicine Promotions and Honors Committee Chaired by Dr. Shannon Toohey:**

**Retaliation** includes threats, intimidation, reprisals, and/or adverse employment or educational

actions against a person based on their report of Prohibited Conduct or participation in the

investigation, report, remedial, or disciplinary processes provided for in these guidelines.

http://www.policies.uci.edu/policies/procs/700-18.php#sectionc

On March, 9th, 2020, I had a hearing with the school of medicine Promotions and Honors (P&H)  Committee. After the hearing, I was scheduled to take the United States Medical Licensing Exam (USMLE) step 1 exam on  May 3rd, 2020. On March 16th, 2020 the state of California went into lockdown due to the COVID-19 global pandemic. Due to the pandemic, my ability to take the USMLE step 1 exam as well as the time frame to receive my already requested reasonable accommodations from the National Board of Medical Examiners (NBME) were affected. As soon as this information was released by Governor Newson, I informed the previous chair of the P & H Committee on April 26th, 2020 and requested that the P&H adjust the required time to take the USMLE Step 1 exam. On 4/27/2020, Dr. Forthal replied to my request saying  **" No worries. We won't penalize you."**

On August 7th, 2020. I received confirmation from the NBME that my reasonable accommodations for my USMLE Step 1 exam were granted. I still needed to wait until my test permit was issued by the NBME so that prometric test center officials could schedule my test (Test permit was issued on August 11th, 2020). This process is different from the regular process students go through who do not need reasonable accommodations. Without accommodations, a student would receive a permit from the NBME and go to the prometric website and schedule their  test. With accommodations, prometric officials have to manually schedule tests  for  students. The process to schedule my test took a bit of time due to technical issues, limited test center availability, etc. My test was eventually scheduled by prometric test center officials for October 12 and 13th. After I received this information and my test was scheduled, I again provided Dr. Forthal with the communications I had with prometric test centers officials. Dr. Forthal had requested that he be provided with this information as I was going through the process. After providing the supporting documentation as requested by Dr. Forthal, the P&H Committee approved for me to take the USMLE Step 1 exam on October 12th and October 13th.

On October 27th, I received my USMLE Step 1 score and despite the challenges I suffered by the school leading up to my test day, I passed my test. My score was also severely affected by the various mistreatments and unnecessary stress I suffered by the school.

Upon resuming classes in January 2021, I received minimal support from the school administration and suffered multiple retaliatory and micro-aggressive behaviors from the new P&H chair, Dr. Shannon Toohey as well as various members of the school administration. For example, since my return to school, I have made multiple requests to the new P&H chair, Dr. Toohey  to accurately calculate the time that COVID-19 interfered with my ability to receive my reasonable accommodations as well as schedule for my USMLE Step 1 exam.  In a period of more than one year, Dr. Toohey has not resolved this issue despite multiple requests. She has even failed to reply to several of my emails necessitating a meeting with my career advisor so she can respond to my requests. She has also

made unreasonable decisions that have delayed my ability to take the USMLE step 2 exam and therefore affected my ability to start my MBA program this fall. Her decision to avoid correcting this issue also affects my ability to study and schedule my USMLE Step 2 exam. This is because her failure to accurately calculate the time COVID-19 affected my ability to take USMLE Step 1 exam denies me the opportunity to have a dedicated time to prepare for the USMLE step 2 exam, an opportunity that is granted to every medical student at UCI. This decision will hurt my  USMLE Step 2  score and deny me competitive advantage while applying to residency programs.

Since April of 2021, I have made multiple requests for the P&H chair and the Committee to recalculate the time COVID-19 affected my ability to take the USMLE step 1 exam and she has failed to do so. Her explanations are inadequate in facts and they negatively affect my education. In addition, she has made decisions that harm me only to change these decisions when I present factual evidence (please see exhibit G).

In February 2022, I emailed Dr. Toohey requesting  that she and the P&H committee recalculate the time that COVID-19 affected my ability to take the USMLE Step 1 exam and receive my reasonable accommodations. Dr. Toohey did not reply to my email. In April, 2022, I again wrote another email to Dr. Toohey requesting that she and the P&H Committee recalculate the time that COVID-19 affected my ability to take the USMLE step 1 exam as well as receive my reasonable accommodations. Dr. Toohey, once again did not reply to my email. On July 1 2022, I met with my career advisor, Dr. Paredes, I explained to him that I have emailed Dr. Toohey multiple times regarding the time that Covid-19 affected my ability to take the USMLE Step exam, but she has never replied to my emails. I raised this concern at this time because I was running out of time to prepare for my USMLE step 2 before I start my MBA this fall, as required by school policy. Dr. Toohey was responsive to Dr. Paredes text messages and I received an email from her the same day. Again, Dr. Toohey failed to recalculate my time and instead stated that there were students who were taking USMLE step 1 exams as early as May 2020. There was no evidence of her statement and neither did she provide me with the requested information. She also failed to address my individual situation and dismissed my request without any evidence.


Going back to emails to the P&H Committee, the decisions were made by the previous chair, Dr. Forthal, he clearly stated that the P&H was not going to penalize me for circumstances that were out of my control. From  Dr. Toohey's email,  the school is penalizing me for not having taken the USMLE step 1 exam when the state of california was on lockdown due to a global pandemic that I had no control over. In addition, the school is requiring me to have violated both the federal and state laws (which were in effect then), to take a test that was not available or offered at the time (June 2020). In multiple emails to Dr. Toohey, I have reiterated to her that state and federal laws supersede school policy and that the school of medicine cannot be asking me to break the law.

According to emails sent out to the student body, medical students, just as I was, were having difficulties scheduling  their tests. Due to challenges at hand, UCI as an institution entered into an agreement with the NBME as well as the state to serve as a testing center for the USMLE Step 1 and step 2 exams on July30th, 2020 and August, 2020 ( Please see emails from Dr. Toohey to the student body on  Exhibit A) . Even as the school made such efforts to reduce the burden and challenges that students faced, not everyone was able to take their exams at the dates provided by the school.  For example, I could not take the exam at these dates as I was waiting for  NBME to grant my reasonable accommodations I am entitled to under law. I had also not received USMLE Step 1 permit (a permit is required to schedule USMLE Step 1 exam).There are other students, that  I know, who have not been able to take both their USMLE step 1 and Step 2 exams todate. The school has worked with these students without issues. To the contrary, the P&H  has made  unreasonable demands and expectations of me including asking me to take USMLE Step 1 in June 2020 ( this is the time that Dr. Toohey and the P&H committee inaccurately calculated that COVID-19 affected my ability to take USMLE step 1) when there were no testing centers available for me to take my exam and requiring me to violate both the state and federal laws that were in effect.

Because of Dr. Toohey's unreasonable decisions , I have been denied a dedicated time to study for my USMLE Step 2 exam. She is requiring me to study for this rigorous exam as I continue to work at the hospital. This decision  will gravely  affect my step 2 score and hurt my residency application. The school has already detrimentally affected my USMLE Step 1 score and P&H is yet again  creating barriers to my USMLE step 2 score. I am therefore, requesting that OEOD investigate this case and correct the P&H Committee decisions so that I can have a dedicated period to prepare for my  USMLE step 2 exam, like the rest of the student body.

The  time that COVID-19 affected my ability to take the USMLE step 1 exam was from March 16th, 2020 until October 11th, 2020. This is a period of 7 months; the P&H Committee inaccurately calculated this time to be 3 months. The P&H Committee expected me to take the USMLE step 1 exam in June, 2020.

**Damages:**

1.  Delay in ability to take the USMLE Step 2 exam.

2.  Unnecessary added emotional distress and anxiety

3.  Wasted time filing for an investigation when I could be studying for USMLE Step 1 exam

**Desired Outcome:**

 To have all these issues resolved

# EXHIBIT A

PL-03121

Re: USMLE at UCI Testing Registration - Respond for Step 1 by July 8th

Youm, Julie <jyoum@hs.uci.edu>
Tue 7/7/2020 11:09 AM
To: Health Affairs – Med Students 3rd yr <mdstu3rd@Health.uci.edu>

Dear Students,

This is a friendly reminder that the registration using the form below for the July 30th Step 1 exam at UCI is due tomorrow (**response requested by 12pm, July 8th**).
Thank you!

**Julie H. Youm, Ph.D.**
Assistant Dean, Education Compliance and Quality
Director, Educational Technology
Office of Medical Education • School of Medicine
Adjunct Assistant Professor, UNIVERSITY *of* CALIFORNIA • Irvine
e: jyoum@uci.edu
p: 949.824.3913
w: http://www.imeded.uci.edu

---

**From:** "Youm, Julie" <jyoum@hs.uci.edu>
**Date:** Friday, July 3, 2020 at 3:00 PM
**To:** Health Affairs – Med Students 3rd yr <mdstu3rd@Health.uci.edu>, Health Affairs – Med Students 4th yr <mdstu4th@Health.uci.edu>
**Cc:** "Le-Bucklin, Khanh-Van" <klebuckl@hs.uci.edu>, "Wiechmann, Warren" <wiechmaw@hs.uci.edu>, "Osborn, Megan" <mbo@hs.uci.edu>, "Langer, Shaun" <sllanger@hs.uci.edu>, "Dean, Terri" <tdean@hs.uci.edu>
**Subject:** USMLE at UCI Testing Registration - Respond for Step 1 by July 8th

Dear Students,
We have received confirmation from the USMLE that UCI School of Medicine has been approved as a testing site for the USMLE Step 1 and Step 2CK exams on the four dates below. Note that the dates we were assigned are different from the ones shared with you previously. Review the following dates and registration priorities. **Due to the short timeframe in which we have to order the exams for the July 30th Step 1 exam date, we need to confirm attendance for this exam by July 8th.**

## Complete the USMLE at UCI Registration Form after reviewing the priorities below:
USMLE at UCI Testing Registration Form

## Registration for the USMLE exams at UCI will be prioritized as follows:

**USMLE Step 1 — Thursday, July 30th (must sign-up by July 8th)**
Open for students on:
- Ob/Gyn, Pediatrics, Psychiatry from 7/6 - 8/16
- Family Medicine and Neurology from 7/20 - 8/16

PL-03122

Of note, this will be the only testing date available for students on the Ob/Gyn clerkship that begins on July 6th, due to an OSCE exam currently scheduled for August 13th that can not be rescheduled.

**USMLE Step 1 — Thursday, August 13th**
Open for students on:
- Internal Medicine and Surgery from 7/20 - 9/14

Of note, students on Pediatrics, Psychiatry, Family Medicine, and Neurology may choose this date; however, the following day is the clerkship shelf exam which cannot be rescheduled

Students on electives or vacation may take the exam on either date.

**USMLE Step 2CK — Thursday, August 27th, and Thursday, September 10th**
Open for students as availability permits.

We will send further information on the exam administrations as available.
Thank you and wishing you a safe and Happy 4th!

**Julie H. Youm, Ph.D.**
Assistant Dean, Education Compliance and Quality
Director, Educational Technology
Office of Medical Education • School of Medicine
Adjunct Assistant Professor, UNIVERSITY *of* CALIFORNIA • Irvine
e: jyoum@uci.edu
p: 949.824.3913
w: http://www.imeded.uci.edu

PL-03123

## Re: USMLE at UCI Testing Registration for August 13th Exam Date

Muthoka, Jackline (Medical Student) <jmuthoka@hs.uci.edu>

Tue 8/4/2020 8:39 PM

To: Osborn, Megan <mbo@hs.uci.edu>

Cc: jackline muthoka <jackiemuthoka87@gmail.com>

Dear Dr. Osborn,

Hope you are doing well.

Yes, I saw the email. My counsel is helping me with Step 1 matters. If you have any specific questions please reach out to him. If you don't already have his info I could forward it to you.

Thank you,

Jackie

---

**From:** Osborn, Megan <mbo@hs.uci.edu>
**Sent:** Monday, August 3, 2020 7:12 PM
**To:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Subject:** USMLE at UCI Testing Registration for August 13th Exam Date

Dear Jackie,

I hope you are doing well. Please see the reminder below about the deadline (tomorrow!) to register for the USMLE on campus on 8/13.

Were you able to secure a testing date yet?

Best,
MBO

Megan Boysen Osborn, MD, MHPE
Associate Dean for Students
UCI School of Medicine
Vice Chair for Education, Emergency Medicine
Associate Professor of Clinical Emergency Medicine

Begin forwarded message:

PL-03124

**From:** "Youm, Julie" <jyoum@hs.uci.edu>
**Subject: USMLE at UCI Testing Registration for August 13th Exam Date**
**Date:** August 3, 2020 at 7:08:53 PM PDT
**To:** Health Affairs – Med Students 3rd yr <mdstu3rd@Health.uci.edu>

Dear Students,

The final date to confirm your registration for the **August 13ᵗʰ USMLE Step 1 exam administration at UCI is tomorrow, August 4ᵗʰ, by 5pm**. Please respond to this email if you would like to take the exam at UCI on this date to be added to the roster.

For those of you who have already confirmed your registration with me, you do not need to respond again.

Thanks!

**Julie H. Youm, Ph.D.**
Assistant Dean, Education Compliance and Quality
Director, Educational Technology
Office of Medical Education • School of Medicine
Adjunct Assistant Professor, UNIVERSITY *of* CALIFORNIA • Irvine
e: jyoum@uci.edu
p: 949.824.3913
w: http://www.imeded.uci.edu

---

**From:** "Youm, Julie" <jyoum@hs.uci.edu>
**Date:** Friday, July 3, 2020 at 3:00 PM
**To:** Health Affairs – Med Students 3rd yr <mdstu3rd@Health.uci.edu>, Health Affairs – Med Students 4th yr <mdstu4th@Health.uci.edu>
**Cc:** "Le-Bucklin, Khanh-Van" <klebuckl@hs.uci.edu>, "Wiechmann, Warren" <wiechmaw@hs.uci.edu>, "Osborn, Megan" <mbo@hs.uci.edu>, "Langer, Shaun" <sllanger@hs.uci.edu>, "Dean, Terri" <tdean@hs.uci.edu>
**Subject:** USMLE at UCI Testing Registration - Respond for Step 1 by July 8th

Dear Students,
We have received confirmation from the USMLE that UCI School of Medicine has been approved as a testing site for the USMLE Step 1 and Step 2CK exams on the four dates below. Note that the dates we were assigned were different from the ones shared with you previously. Review the following dates and registration priorities. **Due to the short timeframe in which we have to order the exams for the July 30ᵗʰ Step 1 exam date, we need to confirm attendance for this exam by July 8ᵗʰ.**

## Complete the USMLE at UCI Registration Form after reviewing the priorities below:
USMLE at UCI Testing Registration Form

## Registration for the USMLE exams at UCI will be prioritized as follows:

PL-03125

**USMLE Step 1 — Thursday, July 30th (must sign-up by July 8th)**
Open for students on:
- Ob/Gyn, Pediatrics, Psychiatry from 7/6 - 8/16
- Family Medicine and Neurology from 7/20 - 8/16

Of note, this will be the only testing date available for students on the Ob/Gyn clerkship that begins on July 6th, due to an OSCE exam currently scheduled for August 13th that can not be rescheduled.

**USMLE Step 1 — Thursday, August 13th**
Open for students on:
- Internal Medicine and Surgery from 7/20 - 9/14

Of note, students on Pediatrics, Psychiatry, Family Medicine, and Neurology may choose this date; however, the following day is the clerkship shelf exam which cannot be rescheduled

Students on electives or vacation may take the exam on either date.

**USMLE Step 2CK — Thursday, August 27th, and Thursday, September 10th**
Open for students as availability permits.

We will send further information on the exam administrations as available.
Thank you and wishing you a safe and Happy 4th!

**Julie H. Youm, Ph.D.**
Assistant Dean, Education Compliance and Quality
Director, Educational Technology
Office of Medical Education • School of Medicine
Adjunct Assistant Professor, UNIVERSITY *of* CALIFORNIA • Irvine
e: jyoum@uci.edu
p: 949.824.3913
w: http://www.imeded.uci.edu

PL-03126

# EXHIBIT B

PL-03127

## Re: Elective request

**Muthoka, Jackline (Medical Student) <jmuthoka@hs.uci.edu>**

Wed 10/13/2021 11:12 PM

To: Toohey, Shannon <stoohey@hs.uci.edu>

Cc: jackline muthoka <jackiemuthoka87@gmail.com>

Dear Dr. Toohey and P&H Committee,

Thank you for your email. I am also of the understanding that the decision was made based on Prometric Testing Center closures due to COVID-19. Yes, the amount of time COVID-19 closed Prometric centers (as well as the NBME backlog for me to obtain my reasonable accommodations as required by law) should not be counted against me. However, on September 20, 2021, P&H communicated that this time frame consisted of March 2020 to June 2020 and determined that this three-month period would not be held against my 6-year graduation time limit.

In response to your email, I must reiterate my request, the COVID-19 pandemic caused Prometric Testing Center closures from March 2020 to October 2020. This is a seven (7) month duration, but P&H has only counted three (3) months of this time (March through June 2020). As such, I respectfully request that the P&H re-calculate the delay with the correct end date. The delay was from March 2020 to October 12, 2020.

Sincerely,

Jackie

---

**From:** Toohey, Shannon <stoohey@hs.uci.edu>
**Sent:** Monday, September 20, 2021 10:34 AM
**To:** Muthoka, Jackline (Medical Student) <jmuthoka@hs.uci.edu>
**Subject:** Re: Elective request

Dear Jackie,

As stated in the previous decision: your extension was based on the exceptional circumstances surrounding COVID-19 and the extension was based on the time during which USMLE exams were completely unavailable due to closures of the Prometric Testing Centers. It was not based on the timing you selected to take your exam. Dr. Forthal approving you to take the exam on those dates was not a promise for extended time on the 6-year graduation limit or other policies.

My apologies if you misinterpreted the decision but there was no error. As such, there is no basis for a new decision from P&H.

Shannon

[0#]

**Shannon Toohey, MD, MAEd**
**Residency Program Director**
**Department of Emergency Medicine**
University of California, Irvine

- **t:** (805) 501-9674

PL-03128

Signature
Image

- **w:** http://www.JETem.org
- **e:** stoohey@uci.edu

_If this communication involves discussion of patient care issues in the performance improvement process, it is protected from discovery by California Evidence Code 1157 as a confidential medical staff communication._

On Sep 17, 2021, at 3:32 PM, Muthoka, Jackline (Medical Student) <jmuthoka@hs.uci.edu> wrote:

Dear Dr. Toohey,

I hope you are well. As I wait for you and the committee to get back to me on the email I sent you, I would like to revisit the issue of my schedule again. I am attaching your email to me dated 4/6/2021. From your email, the P&H Committee did not accurately calculate the number of months COVID-19 delayed my ability to take USMLE Step 1. I am hoping to get this error corrected.

**Delay Timeline**
- **Start:** Covid-19 lockdown in California took effect in March 2020.
- **Error:** P&H wrote that the delay ended in June 2020.
- **End date:** However, I was unable to take the test until October 12-13. Dates which were approved by then P&H chair, Dr. Forthal. See the attached email chain.

I respectfully request that the P&H re-calculate the delay with the correct end date. The delay was from March, 2020 to October 12, 2020.

Thank you,

Jackie

---

**From:** Toohey, Shannon <stoohey@hs.uci.edu>
**Sent:** Tuesday, April 6, 2021 9:58 AM
**To:** Muthoka, Jackline (Medical Student) <jmuthoka@hs.uci.edu>
**Subject:** Re: Elective request

Dear Jackline,

Given the exceptional circumstances surrounding COVID-19 P&H has approved your request for exemption of the time during which USMLE exams were unavailable due to closure of the Prometric Testing Centers. As such, the period from March 18 through June 8th of 2020 will not count toward your 6-year time limit for graduation. This is the period during which no local testing centers were opened and available for testing. It is a total of 11 weeks and 5 days, however, we are rounding up to 12 weeks for the exemption.

This adjustment of 12 weeks changes your 6-year graduation limit from August 1, 2022 to October 24, 2022.

With this change, your request for an exemption on the limit on electives during third year becomes a non-issue and is no longer necessary. Please work with Dr. Wiechmann for an updated schedule plan for your remaining clerkships.

Regards,

**Shannon Toohey, MD, MAEd**
**Chair**
**Promotions and Honors Committee**
**Assistant Clinical Professor**
**Department of Emergency Medicine**
University of California, Irvine

On Mar 30, 2021, at 9:41 PM, Muthoka, Jackline (Medical Student) <jmuthoka@hs.uci.edu> wrote:

Dear Dr. Toohey,

I hope you are doing well. I met with Dr. Wiechmann and we had time to discuss the schedule he created for me. I am forwarding you the email summary of our meeting so that you are updated with that information. Having said that, the created schedule allows me to take more than 4 weeks of electives than are usually allowed in the third year curriculum. I am requesting that P&H approve this schedule since it was created with the consideration of the available schedules and there are really no other options available for me at this point.

In addition to schedule questions, I was wondering if I could get a detailed explanation as to why the school is stating that I am running out of the 6 year graduation period. Just to update you on what happened, I was scheduled to take my test on May 3rd, but due to Covid-19, there was a state lockdown from March through August (I can confirm exact dates if you need them). There was also a huge backlog with the NBME and so, I did not get my reasonable accommodations for my Step 1 exam until August 7th. Also, exam scheduling was affected and the earliest date prometric test centers could allow me to take  my test was October 12th (please refer to my file regarding this information and discussions with the previous P&H chair, Dr. Forthal). From the email you sent me earlier this month or last month, it seems like the school is holding me accountable for time lost (more than 8 months) due to a global pandemic. I'm not sure what I could have done since the global pandemic affected institutions globally and it was something that was out of my control. Furthermore, the issues revolving around step 1 were a result of mistakes from DSC and the previous SOM administration dating back to August 2017.

I would appreciate it if you could please provide me with the information regarding the issue of the 6 years graduation period as soon as possible as it is urgent on my end.

Thank you,
Jackie

Best,

PL-03130

Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

Begin forwarded message:

> **From:** "Wiechmann, Warren" <wiechmaw@hs.uci.edu>
> **Date:** March 26, 2021 at 1:11:47 PM PDT
> **To:** "Muthoka, Jackline (Medical Student)" <jmuthoka@hs.uci.edu>, jackline muthoka <jackiemuthoka87@gmail.com>
> **Cc:** wiechmaw@uci.edu, "Dean, Terri" <tdean@hs.uci.edu>
> **Subject: Summary of March 23rd Zoom Discussion**

Dear Jackie,

I wanted to summarize our Tuesday, March 23rd Zoom discussion about your schedule, challenges, and suggested next steps.

I have attached a copy of the schedule based on the most recent information I had, specifically the Surgery shelf failure, which requires you to retake 4 weeks of Surgery and an additional shelf exam attempt. This latest development creates several challenges for you:

1. **Maximum of 4 weeks of electives during MS3 year:** Students are permitted a maximum of 4 weeks of electives during their MS3 year. In order to prevent gaps in your schedule, you would need to schedule **three additional elective weeks** (seven total instead of four) during your MS3 year — those weeks are 6/7-6/13, 6/14-6/20, and 11/8-11/14. This requires an exception to the *Electives (UCI and Extramural)* policy.
   a. This is a time-sensitive issue — as electives at UCI must be scheduled at least 2 weeks in advance, you would need P&H approval no later than 5/24/21 to sign up for the 6/7 elective week. P&H meets on Monday 5/3/21 and can vote then. Your request should be submitted to them by 4/26/21 so it gets on the meeting agenda and they can review it prior to the meeting.
2. **Unable to complete degree requirements by August 1, 2021:** With the additional four weeks required to retake the Surgery clerkship, a maximally filled schedule will only allow you to complete 26 out of 28 weeks of required electives.
3. **Step 2CK preparation:** In addition to not being able to meet degree completion requirements by August 1, 2021, you will not have any dedicated preparation time for Step 2CK, meaning that you will need to prepare while concurrently enrolled in clerkships and electives. The deadline (per *Exam Administration and Procedures* policy) to take Step 2CK is December 1, 2021.

Without addressing these challenges, it will not be possible for you to complete medical school within the parameters required by policy and the Committee on Promotions and Honors. Again, any extension or

PL-03131

exceptions to policy would be under the purview of the Committee on Promotions and Honors.

In our discussion, you also brought up the possibility of pursuing your MBA, with an anticipated start date of September, 2022.  This would require you to first discuss that with the MD/MBA program leadership and the Committee on Promotions and Honors.

To summarize, I strongly recommend that you reach out to P&H sooner rather than later, especially as the electives issue (Challenge #1 above) is time-sensitive.

*-ww*

**Warren Wiechmann, MD, MBA**
Associate Dean of Clinical Science Education and Educational Technology
Associate Professor of Clinical Emergency Medicine
UC Irvine Health School of Medicine
: : [wiechmaw@uci.edu](mailto:wiechmaw@uci.edu)
: : @warrenwiechmann
: : 949.824.3837
: : *pronouns: he/him/his*

<2021.03.26_JM.pdf>

<Emails from P&H USMLE Step 1 exam.pdf>

## Fw: Elective request

**Muthoka, Jackline (Medical Student) <jmuthoka@hs.uci.edu>**

Fri 9/17/2021 3:32 PM

To: Toohey, Shannon <stoohey@hs.uci.edu>

Cc: jackline muthoka <jackiemuthoka87@gmail.com>

Dear Dr. Toohey,


I hope you are well. As I wait for you and the committee to get back to me on the email I sent you, I would like to revisit the issue of my schedule again. I am attaching your email to me dated 4/6/2021. From your email, the P&H Committee did not accurately calculate the number of months COVID-19 delayed my ability to take USMLE Step 1. I am hoping to get this error corrected.


**Delay Timeline**

- **Start:** Covid-19 lockdown in California took effect in March 2020.
- **Error:** P&H wrote that the delay ended in June 2020.
- **End date:** However, I was unable to take the test until October 12-13. Dates which were approved by then P&H chair, Dr. Forthal. See the attached email chain.

I respectfully request that the P&H re-calculate the delay with the correct end date. The delay was from March, 2020 to October 12, 2020.


Thank you,

Jackie


---

**From:** Toohey, Shannon <stoohey@hs.uci.edu>
**Sent:** Tuesday, April 6, 2021 9:58 AM
**To:** Muthoka, Jackline (Medical Student) <jmuthoka@hs.uci.edu>
**Subject:** Re: Elective request

Dear Jackline,

Given the exceptional circumstances surrounding COVID-19 P&H has approved your request for exemption of the time during which USMLE exams were unavailable due to closure of the Prometric Testing Centers. As such, the period from March 18 through June 8th of 2020 will not count toward your 6-year time limit for graduation. This is the period during which no local testing centers were opened and available for testing. It is a total of 11 weeks and 5 days, however, we are rounding up to 12 weeks for the exemption.

PL-03133

This adjustment of 12 weeks changes your 6-year graduation limit from August 1, 2022 to October 24, 2022.

With this change, your request for an exemption on the limit on electives during third year becomes a non-issue and is no longer necessary. Please work with Dr. Wiechmann for an updated schedule plan for your remaining clerkships.

Regards,

**Shannon Toohey, MD, MAEd**
**Chair**
**Promotions and Honors Committee**
**Assistant Clinical Professor**
**Department of Emergency Medicine**
University of California, Irvine


On Mar 30, 2021, at 9:41 PM, Muthoka, Jackline (Medical Student) <jmuthoka@hs.uci.edu> wrote:

Dear Dr. Toohey,

I hope you are doing well. I met with Dr. Wiechmann and we had time to discuss the schedule he created for me. I am forwarding you the email summary of our meeting so that you are updated with that information. Having said that, the created schedule allows me to take more than 4 weeks of electives than are usually allowed in the third year curriculum. I am requesting that P&H approve this schedule since it was created with the consideration of the available schedules and there are really no other options available for me at this point.

In addition to schedule questions, I was wondering if I could get a detailed explanation as to why the school is stating that I am running out of the 6 year graduation period. Just to update you on what happened, I was scheduled to take my test on May 3rd, but due to Covid-19, there was a state lockdown from March through August (I can confirm exact dates if you need them). There was also a huge backlog with the NBME and so, I did not get my reasonable accommodations for my Step 1 exam until August 7th. Also, exam scheduling was affected and the earliest date prometric test centers could allow me to take my test was October 12th (please refer to my file regarding this information and discussions with the previous P&H chair, Dr. Forthal). From the email you sent me earlier this month or last month, it seems like the school is holding me accountable for time lost (more than 8 months) due to a global pandemic. I'm not sure what I could have done since the global pandemic affected institutions globally and it was something that was out of my control. Furthermore, the issues revolving around step 1 were a result of mistakes from DSC and the previous SOM administration dating back to August 2017.

I would appreciate it if you could please provide me with the information regarding the issue of the 6 years graduation period as soon as possible as it is urgent on my end.

Thank you,

PL-03134

Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

Begin forwarded message:

> **From:** "Wiechmann, Warren" <wiechmaw@hs.uci.edu>
> **Date:** March 26, 2021 at 1:11:47 PM PDT
> **To:** "Muthoka, Jackline (Medical Student)" <jmuthoka@hs.uci.edu>, jackline muthoka <jackiemuthoka87@gmail.com>
> **Cc:** wiechmaw@uci.edu, "Dean, Terri" <tdean@hs.uci.edu>
> **Subject: Summary of March 23rd Zoom Discussion**

Dear Jackie,

I wanted to summarize our Tuesday, March 23rd Zoom discussion about your schedule, challenges, and suggested next steps.

I have attached a copy of the schedule based on the most recent information I had, specifically the Surgery shelf failure, which requires you to retake 4 weeks of Surgery and an additional shelf exam attempt. This latest development creates several challenges for you:

1. **Maximum of 4 weeks of electives during MS3 year:** Students are permitted a maximum of 4 weeks of electives during their MS3 year. In order to prevent gaps in your schedule, you would need to schedule **three additional elective weeks** (seven total instead of four) during your MS3 year — those weeks are 6/7-6/13, 6/14-6/20, and 11/8-11/14. This requires an exception to the *Electives (UCI and Extramural)* policy.
   a. This is a time-sensitive issue — as electives at UCI must be scheduled at least 2 weeks in advance, you would need P&H approval no later than 5/24/21 to sign up for the 6/7 elective week. P&H meets on Monday 5/3/21 and can vote then. Your request should be submitted to them by 4/26/21 so it gets on the meeting agenda and they can review it prior to the meeting.
2. **Unable to complete degree requirements by August 1, 2021:** With the additional four weeks required to retake the Surgery clerkship, a maximally filled schedule will only allow you to complete 26 out of 28 weeks of required electives.
3. **Step 2CK preparation:** In addition to not being able to meet degree completion requirements by August 1, 2021, you will not have any dedicated preparation time for Step 2CK, meaning that you will need to prepare while concurrently enrolled in clerkships and electives. The deadline (per *Exam Administration and Procedures* policy) to take Step 2CK is December 1, 2021.

Without addressing these challenges, it will not be possible for you to complete medical school within the parameters required by policy and the Committee on

PL-03135

Promotions and Honors.  Again, any extension or exceptions to policy would be under the purview of the Committee on Promotions and Honors.

In our discussion, you also brought up the possibility of pursuing your MBA, with an anticipated start date of September, 2022.  This would require you to first discuss that with the MD/MBA program leadership and the Committee on Promotions and Honors.

To summarize, I strongly recommend that you reach out to P&H sooner rather than later, especially as the electives issue (Challenge #1 above) is time-sensitive.

-ww

**Warren Wiechmann, MD, MBA**
Associate Dean of Clinical Science Education and Educational Technology
Associate Professor of Clinical Emergency Medicine
UC Irvine Health School of Medicine
: : [wiechmaw@uci.edu](mailto:wiechmaw@uci.edu)
: : @warrenwiechmann
: : 949.824.3837
: : *pronouns: he/him/his*

<2021.03.26_JM.pdf>

PL-03136

Fwd: Prometric test centers availability for testing

Muthoka, Jackline (Medical Student) <jmuthoka@hs.uci.edu>
Tue 7/26/2022 6:08 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>;jackiemuthoka16@gmail.com
<jackiemuthoka16@gmail.com>

Warm regards,
Jackline Muthoka MS4
UC Irvine School of Medicine
jmuthoka@hs.uci.edu
7145986400/7143980106

Begin forwarded message:

**From:** "Toohey, Shannon" <stoohey@hs.uci.edu>
**Date:** July 26, 2022 at 5:24:16 PM PDT
**To:** "Muthoka, Jackline (Medical Student)" <jmuthoka@hs.uci.edu>
**Cc:** "Hambrick, Christina" <hambricc@hs.uci.edu>
**Subject: Re: Prometric test centers availability for testing**

Dear Jackline Muthoka,

While there were many policies for the state of California at the beginning of the COVID
pandemic - companies that were considered essential services opened once they were
able to prove they could safely do so. As stated, we have evidence that students started
taking Step 1 exams as early as May 4, 2020, so this is when Prometric Centers started
reopening - they were not closed for a "7-month lock down" as stated in your email. The
12-week extension already provided to accommodate for closures from March until May is
what P&H has approved and it will not be extended further.

Additionally, the policy that prohibits students from continuing on with their clinical
rotations until they pass their Step 1 exam is standard and not specific to you. As stated in
the Exam Administration and Procedures Policy: "If a student is not able to meet the
deadline to take USMLE Step 1, they will be placed on a Personal leave (refer to the Leaves
of Absence policy). This will result in the student's exclusion from the Clinical Foundations
III course, the third-year clerkships, and/or graduate courses."

As stated in the Requirements for MD Policy: "Students have a maximum of six academic
years ending at the conclusion of the School of Medicine Spring term of the sixth
academic year for degree completion excluding time spent on an approved academic
leave of absence."

PL-03137

The 6-year limit already allows for up to two years of extensions for unexpected leaves, so you will not be afforded additional time based on that policy. The policy already states that only approved academic leaves of absence are excluded. So this is not a basis for additional time. As such, the 6-year deadline will remain December 18, 2022 and will not be extended further based on your request.

**Shannon Toohey, MD, MAEd**
**Chair**
**Promotions and Honors Committee**
**Assistant Clinical Professor**
**Department of Emergency Medicine**
University of California, Irvine

On Jul 21, 2022, at 5:36 PM, Muthoka, Jackline (Medical Student) <jmuthoka@hs.uci.edu> wrote:

Dear Dr. Toohey:

I hope you are well. I am writing to follow  up on an email I send you on 7/12/2022, below. Please let me know what the outcome on the matter is as soon as possible.

Thank you,
Jackie

Warm regards,
Jackline Muthoka MS4
UC Irvine School of Medicine
jmuthoka@hs.uci.edu
7145986400/7143980106

On Jul 12, 2022, at 1:04 PM, Muthoka, Jackline (Medical Student) <jmuthoka@hs.uci.edu> wrote:

Dear Dr. Toohey:

Thank you for your email of July 1st, 2022, which is in response to my Feb 14th and April 11th,2022 emails below. I appreciate the Committee's effort to correct the miscalculated timeline.  Your email advised me to notify you if there was any error in the Committee's calculation. Although the adjustment already made is

PL-03138

definitely in the right direction, I believe a factor was missed and requires a re-calculation.

The state of California was on lock down from March through August 2020 (This may be confirmed on CA.gov websites). During this time, pursuant to the State's mandate, no test taking centers were open. For this reason alone, it was impossible for me to take the Step 1 exam during this time.

It is reasonable to note that the UCI School of Medicine would *not* allow me to continue earning my degree until *after* I had taken the Step 1 exam. The earliest I was able to take the exam was on October 12th, 2020 (This was the first available date I was able to sign up to take the exam with my approved accommodations-please see email strings to Dr. Forthal and from prometric test centers). The delays were caused by factors beyond my control, which included COVID-19 as well as NBME's backlog. Ultimately, I was prevented from taking the exam for seven (7) months.

If P&H will not allow me to take courses until I take Step 1, but I am delayed from taking Step 1 for a total of 7 months due to factors beyond my control, then these 7 months should not be held against me by P&H.

For this reason, I request that P&H amend the extension to a total of seven (7) months. I respectfully request that P&H amend my completion date to include this total of seven (7) months I was delayed from pursuing my degree.

7 months - 12 weeks = 4 months.

Specifically, I ask that P&H to amend the current completion deadline by adding three (4) months. Based on the date of December 18, 2022, you provided for me, my calculations would result in a correct completion date of April 18, 2023.

Sincerely,
Jackie


Toohey, Shannon <stoohey@hs.uci.edu>
Fri 7/1/2022 3:04 PM
To:     Muthoka, Jackline (Medical Student) <jmuthoka@hs.uci.edu>
Cc:     Hambrick, Christina <hambricc@hs.uci.edu>
Dear Jackline Muthoka:

PL-03139

On April 11, 2022, you reached out to the Committee on Promotions and Honors "(P and H")and requested clarification regarding your graduation deadline pursuant to School of Medicine Policies and information to substantiate the University's calculation of when it would have been initially possible for you to take Step 1

On May 11, 2020, P and H granted you an extension through August 30, 2020 to complete Step 1. That decision already represented an extension from the original date you would have been required to take Step 1. Subsequently, on September 2, 2020 at your request to accommodate scheduling issue caused by the NBME finding a location that could meet your accommodations, P and H again extended your USMLE Step 1 test deadline from August 30, 2020 until October 12, 2020. The committee has voted to extend your six-year deadline to complete School of Medicine requirements by an additional six weeks, to take into account the extension that was granted by P and H in August, 2020. Accordingly the completion date is being moved from November 6, 2022 to December 18, 2022.

Regarding Prometric closures, Prometric does not provide the dates during which their individual testing centers were closed during the Spring and Summer of 2020. However, we have confirmed that UCI students were successfully sitting for the examination at Prometric sites as early as May 4, 2020. We have based the previously approved 12-week extension on this data.

As such, the new date for your six-year deadline based on these extensions is December 18, 2022. If you believe this calculation is in error, please advise us immediately and include the basis for your calculation.

Regarding Step 2CK. Your MS4 curriculum began after the successful completion of your MS3 curriculum. As a passing Step 2CK score is a graduation requirement, you will need to have a passing score on this examination reported on or before December 18, 2022. Please be aware that Step 2CK reporting may take up to six weeks (requiring a testing date by November 6, 2022).

**Shannon Toohey, MD, MAEd**
**Chair**
**Promotions and Honors Committee**
**Assistant Clinical Professor**
**Department of Emergency Medicine**
**University of California, Irvine**

---

**From:** Muthoka, Jackline (Medical Student) <jmuthoka@hs.uci.edu>
**Sent:** Monday, April 11, 2022 7:08 AM
**To:** Toohey, Shannon <stoohey@hs.uci.edu>
**Cc:** phyllis thegirleylawfirm.com <phyllis@thegirleylawfirm.com>; jackline muthoka <jackiemuthoka87@gmail.com>; jackiemuthoka16@gmail.com <jackiemuthoka16@gmail.com>
**Subject:** Re: Prometric test centers availability for testing

PL-03140

Dear Dr. Toohey:

I hope this email finds you well. On February 14th, 2022, I requested that you provide me with a list of prometric test centers that were open in June 2020 since this is the information that P&H utilized to calculate the time, I was not able to schedule as well as register for USMLE step 1 due to Covid-19. As of today, 4/11/2022, I have neither received confirmation that you received my email nor been provided with the requested information despite having requested that information nearly 2 months ago. After extensive research, I could not find any prometric test centers that were open and available to provide exams to students in Southern California, in June 2020. Unfortunately, the school used this timeline to calculate the time I was affected by Covid-19 on USMLE step 1. Could you please go back and correct this issue? Once again, the time that I was affected by Covid-19 and could not take my test was from March 2020 to October 11th, 2020, and this period is approximately 7 months. Please correct this when you get a chance or provide me with the list of test centers that were open and actively issuing USMLE Step exams in June 2020.  Please also note that federal and state laws supersede school policies.

Thank you,

Jackie Muthoka

---

**From:** Muthoka, Jackline (Medical Student)
**Sent:** Monday, February 14, 2022 11:29 AM
**To:** Toohey, Shannon <stoohey@hs.uci.edu>
**Cc:** phyllis thegirleylawfirm.com <phyllis@thegirleylawfirm.com>; jackline muthoka <jackiemuthoka87@gmail.com>; jackiemuthoka16@gmail.com <jackiemuthoka16@gmail.com>
**Subject:** Prometric test centers availability for testing

Dear Dr. Toohey,

I hope you are well. In your email to me on April 6th, 2021, you stated that P&H calculated the time Prometric Centers had been closed due to COVID-19 from March to June 2021. Could you please provide me with the list of prometric test centers in Southern California that were open in June 2021? In addition,  It will also be helpful to be provided with details of where the school obtained this information from. Please note I need this information by the end of this week, if possible. Please confirm receipt of my email.

PL-03141

Thank you,

Jackie

PL-03142

Re: Prometric test centers availability for testing

Muthoka, Jackline (Medical Student) <jmuthoka@hs.uci.edu>

Mon 4/11/2022 7:08 AM

To: Toohey, Shannon <stoohey@hs.uci.edu>

Cc: phyllis thegirleylawfirm.com <phyllis@thegirleylawfirm.com>;jackline muthoka <jackiemuthoka87@gmail.com>;jackiemuthoka16@gmail.com <jackiemuthoka16@gmail.com>

Dear Dr. Toohey:

I hope this email finds you well. On February 14th, 2022, I requested that you provide me with a list of prometric test centers that were open in June 2020 since this is the information that P&H utilized to calculate the time, I was not able to schedule as well as register for USMLE step 1 due to Covid-19. As of today, 4/11/2022, I have neither received confirmation that you received my email nor been provided with the requested information despite having requested that information nearly 2 months ago. After extensive research, I could not find any prometric test centers that were open and available to provide exams to students in Southern California, in June 2020. Unfortunately, the school used this timeline to calculate the time I was affected by Covid-19 on USMLE step 1. Could you please go back and correct this issue? Once again, the time that I was affected by Covid-19 and could not take my test was from March 2020 to October 11th, 2020, and this period is approximately 7 months. Please correct this when you get a chance or provide me with the list of test centers that were open and actively issuing USMLE Step exams in June 2020.  Please also note that federal and state laws supersede school policies.

Thank you,

Jackie Muthoka

---

**From:** Muthoka, Jackline (Medical Student)
**Sent:** Monday, February 14, 2022 11:29 AM
**To:** Toohey, Shannon <stoohey@hs.uci.edu>
**Cc:** phyllis thegirleylawfirm.com <phyllis@thegirleylawfirm.com>; jackline muthoka <jackiemuthoka87@gmail.com>; jackiemuthoka16@gmail.com <jackiemuthoka16@gmail.com>
**Subject:** Prometric test centers availability for testing

Dear Dr. Toohey,

I hope you are well. In your email to me on April 6th, 2021, you stated that P&H calculated the time Prometric Centers had been closed due to COVID-19 from March to June 2021. Could you please provide me with the list of prometric test centers in Southern California that were open in June 2021? In addition,  It will also be helpful to be provided with details of where the school obtained this information from. Please note I need this information by the end of this week, if possible. Please confirm receipt of my email.

Thank you,
Jackie

PL-03143

## Fw: Elective request

**Muthoka, Jackline (Medical Student) <jmuthoka@hs.uci.edu>**

Fri 9/17/2021 3:32 PM

To: Toohey, Shannon <stoohey@hs.uci.edu>

Cc: jackline muthoka <jackiemuthoka87@gmail.com>

Dear Dr. Toohey,


I hope you are well. As I wait for you and the committee to get back to me on the email I sent you, I would like to revisit the issue of my schedule again. I am attaching your email to me dated 4/6/2021. From your email, the P&H Committee did not accurately calculate the number of months COVID-19 delayed my ability to take USMLE Step 1. I am hoping to get this error corrected.


**Delay Timeline**

- **Start:** Covid-19 lockdown in California took effect in March 2020.
- **Error:** P&H wrote that the delay ended in June 2020.
- **End date:** However, I was unable to take the test until October 12-13. Dates which were approved by then P&H chair, Dr. Forthal. See the attached email chain.

I respectfully request that the P&H re-calculate the delay with the correct end date. The delay was from March, 2020 to October 12, 2020.


Thank you,

Jackie


---

**From:** Toohey, Shannon <stoohey@hs.uci.edu>
**Sent:** Tuesday, April 6, 2021 9:58 AM
**To:** Muthoka, Jackline (Medical Student) <jmuthoka@hs.uci.edu>
**Subject:** Re: Elective request

Dear Jackline,

Given the exceptional circumstances surrounding COVID-19 P&H has approved your request for exemption of the time during which USMLE exams were unavailable due to closure of the Prometric Testing Centers. As such, the period from March 18 through June 8th of 2020 will not count toward your 6-year time limit for graduation. This is the period during which no local testing centers were opened and available for testing. It is a total of 11 weeks and 5 days, however, we are rounding up to 12 weeks for the exemption.

PL-03144

This adjustment of 12 weeks changes your 6-year graduation limit from August 1, 2022 to October 24, 2022.

With this change, your request for an exemption on the limit on electives during third year becomes a non-issue and is no longer necessary. Please work with Dr. Wiechmann for an updated schedule plan for your remaining clerkships.

Regards,

**Shannon Toohey, MD, MAEd**
**Chair**
**Promotions and Honors Committee**
**Assistant Clinical Professor**
**Department of Emergency Medicine**
University of California, Irvine

On Mar 30, 2021, at 9:41 PM, Muthoka, Jackline (Medical Student) <jmuthoka@hs.uci.edu> wrote:

Dear Dr. Toohey,

I hope you are doing well. I met with Dr. Wiechmann and we had time to discuss the schedule he created for me. I am forwarding you the email summary of our meeting so that you are updated with that information. Having said that, the created schedule allows me to take more than 4 weeks of electives than are usually allowed in the third year curriculum. I am requesting that P&H approve this schedule since it was created with the consideration of the available schedules and there are really no other options available for me at this point.

In addition to schedule questions, I was wondering if I could get a detailed explanation as to why the school is stating that I am running out of the 6 year graduation period. Just to update you on what happened, I was scheduled to take my test on May 3rd, but due to Covid-19, there was a state lockdown from March through August (I can confirm exact dates if you need them). There was also a huge backlog with the NBME and so, I did not get my reasonable accommodations for my Step 1 exam until August 7th. Also, exam scheduling was affected and the earliest date prometric test centers could allow me to take my test was October 12th (please refer to my file regarding this information and discussions with the previous P&H chair, Dr. Forthal). From the email you sent me earlier this month or last month, it seems like the school is holding me accountable for time lost (more than 8 months) due to a global pandemic. I'm not sure what I could have done since the global pandemic affected institutions globally and it was something that was out of my control. Furthermore, the issues revolving around step 1 were a result of mistakes from DSC and the previous SOM administration dating back to August 2017.

I would appreciate it if you could please provide me with the information regarding the issue of the 6 years graduation period as soon as possible as it is urgent on my end.

Thank you,

PL-03145

Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

Begin forwarded message:

> **From:** "Wiechmann, Warren" <wiechmaw@hs.uci.edu>
> **Date:** March 26, 2021 at 1:11:47 PM PDT
> **To:** "Muthoka, Jackline (Medical Student)" <jmuthoka@hs.uci.edu>, jackline muthoka
> <jackiemuthoka87@gmail.com>
> **Cc:** wiechmaw@uci.edu, "Dean, Terri" <tdean@hs.uci.edu>
> **Subject: Summary of March 23rd Zoom Discussion**

Dear Jackie,

I wanted to summarize our Tuesday, March 23rd Zoom discussion about your schedule,
challenges, and suggested next steps.

I have attached a copy of the schedule based on the most recent information I had,
specifically the Surgery shelf failure, which requires you to retake 4 weeks of Surgery
and an additional shelf exam attempt. This latest development creates several
challenges for you:

1. **Maximum of 4 weeks of electives during MS3 year:** Students are permitted a
   maximum of 4 weeks of electives during their MS3 year. In order to prevent
   gaps in your schedule, you would need to schedule **three additional elective
   weeks** (seven total instead of four) during your MS3 year — those weeks are
   6/7-6/13, 6/14-6/20, and 11/8-11/14. This requires an exception to
   the *Electives (UCI and Extramural)* policy.
   a. This is a time-sensitive issue — as electives at UCI must be scheduled at
      least 2 weeks in advance, you would need P&H approval no later than
      5/24/21 to sign up for the 6/7 elective week. P&H meets on Monday
      5/3/21 and can vote then. Your request should be submitted to them by
      4/26/21 so it gets on the meeting agenda and they can review it prior to
      the meeting.
2. **Unable to complete degree requirements by August 1, 2021:** With the
   additional four weeks required to retake the Surgery clerkship, a maximally filled
   schedule will only allow you to complete 26 out of 28 weeks of required
   electives.
3. **Step 2CK preparation:** In addition to not being able to meet degree completion
   requirements by August 1, 2021, you will not have any dedicated preparation
   time for Step 2CK, meaning that you will need to prepare while concurrently
   enrolled in clerkships and electives. The deadline (per *Exam Administration and
   Procedures* policy) to take Step 2CK is December 1, 2021.

Without addressing these challenges, it will not be possible for you to complete
medical school within the parameters required by policy and the Committee on

PL-03146

Promotions and Honors.  Again, any extension or exceptions to policy would be under the purview of the Committee on Promotions and Honors.

In our discussion, you also brought up the possibility of pursuing your MBA, with an anticipated start date of September, 2022.  This would require you to first discuss that with the MD/MBA program leadership and the Committee on Promotions and Honors.

To summarize, I strongly recommend that you reach out to P&H sooner rather than later, especially as the electives issue (Challenge #1 above) is time-sensitive.

*-ww*

**Warren Wiechmann, MD, MBA**
Associate Dean of Clinical Science Education and Educational Technology
Associate Professor of Clinical Emergency Medicine
UC Irvine Health School of Medicine
: : [wiechmaw@uci.edu](mailto:wiechmaw@uci.edu)
: : @warrenwiechmann
: : 949.824.3837
: : *pronouns: he/him/his*

<2021.03.26_JM.pdf>

PL-03147

# EXHIBIT C

PL-03148

Re: Email follow-up

Muthoka, Jackline (Medical Student) <jmuthoka@hs.uci.edu>
Mon 8/10/2020 4:52 PM

To: Forthal, Donald <dnfortha@hs.uci.edu>

Cc: jjambeck@leighlawgroup.com <jjambeck@leighlawgroup.com>;Schneider, Peter <pschneid@uci.edu>;Osborn, Megan <mbo@hs.uci.edu>;Guirguis, Nancy <ngirguis@hs.uci.edu>;jackline muthoka <jackiemuthoka87@gmail.com>

📎 1 attachments (131 KB)
USMLE Step 1 Exam Accommodations.pdf;

Dear Dr. Forthal,

I am writing this email to inform you that I have received full accommodation from the NBME for the USMLE Step 1, Step 2 CK, and Step 3 exam (See attached NBME letter for additional details). As noted in my prior email, the August 30th date was a placeholder due to the extenuating circumstances, as well as the time it took to appeal for accommodation and wait to hear back from NBME. The next step for me is to study, receive a scheduling permit, and schedule for the exam. I will update you with this information as soon as it is made available to me. Please confirm the receipt of this email.

Sincerely,

Jackie

---

**From:** Muthoka, Jackline
**Sent:** Sunday, April 26, 2020 4:33 AM
**To:** Forthal, Donald <dnfortha@hs.uci.edu>
**Cc:** jjambeck@leighlawgroup.com <jjambeck@leighlawgroup.com>; jackline muthoka <jackiemuthoka87@gmail.com>
**Subject:** Email follow-up

Dear Dr. Forthal,

I hope you are doing well. I am writing to follow-up on an email I send you a few days ago. While I do recognize this is a decision that will take some time for you and the Committee to make, I would, however, appreciate an acknowledgment of receipt of my email. Please let me know if you received the email. If the email never went through, I have included it below for your convenience.

Thank you,
Jackie

PL-03149

Dear Dr. Forthal,

  I hope this email finds you and your family well.

  I am emailing you in regards to the USMLE Step 1 test date. As a result of the shelter-in-place order, I
am unable to take the USMLE Step 1 exam by the beginning of May as required by the P&H decision
letter. I need more time until the shelter in place order is lifted and I can schedule the test.  Additionally, I
am still in the process of obtaining accommodations from NBME and my attorney is dealing with that.
  Thus, I am requesting that I be given an extension tentatively through August 30, 2020. I am choosing
this date to request as a placeholder due to the uncertainty of the current circumstances.

Thank you,
Jackline Muthoka

PL-03150

Re: Email follow-up

Forthal, Donald <dnfortha@hs.uci.edu>
Mon 4/27/2020 7:11 AM

To: Muthoka, Jackline (Medical Student) <jmuthoka@hs.uci.edu>

Cc: jjambeck@leighlawgroup.com <jjambeck@leighlawgroup.com>;jackline muthoka
<jackiemuthoka87@gmail.com>;Schneider, Peter <pschneid@uci.edu>;Osborn, Megan <mbo@hs.uci.edu>

Hi Jackie,
No worries. We won't penalize you.
DF

---

**From:** "Muthoka, Jackline" <jmuthoka@hs.uci.edu>
**Date:** Monday, April 27, 2020 at 5:45 AM
**To:** "Forthal, Donald" <dnfortha@hs.uci.edu>
**Cc:** "jjambeck@leighlawgroup.com" <jjambeck@leighlawgroup.com>, jackline muthoka
<jackiemuthoka87@gmail.com>, "Schneider, Peter" <pschneid@uci.edu>, "Osborn, Megan"
<mbo@hs.uci.edu>
**Subject:** Re: Email follow-up

Thank you for the response.

I just want to make sure the committee is aware that I received the hearing decision letter with the May
3rd deadline three days before the shelter in place order took effect. The test centers have remained
closed and there is a backlog with NBME.

Since the committee is meeting after the May 3rd deadline I hope it's safe for me to assume that I won't
be held accountable to the May 3rd deadline.

Thank you,

Jackie

---

**From:** Forthal, Donald <dnfortha@hs.uci.edu>
**Sent:** Sunday, April 26, 2020 6:48 AM
**To:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Cc:** jjambeck@leighlawgroup.com <jjambeck@leighlawgroup.com>; jackline muthoka
<jackiemuthoka87@gmail.com>; Schneider, Peter <pschneid@uci.edu>; Osborn, Megan <mbo@hs.uci.edu>
**Subject:** Re: Email follow-up

Dear Jackie,

PL-03151

We plan to consider your request at our May 4th meeting.

Thanks,

DF

---

**From:** "Muthoka, Jackline" <jmuthoka@hs.uci.edu>
**Date:** Sunday, April 26, 2020 at 4:33 AM
**To:** "Forthal, Donald" <dnfortha@hs.uci.edu>
**Cc:** "jjambeck@leighlawgroup.com" <jjambeck@leighlawgroup.com>, jackline muthoka <jackiemuthoka87@gmail.com>
**Subject:** Email follow-up


Dear Dr. Forthal,


I hope you are doing well. I am writing to follow-up on an email I send you a few days ago. While I do recognize this is a decision that will take some time for you and the Committee to make, I would, however, appreciate an acknowledgment of receipt of my email. Please let me know if you received the email. If the email never went through, I have included it below for your convenience.


Thank you,

Jackie


Dear Dr. Forthal,


 I hope this email finds you and your family well.


 I am emailing you in regards to the USMLE Step 1 test date. As a result of the shelter-in-place order, I am unable to take the USMLE Step 1 exam by the beginning of May as required by the P&H decision letter. I need more time until the shelter in place order is lifted and I can schedule the test.  Additionally, I am still in the process of obtaining accommodations from NBME and my attorney is dealing with that.

  Thus, I am requesting that I be given an extension tentatively through August 30, 2020. I am choosing this date to request as a placeholder due to the uncertainty of the current circumstances.


Thank you,

Jackline Muthoka

PL-03152

## Re: Email follow-up

**Muthoka, Jackline (Medical Student)** <jmuthoka@hs.uci.edu>

Fri 10/30/2020 10:58 PM

To: Forthal, Donald <dnfortha@hs.uci.edu>

Cc: Jay Jambeck <jjambeck@leighlawgroup.com>;Schneider, Peter <pschneid@uci.edu>;Osborn, Megan <mbo@hs.uci.edu>;Guirguis, Nancy <ngirguis@hs.uci.edu>;jackline muthoka <jackiemuthoka87@gmail.com>

Thank you!

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

> On Oct 28, 2020, at 3:08 PM, Forthal, Donald <dnfortha@hs.uci.edu> wrote:

> Hi Jackie,
> What great news! Congrats! I think Dr. Osborn's office can better advise you on next steps.
> Best,
> DF

**From:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Sent:** Wednesday, October 28, 2020 2:57 PM
**To:** Forthal, Donald <dnfortha@hs.uci.edu>
**Cc:** Jay Jambeck <jjambeck@leighlawgroup.com>; Schneider, Peter <pschneid@uci.edu>; Osborn, Megan <mbo@hs.uci.edu>; Guirguis, Nancy <ngirguis@hs.uci.edu>; jackline muthoka <jackiemuthoka87@gmail.com>
**Subject:** Re: Email follow-up

Dear Dr. Forthal,

I hope this email finds you well. I would like to inform you that my Step 1 score was released today and I PASSED my test! Please let me know what steps I need to take to resume classes.

Thank you,
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

PL-03153

On Sep 5, 2020, at 4:26 AM, Muthoka, Jackline <jmuthoka@hs.uci.edu> wrote:

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

Begin forwarded message:

**From:** "Forthal, Donald" <dnfortha@hs.uci.edu>
**Date:** September 4, 2020 at 10:59:51 AM PDT
**To:** "Muthoka, Jackline" <jmuthoka@hs.uci.edu>
**Cc:** jackline muthoka <jackiemuthoka87@gmail.com>,
"jjambeck@leighlawgroup.com" <jjambeck@leighlawgroup.com>,
"Schneider, Peter" <pschneid@uci.edu>, "Osborn, Megan"
<mbo@hs.uci.edu>, "Guirguis, Nancy" <ngirguis@hs.uci.edu>
**Subject: RE:  Email follow-up**

Dear Jackie,
Thank you for sending the correspondence. The committee expects
you to complete Step 1 on October 12 and 13th.
Best wishes,
DF

**From:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Sent:** Wednesday, September 02, 2020 6:08 PM
**To:** Forthal, Donald <dnfortha@hs.uci.edu>
**Cc:** jackline muthoka <jackiemuthoka87@gmail.com>;
jjambeck@leighlawgroup.com; Schneider, Peter <pschneid@uci.edu>;
Osborn, Megan <mbo@hs.uci.edu>; Guirguis, Nancy
<ngirguis@hs.uci.edu>
**Subject:** Re: Email follow-up

Dear Dr. Forthal,
The Prometric official scheduled my test yesterday and I received
the official notification with my test scheduled for October 12th and
13th. I have attached the email conversations I had with Prometric
officials in this email and my permit from NBME. I called the
NBME Disability Services Center in Philadelphia and I did not
have any email communications with them. I also called Prometric
for scheduling (as advised in the permit)  and only requested email
summaries from the officials that worked with me, for my records,
and also to know who to follow-up with when the process took
longer than expected. I don't have a way to send you phone records,
but the school can subpoena these telephone records from the
NBME and Prometric should you need them.
I am, therefore, requesting that the P&H Committee grant me an
extension to take my test on October 12 and 13th as scheduled.

Thank you,

PL-03154

Jackie

---

**From:** Muthoka, Jackline
**Sent:** Monday, August 24, 2020 6:16 PM
**To:** Forthal, Donald <dnfortha@hs.uci.edu>
**Cc:** jackline muthoka <jackiemuthoka87@gmail.com>;
jjambeck@leighlawgroup.com <jjambeck@leighlawgroup.com>;
Schneider, Peter <pschneid@uci.edu>; Osborn, Megan
<mbo@hs.uci.edu>; Guirguis, Nancy <ngirguis@hs.uci.edu>
**Subject:** Re: Email follow-up

Will do,  thanks!

Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

On Aug 24, 2020, at 5:52 PM, Forthal, Donald
<dnfortha@hs.uci.edu> wrote:

Dear Jackie,
It is critical that you send us ALL the correspondence
regarding testing. This should include correspondence
from NBME and Prometric.

Thanks,
DF

---

**From:** jackline muthoka <jackiemuthoka87@gmail.com>
**Sent:** Monday, August 24, 2020 5:14 PM
**To:** Forthal, Donald <dnfortha@hs.uci.edu>
**Cc:** Muthoka, Jackline <jmuthoka@hs.uci.edu>;
jjambeck@leighlawgroup.com; Schneider, Peter
<pschneid@uci.edu>; Osborn, Megan <mbo@hs.uci.edu>;
Guirguis, Nancy <ngirguis@hs.uci.edu>
**Subject:** Re: Email follow-up

Dear Dr. Forthal

PL-03155

I hope this email finds you well. I apologize this
process is taking longer than usual and I wanted to let
you know what's been going on. I received the
scheduling permit and  I have been trying to secure a
test date for my exam. There were issues with my
permit and I have been trying to straighten that out.  I
anticipated this was going to be resolved last week, but
Prometric is still working on it. Just to make sure we
are on the same page, the process for scheduling exams
with accommodations is completely different. Under
standard conditions, I would receive the permit and log
on to Prometric's website and access the exam calendar
with available exam dates and I would pick the date
myself. With accommodations, the process is done
manually for me by a Prometric operations official
from the main Prometric office in Baltimore. With the
exam being administered in two days, this has been
tough since I am finding test dates whereby day 1 of
the exam and day 2 are a week apart. The officials have
to call Prometric test centers near me (by zip code) to
see if they can minimize this gap. In addition, there are
fewer dates available and I am trying to make sure my
test is not too far out. This is what has caused the delay
and I wanted to let you know that as soon as I find out,
I'll let you know and make an official request with a
specific date rather than emailing you blindly and
having to make multiple requests. Thanks for your
patience

Thank you,
Jackie


Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400



On Aug 12, 2020, at 4:43 PM, Forthal,
Donald <dnfortha@hs.uci.edu> wrote:


Dear Jackie,
This is to remind you that in its May 11,
202 decision, the committee set a
deadline of August 30, 2020 for you to
take the exam. There was no request for
an extension. If the NBME cannot
accommodate this deadline, you are
required to submit the relevant (and all)

PL-03156

correspondence from the NBME as indicated in the decision letter.  Otherwise, delays beyond the August 30th date will result in another hearing.

Sincerely,
DF

---

**From:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Sent:** Monday, August 10, 2020 5:05 PM
**To:** Forthal, Donald <dnfortha@hs.uci.edu>
**Cc:** jjambeck@leighlawgroup.com; Schneider, Peter <pschneid@uci.edu>; Osborn, Megan <mbo@hs.uci.edu>; Guirguis, Nancy <ngirguis@hs.uci.edu>; jackline muthoka <jackiemuthoka87@gmail.com>
**Subject:** Re: Email follow-up

Great!
Thank you for confirming you received my email.  I don't know yet- I am waiting for the NBME to issue me with the permit. More information to come.
Thank you,
Jackie

---

**From:** Forthal, Donald <dnfortha@hs.uci.edu>
**Sent:** Monday, August 10, 2020 4:57 PM
**To:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Cc:** jjambeck@leighlawgroup.com <jjambeck@leighlawgroup.com>; Schneider, Peter <pschneid@uci.edu>; Osborn, Megan <mbo@hs.uci.edu>; Guirguis, Nancy <ngirguis@hs.uci.edu>; jackline muthoka <jackiemuthoka87@gmail.com>
**Subject:** RE: Email follow-up

Thanks Jackie. When are you planning to take it?
DF

---

**From:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Sent:** Monday, August 10, 2020 4:52 PM
**To:** Forthal, Donald <dnfortha@hs.uci.edu>
**Cc:** jjambeck@leighlawgroup.com; Schneider, Peter <pschneid@uci.edu>; Osborn, Megan <mbo@hs.uci.edu>; Guirguis, Nancy

PL-03157

<ngirguis@hs.uci.edu>; jackline muthoka
<jackiemuthoka87@gmail.com>
**Subject:** Re: Email follow-up

Dear Dr. Forthal,
I am writing this email to inform you that I
have received full accommodation from the
NBME for the USMLE Step 1, Step 2 CK, and
Step 3 exam (See attached NBME letter for
additional details). As noted in my prior email,
the August 30th date was a placeholder due to
the extenuating circumstances, as well as the
time it took to appeal for accommodation and
wait to hear back from NBME. The next step
for me is to study, receive a scheduling permit,
and schedule for the exam. I will update you
with this information as soon as it is made
available to me. Please confirm the receipt of
this email.
Sincerely,
Jackie

---

**From:** Muthoka, Jackline
**Sent:** Sunday, April 26, 2020 4:33 AM
**To:** Forthal, Donald <dnfortha@hs.uci.edu>
**Cc:** jjambeck@leighlawgroup.com
<jjambeck@leighlawgroup.com>; jackline
muthoka <jackiemuthoka87@gmail.com>
**Subject:** Email follow-up

Dear Dr. Forthal,

I hope you are doing well. I am writing to
follow-up on an email I send you a few
days ago. While I do recognize this is a
decision that will take some time for you
and the Committee to make, I would,
however, appreciate an acknowledgment of
receipt of my email. Please let me know if
you received the email. If the email never
went through, I have included it below for
your convenience.

Thank you,
Jackie

Dear Dr. Forthal,

   I hope this email finds you and your
family well.

PL-03158

I am emailing you in regards to the USMLE Step 1 test date. As a result of the shelter-in-place order, I am unable to take the USMLE Step 1 exam by the beginning of May as required by the P&H decision letter. I need more time until the shelter in place order is lifted and I can schedule the test. Additionally, I am still in the process of obtaining accommodations from NBME and my attorney is dealing with that.

Thus, I am requesting that I be given an extension tentatively through August 30, 2020. I am choosing this date to request as a placeholder due to the uncertainty of the current circumstances.

Thank you,
Jackline Muthoka

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not use, distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-7006 immediately if you have received this e-mail in error. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not use, distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-7006 immediately if you have received this e-mail in error. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not use, distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-7006 immediately if you have received this e-mail in error. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

PL-03159

PL-03160

## Re: Email follow-up

**Muthoka, Jackline (Medical Student) <jmuthoka@hs.uci.edu>**

Fri 10/30/2020 10:58 PM

To: Forthal, Donald <dnfortha@hs.uci.edu>

Cc: Jay Jambeck <jjambeck@leighlawgroup.com>;Schneider, Peter <pschneid@uci.edu>;Osborn, Megan <mbo@hs.uci.edu>;Guirguis, Nancy <ngirguis@hs.uci.edu>;jackline muthoka <jackiemuthoka87@gmail.com>

Thank you!

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

> On Oct 28, 2020, at 3:08 PM, Forthal, Donald <dnfortha@hs.uci.edu> wrote:

> Hi Jackie,
> What great news! Congrats! I think Dr. Osborn's office can better advise you on next steps.
> Best,
> DF

> **From:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
> **Sent:** Wednesday, October 28, 2020 2:57 PM
> **To:** Forthal, Donald <dnfortha@hs.uci.edu>
> **Cc:** Jay Jambeck <jjambeck@leighlawgroup.com>; Schneider, Peter <pschneid@uci.edu>; Osborn, Megan <mbo@hs.uci.edu>; Guirguis, Nancy <ngirguis@hs.uci.edu>; jackline muthoka <jackiemuthoka87@gmail.com>
> **Subject:** Re: Email follow-up

> Dear Dr. Forthal,

> I hope this email finds you well. I would like to inform you that my Step 1 score was released today and I PASSED my test! Please let me know what steps I need to take to resume classes.

> Thank you,
> Jackie

> Best,
> Jackline Muthoka MS3
> UC Irvine School of Medicine
> jmuthoka@uci.edu
> 7145986400/7143980106

PL-03161

On Sep 5, 2020, at 4:26 AM, Muthoka, Jackline <jmuthoka@hs.uci.edu> wrote:

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7145986400/7143980106

Begin forwarded message:

> **From:** "Forthal, Donald" <dnfortha@hs.uci.edu>
> **Date:** September 4, 2020 at 10:59:51 AM PDT
> **To:** "Muthoka, Jackline" <jmuthoka@hs.uci.edu>
> **Cc:** jackline muthoka <jackiemuthoka87@gmail.com>,
> "jjambeck@leighlawgroup.com" <jjambeck@leighlawgroup.com>,
> "Schneider, Peter" <pschneid@uci.edu>, "Osborn, Megan"
> <mbo@hs.uci.edu>, "Guirguis, Nancy" <ngirguis@hs.uci.edu>
> **Subject: RE:  Email follow-up**

Dear Jackie,
Thank you for sending the correspondence. The committee expects you to complete Step 1 on October 12 and 13th.
Best wishes,
DF

**From:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Sent:** Wednesday, September 02, 2020 6:08 PM
**To:** Forthal, Donald <dnfortha@hs.uci.edu>
**Cc:** jackline muthoka <jackiemuthoka87@gmail.com>;
jjambeck@leighlawgroup.com; Schneider, Peter <pschneid@uci.edu>;
Osborn, Megan <mbo@hs.uci.edu>; Guirguis, Nancy
<ngirguis@hs.uci.edu>
**Subject:** Re: Email follow-up

Dear Dr. Forthal,
The Prometric official scheduled my test yesterday and I received the official notification with my test scheduled for October 12th and 13th. I have attached the email conversations I had with Prometric officials in this email and my permit from NBME. I called the NBME Disability Services Center in Philadelphia and I did not have any email communications with them. I also called Prometric for scheduling (as advised in the permit)  and only requested email summaries from the officials that worked with me, for my records, and also to know who to follow-up with when the process took longer than expected. I don't have a way to send you phone records, but the school can subpoena these telephone records from the NBME and Prometric should you need them.
I am, therefore, requesting that the P&H Committee grant me an extension to take my test on October 12 and 13th as scheduled.

Thank you,

PL-03162

Jackie

---

**From:** Muthoka, Jackline
**Sent:** Monday, August 24, 2020 6:16 PM
**To:** Forthal, Donald <dnfortha@hs.uci.edu>
**Cc:** jackline muthoka <jackiemuthoka87@gmail.com>;
jjambeck@leighlawgroup.com <jjambeck@leighlawgroup.com>;
Schneider, Peter <pschneid@uci.edu>; Osborn, Megan
<mbo@hs.uci.edu>; Guirguis, Nancy <ngirguis@hs.uci.edu>
**Subject:** Re: Email follow-up

Will do, thanks!

Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

> On Aug 24, 2020, at 5:52 PM, Forthal, Donald
> <dnfortha@hs.uci.edu> wrote:

Dear Jackie,
It is critical that you send us ALL the correspondence
regarding testing. This should include correspondence
from NBME and Prometric.

Thanks,
DF

---

**From:** jackline muthoka <jackiemuthoka87@gmail.com>
**Sent:** Monday, August 24, 2020 5:14 PM
**To:** Forthal, Donald <dnfortha@hs.uci.edu>
**Cc:** Muthoka, Jackline <jmuthoka@hs.uci.edu>;
jjambeck@leighlawgroup.com; Schneider, Peter
<pschneid@uci.edu>; Osborn, Megan <mbo@hs.uci.edu>;
Guirguis, Nancy <ngirguis@hs.uci.edu>
**Subject:** Re: Email follow-up

Dear Dr. Forthal

PL-03163

I hope this email finds you well. I apologize this process is taking longer than usual and I wanted to let you know what's been going on. I received the scheduling permit and  I have been trying to secure a test date for my exam. There were issues with my permit and I have been trying to straighten that out.  I anticipated this was going to be resolved last week, but Prometric is still working on it. Just to make sure we are on the same page, the process for scheduling exams with accommodations is completely different. Under standard conditions, I would receive the permit and log on to Prometric's website and access the exam calendar with available exam dates and I would pick the date myself. With accommodations, the process is done manually for me by a Prometric operations official from the main Prometric office in Baltimore. With the exam being administered in two days, this has been tough since I am finding test dates whereby day 1 of the exam and day 2 are a week apart. The officials have to call Prometric test centers near me (by zip code) to see if they can minimize this gap. In addition, there are fewer dates available and I am trying to make sure my test is not too far out. This is what has caused the delay and I wanted to let you know that as soon as I find out, I'll let you know and make an official request with a specific date rather than emailing you blindly and having to make multiple requests. Thanks for your patience

Thank you,
Jackie


Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400


On Aug 12, 2020, at 4:43 PM, Forthal, Donald <dnfortha@hs.uci.edu> wrote:


Dear Jackie,
This is to remind you that in its May 11, 202 decision, the committee set a deadline of August 30, 2020 for you to take the exam. There was no request for an extension. If the NBME cannot accommodate this deadline, you are required to submit the relevant (and all)

PL-03164

correspondence from the NBME as indicated in the decision letter. Otherwise, delays beyond the August 30th date will result in another hearing.

Sincerely,
DF

---

**From:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Sent:** Monday, August 10, 2020 5:05 PM
**To:** Forthal, Donald <dnfortha@hs.uci.edu>
**Cc:** jjambeck@leighlawgroup.com; Schneider, Peter <pschneid@uci.edu>; Osborn, Megan <mbo@hs.uci.edu>; Guirguis, Nancy <ngirguis@hs.uci.edu>; jackline muthoka <jackiemuthoka87@gmail.com>
**Subject:** Re: Email follow-up

Great!
Thank you for confirming you received my email. I don't know yet- I am waiting for the NBME to issue me with the permit. More information to come.
Thank you,
Jackie

---

**From:** Forthal, Donald <dnfortha@hs.uci.edu>
**Sent:** Monday, August 10, 2020 4:57 PM
**To:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Cc:** jjambeck@leighlawgroup.com <jjambeck@leighlawgroup.com>; Schneider, Peter <pschneid@uci.edu>; Osborn, Megan <mbo@hs.uci.edu>; Guirguis, Nancy <ngirguis@hs.uci.edu>; jackline muthoka <jackiemuthoka87@gmail.com>
**Subject:** RE: Email follow-up

Thanks Jackie. When are you planning to take it?
DF

---

**From:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Sent:** Monday, August 10, 2020 4:52 PM
**To:** Forthal, Donald <dnfortha@hs.uci.edu>
**Cc:** jjambeck@leighlawgroup.com; Schneider, Peter <pschneid@uci.edu>; Osborn, Megan <mbo@hs.uci.edu>; Guirguis, Nancy

PL-03165

<ngirguis@hs.uci.edu>; jackline muthoka
<jackiemuthoka87@gmail.com>
**Subject:** Re: Email follow-up

Dear Dr. Forthal,
I am writing this email to inform you that I
have received full accommodation from the
NBME for the USMLE Step 1, Step 2 CK, and
Step 3 exam (See attached NBME letter for
additional details). As noted in my prior email,
the August 30th date was a placeholder due to
the extenuating circumstances, as well as the
time it took to appeal for accommodation and
wait to hear back from NBME. The next step
for me is to study, receive a scheduling permit,
and schedule for the exam. I will update you
with this information as soon as it is made
available to me. Please confirm the receipt of
this email.
Sincerely,
Jackie

---

**From:** Muthoka, Jackline
**Sent:** Sunday, April 26, 2020 4:33 AM
**To:** Forthal, Donald <dnfortha@hs.uci.edu>
**Cc:** jjambeck@leighlawgroup.com
<jjambeck@leighlawgroup.com>; jackline
muthoka <jackiemuthoka87@gmail.com>
**Subject:** Email follow-up

Dear Dr. Forthal,

I hope you are doing well. I am writing to
follow-up on an email I send you a few
days ago. While I do recognize this is a
decision that will take some time for you
and the Committee to make, I would,
however, appreciate an acknowledgment of
receipt of my email. Please let me know if
you received the email. If the email never
went through, I have included it below for
your convenience.

Thank you,
Jackie

Dear Dr. Forthal,

   I hope this email finds you and your
family well.

PL-03166

I am emailing you in regards to the USMLE Step 1 test date. As a result of the shelter-in-place order, I am unable to take the USMLE Step 1 exam by the beginning of May as required by the P&H decision letter. I need more time until the shelter in place order is lifted and I can schedule the test.  Additionally, I am still in the process of obtaining accommodations from NBME and my attorney is dealing with that.

  Thus, I am requesting that I be given an extension tentatively through August 30, 2020. I am choosing this date to request as a placeholder due to the uncertainty of the current circumstances.

Thank you,
Jackline Muthoka

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not use, distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-7006 immediately if you have received this e-mail in error. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not use, distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-7006 immediately if you have received this e-mail in error. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

This message may contain confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, do not use, distribute, or copy this e-mail. Please notify the UC Irvine Health – Compliance and Privacy Office via email at hacompliance@uci.edu or by phone 888-456-7006 immediately if you have received this e-mail in error. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

PL-03167

Case 8:23-cv-01333-FWS-JDE    Document 66-1    Filed 03/27/25    Page 57 of 84    Page ID #:1590
PL-03168

## USMLE Step 1 Test Extension Request

Muthoka, Jackline (Medical Student) <jmuthoka@hs.uci.edu>

Thu 4/23/2020 4:02 PM

To: Forthal, Donald <dnfortha@hs.uci.edu>

Cc: jjambeck@leighlawgroup.com <jjambeck@leighlawgroup.com>;jackline muthoka <jackiemuthoka87@gmail.com>

Dear Dr. Forthal,

 I hope this email finds you and your family well.

 I am emailing you in regards to the USMLE Step 1 test date. As a result of the shelter-in-place order, I am unable to take the USMLE Step 1 exam by the beginning of May as required by the P&H decision letter. I need more time until the shelter in place order is lifted and I can schedule the test.  Additionally, I am still in the process of obtaining accommodations from NBME and my attorney is dealing with that.  Thus, I am requesting that I be given an extension tentatively through August 30, 2020. I am choosing this date to request as a placeholder due to the uncertainty of the current circumstances.

Thank you,
Jackline Muthoka

PL-03169

# UNIVERSITY OF CALIFORNIA, IRVINE

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO ━━━ SANTA BARBARA • SANTA CRUZ

COMMITTEE ON PROMOTIONS AND HONORS
UCI School of Medicine

IRVINE, CALIFORNIA 92697-4089
(949) 824-5932
FAX (949) 824-2083

May 11, 2020              VIA EMAIL

To: Jackline Muthoka

Re: Promotions and Honors Hearing Decision

Dear Ms. Muthoka:

At its May 4th, 2020 meeting, the Committee on Promotions and Honors ("Committee") took up your request to extend the previously set deadline for taking the USMLE Step 1 exam. The Committee agreed to extend the deadline to August 30, 2020. In addition, the Committee is requiring that you submit to the Committee all written correspondence from this time forward between you and the NBME regarding scheduling of the test.

Sincerely,

Donald Forthal, MD
Chair
Promotions and Honors Committee

PL-03170

# EXHIBIT D

PL-03171

**NBME**℠

**Confidential**
Confirmation of Test Accommodations

August 6, 2020

Jackline Muthoka
3131 Verano Place
Irvine, CA 92617

RE: USMLE Step 1                                    USMLE ID#: 5-402-796-6

Dear Ms. Muthoka:

We will provide the following accommodation(s) for the USMLE Step 1 for which you are currently registered:

- **Additional testing time - time and one half:**  The exam will be administered over two days.
  - **Day one** will be 6 hours and 30 minutes in length and will include a 30 minute tutorial and 7 blocks with approximately 20 questions per block.
  - **Day two** will be 6 hours in length and will include 7 blocks with approximately 20 questions per block. You will have up to 45 minutes to complete each block.
  - You will receive 45 minutes of break time each day, including lunch.  You may use break time as needed between blocks.  If you complete the tutorial or an examination block in less time than allotted, the unused time will be added to your available break time.

- **Separate testing room**

These accommodations may not be changed at the test center on your scheduled exam day. If you choose not to use these accommodations, please notify Disability Services immediately at disabilityservices@nbme.org or by calling 215-590-9700 for instructions.

You will receive a new electronic scheduling permit containing the information needed to schedule your additional time exam appointment.  Please destroy all copies of your old scheduling permit as it has been deactivated. Call Prometric at the number listed on your new scheduling permit as soon as you receive it to schedule your appointment. Currently, this special Prometric telephone line is open Monday-Friday 8am – 6pm ET.  Due to high call volume, hold times may be long, especially after 11am. Ask for the Prometric representative's direct extension for use if you need to call back or reschedule.

**Please monitor the USMLE announcements page at www.usmle.org and the Prometric website at www.prometric.com/corona-virus-update for up-to-date information regarding the impact of the coronavirus (COVID-19) pandemic on USMLE testing.**

**Requesting Test Accommodations For Subsequent Step Examinations**

Notify the USMLE in writing each time you apply for a Step examination for which you require test accommodations.  Information and forms to request test accommodations on subsequent USMLE administrations are available at www.usmle.org/test-accommodations/forms.html.

Sincerely,

Catherine Farmer, Psy.D.
Director, Disability Services
ADA Compliance Officer, Testing Programs

PL-03173

# EXHIBIT E

PL-03174

 Gmail

**Jackline Muthoka <jackiemuthoka87@gmail.com>**

---

## USMLE Step 1 Scheduling Permit
1 message

**USMLEReg@nbme.org** <USMLEReg@nbme.org>
To: jackiemuthoka87@gmail.com

Tue, Aug 11, 2020 at 11:01 PM

Name: Muthoka, Jackline
Reference ID: HG33856
USMLE ID: 54027966

Your USMLE Step 1 scheduling permit is now available on NLES. A copy is attached for your convenience.

To access your permit on NLES, go to http://examinee.nbme.org/interactive, log in, and select the "Print Permit" link.

We strongly encourage you to print your scheduling permit at least several days in advance of your scheduled test date to avoid any problems accessing or printing your permit on test day. You may print your permit or present it electronically (e.g., via Smartphone). If, on the day of your exam, you are unable to access the permit electronically for any reason, you must present a paper copy.

Refer to the instructions on the scheduling permit to schedule your test date. Please be aware that appointments are first-come, first-served and test centers fill up quickly; therefore, you are advised to schedule a test date as soon as possible.

If you have any questions about your scheduling permit, please reply to this email or call the NBME Registration Department at 215-590-9700.

Follow USMLE on Facebook - facebook.com/usmle

This email message and any attachments may contain privileged and/or confidential business information and are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender immediately by reply email and destroy all copies of the original message and any attachments.

---

 **permit.pdf**
5K

PL-03175

**United States Medical Licensing Examination®**

# Step 1 SCHEDULING PERMIT
**IMPORTANT DOCUMENT - TAKE TO TEST CENTER**

**Name:** Jackline Muthoka

**USMLE#:** 5-402-796-6

**Program:** STEP1

**Exam:** STEP1

**Scheduling #:** 040927951

**(for appointment scheduling)**

**Testing Region:** United States and Canada

**Eligibility Begins:** August 01, 2020

**Eligibility Ends:** June 30, 2021

**# Test Days:** 2

**CIN (Candidate ID #):** QMUB270XDVM

**(for use on test date only to access your exam)**

This Scheduling Permit authorizes you to sit for Step 1 during the period noted above. **You must bring this permit to the test center in order to take your exam.** You may print this permit or present it electronically (e.g. via Smartphone). If, on the day of your exam, you are unable to access the permit electronically for any reason, you must present a paper copy. Review the *USMLE ® Bulletin of Information* at **www.usmle.org** for specific procedures.

1. **SCHEDULE A TEST DATE:** Using the information above, call Prometric at 1-800-967-1139 located in Baltimore, MD, USA, available M-F 8AM-5PM (local time). You must call this number for accommodations. Provide a valid telephone number and email address when scheduling so Prometric can email you a Confirmation Notice and contact you in the event that your appointment must be rescheduled. The Confirmation Notice contains a Prometric Confirmation Number -- You need this number to **confirm or change** your appointment.

2. **CONFIRM OR CHANGE APPOINTMENT:** Confirm your appointment using your Prometric Confirmation Number one week before your appointment by calling the telephone number above. You may change (e.g., reschedule, cancel, change test center location) your appointment within the eligibility period noted above. **To avoid an appointment change fee, you must change your appointment 31 or more days before (but not including) the first day of your scheduled test date.** If you change your appointment within 30 days or do not test as scheduled and wish to reschedule, you must pay a fee to Prometric at the time you reschedule your appointment or change your test center location. Refer to your Confirmation Notice for specific fee information.

3. **ELIGIBILITY PERIOD EXTENSION**: If you are unable to test within your eligibility period, contact NBME to inquire about a one-time, contiguous three-month eligibility period extension. A fee is charged for this service. Visit NBME's website for more information. If you do not take the test within your original or extended eligibility period and wish to take it in the future, you must reapply by submitting a new application and fee(s).

4. **PRACTICE SESSION:** To take a Practice Session at a Prometric Test Center for a fee payable to Prometric, register on the USMLE website, **www.usmle.org**, using the Scheduling # and CIN from this permit. **Note:** Accommodations are not provided for the Practice Session. You will be issued a Practice Session Scheduling Permit within seven business days of registering. Upon receipt of your permit, you may contact Prometric to pay the fee and schedule an appointment.

5. **ADMISSION TO THE TEST CENTER: You must** bring this Scheduling Permit and an unexpired, government-issued form of ID (such as a driver's license or passport) that includes both your recent photograph and signature. **The name on your ID must match the name on this permit exactly.** The only acceptable differences are variations in capitalization; the presence of a middle name, middle initial or suffix on one document and its absence on the other; or the presence of a middle name on one and middle initial on the other. The name on your ID must appear in the Latin alphabet, i.e., in "English language letters." If the names on your ID and permit differ, contact NBME immediately. **You cannot make a name change or correction within seven business days of your scheduled test date.** If you are required to carry a Permanent Residency Card, be sure to bring it with you along with the other required form of ID as noted above.

6. **TEST DAY:**

   • **ARRIVAL:** Report to the test center 30 minutes before your scheduled appointment. You must sign in and your photograph will be taken. If you arrive later than your scheduled appointment, you **may not** be admitted. If you arrive **more than 30 minutes after your scheduled appointment**, you **will not** be admitted to the testing center.

   • **PERSONAL ITEM STORAGE: You must place all of your personal items, including cell phones, pagers, watches, wallets, food, and beverages in a small locker.** Pagers and cell phones must be turned off.

   • **TESTING:** The Test Center Administrator (TCA) will instruct you to write your name and CIN listed above on a laminated writing surface provided for making notes. You will enter your CIN into the computer at your workstation to initiate your exam and to resume testing after breaks. **Do not erase your name and CIN** from the laminated writing surface until the end of your test day.

7. **END OF TEST DAY:** The TCA will provide you with a printout that confirms you appeared for that day's testing session. Once you leave the test center, Prometric cannot reproduce the printout.

# EXHIBIT F

PL-03177



Jackline Muthoka <jackiemuthoka87@gmail.com>

## Scheduling ID/Step 1

7 messages

---

**ExamAccommodations** <ExamAccommodations@prometric.com>    Fri, Aug 21, 2020 at 1:50 PM
To: "jackiemuthoka87@gmail.com" <jackiemuthoka87@gmail.com>

Hello Jackie,

Right now your accommodations only have extended time & separate room listed. There is no additional break listed. I have seats reserved for you until you're able to get this updated.

**Nicholas Cross | Testing Accommodations Advocate**

Prometric

7941 Corporate Drive

Nottingham, MD 21236

USA

---

**jackline muthoka** <jackiemuthoka87@gmail.com>    Fri, Aug 21, 2020 at 3:09 PM
To: Jay Jambeck <jjambeck@leighlawgroup.com>

Hi Jay,

Thank you,
Jackie

Best,
Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
7143980106 / 7145986400

Begin forwarded message:

> **From:** ExamAccommodations <ExamAccommodations@prometric.com>
> **Date:** August 21, 2020 at 1:50:59 PM PDT

PL-03178

**To:** "jackiemuthoka87@gmail.com" <jackiemuthoka87@gmail.com>
**Subject: Scheduling ID/Step 1**

[Quoted te t hidden]

---

Jay Jambeck <jjambeck@leighlawgroup.com>                    Fri, Aug 21, 2020 at 3:11 PM
To: jackline muthoka <jackiemuthoka87@gmail.com>

███████████████████████████████████

[Quoted te t hidden]

---

Jay Jambeck <jjambeck@leighlawgroup.com>                    Fri, Aug 21, 2020 at 5:00 PM
To: Jackline Muthoka <jackiemuthoka87@gmail.com>

Begin forwarded message:

> **From:** Peter Schneider <pschneid@uci.edu>
> **Date:** August 21, 2020 at 4:45:46 PM PDT
> **To:** Jay Jambeck <jjambeck@leighlawgroup.com>
> **Subject: RE:  Scheduling ID/Step 1**

I would recommend that she email the committee and

1.    Describe what is happening

2.    Apologize for not informing the committee earlier that she wasn't going to be able to take Step 1 by
Aug 30 as it had required. Frankly, it was probably apparent that she couldn't meet the August 30 deadline
weeks ago, but she didn't request an extension.

3.    Offer to provide the Committee a status report by no later than September 1, advising it of where things
stand and providing proof, if requested.

4.    The Committee will probably set a date. If something happens whereby the date becomes not
reasonably attainable, she needs to bring that to the Committee's attention and request, for good cause, an
extension. She can't just not register. That gets viewed as non-compliance.

Just a thought

Peter Schneider

Chief Health Sciences Counsel

University of California, Irvine

Medical Center Address:

101 The City Drive, Building 54, Suite 5705

PL-03179

Orange, CA  92868

(714) 456-2297

(714) 456-2298 Fax


Campus Address:

510 Aldrich Hall

Irvine, CA  92697-1900

(949) 824-8343

(949) 824-8654 Fax

---

**From:** Jay Jambeck <jjambeck@leighlawgroup.com>
**Sent:** Friday, August 21, 2020 4:26 PM
**To:** Peter Schneider <pschneid@uci.edu>
**Subject:** RE: Scheduling ID/Step 1


I hear you, but I think that is what we are in the process of doing, isn't it?  Right now, she has no date set in which to make a request.  She is not delaying by taking steps to set a date with the accommodations she is entitled to under law. Should I have her make an educated guess as to the testing date and seek approval of that range or wait for the specific date?

---

**From:** Peter Schneider <pschneid@uci.edu>
**Sent:** Friday, August 21, 2020 4:20 PM
**To:** Jay Jambeck <jjambeck@leighlawgroup.com>
**Subject:** RE: Scheduling ID/Step 1


Jay:

The Committee may see this as delaying on her part.


As I mentioned, she was given an August 30 testing deadline last Spring. There was no interaction with her until a couple of weeks ago, when she emailed that she received accommodations from the NBME and would be proceeding to get a date. The Committee rightly could have assumed she was going to take Step 1 Aug 30, but she never scheduled it and couldn't tell anyone when she would take it. She never once emailed the Committee asking that it grant an extension from the August 30 date. That's not the way to do things.


It is important your client understand that she needs to be requesting relief from the Committee. I alluded to this during the hearing. She is doing the opposite, just telling the committee what's going on and assuming it will go along with everything. She is simply not respecting process, which I know you understand. At some point P and H will set a hard deadline, which she is going to have to respect. She hasn't respected the previous two.


Thanks for your help.

PL-03180

Peter Schneider

Chief Health Sciences Counsel

University of California, Irvine


Medical Center Address:

101 The City Drive, Building 54, Suite 5705

Orange, CA 92868

(714) 456-2297

(714) 456-2298 Fax


Campus Address:

510 Aldrich Hall

Irvine, CA 92697-1900

(949) 824-8343

(949) 824-8654 Fax

---

**From:** Jay Jambeck <jjambeck@leighlawgroup.com>
**Sent:** Friday, August 21, 2020 3:19 PM
**To:** Peter Schneider <pschneid@uci.edu>
**Subject:** FW: Scheduling ID/Step 1


FYI, there is an issue with getting the approved accommodations. See below. As you see, she is still trying to work that out. I told her to update once she was all set and so she hadn't updated yet. How do you want us to handle so the committee doesn't think she is blowing this off or something?

---

**From:** jackline muthoka <jackiemuthoka87@gmail.com>
**Sent:** Friday, August 21, 2020 3:10 PM
**To:** Jay Jambeck <jjambeck@leighlawgroup.com>
**Subject:** Fwd: Scheduling ID/Step 1


Hi Jay,

[Quoted text hidden]

---

**Jackline Muthoka** <jackiemuthoka87@gmail.com>         Fri, Aug 21, 2020 at 6:31 PM

████████████████████

[Quoted text hidden]
--
Best,

Jackline Muthoka MS3
UC Irvine School of Medicine
jmuthoka@uci.edu
714-598-6400/7143980106

---

**Jackline Muthoka** <jackiemuthoka87@gmail.com>                                    Fri, Aug 21, 2020 at 7:58 PM
To: ExamAccommodations <ExamAccommodations@prometric.com>

Hello Nicholas,

Thank you for your time today and for assisting me with this issue. I am forwarding this email to NBME and I hope they can help me fix it so that I can schedule the exam. Thank you also for allowing me to reserve a spot without everything as I wait for the NBME to address this issue.

Thank you again,
Jackie

[Quoted text hidden]
[Quoted text hidden]

---

**Jackline Muthoka** <jackiemuthoka87@gmail.com>                                    Sat, Aug 22, 2020 at 2:00 AM
To: ExamAccommodations <ExamAccommodations@prometric.com>, Jackline Muthoka <jackiemuthoka87@gmail.com>

Hello Nicholas,

I am so sorry for sending you another email. Could you please cross-check for me, one last time, if this is what is appearing on your end before I contact NBME? The whole test under standard conditions is usually 45 minutes of break time (total). I was granted 45 minutes of break time each day, for a total of 90 minutes for the whole test. I am attaching the letter from NBME to this email for your reference. Please let me know if this information matches what you have and I can go ahead and consult with NBME.

Thank you again,
Jackie

On Fri, Aug 21, 2020 at 1:50 PM ExamAccommodations <ExamAccommodations@prometric.com> wrote:
[Quoted text hidden]

[Quoted text hidden]

---

📄 **USMLE Step 1 Exam Accommodations (2).pdf**
    131K

PL-03182

# EXHIBIT G

PL-03183

Re: Step 2 CK

Toohey, Shannon <stoohey@hs.uci.edu>

Fri 2/18/2022 9:32 AM

To: Muthoka, Jackline (Medical Student) <jmuthoka@hs.uci.edu>

Cc: Adrian Farias <fariasa1@uci.edu>;Hambrick, Christina <hambricc@hs.uci.edu>;Wiechmann, Warren <wiechmaw@hs.uci.edu>;phyllis thegirleylawfirm.com <phyllis@thegirleylawfirm.com>;jackline muthoka <jackiemuthoka87@gmail.com>;jackiemuthoka16@gmail.com <jackiemuthoka16@gmail.com>;

Dear Jackie:

Thank you for your email of February 14, 2021. I am not going to respond to most of your assertions, though I don't agree with them.

Your schedule with respect to Surgery and Family Medicine will be as follows:

1) Family medicine clerkship 4/11/22-4/24/22. OSCE on 4/20/22 and Shelf on 4/22/22.
2) Your surgery shelf will be scheduled between 2/28/22-3/27/22 per your previous approval from Dr. Jutric.

Please note this does not change your requirement to have a passing score of your Step 2CK and all medical school requirements completed by November 6, 2022.

I have attached a PDF prepared by Dr. Wiechmann showing this schedule.

**Shannon Toohey, MD, MAEd**
**Chair**
**Promotions and Honors Committee**
**Assistant Clinical Professor**
**Department of Emergency Medicine**
University of California, Irvine

On Feb 14, 2022, at 11:19 AM, Muthoka, Jackline (Medical Student) <jmuthoka@hs.uci.edu> wrote:

Dear Dr. Toohey,

Thank you for your email. Most of the issues you raise in this email have already been addressed in great length in my previous emails to you. Some of these issues include but are not limited to USMLE step 1 test dates, the P&H calculated time when test centers were not available for me to take the step 1 exam, issues revolving around Surgery and the reasons I am now required to retake Surgery Clerkship, etc. As I have pointed out in my previous emails and have tangible evidence to prove that decisions made by the school involving these issues are inaccurate, I will not re-address these issues again in this email. Please also note that Federal and State laws supersede school policies.

PL-03184

At this time, I would like to focus on the urgent issues revolving around my schedule. The school of medicine handbook policy is the legally binding agreement I have with the school. This handbook grants me rights to make decisions regarding my 3rd and 4th year schedule. With that said, I have met with multiple school officials regarding my schedule this year and I have made a schedule that works for me and one that supports my education.

Given federal and state regulations as well as UCI policies surrounding the COVID-19 pandemic, I was not able to complete 50% of the Family Medicine Clerkship due to COVID-19 infection. When I resumed my clinical duties, I had a meeting with Dr. Kim, the Family medicine clerkship director, on January 24th. Dr. Kim informed me that I will need to finish the remaining two weeks at a later time. He also mentioned that there were no open spots to finish Family Medicine Clerkship until April, but that the school will work with me to establish a date that works for me.

On January 25th, I received an email from Dr. Wiechmann that reiterated the same; **"Dr. Kim mentioned that the next open spot for the Family Medicine clerkship was only during block 11, around April 11th - 24th."** In addition, Dr. Wiechmann provided me with proposed dates for the time I should expect P&H to allow me to take the Family Medicine Clerkship (April 11-24th). Dr. Wiechmann also informed me to expect a decision from the P&H Committee on Monday, February 7th . There were never discussions that P&H would alter or make any changes to my schedule without my knowledge or input.

On February 1st, I met with my career advisor,  Dr.  Paredes, who also went over my current schedule and reiterated that the proposed time period for me to take Family Medicine Clerkship was on April 11-24th, pending P&H approval for that date. On February 1st, I had several email communications as well as a phone call with Terri Dean, Director of Curricular affairs. Terri sent me a proposed schedule with the Family Medicine Clerkship scheduled for April 11-24th, pending P&H approval for that date. Please see the proposed schedule sent to me by Terri Dean, at the end of this email.

On Friday, February 11th, close to the end of office hours, and after I had submitted a request for an independent study elective request form, I received an email from P&H with a completely altered schedule. The new schedule does not take into account my input and my rights as a medical student paying tuition fees to UCI. It also disregards the input from the course director, curricular affairs team, and does not support my education. I never made a request for my schedule to be changed, all I needed from P&H was to approve that 2 weeks, the time that I was ill, can be added to my schedule. After approval from P&H, I would then meet with the relevant parties to come up with a schedule that works for me. On the contrary, P&H overstepped their boundaries and made a schedule for me. With the current schedule provided by P&H, I am not able to attend Surgery clerkship review sessions, as other students are able to, and I am not able to submit my revisions for my research for publication. These are serious issues created by the P&H's decisions to alter my schedule without full knowledge of my current circumstances and plans. This is not conducive for my learning.

Given information provided to me by various school officials, I made a schedule with the expectation that I will be finishing the remaining 2 weeks of Family Medicine Clerkship on April 11th-24th (since there were no spots). I have also made plans with my current schedule and have appointments that cannot be changed. Due to the above information, I cannot change my schedule within such a short notice (2 weeks).  Therefore, I request

PL-03185

that my schedule is not altered, and P&H allow me to take Family medicine rotation as previously scheduled, April 11th-24th.

Alternatively, if the schedule created by P&H cannot be changed, I request that P&H allow me to take my Family Medicine OSCE and shelf exam at a later time ( in April). I have various appointments, uncompleted work due to illness, and deadlines for my research in March that cannot be changed. In addition, I will be taking my Surgery shelf exam at the end of March, this also cannot be changed.

Current schedule provided by Terri Dean:

Course  Date Range  Status

526- SURGERY CLERKSHIP 1/31/2022 - 2/27/2022  Enrolled

645D- GYN ONCOLOGY LBMH 2/28/2022 - 3/27/2022  Enrolled

CFIV 03/28/2022-04/10/2022 Enrolled

680M- CARDIO/INTERVEN RAD  4/11/2022 - 4/24/2022  would need to be dropped to add FM

2 weeks Family Medicine 04/11/2022-04/24/2022 needs to be added pending P&H

645A- FAMILY PLANNING 4/25/2022 - 5/22/2022  Enrolled

Thank you,

Jackie

---

**From:** Toohey, Shannon <stoohey@hs.uci.edu>
**Sent:** Friday, February 11, 2022 3:37 PM
**To:** Muthoka, Jackline (Medical Student) <jmuthoka@hs.uci.edu>
**Cc:** Adrian Farias <fariasa1@uci.edu>; Hambrick, Christina Nicole <hambricc@hs.uci.edu>; Wiechmann, Warren <wiechmaw@hs.uci.edu>
**Subject:** Re: Step 2 CK

Dear Jackie:

Thank you for your email of January 31, 2022.

Please recall that on April 6, 2021, P&H extended your deadline to take Step 2CK to February 23, 2022, from December 1, 2021, to reflect the time the Prometric Centers had been closed due to COVID, preventing you from completing Step 1 earlier. Normally, per policy, you would have been expected to take Step 2CK by December 1, 2021, despite being off cycle.

As you point out, due to the failure in Surgery and the incomplete in Family Medicine, at this time you haven't completed all the requirements to be eligible to take Step 2CK or advance to the MS 4 year. I need to point out, however, that per policy, you need to complete all your medical school requirements by November 6, 2022, taking into account the Prometric situation and the School of Medicine's Leave of Absence policy. Please see the UCI School of Medicine Policy "Requirements for the MD Degree" contained in the UCI School of Medicine Student Handbook. That date, based on the above policy and the below, is now November 6, 2022

Given your recent sick leave due to COVID, P&H is providing you the following extensions:

1. P&H supports your Family Medicine make-up which will be scheduled 2/28/22-3/13/22.

2. The Family Medicine OSCE will take place on March 23, 2022, and your Family Medicine Shelf Exam will be given on March 24, 2022. Assuming you successfully complete your Family Medicine and Surgery courses

PL-03186

you will then be eligible to take Step 2CK.

3. P&H has approved adding two weeks, reflecting your sick leave due to COVID, to your 6-year deadline to complete your medical school curriculum. This means the new deadline to complete all course and USMLE requirements is November 6, 2022. If not completed by then, you are subject to dismissal.

You must take Step 2CK in time to allow the School of Medicine to receive and verify your score in advance of the November 6, 2022, deadline. To be clear, you must have a passing score for Step 2CK by this deadline. We remind you that while students are allowed three attempts to pass Step 2CK, a failure of Step 2CK and retake that exceeds the deadline will generally not result in an extension of the deadline to complete your education. Additionally, score reports can take up to 6 weeks to be received. We recommend you take these facts in consideration when scheduling your exam.

**Shannon Toohey, MD, MAEd**
**Chair**
**Promotions and Honors Committee**
**Assistant Clinical Professor**
**Department of Emergency Medicine**
University of California, Irvine

> On Jan 31, 2022, at 9:31 PM, Muthoka, Jackline <jmuthoka@hs.uci.edu> wrote:
>
> Dear Dr. Toohey,
>
> I trust you are doing well. I just wanted to let you know that I am yet to take step 2 CK. I'm not sure if the P&H expected me to take the test by the end of this month or next month ( I don't have my records with me right now). That being said, I still need to complete Surgery and Family medicine rotations before I can take step 2.
>
> Upon reviewing UCISOM handbook policy, the school policy requires that I take step 2 before December 1st 2022. I'll send you a formal email soon with links to these policies as well as my schedule. I wanted to let you know as soon as possible because I just remembered about this deadline/ expectation.
>
> Thank you,
> Jackie
>
> Best,
> Jackline Muthoka MS3
> UC Irvine School of Medicine
> jmuthoka@uci.edu
> 7145986400/7143980106

PL-03187

Re: Step 2 CK

Toohey, Shannon <stoohey@hs.uci.edu>

Fri 2/18/2022 9:32 AM

To: Muthoka, Jackline (Medical Student) <jmuthoka@hs.uci.edu>

Cc: Adrian Farias <fariasa1@uci.edu>;Hambrick, Christina Nicole <hambricc@hs.uci.edu>;Wiechmann, Warren <wiechmaw@hs.uci.edu>;phyllis thegirleylawfirm.com <phyllis@thegirleylawfirm.com>;jackline muthoka <jackiemuthoka87@gmail.com>;jackiemuthoka16@gmail.com <jackiemuthoka16@gmail.com>

Dear Jackie:

Thank you for your email of February 14, 2021. I am not going to respond to most of your assertions, though I don't agree with them.

Your schedule with respect to Surgery and Family Medicine will be as follows:

1) Family medicine clerkship 4/11/22-4/24/22. OSCE on 4/20/22 and Shelf on 4/22/22.
2) Your surgery shelf will be scheduled between 2/28/22-3/27/22 per your previous approval from Dr. Jutric.

Please note this does not change your requirement to have a passing score of your Step 2CK and all medical school requirements completed by November 6, 2022.

I have attached a PDF prepared by Dr. Wiechmann showing this schedule.

**Shannon Toohey, MD, MAEd**
**Chair**
**Promotions and Honors Committee**
**Assistant Clinical Professor**
**Department of Emergency Medicine**
University of California, Irvine

On Feb 14, 2022, at 11:19 AM, Muthoka, Jackline (Medical Student) <jmuthoka@hs.uci.edu> wrote:

Dear Dr. Toohey,

Thank you for your email. Most of the issues you raise in this email have already been addressed in great length in my previous emails to you. Some of these issues include but are not limited to USMLE step 1 test dates, the P&H calculated time when test centers were not available for me to take the step 1 exam, issues revolving around Surgery and the reasons I am now required to retake Surgery Clerkship, etc. As I have pointed out in my previous emails and have tangible evidence to prove that decisions made by the school involving these issues are inaccurate, I will not re-address these issues again in this email. Please also note that Federal and State laws supersede school policies.

PL-03188

At this time, I would like to focus on the urgent issues revolving around my schedule. The school of medicine handbook policy is the legally binding agreement I have with the school. This handbook grants me rights to make decisions regarding my 3rd and 4th year schedule. With that said, I have met with multiple school officials regarding my schedule this year and I have made a schedule that works for me and one that supports my education.

Given federal and state regulations as well as UCI policies surrounding the COVID-19 pandemic, I was not able to complete 50% of the Family Medicine Clerkship due to COVID-19 infection. When I resumed my clinical duties, I had a meeting with Dr. Kim, the Family medicine clerkship director, on January 24th. Dr. Kim informed me that I will need to finish the remaining two weeks at a later time. He also mentioned that there were no open spots to finish Family Medicine Clerkship until April, but that the school will work with me to establish a date that works for me.

On January 25th, I received an email from Dr. Wiechmann that reiterated the same; **"Dr. Kim mentioned that the next open spot for the Family Medicine clerkship was only during block 11, around April 11th - 24th."** In addition, Dr. Wiechmann provided me with proposed dates for the time I should expect P&H to allow me to take the Family Medicine Clerkship (April 11-24th). Dr. Wiechmann also informed me to expect a decision from the P&H Committee on Monday, February 7th . There were never discussions that P&H would alter or make any changes to my schedule without my knowledge or input.

On February 1st, I met with my career advisor,  Dr.  Paredes, who also went over my current schedule and reiterated that the proposed time period for me to take Family Medicine Clerkship was on April 11-24th, pending P&H approval for that date. On February 1st, I had several email communications as well as a phone call with Terri Dean, Director of Curricular affairs. Terri sent me a proposed schedule with the Family Medicine Clerkship scheduled for April 11-24th, pending P&H approval for that date. Please see the proposed schedule sent to me by Terri Dean, at the end of this email.

On Friday, February 11th, close to the end of office hours, and after I had submitted a request for an independent study elective request form, I received an email from P&H with a completely altered schedule. The new schedule does not take into account my input and my rights as a medical student paying tuition fees to UCI. It also disregards the input from the course director, curricular affairs team, and does not support my education. I never made a request for my schedule to be changed, all I needed from P&H was to approve that 2 weeks, the time that I was ill, can be added to my schedule. After approval from P&H, I would then meet with the relevant parties to come up with a schedule that works for me. On the contrary, P&H overstepped their boundaries and made a schedule for me. With the current schedule provided by P&H, I am not able to attend Surgery clerkship review sessions, as other students are able to, and I am not able to submit my revisions for my research for publication. These are serious issues created by the P&H's decisions to alter my schedule without full knowledge of my current circumstances and plans. This is not conducive for my learning.

Given information provided to me by various school officials, I made a schedule with the expectation that I will be finishing the remaining 2 weeks of Family Medicine Clerkship on April 11th-24th (since there were no spots). I have also made plans with my current schedule and have appointments that cannot be changed. Due to the above information, I cannot change my schedule within such a short notice (2 weeks).  Therefore, I request

that my schedule is not altered, and P&H allow me to take Family medicine rotation as previously scheduled, April 11th-24th.

Alternatively, if the schedule created by P&H cannot be changed, I request that P&H allow me to take my Family Medicine OSCE and shelf exam at a later time ( in April). I have various appointments, uncompleted work due to illness, and deadlines for my research in March that cannot be changed. In addition, I will be taking my Surgery shelf exam at the end of March, this also cannot be changed.

Current schedule provided by Terri Dean:

Course  Date Range  Status
526- SURGERY CLERKSHIP 1/31/2022 - 2/27/2022  Enrolled
645D- GYN ONCOLOGY LBMH 2/28/2022 - 3/27/2022  Enrolled
CFIV 03/28/2022-04/10/2022 Enrolled
680M- CARDIO/INTERVEN RAD  4/11/2022 - 4/24/2022  would need to be dropped to add FM
2 weeks Family Medicine 04/11/2022-04/24/2022 needs to be added pending P&H
645A- FAMILY PLANNING 4/25/2022 - 5/22/2022  Enrolled

Thank you,
Jackie

---

**From:** Toohey, Shannon <stoohey@hs.uci.edu>
**Sent:** Friday, February 11, 2022 3:37 PM
**To:** Muthoka, Jackline (Medical Student) <jmuthoka@hs.uci.edu>
**Cc:** Adrian Farias <fariasa1@uci.edu>; Hambrick, Christina Nicole <hambricc@hs.uci.edu>; Wiechmann, Warren <wiechmaw@hs.uci.edu>
**Subject:** Re: Step 2 CK

Dear Jackie:

Thank you for your email of January 31, 2022.

Please recall that on April 6, 2021, P&H extended your deadline to take Step 2CK to February 23, 2022, from December 1, 2021, to reflect the time the Prometric Centers had been closed due to COVID, preventing you from completing Step 1 earlier. Normally, per policy, you would have been expected to take Step 2CK by December 1, 2021, despite being off cycle.

As you point out, due to the failure in Surgery and the incomplete in Family Medicine, at this time you haven't completed all the requirements to be eligible to take Step 2CK or advance to the MS 4 year. I need to point out, however, that per policy, you need to complete all your medical school requirements by November 6, 2022, taking into account the Prometric situation and the School of Medicine's Leave of Absence policy. Please see the UCI School of Medicine Policy "Requirements for the MD Degree" contained in the UCI School of Medicine Student Handbook. That date, based on the above policy and the below, is now November 6, 2022

Given your recent sick leave due to COVID, P&H is providing you the following extensions:

1. P&H supports your Family Medicine make-up which will be scheduled 2/28/22-3/13/22.

2. The Family Medicine OSCE will take place on March 23, 2022, and your Family Medicine Shelf Exam will be given on March 24, 2022. Assuming you successfully complete your Family Medicine and Surgery courses

PL-03190

you will then be eligible to take Step 2CK.

3. P&H has approved adding two weeks, reflecting your sick leave due to COVID, to your 6-year deadline to complete your medical school curriculum. This means the new deadline to complete all course and USMLE requirements is November 6, 2022. If not completed by then, you are subject to dismissal.

You must take Step 2CK in time to allow the School of Medicine to receive and verify your score in advance of the November 6, 2022, deadline. To be clear, you must have a passing score for Step 2CK by this deadline. We remind you that while students are allowed three attempts to pass Step 2CK, a failure of Step 2CK and retake that exceeds the deadline will generally not result in an extension of the deadline to complete your education. Additionally, score reports can take up to 6 weeks to be received. We recommend you take these facts in consideration when scheduling your exam.


**Shannon Toohey, MD, MAEd**
**Chair**
**Promotions and Honors Committee**
**Assistant Clinical Professor**
**Department of Emergency Medicine**
University of California, Irvine


> On Jan 31, 2022, at 9:31 PM, Muthoka, Jackline <jmuthoka@hs.uci.edu> wrote:
>
> Dear Dr. Toohey,
>
> I trust you are doing well. I just wanted to let you know that I am yet to take step 2 CK. I'm not sure if the P&H expected me to take the test by the end of this month or next month ( I don't have my records with me right now). That being said, I still need to complete Surgery and Family medicine rotations before I can take step 2.
>
> Upon reviewing UCISOM handbook policy, the school policy requires that I take step 2 before December 1st 2022. I'll send you a formal email soon with links to these policies as well as my schedule. I wanted to let you know as soon as possible because I just remembered about this deadline/ expectation.
>
> Thank you,
> Jackie
>
> Best,
> Jackline Muthoka MS3
> UC Irvine School of Medicine
> jmuthoka@uci.edu
> 7145986400/7143980106

PL-03191

## Re: Step 2 CK

**Toohey, Shannon** <stoohey@hs.uci.edu>

Fri 2/18/2022 9:32 AM

To: Muthoka, Jackline (Medical Student) <jmuthoka@hs.uci.edu>

Cc: Adrian Farias <fariasa1@uci.edu>;Hambrick, Christina Nicole <hambricc@hs.uci.edu>;Wiechmann, Warren <wiechmaw@hs.uci.edu>;phyllis thegirleylawfirm.com <phyllis@thegirleylawfirm.com>;jackline muthoka <jackiemuthoka87@gmail.com>;jackiemuthoka16@gmail.com <jackiemuthoka16@gmail.com>

Dear Jackie:

Thank you for your email of February 14, 2021. I am not going to respond to most of your assertions, though I don't agree with them.

Your schedule with respect to Surgery and Family Medicine will be as follows:

1) Family medicine clerkship 4/11/22-4/24/22. OSCE on 4/20/22 and Shelf on 4/22/22.
2) Your surgery shelf will be scheduled between 2/28/22-3/27/22 per your previous approval from Dr. Jutric.

Please note this does not change your requirement to have a passing score of your Step 2CK and all medical school requirements completed by November 6, 2022.

I have attached a PDF prepared by Dr. Wiechmann showing this schedule.

**Shannon Toohey, MD, MAEd**
**Chair**
**Promotions and Honors Committee**
**Assistant Clinical Professor**
**Department of Emergency Medicine**
University of California, Irvine

On Feb 14, 2022, at 11:19 AM, Muthoka, Jackline (Medical Student) <jmuthoka@hs.uci.edu> wrote:

Dear Dr. Toohey,

Thank you for your email. Most of the issues you raise in this email have already been addressed in great length in my previous emails to you. Some of these issues include but are not limited to USMLE step 1 test dates, the P&H calculated time when test centers were not available for me to take the step 1 exam, issues revolving around Surgery and the reasons I am now required to retake Surgery Clerkship, etc. As I have pointed out in my previous emails and have tangible evidence to prove that decisions made by the school involving these issues are inaccurate, I will not re-address these issues again in this email. Please also note that Federal and State laws supersede school policies.

PL-03192

At this time, I would like to focus on the urgent issues revolving around my schedule. The school of medicine handbook policy is the legally binding agreement I have with the school. This handbook grants me rights to make decisions regarding my 3rd and 4th year schedule. With that said, I have met with multiple school officials regarding my schedule this year and I have made a schedule that works for me and one that supports my education.

Given federal and state regulations as well as UCI policies surrounding the COVID-19 pandemic, I was not able to complete 50% of the Family Medicine Clerkship due to COVID-19 infection. When I resumed my clinical duties, I had a meeting with Dr. Kim, the Family medicine clerkship director, on January 24th. Dr. Kim informed me that I will need to finish the remaining two weeks at a later time. He also mentioned that there were no open spots to finish Family Medicine Clerkship until April, but that the school will work with me to establish a date that works for me.

On January 25th, I received an email from Dr. Wiechmann that reiterated the same; **"Dr. Kim mentioned that the next open spot for the Family Medicine clerkship was only during block 11, around April 11th - 24th."** In addition, Dr. Wiechmann provided me with proposed dates for the time I should expect P&H to allow me to take the Family Medicine Clerkship (April 11-24th). Dr. Wiechmann also informed me to expect a decision from the P&H Committee on Monday, February 7th . There were never discussions that P&H would alter or make any changes to my schedule without my knowledge or input.

On February 1st, I met with my career advisor, Dr. Paredes, who also went over my current schedule and reiterated that the proposed time period for me to take Family Medicine Clerkship was on April 11-24th, pending P&H approval for that date. On February 1st, I had several email communications as well as a phone call with Terri Dean, Director of Curricular affairs. Terri sent me a proposed schedule with the Family Medicine Clerkship scheduled for April 11-24th, pending P&H approval for that date. Please see the proposed schedule sent to me by Terri Dean, at the end of this email.

On Friday, February 11th, close to the end of office hours, and after I had submitted a request for an independent study elective request form, I received an email from P&H with a completely altered schedule. The new schedule does not take into account my input and my rights as a medical student paying tuition fees to UCI. It also disregards the input from the course director, curricular affairs team, and does not support my education. I never made a request for my schedule to be changed, all I needed from P&H was to approve that 2 weeks, the time that I was ill, can be added to my schedule. After approval from P&H, I would then meet with the relevant parties to come up with a schedule that works for me. On the contrary, P&H overstepped their boundaries and made a schedule for me. With the current schedule provided by P&H, I am not able to attend Surgery clerkship review sessions, as other students are able to, and I am not able to submit my revisions for my research for publication. These are serious issues created by the P&H's decisions to alter my schedule without full knowledge of my current circumstances and plans. This is not conducive for my learning.

Given information provided to me by various school officials, I made a schedule with the expectation that I will be finishing the remaining 2 weeks of Family Medicine Clerkship on April 11th-24th (since there were no spots). I have also made plans with my current schedule and have appointments that cannot be changed. Due to the above information, I cannot change my schedule within such a short notice (2 weeks). Therefore, I request

PL-03193

that my schedule is not altered, and P&H allow me to take Family medicine rotation as previously scheduled, April 11th-24th.

Alternatively, if the schedule created by P&H cannot be changed, I request that P&H allow me to take my Family Medicine OSCE and shelf exam at a later time ( in April). I have various appointments, uncompleted work due to illness, and deadlines for my research in March that cannot be changed. In addition, I will be taking my Surgery shelf exam at the end of March, this also cannot be changed.

Current schedule provided by Terri Dean:

Course  Date Range  Status
526- SURGERY CLERKSHIP 1/31/2022 - 2/27/2022  Enrolled
645D- GYN ONCOLOGY LBMH 2/28/2022 - 3/27/2022  Enrolled
CFIV 03/28/2022-04/10/2022 Enrolled
680M- CARDIO/INTERVEN RAD  4/11/2022 - 4/24/2022  would need to be dropped to add FM
2 weeks Family Medicine 04/11/2022-04/24/2022 needs to be added pending P&H
645A- FAMILY PLANNING 4/25/2022 - 5/22/2022  Enrolled

Thank you,
Jackie

---

**From:** Toohey, Shannon <stoohey@hs.uci.edu>
**Sent:** Friday, February 11, 2022 3:37 PM
**To:** Muthoka, Jackline (Medical Student) <jmuthoka@hs.uci.edu>
**Cc:** Adrian Farias <fariasa1@uci.edu>; Hambrick, Christina Nicole <hambricc@hs.uci.edu>; Wiechmann, Warren <wiechmaw@hs.uci.edu>
**Subject:** Re: Step 2 CK

Dear Jackie:

Thank you for your email of January 31, 2022.

Please recall that on April 6, 2021, P&H extended your deadline to take Step 2CK to February 23, 2022, from December 1, 2021, to reflect the time the Prometric Centers had been closed due to COVID, preventing you from completing Step 1 earlier. Normally, per policy, you would have been expected to take Step 2CK by December 1, 2021, despite being off cycle.

As you point out, due to the failure in Surgery and the incomplete in Family Medicine, at this time you haven't completed all the requirements to be eligible to take Step 2CK or advance to the MS 4 year. I need to point out, however, that per policy, you need to complete all your medical school requirements by November 6, 2022, taking into account the Prometric situation and the School of Medicine's Leave of Absence policy. Please see the UCI School of Medicine Policy "Requirements for the MD Degree" contained in the UCI School of Medicine Student Handbook. That date, based on the above policy and the below, is now November 6, 2022

Given your recent sick leave due to COVID, P&H is providing you the following extensions:

1. P&H supports your Family Medicine make-up which will be scheduled 2/28/22-3/13/22.

2. The Family Medicine OSCE will take place on March 23, 2022, and your Family Medicine Shelf Exam will be given on March 24, 2022. Assuming you successfully complete your Family Medicine and Surgery courses

PL-03194

you will then be eligible to take Step 2CK.

3. P&H has approved adding two weeks, reflecting your sick leave due to COVID, to your 6-year deadline to complete your medical school curriculum. This means the new deadline to complete all course and USMLE requirements is November 6, 2022. If not completed by then, you are subject to dismissal.

You must take Step 2CK in time to allow the School of Medicine to receive and verify your score in advance of the November 6, 2022, deadline. To be clear, you must have a passing score for Step 2CK by this deadline. We remind you that while students are allowed three attempts to pass Step 2CK, a failure of Step 2CK and retake that exceeds the deadline will generally not result in an extension of the deadline to complete your education. Additionally, score reports can take up to 6 weeks to be received. We recommend you take these facts in consideration when scheduling your exam.

**Shannon Toohey, MD, MAEd**
**Chair**
**Promotions and Honors Committee**
**Assistant Clinical Professor**
**Department of Emergency Medicine**
University of California, Irvine

> On Jan 31, 2022, at 9:31 PM, Muthoka, Jackline <jmuthoka@hs.uci.edu> wrote:
>
> Dear Dr. Toohey,
>
> I trust you are doing well. I just wanted to let you know that I am yet to take step 2 CK. I'm not sure if the P&H expected me to take the test by the end of this month or next month ( I don't have my records with me right now). That being said, I still need to complete Surgery and Family medicine rotations before I can take step 2.
>
> Upon reviewing UCISOM handbook policy, the school policy requires that I take step 2 before December 1st 2022. I'll send you a formal email soon with links to these policies as well as my schedule. I wanted to let you know as soon as possible because I just remembered about this deadline/ expectation.
>
> Thank you,
> Jackie
>
> Best,
> Jackline Muthoka MS3
> UC Irvine School of Medicine
> jmuthoka@uci.edu
> 7145986400/7143980106

PL-03195