

Begin forwarded message:

**From:** "Muthoka, Jackline (Medical Student)" <jmuthoka@hs.uci.edu>
**Date:** January 5, 2023 at 2:16:49 PM PST
**To:** "Toohey, Shannon" <stoohey@hs.uci.edu>
**Cc:** Jay Jambeck <jjambeck@leighlawgroup.com>, jackline muthoka <jackiemuthoka87@gmail.com>, jackiemuthoka16@gmail.com
**Subject: Step 2CK**

Dear Dr. Toohey,

I have received the communication from your counsel's office, as forwarded to me by my attorney. As you can imagine, the past few days since receiving the results have been very difficult for me. This is from thoughts of a lost career to massive student loans, which I have no idea how I would otherwise pay back without completing my education and securing my career. It's been a moment of deep fear, and I have spoken to my psychiatrist about my anxiety attacks and mental health, which has suffered a severe dip. Nonetheless, I am very close to a passing score.

As you know, I have an anxiety disorder (the school has these records) and tried my best to address this issue long before my exams (since 2021). However, my anxiety attacks were exacerbated as I was pressed for time, stressed about deadlines, and made last-minute arrangements to schedule my test. As a result, I could not sleep and threw up many times on the nights before my test. The few points I missed the passing score by is not a knowledge issue, but my ability to perform was affected by the anxiety and the added stress that came with dealing with the above issues in the manner I had to. I continue to seek help from my psychiatrist and therapists, and as soon as I am well enough, I will retake my test.

I would like to retake the exam as soon as I am able to with your permission. I know this will mean that the results will reach the school past the deadline, but I am making every possible effort to achieve a passing score.

Please bear with me.

Jackie

Warm regards,
Jackline Muthoka MS4
UC Irvine School of Medicine
jmuthoka@hs.uci.edu
7145986400/7143980106