**From:** Toohey, Julianne <jtoohey@uci.edu>
**Sent:** Thursday, April 25, 2019 1:46 PM
**To:** Elizabeth Franklin <enfrankl@uci.edu>
**Subject:**

Hello Ms Franklin,

I met with Jackie Muthoka today and she remains upset about needing to vacate her apartment by 5/31 if she is not enrolled in the Spring, which she is not.

She informed me today that she had previously been told that she would be able to stay in her housing situation until August. Therefore, she worked as a caregiver to be able to save money for her housing without her financial aid until August. She feels that she followed the directions given and is now in a very difficult situation.

Jackie is in this country entirely alone and she has no one to assist her financially or with housing. Community apartments or rooms are all several hundred dollars more expensive than her current on campus housing and she was not expecting to vacate the premises due to what she thinks she was told previously. She has not been able to take her National Board Examination because she has applied for accommodations due to her language issues as a foreign student and this process takes many months. The Disabilities Service Center is helping with Jackie's application for testing accommodations, but this process is very slow and is the reason she is currently not enrolled for Spring.

I realize and greatly appreciate that housing is very tight, however, I am also very concerned that Jackie is in a difficult situation that will make it almost impossible for her to succeed. Had she been told earlier in the year that she could stay until August or did she misunderstand this?

I appreciate any help you can provide,

Julianne Toohey, MD
Associate Dean for Student Affairs

REGENTS_007260