```
 1              UNITED STATES DISTRICT COURT
 2             CENTRAL DISTRICT OF CALIFORNIA
 3              SOUTHERN DIVISION DIVISION
 4   JACKLINE MUTHOKA,
 5                   Plaintiff,
 6   vs.                    Case No.: 8:23-CV-01333 FWS (JDEX)
 7   THE REGENTS OF THE UNIVERSITY OF
     CALIFORNIA,
 8
                     Defendant.
 9   _____
10
11
12
13
14
15
16
17
18          Deposition of JACKLINE MUTHOKA
19                  May 2, 2024
20              Garden Grove, California
21
22
23
24
25   Reported by: Angie Schultz-Messenger, CSR No. 11742
```

Page 1

```
 1      A     Uh-huh.                                          12:23

 2      Q     Tell me specifically now, ma'am, what

 3   those facts are.

 4      A     Other students who traveled to other

 5   countries in 2017 received better treatment than me.       12:23

 6   And in 2018, a student that is not a black student,

 7   not a Kenyan was able to travel to Kenya in 2018.

 8   And in 2018, I received the same email from

 9   Dr. Toohey telling me that I cannot travel because

10   Kenya is on a travel advisory.                             12:24

11      Q     Okay.  So the other groups who got better

12   treatment than you in the year we're talking about,

13   summer 2017, did --

14      A     Yes.

15      Q     -- did any of those groups travel to a            12:24

16   location that had a travel advisory at the same

17   level as Kenya in the summer of 2017?

18      A     So in 2017, nobody went to Kenya.

19      Q     I know that.  The groups went to other

20   places, right?                                             12:24

21      A     Yes.

22      Q     And you're saying, They were treated

23   better than me, right?

24      A     Yes.

25      Q     Right.  So my question is:  Did any of            12:24
```

Page 98

| | | |
|---|---|---|
| 1 | discriminated against you in this -- in your trip to | 12:44 |
| 2 | Kenya? | |
| 3 | A     I believe it was Dr. Julianne Toohey. | |
| 4 | Q     Okay. And what role -- what statements or | |
| 5 | what factual basis do you have to believe Dr. Toohey | 12:45 |
| 6 | discriminated against you on this trip to Kenya? | |
| 7 | A     Specifically for the trip, because | |
| 8 | everybody was working under her, so -- and I said | |
| 9 | this because I interacted with her a couple times. | |
| 10 | (Reporter clarification.) | 12:45 |
| 11 | THE WITNESS: I interacted with her a | |
| 12 | couple times, yeah, during this process. So | |
| 13 | everybody was receiving instructions from her, so I | |
| 14 | say that because she's the one who was driving this | |
| 15 | whole program. | 12:45 |
| 16 | And I said this because during this whole | |
| 17 | process, Dr. Fox -- Dr. Christian Fox was trying to | |
| 18 | work with her to try and figure out what we can do | |
| 19 | and she was resistant. | |
| 20 | BY MR. HARBER: | 12:46 |
| 21 | Q     And she -- | |
| 22 | A     She was resistant. | |
| 23 | Q     Okay. So can you tell me what factual | |
| 24 | basis do you have to believe that she racially | |
| 25 | discriminated against you relative to Kenya? | 12:46 |

Page 106

| | | |
|---|---|---|
| 1 | A   Yes.  Because she -- she instructed me to | 12:46 |
| 2 | not -- she said -- she emailed me in 2017 telling me | |
| 3 | not to go, that we are not going -- I can go if I | |
| 4 | want to, but I'm not going to be sponsored by the | |
| 5 | university. | 12:46 |
| 6 | And then in 2018, I never attended any | |
| 7 | meetings for people who were planning the trips | |
| 8 | because she was in charge and she attended those | |
| 9 | meetings to plan the trips.  She knew that I wasn't | |
| 10 | attending those meetings and she knew I wasn't part | 12:46 |
| 11 | of the groups.  Then she emailed me telling me not | |
| 12 | to go in 2018 and I wasn't even part of the trip | |
| 13 | that was going in 2018.  So this was -- she had a | |
| 14 | problem with me that I don't know. | |
| 15 | Q   So hold on.  Let me make sure.  So in | 12:47 |
| 16 | 2018, she emailed you saying you're not allowed to | |
| 17 | go to -- on the trip? | |
| 18 | A   So let me just make sure that I'm -- this | |
| 19 | is clear.  So the trip -- the trips start in the | |
| 20 | fall of the previous year.  So the trip for 2016 | 12:47 |
| 21 | that happened in 2017, she emailed me telling me | |
| 22 | that I will not get sponsorship in March -- on | |
| 23 | March 17, 2017 when I had been requesting her of | |
| 24 | this information from August. | |
| 25 | So then anyway, she emailed me in March | 12:47 |

Page 107

| | | |
|---|---|---|
| 1 | Q    So can you tell me -- give me the fact, | 12:50 |
| 2 | ma'am, that you believe indicates or demonstrates | |
| 3 | racial animus.  Give me that fact here. | |
| 4 | A    Yes.  I am a black woman in medicine.  I'm | |
| 5 | a Kenyan.  I requested for -- to -- for funding, and | 12:50 |
| 6 | I had approval for my trips in 2017.  I was denied | |
| 7 | sponsorship from the university in 2017.  In 2018, I | |
| 8 | was not part of any program that was planning any | |
| 9 | trip. | |
| 10 | But Dr. Toohey emailed me and the other | 12:51 |
| 11 | black student, the only two black students in the | |
| 12 | class, advising us not to plan or not to go in 2018. | |
| 13 | I was not part of that trip.  I was not planning | |
| 14 | anything for 2018.  She came after me. | |
| 15 | And in 2018, a non-Kenyan, | 12:51 |
| 16 | non-African-American male medical student, Michael | |
| 17 | LoBasso, was allowed to go to Kenya with full | |
| 18 | support from the university.  He got everything he | |
| 19 | wanted.  He was the same position as I was. | |
| 20 | Q    Okay.  So your factual basis is you're | 12:51 |
| 21 | black, you weren't allowed in 2017, but somebody who | |
| 22 | was not black was allowed in 2018?  Is that what | |
| 23 | you're saying? | |
| 24 | A    I was not allowed in 2017, and I was | |
| 25 | prevented, presumably, even when I was not part of | 12:51 |

Page 110

```
 1       Q    No, I know.  But you went there because        01:02
 2   you were having anxieties during testing?
 3       A    I was having problems completing the exam.
 4   I believe that's what I told the school.
 5       Q    Okay.  And so what did they do for you, if     01:02
 6   anything, that year regarding your problems
 7   involving completing tests?
 8       A    So I went to DSC in 20 -- early 2017 and
 9   DSC -- I don't quite remember how the whole process
10   worked, but I do remember that I was, at some point,   01:03
11   examined by a UCI psychiatrist.  So the medical
12   school -- medical students have a psychiatrist who
13   helps students.
14            So the UCI medical school psychiatrist
15   examined me and diagnosed me with a test anxiety,      01:03
16   testing anxiety.  And then that paperwork was sent
17   to DSC and that's how I received my accommodation
18   from UCI.
19       Q    And so you went -- you went there because
20   you had problems completing tests, then you got an     01:03
21   evaluation?
22       A    No.
23       Q    They determined that you had testing
24   anxiety and they gave you an accommodation --
25       A    No.                                           01:04
```

Page 120

```
 1       Q    -- is that correct?                              01:04
 2       A    UCI school psychiatrist examined me and
 3   then that paperwork was submitted to DSC and that's
 4   how I received my accommodations.
 5       Q    I think that's what I just said.  What           01:04
 6   accommodations did you get?
 7       A    Time and a half.
 8       Q    Oh, you got more time than your fellow
 9   students to complete your tests?
10       A    That's right, sir.                               01:04
11       Q    And so if it's a three-hour test, how long
12   would you get?
13       A    So if it's three hours, I would get time
14   and a half, so it will be -- time and a half will be
15   four and a half hours.                                    01:04
16       Q    Oh, wow.  Okay.  Any other -- is that what
17   you requested?
18       A    I requested that.  And then I also
19   received a testing -- separate room for testing.
20       Q    Did you request that as well?                    01:04
21       A    I believe so.
22       Q    And this was in the 2016/'17 school year?
23       A    Yes, sir.
24       Q    Okay.  So you -- in the -- in that year,
25   you received all accommodations that you asked for        01:05
```

Page 121

| | | |
|---|---|---|
| 1 | out of proportion and started telling people I have | 01:06 |
| 2 | a language issue. And she emailed the DSC couple | |
| 3 | times when I was going through that process, and I | |
| 4 | met -- I went to DSC and I met with her. I told her | |
| 5 | that it's not proper for her to say that I have a | 01:06 |
| 6 | language issue because I don't have a language | |
| 7 | issue. I'm looking for accommodations because I | |
| 8 | have a problem with anxiety. | |
| 9 | And I -- as soon as I got the diagnosis, I | |
| 10 | made sure she knew that I have a diagnosis in 2017. | 01:07 |
| 11 | After the meeting with her, I went to DSC and I | |
| 12 | talked to the DSC director -- | |
| 13 | (Reporter clarification.) | |
| 14 | THE WITNESS: Dr. Jan Serrantino. | |
| 15 | Dr. Serrantino. And I requested Dr. Serrantino | 01:07 |
| 16 | submit a letter to Toohey, a letter of verification | |
| 17 | that I do have a language -- I do have a learning | |
| 18 | disability -- I do have a documented learning | |
| 19 | disability. | |
| 20 | So between January of 2017 and March of | 01:07 |
| 21 | 2017, I kept telling Dr. Toohey, Can you please stop | |
| 22 | using language issue as a problem, so -- and I made | |
| 23 | sure that she received a verification letter from | |
| 24 | the DSC in March of 2017, because throughout her | |
| 25 | email she would say, Oh, she has language | 01:07 |

Page 123

| | | |
|---|---|---|
| 1 | comprehension issue. She has this. | 01:08 |
| 2 | So after I got diagnosis, I submitted a -- | |
| 3 | I requested a letter to be sent to her in March of | |
| 4 | 2017. | |
| 5 | BY MR. HARBER: | 01:08 |
| 6 | Q   Okay. So you said it was Jan and the last | |
| 7 | name is? | |
| 8 | A   Serrantino. I think it's S-e-r-r-n-t-i-o, | |
| 9 | Serrantino. Sorry. S-e-r -- oh, my God. Sorry. | |
| 10 | S-e-r-r-a-n-t-i-n-o, Serrantino. | 01:08 |
| 11 | Q   All right. So you're saying that | |
| 12 | Dr. Toohey told -- is it Dr. Serrantino? | |
| 13 | A   No. She was writing emails saying that I | |
| 14 | have a language comprehension issue when I was going | |
| 15 | through the process, and so I met with her and I | 01:08 |
| 16 | told her -- | |
| 17 | Q   I know, I know. I'm just trying to get | |
| 18 | clarity, ma'am. | |
| 19 | So Dr. Toohey mentioned this to Jan | |
| 20 | Serrantino and you didn't want that and you didn't | 01:09 |
| 21 | appreciate that; is that right? | |
| 22 | A   Yes. | |
| 23 | Q   Okay. And you didn't -- you told her | |
| 24 | don't do that, right? | |
| 25 | A   Yes, I did. | 01:09 |

Page 124

| | | |
|---|---|---|
| 1 | Q    Okay.  And when did Dr. Toohey say that to | 01:09 |
| 2 | Jan Serrantino? | |
| 3 | A    So the discussions -- these discussions | |
| 4 | were early in 2017.  I think it was January or | |
| 5 | February.  She was not just telling her.  She was | 01:09 |
| 6 | also writing emails to me, and I met with her -- in | |
| 7 | January and February is when I was processing that | |
| 8 | paperwork. | |
| 9 | And then in March is when I asked | |
| 10 | Dr. Serrantino to submit a letter to Dr. Toohey | 01:09 |
| 11 | telling her that I have a documented disability so | |
| 12 | that she can stop labeling me as having language | |
| 13 | issues. | |
| 14 | Q    Okay.  So I think I have that email.  Let | |
| 15 | me bring it up for you. | 01:10 |
| 16 | A    Okay. | |
| 17 | Q    Can you see this here, ma'am, on the -- | |
| 18 | A    Uh-huh. | |
| 19 | Q    Okay.  So it looks like it's January -- | |
| 20 | A    January, yeah.  That's right, yes. | 01:10 |
| 21 | Q    It sounds right, okay.  January 23, 2017 | |
| 22 | Dr. Toohey writes to Jan Serrantino -- | |
| 23 | A    Yes. | |
| 24 | Q    -- and she says that I have copied you on | |
| 25 | this email.  This is a copy -- this is the email | 01:10 |

Page 125

```
 1      A    Yes.                                              02:45

 2      Q    And when was that?

 3      A    I believe it was October or November.

 4 Most likely October of 2018.

 5      Q    And you mentioned you didn't pass that            02:45

 6 Step 1 exam -- Step 1 exam in October or so of 2018?

 7      A    That's correct.

 8      Q    Do you blame UCI for your failure to pass

 9 the Step 1 exam?

10      A    Yes.                                              02:46

11      Q    Okay.  And who specifically at UCI do you

12 blame for you failing to pass the first Step 1 exam?

13      A    Dr. Toohey and DSC.

14      Q    Okay.  And for the Step 1 exam, what did

15 Dr. Toohey do that caused you to fail that exam?       02:46

16      A    She interfered with my accommodation

17 process.

18      Q    Okay.  And this is Dr. Julianne Toohey?

19      A    Yes, sir.

20      Q    Okay.  And what did she specifically do to    02:46

21 interfere with your accommodation process?

22      A    She informed the DSC at the very beginning

23 when I was doing my accommodation request that I had

24 a language issue, so I never received a

25 psychological evaluation at that time.                 02:46
```

Page 149

| | | | |
|---|---|---|---|
| 1 | Q | When did you receive the evaluation? | 02:47 |
| 2 | A | I believe it was 2019. | |
| 3 | Q | Did you -- you believed you had a | |
| 4 | disability? | | |
| 5 | A | Yes, I did, and I did. | 02:47 |
| 6 | Q | And that's why you went to the disability | |
| 7 | center in the first instance, right? | | |
| 8 | A | Yes, sir. | |
| 9 | Q | Why didn't you obtain a evaluation? | |
| 10 | A | Because Dr. Toohey was misleading the DSC | 02:47 |
| 11 | officials that I have a language issue, so the | | |
| 12 | officials didn't complete their work as they were | | |
| 13 | supposed to. | | |
| 14 | Q | I'm asking something a little bit | |
| 15 | different. You knew you didn't have a language | | 02:47 |
| 16 | issue, right? You've told us that many times. | | |
| 17 | A | Yes, I did. Yeah. | |
| 18 | Q | You thought you had a different | |
| 19 | disability, true? | | |
| 20 | A | Yes. | 02:48 |
| 21 | Q | Right. So why didn't you obtain your own | |
| 22 | evaluation? Why wait for Dr. Toohey at all? | | |
| 23 | A | I did not wait for Dr. Toohey. | |
| 24 | Q | Why -- okay. So when did you get your own | |
| 25 | evaluation? | | 02:48 |

Page 150

```
1      A    I did not get my own evaluation.                    02:48

2      Q    Why not?  That's my question.

3      A    So in 2017, I went to DSC because I

4   believed I had -- I have a learning disability.  At

5   that point, as I explained to you earlier,              02:48

6   Dr. Toohey was telling people I can't speak English.

7        And so I went through that process of

8   requesting evaluations and everything, and I

9   submitted a documentation to her saying I don't have

10  a language issue.  But DSC, officially Dr. Jan         02:48

11  Serrantino who was in charge, did not conduct a

12  complete evaluation of me.  So they relied on the

13  documentation that was submitted by Dr. Toohey --

14  Dr. Hurria.

15     Q    Right.  My question is:  Why are you            02:49

16  waiting for them at all?  You waited years.  Why

17  don't you get your own evaluation?  Why have them do

18  it at all?

19     A    I didn't wait for anybody.  I had

20  already -- at the time I was applying for              02:49

21  accommodation, I believed that I had received all

22  the paperwork that was needed.

23     Q    Okay.  Did you need the evaluation to

24  provide your diagnosis of a disability?

25     A    Yes.                                           02:49
```

Page 151

```
 1       A    Well, the academic years -- this is why        04:35
 2   this is confusing.  The academic years, yes, I
 3   graduated within six years.  But if you calculate
 4   the time, you know, COVID happened, those period,
 5   it's not six years.                                     04:36
 6       Q    Was the school shut down for some period
 7   of time?
 8       A    It was.  It wasn't shut down, but
 9   exceptions were granted for students who continue
10   with education so they don't miss classes.  However,    04:36
11   I was told to stay at home.
12       Q    Sorry.  However?
13       A    So when COVID-19 happened, the school
14   refreshed the school policy so that students don't
15   have to retake Step 1 and they can progress with        04:36
16   their education, because the test centers were
17   closed countrywide.  There was no classes.  There
18   was no Step exams that were being administered.
19            But UCI promotions and honors committee
20   told me to stay at home and only come back to school    04:36
21   after I take my exam.  So the rest of the student
22   body continued with their education.  They received
23   very little interruptions.  But I was told to stay
24   home, so I couldn't go to school and I couldn't
25   continue with my education.                             04:37
```

Page 218

|   |   |   |
|---|---|---|
| 1 | don't have a language issue and I actually have a | 03:08 |
| 2 | documented disability, and she said she doesn't | |
| 3 | remember about that conversation. | |
| 4 | So I went through that again, and then she | |
| 5 | told me, Just go finish your rotation and figure out | 03:08 |
| 6 | what you're going to do. You know, you need to look | |
| 7 | for a program, but the National Board said they | |
| 8 | would not give you accommodations. So I left. I | |
| 9 | left the meeting. And then I went on to look for a | |
| 10 | program that will help me prepare, not to solve my | 03:08 |
| 11 | language issue because I had already told her that | |
| 12 | multiple times. | |
| 13 | And then, you know, later on when I was | |
| 14 | looking at the emails, that's when I found out that | |
| 15 | she had sent -- like she stated that she called the | 03:09 |
| 16 | National Board because of a language issue, but I | |
| 17 | had already -- she was in possession of my documents | |
| 18 | at that time. So she went against what my diagnosis | |
| 19 | were and called the National -- claimed to call the | |
| 20 | National Board for the wrong thing. | 03:09 |
| 21 | And because I was in a busy rotation, so I | |
| 22 | didn't see all of this until the school put me on | |
| 23 | academic -- put me on investigation. | |
| 24 | Q   Right. I'm sorry, put you on an | |
| 25 | investigation? | 03:09 |

Page 165

| | | |
|---|---|---|
| 1 | records that she called. | 03:10 |
| 2 | And then she told me that the National | |
| 3 | Board had made a decision that I will not get | |
| 4 | accommodation in 2018, and that was not true. | |
| 5 | Q   It's -- | 03:11 |
| 6 | A   So I took my test -- it was not true that | |
| 7 | the National Board had made a decision in 2018.  The | |
| 8 | National Board did not make any decision in 2018. | |
| 9 | Dr. Toohey did.  And then I took the exam without | |
| 10 | accommodation and I failed in 2018, October. | 03:11 |
| 11 | Q   So you failed it -- so you took six months | |
| 12 | off to prepare for the exam, took it in October 2018 | |
| 13 | and didn't pass that one? | |
| 14 | A   That's not the case, sir.  I completed the | |
| 15 | surgery rotation in July or August.  I don't | 03:11 |
| 16 | remember the timeline.  And then I had to travel to | |
| 17 | the program that I was in, so that took time.  And | |
| 18 | then I didn't start preparing for the exam probably | |
| 19 | until September, because I had to move from | |
| 20 | California. | 03:11 |
| 21 | Q   Had to move -- you moved from California | |
| 22 | to where? | |
| 23 | A   The program was in the East Coast.  So I | |
| 24 | had to look for a place, I had to book flight | |
| 25 | tickets and all that stuff, so that took time. | 03:12 |

Page 167

```
 1                REPORTER'S CERTIFICATION
 2
 3           I, Angie Schultz-Messenger, a certified
 4   shorthand reporter, in and for the State of
 5   California, Certificate No. 11742, do hereby
 6   certify:
 7
 8           That the foregoing proceedings were
 9   reported by me stenographically and later
10   transcribed into typewriting under my direction;
11   that the foregoing is a true record of the
12   proceedings taken at that time.
13
14           IN WITNESS WHEREOF, I have subscribed my
15   name this 16th day of May, 2024.
16
17
18           [Signature: A. Messenger]
19           Angie Schultz-Messenger, CSR No. 11742
20
21
22
23
24
25
```

```
1    JERRY GIRLEY, ESQ.

2    phyllis@thegirleylawfirm.com

3                                              May 16, 2024

4    RE: JACKLINE MUTHOKA vs. THE REGENTS OF THE UNIVERSITY
                            OF CALIFORNIA
5    May 2, 2024, JACKLINE MUTHOKA, JOB NO. 6669554

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, notating the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20       Contact Veritext when the sealed original is required.

21   __ Waiving the CA Code of Civil Procedure per Stipulation of

22       Counsel - Original transcript to be released for signature

23       as determined at the deposition.

24   __ Signature Waived - Reading & Signature was waived at the

25       time of the deposition.
```

Page 248

```
 1    __ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF
 2       Transcript - The witness should review the transcript and
 3       make any necessary corrections on the errata pages included
 4       below, notating the page and line number of the corrections.
 5       The witness should then sign and date the errata and penalty
 6       of perjury pages and return the completed pages to all
 7       appearing counsel within the period of time determined at
 8       the deposition or provided by the Federal Rules.
 9    _X_ Federal R&S Not Requested - Reading & Signature was not
10       requested before the completion of the deposition.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 249