1            IN THE UNITED STATES DISTRICT COURT
2              CENTRAL DISTRICT OF CALIFORNIA
3                   SOUTHERN DIVISION
4                      ---oOo---
5   JACKLINE MUTHOKA,              )
                                   )
6              Plaintiff,          )
                                   )
7   vs.                           ) Case No.
                                   ) 8:23-cv-01333-FWS-JDE
8   REGENTS OF THE UNIVERSITY OF )
    CALIFORNIA,                    )
9                                  )
               Defendant.          )
10  _____)
11
12
13         REMOTE VIDEO-RECORDED DEPOSITION OF
14             KELLEY ALEXIS BUTLER, M.D.
15         _____
16              Monday, December 2, 2024
17               San Diego, California
18
19
20
21
22  REPORTED BY:
23  JANE GROSSMAN, CSR No. 5225
24
25  Job No. 7006937

                                        Page 1

| | | |
|---|---|---|
| 1 | throughout your time at UCI?  And I know it probably | 10:15:50 |
| 2 | ebbed and flowed a bit, but maybe, like, once a week | 10:15:54 |
| 3 | or more frequently than that? | 10:15:57 |
| 4 |     A.   I think once a week is about right. | 10:15:59 |
| 5 |     Q.   Okay.  Would you see Dr. Muthoka both | 10:16:07 |
| 6 | socially and in the context of school? | 10:16:11 |
| 7 |     A.   Yes. | 10:16:14 |
| 8 |     Q.   There is some reference in some of the | 10:16:29 |
| 9 | documents to a big and little sibling type program. | 10:16:31 |
| 10 |     A.   Uh-huh. | 10:16:36 |
| 11 |     Q.   Do you recall that? | 10:16:36 |
| 12 |     A.   Yep. | 10:16:37 |
| 13 |     Q.   Okay.  Were you Dr. Muthoka's big sibling? | 10:16:38 |
| 14 |     A.   Yes. | 10:16:42 |
| 15 |     Q.   Okay.  What does that mean? | 10:16:43 |
| 16 |     A.   So it's meant to just be someone that | 10:16:44 |
| 17 | you're connected to in a class that's above you that | 10:16:47 |
| 18 | can offer guidance and support.  If it's, "How do I | 10:16:50 |
| 19 | navigate a certain class?  How should I study for | 10:16:55 |
| 20 | this specific professor?  Can I borrow your | 10:16:58 |
| 21 | textbooks?  Can I borrow your tools for anatomy | 10:17:03 |
| 22 | lab?" et cetera, that person is just supposed to | 10:17:08 |
| 23 | support you through medical school. | 10:17:11 |
| 24 |     Q.   Sort of like a mentor? | 10:17:13 |
| 25 |     A.   Yeah. | 10:17:15 |

Page 15

| | | |
|---|---|---|
| 1 | A. Most notably, the Student National Medical | 10:21:23 |
| 2 | Association, but we both held various leadership | 10:21:25 |
| 3 | positions supporting the Latino Medical Student | 10:21:30 |
| 4 | Association. | 10:21:35 |
| 5 | We worked together on a trip that we both | 10:21:37 |
| 6 | took for primarily ultrasound enrichment, but other | 10:21:39 |
| 7 | clinical endeavors in Kenya. | 10:21:49 |
| 8 | We both were -- there was, like, a | 10:21:50 |
| 9 | diversity committee for our admissions. And so we | 10:21:53 |
| 10 | both had the opportunity to be present for | 10:21:57 |
| 11 | racially/ethically/socially/economically diverse | 10:22:05 |
| 12 | students. | 10:22:09 |
| 13 | Yeah, we overlapped in a lot of different | 10:22:09 |
| 14 | ways. | 10:22:11 |
| 15 | Q. But -- I'm going to kind of work from what | 10:22:14 |
| 16 | you just mentioned. | 10:22:16 |
| 17 | The Diversity Committee for Admissions -- | 10:22:18 |
| 18 | do you recall who in the administration you worked | 10:22:21 |
| 19 | with on that committee? | 10:22:23 |
| 20 | A. Marco Angulo. | 10:22:25 |
| 21 | Q. And what was the goal of that committee, | 10:22:30 |
| 22 | if you know? | 10:22:32 |
| 23 | A. The goal was to make underrepresented | 10:22:32 |
| 24 | students in medicine feel more seen in the interview | 10:22:35 |
| 25 | process. | 10:22:42 |

Page 19

| | | |
|---|---|---|
| 1 | Q. Okay. When you say you were part of the | 10:24:01 |
| 2 | interview process, like, the day of the interview, | 10:24:03 |
| 3 | what kind of role did you have during the interview? | 10:24:05 |
| 4 | A. We would interview students -- we would | 10:24:08 |
| 5 | interview applicants. | 10:24:10 |
| 6 | Q. Okay. Did you then provide feedback on | 10:24:14 |
| 7 | the interview to the committee or admissions or | 10:24:19 |
| 8 | somebody else? | 10:24:22 |
| 9 | A. Yes. | 10:24:23 |
| 10 | Q. Okay. Who would you provide that feedback | 10:24:24 |
| 11 | to? | 10:24:26 |
| 12 | A. I know my primary point of contact would | 10:24:27 |
| 13 | have been Marco Angulo. | 10:24:30 |
| 14 | It's not impossible that I would have | 10:24:32 |
| 15 | communicated to other people in admissions. | 10:24:34 |
| 16 | But I know that he was my primary point of | 10:24:37 |
| 17 | contact. | 10:24:40 |
| 18 | Q. You also mentioned that you had worked | 10:24:51 |
| 19 | with Dr. Muthoka on a trip to Kenya, I believe, you | 10:24:53 |
| 20 | said; right? | 10:24:56 |
| 21 | A. Uh-huh, yes. | 10:24:57 |
| 22 | Q. Do you remember what year that was? | 10:24:58 |
| 23 | A. Oh, that was summer twenty- -- I remember | 10:25:02 |
| 24 | 2017. I'm not remembering the exact month that we | 10:25:09 |
| 25 | went. | 10:25:16 |

Page 21

| | | |
|---|---|---|
| 1 | But it is a -- a longstanding tradition | 10:25:18 |
| 2 | that UCI sends its medical students to various | 10:25:25 |
| 3 | countries around the world, specifically focused on | 10:25:29 |
| 4 | projects related to ultrasound and point-of-care | 10:25:33 |
| 5 | ultrasound. | 10:25:36 |
| 6 | So we developed a trip to Kenya because | 10:25:38 |
| 7 | it's her home country, she had connections there. | 10:25:42 |
| 8 | And, yeah, so as a part of that planning | 10:25:43 |
| 9 | endeavor, I went out on the trip for about | 10:25:46 |
| 10 | two thirds of the trip itself, but I had to get back | 10:25:49 |
| 11 | early because I was a year ahead of people, and I | 10:25:52 |
| 12 | was entering clinical space in a way that some other | 10:25:55 |
| 13 | students had a whole summer off between their first | 10:25:58 |
| 14 | and second year, if that makes sense. | 10:26:01 |
| 15 | Q.  Yeah, absolutely. | 10:26:04 |
| 16 | So you went out on the trip to Kenya, and | 10:26:05 |
| 17 | you were there for about -- you said about | 10:26:08 |
| 18 | two thirds of the trip; is that right? | 10:26:09 |
| 19 | A.  Yeah.  So if it was a total -- I think we | 10:26:11 |
| 20 | were there for a week of planning and just kind of | 10:26:13 |
| 21 | situating all the lodging and such. | 10:26:15 |
| 22 | And, then, I was there for an actual week | 10:26:19 |
| 23 | of the trip.  That, I think, was two weeks for the | 10:26:21 |
| 24 | general cohort of students that went. | 10:26:24 |
| 25 | Q.  And you said you were providing | 10:26:26 |

Page 22

| | | |
|---|---|---|
| 1 | point-of-care ultrasound enrichment; correct? | 10:26:28 |
| 2 | A. Yeah. So we -- yes. We did an ultrasound | 10:26:33 |
| 3 | research project, and then we worked with clinical | 10:26:36 |
| 4 | providers on the ground to see patients as well. | 10:26:42 |
| 5 | Q. And before leaving on that trip in the | 10:26:53 |
| 6 | summer of 2017, did you work with Dr. Muthoka to | 10:26:54 |
| 7 | plan it? | 10:26:58 |
| 8 | A. Did I work with her to plan it? Yes. | 10:27:00 |
| 9 | Q. Okay. What -- and I -- and, again, I know | 10:27:03 |
| 10 | this is seven years ago, so just the best of your | 10:27:06 |
| 11 | memory. | 10:27:09 |
| 12 | Do you recall what the planning entailed | 10:27:10 |
| 13 | for that trip? | 10:27:12 |
| 14 | A. Yeah. We had -- I just remember it being | 10:27:13 |
| 15 | a several-part endeavor, with Jackie at the helm. | 10:27:19 |
| 16 | We had to do a lot of our own fundraising. | 10:27:23 |
| 17 | I remember that. | 10:27:26 |
| 18 | I remember that she had to reach out to | 10:27:27 |
| 19 | various people in her church committee. I remember | 10:27:29 |
| 20 | we set up our own GoFundMe. We held our own | 10:27:32 |
| 21 | fundraising events to actually -- | 10:27:46 |
| 22 | (Clarification requested by the reporter.) | 10:27:46 |
| 23 | THE WITNESS: She had to reach out to | 10:27:46 |
| 24 | various people in her church community to help | 10:27:47 |
| 25 | support the trip financially. | 10:27:52 |

Page 23

```
 1        Q.   Okay.  Do you recall -- again, focusing        10:39:14

 2   on the summer of 2017 or the planning that leads up      10:39:35

 3   to it, do you recall Dr. Muthoka complaining to you      10:39:38

 4   at all about any part of the process with trying to      10:39:41

 5   get the Kenya trip planned?                              10:39:45

 6        A.   Yes.                                           10:39:47

 7        Q.   Okay.  What do you recall Dr. Muthoka          10:39:47

 8   saying?                                                  10:39:49

 9        A.   Just feeling hugely unsupported by the         10:39:50

10   University; feeling like a lot of this was falling       10:39:53

11   onto us, instead of the University actually stepping     10:39:56

12   up to help us in the planning effort.                    10:40:01

13            Again, beyond -- the fact that I can't          10:40:05

14   even remember a faculty touch point should speak         10:40:06

15   volumes.                                                 10:40:10

16            I -- I really don't remember the                10:40:11

17   University of California helping at all.                 10:40:12

18        Q.   Okay.  With the Kenya trip; right?             10:40:15

19        A.   Yes.                                           10:40:17

20        Q.   Okay.                                          10:40:17

21        A.   And, then, I think the financial lift was      10:40:24

22   really different.  Compared to trips that were a         10:40:26

23   little bit more established, they just didn't have       10:40:31

24   to raise as much money as we did, because the            10:40:36

25   University would offer financial support.                10:40:38
```

Page 32

```
 1        Q.   Okay.  So this would have been time-        10:49:23

 2   period-wise, maybe that spring or the winter before   10:49:27

 3   the trip to Kenya?                                     10:49:32

 4        A.   Likely, yes.                                 10:49:33

 5        Q.   Okay.  And I think you said you don't        10:49:34

 6   remember anything specifically she said, just that    10:49:46

 7   she was kind of the voice with a lot of nos.  Is      10:49:49

 8   that correct?                                          10:49:52

 9        A.   Yes.                                         10:49:53

10        Q.   Okay.  Did you and Dr. Muthoka exchange     10:49:54

11   text messages or e-mails about Dr. Toohey during      10:50:18

12   this time?                                             10:50:20

13        A.   It's possible.                               10:50:22

14        Q.   As you sit here today, do you remember any  10:50:23

15   of them?                                               10:50:25

16        A.   No.                                          10:50:26

17        Q.   Did Dr. Muthoka ever tell you that          10:50:34

18   Dr. Julliane Toohey had said anything discriminatory  10:50:39

19   to Dr. Muthoka?                                        10:50:43

20        A.   About the Kenya trip specifically or in     10:50:56

21   general?                                               10:50:58

22        Q.   No.  Just more general.                     10:50:58

23        A.   What I do remember is that we -- I--        10:51:11

24   I didn't receive the same negativity from            10:51:17

25   Julliane Toohey in my Panama planning experience      10:51:23
```

                                                      Page 39

| | | |
|---|---|---|
| 1 | place of being punitive, rather than supportive | 10:52:42 |
| 2 | oftentimes. | 10:52:46 |
| 3 | She had a way of singling out the Black | 10:52:47 |
| 4 | and Brown students in a sea of White students and | 10:52:51 |
| 5 | making it our problem if something wasn't going | 10:52:55 |
| 6 | well. | 10:52:58 |
| 7 | If the Kenya planning trip, for example -- | 10:52:58 |
| 8 | our planning effort, for example, wasn't going well, | 10:53:01 |
| 9 | it was -- it was our fault. | 10:53:04 |
| 10 | I remember specific examples of being -- | 10:53:08 |
| 11 | getting feedback from her that was negative and | 10:53:10 |
| 12 | unfair and not received by other students who were | 10:53:14 |
| 13 | in the exact same position as I was. | 10:53:18 |
| 14 | I remember her singling out some of our | 10:53:20 |
| 15 | extracurricular efforts and saying that they were | 10:53:24 |
| 16 | detracting from schoolwork, while things that other | 10:53:27 |
| 17 | students, White students and Asian students, were | 10:53:31 |
| 18 | doing weren't. | 10:53:34 |
| 19 | I remember her weaponizing her Whiteness | 10:53:35 |
| 20 | in a lot of ways to say that how she would have | 10:53:37 |
| 21 | comported herself in a situation was professional, | 10:53:40 |
| 22 | and how we were comporting ourself wasn't. | 10:53:43 |
| 23 | She -- she was a doozy.  I don't mean -- | 10:53:46 |
| 24 | mean to speak ill of the dead, but, yeah, she -- she | 10:53:49 |
| 25 | made medical school really hard for Black and Brown | 10:53:53 |

Page 41

```
 1    students.                                              10:53:57

 2         Q.   I asked the question.  So thank you for      10:53:58

 3    the response.                                          10:53:59

 4              Can I ask, so you said -- and I was          10:54:00

 5    typing, so I don't know that I got these notes         10:54:01

 6    great.                                                 10:54:04

 7              But you mentioned one example of getting     10:54:04

 8    feedback from her that was negative and unfair.        10:54:06

 9              Would that feedback have been in response    10:54:11

10    to coursework or something else?  Do you remember?     10:54:13

11         A.   Typically, on this idea of                   10:54:16

12    professionalism, it could have been how you            10:54:19

13    comported yourself in, like, a first- and              10:54:21

14    second-year didactic scenario, where we were mostly    10:54:24

15    in the classroom.  It could have been in third and     10:54:29

16    fourth year, when we were actually on the wards        10:54:33

17    delivering patient care.  But I remember often she     10:54:36

18    really weaponized this idea of what was deemed          10:54:40

19    professional.  And it was only ever Black and Brown    10:54:43

20    kids that got brought up for being unprofessional.     10:54:45

21         Q.   So timing-wise, would -- this would have     10:54:50

22    been both during your first and second year, so        10:54:52

23    '15/'16, '16/'17 when it was more a classroom          10:54:55

24    activity, and then also when you transitioned to       10:55:01

25    more clinical stuff the second two years?              10:55:03
```

Page 42

| | | |
|---|---|---|
| 1 | insurance had nothing to do with medicine. | 10:56:23 |
| 2 | I remember in the planning effort for some | 10:56:26 |
| 3 | of the work we were doing in the Student National | 10:56:28 |
| 4 | Medical Association, she would make the point that | 10:56:31 |
| 5 | trying to pull students into that planning effort | 10:56:34 |
| 6 | was detracting from their studies.  Again, this was | 10:56:37 |
| 7 | efforts or work done by primarily Black and Brown | 10:56:41 |
| 8 | students, because the Student National Medical | 10:56:45 |
| 9 | Organization -- Association was founded primarily | 10:56:46 |
| 10 | to support underrepresented students in medicine. | 10:56:50 |
| 11 | I remember, yeah, getting the, "You need | 10:56:54 |
| 12 | to be more professional" feedback. | 10:57:00 |
| 13 | Q.   Well, for what it's worth, you're probably | 10:57:11 |
| 14 | going to have to rally for the ACA here again | 10:57:18 |
| 15 | (inaudible). | 10:57:18 |
| 16 | (Clarification requested by the reporter.) | 10:57:19 |
| 17 | MS. BERNAL:  Sorry.  It was about the ACA | 10:57:20 |
| 18 | and the state of the future on that, so... | 10:57:21 |
| 19 | But that's beyond the point here. | 10:57:25 |
| 20 | Q.   Okay.  So these examples from your | 10:57:31 |
| 21 | interactions with Dr. Toohey, do you recall if | 10:57:38 |
| 22 | Dr. Muthoka was involved in any of those examples? | 10:57:43 |
| 23 | A.   She must have been if she was one of the | 10:57:53 |
| 24 | adversarial voices in our Kenya trip planning. | 10:57:56 |
| 25 | I was certainly not the only student that | 10:58:00 |

Page 44

| | | |
|---|---|---|
| 1 | don't win this, I'm going to be really upset," | 11:00:48 |
| 2 | because people knew me on campus as a person who was | 11:00:50 |
| 3 | really entrenched in work for community. | 11:00:54 |
| 4 | And I was, you know, the only Black girl. | 11:00:57 |
| 5 | I was one of two Black students in a class of a | 11:00:59 |
| 6 | hundred and four.  So there were only so many people | 11:01:02 |
| 7 | who could have been up for it. | 11:01:05 |
| 8 | I get called into Julliane Toohey's office | 11:01:07 |
| 9 | because she said that my post was threatening to | 11:01:09 |
| 10 | people, that I was not being professional, and that | 11:01:13 |
| 11 | I had to take steps to apologize to other students | 11:01:17 |
| 12 | for saying that I would be upset about not winning | 11:01:21 |
| 13 | this scholarship. | 11:01:24 |
| 14 | I remember venting to a lot of my | 11:01:25 |
| 15 | community about how unfair that was and how I was | 11:01:28 |
| 16 | singled out in a way that seemed really unfair and, | 11:01:31 |
| 17 | quite frankly, seemed really racially motivated, | 11:01:37 |
| 18 | because it was a White-facing Latina woman that, you | 11:01:41 |
| 19 | know, confided in her and that she said, "Hey, you | 11:01:45 |
| 20 | know, I'm going to go to bat for you and -- and | 11:01:50 |
| 21 | otherwise punish Kelley." | 11:01:52 |
| 22 | So after that interaction, yeah, I sought | 11:01:54 |
| 23 | a lot of my community -- Jackie would have been one | 11:01:58 |
| 24 | of those people -- to figure out how to move | 11:02:00 |
| 25 | forward and to figure out how to find my footing in | 11:02:03 |

Page 47

```
 1          Q.    And then after -- so did you have to        11:05:40

 2    write an apology letter to Tara Zand as well?          11:05:43

 3          A.    I don't remember that.                      11:05:47

 4                I do remember having to write one to        11:05:48

 5    Mariana, though.                                        11:05:50

 6          Q.    Okay.  And do you recall when you were      11:05:52

 7    speaking with members of your community, including     11:05:57

 8    Dr. Muthoka, Dr. Muthoka saying anything about her     11:06:00

 9    own interactions with Dr. Toohey?                      11:06:04

10          A.    Just that they felt very similar.  They    11:06:08

11    felt similarly punitive and similarly unfair.          11:06:12

12          Q.    So this was definitely something that      11:06:17

13    stuck out in your brain from early 2016 about an       11:06:20

14    interaction with Dr. Toohey.                           11:06:24

15                Do you have any other similar, like,       11:06:25

16    specific instances with Dr. Toohey that kind of       11:06:30

17    stick out for you as negative or positive -- just      11:06:33

18    specific interactions with Dr. Toohey?                 11:06:37

19          A.    I remember her really wanting to uplift    11:06:44

20    and pour into certain student causes and not others;   11:06:51

21    namely, she was really happy to be at the helm of      11:06:55

22    all things for the Latina Medical Student              11:06:58

23    Association, but not the Student National Medical      11:06:59

24    Association.                                            11:07:03

25                Now, that wouldn't have come in the form   11:07:05
```

Page 51

| | | |
|---|---|---|
| 1 | of, you know, being outright problematic. | 11:07:07 |
| 2 | But when it came to trying to identify | 11:07:15 |
| 3 | funds for students to go to an LMSA conference, for | 11:07:17 |
| 4 | example, they were always found, but not for the | 11:07:22 |
| 5 | SNMA. | 11:07:26 |
| 6 | If it was for us trying to arrange an | 11:07:27 |
| 7 | event, there was always space in -- in Med Ed, the | 11:07:28 |
| 8 | main building that we had a lot of events in for | 11:07:32 |
| 9 | LSMA events; sometimes not for SNMA, the Student | 11:07:35 |
| 10 | National Medical Association. | 11:07:45 |
| 11 | If we were trying to arrange a panel, | 11:07:47 |
| 12 | if -- or -- of graduates or other physicians in the | 11:07:52 |
| 13 | area, we had no issue with that for LMSA, but | 11:07:55 |
| 14 | sometimes did for SNMA. | 11:08:03 |
| 15 | And I remember Marco Angulo being a huge | 11:08:06 |
| 16 | champion for us, while Julliane Toohey was not. | 11:08:09 |
| 17 | It might have been because she herself | 11:08:17 |
| 18 | identified as a Latino [sic] woman. | 11:08:18 |
| 19 | But I remember just having to work harder, | 11:08:23 |
| 20 | even though I was on leadership boards for both | 11:08:25 |
| 21 | organizations, when it came to planning things for | 11:08:28 |
| 22 | the SNMA and not for the LSMA. | 11:08:31 |
| 23 | Let's see.  What else can I recall? | 11:08:38 |
| 24 | Yeah.  And I think that point on how she | 11:08:42 |
| 25 | really weaponized this idea of professionalism | 11:08:45 |

Page 52

| 1 | should be -- hit home.  That was an unfortunate | 11:08:49 |
| 2 | reality for a lot of Black and Brown students at UCI | 11:08:52 |
| 3 | at the hands of Julliane Toohey. | 11:08:59 |
| 4 | Q.   And I have an idea what you mean by that, | 11:08:59 |
| 5 | but because this is my opportunity here to ask you | 11:09:02 |
| 6 | questions, make sure I get all your testimony, can | 11:09:05 |
| 7 | you just explain for me what you mean by | 11:09:07 |
| 8 | "weaponizing the idea of professionalism" with | 11:09:09 |
| 9 | respect to what Dr. Toohey did? | 11:09:12 |
| 10 | A.   Yeah. | 11:09:14 |
| 11 | So oftentimes she upheld standards of | 11:09:15 |
| 12 | professionalism that were proximal to Whiteness, | 11:09:17 |
| 13 | down to how I wore my hair, to how I spoke up in | 11:09:21 |
| 14 | rounds. | 11:09:26 |
| 15 | If there was feedback given from people on | 11:09:28 |
| 16 | the unit or on the service or in the clinical space | 11:09:30 |
| 17 | or learning space, often it would make it back to | 11:09:35 |
| 18 | Julliane Toohey, and she would be the person to talk | 11:09:38 |
| 19 | about that with us. | 11:09:41 |
| 20 | So some of this feedback was not what I | 11:09:43 |
| 21 | was receiving directly from the people that I was | 11:09:45 |
| 22 | working with.  I would find out after the rotation | 11:09:49 |
| 23 | was over, for example.  And Julliane would bring up | 11:09:52 |
| 24 | this point of not being professional for that | 11:09:56 |
| 25 | reason. | 11:09:58 |

Page 53

| | | |
|---|---|---|
| 1 | So if it was how you spoke, how you | 11:09:58 |
| 2 | dressed, how you wore your clothes -- how you wore | 11:10:01 |
| 3 | your hair, what makeup you did and didn't wear, | 11:10:05 |
| 4 | whether or not you interrupted someone, et cetera -- | 11:10:10 |
| 5 | a lot of the standards of what was deemed | 11:10:17 |
| 6 | professional were unfair because I can't help the | 11:10:21 |
| 7 | way the hair grows out of my head, for example, or, | 11:10:24 |
| 8 | yeah, my hoop earnings might be bigger than yours. | 11:10:30 |
| 9 | It doesn't make me any less professional or capable. | 11:10:35 |
| 10 | But I remember being specifically | 11:10:38 |
| 11 | reprimanded in her office. | 11:10:40 |
| 12 | So, no, I don't have a paper trail around | 11:10:41 |
| 13 | these things. | 11:10:44 |
| 14 | But in her office, where she would read | 11:10:45 |
| 15 | me the words of different people on the units and | 11:10:47 |
| 16 | say, "You know, you need to change how you show up | 11:10:49 |
| 17 | in these spaces in order to be deemed more | 11:10:53 |
| 18 | professional," under the guise of, "I'm trying to | 11:10:56 |
| 19 | help you succeed." | 11:11:00 |
| 20 | It's hard not to take any of that to be | 11:11:05 |
| 21 | racially-motivated when I'm the only Black girl and | 11:11:09 |
| 22 | I'm the only one getting this feedback. So, yeah. | 11:11:13 |
| 23 | Q.   Did you talk about any of that with | 11:11:19 |
| 24 | Dr. Muthoka? | 11:11:20 |
| 25 | A.   Absolutely.  I mean, we were two of four | 11:11:22 |

Page 54

| | | |
|---|---|---|
| 1 | what she told me. | 11:15:56 |
| 2 | Q.   Okay.  And I know you testified that | 11:15:57 |
| 3 | Dr. Muthoka never disclosed to you that she had | 11:16:07 |
| 4 | these similar, like, professionalism meetings or | 11:16:11 |
| 5 | whatnot in Dr. Toohey's office, but that you did | 11:16:14 |
| 6 | both experience kind of the pushback with the Kenya | 11:16:19 |
| 7 | planning trip; is that right? | 11:16:22 |
| 8 | A.   Yes. | 11:16:25 |
| 9 | And I remember when she was going through | 11:16:26 |
| 10 | the time that she, like, didn't pass boards, I think | 11:16:34 |
| 11 | the first time, I remember her being in meetings -- | 11:16:39 |
| 12 | I'm not remembering if it was Julliane Toohey or who | 11:16:48 |
| 13 | else she would have been in those meetings with. | 11:16:50 |
| 14 | But I remember someone in administration making her | 11:16:52 |
| 15 | life difficult when it came to trying to figure out | 11:16:59 |
| 16 | how she was going to do boards again.  I remember | 11:17:02 |
| 17 | that.  I don't -- I don't -- yeah, I don't remember | 11:17:04 |
| 18 | exactly who she spoke to.  But I remember her | 11:17:07 |
| 19 | feeling really dejected. | 11:17:14 |
| 20 | And it seemed really surprising because | 11:17:16 |
| 21 | Jackie was, like, an A-plus-plus-plus student in | 11:17:20 |
| 22 | every other subject.  And somehow it didn't go right | 11:17:23 |
| 23 | for boards. | 11:17:29 |
| 24 | So I -- I remember that being a really | 11:17:30 |
| 25 | hard time, but I'm not remembering if it was Toohey | 11:17:31 |

Page 58

| | | |
|---|---|---|
| 1 | in relation to the ultrasound planning effort, | 11:43:22 |
| 2 | though. | 11:43:25 |
| 3 | Q. Which year did you say it would have been | 11:43:25 |
| 4 | for you? | 11:43:28 |
| 5 | A. It would have been in my second year. It | 11:43:28 |
| 6 | would have been when Jackie was actually a medical | 11:43:31 |
| 7 | student. | 11:43:35 |
| 8 | Q. Jackie's first year as a medical student? | 11:43:36 |
| 9 | A. Okay. Likely, yes. | 11:43:39 |
| 10 | Q. Okay. And it was something along the | 11:43:41 |
| 11 | lines of her being -- Jackie not being as capable | 11:43:42 |
| 12 | because English isn't her first language? | 11:43:46 |
| 13 | A. Correct. | 11:43:49 |
| 14 | Q. Okay. Was that something that you | 11:43:50 |
| 15 | personally heard Dr. Toohey said or that | 11:43:55 |
| 16 | Dr. Muthoka relayed to you that Dr. Toohey had said? | 11:43:58 |
| 17 | A. The latter. | 11:44:02 |
| 18 | Q. Okay. Do you have any firsthand personal | 11:44:03 |
| 19 | knowledge of whether that was, indeed, said by | 11:44:10 |
| 20 | Dr. Toohey? | 11:44:13 |
| 21 | A. I wasn't in the room, no. | 11:44:13 |
| 22 | Q. And, then, do you recall Dr. Muthoka ever | 11:44:21 |
| 23 | telling you that Dr. Toohey told Dr. Muthoka that | 11:44:24 |
| 24 | she should go back to her country? | 11:44:31 |
| 25 | A. I remember there being an encouragement | 11:44:41 |

Page 71

| | | |
|---|---|---|
| 1 | of her returning back to Kenya to practice, you | 11:44:44 |
| 2 | know, following graduation. | 11:44:50 |
| 3 | Q.   Okay.  Did you -- when you say "there | 11:44:56 |
| 4 | being an encouragement of her to return to Kenya to | 11:44:58 |
| 5 | practice," did you view that as racially | 11:45:04 |
| 6 | discriminatory? | 11:45:10 |
| 7 | A.   I think what's important to note is that | 11:45:18 |
| 8 | she was not telling Mexican students to go practice | 11:45:19 |
| 9 | in Mexico. | 11:45:23 |
| 10 | Q.   Okay.  And it was Dr. Toohey who you | 11:45:24 |
| 11 | recall saying something along those lines? | 11:45:26 |
| 12 | A.   Yes. | 11:45:28 |
| 13 | Q.   Okay.  Similarly, were you there when | 11:45:29 |
| 14 | Dr. Toohey said that?  Like, did you personally have | 11:45:33 |
| 15 | firsthand knowledge of Dr. Toohey saying that? | 11:45:36 |
| 16 | A.   Again, I wasn't in the room. | 11:45:39 |
| 17 | Q.   Okay. | 11:45:41 |
| 18 | A.   I don't think so. | 11:45:42 |
| 19 | Q.   When do you think that would have been? | 11:45:42 |
| 20 | A.   Similarly, during my second year -- that's | 11:45:45 |
| 21 | hard.  It could have been when we were inching | 11:45:51 |
| 22 | towards clinicals. | 11:45:55 |
| 23 | I'm not sure.  I'm not sure. | 11:45:56 |
| 24 | Q.   If I said generally in the -- in your | 11:45:59 |
| 25 | second year, like -- like, before 2018, would that | 11:46:05 |

Page 72

| | | |
|---|---|---|
| 1 | endeavor when it comes to putting up a bunch of | 11:52:22 |
| 2 | students in a different country for several weeks | 11:52:26 |
| 3 | at a time. | 11:52:28 |
| 4 | And there's at least double, if not | 11:52:29 |
| 5 | triple, the -- well, probably double the students on | 11:52:31 |
| 6 | that trip as there were coming to Kenya. | 11:52:36 |
| 7 | Q.   How many went to Kenya with you? | 11:52:38 |
| 8 | A.   I believe the total of us was six, I | 11:52:40 |
| 9 | think. | 11:52:46 |
| 10 | Q.   Then, roughly, 12 would have gone to | 11:52:47 |
| 11 | Panama; is that correct? | 11:52:50 |
| 12 | A.   Yes. | 11:52:51 |
| 13 | And instead of the two weeks that we would | 11:52:51 |
| 14 | have spent in Panama, those 12 students spanned, | 11:52:53 |
| 15 | like, the entire summer between our first and | 11:52:58 |
| 16 | second year, which I believe was eight to ten weeks. | 11:53:01 |
| 17 | Q.   And so to be clear, the monies came -- did | 11:53:05 |
| 18 | it come from the actual school's budget, or was it | 11:53:07 |
| 19 | monies that the school organized from outside | 11:53:11 |
| 20 | sources to be provided to -- for the trip? | 11:53:14 |
| 21 | A.   I'm not sure.  I'm not sure where the | 11:53:17 |
| 22 | money actually came from. | 11:53:20 |
| 23 | But I -- I know that I -- I spent less out | 11:53:22 |
| 24 | of my pocket and I spent way less time fundraising | 11:53:24 |
| 25 | for my own costs going to Panama as I did for Kenya. | 11:53:28 |

Page 78

| | | |
|---|---|---|
| 1 | not the first or only student group to attempt to do | 11:58:49 |
| 2 | a trip outside of the United States.  That was not | 11:58:53 |
| 3 | one of the kind of longstanding true -- | 11:58:56 |
| 4 | tried-and-true trips, like a Panama. | 11:58:58 |
| 5 | I know it -- | 11:59:01 |
| 6 | Q.   Let me interrupt you, then, Doctor.  I | 11:59:02 |
| 7 | apologize, because I know -- I'm trying to be | 11:59:04 |
| 8 | respectful of your time. | 11:59:06 |
| 9 | A.   No problem. | 11:59:08 |
| 10 | Q.   Let's go right to that point, that | 11:59:08 |
| 11 | statement that you just made. | 11:59:10 |
| 12 | What other groups that -- are you aware | 11:59:11 |
| 13 | of who attempted to organize, we'll call it, | 11:59:13 |
| 14 | non-established trips outside the United States? | 11:59:17 |
| 15 | A.   I know a group of maybe three or -- maybe | 11:59:21 |
| 16 | three or four students went to Switzerland.  And | 11:59:25 |
| 17 | never once were they met with a "No" -- never once. | 11:59:30 |
| 18 | Q.   Do you know what their -- what their | 11:59:35 |
| 19 | mission was?  What was the population?  What were | 11:59:36 |
| 20 | they studying in Switzerland? | 11:59:40 |
| 21 | A.   I'm not sure what the focus of their | 11:59:42 |
| 22 | research study was, but I know that it was a | 11:59:44 |
| 23 | similar, "Let's do something focused around | 11:59:48 |
| 24 | ultra- -- point-of-care ultrasound use and | 11:59:59 |
| 25 | education."  I'm not sure what -- | 11:59:59 |

Page 84

| | | |
|---|---|---|
| 1 | physician.  But had -- yeah, but that happened. | 12:03:56 |
| 2 | Q.    Doctor, I think I understand. | 12:03:59 |
| 3 | During the course of your discussion, | 12:04:01 |
| 4 | your answering questions, you used an acronym.  And | 12:04:04 |
| 5 | I would like you to describe what that is.  And | 12:04:08 |
| 6 | maybe I wrote it down incorrectly.  It's SMSA [sic]. | 12:04:10 |
| 7 | A.    The Student National Medical Association | 12:04:14 |
| 8 | or SNMA. | 12:04:17 |
| 9 | Q.    And what is that entity? | 12:04:19 |
| 10 | A.    It's an organization that was founded | 12:04:21 |
| 11 | to support primarily Black students, but has | 12:04:24 |
| 12 | since broadened its mission to support all | 12:04:28 |
| 13 | underrepresented minorities in medicine.  It is a | 12:04:31 |
| 14 | philanthropic, community service, education -- | 12:04:47 |
| 15 | (Clarification requested by the reporter.) | 12:04:47 |
| 16 | THE WITNESS:  It is an organization that | 12:04:47 |
| 17 | is committed to community service, to educational | 12:04:49 |
| 18 | offerings, to building community within students. | 12:04:53 |
| 19 | And there are chapters at various medical schools, | 12:04:56 |
| 20 | UCI being one of them. | 12:05:01 |
| 21 | BY MR. GIRLEY: | 12:05:03 |
| 22 | Q.    And, then, you mentioned another entity -- | 12:05:03 |
| 23 | and, again, if I got it wrong, that's why I'm asking | 12:05:05 |
| 24 | you -- the LSMA [sic]. | 12:05:09 |
| 25 | A.    LMSA, the Latino Medical Student | 12:05:11 |

Page 88

| | | |
|---|---|---|
| 1 | Association, with a very similar -- similar mission, | 12:05:13 |
| 2 | just for Latinx students. | 12:05:19 |
| 3 | Q.    Thank you. | 12:05:22 |
| 4 | Now, so I want to explore that more. | 12:05:23 |
| 5 | You -- you -- you talked about ways that | 12:05:25 |
| 6 | you felt that Black and Brown students were | 12:05:26 |
| 7 | treated different by UCI and, particularly, by | 12:05:32 |
| 8 | Dr. Julliane Toohey. | 12:05:36 |
| 9 | The use of on-campus facilities, can you | 12:05:38 |
| 10 | talk to me a little bit more about how the SN- -- | 12:05:43 |
| 11 | and I'll get it right -- -SA [sic] was treated | 12:05:47 |
| 12 | differently than the LMSA as it relates to the | 12:05:51 |
| 13 | ability to use campus facilities? | 12:05:57 |
| 14 | A.    Uh-huh. | 12:06:01 |
| 15 | Specifically, if we -- if the SNMA, the | 12:06:04 |
| 16 | Student National Medical Association, wanted to do | 12:06:08 |
| 17 | an event on its own, I just remember running into | 12:06:11 |
| 18 | some barriers around trying to schedule those events | 12:06:16 |
| 19 | on -- on campus. | 12:06:19 |
| 20 | But when we partnered with LMSA, with the | 12:06:21 |
| 21 | Latino Medical Student Association, for example, we | 12:06:24 |
| 22 | didn't run into those issues. | 12:06:27 |
| 23 | Or if I was trying to schedule -- | 12:06:28 |
| 24 | Q.    Let me interrupt you for time. | 12:06:30 |
| 25 | Do you think that -- straight up, as we're | 12:06:32 |

Page 89

CERTIFICATE OF REPORTER

1

2          I, the undersigned, a Certified Shorthand

3    Reporter of the State of California, do hereby

4    certify:

5              That the foregoing proceedings were taken

6    before me at the time and place herein set forth;

7    that any witnesses in the foregoing proceedings,

8    prior to testifying, were administered an oath; that

9    a record of the proceedings was made by me using

10   machine shorthand which was thereafter transcribed

11   under my direction; that the foregoing transcript is

12   a true record of the testimony given.

13             Further, that if the foregoing pertains to

14   the original transcript of a deposition in a Federal

15   Case, before completion of the proceedings, review

16   of the transcript was requested.

17             I further certify I am neither financially

18   interested in the action nor a relative or employee

19   of any attorney or any party to this action.

20             IN WITNESS WHEREOF, I have this date

21   subscribed my name.

22             Dated:   December 11, 2024

23

24                      JANE GROSSMAN

                        CSR No. 5225

25

Page 113