| Name | Date modified | Type | Size |
|---|---|---|---|
| 2025.3.27 Jackline Declaration | 3/27/2025 8:03 PM | Adobe Acrobat Docu… | 198 KB |
| Jackline Mueni Declaration | 3/27/2025 7:55 PM | Microsoft Word Doc… | 70 KB |
| Jackline Declaration final (1) | 3/27/2025 7:54 PM | Microsoft Word Doc… | 70 KB |
| Appendix II | 3/27/2025 7:50 PM | Adobe Acrobat Docu… | 149 KB |
| Appendix III | 3/27/2025 7:50 PM | Adobe Acrobat Docu… | 149 KB |
| Appendix IV | 3/27/2025 7:49 PM | Adobe Acrobat Docu… | 152 KB |
| Appendix I | 3/27/2025 7:40 PM | Adobe Acrobat Docu… | 124 KB |
| 2025.3.27 Statement of facts | 3/27/2025 6:47 PM | Adobe Acrobat Docu… | 250 KB |
| Statement of facts | 3/27/2025 6:45 PM | Microsoft Word Doc… | 146 KB |
| 2025.3.27 Jambeck Declaration | 3/27/2025 6:25 PM | Adobe Acrobat Docu… | 136 KB |
| 2025.3.27 MPA | 3/27/2025 6:18 PM | Adobe Acrobat Docu… | 299 KB |
| NBME Convery Declaration | 3/27/2025 3:52 PM | Adobe Acrobat Docu… | 109 KB |
| 2025.3.27 Request for Judicial Notice | 3/27/2025 2:51 PM | Adobe Acrobat Docu… | 1,353 KB |
| JTJ Dec | 3/28/2025 9:49 AM | File folder | |
| Filed Docs | 3/28/2025 8:02 AM | File folder | |
| Exhibits | 3/27/2025 7:44 PM | File folder | |
| RJN | 3/27/2025 2:54 PM | File folder | |