## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 23-01333-FWS (JDEx) | Date | May 29, 2025 |
|---|---|---|---|
| Title | Jackline Muthoka v. Regents of The University of California | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

Jay Jambeck                                              Alison Bernal
Jerry Girley

**PROCEEDINGS: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT [50]**

Motion hearing held.   The Court hears oral argument from the parties.   The Court takes the Motion under submission.   Order to issue.

|  | : | 30 |
|---|---|---|

Initials of Deputy Clerk    rrp

cc: