# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| JACKLINE MUTHOKA, | Case No. 8:23-cv-01333-FWS-JDE |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | |
| Defendant. | |

In this case, Plaintiff Jackline Muthoka ("Plaintiff") asserts claims against Defendant Regents of the University of California ("Defendant").  (*See generally* Dkt. 33.)  This matter came before the court on Defendant's Motion for Summary Judgment.  (Dkts. 50-51.)  On May 30, 2025, the court granted the Motion for Summary Judgment.

In accordance with the Order granting Defendant's Motion for Summary Judgment, the court **ENTERS JUDGMENT** in this case in favor of Defendant and against Plaintiff.  Plaintiff shall take nothing on her claims against Defendant in this case.

**IT IS SO ORDERED.**

Dated:  May 30, 2025

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE