Jerry Girley, Esquire
Florida Bar No. 35771
The Girley Law Firm, PA
117 E. Marks Street, Suite A
Orlando, FL 32803
Tel: (407) 540-9866
Fax: (407) 540-9867
phyllis@thegirleylawfirm.com
*Admitted Pro Hac Vice*

Jay T. Jambeck (SBN 226018)
Mandy G. Leigh (SBN 225748)
Damien Troutman (SBN 286616)
LEIGH LAW GROUP, P.C.
582 Market St. #905
San Francisco, CA 94104
Tel:   415-399-9155
Fax:   415-795-3733
jjambeck@leighlawgroup.com

Tania L. Whiteleather (SBN 141227)
Law Offices of Tania L. Whiteleather
5445 Del Amo Blvd. #207
Lakewood, CA 90712
Tel:   562-866-8755
Fax:   562-866-6875
tlwhiteleather@juno.com

*Attorneys for Plaintiff,*
JACKLINE MUTHOKA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKLINE MUTHOKA,<br><br>Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Defendant. | Case No: 8:23-CV-01333 FWS (JDEX) Assigned to Hon. Judge Fred W. Slaughter<br><br>**PLAINTIFF'S NOTICE OF APPEAL** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

  Pursuant to Rule 3 of the Federal Rules of Appellate Procedure, Plaintiff JACKLINE MUTHOKA hereby gives notice and appeals to the United States Court of Appeals for the Ninth Circuit the following orders[1] in this matter by the United States District Court for the Central District of California:

- ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Dated May 30, 2025)

- JUDGMENT (Dated May 30, 2025)

Date: June 27, 2025        **LEIGH LAW GROUP, P.C.**

                 */s/ Jay T. Jambeck*
                 JAY T. JAMBECK
                 Attorney for Plaintiff

---

[1] Plaintiff reserves the right to amend this Notice of Appeal.

NOTICE OF APPEAL         1      (Case No.: 8:23-CV-01333 FWS)