NYE, STIRLING, HALE, MILLER & SWEET, LLP
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JACKLINE MUTHOKA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>　　　　Defendant. | CASE NO.: 8:23-cv-01333-FWS-JDE<br>*Assigned to the Hon. Fred W. Slaughter*<br><br>**[PROPOSED] ORDER**<br><br>Hearing Date: August 28, 2025<br>Time: 10:00 a.m.<br>Courtroom: 10D<br><br>Complaint Filed: July 24, 2023<br>SAC Filed: January 22, 2024<br><br>Trial Date: September 23, 2025<br>Judgment Entered: May 30, 2025 |

1

**[PROPOSED] ORDER**

# [PROPOSED] ORDER

Currently before the Court is Defendant The Regents of the University of California's Motion for Reasonable Litigation Expenses Pursuant to 42 U.S.C. § 12205. Having considered the Motion, Opposition, the arguments of counsel, the entire record of this case, and for good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendant's Motion is GRANTED.
2. Defendant is awarded litigation expenses and costs in the amount of $41,041.99 (in addition to any amount of costs entered by the Clerk of this Court in response to Dkt. 84).
3. Defendant's award shall be subject to post-judgment interest at the rate of 4.13% from the date of judgment until all items above are paid.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE