Jonathan D. Miller (SBN 220848)
jonathan@nshmlaw.com
Alison M. Bernal (SBN 264629)
alison@nshmlaw.com
NYE, STIRLING, HALE, MILLER & SWEET, LLP
33 West Mission Street, Suite 201
Santa Barbara, California 93101
Telephone: (805) 963-2345
Facsimile: (805) 284-9590

Attorney for Defendant, REGENTS OF THE UNIVERSITY OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| JACKLINE MUTHOKA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>　　　　Defendant. | CASE NO.:  8:23-cv-01333-FWS-JDE<br>*Assigned to the Hon. Fred W. Slaughter*<br><br>**DEFENDANT THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S APPENDIX OF EXHIBITS IN SUPPORT OF MOTION FOR REASONABLE LITIGATION EXPENSES PURSUANT TO 42 U.S.C. § 12205**<br><br>[*Filed concurrently with Notice of Motion and Motion for Reasonable Litigation Expenses; Memorandum of Points and Authorities; [Proposed] Order*]<br><br>Hearing Date: August 28, 2025<br>Time: 10:00 a.m.<br>Courtroom: 10D<br><br>Complaint Filed: July 23, 2023<br>SAC Filed: January 22, 2024<br><br>Trial Date: September 23, 2025<br>Judgment Entered:  May 30, 2025 |

Defendant The Regents of the University of California ("Defendant" or "Regents") submit this evidentiary appendix in support of Defendant's Motion for Reasonable Litigation Expenses Pursuant to 42 U.S.C. § 12205:

## TABLE OF CONTENTS

**I. Declarations**

| Exhibit | Description |
|---|---|
| Ex. 1 | Declaration of Alison M. Bernal |

**II. Exhibits to Declarations[1]**

| Exhibit | Description |
|---|---|
| | *Exhibits to Declaration of Benjamin J. Sweet* |
| Ex. 2 | Rule 68 Offer |
| Ex. 3 | Nye, Stirling, Hale, Miller, and Sweet, LLP's costs and expenses (with invoices) |

Dated: June 27, 2025

Respectfully submitted,

NYE, STIRLING, HALE & MILLER, LLP

By: /s/ Alison M. Bernal
Jonathan D. Miller, Esq.
Alison M. Bernal, Esq.
Attorneys for Defendant, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

---

[1] The following Exhibits are authenticated in the Declarations of Alison M. Bernal.

2
APPENDIX OF EXHIBITS