Jonathan D. Miller (SBN 220848)
jonathan@nshmlaw.com
Alison M. Bernal (SBN 264629)
alison@nshmlaw.com
D. Robert Barthelmess (SBN 318254)
rob@nshmlaw.com
NYE, STIRLING, HALE, MILLER & SWEET, LLP
33 West Mission Street, Suite 201
Santa Barbara, California  93101
Telephone: (805) 963-2345
Facsimile: (805) 284-9590

Attorneys for Defendant, Regents of the University of California

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JACKLINE MUTHOKA,<br><br>Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Defendant, | CASE NO.:  8:23-cv-01333-FWS-JDE<br><br>**OFFER OF JUDGMENT (FRCP 68)**<br><br>Complaint Filed: July 24, 2023<br>SAC Filed: January 22, 2024<br>Trial Date: Sep. 23, 2025 |

///

///

///

1
**RULE 68 OFFER OF JUDGMENT**

Defendant The Regents of the University of California hereby offers to allow entry of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows: Judgment in favor of Plaintiff Jackline Muthoka and against Defendant The Regents of the University of California in the sum of $250,000, which is the total amount that Defendant shall be obligated to pay on account of any liability claimed herein, and which shall include any liability for costs of suit and attorneys' fees.

Dated: February 20, 2025

Respectfully submitted,
NYE, STIRLING, HALE, MILLER & SWEET, LLP

By: */s/ Jonathan D. Miller*
Jonathan D. Miller, Esq.
Alison M. Bernal, Esq.
D. Robert Barthelmess, Esq.
Attorneys for Defendant, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SANTA BARBARA

*Jackline Muthoka v. Regents of the University of California*
United States District Court for the Central District of California
Case No.: 8:23-cv-01333-FWS-JDE

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Santa Barbara, State of California. My business address is 33 West Mission Street, Suite 201, Santa Barbara, California 93101.

On February 20, 2025, I served ☐ the originals ☒ true copies of the following document(s) described as:

### OFFER OF JUDGMENT (FRCP 68)

on the interested parties in this action as follows:

| | | |
|---|---|---|
| Jay T. Jambeck<br>Mandy G. Leigh<br>Damien Troutman<br>LEIGH LAW GROUP, P.C.<br>582 Market St. #905<br>San Francisco, CA 94104<br>Tel: 415-399-9155<br>Fax: 415-795-3733<br>jjambeck@leighlawgroup.com | Jerry Girley, Esquire<br>The Girley Law Firm, PA<br>117 E. Marks Street, Suite A<br>Orlando, FL 32803<br>Tel: (407) 540-9866<br>Fax: (407) 540-9867<br>phyllis@thegirleylawfirm.com | Tania L. Whiteleather<br>Law Offices of Tania L. Whiteleather<br>5445 Del Amo Blvd. #207<br>Lakewood, CA 90712<br>Tel: 562-866-8755<br>Fax: 562-866-6875<br>tlwhiteleather@juno.com |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* | *Counsel for Plaintiff* |

[X] **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by-mail or electronic transmission, I caused the document(s) to be sent from e-mail address jeff@nshmlaw.com to the persons at the email addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 20, 2025 at Pittsburgh, Pennsylvania.

Jeffrey Castello