| DATE | DESCRIPTION | FROM | CATEGORY | COST | BATES NUMBER |
|---|---|---|---|---|---|
| 9/30/2024 | E-Discovery: management and support | Consilio | DISCOVERY | $3,835.20 | REGCOST0001 |
| 10/31/2024 | E-Discovery: management and support | Consilio | DISCOVERY | $3,606.05 | REGCOST0003 |
| 11/30/2024 | E-Discovery: management and support | Consilio | DISCOVERY | $1,072.80 | REGCOST0005 |
| 12/31/2024 | E-Discovery: management and support | Consilio | DISCOVERY | $172.80 | REGCOST0006 |
| 1/17/2025 | Mediation Invoice | JAMS Inc. | MEDIATION | $5,500.00 | REGCOST0007 |
| 1/17/2025 | Mediation Invoice | JAMS Inc. | MEDIATION | $500.00 | REGCOST0008 |
| 1/31/2025 | E-Discovery: management and support | Consilio | DISCOVERY | $168.00 | REGCOST0009 |
| 2/6/2025 | Expert Invoice | FHL Economic Consultants | EXPERT | $5,000.00 | REGCOST0010 |
| 2/20/2025 | Mediation Invoice | JAMS Inc. | MEDIATION | $5,000.00 | REGCOST0013 |
| 2/28/2025 | E-Discovery: management and support | Consilio | DISCOVERY | $168.00 | REGCOST0014 |
| 3/31/2025 | E-Discovery: management and support | Consilio | DISCOVERY | $171.56 | REGCOST0015 |
| 4/14/2025 | Expert Invoice | Jamie Axelrod | EXPERT | $5,800.00 | REGCOST0016 |
| 4/30/2025 | E-Discovery: management and support | Consilio | DISCOVERY | $172.58 | REGCOST0018 |
| 6/3/2025 | Expert Invoice | Matthew Hallman | EXPERT | $1,375.00 | REGCOST0019 |
| 6/3/2025 | Expert Invoice | Stacey Nickoloff | EXPERT | $8,500.00 | REGCOST0020 |

| | |
|---|---|
| DISCOVERY | 9366.99 |
| MEDIATION | 11000 |
| EXPERT | 20675 |
| TOTAL COSTS: | $41,041.99 |



# Invoice



**Corporate Office**
Consilio LLC
1828 L Street NW Suite 1070
Washington, DC 20036

**Remittance Address**
DEPT CH17174
Palatine, IL 60055-7174
United States

**Strictly Confidential**

| Invoice Date | Invoice Number |
|---|---|
| 9/30/2024 | INV579410841 |

**Invoice To**

Brenda Rosales
Nye, Stirling, Hale, Miller & Sweet, LLP
33 West Mission Street
Santa Barbara CA 93101
United States

**Entity Tax ID:** 47-4420523
**Customer Tax ID:**

| Engagement No. | Engagement Name | Service Period | Client Billing ID | Payment Terms |
|---|---|---|---|---|
| 338166-411194 | Muthoka v. Regents of the University of California | 9/1/24 - 9/30/24 | | Net 30 |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| **Active Hosting** | 6.36 | GB | $20.000 | $127.20 |
| **Project Management & Support Services**<br>2024-09-09 Umair Kashmiri PMO Project Admin Job Setup Setup distribution list_ request user access _ and connect with GRO to obtain project details. | 0.58 | Hour | $225.000 | $130.50 |
| **Project Management & Support Services**<br>2024-09-10 Kamil Jackiewicz PMO Project Admin Job Setup Billable Job Setup | 0.33 | Hour | $225.000 | $74.25 |
| **Project Management & Support Services**<br>2024-09-11 Nathan Lowe PMO Review Coordinate Review | 0.58 | Hour | $225.000 | $130.50 |
| **Project Management & Support Services**<br>2024-09-11 Umair Kashmiri PMO User Support Client Communication Zoom Conference Call: A05145 Muthoka v. Regents - Sightline Kickoff Call | 0.58 | Hour | $225.000 | $130.50 |
| **Project Management & Support Services**<br>2024-09-12 Nathan Lowe PMO Processing Coordinate Intake | 1.50 | Hour | $225.000 | $337.50 |
| **Project Management & Support Services**<br>2024-09-12 Nathan Lowe PMO Review Coordinate Review | 1.00 | Hour | $225.000 | $225.00 |
| **Project Management & Support Services**<br>2024-09-12 Umair Kashmiri PMO User Support Client Communication Zoom Conference Call: A05145 - Platform Training | 0.58 | Hour | $225.000 | $130.50 |
| **Project Management & Support Services**<br>2024-09-16 Nathan Lowe PMO Review Coordinate Review | 2.00 | Hour | $225.000 | $450.00 |
| **Project Management & Support Services**<br>2024-09-17 Nathan Lowe PMO Review Coordinate Review | 1.25 | Hour | $225.000 | $281.25 |
| **Project Management & Support Services**<br>2024-09-17 Nathan Lowe PMO Productions Internal Production Workflow | 1.25 | Hour | $225.000 | $281.25 |

REGCOST0001



Page 2



# Invoice

| | | | | |
|---|---|---|---|---|
| **Project Management & Support Services**<br>2024-09-18 Nathan Lowe PMO Review Coordinate Review | 1.00 | Hour | $225.000 | $225.00 |
| **Project Management & Support Services**<br>2024-09-19 Nathan Lowe PMO Review Coordinate Review | 1.17 | Hour | $225.000 | $263.25 |
| **Project Management & Support Services**<br>2024-09-19 Nathan Lowe PMO Processing Coordinate Intake | 0.83 | Hour | $225.000 | $186.75 |
| **Project Management & Support Services**<br>2024-09-20 Nathan Lowe PMO Productions Internal Production Workflow | 1.33 | Hour | $225.000 | $299.25 |
| **Project Management & Support Services**<br>2024-09-25 Nathan Lowe PMO Review Coordinate Review | 1.00 | Hour | $225.000 | $225.00 |
| **Project Management & Support Services**<br>2024-09-27 Nathan Lowe PMO Productions Internal Production Workflow | 1.00 | Hour | $225.000 | $225.00 |
| **Project Management & Support Services**<br>2024-09-27 Nathan Lowe PMO Review Coordinate Review | 0.50 | Hour | $225.000 | $112.50 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Consilio LLC

| | |
|---|---|
| **Subtotal** | $3,835.20 |
| **Credit** | |
| **Tax** | $0.00 |
| **Amount Paid** | |
| **Total** | $3,835.20 USD |
| **Amount Due** | $3,835.20 USD |

Bank Information

Bank Name: HSBC
Account Name: Consilio LLC
Account Number: 622000527 / Routing Number: 022000020 / 021001088 / SWIFT Code: MRMDUS33
For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number(s) to ensure proper credit.



# **Invoice**



**Corporate Office**
Consilio LLC
1828 L Street NW Suite 1070
Washington, DC 20036

**Remittance Address**
DEPT CH17174
Palatine, IL 60055-7174
United States

**Strictly Confidential**

| Invoice Date | Invoice Number |
|---|---|
| 10/31/2024 | INV579424558 |

**Invoice To**

Brenda Rosales
Nye, Stirling, Hale, Miller & Sweet, LLP
33 West Mission Street
Santa Barbara CA 93101
United States

**Entity Tax ID:** 47-4420523
**Customer Tax ID:**

| Engagement No. | Engagement Name | Service Period | Client Billing ID | Payment Terms |
|---|---|---|---|---|
| 338166-411194 | Muthoka v. Regents of the University of California | 10/1/24 - 10/31/24 | | Net 30 |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| **Active Hosting** | 8.74 | GB | $20.000 | $174.80 |
| **Project Management & Support Services**<br>2024-09-30 Nathan Lowe PMO User Support User Support and Training | 0.33 | Hour | $225.000 | $74.25 |
| **Project Management & Support Services**<br>2024-10-01 Nathan Lowe PMO Review Coordinate Review | 1.25 | Hour | $225.000 | $281.25 |
| **Project Management & Support Services**<br>2024-10-02 Nathan Lowe PMO Review Coordinate Review | 0.25 | Hour | $225.000 | $56.25 |
| **Project Management & Support Services**<br>2024-10-03 Nathan Lowe PMO Productions Internal Production Workflow | 2.00 | Hour | $225.000 | $450.00 |
| **Project Management & Support Services**<br>2024-10-03 Nathan Lowe PMO Review Coordinate Review | 1.17 | Hour | $225.000 | $263.25 |
| **Project Management & Support Services**<br>2024-10-03 Nathan Lowe PMO Productions Non-Standard Production Support | 0.75 | Hour | $225.000 | $168.75 |
| **Project Management & Support Services**<br>2024-10-11 Nathan Lowe PMO Productions Internal Production Workflow | 2.42 | Hour | $225.000 | $544.50 |
| **Project Management & Support Services**<br>2024-10-11 Nathan Lowe PMO Review Coordinate Review | 0.58 | Hour | $225.000 | $130.50 |
| **Project Management & Support Services**<br>2024-10-15 Nathan Lowe PMO Review Coordinate Review | 0.42 | Hour | $225.000 | $94.50 |
| **Project Management & Support Services**<br>2024-10-18 Nathan Lowe PMO Productions Internal Production Workflow | 2.33 | Hour | $225.000 | $524.25 |
| **Project Management & Support Services**<br>2024-10-30 Nathan Lowe PMO Productions Internal Production Workflow | 2.33 | Hour | $225.000 | $524.25 |





# Invoice

| | | | | |
|---|---|---|---|---|
| **Project Management & Support Services** | 1.42 | Hour | $225.000 | $319.50 |
| 2024-10-31 Nathan Lowe PMO Productions Internal Production Workflow | | | | |

| | | |
|---|---|---|
| TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Consilio LLC | **Subtotal** | $3,606.05 |
| | **Credit** | |
| | **Tax** | $0.00 |
| | **Amount Paid** | |
| | **Total** | $3,606.05 USD |
| | **Amount Due** | $3,606.05 USD |

Bank Information

Bank Name: HSBC
Account Name: Consilio LLC
Account Number: 622000527 / Routing Number: 022000020 / 021001088 / SWIFT Code: MRMDUS33
For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number(s) to ensure proper credit.



# Invoice

**Corporate Office**
Consilio LLC
1828 L Street NW Suite 1070
Washington, DC 20036

**Remittance Address**
DEPT CH17174
Palatine, IL 60055-7174
United States

**Strictly Confidential**

**Invoice To**
Brenda Rosales
Nye, Stirling, Hale, Miller & Sweet, LLP
33 West Mission Street
Santa Barbara CA 93101
United States

| Invoice Date | Invoice Number |
|---|---|
| 11/30/2024 | INV579438048 |

**Entity Tax ID:** 47-4420523
**Customer Tax ID:**

| Engagement No. | Engagement Name | Service Period | Client Billing ID | Payment Terms |
|---|---|---|---|---|
| 338166-411194 | Muthoka v. Regents of the University of California | 11/1/24 - 11/30/24 | | Net 30 |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| **Active Hosting** | 8.64 | GB | $20.000 | $172.80 |
| **Project Management & Support Services**<br>2024-11-01 Nathan Lowe PMO Productions Internal Production Workflow | 1.75 | Hour | $225.000 | $393.75 |
| **Project Management & Support Services**<br>2024-11-04 Nathan Lowe PMO User Support Searching, Batching, Reporting Assign PRIV bates to all withheld records and confer updated privilege log to case team. | 1.25 | Hour | $225.000 | $281.25 |
| **Project Management & Support Services**<br>2024-11-13 Nathan Lowe PMO User Support FTP user creation and credential notification Repackage and reupload prods to FTP for transfer to parties | 1.00 | Hour | $225.000 | $225.00 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Consilio LLC

| | |
|---|---|
| **Subtotal** | $1,072.80 |
| **Credit** | |
| **Tax** | $0.00 |
| **Amount Paid** | |
| **Total** | $1,072.80 USD |
| **Amount Due** | $1,072.80 USD |

Bank Information

Bank Name: HSBC
Account Name: Consilio LLC
Account Number: 622000527 / Routing Number: 022000020 / 021001088 / SWIFT Code: MRMDUS33
For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number(s) to ensure proper credit.

REGCOST0005

Page 1



# Invoice

**Corporate Office**
Consilio LLC
1828 L Street NW Suite 1070
Washington, DC 20036

**Remittance Address**
DEPT CH17174
Palatine, IL 60055-7174
United States

**Strictly Confidential**

| Invoice Date | Invoice Number |
|---|---|
| 12/31/2024 | INV579451667 |

**Invoice To**

Brenda Rosales
Nye, Stirling, Hale, Miller & Sweet, LLP
33 West Mission Street
Santa Barbara CA 93101
United States

**Entity Tax ID:** 47-4420523
**Customer Tax ID:**

| Engagement No. | Engagement Name | Service Period | Client Billing ID | Payment Terms |
|---|---|---|---|---|
| 338166-411194 | Muthoka v. Regents of the University of California | 12/1/24 - 12/31/24 | | Net 30 |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| **Active Hosting** | 8.64 | GB | $20.000 | $172.80 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Consilio LLC

| | |
|---|---|
| **Subtotal** | $172.80 |
| **Credit** | |
| **Tax** | $0.00 |
| **Amount Paid** | |
| **Total** | $172.80 USD |
| **Amount Due** | $172.80 USD |

Bank Information

Bank Name: HSBC
Account Name: Consilio LLC
Account Number: 622000527 / Routing Number: 022000020 / 021001088 / SWIFT Code: MRMDUS33
For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number(s) to ensure proper credit.

REGCOST0006



# RETAINER

**Invoice Date**
1/17/2025

**Invoice Number**
7513298

Bill To: **D. Barthelmess Esq.**
**Nye Stirling Hale & Miller LLP**
**33 W. Mission St.**
**Suite 201**
**Santa Barbara, CA 93101**
**US**

| Reference #: | 1220076054 - Rep# 8 |
|---|---|
| Billing Inquiries: | Mindiola, Nicholaus |
| Email: | **nmindiola@jamsadr.com** |
| Telephone: | **949-224-4626** |
| Employer ID: | **68-0542699** |

RE: **Muthoka, Jackline vs. The Regents of the University of California**      Neutral(s):  **Hon. Steven Stone, (Ret.)**
Representing: **Regents of the University of California**      Hearing Type: **MEDIATION**      LB

| Date / Time | Description | Your Share |
|---|---|---|
| 1/16/25 | **Hon. Steven J Stone (Ret.)**<br>Retainer for services: To be applied to professional time (session time, pre and post session reading, research, preparation, conference calls, travel, etc.), expenses, and case management fees. Please review the Neutral's fee schedule regarding case management fee and cancellation policies. Supplemental retainers will be assessed as needed. Any unused portion of this retainer will be refunded at the conclusion of the case. | $ 5,500.00 |

| | |
|---|---|
| **Total Billed:** | $ 5,500.00 |
| **Total Payment:** | $ 0 |
| **Balance:** | $ 5,500.00 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

# INVOICE



**Invoice Date**
1/17/2025

**Invoice Number**
7513302

Bill To:  **D. Barthelmess Esq.**
**Nye Stirling Hale & Miller LLP**
**33 W. Mission St.**
**Suite 201**
**Santa Barbara, CA 93101**
**US**

| Reference #: | **1220076054 - Rep# 8** |
|---|---|
| Billing Inquiries: | **Mindiola, Nicholaus** |
| Email: | **nmindiola@jamsadr.com** |
| Telephone: | **949-224-4626** |
| Employer ID: | **68-0542699** |

RE: **Muthoka, Jackline vs. The Regents of the University of California**      Neutral(s):  **Hon. Steven Stone, (Ret.)**
Representing: **Regents of the University of California**      Hearing Type: **MEDIATION**      LB

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 1/17/25 | Initial Non-Refundable Fee | | | | | $500.00 |
| | | | Fees | | | $500.00 |

| | | |
|---|---|---|
| | **Fees** | $500.00 |
| | **Invoice Total** | $500.00 |

*Account Balance at 1/17/2025 $500.00*

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

Standard mail:      Overnight mail:
**P.O. Box 845402**      **18881 Von Karman Ave. Suite 350**
**Los Angeles, CA 90084**      **Irvine, CA 92612**



# Invoice

**Corporate Office**
Consilio LLC
1828 L Street NW Suite 1070
Washington, DC 20036

**Remittance Address**
DEPT CH17174
Palatine, IL 60055-7174
United States

**Strictly Confidential**

| Invoice Date | Invoice Number |
|---|---|
| 1/31/2025 | INV579465140 |

**Invoice To**

Brenda Rosales
Nye, Stirling, Hale, Miller & Sweet, LLP
33 West Mission Street
Santa Barbara CA 93101
United States

**Entity Tax ID:** 47-4420523
**Customer Tax ID:**

| Engagement No. | Engagement Name | Service Period | Client Billing ID | Payment Terms |
|---|---|---|---|---|
| 338166-411194 | Muthoka v. Regents of the University of California | 1/1/25 - 1/31/25 | | Net 30 |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| **Active Hosting** | 8.40 | GB | $20.000 | $168.00 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Consilio LLC

| | |
|---|---|
| **Subtotal** | $168.00 |
| **Credit** | |
| **Tax** | $0.00 |
| **Amount Paid** | |
| **Total** | $168.00 USD |
| **Amount Due** | $168.00 USD |

Bank Information

Bank Name: HSBC
Account Name: Consilio LLC
Account Number: 622000527 / Routing Number: 022000020 / 021001088 / SWIFT Code: MRMDUS33
For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number(s) to ensure proper credit.

# FORMUZIS HUNT & LANNING INC

## ECONOMIC CONSULTANTS

February 6, 2025

Rob Barthelmess, Esq.
Nye, Stirling, Hale, Miller & Sweet LLP
33 West Mission, St#201
Santa Barbara, CA 93101

Re:  Muthoka, Jackline v. Regents of the University of California

Dear Mr. Barthelmess:

Thank you for your interest in the economic consulting services of our firm. Enclosed please find our curriculum vitae and a Personal Injury Checklist.

EXPERT LISTING

When listing us as economic experts, we require that you list Timothy Lanning, Sandra White and Justin Klinkenberg. Listing each expert provides flexibility if one of us is unavailable at the time needed for deposition or trial testimony. A copy of our current vacation schedule is enclosed.

FEES

All professional staff service hours are billed at $575 per hour. In addition to the hourly fees, a $1,000 non-refundable retention fee will be charged for each case on which we are retained.

In order to begin work on this matter, we request a $5,000 case retainer. The retainer is deducted from all charges incurred and any unused portion is refundable except the $1,000 retention fee.

Experience has shown that a typical loss of earnings case takes approximately 10 to 15 hours, excluding travel and testimony time. Generally, the loss of earnings for an individual who has not yet entered the workforce requires less time.

The typical life care plan generally takes 10 to 12 hours to work up, with complex plans taking up to 20 hours.

Business loss cases commonly require 20 to 40 hours, though complex cases can exceed this range.

Since cases frequently involve work over an extended period of time, additional time may be required to update the analysis for trial.

---

Peter Formuzis . Tamorah Hunt . Timothy Lanning . Sandra White . Justin Klinkenberg
Robert Donald . Alexander Wong . Erika Hashimoto . Charmaine Labuzon . Paige Bodine . Miles Gabelich
1851 E. First Street, Suite 1160, Santa Ana, CA 92705 · FHLeconomics.com · **714-542-8853** · Fax 714-836-6910

REGCOST0010

It is important that we receive the information necessary to do the analysis in a timely manner. If you request our opinions within ten working days of our receipt of a significant amount of the information required to complete the calculations, and we are able to comply, a $1,150 expedite fee will be charged. This charge is in addition to our normal retention fee and hourly charges. Expedited workups requiring staff to work outside of normal business hours will be billed at 1.5 times our normal billing rate.

<u>FEE SCHEDULE</u>

| | |
|---|---|
| Case work up and travel | $575 per hour |
| Trial and deposition testimony | $1,150 for the first two hours; $575 per hour |
| Case retainer | $5,000 |
| Non-refundable retention fee | $1,000 (deducted from case retainer) |
| Expedite charge for work needed within ten days of receipt of information | $1,150 |
| Tax Identification Number | 95-3763782 |

<u>BILLING</u>

It is our policy that we are retained by the attorney, not by the client; thus the retaining attorney is responsible for all payments. Fee schedules change periodically, and work done at a later time will be charged at the prevailing rate.

All balances must be paid prior to deposition or trial testimony. Our invoices are considered due and payable upon receipt, and we reserve the right to stop work on any case with an unpaid balance exceeding 30 days, and to remain unavailable for deposition or trial testimony until such balance is paid. Unpaid balances exceeding 60 days will begin to accrue simple interest at 1.0 percent per month.

If you would like to pay your bill using Pay-Pal, please contact our office to arrange for payment. There is a 3.5% service fee for using Pay-Pal.

<u>CONSULTING AGREEMENT</u>

If you agree with the terms of this letter, please sign and return the attached consulting agreement with your check. Information on non-retained cases will be kept in our files for two years. If we are not retained within two years of being contacted, all information will be discarded.

We look forward to working with you and your firm. Please feel free to contact us should you have additional questions.

Sincerely,

*Timothy Lanning*

Timothy Lanning

# FORMUZIS HUNT & LANNING INC

## ECONOMIC CONSULTANTS

AGREEMENT LETTER

Re:  Muthoka, Jackline v. Regents of the University of California

I acknowledge that I am responsible for payment of Formuzis Hunt & Lanning's fees and agree to the Firm's fee schedule and billing policy as described in their letter of February 6, 2025.

Should a dispute arise over unpaid invoices it is agreed that the County of Orange will be the proper venue for trial. In addition, Formuzis Hunt & Lanning Inc. will be reimbursed for all costs of collection, including reasonable attorney fees.

Signed:_____

Name (Print):__Alison Bernal_____

Firm:__Nye, Stirling, Hale, Miller & Sweet, LLP

Date:_____March 5, 2025_____

**Peter Formuzis . Tamorah Hunt . Timothy Lanning . Sandra White . Justin Klinkenberg**

**Robert Donald . Alexander Wong . Erika Hashimoto . Charmaine Labuzon . Paige Bodine . Miles Gabelich**
1851 E. First Street, Suite 1160, Santa Ana, CA 92705 · FHLeconomics.com · **714-542-8853** · Fax 714-836-6910

REGCOST0012

# INVOICE



**Invoice Date**
2/20/2025

**Invoice Number**
7565470

Bill To: **D. Barthelmess Esq.**
**Nye Stirling Hale & Miller LLP**
**33 W. Mission St.**
**Suite 201**
**Santa Barbara, CA 93101**
**US**

| **Reference #:** | **1220076054 - Rep# 8** |
|---|---|
| Billing Inquiries: | **Mindiola, Nicholaus** |
| Email: | **nmindiola@jamsadr.com** |
| Telephone: | **949-224-4626** |
| Employer ID: | **68-0542699** |

RE: **Muthoka, Jackline vs. The Regents of the University of California**     Neutral(s): **Hon. Steven Stone, (Ret.)**
Representing: **Regents of the University of California**     Hearing Type: **MEDIATION**     LB

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 2/13/25 9:00 AM | **Hon. Steven J Stone (Ret.)** Session Time | 8.00 | | $10,000.00 | 2 | $5,000.00 |
| | | | Fees | | | $5,000.00 |

| | | |
|---|---|---|
| | **Fees** | $5,000.00 |
| | **Invoice Total** | $5,000.00 |

*Account Balance at 2/20/2025 $-6,500.00*

---

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

Printed on 2/20/2025 / **1220076054 - Rep# 8**     REGCOST0013 of 1



Page 1

# Invoice

**Corporate Office**
Consilio LLC
1828 L Street NW Suite 1070
Washington, DC 20036

**Remittance Address**
DEPT CH17174
Palatine, IL 60055-7174
United States

**Strictly Confidential**

| Invoice Date | Invoice Number |
| --- | --- |
| 2/28/2025 | INV579478314 |

**Entity Tax ID:** 47-4420523
**Customer Tax ID:**

**Invoice To**

Brenda Rosales
Nye, Stirling, Hale, Miller & Sweet, LLP
33 West Mission Street
Santa Barbara CA 93101
United States

| Engagement No. | Engagement Name | Service Period | Client Billing ID | Payment Terms |
| --- | --- | --- | --- | --- |
| 338166-411194 | Muthoka v. Regents of the University of California | 2/1/25 - 2/28/25 | | Net 30 |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
| --- | --- | --- | --- | --- |
| **Active Hosting** | 8.40 | GB | $20.000 | $168.00 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Consilio LLC

| | |
| --- | --- |
| **Subtotal** | $168.00 |
| **Credit** | |
| **Tax** | $0.00 |
| **Amount Paid** | |
| **Total** | $168.00 USD |
| **Amount Due** | $168.00 USD |

Bank Information

Bank Name: HSBC
Account Name: Consilio LLC
Account Number: 622000527 / Routing Number: 022000020 / 021001088 / SWIFT Code: MRMDUS33
For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number(s) to ensure proper credit.

REGCOST0014



# Invoice

**Corporate Office**
Consilio LLC
1828 L Street NW Suite 1070
Washington, DC 20036

**Remittance Address**
DEPT CH17174
Palatine, IL 60055-7174
United States

**Strictly Confidential**

| Invoice Date | Invoice Number |
|---|---|
| 3/31/2025 | INV579492003 |

**Invoice To**

Brenda Rosales
Nye, Stirling, Hale, Miller & Sweet, LLP
33 West Mission Street
Santa Barbara CA 93101
United States

**Entity Tax ID:** 47-4420523
**Customer Tax ID:**

| Engagement No. | Engagement Name | Service Period | Client Billing ID | Payment Terms |
|---|---|---|---|---|
| 338166-411194 | Muthoka v. Regents of the University of California | 3/1/25 - 3/31/25 | | Net 30 |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| **Active Hosting** | 8.41 | GB | $20.000 | $168.20 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Consilio LLC

| | |
|---|---|
| **Subtotal** | $168.20 |
| **Credit** | |
| **Tech Surcharge** | $3.36 |
| **Tax** | $0.00 |
| **Amount Paid** | |
| **Total** | $171.56 USD |
| **Amount Due** | $171.56 USD |

Bank Information

Bank Name: HSBC
Account Name: Consilio LLC
Account Number: 622000527 / Routing Number: 022000020 / 021001088 / SWIFT Code: MRMDUS33
For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number(s) to ensure proper credit.

**Jamie Axelrod:**

# INVICE

941 West Weston Trail
Flagstaff AZ, 86005

**DATE** April 14, 2025

**\TO**
Alison Bernal- Nye, Stirling, Hale, Miller & Sweet LLP

**FOR** Expert Witness Report for
Muthoka v. Regents of the University of
California, Case No. 8:23-cv-01333-FWS-
JDE

## Description

| |
|---|
| **2/26/25- Document Review- 2 hrs** |
| **3/1/25- Document Review- 2 hrs** |
| **3/2/25- Document Review- 2 hrs** |
| **3/3/25- Document Review- 2 hrs** |
| **3/5/25- Document Review- 2 hrs** |
| **3/6/25- Document Review- 1 hrs** |
| **3/8/25- Document Review- 2 hrs** |
| **3/15/25- Document Review- 2 hrs** |
| **3/22/25- Document Review- 2 hrs** |
| **3/29/25- Document Review- 2 hrs** |
| **3/30/25- Document Review- 1 hrs** |
| **4/5/25- Report writing- 3 hrs** |
| **4/6/25- Report writing- 3 hrs** |

**Expert Witness Report-** review of documents- 20 hours @ $200 per hour, creation
of report. – 6 hours @ $300 per hour.

Total Amount:                                                    $
**$5,800**

Contractor Signature:    *[signature]*    Jamie Axelrod
Date: 4/14/2025

Make all checks payable to 1BJamie Axelrod: 941 West Weston Trail

Flagstaff AZ, 86005

REGCOST0017



# Invoice

**Corporate Office**
Consilio LLC
1828 L Street NW Suite 1070
Washington, DC 20036

**Remittance Address**
DEPT CH17174
Palatine, IL 60055-7174
United States

**Strictly Confidential**

| Invoice Date | Invoice Number |
|---|---|
| 4/30/2025 | INV579506300 |

**Invoice To**

Brenda Rosales
Nye, Stirling, Hale, Miller & Sweet, LLP
33 West Mission Street
Santa Barbara CA 93101
United States

**Entity Tax ID:** 47-4420523
**Customer Tax ID:**

| Engagement No. | Engagement Name | Service Period | Client Billing ID | Payment Terms |
|---|---|---|---|---|
| 338166-411194 | Muthoka v. Regents of the University of California | 4/1/25 - 4/30/25 | | Net 30 |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| **Active Hosting** | 8.46 | GB | $20.000 | $169.20 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Consilio LLC

| | |
|---|---|
| **Subtotal** | $169.20 |
| **Credit** | |
| **Tech Surcharge** | $3.38 |
| **Tax** | $0.00 |
| **Amount Paid** | |
| **Total** | $172.58 USD |
| **Amount Due** | $172.58 USD |

Bank Information

Bank Name: HSBC
Account Name: Consilio LLC
Account Number: 622000527 / Routing Number: 022000020 / 021001088 / SWIFT Code: MRMDUS33
For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number(s) to ensure proper credit.

# Matt Hallman, Expert Case Review and Consultation

4521 90th Ave SE, Mercer Island, WA 98040

Tel: 312-339-6883

**Invoice For:** Case 8:23-cv-01333-FWS-JDE Muthoka vs The Regents of the University of California

**Bill To**:                                     **Invoice Date:** 6/03/2025

Nye, Stirling, Hale & Miller, LLP, 33 West Mission St, Suite 201, Santa Barbara, CA 93101

| Service | Hours @ $500/hour | | Fee |
|---|---|---|---|
| 5/20/2025 Video Deposition by defense | 2.75 | $ | 1,375.00 |
| | | | |
| TOTAL | 2.75 | $ | 1,375.00 |

Please make check payable to:

Matthew Hallman

4521 90th Ave SE

Mercer Island, WA 98040

REGCOST0019



**Forbes Family Medicine and Residency**
2550 Mosside Boulevard Suite 500
Monroeville, PA 15146

Tel 412.457.1100 Fax 412.457.0250

6/3/2025

**Expert Witness Invoice:**

Phone calls: 2 hours total (all- inclusive)

Review of materials: 8 hours

Writing of expert opinion (outline and first draft): 4 hours

Writing revisions: 2 hours

Review of Plaintiff's expert disclosure: 2 hours

---

16 hours x $500/hour= $8,000;  2 hours x $250/hour= $500

Overall total: $8,500

Stacey Nickoloff, DO                                         6/3/25

                                                             Date:

REGCOST0020